LAW OFFICES

# CIVILLE & TANG, PLLC.

330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@guamattorneys.com

**Invoice submitted to:**
NORTHERN MARIANA ISLANDS RETIREMENT FUND
P.O. BOX 501247
SAIPAN, MP 96950

April 04, 2013
Client #   N12.1252.01
Invoice #  21749

**In Reference To:** RETIREMENT FUND

### PROFESSIONAL SERVICES

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/1/2013 | JCR | REVIEW AND REVISE ▇ REVIEW OF ▇ REVIEW OF ▇ TELEPHONE CONFERENCE ▇ | 1.75 | 437.50 |
| 3/2/2013 | JCR | RESEARCH ▇ REVIEW OF ▇ DRAFT ▇ REVIEW AND REVISE ▇ | 2.30 | 575.00 |
| 3/4/2013 | JCR | REVIEW OF ▇ REVIEW OF ▇; TELEPHONE CONFERENCE ▇ | 0.90 | 225.00 |
| 3/5/2013 | JCR | REVIEW ▇ FINALIZE ▇ TELEPHONE CONFERENCE ▇ REVIEW AND REVISE ▇ REVIEW OF ▇ REVIEW AND REVISE ▇ | 3.60 | 900.00 |
| 3/6/2013 | JCR | TELEPHONE CONFERENCE ▇ REVIEW AND REVISE ▇ | 2.70 | 675.00 |

EXHIBIT 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/7/2013 | JCR | TELEPHONE CONFERENCE ▮▮▮ TELEPHONE CONFERENCE ▮▮▮ ; TELEPHONE CONFERENCE ▮▮▮ | 0.80 | 200.00 |
| 3/8/2013 | JCT | ATTEND ▮▮▮ | 1.00 | 250.00 |
|  | JCR | REVIEW OF ▮▮▮ ATTEND ▮▮▮ TELEPHONE CONFERENCE ▮▮▮ ; TELEPHONE CONFERENCE ▮▮▮ | 2.50 | 625.00 |
| 3/9/2013 | JCR | REVIEW ▮▮▮ REVIEW AND DRAFT ▮▮▮ DRAFT ▮▮▮ ; CONTINUE REVIEWING ▮▮▮ TELEPHONE CONFERENCE ▮▮▮ | 2.00 | 500.00 |
| 3/10/2013 | JCR | REVIEW AND REVISE ▮▮▮ REVIEW AND REVISE ▮▮▮ TELEPHONE CONFERENCES ▮▮▮ | 1.25 | 312.50 |
| 3/11/2013 | JCR | TRAVEL TO SAIPAN; PREPARE FOR ▮▮▮ MEETING WITH ▮▮▮ MEETING WITH ▮▮▮ INTERVIEW ▮▮▮ ; ▮▮▮ ; RETURN FROM SAIPAN. | 12.50 | 3,125.00 |
| 3/12/2013 | JCR | DRAFT ▮▮▮ REVIEW OF ▮▮▮ ; TELEPHONE CONFERENCE ▮▮▮ ; REVIEW OF ▮▮▮ | 1.40 | 350.00 |
|  | JCT | REVIEW AND SUBMIT ▮▮▮ | 0.80 | 200.00 |
| 3/13/2013 | JCR | TELEPHONE CONFERENCE ▮▮▮ ; TELEPHONE CONFERENCE ▮▮▮ | 0.75 | 187.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/14/2013 | JCR | TELEPHONE CONFERENCE ▮▮▮; REVIEW OF ▮▮▮; TELEPHONE CONFERENCE ▮▮▮ | 1.25 | 312.50 |
| 3/15/2013 | JCR | TELEPHONE CONFERENCE ▮▮▮; TELEPHONE CONFERENCE ▮▮▮ | 1.00 | 250.00 |
| 3/18/2013 | JCR | TELEPHONE CONFERENCE ▮▮▮ REVIEW OF ▮▮▮ REVIEW OF ▮▮▮ | 0.40 | 100.00 |
| 3/20/2013 | JCR | TELEPHONE CONFERENCES ▮▮▮ | 0.30 | 75.00 |
| 3/23/2013 | JCR | REVIEW OF ▮▮▮ DRAFT ▮▮▮ | 1.50 | 375.00 |
| 3/24/2013 | JCR | REVIEW AND REVISE ▮▮▮ TELEPHONE CONFERENCE ▮▮▮; DRAFT ▮▮▮; TELEPHONE CONFERENCE ▮▮▮ | 2.40 | 600.00 |
| 3/26/2013 | JCR | RECEIPT AND REVIEW ▮▮▮ REVIEW OF ▮▮▮ DRAFT ▮▮▮ DRAFT ▮▮▮ SEVERAL TELEPHONE CONFERENCES ▮▮▮ FINALIZE ▮▮▮ TELEPHONE CONFERENCE ▮▮▮ REVIEW ▮▮▮ | 1.90 | 475.00 |
| 3/27/2013 | JCR | REVIEW AND REVISE ▮▮▮ TELEPHONE CONFERENCE ▮▮▮; REVIEW ▮▮▮ REVIEW ▮▮▮ TELEPHONE CONFERENCE ▮▮▮ | 1.20 | 300.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/27/2013 | JCT | REVIEW ▓▓▓ ORDER OF COURT CONTINUING HEARING; REVIEW ▓▓▓ REVIEW ▓▓▓ | 2.00 | 500.00 |
| 3/28/2013 | JCR | REVIEW OF ▓▓▓ STRATEGY CONFERENCE ▓▓▓ | 0.50 | 125.00 |
|  | JCT | CONF ▓▓▓ REVIEW ▓▓▓ REVIEW ▓▓▓ ; REVIEW ▓▓▓ REVIEW ▓▓▓ | 3.00 | 750.00 |
| 3/29/2013 | JCR | TELEPHONE CONFERENCE ▓▓▓ STRATEGY CONFERENCE ▓▓▓ ; DRAFT ▓▓▓ TELEPHONE CONFERENCE ▓▓▓ DRAFT ▓▓▓ ; DRAFT ▓▓▓ | 1.25 | 312.50 |
|  | JCT | CONF ▓▓▓ DISCUSS ▓▓▓ CONF ▓▓▓ | 1.00 | 250.00 |

**Subtotal Professional Services:** 　　　　　　　　　　　　　　　　　　　　　　　　**51.95　$12,987.50**

### EXPENSES

| | | | Amount |
|---|---|---|---:|
| 3/11/2013 | J. RAZZANO AIRFARE TICKET ROUNDTRIP FROM GUAM TO SAIPAN MARCH 11, 2013 TO MARCH 12, 2013. ▓▓▓ | | 271.36 |
|  | PER DIEM FOR J.C. RAZZANO (NO HOTEL) PURSUANT TO COURT APPROVED CONTRACT. | | 60.60 |
| 3/30/2013 | COPIES ▓▓▓ | | 7.75 |

**Subtotal Expenses:** 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$339.71**

**TOTAL CURRENT CHARGES** 　　　　　　　　　　　　　　　　　　　　　　　　　　　**$13,327.21**

**Joe Razzano**

| | |
|---|---|
| **From:** | United Airlines, Inc. <unitedairlines@united.com> |
| **Sent:** | Sunday, March 10, 2013 5:28 PM |
| **To:** | JRAZZANO@GUAMATTORNEYS.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation A7P4LT |



Confirmation:
A7P4LT
Check-In >

Issue Date: March 10, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| RAZZANO/JOSEPHMR | 0162358852766 | | 9C/--- |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 11MAR13 | UA5073 | W | GUAM (GUM) **9:50 AM** | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **10:40 AM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| Tue, ~~12MAR13~~ 11MAR13 | UA5078 | W | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:55 PM** | GUAM (GUM) **7:45 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

**FARE INFORMATION**

Fare Breakdown
Airfare: 195.00USD
Guam Inspection Service Charges: 6.36
September 11th Security Fee: 5.00
International Surcharge: 56.00
U.S. Passenger Facility Charge: 9.00
Per Person Total: 271.36USD

eTicket Total: 271.36USD

Form of Payment:

The airfare you paid on this itinerary totals: 195.00 USD

The taxes, fees, and surcharges paid total: 76.36 USD



Return date for this trip was actually March 11, 2013. No additional fee was incurred.

---

**Baggage allowance and charges for this itinerary.**

1




**Pac Air Ltd.**

**Parking Management Services**

522 Chalan Pasaheru Tamuning, GU 96913

671-898-1102

Ticket #: 7301558

In Date/Time: 0838

Out Date/Time: 1955

Parking Fee: $13

Attendant: _____

Antonio B. Won Pat

Guam International Airport

POSTED

---

**RECEIPT** DATE 03/11/13   No. 766343

$ 39.60

RECEIVED FROM _____

THIRTY NINE DOLLARS & 60/100 DOLLARS

○ FOR RENT
○ FOR  MEAL   78.00

| ACCOUNT | | |
|---|---|---|
| PAYMENT | | |
| BAL. DUE | | |

● CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM _____ TO _____ TIP

BY  MARS total 47.60

POSTED