LAW OFFICES
# CIVILLE & TANG, PLLC.
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@guamattorneys.com

**Invoice submitted to:**
NORTHERN MARIANA ISLANDS RETIREMENT FUND
P.O. BOX 501247
SAIPAN, MP 96950

May 06, 2013
Client #  N12.1252.01
Invoice #  21904

**In Reference To:** RETIREMENT FUND

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/1/2013 | JCR | REVIEW OF ▮ | 0.25 | 62.50 |
| | JCT | REVIEW ▮ CONF. ▮ MEET WITH ▮ REVIEW ▮ PREPARATION ▮ FOLLOW UP WITH ▮; CONF WITH ▮ REVIEW AND REVISE ▮ REPORT TO ▮ REVIEW ▮ | 6.00 | 1,500.00 |
| 4/2/2013 | JCR | TELEPHONE CONFERENCE ▮ TELEPHONE CONFERENCE ▮; TELEPHONE CONFERENCE ▮ REVIEW OF ▮ | 1.25 | 312.50 |
| | JDW | PARTICIPATE IN TELECON ▮ CONFER WITH ▮ | 0.50 | 100.00 |
| | JCT | CONTINUE PREPARING ▮ TRAVEL TO SAIPAN; MEET ▮ ATTEND HEARING; RETURN TO GUAM; CONF ▮ REVIEW ▮ | 11.00 | 2,750.00 |
| 4/3/2013 | JCR | TELEPHONE CONFERENCE ▮ CONFERENCE ▮ TELEPHONE CONFERENCE ▮ | 1.30 | 325.00 |

EXHIBIT 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| 4/5/2013 | JCR | REVIEW OF ▓▓▓▓▓▓▓▓▓▓ | 0.25 | 62.50 |
| | JCT | REVIEW AND RESPOND ▓▓▓▓▓▓▓▓▓▓ REVIEW ▓▓▓▓▓▓ | 1.20 | 300.00 |
| 4/6/2013 | JCR | REVIEW OF ▓▓▓ REVIEW AND REVISE ▓▓▓ | 1.70 | 425.00 |
| 4/8/2013 | JCT | CONTINUE REVIEW ▓▓▓ CONFERENCE ▓▓▓ REQUEST ▓▓▓ | 2.50 | 625.00 |
| 4/9/2013 | JCT | REVIEW ▓▓▓ | 1.50 | 375.00 |
| 4/10/2013 | JCT | REVIEW AND REVISE ▓▓▓ DRAFT EMAIL ▓▓▓ REVIEW ▓▓▓ | 2.30 | 575.00 |
| 4/11/2013 | JCT | REVIEW ▓▓▓ DRAFT EMAIL ▓▓▓ | 0.80 | 200.00 |
| | JDW | REVIEW ▓▓▓ CONFER ▓▓▓ | 0.50 | 100.00 |
| 4/12/2013 | JCT | REVIEW ▓▓▓ CONF ▓▓▓ REVIEW ▓▓▓ | 1.60 | 400.00 |
| | JCR | REVIEW AND REVISE ▓▓▓ TELEPHONE CONFERENCE ▓▓▓ | 0.40 | 100.00 |
| 4/13/2013 | JCR | REVIEW AND REVISE ▓▓▓ | 0.25 | 62.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/15/2013 | JCR | DRAFT ▮▮▮ REVIEW ▮▮▮ TELEPHONE CONFERENCE ▮▮▮ STRATEGY CONFERENCE ▮▮▮ TELECON ▮▮▮ DRAFT ▮▮▮ | 3.90 | 975.00 |
|  | JCT | REVIEW ▮▮▮ REVIEW ▮▮▮ PARTICIPATE ON ▮▮▮ REVIEW ▮▮▮ REVIEW REVISED ▮▮▮ | 2.50 | 625.00 |
| 4/16/2013 | JCR | REVIEW OF ▮▮▮ TELEPHONE CONFERENCE ▮▮▮ REVIEW AND REVISE ▮▮▮ TELEPHONE CONFERENCE ▮▮▮ | 2.30 | 575.00 |
|  | JCT | CONFERENCE CALL ▮▮▮ REVIEW ▮▮▮ REVIEW AND COMMENT ▮▮▮ REVIEW ▮▮▮ REVIEW ▮▮▮ | 2.80 | 700.00 |
| 4/17/2013 | JCR | FINALIZE ▮▮▮ REVIEW AND REVISE ▮▮▮ | 0.70 | 175.00 |
| 4/18/2013 | JCR | MEETING WITH ▮▮▮ MEETING WITH ▮▮▮ ATTEND ▮▮▮ MEETING ▮▮▮ | 6.50 | 1,625.00 |
|  | JCT | FINALIZE ▮▮▮ REVIEW ▮▮▮ DRAFT AND FINALIZE ▮▮▮ | 1.00 | 250.00 |

|            |     |                                                                |  Hours | Amount     |
|------------|-----|----------------------------------------------------------------|--------|------------|
| 4/19/2013  | JCR | ATTEND ▓▓▓ MEETING ▓▓▓                                         | 2.00   | 500.00     |
| 4/21/2013  | JCR | TELEPHONE CONFERENCE ▓▓▓                                       | 0.30   | 75.00      |
| 4/22/2013  | JCR | REVIEW AND REVISE ▓▓▓ TELEPHONE CONFERENCE ▓▓▓ ; REVIEW OF ▓▓▓ | 1.25   | 312.50     |
|            | JCT | REVIEW ▓▓▓ REVIEW ▓▓▓ REVIEW ▓▓▓                               | 1.00   | 250.00     |
| 4/23/2013  | JCR | TELEPHONE CONFERENCE ▓▓▓                                       | 0.75   | 187.50     |
| 4/24/2013  | JCR | ATTEND ▓▓▓                                                     | 2.00   | 500.00     |
|            | JDW | PREPARE FOR AND ATTEND ▓▓▓                                     | 2.00   | 400.00     |
|            | JCT | REVIEW ▓▓▓                                                     | 0.50   | 125.00     |
| 4/25/2013  | JCR | TELEPHONE CONFERENCE ▓▓▓                                       | 0.25   | 62.50      |
|            | JCT | REVIEW ▓▓▓                                                     | 0.50   | 125.00     |
| 4/29/2013  | JCR | REVIEW ▓▓▓ REVIEW ▓▓▓ TELEPHONE CONFERENCE ▓▓▓                 | 0.60   | 150.00     |
| 4/30/2013  | JCT | REVIEW ▓▓▓                                                     | 0.80   | 200.00     |
|            | JCR | REVIEW OF ▓▓▓ TELEPHONE CONFERENCE ▓▓▓ TELEPHONE CONFERENCE ▓▓▓ TELEPHONE CONFERENCE ▓▓▓ | 1.60 | 400.00 |

**Subtotal Professional Services:**                                                             **66.55 $16,487.50**

**EXPENSES**

|  |  | Amount |
|---|---|---:|
| 4/1/2013 | AIRLINE ROUNDTRIP TICKET FROM GUAM TO SAIPAN DATED APRIL 2, 2013 | 281.36 |
| 4/10/2013 |  | 18.02 |
| 4/30/2013 | COPIES | 110.25 |
| | **Subtotal Expenses:** | **$409.63** |
| | **TOTAL CURRENT CHARGES** | **$16,897.13** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment. Civille & Tang, PLLC appreciates your business.*
**PLEASE MAKE YOUR CHECK PAYABLE TO  CIVILLE & TANG, PLLC**

# ▇ 02APR GUM

```
                                        INVOICE   ▇
                                        DATE 01APRIL13
                                        BOOKING REF ZA78DC
                                        AGENT  ▇

    CIVILLE AND TANG                    ▇
    ▇
    ▇

ACCOUNT NUMBER  ▇

UNITED AIRLINES        02APR GUAM          SAIPAN         715A   805A
UA 5071                TUESDAY A.B WON PAT IN FRANCISCO C AD
W ECONOMY                      AIRCRAFT:    AEROSPATIALE/ALENIA ATR42/72
                               SEAT 12B CONFIRMED
                               FLIGHT OPERATED BY CAPE AIR DBA UNITED EX


UNITED AIRLINES        02APR SAIPAN         GUAM          310P   400P
UA 5076                TUESDAY FRANCISCO C AD A.B WON PAT IN
W ECONOMY                      AIRCRAFT:    AEROSPATIALE/ALENIA ATR42/72
                               SEAT 12B CONFIRMED
                               FLIGHT OPERATED BY CAPE AIR DBA UNITED EX

------------------------------------------------------------------------
    AIR FARE 195.00       TAX  76.36     AIR TOTAL USD         271.36
                          NONREFUNDABLE TRANSACTION FEE         10.00
                                         INVOICE TOTAL USD     281.36

        PAYMENT: ▇
------------------------------------------------------------------------
RESERVATION NUMBER(S)  ▇
```

1

# DHL EXPRESS INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

Process and Track your shipment online. http://www.dhl.com
1-800-CALL-DHL in USA only

**1 Payer account number and shipment value protection details**

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. _____
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____

☐ Cash ☐ Check ☐ Credit Card
Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number: [redacted]
Contact Name:
Shipper's Reference (up to 35 characters):
Company Name: NEVILLE AND TANG PLLC
Address: NAUO TANG B.L. SUITE 200 PSO HERMAN [illegible] [illegible] [illegible]
Post/ZIP Code (required): [illegible]
Phone, Fax, or E-mail (required): [illegible]

**3 To (Receiver)**

Company Name: NMI RETIREMENT FUND
Contact Person: [redacted]
[redacted]
RETIREMENT FUND BUILDING
SAIPAN, MP 96950
Country: SAIPAN
Post/ZIP Code (required): 96950
Phone, Fax, or E-mail (required): [redacted]

**Barcode:** 8700265436

**4 Shipment Details**

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Dimensions (in inches) Pieces / Length / Width / Height |
|---|---|---|
| 1 | XD lbs | |

**5 Full Description of Contents**

Give Content and Quantity

DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**

Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other _____

**7 Shipper's Authorization (signature required)**

Signature (required): [redacted]   Date: 4/1/7

**ORIGIN:** [illegible]
**DESTINATION CODE:** SPN

Waybill No.: ___436

**8 Products & Services**

☑ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other

Service Options (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required

Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard

DIMENSIONAL/CHARGEABLE WEIGHT: ___ lbs

| SERVICES | CHARGES |
|---|---|
| | |

Drop Box # | TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type  Expires
Auth.

PICKED UP BY
Route No.: 419
Time: 11   Date: 4/9

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324
Shipper's Copy
© 2002