Daniel J. Berman, Esq.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, GU 96910

May 14, 2013                                                 Invoice # 21938

Northern Mariana Islands
Retirement Fund
c/o Lillian Pangelinan, Plan Administrator,
P.O. Box 501247, Saipan, MP 96950
c/o Trustee Ad Litem Joseph C. Razzano
330 Hernan Cortez Ave, Ste 200, Hagatna, GU
96910
*In Reference To:*      ***Northern Mariana Islands Retirement Fund 2012***

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 4/1/2013 DJB | Legal analysis and meet and confer Attys. ███████ ████ LP; draft correspondence to Atty ██████████ | 5.00 | 1,250.00 |
| DJB | Meet and confer and legal analysis Attys. ████ ██████████ | 1.25 | 312.50 |
| DJB | Teleconference with Attys. ███████████ Hearing preparation for April 2, █████████████ | 1.25 | 312.50 |

EXHIBIT 4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2013 | DJB | Draft supplement and edit ███████ | 5.00 | 1,250.00 |
|  |  | review █████ | | |
|  |  | review ████ and forward ███ draft plans for ███ review █████ ; review ████ meet and confer Attys. ██████ , study ██████ . | | |
| 4/2/2013 | DJB | Review Atty ███████ . | 0.25 | 62.50 |
|  | DJB | Legal analysis and study and edit ██████ ; legal analysis with Atty. ████████ | 1.75 | 437.50 |
|  | DJB | Meet and confer and legal analysis with Attys. █ ███████ . | 1.25 | 312.50 |
|  | DJB | Court Hearing re: Plaintiffs' Emergency Motion to Clarify Order re: Public Law 18-2 amending Public Law 17-82, Court presentation, comments, objections and work with Fund ██████ ████████ | 5.00 | 1,250.00 |
|  | DJB | Legal analysis and meet and confer with Atty. █ ████████ . | 1.00 | 250.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/2/2013 | DJB | Legal analysis and meet and confer Atty. ██████ ████████ consult with ████ | 1.00 | 250.00 |
| | DJB | Legal analysis and meet and confer Atty. ████████ ██████████████ ; review Court Order resolving ████████ | 2.50 | 625.00 |
| | DJB | Legal analysis and meet and confer ████████ , review Order ████████. | 0.75 | 187.50 |
| 4/3/2013 | DJB | Review Government ████████ ; forward Motion to ████████. | 0.25 | 62.50 |
| | DJB | Review and analysis ████████. | 0.25 | 62.50 |
| | DJB | Review and forward to ████████. | 0.25 | 62.50 |

|              |     |                                                      | Hours | Amount |
|--------------|-----|------------------------------------------------------|-------|--------|
| 4/4/2013     | DJB | Legal analysis and teleconference with Atty.         | 0.25  | 62.50  |
|              | DJB | Meet and confer and legal analysis with              | 0.25  | 62.50  |
|              | DJB | Review and forward Court                             | 0.25  | 62.50  |
|              | DJB | Review and forward                                   | 0.25  | 62.50  |
| 4/5/2013     | DJB | Meet and confer                                      | 0.25  | 62.50  |
|              | DJB | Draft correspondence to                              | 0.25  | 62.50  |
| 4/8/2013     | DJB | Legal analysis and teleconference with               | 0.25  | 62.50  |
|              |     | draft request to Atty.                               |       |        |
| 4/9/2013     | DJB | Review Judge Faris request                           | 0.50  | 125.00 |
|              |     | ; review and Atty.                                   |       |        |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | ██████████ | | | |
| 4/9/2013 DJB | Draft suggestion to ████████████ ████████████████████████ ; review ████████████████████████ █████████████. | | 0.25 | 62.50 |
| DJB | Draft supplement and edit ██████████ ████████████████████ forward to ██████████████████. | | 0.50 | 125.00 |
| 4/10/2013 DJB | Review and draft reply correspondence to Atty. ██ ; review ██████████████████████ ████████. | | 0.25 | 62.50 |
| DJB | Review and forward to ██████████ ██████████████████████. | | 0.25 | 62.50 |
| DJB | Review and draft reply correspondence to ██████ ████████████████████████ ██████████████. | | 0.25 | 62.50 |
| DJB | Review and draft reply correspondence to ██████ ██████████████████ ██████. | | 0.25 | 62.50 |
| DJB | Legal analysis and study ██████████████ ; edit and draft supplement to ██████████████████████ ██████. | | 0.75 | 187.50 |
| DJB | Legal analysis and study ████████████████ ████████████████████ ██████████████████. | | 0.50 | 125.00 |

|            |     |                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------|-------|--------|
| 4/11/2013  | DJB | Review and draft reply correspondence to Attys. █████████████████████████████████████████████████. | 0.25 | 62.50 |
|            | DJB | Edit and draft supplement to ██████████████████████████████████. | 0.50 | 125.00 |
|            | DJB | Review and draft reply correspondence to Atty. ██████████████████████. | 0.25 | 62.50 |
|            | DJB | Review and forward, and draft reply to ████████████████████████████████████████. | 0.25 | 62.50 |
|            | DJB | Review and draft reply correspondence to Atty. ████████████████████████████████████. | 0.25 | 62.50 |
| 4/12/2013  | DJB | Review and forward to █████████████████████████████████████. | 0.25 | 62.50 |
|            | DJB | Legal analysis and review the █████████████████████████████████. | 0.25 | 62.50 |

|            |     |                               | Hours | Amount |
|------------|-----|-------------------------------|-------|--------|
| 4/12/2013  | DJB | Draft opinion to ██████ ███ ██████████████ , object to ██████████████████████████████████████████████████████ . | 0.75 | 187.50 |
| 4/14/2013  | DJB | Draft ████████████████████████████████████████████████████████████ . | 2.25 | 562.50 |
| 4/15/2013  | DJB | Review Atty. ████████████████████████████ and reply ██████████████████ . | 0.25 | 62.50 |
|            | DJB | Teleconference with ████████████████████████████████████████ . | 1.00 | 250.00 |
|            | DJB | Teleconference Atty ██████████ reply ████████████████████████████████ . | 0.50 | 125.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/15/2013 | DJB | Review Notice and Order ███████ | 0.25 | 62.50 |
| | DJB | Review status of █████ ████████ and draft reply to ████████ | 0.25 | 62.50 |
| | DJB | Draft final opinion to Atty. ████████████████ █. | 0.25 | 62.50 |
| | DJB | Meet and confer and legal analysis with ██████████████████████████████ | 0.25 | 62.50 |
| 4/16/2013 | DJB | Draft opinion correspondence to Atty. ████████████ █. | 0.25 | 62.50 |
| | DJB | Draft opinion to █████████████; review terms of Judge ████████ █. | 0.75 | 187.50 |
| | DJB | Legal analysis and teleconference with ████████████████████ | 0.25 | 62.50 |
| | DJB | Review and draft reply to Atty. ████████████████ | 0.25 | 62.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/17/2013 | DJB | Draft supplement and edit ███████ ████████████████████████. | 2.75 | 687.50 |
|  | DJB | Review and study ███████ ████████████████████████ ████████. | 0.25 | 62.50 |
|  | DJB | Review and forward Judge ████████ █████████████████. | 0.25 | 62.50 |
|  | DJB | Legal analysis and teleconference with Atty. ███ ██████████████████████. | 0.25 | 62.50 |
|  | DJB | Legal analysis and meet and confer ████ ███████████████████████. | 0.25 | 62.50 |
| 4/18/2013 | DJB | Review Atty. ███████████████; draft opinion to █████████. | 0.25 | 62.50 |
|  | DJB | Edit and draft supplement to ████████ correspondence ███████████ | 0.50 | 125.00 |

|  | | | Hours | Amount |
|---|---|---|---|---|
| | | ███████████████. | | |
| 4/18/2013 DJB | Meet and confer and legal analysis ██████ ███. ████████████████████ ████████████. | | 2.00 | 500.00 |
| DJB | Court Settlement Conference Judge Faris, ██████ ████████████████ at District Court of Guam. | | 1.50 | 375.00 |
| DJB | Legal analysis and meet and confer ███████ ████████████████████ ████████████████████. | | 1.00 | 250.00 |
| DJB | Draft letter to ██████████████ ████████████. | | 0.50 | 125.00 |
| DJB | Review █████████████████ ████████████████████. | | 0.25 | 62.50 |
| DJB | Review Orders ██████████ ████████████████████ ████████████████. | | 0.25 | 62.50 |
| DJB | Review and draft reply correspondence to ████ ████████████████████ █████████. | | 0.25 | 62.50 |
| DJB | Legal analysis and meet and confer ██████ ████████████████████ ████████████████████ █████████. | | 1.50 | 375.00 |

|  | | | Hours | Amount |
|---|---|---|---|---|
| 4/19/2013 | DJB | Meet and confer ██████████████████ ████████████████████ █. | 0.75 | 187.50 |
| | DJB | Court Hearing (Guam) re: failure to pay and remit $833k, Pension Obligation Bond and Settlement Conference status. | 1.25 | 312.50 |
| | DJB | Legal analysis and teleconference with Attys. █ ████████████████████ ████████████████████ █. | 0.50 | 125.00 |
| | DJB | Edit, execute and deliver letter to Judge ████ ████████████████████ ████████████. | 0.25 | 62.50 |
| | DJB | Draft correspondence to Atty. ██████████ ██████████████. | 0.25 | 62.50 |
| | DJB | Draft Stipulation to ████████████████ ████████████████████ ████████████. | 1.50 | 375.00 |
| | DJB | Review and organize response to ██████████ ████████████████████████; prepare for Atty. ██████████████████. | 0.25 | 62.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/19/2013 | DJB | Review Minute █████████████████ █████ | 0.25 | 62.50 |
|  | DJB | Edit and draft supplement to █████ ██████████████████ . | 0.25 | 62.50 |
|  | DJB | Legal analysis and meet and confer Atty. ████ ████████████ | 0.25 | 62.50 |
| 4/20/2013 | DJB | Edit and draft supplement to █████ ██████ | 0.25 | 62.50 |
| 4/22/2013 | DJB | Draft correspondence to Atty. ██████ ; draft correspondence to Atty. █████ ███ . | 0.25 | 62.50 |
|  | DJB | Review, coordinate and forward Judge ████ ██████ | 0.25 | 62.50 |
|  | DJB | Review and draft reply correspondence to ███ ██████ . | 0.25 | 62.50 |
|  | DJB | Review and forward Order ███████ . | 0.25 | 62.50 |
|  | DJB | Legal analysis and teleconference with ████ ██████ | 0.25 | 62.50 |
|  | DJB | Draft reply to Judge ██████████ ██████ . | 0.25 | 62.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/22/2013 | DJB | Review and draft reply correspondence to Atty. ███ ███████████████████████████ ████. | 0.25 | 62.50 |
| 4/23/2013 | DJB | Review and draft forward to Atty. ████ ███████████████████████████ ████. | 0.25 | 62.50 |
| | DJB | Review and reply ██████ ███████████████; draft opinion to ███████████████████████. | 0.50 | 125.00 |
| | DJB | Teleconference and legal analysis with █████ ██████████████████████████. | 0.50 | 125.00 |
| | DJB | Draft correspondence to ███████████ ███████████████████████████. | 0.25 | 62.50 |
| | DJB | Edit and draft supplement to ████████ ███████████████████████████ ████. | 0.25 | 62.50 |
| | DJB | Legal analysis and teleconference with Atty. ███ ███████████████████████████. | 0.25 | 62.50 |
| | DJB | Review Atty. ████████████████████ ███████████████████████. | 0.25 | 62.50 |

|            |     |                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------|-------|--------|
| 4/23/2013  | DJB | Review and draft reply correspondence to Atty. ▮             | 0.25  | 62.50  |
|            | DJB | Review and draft reply correspondence to ▮                  | 0.25  | 62.50  |
|            | DJB | Legal analysis and teleconference with Atty. ▮              | 0.25  | 62.50  |
|            | DJB | Draft correspondence to Atty. ▮                             | 0.25  | 62.50  |
| 4/24/2013  | DJB | Review and draft reply to Atty. ▮                           | 0.25  | 62.50  |
|            | DJB | Legal analysis and teleconference with Atty. ▮             | 0.75  | 187.50 |
|            | DJB | Draft legal opinion and correspondence to ▮                | 0.25  | 62.50  |
|            | DJB | Legal analysis and teleconference with Atty. ▮             | 0.25  | 62.50  |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/24/2013 | DJB | Legal analysis and teleconference with Atty. ███ ████████████████████ ; edit on draft Declaration ████████████. | 0.75 | 187.50 |
| | DJB | Review and draft reply correspondence to Atty. ██ ████████████████████████. | 0.25 | 62.50 |
| | DJB | Review and forward to Atty. ████████████████ █████. | 0.25 | 62.50 |
| | DJB | Draft letter to ███████████████████ ████████████████ | 0.75 | 187.50 |
| 4/25/2013 | DJB | Legal analysis and teleconference with Atty. ███ ████████████████████ correspondence of ██████████████ Atty. ███ ██████████████████ | 0.25 | 62.50 |
| | DJB | Draft opinion and request to Atty. ████████████ ████████████████████████. | 0.50 | 125.00 |
| | DJB | Edit and draft supplement to the Fund ██ ██████████ █ █ █████. | 0.75 | 187.50 |
| | DJB | Legal analysis and study ████████████████████ ; forward to ████████████████. | 0.25 | 62.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/25/2013 | DJB | Review Atty. ███████████████████████████████████████. | 0.25 | 62.50 |
| | DJB | Draft reply to Atty. ████████████████████████████ | 0.25 | 62.50 |
| | DJB | Legal analysis and teleconference with Atty. ████████████████████████████ ; draft summary opinion ████████ | 0.75 | 187.50 |
| 4/26/2013 | DJB | Review and draft reply correspondence to ██████████████████████████. | 0.25 | 62.50 |
| | DJB | Review and forward Judge ████████████████████████████. | 0.25 | 62.50 |
| | DJB | Legal analysis and teleconference with ████████████████████████████. | 0.50 | 125.00 |
| | DJB | Legal analysis and teleconference with Atty. ████████████ review Atty. ██████████████████████████. | 0.50 | 125.00 |
| | DJB | Legal analysis and teleconference with ████████████████████████████ ; draft letter | 0.25 | 62.50 |

|            |     |                                                                  | Hours | Amount |
|------------|-----|------------------------------------------------------------------|-------|--------|
| 4/26/2013  | DJB | Review ████████████████████████                                  | 0.25  | 62.50  |
|            | DJB | Legal analysis and teleconference with Atty. ██ ████████review letter Atty. ████████████. | 0.25  | 62.50  |
|            | DJB | Review Atty. ████████████████.                                   | 0.25  | 62.50  |
|            | DJB | Review Atty. ████████████; forward to ████████████               | 0.25  | 62.50  |
|            | DJB | Legal analysis and review Government ████; draft opinion forward to ████████████. | 0.25  | 62.50  |
|            | DJB | Study and draft notes on Government ████████████████████████████. | 1.00  | 250.00 |
|            | DJB | Draft request to ████████████████████████.                       | 0.25  | 62.50  |
|            | DJB | Teleconference with Atty. ████████████████████████████.          | 0.75  | 187.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/27/2013 | DJB | Review and legal analysis with Atty. ███████ | 0.25 | 62.50 |
| | DJB | Legal analysis and teleconference with Atty. ███ ... prepare ... and, Atty. ███ | 1.50 | 375.00 |
| | DJB | Legal analysis, meet and confer ███ ; DJB to draft ███ ; prepare Orders ███ | 0.25 | 62.50 |
| | DJB | Review and draft reply correspondence to ███ and written transcript for clarity and authenticity. | 0.25 | 62.50 |
| 4/29/2013 | DJB | Review and confirm the ███ | 0.25 | 62.50 |
| | DJB | Draft request to Atty. ███ | 0.25 | 62.50 |
| | DJB | Teleconference with ███ | 0.25 | 62.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | ██████████████ . |  |  |  |
| 4/29/2013 DJB | Legal research ██████████████ ███████████ . | | 0.50 | 125.00 |
| 4/30/2013 DJB | Review and draft forward to ████████ . ████████ . | | 0.25 | 62.50 |
| DJB | Review and reply to Atty. ████████ , draft Fund ████████ | | 0.25 | 62.50 |
| DJB | Edit and draft supplement to Fund ████████ ████████ review correspondence Attys. ████ re: edits on ████████ . | | 1.00 | 250.00 |

For professional services rendered                              80.25 $20,062.50

Additional Charges :

| 3/28/2013 | United Airlines Airfare | 251.36 |
|---|---|---|
| 4/1/2013 | Meal ████████ | 11.70 |
| 4/2/2013 | ████ Regency Saipan | 136.85 |

Total costs                                                              $399.91

Total amount of this bill                                          $20,462.41

## Attorney Summary

| Name | | | | Hours | Rate |
|------|---|---|---|-------|------|
| Daniel J. Berman | | | | 80.25 | 250.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 20,462.41 | 18,786.77 | 0.00 | 0.00 | 0.00 |

# Dan Berman

**From:** United Airlines, Inc. [unitedairlines@united.com]
**Sent:** Thursday, March 28, 2013 5:06 PM
**To:** DJBERMAN@PACIFIC-LAWYERS.COM
**Subject:** eTicket Itinerary and Receipt for Confirmation BYNY90

   A STAR ALLIANCE MEMBER

Confirmation:
## BYNY9(
Check-In :

Issue Date: March 28, 2013

| Traveler | eTicket Number | Frequent Flyer | Seat |
|---|---|---|---|
| BERMAN/DANIELMR | 0162360940649 | | 4D/4 |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft |
|---|---|---|---|---|---|
| Mon, 01APR13 | UA5071 | W | GUAM (GUM) **7:15 AM** | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **8:05 AM** | ATR 42 |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| | | | | | |
|---|---|---|---|---|---|
| Tue, 02APR13 | UA5078 | S | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:55 PM** | GUAM (GUM) **7:45 PM** | ATR 42 |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 175.00 USD | **Form of Payment:** |
| Guam Inspection Service Charges: | 6.36 | |
| September 11th Security Fee: | 5.00 | |
| International Surcharge: | 56.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 251.36 USD | |

**eTicket Total:** 251.36 USD

The airfare you paid on this itinerary totals: 175.00 USD

**The taxes, fees, and surcharges paid total: 76.36 USD**

Fare Rules:  Additional charges may apply for changes in addition to any fare rules listed.

-REFUNDABLE/CXLFEE/CHGFEE

---

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 4/1/2013 Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 4/2/2013 Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United, United Express or another Star Alliance member airline, and

3/28/2013

The Grill
LaoLao Bay Golf & Resort
PMB 1020 PO Box 10000
Saipan MP 96950

2009 Jason J
---
Tbl 27/2     Chk 4149     Gst  1
        Apr01'13 11:45AM
---
1 Porkcutlet Curry      13.00
  10 %
  10% Discount           1.30·
22426
9501/Micros Cash 06
  Cash                  20.00

  Total                 11.70
  Payment          1 1 . 7 0
  Change Due             8.30

------------4003 Check Closed------------
------------Apr01'13 12:36PM------------



**HYATT REGENCY SAIPAN**
P.O. Box 5087, CHRB,
Saipan, MP 96950 U.S.A
Telephone : 1 670 234 1234
Telefax: 1 670 234 7745
E-mail: reservations@hyattsaipan.com

Mr Zan Berman
888 N Marine Corps Dr
Ste 209
Tamuning GU 969135421
United States of America

| | |
|---|---|
| Room No / お部屋番号 | : 545 |
| Arrival / ご到着日 | : APR-01-13 |
| Departure / ご出発日 | : APR-02-13 |
| Page No / ページ | : 1 of 1 |
| Printed / 印刷済み | : APR-02-13 08:01 |
| Cashier No / 会計係 | : 227 |
| Invoice No / 請求書番号 | : 217860 |

Company / 会社名 : ▓▓▓▓▓▓▓▓▓▓
GP Membership / GP会員番号 : ▓▓▓▓▓▓▓
Your Gold Passport account will be credited for this stay.

## INVOICE

| DATE | DESCRIPTION | REFERENCE | DEBIT | CREDIT |
|---|---|---|---|---|
| 04.01.13 | Accommodation | | 258.75 | |
| 04.02.13 | Accommodation | Adjust Trn. Code 0111 for 225.00 by -106.004802220 | -121.90 | |
| 04.02.13 | ▓▓▓▓▓▓▓▓▓▓▓ | | | 136.85 |

| | | | | |
|---|---|---|---|---|
| | | Total | 258.75 | 136.85 |

| | |
|---|---|
| **Outstanding Balance to Pay** | 0.00 USD |
| **お支払い残高** | |
| Amount incl TAX /税込み料金 | 136.85 USD |
| Total Net Amount /合計金額 | 119.00 USD |
| Total TAX 税金合計 | 17.85 USD |

I agree that I am personally liable for the payment of the following statement and if the person, company or association indicated by me as being responsible for the same does not do so. That my liability for such payment shall be joint and several with such person, company or association.

私は上記の請求に関して個人的な支払い責任がある事を認めます。又、私によって共同支払い者と指名されたいた個人、会社、組合等がその支払いを拒否した場合、私が請求額全額を支払う事に同意します。

Signature / ご署名: