# Law Office of Braddock J. Huesman, LLC

The Sablan Building, Suite 2-C Beach Road, Chalan Kanoa PO Box 501916
Saipan, MP 96950
(670) 234-9005

**Statement for 4/30/2013**

INV-102304

**NMI Retirement Fund**
PO Box 501247
Saipan, MP 96950

**Professional Fees**

| Entry Date | Employee | Description | Discount | Hours | Amount |
|---|---|---|---|---|---|
| 04-01-2013 | Braddock Huesman | Work at the Fund; draft ▓▓▓ conference call ▓▓▓ edit ▓▓▓ and ▓▓▓ | | 9.30 | $1,860.00 |
| 04-02-2013 | Braddock Huesman | Meet ▓▓▓ attend hearing; ▓▓▓ | | 8.30 | $1,660.00 |
| 04-03-2013 | Braddock Huesman | Telephone ▓▓▓ | | 0.30 | $60.00 |
| 04-03-2013 | Braddock Huesman | Phone calls ▓▓▓ | | 0.30 | $60.00 |
| 04-04-2013 | Braddock Huesman | Edit ▓▓▓ | | 0.80 | $160.00 |
| 04-05-2013 | Braddock Huesman | Analyze ▓▓▓ edit ▓▓▓ | | 0.40 | $80.00 |
| 04-05-2013 | Braddock Huesman | Call w/ ▓▓▓ | | 0.20 | $40.00 |
| 04-08-2013 | Braddock Huesman | Research ▓▓▓ | | 1.20 | $240.00 |

EXHIBIT 6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | ███████████████ | | |
| 04-09-2013 | Braddock Huesman | Finish research ███████████████ | 3.10 | $620.00 |
| 04-09-2013 | Braddock Huesman | Draft ███████████████ | 1.00 | $200.00 |
| 04-09-2013 | Braddock Huesman | Phone call ███████████ emails ███████████ | 0.20 | $40.00 |
| 04-09-2013 | Braddock Huesman | Review email ███████████ send email ███████████ | 0.50 | $100.00 |
| 04-10-2013 | Braddock Huesman | Meet w/ ███████████ | 1.00 | $200.00 |
| 04-11-2013 | Braddock Huesman | Analyze edits ███████████ review ███████████ edit ███████████ | 0.50 | $100.00 |
| 04-11-2013 | Braddock Huesman | Draft and edit letter to ███████████ | 1.10 | $220.00 |
| 04-11-2013 | Braddock Huesman | Phone call w/ ███████████ | 0.50 | $100.00 |
| 04-11-2013 | Braddock Huesman | Phone call ███████████ | 0.30 | $60.00 |
| 04-12-2013 | Braddock Huesman | Work at the Fund ███████████ | 6.90 | $1,380.00 |
| 04-14-2013 | Braddock Huesman | Prepare for meeting w/ ███████████ Read and analyze ███████████ analyze ███████████ | 3.10 | $620.00 |
| 04-15-2013 | Braddock Huesman | Meeting at the Fund ███████████ | 3.00 | $600.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | ████████████████████<br>████████████████████<br>██████████████████████<br>████████████████<br>██████████████<br>████████████████<br>██████████████████<br>██████████████████ | | |
| 04-15-2013 | Braddock Huesman | Phone call w/ ██████████<br>██████████████████<br>████████████ | 0.20 | $40.00 |
| 04-15-2013 | Braddock Huesman | Discussion w/ ████████████<br>██████████████████<br>██████████████████<br>████████████████████ | 1.00 | $200.00 |
| 04-16-2013 | Braddock Huesman | Prepare for status conference; review file for ██████████████<br>████████████████<br>████████████████<br>██████████████<br>██████████████<br>████████████████<br>████████████████<br>████████████<br>██████████████<br>████████████████ | 2.50 | $500.00 |
| 04-16-2013 | Braddock Huesman | Respond to email from ████████<br>████████████████<br>██████████████<br>████████████████<br>████████████████<br>████████████████<br>████████████████<br>████████████████<br>██████████████<br>████████████████ | 1.00 | $200.00 |
| 04-16-2013 | Braddock Huesman | Review ████████████████<br>██████████████; call ██████<br>████████████████<br>██████████ | 0.60 | $120.00 |
| 04-18-2013 | Braddock Huesman | Meeting w/ ████████████<br>████████████████<br>██████████████████<br>██████████████████<br>██████████████<br>████████████████<br>██████████████████<br>████████████████ discuss and analyze ████████████<br>████████████████ and phone call w/ ██████████<br>████████████ | 8.30 | $1,660.00 |
| 04-19-2013 | Braddock Huesman | Meeting w/ ████████████<br>██████████████████████;<br>attend status conference; ██████<br>████████████████<br>████████████████<br>██████████████ | 6.60 | $1,320.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | ███████████████ ███████████████ ███████████████ | | |
| 04-22-2013 | Braddock Huesman | Review and analyze ██████ ████████████████ █████ | 0.10 | $20.00 |
| 04-23-2013 | Braddock Huesman | Provide additional edits ██████ ████████████████ ████████████████ ████ | 0.40 | $80.00 |
| 04-23-2013 | Braddock Huesman | Analyze and edit ██████████ ████████████████ █████ | 1.30 | $260.00 |
| 04-23-2013 | Braddock Huesman | Phone call w/ R████████████ ████████████████ ██████; discuss █ ████████████████ ███████████ ████████████████ ████████████████ █ Phone call ██████ ████████████████ ██████ | 1.50 | $300.00 |
| 04-23-2013 | Braddock Huesman | Analyze and review ██████ ████████████████ ████████ email █ ████████████████ ██████ | 0.80 | $160.00 |
| 04-27-2013 | Braddock Huesman | Read and analyze ████████ ████████████; phone call ██████████████ ████████████ ████████████ ████████████████ ████████████████ discuss ████████████ ████████████████ █████ | 1.50 | $300.00 |
| 04-29-2013 | Braddock Huesman | Research ██████████████ ██████████ | 1.20 | $240.00 |
| 04-30-2013 | Braddock Huesman | Draft, edit and circulate ██████ ████████████; analyze ██████ ████████████; edit ████████████ | 6.60 | $1,320.00 |
| | | | **Total:** | **$15,120.00** |

## Matter Summary

| Matter | Hours | Fees | Expenses | Payments | Retainer |
|---|---|---|---|---|---|

|  | 1.00 | $200.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
|  | 29.70 | $5,940.00 | $0.00 | $0.00 | $0.00 |
|  | 27.90 | $5,580.00 | $0.00 | $0.00 | $0.00 |
|  | 17.00 | $3,400.00 | $0.00 | $0.00 | $0.00 |
| **Total:** | **75.60** | **$15,120.00** | **$0.00** | **$0.00** | **$0.00** |

### Totals Summary

| | |
|---|---|
| Total Payments from Retainer: | $0.00 |
| Total Retainer Balance: | $0.00 |
| Total Fees and Expenses: | $15,120.00 |
| Total Payments For This Period: | $0.00 |