LAW OFFICES
# CIVILLE & TANG, PLLC.
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@guamattorneys.com

**Invoice submitted to:**
NORTHERN MARIANA ISLANDS RETIREMENT FUND
P.O. BOX 501247
SAIPAN, MP 96950

June 06, 2013
Client # N12.1252.01
Invoice # 22123

**In Reference To:** RETIREMENT FUND

### PROFESSIONAL SERVICES

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/2013 | JCR | DRAFT TRAVEL REQUEST FOR MAY 21, 2013 MEETING WITH THE ACTIVE MEMBERS OF THE FUND. | 0.40 | 100.00 |
| 5/2/2013 | JCR | REVIEW AND EXECUTE PROFESSIONAL SERVICE AGREEMENMT FOR HEARING OFFICER AND WEB SERVICES AGREEMENT. | 0.50 | 125.00 |
| 5/3/2013 | JCR | REVIEW OF 9TH CIRCUIT ORDER DISMISSING APPEAL ON ATTORNEYS FEES REQUEST; REVIEW OF V. ALEPUYO'S RESUME; INTERVIEW OF V. ALEPUYO; TELEPHONE CONFERENCE WITH M. DODDS REGARDING STATUS OF MERRILL LYNCH LITIGATION; TELEPHONE CONFERENCE WITH L. PANGELINAN REGARDING CONTRACT WITH V. ALEPUYO; REVIEW AND REVISE CONTRACT OF EMPLOYMENT FOR V. ALEPUYO. | 3.00 | 750.00 |
| 5/6/2013 | JCR | REVIEW OF L. PANGELINAN'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CONSIDERATION; REVIEW OF [REDACTED] | 0.70 | 175.00 |
| 5/8/2013 | JCR | REVIEW AND REVISE PRESS RELEASE FOR V. ALEPUYO; TELEPHONE CONFERENCE WITH R. WRIGHTSON REGARDING CONTRACT FOR V. ALEPUYO; MEETING WITH E. QUAN FROM BANK OF HAWAII REGARDING TRANSACTION FEES. | 0.70 | 175.00 |
| 5/9/2013 | JCT | REVIEW BOH AGREEMENTS RE: INCREASE IN CHARGES/FEES; REVIEW [REDACTED] | 1.00 | 250.00 |
|  | JCR | MEETING WITH R. WRIGHTSON REGARDING VARIOUS PENDING PROJECTS; REVIEW OF GOVERNMENT'S MOTION FOR LEAVE TO FILE SURREPLY IN CV 13-6; REVIEW AND REVISE [REDACTED] TELEPHONE CONFERENCE WITH B. HUESMAN REGARDING [REDACTED] | 1.20 | 300.00 |

EXHIBIT 2

|            |     |                                                                                                                                                                                                                                                                 | Hours | Amount   |
|------------|-----|-----|-----|-----|
| 5/10/2013  | JCR | REVIEW OF HB 18-45 AND STRATEGY CONFERENCE REGARDING SAME; RESEARCH REGARDING DISCOVERY TO BE DONE IN ▮▮▮ | 1.40  | 350.00   |
| 5/13/2013  | JCT | REVIEW RESPONSES TO INQUIRIES RE: NEW LAWS 18-70 AND 18-69; REVIEW D. BERMAN'S FOLLOW UP COMMENTS. | 0.50  | 125.00   |
|            | JCR | REVIEW OF BERMAN APRIL 2013 INVOICE; REVIEW OF B. HUESMAN INVOICE FOR APRIL 2013; REVIEW AND REVISE PROPOSED SCHEDULING ORDER IN ▮▮▮ | 1.70  | 425.00   |
| 5/15/2013  | JCT | REVIEW LETTER POSTED BY D. PORTER; CONF WITH J. RAZZANO RE: SAME; REVIEW GOVERNMENT'S LATEST RESPONSE/COUNTEROFFER; DRAFT LETTER TO ▮▮▮ | 1.60  | 400.00   |
|            | JCR | REVIEW OF SETTLEMENT PROPOSAL FROM THE CNMI; REVIEW OF CORRESPONDENCE FROM D. PORTER FILED WITH THE COURT; STRATEGY CONFERENCE REGARDING TERMINATION OF BUCK CONSULTANTS. | 1.20  | 300.00   |
| 5/19/2013  | JCT | REVIEW COMMENTS ON THE GAMBLING LAW. | 0.40  | 100.00   |
| 5/20/2013  | JCR | REVIEW AND REVISE ▮▮▮ ORGANIZE DOCUMENTS AND BILLING STATEMENTS TO PROVIDE TO THE COURT; TELEPHONE CONFERENCE WITH D. BERMAN REGARDING ▮▮▮ TRAVEL TO SAIPAN; PREPARE FOR HEARING AND MEETINGS WITH ACTIVE MEMBERS OF THE FUND AND RETIRED MEMBERS OF THE FUND. | 7.80  | 1,950.00 |
|            | JCR | REVIEW OF ORDER STAYING PROCEEDINGS IN CV 13-6; | 0.25  | 62.50    |
| 5/21/2013  | JCR | PREPARE FOR AND ATTEND STATUS HEARING; MEETING WITH ACTIVE MEMBERS; MEETING WITH CRA; MEETING WITH GOVERNMENT ATTORNEYS REGARDING SETTLEMENT; RETURN TO GUAM. | 13.50 | 3,375.00 |
| 5/22/2013  | JCR | REVIEW AND REVISE LETTER TO REPRESENTATIVE VILLAGOMEZ ON CASINO GAMBLING; TELEPHONE CONFERENCE WITH R. HATCH REGARDING MEETING WITH GOVERNMENT AND SETTLEMENT STATUS. | 1.50  | 375.00   |
| 5/23/2013  | JDW | REVIEW COURT ORDER RE SETTLEMENT; CONFER WITH JCR RE SAME. | 0.20  | 40.00    |
|            | JCR | REVIEW OF CIVIL MINUTES FROM STATUS HEARING; REVIEW AND REVISE PROPOSED SCHEDULING ORDER IN ▮▮▮ REVIEW AND REVISE ▮▮▮ | 0.75  | 187.50   |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/24/2013 JCR | DRAFT CORRESPONDENCE TO M. DOTTS REGARDING MERRILL LYNCH DOCUMENTS; DRAFT CORRESPONDENCE TO ▓▓▓ DRAFT CORRESPONDENCE ▓▓▓ REVIEW AND REVISE LETTER ▓▓▓ | | 1.70 | 425.00 |
| 5/25/2013 JCR | FINALIZE ▓▓▓ TELEPHONE CONFERENCE WITH PLAINTIFF'S COUNSEL REGARDING SETTLEMENT. | | 1.25 | 312.50 |
| 5/28/2013 JCR | TELEPHONE CONFERENCE WITH D. BERMAN REGARDING SETTLEMENT STRATEGY; REVIEW OF MERRILL LYNCH ANSWER; REVIEW AND REVISE ▓▓▓ REVIEW AND REVISE ▓▓▓ DRAFT CORRESPONDENCE ▓▓▓ DRAFT CORRESPONDENCE TO L. PANGELINAN REGARDING CRA MEETING AND ROTA AND TINIAN CLOSURES. | | 1.40 | 350.00 |
| 5/29/2013 JCR | DRAFT CORRESPONDECE TO R. PATEL REGARDING PL 17-82 CALCULATIONS AND INTEREST AND REVIEW AND REVISE SAME; REVIEW OF ARBITRATORS RESUMES IN MERRILL LYNCH ARBITRATION; TELEPHONE CONFERENCE WITH R. WRIGHTSON REGARDING ADA CASE; MEETING WITH D. BERMAN TO DISCUSS SETTLEMENT CONFERENCE RESULTS; MEETING WITH M. RABOLVSKY REGARDING CASE STATUS, SETTLEMENT AND ACTUARIAL SERVICES | | 2.30 | 575.00 |
| 5/30/2013 JCR | REVIEW OF CORRESPONDENCE FROM JUDGE FARIS REGARING SETTLEMENT; REVIEW AND REVISE LETTER TO R. PATEL REGARDING PL 17-82 WITHDRAWALS; TELEPHONE CONFERENCE WITH D. BERMAN REGARDING SETTLEMENT; REVIEW AND REVISE ▓▓▓ DRAFT CORRESPONDENCE TO M. RALBOVSKY REGARDING AMENDED WILSHIRE CONTRACTS; REVIEW OF WILSHIRE OCTOBER 2010 "LOOKING FORWARD REPORT"; DRAFT CORRESPONDENCE TO L. PANGELINAN REGARDING MEETING WITH CRA; MEETING WITH B. HUESMAN REGARDING ▓▓▓ TELEPHONE CONFERENCE WITH M. DOTTS REGARDING MERRILL LYNCH DISCOVERY ISSUES. | | 3.90 | 975.00 |
| 5/31/2013 JCT | REVISE LETTER ▓▓▓ | | 0.80 | 200.00 |
| JCR | TELEPHONE CONFERENCE WITH J. LEONARD/ACTUARY AT WILSHIRE; PREPARE FOR MEETING ▓▓▓ TELEPHONE CONFERENCE ▓▓▓ REVIEW AND REVISE ▓▓▓ MEETING WITH B. HUESMAN ▓▓▓ REVIEW AND REVISE LETTER ▓▓▓ | | 3.70 | 925.00 |

NORTHERN MARIANA ISLANDS RETIREMENT FUND
Client # N12.1252.01
Invoice # 22123
June 06, 2013

Page 4

|  | Hours | Amount |
|---|---|---|
| **Subtotal Professional Services:** | 53.35 | $13,327.50 |

**EXPENSES**

| | | |
|---|---|---|
| 5/20/2013 | J. RAZZANO ROUNDTRIP AIRFARE FROM GUAM TO SAIPAN. CONFIRMATION NO. PELR21. | 271.36 |
| | PER DIEM FOR J. RAZZANO. HOTEL STAY PLUS MEALS. | 149.30 |
| 5/31/2013 | COPIES MADE FOR THE MONTH OF MAY 2013 (15 PAGES x $0.25 PER PAGE) | 3.75 |
| | POSTAGE FOR THE MONTH OF MAY 31, 2013. | 19.19 |
| | **Subtotal Expenses:** | **$443.60** |
| | **TOTAL CURRENT CHARGES** | $13,771.10 |



Confirmation:
# PELR21
Check-In >

Issue Date: May 15, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| RAZZANO/JOSEPHCHARLESMR | | | 12B/12B |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 20MAY13 | UA5077 | W | GUAM (GUM) **5:35 PM** | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:25 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| | | | | | | |
|---|---|---|---|---|---|---|
| Tue, 21MAY13 | UA5078 | W | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:55 PM** | GUAM (GUM) **7:45 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

**FARE INFORMATION**

**Fare Breakdown**
Airfare: 195.00USD
International Surcharge: 56.00
September 11th Security Fee: 5.00
Guam Inspection Service Charges: 6.36
U.S. Passenger Facility Charge: 9.00
Per Person Total: 271.36USD

**Form of Payment:**
AMERICAN EXPRESS
Last Four Digits 3003

**eTicket Total:** 271.36USD

The airfare you paid on this itinerary totals: 195.00 USD

**The taxes, fees, and surcharges paid total: 76.36 USD**

Fare Rules:   Additional charges may apply for changes in addition to any fare rules listed.

   REFUNDABLE -BG UA

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 5/20/2013 Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 5/21/2013 Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United, United Express or another Star Alliance member airline, and MileagePlus® Premier® Gold membership must be valid at time of check-in to qualify for waiver of service charges for up to three checked bags within specified size and weight limits.

**Additional Baggage Information**
**Carry-on baggage information**

United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for
more information or go to united.com.

**General Baggage Information**

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges
allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for our Flight Status E-mail at united.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.
- International taxes and fees may be collected at your departure airport.

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care
contact form at united.com

## Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering 21,000 daily flights and over
1100 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

## Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

## Split terminal operations

While we continue combining our airline, some stations will operate in multiple terminals. Be sure to check your flight status to ensure you arrive at the right terminal before your flight. You can check flight status and gate information at
united.com or on the go with mobile.united.com or the United App.
Effective with our March 3 move to a single reservation system, our operations will be split in the following airports.
Baltimore MD, Geneva Switzerland, London Heathrow England, Madrid Spain, Kansas City MO, New Orleans LA,
San Diego CA, San Antonio TX, San Jose del Cabo Mexico, New York LaGuardia NY, Washington DC Regan National, Boston MA.
See united.com for where to check in at each airport

## IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage

contains further detail of these terms.

- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.
- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3300 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.
- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.
- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*
- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

**Thank you for choosing United Airlines**
united.com

Legal Notices. Privacy Policy
Copyright © 2013 United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact United Airlines via telephone or via e-mail.



Hotel: $103.50

Meals: $45.80

_____

Total: $149.30

| Date: | To: | From: | Amount: | Charge: | Mail/Courier: |
|---|---|---|---|---|---|
| May 2 | Joaquina B. Aguon | TAB | $0.86 | NMI Retirment Fund | Regular |

# Postage Log

| Date | Recipient | | Type | Amount | Account | | Class |
|---|---|---|---|---|---|---|---|
| May 20 | | | | | | | Regular |
| May 20 | | | | | | | Regular |
| May 21 | | | | | | | Regular |
| May 22 | | | | | | | Regular |
| May 22 | | | | | | | Regular |
| May 22 | | | | | | | Regular |
| May 22 | | | | | | | Regular |
| May 23 | | | | | | | Regular |
| May 23 | | | | | | | Regular |
| May 23 | | | | | | | Regular |
| May 23 | Cardmember Service | | TAB | $0.46 | Admin | | Regular |
| May 23 | Dylan Porter | | TAB | $6.11 | NMI Retirment Fund | | Certified |
| May 23 | | | TAB | | | | Regular |
| May 28 | | | | | | | Regular |
| May 28 | | | | | | | Regular |
| May 29 | | | | | | | Regular |
| May 29 | | | | | | | Regular |
| May 29 | | | | | | | Regular |
| May 29 | | | | | | | Regular |
| May 29 | | | | | | | Regular |
| May 29 | | | | | | | Regular |
| May 29 | | | | | | | Regular |
| May 30 | | | | | | | Regular |
| May 30 | | | | | | | Regular |
| May 30 | | | | | | | Regular |
| May 30 | Lincoln Benefit Life Company | | RT | $0.46 | Admin | | |
| May 30 | Ms Reena Patel | | TAB | $6.11 | NMI Retirment Fund | | Certified |
| May 30 | Mr. Gilbert Birnbrich | | TAB | $6.11 | NMI Retirment Fund | | Certified |
| May 31 | | | TAB | $0.46 | Admin | | Regular |
| May 31 | | | | | | | Regular |

Total: $85.54

② NMI — 19.19

**POSTED**