Daniel J. Berman, Esq.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, GU 96910


June 12, 2013                                    Invoice # 22104


Northern Mariana Islands
Retirement Fund
c/o Lillian Pangelinan, Plan Administrator,
P.O. Box 501247, Saipan, MP 96950
c/o Trustee Ad Litem Joseph C. Razzano
330 Hernan Cortez Ave, Ste 200, Hagatna, GU
96910
*In Reference To:*     ***Northern Mariana Islands Retirement Fund 2012***


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/2013 | DJB | Review and forward Atty. ▮ correspondence to TAL JR, Attys. ▮ re: Merrill Lynch arbitration dispute, lack of e-mail discovery production, Bank ▮ statements, previous correspondence and attorney-client privilege concerns. | 0.25 | 62.50 |
|  | DJB | Legal analysis and teleconference with Atty. ▮ re: objections based on privilege and relevant, e-mail history archive storage, location Bank ▮ records and schedule production work. | 0.50 | 125.00 |
|  | DJB | Legal analysis and teleconference with TAL JR re: consent, prioritize Merrill Lynch discovery production, permission and disclosure of Merrill Lynch counsel objections. | 0.25 | 62.50 |
|  | DJB | Review and draft reply to Judge Faris settlement correspondence re: CNMI AG offer of settlement and tentative good faith interest to ▮ settlement. | 0.25 | 62.50 |

Dan - NMIRF


EXHIBIT 4

|  | | | Hours | Amount |
|---|---|---|---|---|

5/1/2013  DJB  Teleconference and legal analysis with Atty. ▮ re: AG Office Objections to procurement, failure of legal sufficiency in procurement regulations, request approval of new regulations and contract review, audio record of April 2 hearing, application of ▮ skills to recover e-mail history. — **0.25   62.50**

DJB  Legal research re: Supreme Court Digest, Federal Procedure Lawyers Edition, Moore's Fed. Practice, keynotes and headnotes related to ▮ ▮ re: Court ▮ authority. — **0.75   187.50**

DJB  Legal research and study proposed Intervenor Ain Motion and Memorandum to Supplement Application for Intervention; review Declaration of Ain for Intervention and contact Atty. ▮ to rebut and contradict Ain Declaration. — **0.50   125.00**

DJB  Review and ▮ Notice of Hearing on May 23 re: Government Motion for Reconsideration of April 22 Order ▮ — **0.25   62.50**

DJB  Review and reply TAL JR, Atty. ▮ re: May 9 Opposition deadline for Fund re: Government Motion for Reconsideration; ambiguous Status Hearing schedule date and request ▮ assistance to coordinate ▮ of Court Hearing. — **0.25   62.50**

DJB  Legal research NMI CVR 7.1(c)(2) re: deadline to file Fund Opposition to Government for Reconsideration in second full week after Motion service. — **0.25   62.50**

DJB  Legal analysis and study Ain Supplemental Declaration in Support of Motion and Memorandum to Intervene re: Open Government Act, bad conduct Trustee Ad Litem, bad conduct Attorney General and failure of Fund to respond and account for balance on hand. — **0.75   187.50**

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2013 | DJB | Draft legal opinion and request to Atty. ███ re: problems with OGA Response by Fund member, omissions in production and case development. | 0.50 | 125.00 |
| | DJB | Edit and draft supplement to Declaration Lillian Errata, forward to Atty. ███ re: draft Declaration LP; draft of Fund Reply to CPA Opposition to Motion for Stay. | 1.00 | 250.00 |
| | DJB | Study Order March 29, 2013 re: Removed action; ████████████████████████ ████████████ review and reply Atty. ███████ re: edits and ██████████████ to Fund Reply to CPA Opposition. | 0.75 | 187.50 |
| 5/2/2013 | DJB | Review and draft reply to Atty. ███ re: edits to Fund's Reply to CPA Opposition to Motion for Stay of Proceedings. | 0.25 | 62.50 |
| | DJB | Review and draft reply to Atty. ███ re: edits to Fund reply to Opposition for Motion for Stay, status of applications for FY 2012/2013 withdrawals, and problems with Ain arguments. | 0.25 | 62.50 |
| | DJB | Edit and draft final supplement to Reply Memorandum to CPA Opposition to Motion for Stay; file ██████ counsel, forward to TAL JR re: Notice of Completion. | 0.25 | 62.50 |
| | DJB | Review and organize Merrill Lynch notes and correspondence, status of Lillian Declaration describing Errata, Exhibits 1 and 2, assemble correspondence and e-mail for Exhibit purposes and table of employer contributions paid by CPA 2013. | 0.25 | 62.50 |
| | DJB | Legal analysis and meet and confer Atty. ███ re: Fiscal Year 2013 line item appropriation, contrast to budget and Governor's estimated revenue for 2013, compare and contrast for purposes of insert into | 1.00 | 250.00 |

|  | | | Hours | Amount |
|---|---|---|---|---|

Lillian's Declaration re: Errata.

| 5/3/2013 | DJB | Legal analysis and review Merrill Lynch Atty. ███████████ Firm discovery response with Atty. ███ and Atty ███ | 0.50 | 125.00 |
| | DJB | Meet and confer Attys. ███ and LP re: research and locate archive e-mail history in the Fund computers, Bank ███ statements, ███, quarterly performance reports for █ years and █ quarters per year. | 2.00 | 500.00 |
| | DJB | Legal analysis and meet and confer Atty. ███ Atty. ██ and teleconference with TAL JR re: staffing pattern, Request for Production of Documents, ███ candidates for employment. | 2.00 | 500.00 |
| | DJB | Legal analysis and meet and confer Atty. ██, LP re: Declaration Errata, draft new provision for more employer contributions due for line item embedded employer contributions; teleconference with Atty. ██, TAL JR re: Bellas Complaint, Court Order interpretation, Ninth Circuit Order dismissing appeal, fees and costs due and owing, ███████ in additional case and request Payment Order re: fees and costs. | 2.00 | 500.00 |
| | DJB | Legal analysis and meet and confer Atty. ██ re: 1041 e-mail pages, 1.5 GB of e-mail, divide responsibility, review Year 2006, 2007, 2008 Bank ████ statements. | 2.50 | 625.00 |
| | DJB | Legal analysis and meet and confer Attys. ████ re: discovery records, 2007 Bank ███ statements, redaction of e-mails part 1, plan for part 2 of e-mails and review Bank ████ records. | 1.00 | 250.00 |
| 5/4/2013 | DJB | Legal analysis and teleconference with Atty. ████████ | 0.25 | 62.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | preparation of boxes and copies and further review of Fund's bank statements. | | |
| 5/4/2013 | DJB | Legal analysis and meet and confer Atty. ▮ re: administration of Fund expenses, USB copy of records, redactions on e-mails and Declaration of LP ▮ report to Court. | 0.25 | 62.50 |
| 5/5/2013 | DJB | Draft supplement to and edit Declaration LP re: ▮ embedded employer contributions in Fiscal Year 2013, ▮▮▮ | 1.00 | 250.00 |
| 5/6/2013 | DJB | Legal research and draft correspondence to Attys. ▮ re: Merrill Lynch, e-mails Retirement Fund to Merrill Lynch, ▮ statements and reports of Retirement Fund to Trustees. | 0.50 | 125.00 |
| | DJB | Review and draft reply legal analysis to TAL JR, Atty. ▮ re: Motion for Order to ▮ for the ▮ violation of ▮ to file ▮ standard of review and possibility of ▮ granting ▮ | 0.25 | 62.50 |
| | DJB | Legal research and draft Fund Opposition to Government Motion to Reconsider Order to Pay Employer Contribution Balance of $10M. | 2.50 | 625.00 |
| | DJB | Legal analysis and teleconference with Atty. ▮, TAL JR and LP re: Declaration LP, ▮ explanation of embedded Fiscal Year 2013 employer contributions, contrast PL No. 17-▮ to actual contributions remitted to Fund, use of DOF Memorandum estimate of gross revenue 2013, new table and exhibit to disclose April payments. | 2.50 | 625.00 |
| | DJB | Edit and draft supplement to Declaration L. Pangelinan re: ▮, problems with accounting and reconciliation with DOF. | 0.50 | 125.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/6/2013 | DJB | Review and draft ███ Clerk of Court schedule for Status Conference, change dates and continue hearing to new date. | 0.25 | 62.50 |
| | DJB | Review and draft reply correspondence to Atty. ███, LP correspondence re: table of payments, conference date for settlement purposes. | 0.50 | 125.00 |
| | DJB | Review and draft reply correspondence to Atty. ███ TAL JR re: Supreme Court Northern Mariana Islands, review Government submission for Opposition purposes related to the removal of Superior Court CNMI action to Federal Court. | 0.25 | 62.50 |
| | DJB | Meet and confer TAL JR and review and draft reply to Atty. ███, TAL JR re: Stipulation to Continue for seven days, Government anticipated response, ███ Motion, ███ ███ Motion for ███ | 2.00 | 500.00 |
| | DJB | Edit and draft supplement to Fund Opposition Memorandum to Government Motion for Reconsideration re: previous Retirement Fund filed Opposition to previous Government Motion to Reconsider Payment of Fees and Costs to TAL in 2012. | 1.00 | 250.00 |
| 5/7/2013 | DJB | Teleconference and legal analysis with LP, Attys. ███ and ███ re: Declaration of L. Pangelinan Errata, Opposition by letter correspondence, Atty. ███ filed Status Report to NMI Supreme Court, Atty. ███ provided ███ exhibits for Declaration of LP, edits to Fund Opposition Brief to Government Motion for Reconsideration. | 0.75 | 187.50 |
| | DJB | Edit and draft supplemental points and authorities to Opposition Memorandum to Government Motion for Reconsideration of Order to pay balance of $10M ER contributions. | 1.00 | 250.00 |

|            |     |                                                                                                                                                                                                                                   | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/7/2013   | DJB | Edit and draft supplement to Retirement Fund Response to Government's Status Report on Supreme Court Northern Mariana Islands Appeal for Writs of Prohibition and Mandamus.                                                         | 0.50  | 125.00 |
|            | DJB | Legal research on and for Fund Opposition Memorandum re: Fed. Proc. L. Ed., F.2d, F.3d and power of courts to reconsider orders.                                                                                                   | 0.50  | 125.00 |
|            | DJB | Teleconference with AG G. Birnbrich re: request stipulation to continue hearing date, DOF numbers and calculations are in dispute and progress on settlement.                                                                      | 0.25  | 62.50  |
|            | DJB | Review and draft forward AG response on issues of schedule, forward to TAL JR re: consent and approval.                                                                                                                            | 0.25  | 62.50  |
|            | DJB | Review Order to Deny Government Motion to Reconsider; legal analysis and meet and confer TAL JR re: approve filed statement on status of NMI Supreme Court Appeal and Petitions for Writs of Mandamus and Prohibition.             | 0.25  | 62.50  |
|            | DJB | Review and draft reply correspondence to AG Sablan, Atty. Bronster re: May 23 Stipulation, range of dates optional and 8 a.m. on new hearing date.                                                                                 | 0.25  | 62.50  |
|            | DJB | Draft letter to Asst. AG Patel, Sablan and Birnbrich re: failure to remit employer contributions and ███████ of previous Motion ███████████                                                                                        | 1.25  | 312.50 |
|            | DJB | Draft correspondence to Atty. ███, TAL JR, Atty. ███ and LP re: Stipulation to Continue, to do list for everyone, jobs and tasks, filing of pleadings and ████ statements produced for Merrill Lynch case to Atty. ███             | 0.25  | 62.50  |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/7/2013 | DJB | Review transcript of ███ 2013 from Carla re: Hearing comments and argument by Atty. ███ and Reena Patel on ███ | 0.50 | 125.00 |
| 5/8/2013 | DJB | Review and draft reply correspondence to Attys. ███ re: draft no. 8 Declaration LP, Exhibit 1 March 31, 2013, Exhibit 2 Payments April 2013. | 0.25 | 62.50 |
| | DJB | Review and draft forward Atty. R. Hatch agreement offer to AG Office re: stipulate to hearing continuance and new case schedule on Johnson case. | 0.25 | 62.50 |
| | DJB | Review and draft reply correspondence to AAG T. Sablan re: execute Stipulation to Order, review and forward to TAL JR; request consent from TAL to vacate and reset Johnson Status Hearing date. | 0.50 | 125.00 |
| | DJB | Legal analysis and teleconference with Atty. ███ re: purpose of letter to AG Office, focus, change of exhibits and review Declaration LP with changes. | 0.25 | 62.50 |
| | DJB | Edit and draft supplement to Declaration LP re: Errata on accounting, assemble exhibits 1, 2 and 3; review edits and changes to exhibits for case with use of tables. | 0.50 | 125.00 |
| | DJB | Review and draft forward message on Order re: Stipulation to Continue to May 21 at 8 a.m. the Status Hearing, to TAL JR, Atty. ███ | 0.25 | 62.50 |
| | DJB | Review and draft reply correspondence to Atty. LP re: $348K, opinion to proceed further on Declaration LP, adjust letter dated May 9; review TAL JR re: consent ███ on case going forward. | 0.25 | 62.50 |
| 5/9/2013 | DJB | Review and draft forward Government Motion for Sur-Reply re: ███ TAL JR, Atty. ███ | 0.25 | 62.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/9/2013 | DJB | Draft legal opinion ███████████ ████████████████████████ | 0.50 | 125.00 |
| | DJB | Review and draft reply correspondence to Atty. ███ ███ re: status of ██████████ document production, e-mails, USB transmission of copied documents. | 0.25 | 62.50 |
| | DJB | Edit and draft supplement for ████ letter to AG Office re: 2013 payments, balance due, reconciliation of DOF payments, e-mail addresses for opposing counsel; Distribute to Attys. ██████ TAL JR for comment. | 0.25 | 62.50 |
| | DJB | Review and study H.B. No. 18-69 re: change of income tax rebate system, 90 to 70% for under $20k per year, $20k to $100k per year shall be 50% reduced; and, income over $100k rebate change is 30%. | 0.25 | 62.50 |
| | DJB | Study, edit and verify assembly and proofread with Atty. ████████, 2013 letter to AG Office. | 0.25 | 62.50 |
| 5/10/2013 | DJB | Review and draft reply correspondence to Atty. ███ LP re: use of table for payments received between April ██ May █ 2013 from DOF, modify fourth paragraph not ████ 31. | 0.25 | 62.50 |
| 5/11/2013 | DJB | Edit and draft supplement to Fund Opposition to Motion for Sur-Reply; review and reply to Attys. ██████████████████████████ ████████████████ | 0.25 | 62.50 |
| 5/12/2013 | DJB | Review and draft forward the sent Atty. ████ letter to AG Office over to TAL JR, Attys. ████ and ███ re: anticipate Fund questions and contacts to LP and all staff; review Atty. █████ correspondence re: comments on defense of Fund; review and draft | 0.25 | 62.50 |

|                | Hours | Amount |
|----------------|-------|--------|

reply to Attys. ███ and TAL JR re: approve and authorize Fund Opposition to Government Motion for Sur-Reply.

| 5/13/2013 DJB | 1.00 | 250.00 |

████████████████████████

DJB  Review and draft forward to TAL JR the Atty. ███ Taitano's request for a Retirement Fund re: meet and confer in ███ or ███, TAL JR required involvement.  | 0.25 | 62.50 |

5/14/2013 DJB  Review and draft reply correspondence to Atty. ███ re: request arbitrator names, suggest schedule for ███ and request answer to Arbitration Complaint.  | 0.25 | 62.50 |

5/15/2013 DJB  Review and draft reply correspondence to TAL JR ████████████████ reply correspondence to Judge Faris re: delivery and coordinate process going forward; review and forward to TAL JR, Atty. ███ re: CNMI settlement offer from Judge Faris/AGO; review forward Order granting stay of proceedings on Removed action.  | 1.00 | 250.00 |

DJB  Legal research and opinion re: casino gaming bill; review Court Notice of D. Porter and Buck's letter to TAL JR and Judge ████████████  | 0.50 | 125.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/15/2013 | DJB | Legal analysis and teleconference with TAL JR re: ███ documents, witness work, ███ and identification of specific ███ | 0.50 | 125.00 |
|  | DJB | ██████████████ | 0.25 | 62.50 |
|  | DJB | ██████████████ | 0.25 | 62.50 |
|  | DJB | Legal analysis of ███ letter to ███; meet and confer TAL JR re: proposed message and letter to ███; review Atty ███ and ███ comments re: letter to ███, interpretation of ███ contract's termination provision. | 1.00 | 250.00 |
|  | DJB | Draft message and follow-up to Atty. ███, LP, Atty. ███ re: settlement offer from AGO, request definition of "net budgetary resources times 15%." | 0.25 | 62.50 |
|  | DJB | Review Atty. ███ response to Atty. ███ e-mail re: produce ███ statements; meet and confer with TAL JR re: possible case ███, support as ███ in hearings, litigation testimony, possible deposition and ███ | 0.25 | 62.50 |
|  | DJB | Draft correspondence to ███ instructions to ███ | 0.50 | 125.00 |
| 5/16/2013 | DJB | Review and draft reply correspondence to TAL JR, Atty. Hatch re: Settlement Conference dates, ███ problems; review and forward the ███ reply on problem; review Atty. ███ to TAL JR correspondence to Atty. ███ re: request return | 0.25 | 62.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | ██ statements and e-mails to Fund. |  |  |
| 5/16/2013 | DJB | Consult and coordinate with TAL JR re: ████ ██████████ dispute support in ██████ and ████████ approval of ██████ reimbursement to the Fund, and tentative travel, communications with Clerks re: Settlement hearing location. | 0.25 | 62.50 |
|  | DJB | Draft opinion and comments re: casino gaming bill re: HB No. 18-45, no position taken on Saipan new Gaming Commission and work on case in progress. | 0.50 | 125.00 |
| 5/17/2013 | DJB | Review and draft reply correspondence to TAL JR, Atty. ███████████████████ letter, Finance remittance to date, Pension Obligation Bond, and schedule for travel NMI. | 0.25 | 62.50 |
|  | DJB | Draft correspondence to Atty. ██████ re: request ████████████ case ████, names of ██████████ statement of claim amount and ████ proposed travel. | 0.25 | 62.50 |
|  | DJB | Draft correspondence to TAL JR re: ████████ Complaint, ████████████, report progress and plans going forward. | 0.25 | 62.50 |
|  | DJB | Edit and draft supplement to Retirement Fund letter to ██ and █████████████████ | 0.25 | 62.50 |
|  | DJB | Review AAG Patel May 17 response correspondence re: amount due from DOF to RF delayed, taxes included for alcohol, forward to all ██ counsel; review Atty. ██, Atty. ██ comments and coordinate teleconference for review of letter on May 18. | 0.50 | 125.00 |
|  | DJB | Draft settlement memorandum to TAL JR re: talking points; draft correspondence to Atty. Hatch re: teleconference, problems with settlement and | 0.50 | 125.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | reconciliation with DOF, AGO ███████ ██████████ |  |  |
| 5/18/2013 | DJB | Teleconference with Plaintiffs' Atty. M. Bronster, Atty. R. Hatch, B. Jorgensen re: failure of Government to pay the Fund, omissions on the offer to settle, signed █████ | 1.00 | 250.00 |
|  | DJB | Meet and confer with TAL JR re: organize for May 21 Status Hearing, direction on settlement process, ██████ from AGO and DOF and possible solutions. | 0.25 | 62.50 |
|  | DJB | Teleconference with Atty. ████████ re: AGO response letter, offers of settlement, DOF accounting failures, new DOF checks received, accuracy of payments received table and ████ ███████ | 1.00 | 250.00 |
|  | DJB | Draft correspondence to TAL JR, Attys. █████ and LP re: summarize May 18 telephonic meeting, to do list for everyone, check back-up documents to DOF payments received at Fund, draft settlement talking points and ████████ document production and retrieval. | 0.50 | 125.00 |
| 5/19/2013 | DJB | Draft Declaration of DJB re: April and May history of correspondence and payments from DOF, exhausted direct contact with █████ and AGO, exact amounts due reconfirmed, ████████ and deficiency due and owing. | 1.75 | 437.50 |
|  | DJB | Legal research and prepare Declaration for DJB re: May 10 letter and May 17 AGO response letter. | 0.50 | 125.00 |
|  | DJB | Draft response to TAL JR, Attys. ████████ re: draft Declaration for DJB; also, draft correspondence to █████, Atty. ██, TAL JR re: coordinate first meeting time and place and settlement process. | 0.25 | 62.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/20/2013 | DJB | Review and draft reply correspondence to TAL JR, Attys. ███ re: edits on DJB Declaration re: status of Fund; review ███ edits and supplements to Declaration; prepare for Hearing in CNMI May 21. | 0.50 | 125.00 |
|  | DJB | Legal analysis and study April 18 DOF Ltr. Larissa Larsen to L. Pangelinan and Tables; and, April-May Atty. Patel correspondence btw. Atty. ██ re: checks sent and received from DOF. | 0.25 | 62.50 |
|  | DJB | Legal analysis and teleconference with TAL JR, Atty. ██ re: disclose April 18 correspondence and payments; Atty. AGO/Atty ██ e-mail string re: payment demands on DOF. | 0.25 | 62.50 |
|  | DJB | Legal analysis and teleconference with TAL JR re: Declaration for Status Hearing, J. Tang comments ██████████; edit and draft supplement to Declaration of DJB re: caption, Faris comments and exhaustion of remedies. | 0.25 | 62.50 |
|  | DJB | Study and review new proposed Public Laws re: annuity and COLA, hotel tax percentage for Retirement reductions. | 0.25 | 62.50 |
|  | DJB | Meet and confer and legal analysis with TAL JR, Atty. ██, LP in Saipan re: July 31, 2013 turnover of all RF payment responsibility, ██ ██████, Bellas litigation, Supreme Court, Ninth Circuit, legislation pending, Governor position, DOF, budget, checks from DOF, new balance due from DOF, ██████; review and draft reply to Attys. RW, BH, LP re: need back-up to new checks, AGO position, plans and preparation for hearing; Go to Saipan. | 7.00 | 1,750.00 |
| 5/21/2013 | DJB | Court Hearing in Saipan re: status of litigation and Settlement Conference proceedings, failure to pay balance on $10M, legal fees, Motion to Reconsider | 1.00 | 250.00 |

| | | | Hours | Amount |
|---|---|---|---|---|

Payment Orders; meet, argue and confer AGO, Atty. Patel, Atty. Birnbrich, Atty. Sablan re: subsequent meeting and conference required.

| Date | By | Description | Hours | Amount |
|---|---|---|---|---|
| 5/21/2013 | DJB | Legal analysis, prepare and meet and confer TAL JR, LP, Atty. ▮ re: settlement status, failure to pay and deficiency of employer contributions due from DOF. | 1.00 | 250.00 |
| | DJB | Draft correspondence to AGO Attys. Patel, Birnbrich re: plan for conference, critical three points and narrow issues. | 0.25 | 62.50 |
| | DJB | Teleconference and legal analysis with Atty. ▮ re: three critical settlement points, deal ▮ and watersheds to move forward; review and draft reply correspondence to AGO re: settlement conference topics. | 0.75 | 187.50 |
| | DJB | Meet and confer and legal analysis with TAL JR, Atty. RW, LP re: settlement considerations, ▮ audit in Tranche A, budget, ▮ pattern, Motions pending, ▮ non-compliance, ▮ Consulting, Group 1 and Group 2 meetings. | 2.50 | 625.00 |
| | DJB | Meet and confer AG Office R. Patel, Atty. G. Birnbrich in Saipan re: critical three points; review and analysis on Bellas litigation, pending Supreme Court matters, Ninth Circuit Court appeal dismissed, Governor position on issues, Department of Finance and budget considerations; Legal analysis and meet and confer in Saipan Atty. ▮ TAL JR and LP re: edit and draft supplement to correspondence to Dylan Porter; Return to Guam. | 3.00 | 750.00 |
| 5/22/2013 | DJB | Legal analysis and teleconference with Atty. Hatch, TAL JR re: critical settlement points, Judge Faris participation, media statements and review, schedule of proceedings, actuary D. Porter, sloped change in benefit distributions; review Atty. ▮ | 0.50 | 125.00 |

|            |     |                                                                                                                                                                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | correspondence re: ▉ bill, Pension Obligation Bond, media inquiry.                                                                                                                                                            |       |        |
| 5/22/2013  | DJB | Review and draft forward the Judge Faris request to TAL JR for video conference; dates and options.                                                                                                                           | 0.25  | 62.50  |
|            | DJB | Review and draft reply correspondence to Atty. ▉ re: Request for Proposals on procurement group health life insurance re: deadline and TALs consent required.                                                                  | 0.25  | 62.50  |
|            | DJB | Review and draft reply opinion and comments on HB No. 18▉ bill, Atty. ▉ comments re: approve deletion of ▉ mandate and go with ▉                                                                                              | 0.25  | 62.50  |
|            | DJB | Review Minutes to Court Hearing May 21 and forward to Attys. ▉, TAL JR and ▉ re: accurate but omits certain representations in Court; review Atty. ▉ reply re: Order for DOF's L. Larsen to work with L. Pangelinan.            | 0.25  | 62.50  |
|            | DJB | Legal analysis and meet and confer TAL JR re: settlement strategy, Judge Faris concerns, AGO response negative on schedule; Conduct teleconference AGO T. Sablan re: no time for 5/23 Settlement Conference.                    | 0.25  | 62.50  |
| 5/23/2013  | DJB | Draft ▉ ▉ reviewed and limited.                                                                                                                                                                                                | 0.50  | 125.00 |
|            | DJB | Review Judge FTG Order re: more abeyance, forward to TAL JR, Atty. ▉, Atty. ▉ and LP re: settlement is priority for case.                                                                                                       | 0.25  | 62.50  |
|            | DJB | Review and draft reply correspondence to TAL JR, Judge Faris re: schedule Settlement Conference; review final comments on letter from Fund to Legislature re: ▉ bill.                                                           | 0.25  | 62.50  |

|            |     |                                                                                                                                                                                                                                                                                      | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/23/2013  | DJB | Review and draft reply; and, draft forward the Atty. ███████████ Request for Production of Documents re: e-mails, Bank ████████ statements, RF reports for 2004 to 2009, escalation in demands; review and draft reply to TAL JR, Atty. RW re: Atty. ████ duty and ████████ to unreasonable and irrelevant discovery requests. | 0.25  | 62.50  |
| 5/24/2013  | DJB | Review and draft reply correspondence to TAL JR re: Judge Faris schedule, Superior Court of NMI PTC result, organize Payment Orders and invoices for Judge Faris. | 0.25  | 62.50  |
|            | DJB | Review and draft reply correspondence to TAL JR, Atty. ████ re: settlement call with AG and organize Fund papers for use in Court. | 0.25  | 62.50  |
|            | DJB | Organize and plan AGO Settlement Conference call re: Marianas Variety Guam press release; draft request to AGO for 11 a.m. meeting ; study MVG and ████████ reports; draft forward to TAL JR, Atty. ████████ and LP re: Governor announcement of ████████████ pension cuts. | 0.25  | 62.50  |
|            | DJB | Review and draft reply correspondence to TAL JR, Atty. ████ re: Buck/Dylan Porter April warnings and Atty. ██████ notice not to speak to press, media interview and dispute ████████ recollection. | 0.25  | 62.50  |
|            | DJB | Review and draft reply correspondence to Judge Faris re: May 29 Schedule afternoon conference, client representative authority, ████ Consultant schedule for meeting. | 0.25  | 62.50  |
|            | DJB | Review and draft reply correspondence to TAL JR, Atty. ████ re: invoice TAL attorneys' fees and costs to both AGO and Judge Faris. | 0.25  | 62.50  |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/24/2013 | DJB | Work on letter by TAL JR to AGO re: failure to meet, fault of Government, no reason not to meet, violation of Orders, Governor's press release ▇ pension cut. | 0.50 | 125.00 |
| | DJB | Draft correspondence to Judge Faris re: invoices of TAL and attorneys' fees and costs, Payment Orders and forward the May 7 Order to exhaust remedies with settlement first. | 0.50 | 125.00 |
| | DJB | Draft correspondence to AGO to pay the invoices for $350k of Tranche B Retirement Fund expenses paid for TAL fees and costs. | 0.25 | 62.50 |
| | DJB | Review and comment on TAL JR letter to Governor Inos re: problems with payments to members, take ▇▇▇▇▇ obligation ▇, 2013. | 0.25 | 62.50 |
| | DJB | Draft and organize memorandum to Atty. ▇, TAL JR re: collect legal fee debt due from ▇, Ninth Circuit Appeal and service of process of ▇ Complaint. | 0.25 | 62.50 |
| | DJB | Review letter Atty. JR re: SCOG trial date continued and rescheduled to Pre-trial Conference in June, free for Settle Conferences. | 0.25 | 62.50 |
| 5/25/2013 | DJB | Legal analysis and teleconference with Atty. R. Hatch, TAL JR re: ▇ to meet with AGO and ▇ settlement obligations; forward the TAL and AGO correspondence to Atty. Hatch re: Government ▇ meeting, ▇ conference, ▇ plan, ▇ money, ▇ measures, no ▇ hours, ▇ freeze and possible transfer of ▇ obligation to members; review and draft reply to Atty. ▇ re: ▇ costs due and owing, demand letter, push new Order after failure to pay. | 0.75 | 187.50 |

|  | | Hours | Amount |
|---|---|---|---|

5/25/2013 DJB   Draft response and review Atty. Hatch concerns and         0.75       187.50
                TAL JR issues re: unpaid employer contribution
                invoices, ███████ problem, ███████ failure to
                pay, plans for settlement, schedule Settlement
                Conference and plan for ██████ participation with
                client authority.

         DJB    Draft opinion to Atty. R. Hatch, TAL JR re: three          0.50       125.00
                critical points, request template for ██████ plan
                and Order; use Stipulation to Order DJB draft,
                implement ██████ measures ██████ force,
                ██████ freeze.

         DJB    Teleconferences with Atty. R. Hatch re: re-write           0.25        62.50
                ████████ definition for ██████ diversion to
                Retirement Fund obligation, use audited financial
                statement and books, and % of all gross income
                ██████ Fund.

         DJB    Review and draft reply correspondence to Atty. ██          0.25        62.50
                re: ██████████ document, lobbying papers from
                Chairman of Trustees, legislative advocacy
                requested.

         DJB    Edit and draft supplement to proposed TAL JR               0.25        62.50
                letter to Governor re: ████████████ duty to
                ██ members.

5/26/2013 DJB   Review and draft reply correspondence to Atty. ██          0.25        62.50
                re: coordinate legal services re: collect the
                ██████████████ party legal fees,
                ██████ service of process; review and draft reply to
                Atty. ██████, TAL JR re: schedule and travel for
                ██████████████ meetings.

5/27/2013 DJB   Review and draft reply correspondence to Atty. ██          0.25        62.50
                ██████ Taitano Answer ██████████ and
                background; review Atty. ██ correspondence re:
                check on the Fund ██████ archives.

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/27/2013 | DJB | Review and draft opinion to TAL JR re: binding arbitration settlement concept, notice to Judge Faris and possible alternative dispute resolution. | 0.25 | 62.50 |
| | DJB | Review and draft reply correspondence to Atty. ▮ re: ▮ letter edits, changes, 2012-13 new fees and costs; edit letter to Atty. ▮ re: study ▮ Order to Dismiss Appeal, review addresses; supplement letter to demand payment. | 0.25 | 62.50 |
| | DJB | Draft letter to AGO Asst. R. Patel, G. Birnbrich re: Group Health Life Insurance Program transfer to DOF and AGO, request work on Request for Proposals and Procurement, and accept the transfer now instead of later, 7 day deadline. | 1.00 | 250.00 |
| 5/28/2013 | DJB | Legal analysis and teleconference with TAL JR re: settlement conference plans, ▮ ▮ Plaintiffs ▮ AGO, ▮ of RF; review and draft reply correspondence to AGO R. Patel re: 4 p.m. conference request; review and draft reply correspondence to Atty. ▮ and Atty. ▮ re: ▮ archive retrieval and production; review and draft reply correspondence to L. Pangelinan re: letter to Governor ▮ from Fund to Members as of ▮, 2013; review legal research and ▮ Municipal ▮ in U.S.A.; review and draft reply correspondence to Atty. ▮ re: ▮ letter demand to pay for prevailing party attorneys' fees for Retirement Fund. | 1.50 | 375.00 |
| | DJB | Review and draft reply correspondence to AGO Assts. T. Sablan, R. Patel re: conference call 4:30 p.m. | 0.25 | 62.50 |
| | DJB | Teleconference and argue with Asst. AGO Patel, Birnbrich and Sablan re: three key points, consent and ▮ to order, disclosure of accounting, no payment ▮ binding | 1.00 | 250.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | arbitration, DOF transfers of employer contribution deficiency and warning of same issues at Settlement Conference next day. | | |
| 5/28/2013 | DJB | Teleconference and legal analysis with Atty. ███ re: ███████ public notice problems, request Governor to ███████ payments of all ███████ 2013, serve process on ████, calendar default, Settlement Conference plans and history. | 0.75 | 187.50 |
| | DJB | Review and draft reply correspondence to Atty. ████ TAL JR re: number and amount of withdrawal applications Fiscal Year 2011 from PL No. ████ ████ with interest, edit letter to Asst. AGO R. Patel re: request for proposals for Group Health Life Insurance Program, edit letter to Governor re: take ███████████ 2013; edit letter to ████████ re: pay Retirement Fund Appellate fees for prevailing litigation; review and draft reply to Atty. ████ re: ██████████████ in the Retirement Fund archives, document production. | 1.25 | 312.50 |
| | DJB | Meet and confer and legal analysis with TAL JR re: ███████████ Settlement Conference, pros and cons, reasons, problems, ██████████, schedule of the work and division of responsibility. | 0.75 | 187.50 |
| 5/29/2013 | DJB | Settlement Conference with Judge Faris, Asst. AGO R. Patel, G. Birnbrich, Plaintiffs' Atty. Bronster and Hatch re: offer and counter-offer, optimism and pessimism, deal-breakers, no austerity measures, no Payment Orders reimbursed, Objection to Asst. AGO's continued disregard of Court Orders. | 2.25 | 562.50 |
| | DJB | Draft correspondence and ████ claims to Judge Faris re: Trustee Ad Litem letter May 24, AGO reply letter May 24, agreement to ████████ DOF debt due arising from delinquent employer contributions; review and reply TAL JR, Atty. ████ re: pending correspondence, ██████████████ Consultants and Judge Faris. | 0.25 | 62.50 |

Dan - NMIRF

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/29/2013 | DJB | Draft talking points, summary of case, Settlement Conference issues for Judge Faris and AGO representations. | 0.50 | 125.00 |
| | DJB | Meet and confer and legal analysis with TAL JR re: work on next Settlement Conference and de-brief the product of May 29 Settlement Conference. | 0.25 | 62.50 |
| | DJB | Teleconference and legal analysis with Atty. ▮ re: Retirement Fund materials requested by parties to Settlement Conference, list of Class members, actuarial studies; draft letter brief and summary of Settlement Conference process and explain to Retirement Fund team and Attys. | 1.50 | 375.00 |
| | DJB | Edit and draft supplement to letter to Asst. AGO R. Patel (1) re: PL No. 17-82 estimated interest payable from Fund to withdrawing members; and, letter to Asst. AGO R. Patel (2) re: GHLIP request for proposals and procurement; review and reply TAL JR, Attys. ▮ and ▮ re: edit and approve correspondence to go with comments and opinion, ▮ demand letter; and, demand on Asst. AGO Patel to do the request for proposals and procurement. | 1.00 | 250.00 |
| | DJB | Review correspondence and draft reply to Attys. ▮ and LP re: ▮ document production, e-mail delivery, checks paid from DOF for employer contributions, LP plans to meet Larissa, DOF Secretary. | 0.25 | 62.50 |
| 5/30/2013 | DJB | Review and draft reply legal analysis and correspondence to TAL JR, Atty. Hatch re: Judge Faris schedule offer, too late and rejection of bad dates. | 0.25 | 62.50 |
| | DJB | Draft letter and memorandum to Judge Faris re: objections, two weeks to resolve settlement procedures and reasons for the failure of the process. | 0.75 | 187.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/30/2013 | DJB | Edit and draft supplement to memorandum to Judge Faris re: ███████ efficiency of Settlement Conference, identify ██████ points and request expedited consideration. | 0.50 | 125.00 |
| | DJB | Legal analysis and meet and confer with TAL JR, Atty. ██ re: ███████, breach of contract available remedies, plans for teleconference May 31 and possible replacement of ██████ | 0.50 | 125.00 |
| | DJB | Legal analysis and teleconference with Atty.██ ██, TAL JR re: Retirement Fund archive production of ████████ communications, Requests for Production of Documents, need for objections and possible Motion for ███████ ████ | 0.25 | 62.50 |
| 5/31/2013 | DJB | Review legal analysis and draft reply correspondence to Atty ███ re: letter to DOF Larsen, change in tone, ledger exchange and less ████████ review and reply TAL JR re: schedule ████ meeting, plan a response to ██████ Consultants. | 0.25 | 62.50 |
| | DJB | Legal analysis and meet and confer TAL JR, Atty. ██ re: plan teleconference with ███ Consultants and ███████████████ turn over, prepare witnesses for trip, ██████ status of production and RF letter to Judge Faris edits and supplements. | 0.25 | 62.50 |
| | DJB | Teleconference and argue with ███████ Consultants, in-house counsel, supervisor(s), TAL JR, Atty. ██ re: object to █████ conduct, █████ behavior, explain ██████████████ employee and employer and ████████ arguments. | 0.75 | 187.50 |
| | DJB | Meet and confer and teleconference ████████ with Attys. ████████ and TAL JR re: ██████ and ████ closure, list of members, PL No. 17 | 1.00 | 250.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | withdrawal amounts with and without interest, Wilshire contract and ▮▮▮▮▮ closure of branch offices Tinian and Rota. | | |
| 5/31/2013 | DJB | Draft correspondence to Plaintiffs' Atty. Hatch, Bronster, Asst. AGO Patel, Birnbrich re: ▮▮▮▮ ▮▮▮ for list of members of Retirement Fund that includes ▮▮▮ | 0.25 | 62.50 |
| | DJB | Edit and draft supplement to Retirement Fund letter to Judge Faris re: ▮▮▮▮ 2-week completion; meet and confer TAL JR, Atty. ▮ re: edit specific details, change terms, settlement process ▮▮▮▮ to schedule. | 0.75 | 187.50 |
| | DJB | Review and draft reply correspondence to Asst. AGO R. Patel, Plaintiffs' Atty. R. Hatch, M. Bronster re: members and retirees list; review and forward AG Patel additional request for all members not retirees and not class members and amount of money set aside for withdrawals. | 0.25 | 62.50 |
| | DJB | Edit and draft supplement to Retirement Fund L. Pangelinan letter to DOF L. Larsen re: employer contributions under PL No. ▮▮▮, explain details of amount of money necessary and withheld and the ▮▮▮▮ to Office of Public Auditor and CNMI agencies. | 0.25 | 62.50 |
| | DJB | Review Judge Faris response and forward to TAL JR re: request for conference details; draft reply to Judge Faris re: Saturday, noon, June 1 teleconference. | 0.25 | 62.50 |
| | | For professional services rendered | 101.00 | $25,250.00 |

Additional Charges :

|  |  | Amount |
|---|---|---|
| 5/20/2013 | United Airlines Airfare | 251.36 |
|  | Guam International Airport Parking Fee | 23.00 |
| 5/21/2013 | Kanoa Resort Hotel Saipan | 103.50 |
|  | Total costs | $377.86 |
|  | Total amount of this bill | $25,627.86 |

## Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Daniel J. Berman | 101.00 | 250.00 |

# Thank You for Choosing United Airlines

## United Confirmation Number A4B26F

### Purchase Summary

| | |
|---|---|
| 1 Adults (age 18 to 64) | $231.00 |
| Additional Taxes/Fees | $20.36 |
| **Total** | **$251.36** |

**Payment Information**
Name of Cardholder: **DANIEL J BERMAN**
Card Type:

**MileagePlus Members:** Upon completion of this itinerary, you will earn up to **258 MileagePlus award miles.***

### Flight Details — United Confirmation Number A4B26F



**Mon., May. 20, 2013 | Guam (GUM) to Saipan, Northern Mariana Islands (SPN)**

| Depart: 5:35 p.m. Mon., May. 20, 2013 Guam (GUM) | Arrive: 6:25 p.m. Mon., May. 20, 2013 Saipan, Northern Mariana Islands (SPN) | Travel Time: 50 mn | Distance: 129 miles | Flight: **UA5077** Operated by CAPE AIR DBA UNITED EXPRESS. Aircraft: **ATR 42/72** Fare Class: **United Economy (S)** Meal: **None** |

Note: Flight 5077 is serviced by a non-jet equipment type.

**Tue., May. 21, 2013 | Saipan, Northern Mariana Islands (SPN) to Guam (GUM)**

| Depart: 6:55 p.m. Tue., May. 21, 2013 Saipan, Northern Mariana Islands (SPN) | Arrive: 7:45 p.m. Tue., May. 21, 2013 Guam (GUM) | Travel Time: 50 mn | Distance: 129 miles | Flight: **UA5078** Operated by CAPE AIR DBA UNITED EXPRESS. Aircraft: **ATR 42/72** Fare Class: **United Economy (S)** Meal: **None** |

Note: Flight 5078 is serviced by a non-jet equipment type.

### Traveler(s)



**Mr. Daniel Berman**

Date of Birth: 9/24/1959   Gender: Male

Special Meals Request: Not applicable for this itinerary
Frequent Flyer:
E-mail Address:
Home Phone:
Passport Information:
Country: United States
Expiration Date:
Citizenship: United States

Seat Assignments: GUM - SPN: 4D
SPN - GUM: ---

**Economy Plus**
Purchase Economy Plus® seating and enjoy more space to relax. Book early for the best availability.



**Saipan Hotels**
From **$55** Book Today
Search Hotels >



**Saipan Car Rentals**
Book with our preferred car partners to save up to 35% and earn 75 reward miles per day.
AVIS
Hertz

**Important Travel Information:**

- The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
- Any changes to your flight reservations may incur additional charges.
- Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
- Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
- Please read important information governing airline baggage liability limitations.

- You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
- Special services are on a request basis and cannot be guaranteed.
- Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

*Miles shown are the actual miles flown for this segment. Fare class, Premier qualifying miles and other promotional bonuses are not included in the total miles shown. The award miles accrued on codeshare flights are based on the operating carrier and their equivalent fare class. This could result in differences between the purchased booking class and the booking class flown, which determines the number of base and Premier qualifying miles and Premier qualifying segments earned. MileagePlus award miles are not awarded for travel on airlines that are not MileagePlus partners. Miles indicated for non-partner flights or flight segments will not be awarded. MileagePlus award miles earned will vary depending on the Premier status of the customer.

## ▼ Important Baggage Information

### Carry-on baggage allowed
United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters (L + W + H) or 14 inches x 9 inches x 22 inches (23 x 35 x 56 cm)
- One personal item (such as a shoulder or laptop bag).

Learn more about carry-on baggage policy

### Checking bags for this itinerary
Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm)

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| **Mon., May. 20, 2013** Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | $0 | ~~$40~~ $0* | 70.0 lbs (32 kgs) |
| **Tue., May. 21, 2013** Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | $0 | ~~$40~~ $0* | 70.0 lbs (32 kgs) |



**Check Your First Bag for Free**
Save up to $100 per roundtrip. Primary Cardmembers and a companion on the same reservation can check their first bag free on United-operated flights when purchasing tickets with their Explorer Card.

Learn more

Baggage check-in must occur with United, United Express or another Star Alliance member airline, and MileagePlus® Premier® Platinum membership must be valid at time of check-in to qualify for waiver of service charges for up to three checked bags within specified size and weight limits.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage



# UNITED

**Premier Access**  **INTL**  A4B26F 4D   **5**
UA 5077

**BERMAN/DANIELMR**

**Guam to Saipan**

| UA 5077 | GATE | BOARD TIME | SEAT | |
|---|---|---|---|---|
| **GUM-SPN** | **4** | **5:10 PM** | **4D** | **BOARDING GROUP** |
| Monday, May 20, 2013 | Gate May Change | Departs: 5:35 PM | Window | **1** |
| | | Arrives: 6:25 PM | Economy | |

Operated by Cape Air dba United Express

**Confirmation:** **A4B26F**
Ticket:     01623667781761                                    A STAR ALLIANCE MEMBER

Go paperless and use your mobile phone as your boarding pass. Mobile boarding passes are now an option for most customers departing from Guam (GUM). Go to http://mobile.united.com - Flight Check-in and then choose mobile boarding pass as your delivery option.

Bag check must be completed no later than 60 minutes before departure. Each traveler is allowed to carry-on one bag and one personal item. Please note your bag must not exceed 45 in or 115 cm (L+W+H) or weigh more than 40 lbs or 18 kg. You must be at the boarding gate at least 30 minutes prior to departure. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat. Refer to United's Contract of Carriage at united.com for more information on United's terms and conditions.

**EXTENDED WEATHER FORECAST** for Saipan



Mon, May 20
84°F / 80°F
Precip. 0%

Tue, May 21
85°F / 81°F
Precip. 15%

Wed, May 22
84°F / 82°F
Precip. 15%



**Enjoy priority boarding privileges.**
Learn more at UnitedExplorerCard.com

Do you have comments or suggestions? Visit Sojern on the web at www.sojern.com/feedback

Antonio B. Won Pat
Guam Int'l Airport

------------------------------------------------
Terminal#:1 Cashier#:516
05/20/2013 16:21
05/21/2013 19:54 - 1 03:34
79177374 / #047390
1-7 Days  : $      23.00
          : $      23.00
   Cash   : $      23.00
------------------------------------------------
Thank you.

NAME:BERMAN/DANIELM
DATE:21MAY            23
FF#: █████
MILEAGE:   500 MILES
PLATINUM/STAR GOLD
FLIGHT:UA  5078Y

GATE:  **6** SEAT: 2A
DEPART: 655P
  SAIPAN
ARRIVE: 745P
  GUAM
BOARD TIME:   630P
  1623667781761
   STAR ALLIANCE MEMBER ✧·

```
              KANOA RESORT
                  SUSUPE
              SAIPAN,MP 96950

TERMINAL ID. :                    0010

MERCHANT #:               000011203779

MASTERCARD                       CSH :
************
CHECK IN               EXP.: XX/XX

DATE: MAY 20, 13           TIME: 00:58
BATCH: 001418      INV: 002044
RRN: 29971475      AUTH: 05370Z
FOLIO: 952


TOTAL                 $103.50

DANIEL BERMAN
          Mahalo !
          Please Come Again
```

```
Mr. DANIEL BERMAN                Room  0952
GUAM                             Arrival    05/20/13
                                 Departure  05/21/13
                                 Persons(s) 0
                                 Cashier    1  MALOU
                                 Time       11:49:41
                                 Page       1
```

ORIGINAL INVOICE  116758

Kanoa Resort Saipan, 05/21/13

| Date | Details | Ref. | Debit | Credit |
|------|---------|------|-------|--------|
| 05/20/13 | Room Charge | | 90.00 | |
| 05/20/13 | Room Tax | | 13.50 | |
| 05/20/13 | ███ ▪ ▪ ████ | ████ | ███ | |
| 05/21/13 | █████████████████ | | | 165.00 |

```
                              Total:          0.00
```

Signature : _____

Company   : _____