# Law Office of Braddock J. Huesman, LLC

The Sablan Building, Suite 2-C Beach Road, Chalan Kanoa PO Box 501916
Saipan, MP 96950
(670) 234-9005

**Statement for 5/31/2013**
INV-102307

**NMI Retirement Fund**
PO Box 501247
Saipan, MP 96950

**Professional Fees**

| Entry Date | Employee | Description | Discount | Hours | Amount |
|---|---|---|---|---|---|
| 05-01-2013 | Braddock Huesman | Final edits to ▓▓▓ | | 0.50 | $100.00 |
| 05-03-2013 | Braddock Huesman | Analyze order ▓▓▓ respond to ▓▓▓ | | 0.30 | $60.00 |
| 05-03-2013 | Braddock Huesman | Email to ▓▓▓ request that ▓▓▓ | | 0.10 | $20.00 |
| 05-05-2013 | Braddock Huesman | Analyze and edit ▓▓▓ | | 2.50 | $500.00 |
| 05-05-2013 | Braddock Huesman | Edit ▓▓▓ | | 0.20 | $40.00 |
| 05-05-2013 | Braddock Huesman | Analyze and edit ▓▓▓ responding to ▓▓▓ | | 0.50 | $100.00 |
| 05-07-2013 | Braddock Huesman | Prepare for teleconference w/ ▓▓▓ participate in teleconference ▓▓▓ | | 0.70 | $140.00 |
| 05-07-2013 | Braddock Huesman | Draft ▓▓▓ include ▓▓▓ | | 1.20 | $240.00 |
| 05-09-2013 | Braddock Huesman | Skype Conference w/ ▓▓▓ re: ▓▓▓ | | 0.50 | $100.00 |
| 05-09-2013 | Braddock Huesman | Analyze and edit draft of letter to ▓▓▓ re: ▓▓▓ | | 0.40 | $80.00 |
| 05-11-2013 | Braddock | Research case law regarding | | 5.70 | $1,140.00 |

EXHIBIT 6

Page 1

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | Huesman | ▓▓▓ analyze government request for ▓▓▓ draft ▓▓▓ | | |
| 05-12-2013 | Braddock Huesman | Review and analyze edits to ▓▓▓ discuss edits w/ ▓▓▓ | 0.50 | $100.00 |
| 05-18-2013 | Braddock Huesman | Correspond w/ ▓▓▓ re: ▓▓▓ Prepare for teleconference w/ ▓▓▓ | 2.10 | $420.00 |
| 05-18-2013 | Braddock Huesman | Circulate ▓▓▓ w/ D. Bisnar to have the complaint served. | 0.20 | $40.00 |
| 05-24-2013 | Braddock Huesman | Analyze and edit draft of letter ▓▓▓ in response to ▓▓▓ | 0.50 | $100.00 |
| 05-30-2013 | Braddock Huesman | Meeting w/ ▓▓▓ re: status ▓▓▓ Analyze edits to ▓▓▓ phone call w/ ▓▓▓ re: ▓▓▓ | 4.20 | $840.00 |
| 05-31-2013 | Braddock Huesman | Work at the office of the Trustee Ad Litem; Phone call w/ ▓▓▓ re: ▓▓▓ Meeting w/ ▓▓▓ re: ▓▓▓ review letter from ▓▓▓ and response from ▓▓▓ phone call w/ ▓▓▓ re: ▓▓▓ Discussion w/ ▓▓▓ re: ▓▓▓ analyze ▓▓▓ edit ▓▓▓ and send to ▓▓▓ phone calls w/ ▓▓▓ re: ▓▓▓ Phone calls w/ ▓▓▓ about ▓▓▓ discuss problems associated with ▓▓▓ Edit document again and send ▓▓▓ Travel back to Saipan. | 8.20 | $1,640.00 |
| | | | **Total:** | **$5,660.00** |

**Expenses**

| Matter | Expenses |
|---|---|

| | Entry Date | Expense | Description | Amount |
|---|---|---|---|---|
| Johnson v. Fitial, et al., Civil Action No. 09-0023 | 05-30-2013 | Air Travel to Guam | Air Travel to Guam | $233.00 |
| | 05-31-2013 | Hotel Stay | Hotel Stay | $122.10 |
| | | | **Total:** | **$355.10** |

**Matter Summary**

| Matter | Hours | Fees | Expenses | Payments | Retainer |
|---|---|---|---|---|---|
| ███████████ | .30 | $60.00 | $0.00 | $0.00 | $0.00 |
| █████████████████ | 16.60 | $3,320.00 | $0.00 | $0.00 | $0.00 |
| ████████████████ | 9.20 | $1,840.00 | $355.10 | $0.00 | $0.00 |
| ██████████████ | 1.70 | $340.00 | $0.00 | $0.00 | $0.00 |
| ██████████████ | .50 | $100.00 | $0.00 | $0.00 | $0.00 |
| **Total:** | **28.30** | **$5,660.00** | **$355.10** | **$0.00** | **$0.00** |

**Totals Summary**

| | |
|---|---|
| Total Payments from Retainer: | $0.00 |
| Total Retainer Balance: | $0.00 |
| Total Fees and Expenses: | $6,015.10 |
| Total Payments For This Period: | $0.00 |
| Previous Balance As Of 05-01-2013: | $15,106.35 |
| Account Balance As Of 05-31-2013: | $21,146.45 |

```
From:   "WINGS TRAVEL       (AGENTID01178270)" <emailserver@pop3.amadeus.net>
Subject: HUESMAN/BRADDOCK MR 30MAY SPN
   Date: May 29, 2013 12:51:06 PM GMT+10:00
     To: BRADDOCK@HUESMANFIRM.COM
Reply-To: WINGS.TRAVEL@PTICOM.COM
```

### HUESMAN/BRADDOCK MR 30MAY SPN

```
WINGS TRAVEL                         DATE 29MAY13
P.O. BOX 1508                        AGENT ES/ES BOOKING REF 75IYTT
NEXT TO VICTORIA HOTEL
SAIPAN MP                            HUESMAN/BRADDOCK MR
TELEPHONE: 670 233-9464
FAX      : 670-233-9466


SERVICE            DATE   FROM           TO              DEPART  ARRIVE


UNITED AIRLINES    30MAY  SAIPAN         GUAM            1120A   1210P
UA 5074            THURSDAY FRANCISCO C AD A.B WON PAT IN
K ECONOMY
                                                         NON STOP
                          RESERVATION CONFIRMED          0:50 DURATION
                          FLIGHT OPERATED BY CAPE AIR DBA UNITED EX
          AIRCRAFT OWNER: 9K  CAPE AIR
                AIRCRAFT: AEROSPATIALE/ALENIA ATR42/72
                          SEAT 05A NO SMOKING CONFIRMED


UNITED AIRLINES    31MAY  GUAM           SAIPAN          820P    910P
UA 5079            FRIDAY A.B WON PAT IN FRANCISCO C AD
W ECONOMY
                                                         NON STOP
                          RESERVATION CONFIRMED          0:50 DURATION
                          FLIGHT OPERATED BY CAPE AIR DBA UNITED EX
          AIRCRAFT OWNER: 9K  CAPE AIR
                AIRCRAFT: AEROSPATIALE/ALENIA ATR42/72
                          SEAT 09B NO SMOKING CONFIRMED


RESERVATION NUMBER(S)  UA/LQ42F8

HUESMAN/BRADDOCK MR
     ETKT:UA/016

UA   FREQUENT FLYER
FARE TOTAL $233.00 AMOUNT

CLICK THE FOLLOWING LINK TO ACCESS YOUR ONLINE ITINERARY:

WWW.CHECKMYTRIP.COM/CMTSERVLET?R=75IYTT&L=US&N=HUESMAN

MOST CARRIERS' E-TICKETS HAVE EXPIRATION DATES AND CONDITIONS OF USE.
CHECK THE CARRIER'S FARE RULES FOR MORE INFORMATION.

BAGGAGE POLICY - FOR TRAVEL TO/FROM, WITHIN THE US, PLEASE VISIT:

HTTPS://BAGS.AMADEUS.COM?R=75IYTT&N=HUESMAN
```

# RESORT & SPA
# Marriott

Mr. Braddock Huesman  
P.O. Box 501916  
96950 Saipan  
NORTHERN MARIANA ISL

Room No.   : 0719  
Arrival    : 05/30/13  
Departure  : 05/31/13  

MRW No.    : 174474049

I N V O I C E   575335

Guam Marriott Resort & Spa, 05/31/13/07:28:51 LGUERRERO/1

| Date  | Reference              | Charge  | Credit  |
|-------|------------------------|---------|---------|
| 05/30 | Room Charge            | 110.00  |         |
| 05/30 | Room Tax 11%           | 12.10   |         |
| 05/31 | MasterCard             |         | 122.10  |
|       | ->XXXXXXXXXXXX8738  XX/XX |       |         |
|       | Total                  | 122.10  | 122.10  |
|       | Balance                |         | 0.00 US$ |

Your Marriott Rewards points/miles earned for this stay will be credited to your account and will appear on your next statement. To check your balance or view member exclusive offers, log on to www.marriottrewards.com or call US 801-468-4000!

Marriott Proprietary & Confidential