LAW OFFICES

# CIVILLE & TANG, PLLC.

330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@guamattorneys.com

Invoice submitted to:
NORTHERN MARIANA ISLANDS RETIREMENT FUND
P.O. BOX 501247
SAIPAN, MP 96950

July 09, 2013
Client #   N12.1252.01
Invoice # 22217

**In Reference To:** RETIREMENT FUND

### PROFESSIONAL SERVICES

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2013 | JCR | PREPARE FOR AND TELEPHONE CONFERENCE ███████ ███████ | 1.40 | 350.00 |
| 6/3/2013 | JCR | REVIEW AND RESPOND TO INFORMATION REQUEST FROM █████ █████ REVIEW AND REVISE L. PANGELINAN'S LETTER REGARDING HB 18-9, S1; TELEPHONE CONFERENCE WITH D. AND B. HUESMAN REGARDING TOMORROW'S HEARING. | 2.90 | 725.00 |
| 6/4/2013 | JCR | PREPARE FOR AND ATTEND STATUS CONFERENCE; TELEPHONE CONFERENCE WITH B. HUESMAN TO DISCUSS BRIEFING SCHEDULE; DRAFT CORRESPONDENCE TO B. HUESMAN TO SCHEDULE MEETINGS WITH MARIANAS COMMUNITY COLLEGE AND CUC REGARDING ███████ REVIEW OF ORDER POSTPONING ORAL ARGUMENT IN BOTH CNMI SUPREME COURT MATTERS; REVIEW OF BORJA APPEAL FROM ACTING ADMINISTRATORS DECISION. | 3.25 | 812.50 |
| 6/5/2013 | JCR | REVIEW OF ANNUAL BENEFITS SPREADSHEET AND TELEPHONE CONFERENCE WITH R. WRIGHTSON REGARDING SAME; REVIEW OF DEMAND LETTER TO ███████ ███████ | 2.20 | 550.00 |
| 6/6/2013 | JCT | REVIEW LETTER TO ANNUITANTS RE: STATE OF THE FUND. | 1.00 | 250.00 |
| | JCR | TELEPHONE CONFERENCE WITH B. HUESMAN REGARDING SCHEDULING OF MEETINGS; REVIEW AND REVISE LETTER TO ANNUITANTS;REVIEW AND REVISE LETTERS TO EMPLOYEES AND LANDLORDS REGARDING SATELLITE OFFICE CLOSURES; TRAVEL TO SAIPAN; MEETING WITH D. BERMAM AND B. HUESMAN TO PREPARE FOR LITIGATION MEETING. | 7.30 | 1,825.00 |
| 6/7/2013 | JCT | REVIEW LETTER FROM WILLIAM STEWART AND IAC RESPONSE. | 0.50 | 125.00 |
| | JCR | MEETING WITH DR. HART REGARDING ███████ ███████ MEETING WITH CDA TO DISCUSS PENSION OBLIGATION BOND, TIMING OF BOND AND OTHER ISSUES; | 12.00 | 3,000.00 |

EXHIBIT 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | LITIGATION MEETING TO ADDRESS JUDGE GATEWOOD'S SCHEDULING ORDER AND ASSIGN ALL BRIEFING; RETURN TO GUAM. |  |  |
| 6/8/2013 | JCR | TELEPHONE CONFERENCE WITH B. HUESMAN ████████ | 0.25 | 62.50 |
| 6/10/2013 | JCR | TELEPHONE CONFERENCE WITH J. LEONARD REGARDING ACTUARIAL WORK FOR SETTLEMENT CONFERENCE; TRAVEL TO SAIPAN. | 3.50 | 875.00 |
| 6/11/2013 | JCR | REVIEW AND REVISE ADA STIPULATIONS CV09-0308A; REVIEW AND REVISE FUNDS REQUEST FOR A STATUS CONFERENCE CV 11-08; STRATEGY CONFERENCE REGARDING HB 18-50; REVIEW OF CORRESPONDENCE FROM ACTUARY J. LEONARD; REVIEW AND REVISE LETTER TO R. PATEL INVITING HER TO THE CRA MEETING; REVIEW AND REVISE ANNUITANTS LETTER; REVIEW OF B. HUESMAN 5/31/13 INVOICE; REVIEW OF D. BERMAN 5/31/13 INVOICE. | 2.60 | 650.00 |
|  | JDW | CONFER IN SAIPAN WITH FUND COUNSEL ON LITIGATION MATTERS; DRAFTING AND EDITS TO LETTER TO GOVERNOR RE ██████ ████████ | 1.30 | 260.00 |
| 6/12/2013 | JCR | SEVERAL TELEPHONE CONFERENCES ███████████ ████████████████ REVIEW AND REVISE PRESS RELEASE REGARDING EFFECTS TO CNMI ECONOMY OF FUND FAILURE; PREPARE FOR MEETING AND ATTEND CRA MEETING; MEETING WITH L. PANGELINAN AND V. ALEPUYO REGARDING ████████████ | 8.60 | 2,150.00 |
|  | JDW | CONTINUED MEETING WITH COUNSEL ON BRIEFING MATTERS AND UPCOMING SETTLEMENT; DRAFT AND EDITS TO CORRESPONDENCE RE SAME; PREPARE FOR AND ATTEND MEETING WITH RETIREES. | 3.00 | 600.00 |
|  | SPC | REVIEWED FILES REGARDING JBF DEFAULT AND SENT EMAIL TO JCT ON ISSUE. | 0.25 | 50.00 |
| 6/13/2013 | JCR | REVIEW AND REVISE LETTER TO SENATOR TAIMANAO REGARDING HB 18-50; PREPARE FOR STATUS CONFERENCE. | 6.40 | 1,600.00 |
| 6/14/2013 | JCR | PREPARE FOR AND ATTEND STATUS CONFERENCE; RETURN TO GUAM; REVIEW AND REVISE PRESS RELEASE ON FUND AUSTERITY MEASURES; REVIEW AND REVISE ███████████; TELEPHONE CONFERENCE WITH D. BERMAN REGARDING ███████████ REVIEW OF GOVERNMENT'S RESPONSE TO AIN'S INTERVENTION MOTION. | 6.80 | 1,700.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/14/2013 | JDW | PREPARE FOR AND ATTEND STATUS HEARING; CONFER WITH FUND COUNSEL AND JCR RE SAME. | 0.90 | 180.00 |
| 6/15/2013 | JCR | REVIEW OF ███████████████████████████; REVIEW OF GOVENDO'S JUNE 2011 ORDER REGARDING NMC AND PSS; REVIEW OF ACTUARY TASK LIST FOR SETTLEMENT; REVIEW OF COURT'S 9/10/12 ORDER IN CV 9-23; CONTINUE REVISING ████████ | 2.80 | 700.00 |
|  | JDW | RESEARCH CASE LAW ████████████████; ████████████ | 0.20 | 40.00 |
| 6/17/2013 | JCR | TELEPHONE CONFERENCE WITH ████████████████ ████████████ | 0.50 | 125.00 |
| 6/18/2013 | JCR | REVIEW AND REVISE ████████████; TRAVEL TO SAIPAN. | 3.20 | 800.00 |
| 6/19/2013 | JCR | TELEPHONE CONFERENCE WITH ████████████ ████████; TELEPHONE CONFERENCE WITH R. PATEL REGARDING PAYMENTS; MEETING WITH ACTUARY REGARDING SETTLEMENT CHARTS; CONTINUE REVISING ████████████; RETURN TO GUAM. | 5.00 | 1,250.00 |
| 6/20/2013 | JCR | CONTINUE REVISING ████████████; TELEPHONE CONFERENCE WITH ████████████ ████████ TELEPHONE CONFERENCE WITH D. BERMAN REGARDING ████████ | 1.20 | 300.00 |
| 6/21/2013 | JCR | REVIEW OF ACTUARIAL WORK FOR SETTLEMENT CONFERENCE. | 0.90 | 225.00 |
| 6/23/2013 | JCR | MEETING WITH WILSHIRE TEAM AND ████████████ TO PREPARE FOR SETTLEMENT CONFERENCE; TRAVEL TO SAIPAN. | 6.30 | 1,575.00 |
| 6/24/2013 | JCR | ATTEND SETTLEMENT CONFERENCE. | 9.00 | 2,250.00 |
| 6/25/2013 | JCR | ATTEND SETTLEMENT CONFERENCE. | 8.00 | 2,000.00 |
| 6/26/2013 | JCR | ATTEND SETTLEMENT CONFERENCE AND STATUS CONFERENCE; RETURN TO GUAM. | 14.50 | 3,625.00 |
| 6/27/2013 | JCR | TELEPHONE CONFERENCE WITH ████████████ ████████ REVIEW OF QUESTIONS AND ANSWERS FOR RETIREES. | 0.70 | 175.00 |
| 6/28/2013 | JCR | DRAFT CORRESPONDENCE TO L. PANGELINAN REGARDING FINANCIAL STATEMENTS FOR FY 2012 AND 2013; REVIEW OF CRA MEETING SUMMARY FOR WEBSITE; REVIEW AND REVISE Q&A FOR WEBSITE REGARDING THE NEW SETTLEMENT; TELEPHONE CONFERENCE WITH ████████████ | 2.80 | 700.00 |

|  | Hours | Amount |
|---|---|---|

6/29/2013 JCR    DRAFT CORRESPONDENCE TO ██████████████    2.50    625.00
██████████████ DRAFT CORRESPONDENCE TO ██████
██████████████ DRAFT CORRESPONDENCE TO █████
████████ REVIEW AND REVISE Q&A SHEET; CONTINUE
REVISING CRA MEMBER MEETING STATEMENT FOR WEBSITE;
REVIEW OF CORRESPONDENCE FROM
████████ DRAFT CORRESPONDENCE TO ████████
████████████████; DRAFT CORRESPONDENCE TO ████
DRAFT CORRESPONDENCE TO ████████████████
██████████████

**Subtotal Professional Services:**                    **121.75** **$30,155.00**

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 6/6/2013 | PER DIEM FOR J. RAZZANO (LODGING AND MEALS) PURSUANT TO COURT APPROVED CONTRACT. | 93.90 |
|  | J. RAZZANO AIRFARE TICKET ROUNDTRIP GUAM TO SAIPAN; CONFIRMATION NO.BCHJVH. | 271.36 |
| 6/10/2013 | PER DIEM FOR J. RAZZANO PURSUANT TO COURT APPROVED CONTRACT - PARKING FEES. | 13.00 |
|  | J. RAZZANO AIRFARE TICKET ROUNDTRIP GUAM TO SAIPAN; CONFIRMATION NO. CZE4TL. | 271.36 |
|  | PER DIEM FOR J. RAZZANO (LODGING AND MEALS) PURSUANT TO COURT APPROVED CONTRACT. | 103.50 |
|  | J. WALSH AIRFARE TICKET ROUNDTRIP GUAM TO SAIPAN; CONFIRMATION NO. CZE4TL. | 271.36 |
| 6/11/2013 | J. WALSH RENTAL CAR FEE PLUS FUEL JUNE 11, 2013 TO JUNE 14, 2013. | 114.00 |
| 6/11/2013 | PER DIEM FOR J. RAZZANO (LODGING AND MEALS) PURSUANT TO COURT APPROVED CONTRACT. | 103.50 |
| 6/12/2013 | PER DIEM FOR J. RAZZANO (LODGING AND MEALS) PURSUANT TO COURT APPROVED CONTRACT. | 115.50 |
| 6/13/2013 | PER DIEM FOR J. RAZZANO (LODGING AND MEALS) PURSUANT TO COURT APPROVED CONTRACT. | 150.50 |
| 6/13/2013 | PER DIEM FOR J. WALSH (MEALS) PURSUANT TO COURT APPROVED CONTRACT. | 5.00 |
| 6/14/2013 | PER DIEM FOR J. RAZZANO; PARKING FEES. | 19.00 |
| 6/14/2013 | PER DIEM FOR J. WALSH (MEALS) PURSUANT TO COURT APPROVED CONTRACT. | 8.75 |

| Date | Description | Amount |
|---|---|---|
| 6/14/2013 | PER DIEM FOR J. RAZZANO (NO LODGING) PURSUANT TO COURT APPROVED CONTRACT. | 16.75 |
| 6/18/2013 | J. RAZZANO AIRFARE TICKET ROUNDTRIP GUAM TO SAIPAN; CONFIRMATION NO.NH4D9N. | 271.36 |
| | PER DIEM FOR J. RAZZANO (LODGING) PURSUANT TO COURT APPROVED CONTRACT. | 75.00 |
| | PER DIEM FOR J. RAZZANO PURSUANT TO COURT APPROVED CONTRACT - RENTAL CAR FEES/FUEL. | 76.46 |
| 6/19/2013 | PER DIEM FOR J. RAZZANO PURSUANT TO COURT APPROVED CONTRACT - PARKING FEES. | 23.00 |
| 6/23/2013 | J. RAZZANO AIRFARE TICKET ROUNDTRIP GUAM TO SAIPAN; CONFIRMATION NO. B2E082. | 271.36 |
| | PER DIEM FOR J. RAZZANO (LODGING AND MEALS) PURSUANT TO COURT APPROVED CONTRACT. | 198.30 |
| 6/24/2013 | PER DIEM FOR J. RAZZANO; PARKING FEES. | 13.00 |
| 6/26/2013 | PER DIEM FOR J. RAZZANO PURSUANT TO COURT APPROVED CONTRACT - PARKING FEES. | 11.00 |

**Subtotal Expenses:**    $2,496.96

**TOTAL CURRENT CHARGES**    $32,651.96

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment. Civille & Tang, PLLC appreciates your business.*
**PLEASE MAKE YOUR CHECK PAYABLE TO  CIVILLE & TANG, PLLC**

CAFE AT THE PARK
JAVA BEACH
233-1010/233-1012
SAIPAN, MP96950
****************
BF BURRITOS  8.95
BAHA CREPE  7.95
  2Q  @4.25
LATTES/1F/L  8.50
ITEM CT  4
**TOTAL**
**25.40**
CASH TD  30.00
CHANGE  4.60
08-21@N06-07-2013
8056 CLERK06

Capital Hotel Saipan:  $62.00
Dan Dan Food Court:  $6.50
Cafe and the Park:  $25.40

$93.90

---

**Capital Hotel Saipan**

P.O. Box 7278 SVRB, Saipan, Mariana Islands 96950
Tel: 1-670-233-7820, 7821, 7823 • Fax: 1-670-233-7822
E-mail: capital@saipan.com

**OFFICIAL RECEIPT**  12060

Name: _____  Date: _____

Address: _____

Tour Agent: _____

| TRANSACTION | | ROOM RATE | TOTAL |
|---|---|---|---|
| Room No. | : EX MSb | | |
| Room Type | : | | |
| Date Check-in | : June 6th 12-13 | | |
| Date Check-Out | : June 7th 1 | | |
| Nos. of Night/s | : | | |
| For | : room charge | | |
| VISA | | P210 | |

PAYMENT DETAILS:

□ CASH  □ CREDIT CARD      Sub-Total ____
□ CHECK  □ VALUE _____   Plus Tax ____
                            **TOTAL** ____

By: _____

We value your continuous patronage and looking forward to a much better service in the days ahead.

---

Dan Dan Town Center, Inc.
Java Joe's
PO Box 504419
Saipan, MP 96950

Server: Kathleen          Station 1

Order #: 270170          DINE IN

>> SETTLED <<
1 Americano, Reg. + Extra
  Froth.
  Whole Milk + Cream
  Take Out
1 Espresso single
  Hot Decaf
1 Bottled Water

AMOUNT DUE:

Cash Tendered:          7.00

CHANGE                 -0.50

>> Ticket #: 31 <<
Dressed: 6/7/2013 10:50:50 AM
SETTLED: 6/7/2013 10:51:38 AM

Thank you for visiting Java Joe's.



Confirmation:

# BCHJVH

Check-In >

Issue Date: June 05, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| RAZZANO/JOSEPHCHARLESMR | | | 12B/7B |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 06JUN13 | UA5077 | W | GUAM (GUM) **5:35 PM** | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:25 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| Fri, 07JUN13 | UA5078 | W | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:55 PM** | GUAM (GUM) **7:45 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 195.00USD | **Form of Payment:** |
| International Surcharge: | 56.00 | |
| September 11th Security Fee: | 5.00 | Last Four Digits |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 271.36USD | |

**eTicket Total:**                    **271.36USD**

The airfare you paid on this itinerary totals: 195.00 USD

**The taxes, fees, and surcharges paid total: 76.36 USD**

Fare Rules:      Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE -BG UA

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1ˢᵗ bag | 2ⁿᵈ bag | Max wt / dim per piece |
|---|---|---|---|
| 6/6/2013 Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 6/7/2013 Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United, United Express or another Star Alliance member airline, and MileagePlus® Premier® Gold membership must be valid at time of check-in to qualify for waiver of service charges for up to three checked bags within specified size and weight limits.

**Additional Baggage Information**

**Carry-on baggage information**

United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for
more information or go to united.com.

**General Baggage Information**

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges
allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

---

### International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for our Flight Status E-mail at united.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.
- International taxes and fees may be collected at your departure airport.

---

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care
contact form at united.com

---

### Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering 21,000 daily flights and over
1100 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

---

### Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

---

### Split terminal operations

While we continue combining our airline, some stations will operate in multiple terminals. Be sure to check your flight status to ensure you arrive at the right terminal before your flight. You can check flight status and gate information at united.com or on the go with mobile.united.com or the United App.

Effective with our March 3 move to a single reservation system, our operations will be split in the following airports. Baltimore MD, Geneva Switzerland, London Heathrow England, Madrid Spain, Kansas City MO, New Orleans LA, San Diego CA, San Antonio TX, San Jose del Cabo Mexico, New York LaGuardia NY, Washington DC Regan National, Boston MA.

See united.com for where to check in at each airport

---

### IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com, or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage

contains further detail of these terms.

- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.

- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3300 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.

- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

### Thank you for choosing United Airlines

united.com

Legal Notices. Privacy Policy
Copyright © 2013 United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact United Airlines via telephone or via e-mail.

*Reimersement Fund*
*please reimburse.*

Antonio B. Won Pat
Guam Int'l Airport

Terminal#:1 Cashier#:565
06/10/2013 16:27
06/11/2013 11:41 - 19:15
8092122 / #056541
1-7 Days      : $      13.00
              : $      13.00
    Cash      : $      13.00

Thank you.



# UNITED | A STAR ALLIANCE MEMBER

Confirmation:

## CZE4TL

Check-In >

Issue Date: June 07, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| RAZZANO/JOSEPHCHARLESMR | | | 12B/11C |
| WALSH/JOSHUADEPMARMR | | | 12A/11D |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 10JUN13 | UA5077 | W | GUAM (GUM) **5:35 PM** | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:25 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| Thu, 13JUN13 | UA5078 | W | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:55 PM** | GUAM (GUM) **7:45 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 195.00USD | **Form of Payment:** |
| International Surcharge: | 56.00 | |
| September 11th Security Fee: | 5.00 | Last Four Digits |
| Guam Inspection Service Charges: | 6.36 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 271.36USD | |

Due to a flight delay with United, departure was not until 14 June 2013. However, no additional fee was incurred.

**eTicket Total:** **542.72USD**

The airfare you paid on this itinerary totals: 390.00 USD

**The taxes, fees, and surcharges paid total: 152.72 USD**

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE -BG UA

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1ˢᵗ bag | 2ⁿᵈ bag | Max wt / dim per piece |
|---|---|---|---|
| 6/10/2013 Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 6/13/2013 Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United, United Express or another Star Alliance member airline, and MileagePlus® Premier® Gold membership must be valid at time of check-in to qualify for waiver of service charges for up to three checked bags within specified size and weight limits.

**Additional Baggage Information**

**Carry-on baggage information**

United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for

more information or go to united.com.

**General Baggage Information**

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

---

### International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for our Flight Status E-mail at united.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.
- International taxes and fees may be collected at your departure airport.

---

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care

contact form at united.com

---

### Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering 21,000 daily flights and over

1100 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

---

### Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

---

### Split terminal operations

While we continue combining our airline, some stations will operate in multiple terminals. Be sure to check your flight status to ensure you arrive at the right terminal before your flight. You can check flight status and gate information at

united.com or on the go with mobile.united.com or the United App.

Effective with our March 3 move to a single reservation system, our operations will be split in the following airports.

Baltimore MD, Geneva Switzerland, London Heathrow England, Madrid Spain, Kansas City MO, New Orleans LA,

San Diego CA, San Antonio TX, San Jose del Cabo Mexico, New York LaGuardia NY, Washington DC Regan National, Boston MA.

See united.com for where to check in at each airport

---

### IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions,

including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The [Contract of Carriage](#) contains further detail of these terms.

- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.

- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.

- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

- **Personal Health** - For important health tips before your flight, including information on a serious condition called [Deep Vein Thrombosis](#), please go to [united.com](#).

### Thank you for choosing United Airlines
[united.com](#)

[Legal Notices](#). [Privacy Policy](#)
Copyright © 2013 United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact United Airlines via telephone or via e-mail.

```
Mr. JOSEPH RAZZANO              Room  0952
   GUAM                         Arrival    06/10/13
                                Departure  06/13/13
                                Persons(s) 1
                                Cashier    1 LIMIN
                                Time       09:20:25
                                Page       1


   Mr. JOSEPH RAZZANO

   ORIGINAL INVOICE  117342

   Kanoa Resort Saipan, 06/13/13
```

| Date | Details | Ref. | Debit | Credit |
|------|---------|------|-------|--------|
| 06/10/13 | Room Charge | | 90.00 | = $103.50 |
| 06/10/13 | Room Tax | | 13.50 | |
| 06/11/13 | Room Charge | | 90.00 | = $103.50 |
| 06/11/13 | Room Tax | | 13.50 | |
| 06/12/13 | BBQ Tip BAREFOOT | 4899 | 12.00 | =$115.50 |
| 06/12/13 | Room Charge | | 90.00 | |
| 06/12/13 | Room Tax | | 13.50 | |
| 06/13/13 | Visa Card XXXXXXXXXXX | | | |

```
                           Total:          0.00



   Signature : _____

   Company   : _____
```

**3723 907595 53606**

Cardmember Account Number

08/15

| EXPIRATION DATE CHECKED | APPROVAL CODE |
| DESCRIPTION | |

88-0389
Philippines
Tel/Fax No. (670) 288-0373
Casino

Cardmember

Service Establishment

Date of Charge

MINIMUM CHARGE ONE DAY
(24 HR.) RENTAL
(Plus mileage if Applicable)

Website: www.islanderrentacar.com

| | | CAR BE RETURNED TO ADDRESS ABOVE UNLESS OTHERWISE INDICATED HERE |

MERCHANDISE/SERVICES

TAXES

TIPS/MISC.

TOTAL **910.00**

Dollars | Cents

Cardmember Signature

Merchandise and/or service purchased on this card shall not be resold or returned for cash refund. Establishment agrees to transmit to American Express Travel Related Services Co., Inc. or authorized representative for payment.

AMERICAN EXPRESS Cards

**615766**
Invoice Number

**Cardmember Copy**

| | CAR | | ORIGINAL CAR |
| | MAKE | YEAR T. Corolla | MAKE |
| | LICENSE | COLOR Green AC 8796 | LICENSE |
| | | TIME IN 945 | DATE IN 8/13/13 |
| RIES DO NOT INCLUDE GASOLINE | TIME/OUT 1000 | DATE OUT 6-11-13 |

| HEIGHT | HAIR | EYES | BIRTHDATE 2/20/80 | MILEAGE IN | MILEAGE IN 922116 |
| ADDITIONAL DRIVER | | | D.L.# | MILEAGE OUT | MILEAGE OUT 64097 |
| CURRENT MAILING ADDRESS | | | EXP. | MILES DRIVEN | MILES DRIVEN |
| CITY | | | BIRTHDATE | | |
| EMPLOYER ADDRESS | | | SS# | BY INITIALS customer declines or accepts at daily rate shown lessors "CDW" or customer responsibility for Accidental Vehicle Damage due to AUTO - AUTO COLLISION ONLY. | HOURLY |
| REFERRAL SOURCE Kanoa #851 | | | | | DAILY 2x45 90- |
| | | | | | WEEKLY |

## ALL CHARGES SUBJECT TO FINAL AUDIT

**REPORT ALL ACCIDENTS IMMEDIATELY TO THE POLICE. INSURANCE VOID IF NOT REPORTED AT THE TIME AND PLACE OF ACCIDENT**

**NO OTHER DRIVER AUTHORIZED**

EXCEPT NAME LISTED

| | DECLINES CDW | ACCEPTS CDW | MONTHLY |
| | | | DISCOUNT |
| BY INITIALS customer declines or accepts PAI. If "Accepts" Customer accepts coverage at rate shown. | | | SUBTOTAL |
| | | | CDW PER DAY $15.00 |

I AUTHORIZED ISLANDER RENT A CAR TO PROCESS OR SUBMIT A CHARGE TO MY CREDIT CARD, CHARGED OR DEBIT CARD ON ALL CHARGES OF THIS RENTAL INCLUDING THE DAMAGES TO THE RENTED VEHICLE TO THE CREDIT CARD(S) LISTED ON MY CUSTOMER PROFILE WITHOUT MY SIGNATURE ON A VOUCHER AND ALL ADDITIONAL CHARGES UPON RETURN OF THIS VEHICLE.

| | DECLINES PAI | ACCEPTS PAI | PAI PER DAY $7.00 |
| | | | COMP PER DAY $7.00 |
| BY INITIALS customer declines or accepts at daily rate shown, Lessors COMP of customer responsibility for accidental vehicle Damage due to comprehensive damage. | | | DAMAGES |
| | | | GAS CHARGE |

☐ CASH
☐ AMEX
☐ JCB
☐ VISA
☐ MC
☐ Discover
☐ DB

| | DECLINES COMP | ACCEPTS COMP | OTHER CHARGES |
| | | | SURCHARGE OR SALES TAX 5% |

OTHER _____

| (1) GASOLINE QUANTITY (2) | | TOTAL 90- |

By signature below, I acknowledge that I have read and agree to the terms and condition both printed and written that appear on this agreement.

- Cash unless prior credit approved
- All charges not paid on time shall be assessed a penalty in the sum of Ten USD ($10.00) per day from due date
- Extension of use on rented cars without prior notice/approval and additional deposits/PO will be reported to the police as STOLEN

| | OUT | IN | OUT | IN | |
| CAR CONDITION OUT | | | | | LESS TOUR VOUCHER OR DEPOSITS |
| (1) | | | | | REFUND DUE/PAID |
| (2) | | | | | |
| CAR CONDITION IN | | | | | BALANCE DUE |
| (1) | | | | | |
| (2) | | | | | PAYMENT 90- |

X _____
Customer's Signature

_____
Additional Driver's Signature

| DEPOSITS $ | DEPOSITS $ | | (DB) | (CC) | (Cash) |
| DEPOSITS | DEPOSITS | REFUND RECEIVED BY: | | | |
| PREPARED | DBR DATE | COMPUTED | | | |

*Gas for rental car*

Shell Airport *Retirement*
Chalan Tun Herman Pan *Fund*
Saipan

06/13/2013 9:53:12 AM Tkt #1265554
Sales Associate:Emelyn
Type: SALE   (ORIGINAL)

----------------------------------------

| Qty Name | Price | Total |
|---|---|---|

----------------------------------------

| 1 UNLEADED | $ 4.909 | $ 24.00 |
| Pump: | 2 | |
| Gallons: | 4.888 | |
| Price / Gal: | 4.909 | |

----------------------------------------

SubTotal                          24.00

----------------------------------------

Total      24.00

----------------------------------------

Tender Info:
Cash                              25.00

Change Cash                       -1.00

----------------------------------------

Reg:1    06/13/2013 9:53:12 AM

P.O. BOX 500270
SAIPAN, MP 96950
TEL:234-8256/8210

*breakfast* (handwritten)

REG 06-13-2013 10:32        000001

*Petrona food* (handwritten)

| | | |
|---|---|---|
| BEVERAGE | T1T2 | $6.50 |
| FOOD | T1T2 | $6.00 |
| TOTAL | | $12.50 |
| CASH | | $20.00 |
| CHANGE | | $7.50 |

---

GALERIA HOTEL
GARAPAN ROAD
SAIPAN, MP 96950
6702322123

Merchant ID: 5429
Term ID: 05429300            Ref #: 0001

## Sale

XXXXXXXXXXXX7146

VISA        Entry Method: Swiped

Total:        $     126.00

06/13/13                    23:37:26
Inv #: 000001
Apvd: OnLine
                Appr Code: 018198
                Batch#: 000068

Customer Copy

THANK YOU

$12.50
$12.00
$126.00
$150.50

---

LSG SKY CHEFS
P.O.BOX 500270
SAIPAN,MP 96950
TEL:234-8258/8210

REG 06-13-2013 10:35        000002

| | | |
|---|---|---|
| BEVERAGE | T1T2 | $6.00 |
| FOOD | T1T2 | $6.00 |
| TOTAL | | $12.00 |
| CASH | | $20.00 |
| CHANGE | | $8.00 |

Dan Dan Food Court, Inc.
Java Joe's
PO Box 504419
SAIPAN, MP 96950
670235-5098

Server: Kathleen                Station: 1

Order #: 273354                 DINE IN

>> SETTLED <<

2 Iced Black Tea                3.00
  No Honey
  Dine In

AMOUNT DUE:                    $5.00
  Tendered:                     5.00

CHANGE:                         0.00

>> Ticket #: 54 <<
Created: 6/17/2013 12:01:01 PM
SETTLED: 6/17/2013 12:02:44 PM
*****************************************

Thanks A Latte! Come Again! Java Nice Day!
*****************************************

*Parking*
*Retirement Fund*

Antonio B. Won Pat
Guam Int'l Airport

Terminal #:1 Cashier#:550
06/13/2013 11:30 AM
06/14/2013 12:30 PM - 1 01:01
8123470 / #008874
1-7 Days        : $    19.00
                : $    19.00
     Cash            19.00

Thank you.

BR-Garapan Mobil Service Station
P.O. Box 501880
Saipan.
670-233-4447

POS: 1                    Transaction #:31383560
                          Tax Invoice #:314557
Store No.: 922                    NANCY A.
06/14/13    7:32:17 AM

3  CRYSTAL GEYSER                          3.00

   Total $:                               3.00

   Cash                                   3.00
   Change                                 0.00

Thank You - Please Come Again Soon

---

Store #32081  SALE RECEIPT
              tko 06/14/13 07:10:15
Subway Sandwiches & Salads
P.O. Box 502080
WHL Bldg.3rd St. Garapan      MP 96950
Saipan
233-2257
Trans#   1 Clerk 10  Dwr 1 TROT 061413
Receipt # 000274253 Reg-ID REG-MAIN
--- ITEM --- QTY        PRICE  MEMO  PLU
DBcnGm - Br  1  T  $     4.29         29214
Ice Coffee   1  T  $     1.19         10583
                        --------
        SUBTOTAL  $      5.48
        PAIDBGRT  $      0.27
                        --------
TAKE-OUT **TOTAL  $      5.75
Cash    AMT TEND  $     10.00
                        --------
        CHANGE DUE$      4.25

All menu prices are inclusive of BGRT
"Free Cookie" survey@ www.tellsubway.c.

$5.75
$3.00
$ 8.75

$16.75

Could not get a clear scanned copy, so see photo of the receipt below.

SANTA FE NM 87501
(505)555-XXXX

Server: Kristine          Section: 1

Order #: 143412            DINE IN

```
1 Iced Black Tea                      1.50
    Add Honey
    Take Out
1 Breakfast Sandwich Ham              4.75
    Heated/Toasted
    Dine In
1 Espresso Double                     1.00
    Hot Decaf
1 Muffin Chocolate Chip               3.00
    Heated/Toasted
    Dine In
1 Hot Classic Latte Tall              6.75
    Vanilla
    Hot Decaf
    Whole Milk
    Take Out
```

SUBTOTAL                          $16.75

Cash Tendered        $20.00
CHANGE               -$3.25

>> Listen to Us <<
Created @ 14.2019-7am8:47 AM
SETTLED @ 14.XX.19 9:07:50 AM

Thanks A Latte-Come Again! Java Place #XX!

or Latte Tall                    4.75

f

k

$16.75

red:                             20.00

-3.25

cket #: 38 <<
: 6/14/2013 9:08:19 AM
: 6/14/2013 9:09:56 AM
****************************



Issue Date: June 17, 2013

| **Traveler** | **eTicket Number** | **Frequent Flyer** | **Seats** |
|---|---|---|---|
| RAZZANO/JOSEPHCHARLESMR | | | 12B/7C |

### FLIGHT INFORMATION

| **Day, Date** | **Flight** | **Class** | **Departure City and Time** | **Arrival City and Time** | **Aircraft** | **Meal** |
|---|---|---|---|---|---|---|
| Tue, 18JUN13 | UA5077 | W | GUAM (GUM) **5:35 PM** | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:25 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| Wed, 19JUN13 | UA5078 | W | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:55 PM** | GUAM (GUM) **7:45 PM** | ATR 42 | |
|---|---|---|---|---|---|---|

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

### FARE INFORMATION

**Fare Breakdown**                                          **Form of Payment:**

| | |
|---|---|
| Airfare: | 195.00USD |
| International Surcharge: | 56.00 |
| September 11th Security Fee: | 5.00 |
| Guam Inspection Service Charges: | 6.36 |
| U.S. Passenger Facility Charge: | 9.00 |
| Per Person Total: | 271.36USD |

**eTicket Total:**                                          **271.36USD**

The airfare you paid on this itinerary totals: 195.00 USD

**The taxes, fees, and surcharges paid total: 76.36 USD**

Fare Rules:      Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE -BG UA

---

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 6/18/2013 Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 6/19/2013 Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United, United Express or another Star Alliance member airline, and MileagePlus® Premier® Gold membership must be valid at time of check-in to qualify for waiver of service charges for up to three checked bags within specified size and weight limits.

**Additional Baggage Information**

**Carry-on baggage information**

United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for
more information or go to united.com.

**General Baggage Information**

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges
allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

---

### International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for our Flight Status E-mail at united.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.
- International taxes and fees may be collected at your departure airport.

---

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care
contact form at united.com

---

### Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering 21,000 daily flights and over
1100 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

---

### Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

---

### Split terminal operations

While we continue combining our airline, some stations will operate in multiple terminals. Be sure to check your flight status to ensure you arrive at the right terminal before your flight. You can check flight status and gate information at united.com or on the go with mobile.united.com or the United App.

Effective with our March 3 move to a single reservation system, our operations will be split in the following airports. Baltimore MD, Geneva Switzerland, London Heathrow England, Madrid Spain, Kansas City MO, New Orleans LA, San Diego CA, San Antonio TX, San Jose del Cabo Mexico, New York LaGuardia NY, Washington DC Regan National, Boston MA.

See united.com for where to check in at each airport

---

### IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com, or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage

contains further detail of these terms.

- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.

- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.

- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

### Thank you for choosing United Airlines
united.com

Legal Notices, Privacy Policy
Copyright © 2013 United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact United Airlines via telephone or via e-mail.

GALLERIA HOTEL
GARAPAN ROAD
SAIPAN, MP 96950
6702232123

Merchant ID: 5429
Term ID: 05423300

Ref #: 0001

## Sale

XXXXXXXXXXXX3967
MASTERCARD                Entry Method: Swiped

Total:            $      75.00

06/18/13                  18:57:11
Inv #: 063001     Appr Code: 562542
Approvd: OnLine   Batch#: 000175

Customer Copy

THANK YOU



$65.85 for one day rental + $10.61 fuel ($76.46 total)

```
RENTAL: 06-18-13 1830  SAIPAN INT'L AIRPORT        7730350
DUE   : 06-19-13 1855  SAIPAN INT'L AIRPORT        7730350
```

```
                   JOSEPH RAZZANO          #1:           CDP:
HERTZ RENT A CAR       PAID BY:MC XXXXXXXXXXXXXXXXXX   AUTH: $100.00/99
Hertz System Licensee FT:                      HG:
670-234-8336
OWN/VEH: 77303/S537B 1  11 COMPACT        LIC: AEC 002      VEH CLASS: C
MILES OUT 27500  FUEL:      8/8  TK CAP: 11.3  LOT/ROW/STALL:
```

| RATE PLAN: WIP |    | RATE CLASS: C |   |    |
|---|---|---|---|---|
| DAYS | NT | 1 $ | 65.85 / | MI |
| WEEKS | NT | $ | 395.00 / | MI |
| MONTHS | NT | $ | 1448.00 / | MI |
| EX DAYS | NT | $ | 65.85 / | MI |
| EX HOURS | NT | $ | 16.46 / | MI |

```
        THIS VEHICLE MUST BE RETURNED TO SAIPAN INT'L AIRPORT  ON 06-19-13
        AT 1855  OR A HIGHER RATE AND/OR INTER CITY FEE WILL APPLY.

        OPTIONAL SERVICES OF:
        - LDW       DECLINED AT $34.99 PER DAY
        - PAI/PEC   DECLINED AT $10.99 PER DAY
        - PRM RD    DECLINED AT $2.99 PER DAY
        - LIS       DECLINED AT $9.99 PER DAY
        -
        - FPO       DECLINED

        NO ADDITIONAL AUTHORIZED OPERATORS WITHOUT HERTZ' PRIOR WRITTEN APPROVAL




        LIS IF ACCEPTED CSL=$500,000.




        BY YOUR INITIALS YOU ACKNOWLEDGE AND AGREE TO THE ABOVE CONDITIONS: _____
```

```
                                              CON.FEE RECOVERY    (NT)  10.00%
                                              FUEL & SVC   (NT)  .285 MI $9.990 GL
```

```
        LDW1 INSURANCE IS FULL VALUE DEDUCTIBLE AND EXCLUDES TIRE/WHEEL/HUBCAP DAMAGE.

        NOTICE:  IF YOU DECLINE THE OPTIONAL LOSS DAMAGE WAIVER (LDW) YOU
        ARE RESPONSIBLE FOR ANY VEHICLE LOSS OR DAMAGE REGARDLESS OF FAULT.
        BY SIGNING THIS AGREEMENT YOU AGREE AND UNDERSTAND THE ABOVE AND
        ALL TERMS, CONDITIONS AND YOUR OBLIGATIONS SHOWN ON THE FOLDER
        DELIVERED TO YOU WITH THIS RENTAL RECORD.
```

```
                                                          PREPARED BY: VVR
        X _____

                              RENTAL RECORD   AP15640 2
```

```
Shell Airport
Chalan Tun Herman Pan
      Saipan

06/19/2013 5:48:42 PM Tkt #1268642
Sales Associate:Emelyn
Type: SALE  (ORIGINAL)

Qty Name                Price    Total
 1 UNLEADED           $ 4.909  $ 10.61
    Pump:          2
    Gallons:   2.162
    Price / Gal: 4.909

SubTotal                         10.61
T o t a l    1 0 . 6 1
Tender Info:
Cash                  20.00
Change Cash           -9.39

Reg:1   06/19/2013 5:48:42 PM
```



PRECAIR
GUAM INTERNATIONAL AIRPORT
TAMUNING, GUAM 96913
(671) 649-0794

Ref #: 0024

Merchant ID: 0712
Term ID: 20712671

## Sale

XXXXXXXXXXXX3867
MASTERCARD              Entry Method: Swiped

Total:              $      23.00

06/19/13                 19:58:34
Inv #: 000024          Appr Code: 807762
Aprovd: Online         Batch#: 000659

Customer Copy

THANK YOU

# RAZZANO/JOSEPH CHARLES MR 23JUN GUM

```
                                       DATE 05JUNE13
                                       AGENT FS/FS BOOKING REF 3QKSRZ
       CIVILLE AND TANG
       330 HERNAN CORTEZ AVE           RAZZANO/JOSEPH CHARLES MR
       SUITE 200
       HAGATNA GUAM 96910


UNITED AIRLINES        23JUN GUAM            SAIPAN          535P    625P
UA 5077                SUNDAY A.B WON PAT IN FRANCISCO C AD
W ECONOMY
                                                       NON STOP
                                       RESERVATION CONFIRMED        0:50 DURATION
                                       FLIGHT OPERATED BY CAPE AIR DBA UNITED EX
                   AIRCRAFT OWNER: 9K  CAPE AIR
                       AIRCRAFT: AEROSPATIALE/ALENIA ATR42/72
                       SEAT 11C NO SMOKING CONFIRMED


UNITED AIRLINES        26JUN SAIPAN           GUAM           655P    745P
UA 5078                WEDNESDAY FRANCISCO C AD A.B WON PAT IN
W ECONOMY
                                                       NON STOP
                                       RESERVATION CONFIRMED        0:50 DURATION
                                       FLIGHT OPERATED BY CAPE AIR DBA UNITED EX
                   AIRCRAFT OWNER: 9K  CAPE AIR
                       AIRCRAFT: AEROSPATIALE/ALENIA ATR42/72
                       SEAT 12B NO SMOKING CONFIRMED


RESERVATION NUMBER(S)  UA/B2E082

UA  FREQUENT FLYER UAJT263306
HI DEANA, FARE IS $271.36 + 10FEE = $281.36.
THANKS FRAN 05JUN13
```

CLICK THE FOLLOWING LINK TO ACCESS YOUR ONLINE ITINERARY:
[WWW.CHECKMYTRIP.COM/CMTSERVLET?R=3QKSRZ&L=US&N=RAZZANO](WWW.CHECKMYTRIP.COM/CMTSERVLET?R=3QKSRZ&L=US&N=RAZZANO)

MOST CARRIERS' E-TICKETS HAVE EXPIRATION DATES AND CONDITIONS OF USE.
CHECK THE CARRIER'S FARE RULES FOR MORE INFORMATION.

BAGGAGE POLICY - FOR TRAVEL TO/FROM, WITHIN THE US, PLEASE VISIT:
[HTTPS://BAGS.AMADEUS.COM?R=3QKSRZ&N=RAZZANO](HTTPS://BAGS.AMADEUS.COM?R=3QKSRZ&N=RAZZANO)

Mr. JOSEPH RAZZANO
GUAM

Room 301
Arrival      06/23/13
Departure    06/26/13
Persons(s)   1
Cashier      5 MARIVIC
Time         08:59:35
Page         1

CENTURY HOTEL
CHALAN PALE ARNOLO
SAIPAN,MP 96950

TERMINAL IO. :
MERCHANT #:                    0010
                          000011203744
MASTERCARD
***********3867    CSH : 1
SALE               EXP.: XX/XX
DATE: JUN 25, 13
BATCH: 003197          INV   TIME: 12:58
RRN: 37403870    AUTH: 000515
FOLIO: 301             764272

TOTAL                $160.30

JOSEPH RAZZANO

* CUSTOMER COPY *

Mahalo !
Please Come Again

INVOICE COPY  29547

Century Hotel Saipan, 06/26/13

| Date | Details | Ref. | |
|------|---------|------|---|
| 06/23/13 | Mastercard XXXXXXXXXXXX3867 05/16 | 94746Z | 80.15 |
| 06/23/13 | Room Charge | | 61.00 |
| 06/23/13 | Room Tax | | 9.15 |
| 06/23/13 | ROOM UPGRADE | | 10.00 |
| 06/24/13 | Room Charge | | 61.00 |
| 06/24/13 | Room Tax | | 9.15 |
| 06/24/13 | ROOM UPGRADE | | 10.00 |
| 06/25/13 | Room Charge | | 61.00 |
| 06/25/13 | Room Tax | | 9.15 |
| 06/25/13 | ROOM UPGRADE | | 10.00 |
| 06/26/13 | Mastercard XXXXXXXXXXXX3867 05/16 | 764272 | 160.30 |

Total:          0.00

LA PIAZZA RESTAURANT
SAIPAN MP
SAIPAN, MP 96953
(670) 233-5300

Merchant ID: 0690
Term ID: 0005957?

Sale

Sign  XXXXXXXXXXXXX7140

Comp  VISA     Entry Method: Swipe

Amount:      $    32.00
Tip:         6.00
Total:       38.00

06/25/13          22.34:44
Inv #: 000907  Appr Code: 02129B
Apprvd: Online    Batch#: 000111

Customer Copy
THANK YOU

$160.30
$38.00
$198.30

PACAIR
GUAM INTERNATIONAL AIRPORT
TAMUNING, GUAM 96913
(671) 649-0794

Merchant ID: 0712
Term ID: 20712670                    Ref #: 0009

## Sale

XXXXXXXXXXXX0057
MASTERCARD          Entry Method: Swiped

Total:              $        13.00

06/24/13                        17:21:59
Inv #: 000009      Appr Code: 060150
Apprvd: Online     Batch#: 000606

Customer Copy

THANK YOU

Antonio B. Won Pat
Guam Int'l Airport

Terminal#:1 Cashier#:516
06/26/2013 18:59
06/26/2013 23:00 - 04:01
82383608 / #063179
1-7 Days        : $      11.00
                : $      11.00
     Cash       : $      11.00

Thank you.