Daniel J. Berman, Esq.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, GU 96910

July 16, 2013                                                     Invoice # 22236

Northern Mariana Islands
Retirement Fund
c/o Lillian Pangelinan, Plan Administrator,
P.O. Box 501247, Saipan, MP 96950
c/o Trustee Ad Litem Joseph C. Razzano
330 Hernan Cortez Ave, Ste 200, Hagatna, GU
96910
*In Reference To:*      ***Northern Mariana Islands Retirement Fund 2012***

Professional Services

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2013 | DJB | Review and draft forward to TAL JR, Atty. BH the AGO R. Patel request re: identify all non-plaintiff class action members, all non-withdrawing members of the Fund with amount due outstanding for withdrawal. | 0.25 | 62.50 |
|  | DJB | Schedule Conference teleconference with Judge Faris, TAL JR, Atty. BH re: possible ████████ Government, failures to make commitments, failure to pay Orders, Governor ████████ and ██████████ commitment to cut benefits and ██████ failure; meet and confer TAL JR re: meaning of ████████ harmful. | 2.00 | 500.00 |
| 6/2/2013 | DJB | Review and draft reply correspondence to and between Judge Faris and TAL JR re: settlement process, plans for conference and contacts with ██████████. | 0.25 | 62.50 |

EXHIBIT 4

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/3/2013 | DJB | Draft reply correspondence to Judge Faris re: settlement procedures, e-mail sent to AGO and Plaintiffs, ███████████████████; review Atty. RW re: table of distribution benefits in Saipan, Tinian and Rota over ████ per year; review TAL JR correspondence re: request for Judge Faris' proposed schedule; review Atty. BH report re: Brief four Motions to Dismiss. | 0.25 | 62.50 |
| | DJB | Organize and prepare RF tables, response to AGO that includes members not retiring vs. members ███ ████████████████████████ due and owing. | 0.25 | 62.50 |
| | DJB | Legal analysis and teleconference with TAL JR re: status of settlement conference preparation, settlement conference problems, Government failure ████████████████████████. | 0.25 | 62.50 |
| | DJB | Legal analysis and teleconference with TAL JR, Atty. BH, Atty. RW re: presentation to Court on Status Hearing, pessimistic reasons, █████████ ██ settlement history, failure ██████████, exhaustion of remedies prior to Court; Supreme Court Hearing June 7, Public Law No. 17-82 withdrawals Fiscal Year 2011 complete and 2012 ███ ████████ contact AGO re: possible Stipulation to Continue Supreme Court Hearing. | 1.00 | 250.00 |
| | DJB | Review Supreme Court Order on schedule for Writ cases and calendar 8/19/13 hearing at 10:00 a.m.; Status Report due 7/8/13; review new Fund tables of all beneficiaries and 2013 employer contributions and new checks received by RF from DOF. | 0.50 | 125.00 |
| | DJB | Draft correspondence to AGO Patel re: demand to pay, ER contributions from Government delinquent, 2011 through 2013 payments, list of Fund beneficiaries who are not retirees, list of employer contributions for employees who have not elected to | 0.50 | 125.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | withdraw per PL No. 17-82. |  |  |
| 6/4/2013 | DJB | Review correspondence from Atty. RW, LP re: amended table of employer contribution delinquency in payments from DOF, preparation for Status Hearing. | 0.25 | 62.50 |
|  | DJB | Court Hearing re: Status Conference, status employer contributions, TAL fees and costs, offer ▋▋▋▋▋ conference, request briefing schedule for Motions outstanding, reasons for pessimism; meet and confer TAL JR re: all Fund problems, objections and agreements; teleconference and legal analysis with Atty. BH, TAL JR re: litigation necessity, motion practice, brief schedule and assignments among legal team. | 2.50 | 625.00 |
|  | DJB | Draft memorandum re: deadlines on all briefs due. | 0.25 | 62.50 |
|  | DJB | Review and draft forward to TAL JR, Atty. BH, Atty. RW, LP re: GHLIP procurement work must begin, AGO problem and lack of cooperation. | 0.25 | 62.50 |
|  | DJB | Draft narrative summary and edit deadline dates for litigation and add details to May 2013 conduct of legal proceedings. | 0.50 | 125.00 |
|  | DJB | Legal review Atty. RW opinion re: GHLIP, 1 CMC Sec. 8221; draft letter to AGO R. Patel re: 30 days to draft RFP, liability of Retirement Fund, obligation and request description of cooperation requested. | 0.75 | 187.50 |
|  | DJB | Review and draft reply correspondence to TAL JR, Attys. RW, BH, and LP re: press release and news developments in the media; Review and draft forward ▋▋▋▋ Orders to Atty. RW, TAL JR and LP re: Court description ▋▋▋▋▋▋▋. | 0.25 | 62.50 |

|  | Hours | Amount |
|---|---|---|

| 6/5/2013 DJB | Edit and draft supplement to Fund's Request for Status Conference in order to ███████████ ████████████ Tranche B for TAL work and legal services. | 0.50 | 125.00 |

| DJB | Edit and draft supplement to letter to AGO R. Patel re: GHLIP status, deadline date 60 days for procurement; forward to TAL JR for comment or approval re: decide and approve RF letterhead for procurement problem ████████. | 0.25 | 62.50 |

| DJB | Review and draft reply correspondence to Atty. RW re: casino bill ███████████████ gaming machine revenue bill that does not remit 100% to Fund, M.V.S. media court report; review and draft reply correspondence to Atty. BH re: NMC, Dr. Hart, CHC, PSS appointments and meetings in Saipan. | 0.25 | 62.50 |

| DJB | Review and draft reply correspondence to TAL JR, Atty. BH re: meetings scheduled in Saipan, autonomous agency debtors of the Fund, schedule for appointments, Government notice of withdrawal of Executive Order No. 2012-06, opinion on TRO re: not moot, request Stipulation to PI, Government capable of repetition but evading review. | 0.25 | 62.50 |

| 6/6/2013 DJB | Gate Guam to Saipan Gate; meet and confer and legal analysis with TAL JR, Atty. BH re: motion practice, divide responsibilities, work on ███████ ██████ case, witness support purposes, pleadings scheduled, staffing pattern problems, Status Hearing use going forward, Judge Faris problem, Settlement Conference concerns, Oppositions necessary to Motions to Dismiss, Oppositions necessary for Motion for Remand, Opposition to Motion for Intervention, Atty. ██████████, schedule and use of all resources. | 6.50 | 1,625.00 |

| | | | Hours | Amount |
|---|---|---|---|---|

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/7/2013 | DJB | Legal analysis and meet and confer with TAL JR, Atty. RW, BH, LP, Rima Y. re: motion practice, divide responsibilities, ██████████ status, witness support purposes, pleadings scheduled, staffing pattern problems, use Status Hearing going forward, Judge Faris problem, Settlement Conference concerns, Oppositions necessary to Motions to Dismiss, Opposition necessary for Motions for Remand, Opposition to Motion for Intervention, Atty. ██████████, schedule and use of all resources; and meet and confer Northern Marianas College S. Hart and leadership of college re: failure to pay, explanations and argument for payment as soon as possible; Gate Saipan return to Guam Gate. | 9.00 | 2,250.00 |
| 6/8/2013 | DJB | Edit and draft supplement on RF and TAL's letter to membership re: Notice of Depletion of Fund, end date, plans for dissolution and reasons for lack of hope and pessimism. | 0.25 | 62.50 |
| | DJB | Review and draft reply correspondence to Atty. BH re: CHC Motion to Dismiss, Government Motion to Dismiss but no NMC Motion to Dismiss, research statutory transfer of NMC debt obligation to DOF. | 0.25 | 62.50 |
| 6/9/2013 | DJB | Legal analysis and study and review of Retirement Fund archive e-mails to all concerned with ████ ████ 2010, Board of Trustees Minutes and records, Committee meetings and records; draft notes of highlights and points of interest to ████████████████████; teleconference and legal analysis with Atty. RW re: ████████ Retirement Fund archive review, coordinate division of labor, history of e-mail, problems with Board Minutes, presence of agreements and internal documentations; teleconference and legal analysis with TAL JR re: schedule settlement meetings with autonomous agency debtors and Plaintiffs and AGO R. Patel; review and forward to TAL JR the Atty. RW updated graphs and illustrations for Plaintiffs' | 6.25 | 1,562.50 |

|            |     |                                                                                                                                                                              | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | counsel review and response to related request.                                                                                                                            |       |          |
| 6/10/2013  | DJB | Review and draft reply correspondence to TAL JR, Atty. RW, Atty. ▮ re: ▮ case support, transfer of reviewed Fund materials, redaction on attorney-client privilege.       | 0.25  | 62.50    |
|            | DJB | Teleconference with Atty. BH re: Northern Marianas College statute, Code defenses, request Affidavit or Declaration from NMC for case.                                     | 0.25  | 62.50    |
|            | DJB | Draft opinion to TAL JR re: Group Health Life Insurance Program, respond to AGO Patel and approve sought by TAL JR and AGO.                                                | 0.25  | 62.50    |
|            | DJB | Work on ▮ Request for Production of Documents, ▮ e-mails and documents and complete Administrator additional folder review with ▮                                          | 0.25  | 62.50    |
| 6/11/2013  | CAP | ▮ service for production on ▮ RFP re: Administrator's additional e-mail records, messages and correspondence ▮ for attorney-client privilege.                             | 2.00  | 120.00   |
|            | DJB | Legal analysis and meet and confer with TAL JR, Attys. BH, and RW re: Opposition to Ain Motion for Intervention, ▮ document production redaction, plan CRA meeting in Saipan. | 1.00  | 250.00   |
| 6/12/2013  | DJB | Gate Guam and go to Saipan Gate - Legal analysis and meet and confer TAL JR, Attys. BH, RW, LP re: study and reply to B. Jorgensen Objections, reply to Atty. R. Hatch, plan for Opposition to Ain Intervention, details of meeting at Susupe Gym with CRA, ▮ e-mail production, supplemental document production for ▮ ▮ arbitration, review work for actuarial support of Wilshire; draft background facts and request for relief to Fund Opposition to Ain Motion and Memorandum for Intervention; Draft response(s) to | 7.00  | 1,750.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Atty. Jorgensen complaints. |  |  |
| 6/12/2013 | DJB | Fund meeting in Susupe Gym with CRA, meet and confer S. Rayphad, meet and confer E. Plinske, Larry Cabrera, ████████, TAL JR, Atty. RW, LP, Atty. ██████ re: limits, plans, responsive answers, financial statements, schedule for litigation. | 3.00 | 750.00 |
| 6/13/2013 | DJB | Legal analysis and teleconference with Atty. R. Hatch, TAL JR, Atty. BH re: settlement procedures in Saipan, use of facilities, exchange of numbers, production of counter-offers; edit and draft supplement to Opposition to Motion to Intervene filed by Ain re: background facts, exhibits, argument and points and authorities; legal analysis and teleconference with Atty. BH, TAL JR, RW re: plans for Status Hearing, AGO position, study LP correspondence, Opposition to Ain Motion to Intervene, 18% NMC debt and 48% DOF debt for combined 66% employer contribution actuarial rate, Gate Saipan and return to Guam Gate. | 8.00 | 2,000.00 |
| 6/14/2013 | DJB | Court Hearing re: Status Conference, status of settlement proceedings, failure to pay DOF, subsequent schedule of proceedings. | 1.00 | 250.00 |
|  | DJB | Draft and compare notes for Status Hearing; review prior Hearing results and use of Atty. RW Table of DOF failure to pay, balance due employer contributions from DOF on $10M appropriation. | 1.00 | 250.00 |
|  | DJB | Legal analysis and teleconference with Atty. BH, TAL JR re: priorities, plans for separate cases, disclosures, limitations and strategy for Fund growth and rescue. | 0.50 | 125.00 |
|  | DJB | Legal research and draft notes F. R. Civ. Pro. 24 re: intervention as of right, meaning of adequate representation, timeliness problem and Ninth Circuit cases. | 1.00 | 250.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/14/2013 | DJB | Edit and draft supplement to Opposition to Ain Motion and Memorandum for Intervention. | 2.50 | 625.00 |
|  | DJB | Legal analysis and research Plaintiffs' Response to Ain Motion for Intervention and Opposition to relief; review and forward Plaintiffs' Response to TAL JR, Atty. RW. | 0.25 | 62.50 |
|  | DJB | Draft advice opinion to Atty. RW, LP re: Notice and demand to pay ERC from DOF / exhaust process required by Court Order; same re: Northern Marianas College ERC debt due. | 0.25 | 62.50 |
| 6/15/2013 | DJB | Review and forward Government Response to Ain Intervention to TAL JR, Attys. BH and RW re: limited consent to only issues of PL 17-82, unreasonable and not helpful to process. | 0.25 | 62.50 |
|  | DJB | Draft reply opinion and correspondence to TAL JR, Atty. BH re: draft reply to Jorgensen re: CRA meeting, legal fees requested from Plaintiffs, costs of Plaintiffs' expert witnesses and request approval from TAL JR and receive approval. | 0.75 | 187.50 |
| 6/17/2013 | DJB | Review and draft reply opinion and correspondence to Atty. ▮▮▮▮▮ re: Govendo Orders, Motion for Equitable Relief and necessary action for Civil 06-0367. | 0.25 | 62.50 |
|  | DJB | Legal research and study Fund's draft Motion for Equitable Relief re: Guam Retirement Fund litigation in ▮▮▮▮▮▮▮▮▮, inadequate resources for excessive demands and powers of equity for court to reduce Fund obligations to retirees. | 0.50 | 125.00 |
| 6/18/2013 | DJB | Review and draft forward Judge Faris correspondence to TAL JR re: ▮▮▮▮▮▮▮ Governor and TAL; review and draft reply correspondence to Atty. VA re: exact Judgment | 0.25 | 62.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | balance Govendo, update to the present, chronology and sum due in preparation for Settlement Conference. | | |
| 6/18/2013 | DJB | Meet and confer and legal analysis TAL JR re: Bellas Counterclaim, Motion for Equitable Relief, Bautista v. Perez Government of Guam Retirement Fund Motion for Summary Judgment and ▮ ▮ Instructions or Clarification. | 0.50 | 125.00 |
| | DJB | Edit and draft supplement to final demand letter and correspondence to Plaintiffs' counsel M. Bronster, R. Hatch, cc: B. Jorgensen re: ▮ requested, ▮ requested and request identity of Plaintiffs' expert witnesses. | 0.25 | 62.50 |
| 6/19/2013 | DJB | Review and draft reply correspondence to Atty. ▮ re: ▮ document production requirement, schedule, deficiencies and location of further records; teleconference with Atty. ▮, TAL JR re: ▮ counsel's request for meeting and conference. | 0.25 | 62.50 |
| | DJB | Teleconference and legal analysis with TAL JR re: Faris request and Order for Governor and TAL presence, specifics of travel, meeting with ▮ counsel in Guam and plans for settlement; review and draft reply opinion Atty. BH re: Atty. B. Jorgensen no payment yet, no Plaintiffs' response and possible global settlement coverage of payment issues. | 0.25 | 62.50 |
| 6/20/2013 | DJB | Draft letter to AGO Reena Patel re: failure to pay employer contributions, balance due through July 1, 2013; review and draft reply to TAL JR, Atty. RW re: table of ERCs debt due from NMC and DOF and related correspondence history. | 0.50 | 125.00 |
| | DJB | Legal analysis and teleconference with TAL JR re: Northern Mariana College debt of employer contributions due, DOF share of amount due and | 0.25 | 62.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | edit letter to Patel for demand of past due employer contributions for Central Government only. | | |
| 6/20/2013 | DJB | Draft request to Atty. ▮ re: split the NMC debt, portion of debt for DOF and portion for NMC only. | 0.25 | 62.50 |
| 6/21/2013 | DJB | Legal analysis with TAL JR re: settlement procedures, actuary experts, attendance at settlement and claims of all parties. | 0.25 | 62.50 |
| | DJB | Draft correspondence to Atty. Hatch re: actuary witnesses attendance at settlement, plan meeting at Tumon, Guam plan and confirmation. | 0.25 | 62.50 |
| | DJB | Draft reply to Atty. ▮ re: NMC division of ERC's debt due in part from DOF and the remainder NMC, calculate and deadline. | 0.25 | 62.50 |
| | DJB | Review and reply to TAL JR re: time to depletion of Fund slides, ambiguity in statement, send all the 2/28/13 slides revised for 6/21/13. | 0.25 | 62.50 |
| | DJB | Review Ain Reply legal memorandum to Oppositions of TAL and Plaintiffs re: intervention; consult and review with TAL JR and Atty. BH. | 0.25 | 62.50 |
| | DJB | Review and reply Atty. ▮ re: NMC chart of ERC due from DOF and NMC itself, lost opportunity of investment money, Wilshire slides, ambiguity of Wilshire work and ▮▮▮▮ responsibility among all counsel; ERC debt due split between DOF and NMC. | 0.25 | 62.50 |
| 6/22/2013 | DJB | Legal analysis and teleconference with Atty. ▮ re: Fund Opposition to Motion to Dismiss filed by Government, Opposition to Motion for Remand filed by CPA and Government, study and review Reply filed by Ain in support of her Motion to Intervene, Settlement Conference requirements, Wilshire slides, legal fees of Plaintiffs, NMC debt due for ERC split with DOF, DOF biweekly or | 1.50 | 375.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|

quarterly payment requirements.

| 6/22/2013 | DJB | Legal analysis and preparation for Ain Reply Memorandum to Government Opposition and Consent to Intervention. | 0.25 | 62.50 |

| | DJB | Review and draft reply to Attys. R. Hatch, M. Bronster re: plans for actuary meeting, 1 to 2 hours, June 23, Tumon, on Guam, Sunday. | 0.25 | 62.50 |

| 6/23/2013 | DJB | Gate Guam to Saipan Gate; Legal analysis and meet and confer with TAL JR, Atty. BH, N. McGuire, J. Leonard in Saipan; review and draft reply correspondence to all concerned re: Settlement Conference plans, logistics, papers requested from Administrator LP. | 4.00 | 1,000.00 |

| | DJB | Review and draft reply correspondence to TAL JR, Atty. ███ re: Settlement Conference coordination, papers necessary, computers, computations, plans and staffing pattern. | 0.25 | 62.50 |

| | DJB | Meet and confer and legal analysis with TAL JR, Plaintiff Atty. M. Bronster, R. Hatch, Wilshire Ned McGuire, Jeff Leonard re: settlement options, Government offers, slides, graphics, interpretations, enforcement, plans for motion practice, testimony and expert witnesses and request legal fees sought by Plaintiffs' counsel. | 2.25 | 562.50 |

| 6/24/2013 | DJB | Settlement Conference preparation and attendance in Saipan together with TAL JR, Atty. BH, Wilshire Ned McGuire and Wilshire Jeff Leonard together with Retirement Fund team re: settlement actuarial work and response to Merrill Lynch issues. | 8.00 | 2,000.00 |

| | DJB | Legal analysis and meet and confer TAL JR, Atty. ███ LP re: pros, cons, settlement options, Governor Inos approach, Atty. ██████, Atty. R. Patel; review and reply Atty. ███ LP re: 2011 single audit request documents. | 1.50 | 375.00 |

Dan - NMIRF

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/25/2013 | DJB | Settlement Conference preparation and attendance re: Judge Faris, AG Office, Governor Inos, Plaintiffs' Attys. Bronster and Hatch re: argue for relief and settlement results; meet and confer and legal analysis with TAL JR, Wilshire J. Leonard, N. McGuire, LP, Atty. ▉ re: actuarial results and statistics of historical payment and Court procedures; meet and confer Atty. ▉ re: ▉ case and request for further documents. | 8.00 | 2,000.00 |
|  | DJB | Review and draft reply correspondence to Attys. VA, RW re: work on NMC failure to pay ERC debts of $6.0M for NMC and $2.0M from DOF break down of expenses. | 0.25 | 62.50 |
|  | DJB | Legal analysis and meet and confer TAL JR, Atty. ▉ Wilshire only re: negotiation strategy and argument for ▉ rescue and salvage of Fund. | 1.00 | 250.00 |
| 6/26/2013 | DJB | Settlement Conference preparation and attendance re: Judge Faris, TAL JR, Atty. ▉ Plaintiffs' Atty. M. Bronster, R. Hatch, N. McGuire, AGO Patel, AGO Birnbrich, Governor Inos, Atty. T. Kim re: request relief, review claims and defenses, arguments, questions and actuarial work on slides and computations. | 8.00 | 2,000.00 |
|  | DJB | Organize and prepare for Status and Settlement Conference re: exhibits, amount due for ERC, performance of TAL and Retirement Fund team, collect documents from staff at Retirement Fund. | 1.00 | 250.00 |
|  | DJB | Court Hearing re: Status Conference, Plaintiffs ▉ settlement on principle terms and conditions. | 1.00 | 250.00 |
|  | DJB | Meet and confer and legal analysis with Plaintiffs' Attys. Hatch, Bronster, TAL JR, Atty. BH, Wilshire's NM re: itemize and review settlement | 1.00 | 250.00 |

Dan - NMIRF

|  | Hours | Amount |
|---|---|---|

agreement concerns, need for actuarial confirmation, slides and further work for all counsel concerned.

| 6/27/2013 | DJB | Meet and confer TAL JR re: settlement problems, ▇▇▇▇▇ document records requested, staffing pattern and question and answer editing for ▇▇▇▇▇ counsel; teleconference with Atty. ▇ re: Ain Motion for Intervention should be vacated. | 0.25 | 62.50 |

| | DJB | Teleconference with Clerk of Court Marilyn, District Court; request and review Order re: Vacate Ain Motion for Hearing at 7:00 a.m., June 28. | 0.25 | 62.50 |

| 6/28/2013 | DJB | Legal analysis and meet and confer with TAL JR, Atty. ▇ re: edit questions and answers for public distribution on settlement; edit and draft supplement terms, phrases, words and conditions re: explain settlement agreement to public. | 0.75 | 187.50 |

| | DJB | Draft organization plan to produce Fund documents for ▇▇▇▇ case with supervision of Atty. RW, copy to TAL JR, Atty. ▇ re: ▇▇▇▇▇ case development, documents delinquent, location, status thus far and deadline requirements. | 0.50 | 125.00 |

| | DJB | Legal analysis and teleconference with Plaintiffs' Attys. Bronster and Hatch with TAL JR re: settlement concerns, Fund issues, staffing pattern, schedule, numbers vs. percentages and details for settlement explanation to public. | 1.50 | 375.00 |

| | DJB | Teleconference with Atty. ▇ re: ▇▇▇▇ record production, confidential and attorney-client privileges; and, notice of policy on media blackout on communications re: settlement. | 0.25 | 62.50 |

| | DJB | Draft correspondence to Atty. ▇▇▇▇, TAL JR, Atty. BH re: status of ▇ record production from inside Fund, necessity to protect privilege and coordinate with Atty. RW. | 0.25 | 62.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| 6/29/2013 DJB | Review TAL JR and Judge Faris correspondence re: understanding of global settlement, percentage vs. fixed payment contributions from Government, enforcement and transcript of Court hearing. | 0.25 | 62.50 |

|  | For professional services rendered | 110.00 | $27,120.00 |

Additional Charges :

| 6/6/2013 | Capital Hotel Saipan - room charge | 62.00 |
|---|---|---|
|  | Capital Hotel Saipan - car rental | 52.00 |
|  | Himawari - purchase water | 2.47 |
| 6/7/2013 | United Airlines Airfare | 271.36 |
|  | Shell Gas - Puerto Rico Road, Saipan | 16.85 |
|  | AB Won Pat Airport - Guam Taxi | 15.00 |
| 6/10/2013 | United Airfare | 226.36 |
| 6/12/2013 | Kanoa Resort Hotel, Saipan (2 nights room) | 207.00 |
|  | Truong's Restaurant ($29.85) & Coffee Care ($27.15) - meal | 57.00 |
| 6/23/2013 | Himawari - meal | 22.00 |
| 6/24/2013 | Shirley's Coffee Shop - meal | 17.40 |
| 6/25/2013 | Revolving Restaurant - meal | 24.98 |
| 6/26/2013 | Century Hotel, Saipan (3 nights room) | 240.45 |
|  | United Airfare | 251.36 |

|  |  | Amount |
|---|---|---|
| 6/26/2013 | A.B.W.P. Guam Int'l Airport - Parking Fee | 3.00 |
|  | Total costs | $1,469.23 |
|  | Total amount of this bill | $28,589.23 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Daniel J. Berman | 108.00 | 250.00 |
| Christine A. Pangelinan | 2.00 | 60.00 |

# Capital Hotel Saipan

P.O. Box 7279 SVRB, Saipan, Mariana Islands 96950
Tel. 1-670-233-7820, 7621, 7823 • Fax: 1-1670-233-7822
E-mail: capital@saipan.com

**OFFICIAL RECEIPT**          12059

Date: June 6th

Name: _____

Address: _____

Tour Agent: _____

| TRANSACTION | | ROOM RATE | TOTAL |
|---|---|---|---|
| Room No. | : | | |
| Room Type | : | | |
| Date Check-in | June 6th 2013 | | |
| Date Check-Out | June 7th | | |
| Nos. of Night/s | | | |
| For | room charge | | |
| MASTER | | | |
| PAID | | | |

**PAYMENT DETAILS:**

☐ CASH   ☐ CREDIT CARD

☐ CHECK   ☐ VALUE _____

| | |
|---|---|
| Sub-Total | 62 |
| Plus Tax | |
| TOTAL | 62 |

By: _____

We value your continuous patronage and looking forward to a much
better service in the days ahead.

CAPITAL HOTEL
FILOORIS AV. GARAPAN VILLAGE
SAIPAN, MP 96950
(670) 233-6888

Merchant ID: 5712
Term ID: 05712300     Ref #: 0002

Sale

XXXXXXXXXXX

Entry Method: Swiped

Total:          $       62.00

06/06/13              10:41:15
Inv #: 000002  Appr Code: 03502Z
Apprvd: Online    Batch#: 000056

Customer Copy

THANK YOU

# Capital Hotel Saipan

P.O. Box 7278 SVRB, Saipan, Mariana Islands 96950
Tel: 1-670-233-7820, 7821, 7823 • Fax: 1-670-233-7822
E-mail: capital@saipan.com

## OFFICIAL RECEIPT   11477

Date: _____

Name: MR DANIEL T BEDMAN

Address: _____

Tour Agent: _____

| TRANSACTION | ROOM RATE | TOTAL |
|---|---|---|
| Room No. | $200 | |
| Room Type | YABIS | |
| Date Check-in | AFE 922 | |
| Date Check-Out | 21-8 | |
| Nos. of Night/s | | |
| For | NO 11 SUITE ZF | |

### PAYMENT DETAILS:
- ☐ CASH   ☐ CREDIT CARD
- ☑ CHECK   ☐ VALUE

By: _____

| | |
|---|---|
| Sub-Total | |
| Plus Tax | |
| TOTAL | |

We value your continuous patronage and looking forward to a much
better service in the days ahead.

CAPITAL HOTEL
FILOORIS AV. GARAPAN VILLAGE
SAIPAN, MP 96950
(670) 233-6888

Merchant ID: 5712
Term ID: 05712300    Ref #: 0003

Sale

XXXXXXXXXXXX

Entry Method: Swiped

Total:         $      52.00

06/06/13              18:51:41
Inv #: 000003  Appr Code: 04294Z
Apprvd: Online  Batch#: 000056

Customer Copy

THANK YOU

```
              DELI AND BAKERY
                 GARAPAN
  TEL 1(670)2331630/31/33

  REG   06-06-2013 20:54
                        000009

  1 DRINKS            $0.89
  1 DRINKS            $0.79
  1 DRINKS            $0.79
    TOTAL          $2.47
    CASH             $20.00
   ·CHANGE           $17.53
```

## Dan Berman

| | |
|---|---|
| **From:** | United Airlines, Inc. ▆▆▆▆▆▆▆ |
| **Sent:** | Friday, June 07, 2013 12:54 PM |
| **To:** | ▆▆▆▆▆▆▆ |

**Subject:** eTicket Itinerary and Receipt for Confirmation B312PL

# UNITED

A STAR ALLIANCE MEMBER ✈

Confirmation:
# B312PL
Check-In >

Issue Date: June 07, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| BERMAN/DANIELMR | 0162369121893 | ▆▆▆▆▆▆▆ | 7A/--- |

### FLIGHT INFORMATION

| Day, Date | Flight Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|
| Thu, 06JUN13 | UA5077W | GUAM (GUM) **5:35 PM** | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:25 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| | | | | | |
|---|---|---|---|---|---|
| Fri, 07JUN13 | UA5078W | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:55 PM** | GUAM (GUM) **7:45 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

### FARE INFORMATION

**Fare Breakdown**

**Form of Payment:**

| | |
|---|---|
| Airfare: | 195.00 USD |
| September 11th Security Fee: | 5.00 |
| Guam Inspection Service Charges: | 6.36 |
| International Surcharge: | 56.00 |
| U.S. Passenger Facility Charge: | 9.00 |
| Per Person Total: | 271.36 USD |

**eTicket Total:** **271.36 USD**

The airfare you paid on this itinerary totals: 195.00 USD

**The taxes, fees, and surcharges paid total: 76.36 USD**

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

Add Collect: An additional amount for the difference in fare was charged to ▆▆▆▆▆ ▆▆▆▆▆ on Friday, June 07, 2013. $30.00 USD per ticket for an additional total of $30.00 USD was collected.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 6/6/2013 Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 6/7/2013 Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United, United Express or another Star Alliance member airline, and MileagePlus® Premier® Platinum membership must be valid at time of check-in to qualify for waiver of service charges for up to three checked bags within specified size and weight limits.

## Additional Baggage Information

### Carry-on baggage information

United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for

more information or go to united.com.

### General Baggage Information

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for our Flight Status E-mail at united.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.
- International taxes and fees may be collected at your departure airport.

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care
contact form at united.com

## Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering 21,000 daily flights and over
1100 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

## Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

## Split terminal operations

While we continue combining our airline, some stations will operate in multiple terminals. Be sure to check your flight status to ensure you arrive at the right terminal before your flight. You can check flight status and gate information at
united.com or on the go with mobile.united.com or the United App.

Effective with our March 3 move to a single reservation system, our operations will be split in the following airports. Baltimore MD, Geneva Switzerland, London Heathrow England, Madrid Spain, Kansas City MO, New Orleans LA,

San Diego CA, San Antonio TX, San Jose del Cabo Mexico, New York LaGuardia NY, Washington DC Regan National, Boston MA.

See united.com for where to check in at each airport



# Thank You for Choosing United Airlines

Confirmation e-mail sent to ███████████████ | Printer Friendly | Save as PDF | Manage your Reservations

## United Confirmation Number B312PL

---

### Purchase Summary

|  | Original Ticket | New Ticket |
|---|---|---|
| 1 Adults (age 18 to 64) | $165.00 | $195.00 |
| Additional Taxes/Fees | $76.36 | $76.36 |
| Total | **$241.36** | **$271.36** |
| Change fee |  | $0.00 |
| Total for Change |  | **$30.00** |

**Payment Information**
Name of Cardholder:    **DANIEL J BERMAN**
Card Type:   ██████████

**MileagePlus Members:**    Upon completion of this itinerary, you will earn up to **258** **MileagePlus award miles.***

---

### Flight Details     United Confirmation Number | B312PL

#### Thu., Jun. 6, 2013 | Guam (GUM) to Saipan, Northern Mariana Islands (SPN)

| Depart: | Arrive: | Travel | Flight: **UA5077** |
|---|---|---|---|
| **5:35 p.m.** | **6:25 p.m.** | Time:**50 mn** | Operated by Cape Air dba United Express. |
| Thu., Jun. 6, 2013 | Thu., Jun. 6, 2013 |  | Aircraft: **ATR 42/72** |
| Guam (GUM) | Saipan, Northern Mariana Islands (SPN) |  | Fare Class: **Economy (W)** |
|  |  |  | Meal: **None** |
|  |  |  | **No Special Meal Offered.** |

Note: Flight 5077 is serviced by a non-jet equipment type.

#### Fri., Jun. 7, 2013 | Saipan, Northern Mariana Islands (SPN) to Guam (GUM)

| Depart: | Arrive: | Travel | Flight: **UA5078** |
|---|---|---|---|
| **6:55 p.m.** | **7:45 p.m.** | Time:**50 mn** | Operated by Cape Air dba United Express. |
| Fri., Jun. 7, 2013 | Fri., Jun. 7, 2013 |  | Aircraft: **ATR 42/72** |
| Saipan, Northern Mariana Islands (SPN) | Guam (GUM) |  | Fare Class: **Economy (W)** |
|  |  |  | Meal: **None** |
|  |  |  | **No Special Meal Offered.** |

differences between the purchased booking class and the booking class flown, which determines the number of base and Premier qualifying miles and Premier qualifying segments earned. MileagePlus award miles are not awarded for travel on airlines that are not MileagePlus partners. Miles indicated for non-partner flights or flight segments will not be awarded. MileagePlus award miles earned will vary depending on the Premier status of the customer.

## ‑ Important Baggage Information

### Carry‑on baggage allowed
United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry‑on bag no more than 45 linear inches or 114 linear centimeters (L + W + H) or 14 inches x 9 inches x 22 inches (23 x 35 x 56 cm)
- One personal item (such as a shoulder or laptop bag).

Learn more about carry‑on baggage policy

### Checking bags for this itinerary
Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm)

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| Thu., Jun. 6, 2013  Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | $0 | $40 $0* | 70.0 lbs (32 kgs) |
| Fri., Jun. 7, 2013  Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | $0 | $40 $0* | 70.0 lbs (32 kgs) |



**Check Your First Bag for Free**
Save up to $100 per roundtrip. Primary Cardmembers and a companion on the same reservation can check their first bag free on United‑operated flights when purchasing tickets with their Explorer Card.

Learn more

Baggage check‑in must occur with United, United Express or another Star Alliance member airline, and MileagePlus Premier® Platinum membership must be valid at time of check‑in to qualify for waiver of service charges for up to three checked bags within specified size and weight limits.

First and second bag service charges do not apply to active‑duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd‑sized baggage, special items or sporting equipment, visit united.com/baggage

 **UNITED**

**Premier Access**  INTL  B312PL 7A   **1**
UA 5077

**BERMAN/DANIELMR**

*Guam to Saipan*

| UA 5077 | GATE | BOARD TIME | SEAT | |
|---|---|---|---|---|
| **GUM-SPN** | **4** | **5:10 PM** | **7A** | **BOARDING GROUP** |
| Thursday, June 06, 2013 | Gate May Change | Departs: 5:35 PM | Window | **1** |
| | | Arrives: 6:25 PM | Economy | |



Operated by Cape Air dba United Express

**Confirmation:** **B312PL**
**Ticket:** 01623688602174

A STAR ALLIANCE MEMBER

Go paperless and use your mobile phone as your boarding pass. Mobile boarding passes are now an option for most customers departing from Guam (GUM). Go to http://mobile.united.com - Flight Check-in and then choose mobile boarding pass as your delivery option.

Bag check must be completed no later than 60 minutes before departure. Each traveler is allowed to carry-on one bag and one personal item. Please note your bag must not exceed 45 in or 115 cm (L+W+H) or weigh more than 40 lbs or 18 kg. You must be at the boarding gate at least 30 minutes prior to departure. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat. Refer to United's Contract of Carriage at united.com for more information on United's terms and conditions.

**EXTENDED WEATHER FORECAST** for Saipan

 Thu, Jun 06
86°F / 84°F
Precip. 10%

Fri, Jun 07
86°F / 83°F
Precip. 10%

Sat, Jun 08
86°F / 83°F
Precip. 10%

 **Enjoy priority boarding privileges.**
Learn more at UnitedExplorerCard.com

Do you have comments or suggestions? Visit Sojern on the web at www.sojern.com/feedback

```
NAME:BERMAN/DANIELM
DATE:07JUN          21
FF#:
MILEAGE:    500 MILES
PLATINUM/STAR GOLD
FLIGHT:UA   5078Y


GATE:        6 SEAT: 2A
DEPART: 655P
 SAIPAN
ARRIVE: 745P
 GUAM
BOARD TIME:    630P
01623691218936
 A STAR ALLIANCE MEMBER
```

## Shell Puerto Rico
Puerto Rico,

670-322-4189

ORIGINAL

Shell Puerto Rico
Puerto Rico,
Saipan

06/07/2013 4:11:43 PM Tkt #1208621
Cashier:Bernadette
Receipt   1208621
Type: SALE    (*ORIGINAL)

| Qty Name | Price | Total |
|---|---|---|
| 1 Dr Pepper 12oz. c | $ 0.85 | $ 0.85 |
| 1 UNLEADED | $ 4.909 | $ 16.00 |
| Pump: | 8 | |
| Gallons: | 3.260 | |
| Price / Gal: | 4.909 | |

| SubTotal | | 16.85 |
|---|---|---|

| Total | 16.85 |
|---|---|

Tender Info:
Offline Credit          16.85

Offline Credit          16.85

Reg:1    06/07/2013 4:11:43 PM

Questions or comments call #Phone Number#



SHELL PUERTO RICO
PUERTO RICO ROAD
SAIPAN, MP 96950
(670) 3?2-4189

Merchant ID: 5062
Term ID: 05082610          Ref #: 8022

### Sale

Entry Method: Swiped

Total:              $    16.85

06/07/13                  16:11:30
Inv #: 060022     Aper Code: 03558Z
Apprvd: Online         Batch#: 000147

Customer Copy

THANK YOU

# RECEIPT

Date 06/07/13

No.

Received From FR. AIRPORT

Address TO SUMMER PALACE

Dollars $ 15-00

For _____

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMOUNT PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

**Thank you**

By _____

## Dan Berman

**From:** United Airlines, Inc.

**Sent:** Tuesday, June 11, 2013 12:30 AM

**To:**

**Subject:** eTicket Itinerary and Receipt for Confirmation GMJ23R

  A STAR ALLIANCE MEMBER

Confirmation:

# GMJ23R

Check-In >

Issue Date: June 10, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| BERMAN/DANIELMR | 0162369450834 | | 2A/4D |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 11JUN13 | UA5077W | | GUAM (GUM) **5:35 PM** | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:25 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| Thu, 13JUN13 | UA5074K | | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **11:20 AM** | GUAM (GUM) **12:10 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

## FARE INFORMATION

**Fare Breakdown**

| | | Form of Payment: |
|---|---|---|
| Airfare: | 150.00 USD | |
| September 11th Security Fee: | 5.00 | |
| Guam Inspection Service Charges: | 6.36 | |
| International Surcharge: | 56.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 226.36 USD | |

**eTicket Total:**      **226.36 USD**

The airfare you paid on this itinerary totals 150.00 USD

**The taxes, fees, and surcharges paid total: 76.36 USD**

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE/CXL FEE

---

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 6/11/2013 Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 6/13/2013 Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United, United Express or another Star Alliance member airline, and

MileagePlus® Premier® Platinum membership must be valid at time of check-in to qualify for waiver of service charges for up to three checked bags within specified size and weight limits.

## Additional Baggage Information

### Carry-on baggage information

United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for

more information or go to united.com.

### General Baggage Information

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for our Flight Status E-mail at united.com or call 1-800-784-4444; In Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.
- International taxes and fees may be collected at your departure airport.

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care

contact form at united.com

## Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering 21,000 daily flights and over

1100 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

## Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

## Split terminal operations

While we continue combining our airline, some stations will operate in multiple terminals. Be sure to check your flight status to ensure you arrive at the right terminal before your flight. You can check flight status and gate information at

united.com or on the go with mobile.united.com or the United App.

Effective with our March 3 move to a single reservation system, our operations will be split in the following airports. Baltimore MD, Geneva Switzerland, London Heathrow England, Madrid Spain, Kansas City MO, New Orleans LA,

San Diego CA, San Antonio TX, San Jose del Cabo Mexico, New York LaGuardia NY, Washington DC Regan National, Boston MA.

See united.com for where to check in at each airport

## IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.
- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.
- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.
- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.
- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*
- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

### Thank you for choosing United Airlines
united.com

Legal Notices. Privacy Policy
Copyright © 2013 United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact United Airlines via telephone or via e-mail.

Do not expose to excessive heat or direct sunlight.

STAPLE HERE

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX    CSM597    REV. 11/12



# UNITED 

**I    \*\* PREMIER**
**\*\* ACCESS \*\***

PLATINUM/STAR GOLD

B2 873976-7

NAME : BERMAN/DANIELMR
DATE : 11JUN                                    29
FF#:
GMJ23R

FLIGHT:UA  5077Y

GATE:        **4**

SEAT: 2A

BOARDING GROUP:    **1**



01623694508343
SPN  ETICKET          **BOARDING PASS**

---

NAME:BERMAN/DANIELM
DATE:11JUN                                29
FF#:
MILEAGE:  500 MILES
PLATINUM/STAR GOLD
FLIGHT:UA  5077Y

GATE:        **4** SEAT: 2A
DEPART: 535P
   GUAM
ARRIVE: 625P
   SAIPAN
BOARD TIME:   510P
01623694508343
A STAR ALLIANCE MEMBER ✩

---

NAME:BERMAN/DANIELM
DATE:13JUN                                29
FF#:
MILEAGE:  500 MILES
PLATINUM/STAR GOLD
FLIGHT:UA  5076Y

GATE:      **6** SEAT: 3C
DEPART: 310P
   SAIPAN
ARRIVE: 400P
   GUAM
BOARD TIME:   245P
01623694508343
A STAR ALLIANCE MEMBER ✩

```
Mr. DANIEL BERMAN                    Room  0752
   GUAM                              Arrival      06/11/13
                                     Departure    06/13/13
                                     Persons(s)   1
                                     Cashier      1  LIMIN
                                     Time         09:28:24
                                     Page         1
```

ORIGINAL INVOICE  117359

Kanoa Resort Saipan, 06/13/13

| Date | Details | Ref. | Debit | Credit |
|------|---------|------|-------|--------|
| 06/11/13 | Room Charge | | 90.00 | |
| 06/11/13 | Room Tax | | 13.50 | |
| 06/12/13 | Room Charge | | 90.00 | |
| 06/12/13 | Room Tax | | 13.50 | |
| 06/13/13 | ▓▓▓▓▓▓▓▓▓▓ | | | 207.00 |

                              Total:          0.00

Signature : _____

Company   : _____



```
        KANOA RESORT
            SUSUPE
         SAIPAN,MP 96950

TERMINAL ID. :              0010

MERCHANT #:          000011203779

                          CSH : 1
▓▓▓▓▓▓▓▓▓▓
CHECK OUT           EXP.: XX/XX

DATE: JUN 12, 13      TIME: 13:27
BATCH: 001442   INV:  002138
RRN: 34443092   AUTH: 01608D
FOLIO: 752


TOTAL            $207.00

DANIEL BERMAN

      * CUSTOMER COPY *

        Mahalo !
      Please Come Again
```

```
        KANOA RESORT
            SUSUPE
         SAIPAN,MP 96950

TERMINAL ID. :              0010

MERCHANT #:          000011203779

                          CSH :
▓▓▓▓▓▓▓▓▓▓
CHECK IN            EXP.: XX/XX

DATE: JUN 10, 13      TIME: 22:57
BATCH: 001440   INV:  002138
RRN: 34443092   AUTH: 01608D
FOLIO: 752


TOTAL            $207.00

DANIEL BERMAN
        Mahalo !
      Please Come Again
```

TRUONG'S RESTAURANT SAIPAN
SUSUPE, SAIPAN
670-323-6662

Merchant ID: 0305298
Term ID: 7403
Server ID: 1

## Sale



Entry Method: Swiped
Apprvd: Online          Batch#: 000000
06/12/13                     21:32:27

Inv#: 00000023         Appr Code: 073700

Amount:          $     101.95
Tip:

Total:          _____

                ===================

Customer Copy

THANK YOU
FOR VISITING



Check: 0004LP5L
Table:11                    Guests: 7
Server:Cashier D
06/12/13                         09:39pm

[Seat 1]
1 Chx Wings                      $7.95
1 CRISP. FRIED NOODLES          $10.95
2 Beef Salad                    $19.90
1 Chicken LemongrS               $8.95
1 TOFU CURRY                     $8.95
1 SALTED PEPPER SHRIMP           $9.95

2 Fresh Lumpia                  $13.90
2 Asahi Lg                      $17.90

        Subtotal:              $101.95
        Total:              $101.95

"Thank-You"

COFFEE CARE
CAPITOL HILL
SAIPAN, MP 96950
(671) 323-5282

Merchant ID: 000011204139
Term ID: 04139300          Ref #: 0007
Server ID: 1

## Sale

Entry Method: Swiped

Amount:          $     27.15
Tip:

Total:
=================

06/12/13                    13:32:32
Inv #: 000007      Appr Code: 06996D
Apprvd: Online        Batch#: 000652

Customer Copy

THANK YOU!

---

| ORDER | | | N° | 24448 |
|---|---|---|---|---|
| D/T | TN | W/N | M/W | P/S |
| 6/12 | | | | |
| **DESCRIPTION** | | | QTY | AMOUNT |
| Lamb Flat | | | 1 | 10.95 |
| Salad | | | | |
| | | | | |
| | | | | |
| ORANGES | | | 1 | 2.75 |
| | | | | 13.70 |
| TOTAL | | | | |

| ORDER | | | N° | 24449 |
|---|---|---|---|---|
| D/T | TN | W/N | M/W | P/S |
| 6/12 | MM | | | |
| **DESCRIPTION** | | | QTY | AMOUNT |
| Lamb Flat | | | 1 | 10.95 |
| (Salad) | | | | |
| | | | | 27.15 |
| ICE TEA | | | 1 | 2.50 |
| | | | | 13.45 |
| TOTAL | | | | |

Coffee Care
saipan
"Best Coffee on Island"
Tel.: 323-5282

# HIMAWARI
## DELI AND BAKERY
### GARAPAN
TEL 1(670)2331530/31/33

REG    06-23-2013 20:37
                    000153

| 1 | DINNER REST | $4.00 |
| 1 | DINNER REST | $12.00 |
| 1 | DINNER REST | $5.00 |
| 1 | DINNER REST | $4.00 |
| 1 | DINNER REST | $6.00 |
|   | DINNER REST | $5.00 |
|   | NNER REST | $4.00 |
|   | ER REST | $20.00 |

$60.00
$60.00

HIMAWARI
GARAPAN ROAD
SAIPAN, MP 96950
(670) 233-1530

Merchant ID: 5151
Term ID: 05151300          Ref #: 0117

## Sale



Entry Method: Swiped

Total:              $      60.00

06/23/13                    20:34:07
Inv #: 000117          Appr Code: 02221D
Apprvd: Online          Batch#: 000501

Customer Copy

THANK YOU



**COFFEE SHOP**

Susupe, Saipan
Tel: 235-5379/235-5380

Garapan, Saipan
Tel: 233-4519, 233-4520

Tamuning, Guam
Tel: 649-5622, 649-6633

Harmon, Guam 96911
Tel: 546-1786, 649-6868

Agana Guam 96910
Tel: 472-2695, 472-8383

| Qty. | Table # | Date | Price |
|---|---|---|---|
| 2 | | | |
| 2 | | | 270 |
| | | | 7 40 |

**Thank You!**    № 761325

Order
# Revolving Restaurant 360
*PMB 306 Box 10000*
*Saipan, MP 96950*
*(670)234-3600*

**Table: 4**

| 06-25-13 12:23 | 985 | Khatz |
|---|---|---|
| Caesar Salad | | $6.99 |
| Addt'l Chicken | | $4.00 |
| Caesar Salad | | $6.99 |
| Addt'l Chicken | | $4.00 |
| LC Spicy Taco Burger | | $12.99 |
| Special Fish | | $12.99 |
| LC Indian Burger | | $12.99 |
| The Cobb Salad with Chicken Br | | $11.99 |
| LC Monster Burger | | $12.99 |

Item Count:9                Subtotal: $85.93

Sales Tax, $0 00

**Total: $85.93**

Thank you for coming!

REVOLVING RESTAURANT 360
8TH FLR MARIANAS BUSINESS PLAZA
SUSUPE LAURU LOOP
SAIPAN, MP 96950
(670) 233-1610

Merchant ID: 000011203167
Term ID: 03167300        Ref #: 0011
Server ID: 1

### Sale



Entry Method: Swiped

| Amount: | $ | 85.93 |
|---|---|---|
| Tip: | | 12.00 |
| Total: | | 97.93 |

06/25/13                13:27:01
Inv #: 006011        Appr Code: 01091D
Apprvd: Online        Batch#: 000463

Customer Copy

THANK YOU!

CENTURY HOTEL

Mr. DANIEL BERMAN
GUAM

Room 201
Arrival      06/23/13
Departure    06/26/13
Persons(s)   1
Cashier      5  MARIVIC
Time         08:53:07
Page         1

INVOICE COPY  29546

Century Hotel Saipan, 06/26/13

| Date | Details | Ref. | Debit | Credit |
|------|---------|------|-------|--------|
| 06/23/13 | Room Charge | | 61.00 | |
| 06/23/13 | Room Tax | | 9.15 | |
| 06/23/13 | ROOM UPGRADE | | 10.00 | |
| 06/24/13 | Shirley's Cafe sh#761325 | | 17.40 | |
| 06/24/13 | Room Charge | | 61.00 | |
| 06/24/13 | Room Tax | | 9.15 | |
| 06/24/13 | ROOM UPGRADE | | 10.00 | |
| 06/25/13 | Room Charge | | 61.00 | |
| 06/25/13 | Room Tax | | 9.15 | |
| 06/25/13 | ROOM UPGRADE | | 10.00 | |
| 06/26/13 | | 06145D | | 257.85 |

Total:            0.00

Signature : _____

Company   : _____

CENTURY HOTEL
CHALAN PALE ARNALD
SAIPAN,MP 96950

TERMINAL ID. :                    8818

MERCHANT #:              000011203744

                              CSH : 1

SALE                      EXP.: XX/XX

DATE: JUN 25, 13          TIME: 12:52
BATCH: 008197      INV:    000514
RRN: 37402919      AUTH:  06145D
FOLIO: 201

TOTAL            $257.85

DANIEL BERMAN

* CUSTOMER COPY *

Mahalo !
Please Come Again

## Dan Berman

**From:** United Airlines, Inc. ▟▟▟▟▟▟▟▟▟▟▟
**Sent:** Wednesday, June 26, 2013 5:36 PM
**To:** ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟
**Subject:** eTicket Itinerary and Receipt for Confirmation PJ7N2P

# UNITED  | A STAR ALLIANCE MEMBER

Confirmation:
**PJ7N2P**

Issue Date: June 26, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| BERMAN/DANIELMR | 0162371283886 | ▟▟▟▟▟▟▟▟▟▟ | ----/---- |

### FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 23JUN13 | UA5077S | | GUAM (GUM) **5:35 PM** | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **6:25 PM** | | |
| Wed, 26JUN13 | UA5072S | | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **9:45 PM** | GUAM (GUM) **10:35 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

### FARE INFORMATION

**Fare Breakdown**
Airfare: 175.00 USD
Guam Inspection Service Charges: 6.36
September 11th Security Fee: 5.00
International Surcharge: 56.00
U.S. Passenger Facility Charge: 9.00
Per Person Total: 251.36 USD

**Form of Payment:** ▟▟▟▟▟▟▟▟▟

**eTicket Total:** **251.36 USD**

The airfare you paid on this itinerary totals: 175.00 USD

**The taxes, fees, and surcharges paid total: 76.36 USD**

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

---

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 6/23/2013 Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 6/26/2013 Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United, United Express or another Star Alliance member airline, and MileagePlus® Premier® Platinum membership must be valid at time of check-in to qualify for waiver of service charges for up to three checked bags within specified size and weight limits.

## Additional Baggage Information

**Carry-on baggage information**
United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).
Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for
more information or go to united.com.

**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges
allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for our Flight Status E-mail at united.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.
- International taxes and fees may be collected at your departure airport.

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care
contact form at united.com

## Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 28 member airlines offering 21,900 daily flights and over
1100 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

## Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

## Split terminal operations

While we continue combining our airline, some stations will operate in multiple terminals. Be sure to check your flight status to ensure you arrive at the right terminal before your flight. You can check flight status
and gate information at united.com or on the go with mobile.united.com or the United App.
Effective with our March 3 move to a single reservation system, our operations will be split in the following airports. Baltimore MD, London Heathrow England, Kansas City MO, New Orleans LA,
San Diego CA, San Antonio TX, San Jose del Cabo Mexico, New York LaGuardia NY, Washington DC Regan National, Boston MA.
See united.com for where to check in at each airport

## IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or

delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.

- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.
- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.
- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.
- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*
- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

**Thank you for choosing United Airlines**
united.com

Legal Notices. Privacy Policy
Copyright © 2013 United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact United Airlines via telephone or via e-mail.

# UNITED



**Premier Access**  ████  PJ7N2P  7A    **18**
UA 5077

**BERMAN/DANIELMR**

**Guam to Saipan**

| UA 5077 | GATE | BOARD TIME | SEAT | |
|---|---|---|---|---|
| **GUM-SPN** | **4** | **5:10 PM** | **7A** | **BOARDING GROUP** |
| Sunday, June 23, 2013 | Gate May Change | Departs: 5:35 PM | Window | **1** |
| | | Arrives: 6:25 PM | Economy | |



Operated by Cape Air dba United Express

**Confirmation:** **PJ7N2P**
**Ticket:** 01623705199362

A STAR ALLIANCE MEMBER ✨

Go paperless and use your mobile phone as your boarding pass. Mobile boarding passes are now an option for most customers departing from Guam (GUM). Go to http://mobile.united.com - Flight Check-in and then choose mobile boarding pass as your delivery option.

Bag check must be completed no later than 60 minutes before departure. Each traveler is allowed to carry-on one bag and one personal item. Please note your bag must not exceed 45 in or 115 cm (L+W+H) or weigh more than 40 lbs or 18 kg. You must be at the boarding gate at least 30 minutes prior to departure. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat. Refer to United's Contract of Carriage at united.com for more information on United's terms and conditions.

**EXTENDED WEATHER FORECAST for Saipan**



Sun, Jun 23
85°F / 83°F
Precip. 15%

Mon, Jun 24
85°F / 82°F
Precip. 10%

Tue, Jun 25
85°F / 83°F
Precip. 10%

**Enjoy priority boarding privileges.**
Learn more at UnitedExplorerCard.com

Do you have comments or suggestions? Visit Sojern on the web at www.sojern.com/feedback

```
NAME: BERMAN/DANIELM
DATE: 26JUN          18
FF#:
MILEAGE:    500 MILES
PLATINUM/STAR GOLD
FLIGHT:UA   5072Y
```

```
GATE        6 SEAT: 2C
DEPART: 945P
 SAIPAN
ARRIVE:1035P
 GUAM
BOARD TIME:   920P
01623712838860
  A STAR ALLIANCE MEMBER ✩
```

Antonio B. Won Pat
Guam Int'l Airport

--------------------------------------------
Terminal#:1 Cashier#:516
06/26/2013 22:40
06/26/2013 23:01 - 00:22
82396912 / #063180
1-7 Days     : $      3.00
             : $      3.00
    Cash     : $      3.00
--------------------------------------------
Thank you.