# Law Office of Braddock J. Huesman, LLC

The Sablan Building, Suite 2-C Beach Road, Chalan Kanoa PO Box 501916
Saipan, MP 96950
(670) 234-9005

**Statement for 6/30/2013**

INV-102309

**NMI Retirement Fund**
PO Box 501247
Saipan, MP 96950

## Professional Fees

| Entry Date | Employee | Description | Discount | Hours | Amount |
|---|---|---|---|---|---|
| 06-02-2013 | Braddock Huesman | Analyze and edit L. Pangelinan's letter to legislature re: HLB 18-9 (Bill redirects funds to many groups but not NMIRF). | | 0.20 | $40.00 |
| 06-03-2013 | Braddock Huesman | Analyze R. Wrightson's table regarding appropriation levels for the Fund; call w/ R. Wrightson re: same in preparation for status conference. | | 0.40 | $80.00 |
| 06-03-2013 | Braddock Huesman | Analyze order from NMI Supreme Court and calendar July 8 status report. | | 0.10 | $20.00 |
| 06-03-2013 | Braddock Huesman | Analyze and edit memo to ▮▮▮ regarding eligibility for health insurance post employment. | | 0.50 | $100.00 |
| 06-03-2013 | Braddock Huesman | Email from OAG indicating additional financial remittance to the Fund; notify L. Pangelinan to expect the remittance. | | 0.10 | $20.00 |
| 06-03-2013 | Braddock Huesman | Phone Calls w/ ▮▮▮ | | 3.10 | $620.00 |
| 06-04-2013 | Braddock Huesman | Edit D. Berman's letter to R. Patel regarding GHLI transfer of responsibilities. | | 0.70 | $140.00 |
| 06-04-2013 | Braddock Huesman | Attend status conference at District Court; phone call w/ J. Razzano and D. Berman re: hearing and strategy going forward; phone call | | 2.10 | $420.00 |

EXHIBIT 6

Page 1

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | w/ L. Pangelinan and R. Wrightson re: events at the hearing and schedule for J. Razzano work on Saipan. | | |
| 06-05-2013 | Braddock Huesman | Analyze response to demand letter from ███ | 0.75 | $150.00 |
| 06-05-2013 | Braddock Huesman | Analyze Government's withdraw of its Emergency Order seizing the Fund; ███ | 0.50 | $100.00 |
| 06-05-2013 | Braddock Huesman | Draft ███ | 0.80 | $160.00 |
| 06-06-2013 | Braddock Huesman | Analyze and edit demand letter drafted by R. Wrightson re: Government's failure to pay rent for the WCC; phone call w/ R. Wrightson re: same. | 0.60 | $120.00 |
| 06-08-2013 | Braddock Huesman | Emails w/ R. Wrightson r███ | 0.80 | $160.00 |
| 06-08-2013 | Braddock Huesman | ███ eview file for information re: response and proof of service. | 0.60 | $120.00 |
| 06-10-2013 | Braddock Huesman | Phone call w/ M. Scoggins re: NMC defenses to the Fund's claims and ███ | 0.20 | $40.00 |
| 06-12-2013 | Braddock Huesman | Work at the Fund w/ J. Razzano, D. Berman and J. Walsh; ███ read and discuss correspondence from B. Jorgensen; read and respond to inquiries from individuals regarding the CRA meetings availability via the internet; edit D. Berman's responses to R. Hatch and B. Jorgensen; moot/prepare J. Razzano for CRA meeting. | 8.20 | $1,640.00 |
| 06-13-2013 | Braddock Huesman | Analyze and edit letter to House of Representatives regarding the POB bill. | 0.50 | $100.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06-13-2013 | Braddock Huesman | Phone call w/ R. Wrightson re: Ain opposition edits; email w/ R. Wrightson re: same; analyze and edit document; research cases cited/shepardize; insert new cases from research; phone call w/ R. Wrightson re: edits; final edits and file opposition. | 3.80 | $760.00 |
| 06-14-2013 | Braddock Huesman | Emails w/ T. Bellas re: extension for answer date in his suit; ■■■ | 0.10 | $20.00 |
| 06-14-2013 | Braddock Huesman | Conference Call with D. Berman regarding the upcoming status conference. Discuss recent meetings and status of Government remittance; attend hearing; ■■■ | 3.00 | $600.00 |
| 06-17-2013 | Braddock Huesman | Analyze Motions to Dismiss filed by CMI and CHC; Shepardize cases cited in both Government Motions to Dismiss; ■■■ | 3.50 | $700.00 |
| 06-18-2013 | Braddock Huesman | Research ■■■ | 3.90 | $780.00 |
| 06-19-2013 | Braddock Huesman | Work at the Fund w/ J. Razzano, R. Wrightson and L. Pangelinan. Review file for R. Wrightson document request re: filings made seeking protection due to lack of Board quorum; discussion w/ ■■■ | 5.40 | $1,080.00 |
| 06-20-2013 | Braddock Huesman | Begin draft of Omnibus Opposition to the Motion to Dismiss; call M. Scoggins and K. Butcher regarding their filings. | 4.30 | $860.00 |
| 06-21-2013 | Braddock Huesman | Research ■■■ | 6.30 | $1,260.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | continue draft of omnibus opposition to the motions to dismiss. | | |
| 06-23-2013 | Braddock Huesman | Phone conference w/ D. Berman re: status of various motions and due dates; ▇▇▇▇ ▇▇▇▇ and strategy for the settlement conference. | 1.50 | $300.00 |
| 06-24-2013 | Braddock Huesman | Meeting with the TAL and D. Berman to discuss strategy. Meeting with the actuaries from Wilshire to discuss their roles in the settlement conference. Attend settlement conference. Meeting with plaintiff's counsel and settlement judge at the conclusion of the day regarding status and requests for information from the plaintiff's counsel. Meeting w/ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ | 9.20 | $1,840.00 |
| 06-25-2013 | Braddock Huesman | Meeting w/ TAL and Actuaries before settlement conference. Attend settlement conference. | 9.50 | $1,900.00 |
| 06-26-2013 | Braddock Huesman | Meeting w/ D. Berman and TAL prior to final day of settlement conference; attend settlement conference; attend status hearing; attend settlement conference wrap up meeting; attend conclusion of status hearing. | 9.00 | $1,800.00 |
| 06-30-2013 | Braddock Huesman | Analyze FAQ sent by R. Hatch; edit document; email edits and comments to J. Razzano and D. Berman. | 0.80 | $160.00 |
| | | | | **Total: $16,090.00** |

## Matter Summary

| Matter | Hours | Fees | Expenses | Payments | Retainer |
|---|---|---|---|---|---|
| Fund v. Bellas | .10 | $20.00 | $0.00 | $0.00 | $0.00 |
| Fund v. CRA and CNMI Fed Removal Case | 1.55 | $310.00 | $0.00 | $0.00 | $0.00 |
| General Fund Matters | 11.90 | $2,380.00 | $0.00 | $0.00 | $0.00 |
| Johnson v. Fitial, et al., Civil Action No. 09-0023 | 66.80 | $13,360.00 | $0.00 | $0.00 | $0.00 |
| NMIRF v. CNMI, Superior Court Action No 06-0367 | .10 | $20.00 | $0.00 | $0.00 | $0.00 |
| **Total:** | **80.45** | **$16,090.00** | **$0.00** | **$0.00** | **$0.00** |

**Totals Summary**

| | |
|---|---:|
| Total Payments from Retainer: | $0.00 |
| Total Retainer Balance: | $0.00 |
| Total Fees and Expenses: | $16,090.00 |