Daniel J. Berman, Esq.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, GU 96910

September 10, 2013

Invoice # 22532

Northern Mariana Islands
Retirement Fund
c/o Lillian Pangelinan, Plan Administrator,
P.O. Box 501247, Saipan, MP 96950
c/o Trustee Ad Litem Joseph C. Razzano
330 Hernan Cortez Ave, Ste 200, Hagatna, GU
96910

*In Reference To:* **Northern Mariana Islands Retirement Fund 2012**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/1/2013 | DJB | Legal analysis and teleconference with Atty.▮ TAL JR re: settlement document dispute between Plaintiffs and CNMI AGO re: attorneys' fees, mutual release, redaction, public record and notice to class of terms of settlement. | 1.50 | 375.00 |
|  | DJB | Edit and draft supplement to proposed Order for Discharge and Release Exhibit "F". | 0.50 | 125.00 |
|  | DJB | Meet and confer and legal analysis with TAL JR, Atty.▮ re: prepare for AGO negotiation on terms, Motion hearing Saipan, division of responsibility, Fund staff administration management questions and concerns. | 0.75 | 187.50 |
|  | DJB | Negotiate and teleconference with AGO Attys. G. Birnbrich, T. Sablan and Atty.▮ re: problems with paragraphs 9 and 29, notice to class, Consent Judgment terms. | 1.50 | 375.00 |

Dan - NMIRF

EXHIBIT 4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/1/2013 DJB | Expedite draft supplement and edit, study and revise, research re: proposed Stipulation to Settlement Agreement, all related Exhibits "A", "B", "C", "D", "E" and proposed "F"; review and reply correspondence to Atty. Hatch, TAL JR and Atty. █ re: expedite review and settlement of remaining issues to case. | | 3.00 | 750.00 |
| 8/2/2013 DJB | Expedited argument, negotiation and teleconference with Plaintiffs' Attys. Hatch, Bronster, Atty. █ and TAL JR many times re: changes to paragraph 29, paragraph █ paragraph █ Exhibits "A", "B", "C", "D" and "E", Consent Judgment and Notice to class problems for reconciliation and resolution. | | 2.00 | 500.00 |
| DJB | Review and draft reply correspondence to Attys. Hatch, Bronster, █ re: expedited and immediate changes in support of the Motion to Approve Settlement Agreement and Exhibits before deadline. | | 1.00 | 250.00 |
| DJB | Study and draft supplements and notes for the filed Motion for Preliminary Approval and filed Settlement Agreement Exhibits "A" - "E". | | 1.00 | 250.00 |
| DJB | Review and draft reply opinion to TAL JR, █ Atty. █ re: prepare Brief for § █ oral argument, organize case to prevail on 9 points, no turnover on redacted bills to public for new claim preparations against the TAL; organize letters and memorandum for report to Judge Faris. | | 1.50 | 375.00 |
| 8/3/2013 DJB | Research and draft expedited Memorandum to Judge Faris re: detailed explanation of substantial problems on § █ point analysis, case closed and no discovery permitted, Open Government Act, no duty to disclose and clear exemption for details of attorney-client billings and research; teleconference with TAL JR, █ re: review Exhibit "F" changes, prepare for Judge Faris and resolve concerns of Fund management and staff. | | 4.50 | 1,125.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/3/2013 | DJB | Teleconference with Attys.⬛ TAL JR and ⬛ re: Settlement Agreement substantial problems on paragraph⬛ paragraph⬛ to⬛ paragraph⬛ and paragraph⬛ | 1.50 | 375.00 |
| 8/4/2013 | DJB | Legal analysis and meet and confer TAL JT, Atty. ⬛ re: coordinate and preparation for August 5 Motion for Order of Preliminary Approval on Settlement Agreement, terms of Settlement Agreement, continuing dispute and concern over Sections⬛ and⬛ Guam Gate to Saipan Gate. | 1.50 | 375.00 |
| | DJB | Review and forward correspondence to TAL JT, JR, Atty.⬛ re: coordinate contributions for meeting, court event, presentation to court of arguments. | 0.25 | 62.50 |
| | DJB | Draft correspondence to Attys⬛ and TAL JT re: case preparation, due process concerns and response to Fund concerns; legal analysis and meet and confer Atty. Bronster, Atty. Hatch,⬛ re: court conference, paragraph⬛ notice to defined benefit plan members, fair notice, Plaintiffs' legal fees, opt-outs, 2012 PL 17-82 accounting, document production and assistance. | 0.50 | 125.00 |
| | DJB | Review and draft reply to Atty.⬛ comments re: class action problems arising from fairness hearing on settlement. | 0.25 | 62.50 |
| 8/5/2013 | DJB | Court Hearing re: Motion for Preliminary Approval, Court concerns and Attorneys' Responses, client consultation and TAL JT concerns and answers for the Court. | 4.50 | 1,125.00 |
| | DJB | Meet and confer and argue with Attys. M. Bronster, R. Hatch, AGOs R. Patel, T. Sablan and G. Birnbrich re: negotiate changes to settlement agreement and stipulation for Court; review and reply to all counsel re: make edits to Exhibit "B" | 1.00 | 250.00 |

|  |  | Hours | Amount |
|---|---|---|---|
|  | Amended Notice, and Exhibit "A" Order of Final Approval. |  |  |
| 8/5/2013 DJB | Draft supplement and edit Exhibit "E" Order of Discharge for Trustee Ad Litem, arguments, questions and answers, press release problems and concerns. | 1.25 | 312.50 |
| DJB | Meet and confer RF Attys. ▮ at the Fund re: edit Stipulation to Settlement Agreement; teleconference with TAL JR, TAL JT, ▮ re: ▮ representation, arguments over authority. | 2.00 | 500.00 |
| 8/6/2013 DJB | Court Hearing re: Motion for Preliminary Approval of Stipulation to Settlement Agreement and all related Exhibits, argue and pursue original signatures from each party required on settlement and meet and confer and argue with Plaintiffs' Attys. and AGO Attys. | 3.50 | 875.00 |
| DJB | Legal analysis and teleconference with TAL J. Tang, JR re: retainer and representation agreement for Retirement Fund against ▮. ▮ staffing pattern, signature page and joinder in Stipulation to Settlement Agreement. | 0.75 | 187.50 |
| DJB | Review and draft reply correspondence to Attys. Hatch, Patel, ▮ and TAL JT re: edit and supplement Settlement Agreement, revise Exhibits "A", "B", "C", "D" and "E", respond to Objections, explain reasons and further arguments. | 0.75 | 187.50 |
| DJB | Meet and confer and legal analysis with TAL JT, Atty. ▮ re: changes to paragraph ▮ review and reply correspondence to all Attys. and counsel re: changes, objections and problems with papers and documents together with Exhibits to Stipulation; Saipan Gate to Guam Gate. | 3.00 | 750.00 |

|  | | Hours | Amount |
|---|---|---|---|
| 8/6/2013 DJB | Meet and confer and legal analysis with Atty. ▉ ▉ re: Bellas Counterclaim, audit problems and claims capable of ▉ ▉ | 0.25 | 62.50 |
| 8/7/2013 DJB | Teleconference with Atty. ▉ re: witness past Administrator ▉, witness in ▉ case, opposing counsel contact Atty. Sean F., Saipan; review and reply to TAL JR re: duty to cooperate with Plaintiffs' counsel on ▉; teleconference with Atty. ▉ re: ▉ review, ▉ edit ▉ agreement and ▉ documents that require attorney review. | 0.75 | 187.50 |
| DJB | Organize court pleadings, Orders and Motions for subsequent argument and preparation for challenge; review and draft forward Order Granting Preliminary Approval to all counsel and Trustee Ad Litem JR and JT. | 0.25 | 62.50 |
| DJB | Legal analysis and teleconference with TAL JR re: Orders Granting Preliminary Approval, schedule of subsequent events, staffing patterns, deadlines, divisions of responsibilities in Fund and among team counsel. | 0.25 | 62.50 |
| DJB | Legal analysis and teleconference with TAL JR, ▉ re: problems with ▉ ▉ support of ▉ and document source, possibility of involvement of ▉ CNMI. | 1.00 | 250.00 |
| DJB | Study and legal analysis re: Addendum to ▉ and duty to cooperate; draft changes and edits to Addendum. | 0.75 | 187.50 |
| 8/8/2013 DJB | Study press release drafts and media reports; draft advice for reply to Governor's Office re: Attorney General's position, interest upon withdrawal, conference details and 20 days to issue refunds and | 0.50 | 125.00 |

|            |     |                                                                                                                                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | clarify interest on the Funds.                                                                                                                                        |       |        |
| 8/8/2013   | DJB | Review and draft forward to TAL JR, ▮▮ re: ▮▮▮ ▮▮ for ▮ ▮▮▮▮ documents, change to protocol for ▮▮▮ from ▮▮ re: ▮ ▮ boxes.                                             | 0.25  | 62.50  |
|            | DJB | Legal analysis and study ▮▮ Addendum ▮▮ between ▮▮ ▮ ; teleconference with TAL JR, Atty. ▮ ▮▮ to re: draft ▮▮▮ ▮ , addendum ▮▮ document.                               | 0.25  | 62.50  |
|            | DJB | Review and draft reply opinion and correspondence ▮ re: Order on preliminary approval and comments on settlement agreement with all Exhibits "A" through "E", recommend posting ▮▮ | 0.25  | 62.50  |
|            | DJB | Review and draft reply opinion and correspondence to Attys. ▮▮ re: post notice of Settlement Agreement, Exhibit "A" through "E" concerns; also, Assignment of Benefits and ▮▮ with ▮▮▮ against the Retirement Fund. | 1.00  | 250.00 |
| 8/9/2013   | DJB | Legal analysis and teleconference with TAL JR, ▮▮ re: edit proposed questions and answers for website, regular withdrawal claims, irregular PL 17-82 withdrawals, opt-out problems, posting on website of materials, FAQs, AGO and Governor coordination of Notice to Public, Atty. Woodruff comments to media. | 0.50  | 125.00 |
|            | DJB | Review and draft reply correspondence and opinion to ▮▮▮ re: member questions, amount of time allowed to execute waiver and status quo while ▮▮ .                     | 0.25  | 62.50  |

|  | | Hours | Amount |
|---|---|---|---|
| 8/9/2013 DJB | Legal analysis with Atty. ▇ re: ▇ to Settlement Agreement to media and public and members; ▇ is not the Fund. | 0.25 | 62.50 |
| 8/12/2013 DJB | Legal analysis and teleconference with TAL JR re: Public Law 17-82 withdrawal, Fund members' concerns over interest, who shall be included in the Class, ▇ for members who do not withdraw and status of removed case from Govendo to District Court CNMI. | 0.25 | 62.50 |
| DJB | Review and draft reply opinion to TAL JR, ▇ re: exclusion from Class of all applicants for PL 17-82 withdrawal; review Atty. ▇ correspondence re: case development, concerns and objections. | 0.25 | 62.50 |
| DJB | Teleconference with TAL JR, review and reply ▇ re: p. ▇ Notice of Stay and control of removed case from Govendo to District Court NMI. | 0.25 | 62.50 |
| DJB | Legal analysis, teleconference and meet and confer with TAL JR, ▇ re: Legislature and Governor concerns and statements re: appointment of settlement trustee; review Order for deadlines on settlement trustee, draft forward to all counsel concerned re: Order on settlement trustee. | 0.50 | 125.00 |
| 8/13/2013 DJB | Review and draft reply and organize on Federal Court Removed Action Notice of Stay, Atty. ▇ drafts on FAQs for posting on website RF. | 0.25 | 62.50 |
| DJB | Review and draft reply opinion to Atty. ▇ TAL JR re: ▇, claim for legal fees, possible objection to fees and costs and interest of settlement trustee. | 0.25 | 62.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/13/2013 | DJB | Draft opinion to TAL JR,      re: AGO CNMI position on     ; draft correspondence to Hatch re: list of all active and inactive retirees and survivors. | 0.50 | 125.00 |
| | DJB | Review and draft forward to ▮ re: request for list of survivors, spouses and dependents of active employees; review and reply Atty. Hatch re: concerns for list from DOF, ▮ active employees not complete. | 0.25 | 62.50 |
| | DJB | Review and draft reply to LP re: follow-up list for ▮ actives, DOF involvement and concern of AGO R. Patel. | 0.25 | 62.50 |
| 8/15/2013 | DJB | Review and draft reply correspondence to Atty. ▮ TAL JR re: production      at Retirement Fund archive center, change review system. | 0.25 | 62.50 |
| | DJB | Review AGO Patel correspondence re: Notice for Class Action approval in the newspaper and publication, check on toll-free Class notice and questions. | 0.25 | 62.50 |
| | DJB | Draft correspondence and request to     , ▮ re: provide list of ▮ members' addresses including survivors and spouses. | 0.25 | 62.50 |
| 8/16/2013 | DJB | Review and draft forward correspondence Atty. R. Torres for CPA re: 30% actuarial rate, question on commitment; teleconference and legal analysis with ▮ re: no need to respond, keep 30% rate. | 0.25 | 62.50 |
| | DJB | Teleconference with TAL JR, ▮ re: Supreme Court NMI extension of time, September 12 new Status Report; draft correspondence to TAL JR re: Order from NMI Supreme Court September 12. | 0.25 | 62.50 |

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 8/19/2013 | DJB | Review and draft reply correspondence to ███ re: archives list of documents, ███ inactive or other employees with spouses, dependents and survivors requested and necessary. | 0.25 | 62.50 |
| | DJB | Review ███████ statement of problems and clarify filed Objection to Court. | 0.25 | 62.50 |
| | DJB | Review and draft reply correspondence to TAL JR re: Barclays pension bond obligation and request for further information from Saipan Administrative Agency. | 0.25 | 62.50 |
| | DJB | Review and draft forward to TAL JR re: ████ Class Notice delivery, defined benefit plan members, former employees and inactives; review and reply to TAL JR, ██████ re: edit list of members for notice, Chamorro, Carolinian translations, posting and publication. | 0.25 | 62.50 |
| | DJB | Review and draft reply opinion to TAL JR, ████ re: PL 17-82, Class definition, no opt-out right because not in the Class and belated requests to rescind applications to withdraw. | 0.25 | 62.50 |
| 8/20/2013 | DJB | Review and draft reply opinion correspondence to ████████, Atty. R. Hatch████ re: revised and edited list of inactive members of defined benefit plan and related addresses. | 0.50 | 125.00 |
| | DJB | Legal analysis and meet and confer with TAL JR re: opinion on inactive list, concern over aged address list and status of new retirees. | 0.25 | 62.50 |
| | DJB | Teleconference with████████ re: August 5 e-mails, repairs to list of inactive employees with addresses; draft opinion to TAL JR, ████████████ re: posting of inactive names and incomplete addresses to website. | 0.25 | 62.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/21/2013 | DJB | Review ███████████ to re: request to post inactive employee list, request new addresses; ████ hold on document production ████ ████████. | 0.25 | 62.50 |
| | DJB | Legal analysis and teleconference with TAL JR re: website posting, names on website, help with addresses, information to third parties and forward law firm request for archives documents. | 0.25 | 62.50 |
| | DJB | Review TAL JR, ████████ concerns re: Carolinian and Chamorro notice translations, web posting, notice of English prepared and expedited for posting. | 0.25 | 62.50 |
| | DJB | Draft opinion to TAL JR re: BOH missing statements, no possession, custody and control argument in response to ██████████ demand. | 0.25 | 62.50 |
| 8/22/2013 | DJB | Meet and confer TAL JR, ██████████ re: Retirement Fund document production, ████ demands, ████████████ must assume costs of production from ██████████. | 0.25 | 62.50 |
| | DJB | Legal analysis and meet and confer TAL JR re: review inactive notice list to members; review Ain arguments re: no waiver signed; review belated applicants to rescind and return to class membership; draft transmittal to Atty. ████ re: inactive list notice with edits. | 0.50 | 125.00 |
| | DJB | Review and draft reply correspondence to Atty. ████ TAL JR re: clarify Ain Response Memorandum, problems with Ain's misrepresentation. | 0.25 | 62.50 |
| | DJB | Review and coordinate reply to Atty. ████████ re: post the pdf of actual mailed notice in English to defined benefit plan members class; edit and review the proposed letter to AGO and Hatch/Bronster re: English notice actually sent; draft correspondence to Attys. Hatch/Bronster, AGO re: translated notice to | 0.25 | 62.50 |

| | | Hours | Amount |
|---|---|---|---|
| | Carolinian and Chamorro and publication on website. | | . |
| 8/23/2013 DJB | Review and draft reply correspondence to TAL JR, ▇▇ re: nominations for Settlement Trustee, Court concerns, schedule; meet and confer TAL JR re: settlement concerns. | 0.25 | 62.50 |
| DJB | Court conference with ▇▇▇▇▇▇, TAL JR, Atty. JT, Atty. BH, Bronster and Hatch, Patel re: nominations, change to expedited deadlines, concern for opportunity to review. | 1.00 | 250.00 |
| DJB | Teleconference with ▇▇▇▇▇▇ re: suggestion ▇▇▇▇ for Settlement Trustee and others. | 0.25 | 62.50 |
| DJB | Legal analysis and meet and confer TAL JR, Atty. ▇▇▇ re: work on nominations for Settlement Trustees, candidate backgrounds; Confer possible nominees ▇▇▇▇▇ re: explain circumstances and position; review and draft reply teleconference with TAL JR re: considerations for ▇▇▇▇ and Hawaii nominees. | 1.00 | 250.00 |
| 8/24/2013 DJB | Meet and confer TAL JR re: Settlement Trustee nominees, ▇▇▇ from ▇▇▇▇ input of other attorneys on issue. | 0.50 | 125.00 |
| 8/26/2013 DJB | Review and draft reply opinion and correspondence to TAL JR re: nominee ▇▇▇, legal analysis and study resumes and backgrounds; draft opinion on inactive list of defined benefit plan members and standard procedure for death of members; meet and confer ▇▇▇ re: requirements for submission of consideration; draft legal analysis on Constitutional Law of Equal Protection Clause and conclusion settlement and class action procedures do not violate EPC to Attys. ▇▇▇▇▇▇ | 1.75 | 437.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/26/2013 | DJB | Draft Notice of Submission of Nominations for Settlement Trustee; review and draft forward ███████████; review and draft reply opinion to Atty. ███ TAL JR re: response from ██████████. | 1.00 | 250.00 |
| 8/27/2013 | DJB | Review and draft reply opinion to TAL JR, Atty. ██ re: Settlement Trustee nominations; draft ███████████████████ and availability to serve. | 0.25 | 62.50 |
| 8/28/2013 | DJB | Legal analysis and teleconference with TAL JR re: Settlement Trustee nominees, package requirements, ██████, PL 17-82 belated request to re-enter Class, request to retire and resign from work, Bronster issue ████████; and possible ███████ nomination. | 1.00 | 250.00 |
|  | DJB | Edit and draft supplement to nominations for Settlement Class Trustees re: expedite pleading for filing with Court. | 0.75 | 187.50 |
|  | DJB | Teleconference with ██████ re: recommendations for ████████, support for ███████████ Fund push claim against ████████ and assistance with witnesses and documents. | 0.25 | 62.50 |
| 8/29/2013 | DJB | Legal analysis and teleconference with Atty. ██ re: Plaintiffs' support for nominees for ████████████████ for Settlement Trustee; review and forward filed Court nominations to TAL JR, ████████████ re: compensation, objections, merits, diversity of backgrounds; disabilities of Jorgensen's nominees except Atty. JT ████████████. | 1.00 | 250.00 |
| 8/30/2013 | DJB | Review ██████, TAL JR correspondence re: waiver count, how many will not waive, meaning of no waiver of defined benefit plan members rights, ████████████ as member, Governor's request for | 0.25 | 62.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | information. | | |
| 8/30/2013 | DJB | Review and draft forward to TAL JR, ▮▮▮▮ re: Orders re: references required for Settlement Trustees; ▮▮▮▮▮ request for substitution ▮▮▮▮▮▮▮▮▮; review and study Objection from ▮▮▮ re: 10% too low a threshold. | 0.50 | 125.00 |

For professional services rendered      62.75    $15,687.50

Additional Charges :

| | | Amount |
|---|---|---|
| 8/2/2013 | United Airfare | 289.36 |
| 8/4/2013 | Himawari - meal (Daniel Berman) | 10.00 |
| 8/5/2013 | Century Hotel, Saipan (2 nights) | 150.30 |
| 8/6/2013 | Shirley's - meal | 9.90 |

Total costs      $459.56

Total amount of this bill      $16,147.06

## Attorney Summary

| Name | Hours | Rate |
|------|-------|------|
| Daniel J. Berman | 62.75 | 250.00 |

## Dan Berman

**From:** United Airlines, Inc. ███████████
**Sent:** Friday, August 02, 2013 5:36 PM
**To:** ███████████████████
**Subject:** eTicket Itinerary and Receipt for Confirmation G80BC9

# UNITED 🌐 | A STAR ALLIANCE MEMBER 🌀

**Confirmation:**
## G80BC9
<u>Check-In ></u>

Issue Date: August 02, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| BERMAN/DANIELMR | 0162375405062 | ███████████████ | 3A/5A |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun,<br>04AUG13 | UA5077 | W | GUAM<br>(GUM) **5:35 PM** | SAIPAN, NORTHERN MARIANA<br>ISLANDS<br>(SPN) **6:25 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| Tue,<br>06AUG13 | UA5078 | Q | SAIPAN, NORTHERN MARIANA<br>ISLANDS<br>(SPN) **6:55 PM** | GUAM<br>(GUM) **7:45 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

## FARE INFORMATION

**Fare Breakdown**

| | | Form of Payment: |
|---|---|---|
| Airfare: | 213.00 USD |  |
| September 11th Security Fee: | 5.00 | |
| Guam Inspection Service Charges: | 6.36 | |
| International Surcharge: | 56.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 289.36 USD | |

**eTicket Total:**                **289.36 USD**

The airfare you paid on this itinerary totals: 213.00 USD

**The taxes, fees, and surcharges paid total: 76.36 USD**

Fare Rules:    Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 8/4/2013 Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 8/6/2013 Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier®

Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Additional Baggage Information

**Carry-on baggage information**
United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).
Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for
more information or go to united.com.

**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges
allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for our Flight Status E-mail at united.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.
- International taxes and fees may be collected at your departure airport.

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care
contact form at united.com

## Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 28 member airlines offering 21,900 daily flights and over
1100 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

## Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

## Split terminal operations

While we continue combining our airline, some stations will operate in multiple terminals. Be sure to check your flight status to ensure you arrive at the right terminal before your flight. You can check flight status and gate information at united.com or on the go with mobile.united.com or the United App.
Effective with our March 3 move to a single reservation system, our operations will be split in the following airports. Baltimore MD, London Heathrow England, Kansas City MO, New Orleans LA,
San Diego CA, San Antonio TX, San Jose del Cabo Mexico, New York LaGuardia NY, Washington DC Regan National, Boston MA.
See united.com for where to check in at each airport

## IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right

to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.

* **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.

* **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.

* **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

* **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

* **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

**Thank you for choosing United Airlines**
united.com

Legal Notices. Privacy Policy
Copyright © 2013 United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact United Airlines via telephone or via e-mail.

# Thank You for Choosing United Airlines

## United Confirmation Number **G80BC9**

### 💲 Purchase Summary

| | |
|---|---:|
| 1 Adults (age 18 to 64) | $269.00 |
| Additional Taxes/Fees | $20.36 |
| **Total** | **$289.36** |

**Payment Information**
Name of Cardholder: **DANIEL J BERMAN**
Card Type:

**MileagePlus Members:** Upon completion of this itinerary, you will earn up to **258 MileagePlus award miles.***

### ✈ Flight Details     United Confirmation Number   **G80BC9**



**✈ Sun., Aug. 4, 2013 | Guam (GUM) to Saipan, Northern Mariana Islands (SPN)**

| Depart: 5:35 p.m. Sun., Aug. 4, 2013 Guam (GUM) | Arrive: 6:25 p.m. Sun., Aug. 4, 2013 Saipan, Northern Mariana Islands (SPN) | Travel Time: **50** mn | Distance: **129** miles | Flight: UA5077 Operated by CAPE AIR DBA UNITED EXPRESS. Aircraft: ATR 42/72 Fare Class: United Economy (W) Meal: None |
|---|---|---|---|---|

Note: Flight 5077 is serviced by a non-jet equipment type.



**🛬 Tue., Aug. 6, 2013 | Saipan, Northern Mariana Islands (SPN) to Guam (GUM)**

| Depart: 6:55 p.m. Tue., Aug. 6, 2013 Saipan, Northern Mariana Islands (SPN) | Arrive: 7:45 p.m. Tue., Aug. 6, 2013 Guam (GUM) | Travel Time: **50** mn | Distance: **129** miles | Flight: UA5078 Operated by CAPE AIR DBA UNITED EXPRESS. Aircraft: ATR 42/72 Fare Class: United Economy (Q) Meal: None |
|---|---|---|---|---|

Note: Flight 5078 is serviced by a non-jet equipment type.

### 👤 Traveler(s)

**Mr. Daniel Berman**

| | | | |
|---|---|---|---|
| Date of Birth: | | Gender: | Male |

**Special Meals Request:**   Not applicable for this itinerary
**Frequent Flyer:**
**E-mail Address:**
**Home Phone:** (671) 477-2778 - United States
**Passport Information:**
Country: United States
Expiration Date:
Citizenship: United States

**Seat Assignments:** GUM - SPN: 3A
SPN - GUM: 5A

---

**Economy Plus**
Purchase Economy Plus® seating and enjoy more space to relax. Book early for the best availability.



**Saipan Hotels**
From
**$42** Book Today
Search Hotels >

**Saipan Car Rentals**
Book with our preferred car partners to save up to 35% and earn 75 reward miles per day.



AVIS
Hertz

**Important Travel Information:**

- The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
- Any changes to your flight reservations may incur additional charges.
- Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
- Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
- Please read important information governing airline baggage liability limitations.

- You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
- Special services are on a request basis and cannot be guaranteed.
- Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

**Miles shown are the actual miles flown for this segment. Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual is subject to the rules of the MileagePlus program and, as provided therein, mileage will be credited in accordance with the terms and conditions of the MileagePlus Program in effect at the time of travel, not at the time air travel is purchased, booked or reserved, and accordingly miles may not be awarded for some tickets or miles may be awarded in an amount fewer than shown.

### ⛱ Important Baggage Information

**Carry-on baggage allowed**
United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters (L + W + H) or 14 inches x 9 inches x 22 inches (23 x 35 x 56 cm)
- One personal item (such as a shoulder or laptop bag).

Learn more about carry-on baggage policy

**Checking bags for this itinerary**
Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm)

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| **Sun., Aug. 4, 2013** Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | $0 | ~~$40~~ $0* | 70.0 lbs (32 kgs) |
| **Tue., Aug. 6, 2013** Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | $0 | ~~$40~~ $0* | 70.0 lbs (32 kgs) |

 **Check Your First Bag for Free**
Save up to $100 per roundtrip. Primary Cardmembers and a companion on the same reservation can check their first bag free on United-operated flights when purchasing tickets with their Explorer Card.
 Learn more

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage

 **UNITED**           Premier Access    `INTL`    G80BC9 3A    **15**
                                                                      UA 5077

**BERMAN/DANIELMR**
Premier Platinum, Star Alliance Gold
**Guam to Saipan**



| UA 5077 | GATE | BOARD TIME | SEAT | |
|---|---|---|---|---|
| **GUM-SPN** | **13** | **5:10 PM** | **3A** | **BOARDING GROUP** |
| Sunday, August 04, 2013 | Gate May Change | Departs: 5:35 PM<br>Arrives:  6:25 PM | Window<br>Economy | **1** |

Operated by Cape Air dba United Express

**Confirmation:**   **G80BC9**
Ticket:            01623754050623                         A STAR ALLIANCE MEMBER ✪

Go paperless and use your mobile phone as your boarding pass. Mobile boarding passes are now an option for most customers departing from Guam (GUM). Go to http://mobile.united.com - Flight Check-in and then choose mobile boarding pass as your delivery option.

Bag check must be completed no later than 60 minutes before departure. Each traveler is allowed to carry-on one bag and one personal item. Please note your bag must not exceed 45 in or 115 cm (L+W+H) or weigh more than 40 lbs or 18 kg. You must be at the boarding gate at least 30 minutes prior to departure. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat. Refer to United's Contract of Carriage at united.com for more information on United's terms and conditions.

**EXTENDED WEATHER FORECAST for Saipan**

 Sun, Aug 04        Mon, Aug 05        Tue, Aug 06
87°F / 84°F          87°F / 84°F           87°F / 84°F
Precip. 37%          Precip. 43%           Precip. 40%

 **Enjoy priority boarding privileges.**
Learn more at UnitedExplorerCard.com

Do you have comments or suggestions? Visit Sojern on the web at www.sojern.com/feedback

**NAME : BERMAN/DANIELM**
**DATE : 06AUG          39**
**FF#:**
**MILEAGE:   500 MILES**
PLATINUM /STAR GOLD
**FLIGHT : UA   5078Y**

GATE:          **6** SEAT:  **8B**
**DEPART:  655P**
  **SAIPAN**
**ARRIVE:  745P**
  **GUAM**
**BOARD TIME:   630P**
**01623754050623**

A STAR ALLIANCE MEMBER ✪

```
          H I M A W A R I
          DELI AND BAKERY
              GARAPAN
      TEL 1(670)2331530/31/33

   REG  08-04-2013 20:46
                    000163

   1 DINNER REST     $4.00
   1 DINNER REST     $1.50
   1 DINNER REST     $7.00
   1 DINNER REST     $4.00
   1 DINNER REST     $4.00
   1 DINNER REST     $5.00
   1 DINNER REST    $10.00  ——— Daniel Berman
      TL          $35.50
      CHARGE        $35.50




              HIMAWARI
           GARAPAN ROAD
          SAIPAN, MP 96950
            (670) 233-1530

   Merchant ID: 5151
   Term ID: 05151300         Ref #: 0133

              Sale
```



```
                    Entry Method: Swiped

   Total:            $      35.50

   08/04/13                 20:45:24
   Inv #: 000133     Appr Code: 057490
   Apprvd: Online    Batch#: 000623


            Customer Copy

            THANK YOU
```

CENTURY HOTEL

Mr. DANIEL BERMAN
GUAM

| | |
|---|---|
| Room | 201 |
| Arrival | 08/04/13 |
| Departure | 08/06/13 |
| Persons(s) | 1 |
| Cashier | 5 MARIVIC |
| Time | 07:44:56 |
| Page | 1 |

CENTURY HOTEL
CHALAN PALE ARNOLD
SAIPAN,MP 96950

TERMINAL ID. :                    0010

MERCHANT #:              000011203744

                              CSH : 1

SALE                    EXP.: XX/XX

DATE: AUG 05, 13            TIME: 11:43
BATCH: 003287              INV: 000762
RRN: 46109119     AUTH: 00026D
FOLIO: 201

TOTAL          $150.30

DANIEL BERMAN

* CUSTOMER COPY *

Mahalo !
Please Come Again

INVOICE COPY  29916

Century Hotel Saipan, 08/06/13

| Date | Details | Ref. | |
|---|---|---|---|
| 08/04/13 | Room Charge | | 61.00 |
| 08/04/13 | Room Tax | | 9.15 |
| 08/05/13 | Room Charge | | 61.00 |
| 08/05/13 | Room Tax | | 9.15 |
| 08/05/13 | ROOM UPGRADE start 2nd night | | 10.00 |
| 08/06/13 | | 00026D | 150.30 |

Total:          0.00

Signature : _____

Company   : _____





## Shirley's
### COFFEE SHOP.

Susupe, Saipan
Tel: 235-5379/235-5380

Garapan, Saipan
Tel: 233-4519, 233-4520

Tamuning, Guam
Tel: 649-6622, 649-8633

Harmon, Guam 96911
Tel: 646-1788, 649-6866

Agana Guam 96910
Tel: 472-2695, 472-8383

| Qty. | Table # B-3 | Date 8/6 | Price |
|------|-------------|----------|-------|
| 1 | Bacon OH 7 ⑩ | | |
| | (C) | | 6.95 |
| | | | |
| | | | |
| 1 | OJ | | 2.95 |
| | | | |
| | | | 9.90 |
| | | | |

**Thank You!**      № 770350