# Law Office of Braddock J. Huesman, LLC

The Sablan Building, Suite 2-C Beach Road, Chalan Kanoa PO Box 501916
Saipan, MP 96950
(670) 234-9005

## Statement for 7/31/2013

INV-102313

**NMI Retirement Fund**
PO Box 501247
Saipan, MP 96950

## Professional Fees

| Entry Date | Employee | Description | Discount | Hours | Amount |
|---|---|---|---|---|---|
| 07-01-2013 | Braddock Huesman | Review draft letters by ▓ re: demands for payment from Government and NMC; Phone call w/ ▓ re: Settlement and the next steps for Fund staff regarding what is needed to meet the requirements for the ten million dollar disbursement contemplated by the Settlement. | | 0.60 | $120.00 |
| 07-05-2013 | Braddock Huesman | Meet w/ ▓ regarding ▓ work at the Fund w/ ▓ and Dion to ▓ | | 8.50 | $1,700.00 |
| 07-05-2013 | Braddock Huesman | Update R. Wrightson on status conference; analyze a statement drafted by R. Wrightson to update the employees at the Fund. | | 0.30 | $60.00 |
| 07-06-2013 | Braddock Huesman | ▓ Meeting w/ ▓ and L. Pangelinan re: same. | | 6.20 | $1,240.00 |
| 07-08-2013 | Braddock Huesman | Draft, edit and circulate request for clarification re: scheduling of hearings and briefing in both Johnson v. Inos and Fund v. Inos removal. | | 1.10 | $220.00 |
| 07-09-2013 | Braddock Huesman | Phone call w/ ▓ re: Bellas v. Fund answer and refusal of OAG to represent L. Pangelinan; and ▓ | | 0.20 | $40.00 |
| 07-09-2013 | Braddock Huesman | Analyze edits to Request for Clarification from ▓ review | | 1.10 | $220.00 |

EXHIBIT 5

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | file for date change of the hearing for CPA's motion to remand; final edits and file document. Phone call w/███████ regarding possibility of ███████████ and authorization to proceed with the drafting of the ███████ ███████████████████. | | |
| 07-10-2013 | Braddock Huesman | Review status of motion to dismiss in Johnson v. Fitial; edit section on associational standing in the opposition. | 2.30 | $460.00 |
| 07-14-2013 | Braddock Huesman | Analyze and edit proposed settlement agreement; Draft memo for upcoming teleconference w/█ █████████████████. | 2.00 | $400.00 |
| 07-16-2013 | Braddock Huesman | Email from R. Patel re: payment and request for information to assist with settlement; and discussion w/████████ and L. Pangelinan regarding same; review document (NMIRF receipts for EE contributions up to June 3) and forward to R. Patel. | 0.20 | $40.00 |
| 07-16-2013 | Braddock Huesman | ███████████████████████ █████████ | 3.40 | $680.00 |
| 07-18-2013 | Braddock Huesman | Analyze and review edits from █ █████████████████ on the Settlement Agreement; edit same; meeting with L. Pangelinan and █ ███████ re: the settlement agreement; discuss issues and questions they have re: the document. | 4.50 | $900.00 |
| 07-19-2013 | Braddock Huesman | Phone call w/████████████ ████████████, phone call with ████████ re: ██████████ ███████, phone call w/████████ re: organization at the Fund; ████████████████████████ ████████████████████; and status of settlement. | 1.20 | $240.00 |
| 07-20-2013 | Braddock Huesman | Analyze Government's response to Plaintiff's proposed settlement agreement; draft suggested changes; draft memo on government changes; circulate; review and analyze plaintiff's response to government's proposal; edit plaintiff's response to include edits that both plaintiff and government ignored. | 5.60 | $1,120.00 |
| 07-21-2013 | Braddock Huesman | Review memo and settlement documents for teleconference with ████████████████████; participate in teleconference. | 1.50 | $300.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07-23-2013 | Braddock Huesman | Phone call w/ L. Pangelinan re: new requests from Judge Faris and Wilshire. Review and Analyze memo from ▇ re: required versus wanted elements in the settlement document; phone call w/ ▇, L. Pangelinan, and ▇ re: same; incorporate Fund's requests into ▇ memo; circulate. Edit proposed release agreement. Teleconference call with ▇ re: memo and edits to same. | 5.20 | $1,040.00 |
| 07-24-2013 | Braddock Huesman | Participate in settlement teleconference; meeting w/ L. Pangelinan and ▇ post teleconference to discuss their thoughts on the proposals; post teleconference discussion w/ ▇ re: settlement issues; draft press release; edit press release; discuss edits w/ ▇. | 7.20 | $1,440.00 |
| 07-25-2013 | Braddock Huesman | Analyze edits of ▇ to the press release; finalize document and circulate to the parties; analyze and edit the proposed mutual release agreement and the stipulated judgment; analyze edits of ▇ re: same; conference w/ ▇ re: edits, state of the Fund employees, and topics to discuss w/ R. Patel; Analyze edits to press release from R. Patel; edit press release and conference w/ L. Pangelinan re: edits; finalize and send press release to Fund; conference call w/ ▇ and L. Pangelinan re: new questions and the press release. | 4.90 | $980.00 |
| 07-27-2013 | Braddock Huesman | Draft, edit and circulate waiver for distribution of funds pursuant to termination of membership via 17-82; meeting at the Fund w/ L. Pangelinan and ▇ re: additional press release drafting and drafting of a FAQ for the Fund staff. | 5.10 | $1,020.00 |
| 07-28-2013 | Braddock Huesman | Analyze most recent draft of Johnson's proposed Settlement Agreement; compare with TAL's previous proposed edits; note differences; draft and circulate a memo regarding issues with the latest draft. | 3.30 | $660.00 |
| 07-29-2013 | Braddock Huesman | Phone call w/ ▇ re: settlement proposal; proposed FAQs and new press release and | 1.10 | $220.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | trust law issues. Phone call w/ ▇ ▇ re: issues surrounding withdrawal of benefits and inactive individuals. | | |
| 07-30-2013 | Braddock Huesman | Review most recent version of Settlement Agreement, note several issues for discussion w/ ▇ ▇; Conference call w/ ▇ ▇ re: need for call w/ R. Hatch; Conference call w/ M. Bronster, R. Hatch, G. Birnbrich, R.Patel, and T. Sablan re: outstanding issues with the Settlement Agreement; draft memo to client re: issues raised on the phone conference; Review exhibits to the Settlement Agreement and note issues for discussion with client; draft memo to client re: same. | 6.10 | $1,220.00 |
| | | | Total: | $14,320.00 |

## Matter Summary

| Matter | Hours | Fees | Expenses | Payments | Retainer |
|---|---|---|---|---|---|
| General Fund Matters | 11.00 | $2,200.00 | $0.00 | $0.00 | $0.00 |
| Johnson v. Fitial, et al., Civil Action No. 09-0023 | 60.60 | $12,120.00 | $0.00 | $0.00 | $0.00 |
| Total: | 71.60 | $14,320.00 | $0.00 | $0.00 | $0.00 |

## Totals Summary

| | |
|---|---|
| Total Payments from Retainer: | $0.00 |
| Total Retainer Balance: | $0.00 |
| Total Fees and Expenses: | $14,320.00 |