# Law Office of Braddock J. Huesman, LLC

The Sablan Building, Suite 2-C Beach Road, Chalan Kanoa PO Box 501916
Saipan, MP 96950
(670) 234-9005

Statement for 8/31/2013
INV-102316

**NMI Retirement Fund**
PO Box 501247
Saipan, MP 96950

## Professional Fees

| Entry Date | Employee | Description | Discount | Hours | Amount |
|---|---|---|---|---|---|
| 08-01-2013 | Braddock Huesman | Research and draft memo to ▇ ▇ re: status of settlement and concerns about the settlement. ▇ | | 2.90 | $580.00 |
| 08-02-2013 | Braddock Huesman | Phone call w/ ▇ ▇ regarding the Open Government Act and its inapplicability to detailed billings of attorneys. Research and circulate cases on point in the CNMI. | | 1.80 | $360.00 |
| 08-03-2013 | Braddock Huesman | Meeting at the Fund w/ ▇ ▇ and L. Pangelinan re: PL 1782 FAQ's, issues with settlement. Analyze and edit memo to Faris re: CNMI OGA; phone call w/ ▇ re: same. | | 5.00 | $1,000.00 |
| 08-04-2013 | Braddock Huesman | Analyze R. Wrightson's comments on class notice. | | 0.20 | $40.00 |
| 08-04-2013 | Braddock Huesman | Analyze Bellas Counter-claim; research Truth in Lending Act. Research cases interpreting definitions; research immunity under the Act; review file to overcome other claims. | | 4.00 | $800.00 |
| 08-05-2013 | Braddock Huesman | Meeting at the Fund w/ ▇ ▇, L. Pangelinan, and ▇ in prep for bench conference; attend bench conference; analyze and edit documents as required by the Court. | | 9.20 | $1,840.00 |
| 08-06-2013 | Braddock | Meeting at the Fund w/ ▇ | | 7.00 | $1,400.00 |

EXHIBIT 6

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | Huesman | L. Pangelinan, and ███ in prep for hearing; attend hearing; draft and file the joinder to plaintiffs motion for preliminary approval; draft and file Exhibit A (breakdown of annuity payment); work at the Fund regarding PL 1782 issues. | | |
| 08-07-2013 | Braddock Huesman | Phone call w/ ███ re: ███ deposition in ███ | 0.75 | $150.00 |
| 08-07-2013 | Braddock Huesman | Meeting w/ L. Pangelinan re: meeting w/ Governor; discussion with attorneys for the Government re: 1782 payments; discussion about providing additional FAQ's; Follow up w/ ███ after meeting. | 1.25 | $250.00 |
| 08-08-2013 | Braddock Huesman | Phone call w/ R. Patel regarding press conference attendance and information put out at the press conferences. | 0.20 | $40.00 |
| 08-08-2013 | Braddock Huesman | Discussion w/ ███ re: questions the OAG receives that are easier answered by the Fund. Go over possible responses. Phone call w/ ███ re: assisting the Government with press conferences. | 0.75 | $150.00 |
| 08-13-2013 | Braddock Huesman | Discussion w/ T. Bellas re: stipulation to extend response deadline; provide research on Truth in Lending Act to T. Bellas. Draft stipulation and circulate to T. Bellas. | 0.80 | $160.00 |
| 08-15-2013 | Braddock Huesman | Work at the Fund to ███ | 2.60 | $520.00 |
| 08-21-2013 | Braddock Huesman | Phone call w/ ███ re: letter to Plaintiff and Government re: individuals who wish to avail themselves of termination outside of PL 17-82. Edit letter re: same. | 1.30 | $260.00 |
| 08-22-2013 | Braddock Huesman | Work at the Fund to ███ Discussion w; ███ and L. Pangelinan re: ███ | 3.20 | $640.00 |
| 08-22-2013 | Braddock Huesman | Analyze letter from P. Ain; note misapprehensions contained in the letter; draft response and circulate to Fund, ███ | 1.20 | $240.00 |
| 08-23-2013 | Braddock | Conference call w/ all counsel | 2.50 | $500.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | Huesman | regarding the Court's desire to move up deadline for Trustee submissions; meet w/ ▮▮▮ regarding possible candidates. | | |
| 08-26-2013 | Braddock Huesman | Discussion w/ R. Villagomez re: the possibility and availability of him serving as Trustee of the Settlement Fund. | 1.00 | $200.00 |
| 08-27-2013 | Braddock Huesman | Phone call w/ ▮▮▮ re: possible trustees, issues surrounding the settlement, problems with possible Settlement Fund Trustee; phone call with ▮▮▮ re: new issues with the settlement; phone call w/ ▮▮▮ regarding difficulty with the town hall meetings and problems with statements made by the Government; Call with ▮▮▮ and Pangelinan re: response to plaintiff re: 1782 retirees, buyback issues, misclassification of members, and settlement issues. | 2.40 | $480.00 |
| 08-28-2013 | Braddock Huesman | Meeting with ▮▮▮, L. Pangelinan and ▮▮▮ re: status of fund, misc. issues; letter to P. Ain, and issues surrounding members who wish to change termination status. | 3.50 | $700.00 |
| 08-31-2013 | Braddock Huesman | Draft response and edits to Court's order re: references for Trustee nominations. | 0.80 | $160.00 |
| | | | | Total: $10,470.00 |

## Matter Summary

| Matter | Hours | Fees | Expenses | Payments | Retainer |
|---|---|---|---|---|---|
| Fund v. Bellas | 4.80 | $960.00 | $0.00 | $0.00 | $0.00 |
| General Fund Matters | 1.40 | $280.00 | $0.00 | $0.00 | $0.00 |
| Johnson v. Fitial, et al., Civil Action No. 09-0023 | 39.60 | $7,920.00 | $0.00 | $0.00 | $0.00 |
| Taitano v. Merrill Lynch | 6.55 | $1,310.00 | $0.00 | $0.00 | $0.00 |
| **Total:** | **52.35** | **$10,470.00** | **$0.00** | **$0.00** | **$0.00** |

**Totals Summary**

| | |
|---|---:|
| Total Payments from Retainer: | $0.00 |
| Total Retainer Balance: | $0.00 |
| Total Fees and Expenses: | $10,470.00 |