LAW OFFICES
# CIVILLE & TANG, PLLC.
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@guamattorneys.com

**Invoice submitted to:**
NORTHERN MARIANA ISLANDS RETIREMENT FUND
P.O. BOX 501247
SAIPAN, MP 96950

August 12, 2013
Client # N12.1252.01
Invoice # 22579

**In Reference To:** RETIREMENT FUND

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/1/2013 | JCR | TELEPHONE CONFERENCE WITH R. PATEL REGARDING FUTURE OF NMIRF EMPLOYEES; REVIEW AND REVISE PROPOSED SCHEDULING ORDER IN FUND V. SWORD; ▮▮▮ ON 7/1/13. | 0.60 | 150.00 |
| 7/2/2013 | TTM | ▮▮▮ | 1.50 | 337.50 |
| | JCR | TELEPHONE CONFERENCE WITH L. PANGELINAN REGARDING CANCELLATION OF ROTA, TINIAN AND SAIPAN MEETINGS WITH FUND MEMBERS. DRAFT CORRESPONDENCE TO M. BRONSTER REGARDING MEETINGS WITH FUND MEMBERS. | 0.75 | 187.50 |
| 7/3/2013 | JCR | TELEPHONE CONFERENCE WITH ▮▮▮ REVIEW OF MINUTES FROM STATUS CONFERENCE HELD JUNE 26, 2013; | 0.75 | 187.50 |
| 7/8/2013 | JCR | REVIEW AND REVISE LETTER TO CONGRESSMAN SABLAN REGARDING NMIRF BUDGET FOR PROFESSIONAL FEES; REVIEW AND REVISE JOINT STATUS REPORT TO CNMI SUPREME COURT IN WITHDRAWAL AND PETITION CASES. | 0.40 | 100.00 |
| 7/9/2013 | JCR | TELEPHONE CONFERENCE WITH ▮▮▮ | 1.30 | 325.00 |
| 7/10/2013 | JCR | TELEPHONE CONFERENCE WITH ▮▮▮ REVIEW OF HB 18-46; TELEPHONE CONFERENCE WITH ▮▮▮ | 1.00 | 250.00 |

EXHIBIT 1

|            |     |                                                                                                                                                                                                                                                                                                      | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | ▮▮▮ TELEPHONE CONFERENCE WITH R. PATEL REGARDING ROTA AND TINIAN OFFICE CLOSURES.                                                                                                                                                                                                                    |       |          |
| 7/11/2013  | JCR | DRAFT CORRESPONDENCE TO R. PATEL REGARDING PL 17-82 INFORMATION; REVIEW OF L. PANGELINAN'S LETTER COMMENTING ON HB18-46; DRAFT CORRESPONDENCE TO M. RALBOVSKY REGARDING INVESTMENT STRATEGIES; DRAFT CORRESPONDENCE TO ACTUARIES WITH NEW FIGURES; DRAFT CORRESPONDENCE TO ▮▮▮ REVIEW OF ORDER MODIFYING BRIEFING SCHEDULE IN CV 13-06. | 1.40  | 350.00   |
| 7/12/2013  | JCR | REVIEW OF SUPREME COURT'S ORDER IN 2011-SCC-0026 AND 2012-SCC-0013 PET; DRAFT CORRESPONDENCE TO ▮▮▮ TRAVEL TO SAIPAN.                                                                                                                                                                                | 3.75  | 937.50   |
| 7/14/2013  | JCR | REVIEW AND REVISE DRAFT #1 OF SETTLEMENT AGREEMENT AND EXHIBITS ATTACHED THERETO.                                                                                                                                                                                                                    | 2.10  | 525.00   |
| 7/15/2013  | JCR | PREPARE FOR MEETING WITH L. PANGELINAN REGARDING VARIOUS ISSUES SURROUNDING SETTLEMENT AND OUTSTANDING PAYMENT OF THE GOVERNMENT; REVIEW OF WILSHIRE AGREEMENT; TELEPHONE CONFERENCE WITH R. PATEL REGARDING GHLIP RFP FOR INSURANCE; REVIEW OF D. BERMAN DRAFT INVOICE; REVIEW OF ▮▮▮ REVIEW OF 17-82 PAYOUT NUMBERS WITH L. PANGELINAN; REVIEW OF B. HUESMAN DRAFT INVOICE FOR JUNE 2013; RETURN TO GUAM. | 12.00 | 3,000.00 |
| 7/16/2013  | JCR | DRAFT CORRESPONDENCE TO ▮▮▮ DRAFT CORRESPONDENCE TO ACTUARY REGARDING FINAL SETTLEMENT SCENARIO; DRAFT CORRESPONDENCE TO ▮▮▮ TELEPHONE CONFERENCE WITH R. PATEL REGARDING CHARTS SENT TO PLAINTIFF'S COUNSEL; TELEPHONE CONFERENCE WITH ▮▮▮                                                          | 1.80  | 450.00   |
| 7/17/2013  | JCR | REVIEW AND REVISE LITIGATION LIST; ▮▮▮                                                                                                                                                                                                                                                               | 3.10  | 775.00   |

NORTHERN MARIANA ISLANDS RETIREMENT FUND  
Client # N12.1252.01  
Invoice # 22579  
August 12, 2013

Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | ▮▮▮▮▮▮▮▮▮▮ | | |
| 7/18/2013 | JCR | ▮▮▮▮▮▮▮▮▮▮; DRAFT CORRESPONDENCE TO R. PATEL CONFIRMING TELEPHONE CONFERENCE AT 2:00 P.M. | 0.30 | 75.00 |
| 7/19/2013 | JCR | REVIEW AND RESPOND TO CORRESPONDENCE FROM R. PATEL REGARDING QUESTIONS ON CHARTS; ▮▮▮▮▮▮▮▮▮▮ DRAFT CORRESPONDENCE TO N. MCGUIRE REGARDING NUMBERS REQUESTED BY THE CNMI; DRAFT CORRESPONDENCE TO ▮▮▮▮▮▮▮▮▮▮ DELIVER SETTLEMENT DRAFT TO ALL PARTIES; ▮▮▮▮▮▮▮▮▮▮ REVIEW OF LETTER FROM J. SABLAN TO GOVERNOR INOS. | 3.00 | 750.00 |
| 7/20/2013 | JCR | REVIEW AND RESPOND TO CORRESPONDENCE FROM ▮▮▮▮▮▮▮▮▮▮ DRAFT CORRESPONDENCE TO R. PATEL REGARDING NUMBERS SHE REQUESTED; TELEPHONE CONFERENCE WITH R. HATCH REGARDING ADMINISTRATIVE PROCEDURES PLACED IN SETTLEMENT AGREEMENT. | 1.60 | 400.00 |
| 7/21/2013 | JCR | REVIEW OF R. HATCH MEMORANDUM ON SETTLEMENT POINTS; REVIEW OF PLAINTIFF'S DRAFT #1 AND #2 SETTLEMENT AGREEMENT; REVIEW OF RETIREMENT FUND'S DRAFT #2 SETTLEMENT AGREEMENT; TELEPHONE CONFERENCE WITH ▮▮▮▮▮▮▮▮▮▮ | 2.00 | 500.00 |
| 7/22/2013 | JCR | DRAFT CORRESPONDENCE TO ▮▮▮▮▮▮▮▮▮▮; REVIEW AND REVISE CONSENT JUDGMENT; ▮▮▮▮▮▮▮▮▮▮ REVIEW OF ORDER REVISING BRIEFING SCHEDULE; TELEPHONE CONFERENCE WITH ▮▮▮▮▮▮▮▮▮▮ REVIEW AND REVISE LETTER TO R. TORRES REGARDING BRIEFING IN CV13-006; TELEPHONE CONFERENCE WITH ▮▮▮▮▮▮▮▮▮▮ DRAFT CORRESPONDENCE TO N. MCQUIRE REGARDING REQUESTS FROM THE CNMI GOVERNMENT. | 1.90 | 475.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/23/2013 | JCR | PREPARE FOR AND ATTEND SETTLEMENT CONFERENCE IN JUDGE FARIS' CHAMBERS. | 7.00 | 1,750.00 |
| 7/24/2013 | JCR | REVIEW AND REVISE PRESS RELEASE ON 9 DAYS LEFT FOR PL 17-82 CLAIMS; MEETING WITH ▇▇▇▇ REVISE RELEASE LANGUAGE FOR SETTLEMENT. | 4.50 | 1,125.00 |
| 7/25/2013 | JCR | REVIEW AND RESPOND TO CORRESPONDENCE FROM TEAM REGARDING PRESS RELEASE FOR JULY 29, 2013; ▇▇▇▇ TELEPHONE CONFERENCE WITH M. BRONSTER AND R. HATCH REGARDING REVISIONS TO SETTLEMENT AGREEMENT AND EXHIBITS; TELEPHONE CONFERENCE WITH ▇▇▇▇ FINALIZE PRESS RELEASE ON PL 17-82 AND 18-2. | 14.00 | 3,500.00 |
| 7/26/2013 | JCR | ▇▇▇▇ | 4.00 | 1,000.00 |
| 7/27/2013 | JCR | REVIEW AND REVISE WAIVER FORM FOR RELEASE OF FIRST $10,000,000.00; ▇▇▇▇ REVIEW OF COMPARISON SETTLEMENT AGREEMENT DRAFTED BY PLAINTIFF ON 7/27/13. | 3.60 | 900.00 |
| 7/28/2013 | JCR | REVIEW AND REVISE EXHIBITS A-E; DRAFT PROPOSED ORDER FOR DISCHARGE OF TAL AS EXHIBIT "F". | 3.75 | 937.50 |
| 7/29/2013 | JCR | REVIEW OF R. PATEL REVISIONS TO FAQ; CONTINUE REVISING SETTLEMENT AGREEMENT AND EXHIBITS; REVIEW OF D. BERMAN'S MAY 2013 REDACTED INVOICE AND REVIEW AND REVISE SAME; CONTINUE REVISING SETTLEMENT AGREEMENT AND EXHIBITS. | 4.25 | 1,062.50 |
| 7/30/2013 | JCR | REVIEW SETTLEMENT AGREEMENT AND EXHIBITS; TELEPHONE CONFERENCE WITH ▇▇▇▇ ; PREPARE FOR MEETING WITH GOVERNMENT COUNSEL; RESEARCH REGARDING CNMI TAX ISSUES. | 4.00 | 1,000.00 |
|  | JCT | REVIEW SETTLEMENT DOCS (DRAFT VERSION 7.29.2013). | 1.00 | 250.00 |
|  |  | **Subtotal Professional Services:** | **85.35** | **$21,300.00** |

**EXPENSES**

| 7/14/2013 | PER DIEM FOR J. RAZZANO (LODGING FROM 7/14-7/15) PURSUANT TO COURT APPROVED CONTRACT. | 161.00 |
|---|---|---:|
|  | J. RAZZANO AIRFARE TICKET ROUND TRIP GUAM TO SAIPAN; CONFIRMATION NO. CNDHVL. | 281.36 |

|  | Amount |
|---|---:|
| **Subtotal Expenses:** | $442.36 |
| **TOTAL CURRENT CHARGES** | $21,742.36 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact
Accounting Department at 472-8868/9. Please specify the invoice number and client number
when remitting payment. Civille & Tang, PLLC appreciates your business.*
**PLEASE MAKE YOUR CHECK PAYABLE TO CIVILLE & TANG, PLLC**

# Aqua Resort Club Saipan

P.O. BOX 500009 ACHUGAO, SAIPAN, MP 96950  TELEPHONE (670) 322-1234  FAX (670) 322-1220

Mr. Mr. Joseph Razzano
GUAM

| | |
|---|---|
| Room | 411 |
| Arrival | 07/14/13 |
| Departure | 07/15/13 |
| Persons(s) | |
| Cashier | 65 RMMLIETO |
| Time | 08:37:10 |
| Page | 1 |

Mr. Mr. Joseph Razzano
INVOICE COPY  48803
Aqua Resort Club Saipan, 07/15/13

| Date | Details | Ref. | Debit | Credit |
|---|---|---|---|---|
| 07/14/13 | Room Charge | | | 140.00 |
| 07/14/13 | Room Tax | | | 21.00 |
| 07/15/13 | Master Card | | 65 | |
| | | | | 161.00 |
| | Balance Due: | | | 0.00 |

| Signature: | I agree that my liability for this bill is not waived and to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of this bill: further, to have you bill my presented credit card in the event I fail to sign the credit sales slip on checkout. |
|---|---|
| Company: | |

From: TRAVEL PACIFICANA I (AGENTID00523719) [mailto:emailserver2@pop3.amadeus.net]
Sent: Wednesday, July 10, 2013 11:49 AM
To: DGARCIA@GUAMATTORNEYS.COM
Subject: RAZZANO/JOSEPH CHARLES MR 12JUL GUM

# RAZZANO/JOSEPH CHARLES MR 12JUL GUM

```
                                        INVOICE 0000142649
                                        DATE 10JULY13
                                        BOOKING REF 8CAJO9
                                        AGENT FS/FS

    CIVILLE AND TANG                    RAZZANO/JOSEPH CHARLES MR
    330 HERNAN CORTEZ AVE
    SUITE 200
    HAGATNA GUAM 96910

ACCOUNT NUMBER CIVILLE

UNITED AIRLINES     12JUL GUAM           SAIPAN         535P    625P
UA 5077             FRIDAY A.B WON PAT IN FRANCISCO C AD
W ECONOMY                  AIRCRAFT:     AEROSPATIALE/ALENIA ATR42/72
                           SEAT 05D CONFIRMED
                           FLIGHT OPERATED BY CAPE AIR DBA UNITED EX


UNITED AIRLINES     15JUL SAIPAN         GUAM           655P    745P
UA 5078             MONDAY FRANCISCO C AD A.B WON PAT IN
W ECONOMY                  AIRCRAFT:     AEROSPATIALE/ALENIA ATR42/72
                           SEAT 10C CONFIRMED
                           FLIGHT OPERATED BY CAPE AIR DBA UNITED EX


------------------------------------------------------------------
    AIR FARE                                              195.00
    TAXES AND AIRLINE IMPOSED FEES                         76.36
                                    AIR TOTAL USD         271.36
                    NONREFUNDABLE TRANSACTION FEE          10.00
                                    INVOICE TOTAL USD     281.36

    PAYMENT: AX XXXXXXXXXXX3003
------------------------------------------------------------------
RESERVATION NUMBER(S)   UA/CNDHVL
```

1