LAW OFFICES
# CIVILLE & TANG, PLLC.
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@guamattorneys.com

**Invoice submitted to:**
NORTHERN MARIANA ISLANDS RETIREMENT FUND
P.O. BOX 501247
SAIPAN, MP 96950

September 18, 2013
Client # N12.1252.01
Invoice # 22861

**In Reference To:** RETIREMENT FUND

### PROFESSIONAL SERVICES

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/1/2013 | JCR | REVIEW OF SETTLEMENT AGREEMENT AND EXHIBITS; PREPARE FOR MEETING WITH THE GOVERNMENT COUNSEL; TELEPHONE CONFERENCE WITH GOVERNMENT COUNSEL REGARDING SETTLEMENT DOCUMENTS. | 3.60 | 900.00 |
| 8/2/2013 | JCT | REVIEW MOTION FOR PRELIMINARY SETTLEMENT; DRAFT SETTLEMENT AGREEMENTS AND EXHIBITS TO SETTLEMENT AGREEMENT; REVIEW DRAFT PRESS RELEASE. | 3.00 | 750.00 |
|  | JCR | REVIEW OF CORRESPONDENCE FROM ALL COUNSEL REGARDING SETTLEMENT DOCUMENTS; REVIEW OF NEW PARAGRAPH 9.0 LANGUAGE; TELEPHONE CONFERENCE ▓▓▓▓ TELEPHONE CONFERENCE WITH R. HATCH REGARDING WITHDRAWALS; TELEPHONE CONFERENCE WITH ▓▓▓▓ REVIEW OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; TELEPHONE CONFERENCE WITH ▓▓▓▓ | 2.00 | 500.00 |
| 8/3/2013 | JCT | DISCUSS ISSUE OF RELEASE OF TAL; REMITTANCES FROM GOVERNMENT/DEPT OF FINANCE TO DATE; REVIEW REVISED CLASS NOTICE AND ▓▓▓▓ | 1.00 | 250.00 |

EXHIBIT 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/3/2013 | JCR | ███████████████████████████████████████; REVIEW OF CORRESPONDENCE FROM ██████████ ████████████████████████████████████ DRAFT CORRESPONDENCE TO ████████████████████████ REVIEW CORRESPONDENCE FROM ██████████████ ████████████████████████████████ ██████████████████ █████ ████████ ███; TELEPHONE CONFERENCE WITH L. PANGELINAN AND R. WRIGHTSON REGARDING ISSUES WITH SETTLEMENT AGREEMENT; REVIEW OF ████████████████████████████████████ ███ | 4.90 | 1,225.00 |
| 8/4/2013 | JCT | TRAVEL TO SAIPAN; MEET WITH PLAINTIFFS' COUNSEL; REVIEW MOST CURRENT DRAFTS/CHANGES OF SETTLEMENT AGREEMENT AND EXHIBITS AND PROVIDE COMMENTS. | 3.80 | 950.00 |
|  | JCR | ████████████████████████████████████████ ██████████████████████████ | 1.50 | 375.00 |
| 8/5/2013 | JCT | MEET WITH TEAM; REVIEW AND PROVIDE COMMENTS ON PL 17-82 INTEREST/PROCESS PRESS RELEASE & FREQUENTLY ASKED QUESTIONS RE: PL 17-82, COMMENT ON EX. F - DISCHARGE AND RELEASE OF TAL AND FINAL VERSION SETTLEMENT DOCUMENTS; REVIEW DRAFT LETTER TO R. HATCH RE: OBTAINING ADDRESSES FOR RETIREES; ATTEND CONFERENCE IN COURT WITH CHIEF JUDGE GATEWOOD TO REVIEW PROPOSED SETTLEMENT AGREEMENT AND EXHIBITS; MEET WITH TEAM; MEET WITH PLAINTIFFS' COUNSEL. | 10.00 | 2,500.00 |
|  | JCR | TELEPHONE CONFERENCE WITH ████████████████████ ████████████████████████████████; PREPARE FOR AND ATTEND STATUS CONFERENCE; TELEPHONE CONFERENCE WITH ████████████████████████ REVIEW AND REVISE PRESS RELEASES ON PL 17-82 INTEREST AND QUESTIONS AND ANSWERS; REVIEW AND REVISE LETTER TO R. HATCH REGARDING ADDRESSES FOR POTENTIAL CLASS MEMBERS. | 6.40 | 1,600.00 |
| 8/6/2013 | JCR | TELEPHONE CONFERENCE WITH ████████████████████ ████████████████████████████ TELEPHONE CONFERENCE WITH R. WRIGHTSON REGARDING PRELIMINARY APPROVAL HEARING AND SETTLEMENT ISSUES; TELEPHONE CONFERENCE WITH █████████████████████████████████ ████████████████████████████████████ ████████ | 1.40 | 350.00 |
|  | JCT | PREPARE FOR HEARING; REVIEW FORM OF FINAL SETTLEMENT AGREEMENT AND EXHIBITS, PROVIDE FINAL REVISIONS; REVIEW CALC OF CURRENT DB PLAN MEMBERS; REVIEW JOINDER OF TAL TO | 8.00 | 2,000.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | MOTION FOR PRELIMINARY APPROVAL; ATTEND HEARING, COORDINATE GETTING SIGNATURES FOR SETTLEMENT AGREEMENT; RETURN TO GUAM; ▮ |  |  |
| 8/8/2013 | JCR | TELEPHONE CONFERENCE WITH ▮ | 1.25 | 312.50 |
| 8/11/2013 | JCR | TELEPHONE CONFERENCE WITH ▮ | 0.50 | 125.00 |
| 8/12/2013 | JCR | REVIEW OF PRELIMINARY ORDER APPROVING SETTLEMENT; TELEPHONE CONFERENCE WITH ▮ REVIEW OF ORDER REGARDING SETTLEMENT TRUSTEE; RESEARCH REGARDING DAVID L. MANNING'S BACKGROUND AND QUALIFICATIONS FOR TRUSTEE POSITION; DRAFT CORRESPONDENCE TO L. PANGELINAN AND V. ALEPUYO REGARDING TRUSTEE POSITION FOR FUND; REVIEW AND REVISE 17-82 DISBURSEMENT Q&A. | 1.60 | 400.00 |
| 8/13/2013 | JCR | FINALIZE SETTLEMENT Q&A. | 0.20 | 50.00 |
|  | JCR | REVIEW OF DECLARATION OF J. WASHKOWITZ REGARDING ATTORNEYS LIEN. | 0.25 | 62.50 |
|  | JCT | REVIEW VARIOUS EMAILS RE: 17-82 DISTRIBUTION, LIST OF INACTIVE DB PLAN MEMBERS. | 0.80 | 200.00 |
|  | JCT | REVIEW FINAL VERSION OF NOTICE OF SETTLEMENT TO CLASS MEMBERS. | 0.40 | 100.00 |
|  | JCT | REVIEW PERFORMANCE FUND REPORT FOR JULY 2013. | 0.30 | 75.00 |
| 8/16/2013 | JCR | TELEPHONE CONFERENCE WITH ▮ | 0.25 | 62.50 |
| 8/19/2013 | JCR | REVIEW OF TOWN HALL MEETING NOTICE. | 0.25 | 62.50 |
| 8/20/2013 | JCR | TELEPHONE CONFERENCE WITH R. WRIGHTSON REGARDING INACTIVE MEMBERS; TELEPHONE CONFERENCE WITH G. CO REGARDING POSSIBLE TRUSTEE; REVIEW INVOICE OF D. BERMAN FOR SERVICES IN JULY 2013. | 1.50 | 375.00 |
| 8/21/2013 | JCR | TELEPHONE CONFERENCE WITH ▮ AND TELEPHONE CONFERENCE WITH R. WRIGHTSON REGARDING SAME; TELEPHONE CONFERENCE WITH R. PATEL REGARDING WEBSITE NOTICES; | 1.00 | 250.00 |

NORTHERN MARIANA ISLANDS RETIREMENT FUND  
Client # N12.1252.01  
Invoice # 22861  
September 18, 2013  

Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | REVIEW OF B. HUESMAN INVOICE FOR JULY 2013. | | |
| 8/22/2013 | JCR | REVIEW OF P. AIN REJECTION OF SETTLEMENT; REVIEW AND REVISE LETTER TO M. BRONSTER AND R. PATEL REGARDING SETTLEMENT ISSUES; TELEPHONE CONFERENCE WITH ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ TELEPHONE CONFERENCE WITH R. WRIGHTSON REGARDING TRANSLATIONS TO BE POSTED ON THE WEBSITE AND ▇▇▇▇ | 2.20 | 550.00 |
| 8/23/2013 | JCR | TELEPHONE CONFERENCE WITH COURT AND ALL COUNSEL TO DISCUSS NEW DATES FOR SUBMISSION OF SETTLEMENT TRUSTEE; TELEPHONE CONFERENCE WITH L. PANGELINAN AND ▇▇▇▇▇▇▇▇ INTERVIEW OF M. BERMAN FOR POTENTIAL SETTLEMENT TRUSTEE; INTERVIEW OF R. VILLAGOMEZ AS POTENTIAL SETTLEMENT TRUSTEE. | 4.00 | 1,000.00 |
| 8/24/2013 | JCT | REVIEW UPDATED REMITTANCES/PAYMENTS FROM FINANCE AND RECOMMENDATION FROM WILSHIRE TO USE ▇▇▇▇ | 0.30 | 75.00 |
| | JCR | DRAFT CORRESPONDENCE TO G. CO REGARDING SUBMISSION OF HIS NAME FOR CONSIDERATION AS SETTLEMENT TRUSTEE; DRAFT CORRESPONDENCE TO L. PANGELINAN REGARDING LIST OF CONTRACTUAL RELATIONSHIPS; RECEIPT AND REVIEW OF ORIGINAL SAIPAN TRIBUNE NOTICE OF SETTLEMENT. | 0.70 | 175.00 |
| 8/27/2013 | JCR | REVIEW AND REVISE SUBMISSION OF CANDIDATES FOR SETTLEMENT TRUSTEE; TELEPHONE CONFERENCE WITH ▇▇▇▇▇▇ REVIEW OF REVISED ORDER REGARDING SUBMISSION OF TRUSTEE NAMES; DRAFT CORRESPONDENCE TO ▇▇▇▇▇▇ DRAFT CORRESPONDENCE TO G. CO REGARDING QUESTIONS ABOUT SETTLEMENT TRUSTEE POSITION. | 2.40 | 600.00 |
| | JCR | TELEPHONE CONFERENCE WITH R. WRIGHTSON REGARDING UPCOMING INTERVIEWS AND TOPICS FOR TOMORROW'S MEETING. | 1.00 | 250.00 |
| 8/28/2013 | JCR | TRAVEL TO SAIPAN; MEETING WITH FUND TEAM REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION AND FUTURE WORK TO BE ACCOMPLISHED, ASSIGN TASKS AND RECEIVE INFORMATION ON VIABILITY OF TIME FRAMES; MEETING WITH ALL EMPLOYEES OF THE FUND TO ANSWER QUESTIONS ABOUT THE SETTLEMENT AGREEMENT AND THE FUTURE OF THE FUND AND THE EMPLOYEES | 8.50 | 2,125.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | JOBS. | | |
| 8/29/2013 | JCR | MEETING WITH ▮▮▮ RETURN FROM SAIPAN; ▮▮▮ | 5.50 | 1,375.00 |
| 8/30/2013 | JCR | REVIEW OF LETTER FROM R. PATEL TO L. PANGELINAN REGARDING TIMING OF WITHDRAWAL FROM THE FUND AND THE SETTLEMENT CLASS DEFINITION; MEETING WITH M. RALBOVSKY TO DISCUSS SETTLEMENT AGREEMENT. | 2.25 | 562.50 |
| | SPC | REVIEWED EMAIL REGARDING SECONDMENT ISSUE SENT BY ▮▮▮; REVIEWED PROPOSED SETTLEMENT AGREEMENT PROVISIONS REGARDING SECONDMENT; ▮▮▮ | 3.00 | 600.00 |
| | TTM | ▮▮▮ | 2.50 | 500.00 |
| 8/31/2013 | JCR | REVIEW OF ORDER REGARDING REFERENCES FOR POSITION OF SETTLEMENT TRUSTEE; REVIEW OF OBJECTION TO CLASS SETTLEMENT FILED BY J. ANGELO; REVIEW OF CORRESPONDENCE FROM L. PANGELINAN REGARDING ANNUAL AUDIT; DRAFT LETTER TO E. QUAN AT BOH REGARDING TRANSFER OF TITLE TO ACCOUNTS IN ANTICIPATION OF SETTLEMENT. | 2.00 | 500.00 |
| | | **Subtotal Professional Services:** | **88.25** | **$21,787.50** |

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 8/4/2013 | PER DIEM FOR J. TANG (LODGING) PURSUANT TO COURT APPROVED CONTRACT. | 140.00 |
| | J. TANG AIRFARE TICKET ROUND TRIP GUAM TO SAIPAN; INVOICE NO. 0000142935. | 281.36 |
| 8/5/2013 | PER DIEM FOR J. TANG (LODGING PLUS MEALS) PURSUANT TO COURT APPROVED CONTRACT. | 227.00 |
| 8/6/2013 | CAR RENTAL AT HERTZ FROM AUGUST 4, 2013 TO AUGUST 6, 2013; RENTAL RECORD NO. AP15940. | 105.34 |

|  |  | Amount |
|---|---|---:|
| 8/6/2013 | PER DIEM FOR J. TANG (NO LODGING, MEALS ONLY) PURSUANT TO COURT APPROVED CONTRACT. | 4.50 |
| 8/28/2013 | J. RAZZANO AIRFARE TICKET ROUND TRIP GUAM TO SAIPAN; CONFIRMATION NO. MXEG5G. TWO - ONE WAY TICKETS FROM GUAM TO SAIPAN AND RETURN TO GUAM | 454.72 |
|  | PER DIEM FOR J. RAZZANO (LODGING) PURSUANT TO COURT APPROVED CONTRACT. | 138.00 |
| 8/29/2013 | PER DIEM FOR J. RAZZANO; RENTAL CAR FEES PLUS FUEL. | 61.67 |
|  | PER DIEM FOR J. RAZZANO; PARKING FEES. | 23.00 |
| 8/30/2013 | COPIES MADE FOR THE MONTH OF AUGUST 2013. | 83.75 |
|  | **Subtotal Expenses:** | $1,519.34 |
|  | **TOTAL CURRENT CHARGES** | $23,306.84 |

**YOUR CHECK PAYABLE TO CIVILLE & TANG, PLLC**

# TANG/JOYCE MS 04AUG GUM

---

```
                                    INVOICE  0000142935
                                    DATE     02AUGUST13
                                    BOOKING REF ▮▮▮▮▮
                                    AGENT    FS/FS

    CIVILLE AND TANG                TANG/JOYCE MS
    330 HERNAN CORTEZ AVE
    SUITE 200
    HAGATNA GUAM 96910

ACCOUNT NUMBER CIVILLE

UNITED AIRLINES        04AUG
  GUAM          SAIPAN        820P    910P
 UA 5079              SUNDAY A.B WON PAT IN FRANCISCO C AD
 W ECONOMY                   AIRCRAFT:    AEROSPATIALE/ALENIA ATR42/72
                             SEAT 09D CONFIRMED
                             FLIGHT OPERATED BY
  CAPE AIR DBA UNITED EX


UNITED AIRLINES        06AUG SAIPAN        GUAM          310P    400P
 UA 5076             TUESDAY FRANCISCO C AD A.B WON PAT IN
 W ECONOMY                   AIRCRAFT:    AEROSPATIALE/ALENIA ATR42/72
                             SEAT 06B CONFIRMED
                             FLIGHT OPERATED BY CAPE AIR DBA UNITED EX


    ---------------------------------------------------------------
    AIR FARE                                               195.00
    TAXES AND AIRLINE IMPOSED
                          FEES                              76.36
                                    AIR TOTAL    USD       271.36
                       NONREFUNDABLE TRANSACTION FEE        10.00
                                    INVOICE TOTAL USD      281.36

         PAYMENT: AX ▮▮▮▮▮▮▮▮▮▮▮
    ---------------------------------------------------------------
RESERVATION NUMBER(S)   ▮▮▮▮▮

ETKT:UA 016 3909965217

UA  FREQUENT FLYER ▮▮▮▮▮▮
YOUR TRAVEL CONSULTANT: FRAN
************************************************************
PROFESSIONAL FEE WILL BE ASSESSED FOR ANY CANCELLATION,
CHANGES, REFUND, OR TICKET REISSUANCE. PROOF OF
CITIZENSHIP IS REQUIRED. CHECK-IN 2 HOURS PRIOR TO
DEPARTURE. PLEASE REMEMBER YOUR PASSPORT AND OTHER
NECESSARY DOCUMENTS. RECONFIRM ONWARD/RETURN RESERVATION
72 HOURS PRIOR TO DEPARTURE. THANK YOU.
*FEES AND COMMISSIONS INCLUDE 4PCT GROSS RECEIPTS TAX*
************************************************************
```





A HYATT RESORT IN THE
MARIANA ISLANDS

HYATT REGENCY SAIPAN
P.O. Box 5087, CHRB,
Saipan, MP 96950 U.S.A
Telephone : 1 670 234 1234
Telefax: 1 670 234 7745
E-mail: reservations@hyattsaipan.com

Ms Joyce Tang

United States of America

| | |
|---|---|
| Room No / お部屋番号 : | 334 |
| Arrival / ご到着日 : | AUG-04-13 |
| Departure / ご出発日 : | AUG-06-13 |
| Page No / ページ : | 1 of 1 |
| Printed / 印刷済み : | AUG-06-13 13:34 |
| Cashier No / 会計係 : | 227 |
| Invoice No / 請求書番号 : | 230219 |

Company / 会社名 :
GP Membership / GP会員番号 :

**INVOICE**

| DATE / 日付 | DESCRIPTION / 明細 | REFERENCE | DEBIT | CREDIT |
|---|---|---|---|---|
| 08.04.13 | Accommodation | | 155.25 | $140.00 max claim for Lodging |
| 08.05.13 | DJs Food All Day | Line# 334 : CHECK# 5267 [1294] | 15.00 | |
| 08.05.13 | Lobby Lounge Food All Day | Line# 334 : CHECK# 6907 [3906] | 90.50 | $227.00 max claim for Lodging/Meals |
| 08.05.13 | DJs Food All Day | Line# 334 : CHECK# 5324 [4397] | 40.50 | |
| 08.05.13 | Accommodation | | 155.25 | |
| 08.06.13 | DJs Food All Day | Line# 334 : CHECK# 5343 [4420] | 4.50 | $4.50 |
| 08.06.13 | >American Express XXXXXXXXXXX3003 | XX/XX | | ~~461.00~~ |
| | Total | | 461.00 | ~~461.00~~ |

No frequent traveler account has been credited for this stay. To enroll in Gold Passport, please call 1-800-51-HYATT, or visit www.GoldPassport.com.

| | |
|---|---|
| Outstanding Balance to Pay お支払い残高 | 0.00 USD |
| Amount incl TAX /税込み料金 | 461.00 USD |
| Total Net Amount /合計金額 | 420.50 USD |
| Total TAX 税金合計 | 40.50 USD |

TOTAL: $371.50

I agree that I am personally liable for the payment of the following statement and if the person, company or association indicated by me as being responsible for the same does not do so. That my liability for such payment shall be joint and several with such person, company or association.

私は上記の請求に関して個人的な支払い責任がある事を認めます。又、私によって共同支払い者と指名されたいた個人、会社、組合等がその支払いを拒否した場合、私が請求額全額を支払う事に同意します。

Signature / ご署名:



```
HERTZ R-A-C SAIPAN AIRPORT
      SAIPAN, MP
      670-234-8336
```



```
Merchant ID: 0304861
Term ID: 0618
                          IN INT'L AIRPORT      7730350
                          IN INT'L AIRPORT      7730350                               DAYS          2(NT)  $ 119.70
   Ticket Only            TANG            #1:           CDP:
                                                HG:                                   MILEAGE CHG          $
AMEX                      MAZDA3          LIC: ACH 327  VEH CLASS: D    SUB TOTAL                    119.70
XXXX XXX XXXX 3003         PER DAY                                                    DISCOUNT 20%        $  -23.94
                           PER DAY       MILEAGE IN:   30227                          CON.FEE RECOVERY (NT) 9.58
Entry Method: Swiped       PER DAY       MILEAGE OUT:  30201
Apprvd: Offline  Batch#: 000008  PER DAY MILES DRIVEN: 26
08/06/13              13:55:02  SVC APPLIED  TR-X MILES DRIVEN:
                                AP: 12.1  TOTAL MILES DRIVEN: 26
Inv#: 00000003  Appr Code: 531915  EL IN: FULL  MILES ALLOWED:
                                              MILES CHARGED:
Order #: AP15940
                                    PLAN IN:  WLKUP     $59.85 / DAY
Total:         $    105.34          PLAN OUT: WLKUP    $299.00 / EX WEEK
                                    RATE CLASS: C       $12.00 / EX HOUR
                                                        $59.85 / EX DAY

      Customer Copy
                                                                       TOTAL CHARGES       $  105.34
        THANK YOU
       FOR VISITING         EX  XXXXXXXXXXXXXXXXXX   CC APP $200.00/531915
    PLEASE SEE STORE FOR    EX  XXXXXXXXXXXXXXXXXX   CC APP $200.00/531915
     REFUND/RETURN POLICY
                                                                       NET DUE           $  105.34
                                                                       CHARGED ON AMEX   $  105.34
                                                                       BALANCE DUE       $
```

THANK  YOU  FOR  RENTING  FROM  HERTZ

RESERVATION INFORMATION:        0 / C
PREPARED BY:  RCL2      COMPLETED BY:  VVR
STATEMENT OF CHARGES - NOT VALID FOR RENTAL

                                         RENTAL RECORD   AP15940 1



RENTAL RECORD:  AP15940

**Tabitha Madarang**

**From:** United Airlines, Inc. <unitedairlines@united.com>
**Sent:** Tuesday, August 27, 2013 2:12 PM
**To:** DGARCIA@GUAMATTORNEYS.COM
**Subject:** eTicket Itinerary and Receipt for Confirmation MXEG5G

  A STAR ALLIANCE MEMBER

Confirmation:
# MXEG5G
Check-In >

Issue Date: August 27, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| RAZZANO/JOSEPHCHARLESMR | 0163909970198 | UA-JT26XXXX Premier Platinum / *G | 5B/3C |
| RAZZANO/JOSEPHCHARLESMR | 0163909970197 | UA-JT26XXXX Premier Platinum / *G | 5B/3C |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Wed, 28AUG13 | UA5073 | Q | GUAM (GUM) 10:00 AM | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) 10:50 AM | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| Thu, 29AUG13 | UA5074 | Y | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) 11:20 AM | GUAM (GUM) 12:10 PM | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

## FARE INFORMATION

**Fare Breakdown**
| | | |
|---|---|---|
| Airfare: | 186.00USD | **Form of Payment:** |
| International Surcharge: | 28.00 | AMERICAN EXPRESS |
| Guam Inspection Service Charges: | 6.36 | Last Four Digits 3003 |
| September 11th Security Fee: | 2.50 | |
| U.S. Passenger Facility Charge: | 4.50 | |
| Per Person Total: | 227.36USD | |

**eTicket Total:** 454.72USD

The airfare you paid on this itinerary totals: 372.00 USD

**The taxes, fees, and surcharges paid total: 82.72 USD**

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE -BG UA

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 8/28/2013 Guam (GUM) to Saipan, Northern Mariana Islands (SPN) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 8/29/2013 Saipan, Northern Mariana Islands (SPN) to Guam (GUM) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

**Additional Baggage Information**

# Aqua Resort Club Saipan

P.O. BOX 500009 ACHUGAO, SAIPAN, MP 96950  TELEPHONE (670) 322-1234  FAX (670) 322-1220

| | |
|---|---|
| Mr. Mr. Joseph Razzano | Room 415 |
| GUAM | Arrival 08/28/13 |
| | Departure 08/29/13 |
| | Persons(s) 1 |
| | Cashier 53 RMCFIDEL |
| | Time 07:42:53 |
| | Page 1 |

INVOICE COPY 49862
Aqua Resort Club Saipan, 08/29/13

| Date | Details | Ref. | Debit | Credit |
|---|---|---|---|---|
| 08/28/13 | Deposit Payment (Visa Car XXXXXXXXXXXXX146-08/15 (Conf #86632 - Razzano) | 65 | | 138.00 |
| 08/28/13 | Room Charge | | 120.00 | |
| 08/28/13 | Room Tax | | 18.00 | |

Balance Due:  0.00

| | |
|---|---|
| Signature: | I agree that my liability for this bill is not waived and to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of this bill: further, to have you bill my presented credit card in the event I fail to sign the credit sales slip on checkout. |
| Company: | |



```
RENTAL: 08-28-13 1108  SAIPAN INT'L AIRPORT     7730350
RETURN: 08-29-13 0942  SAIPAN INT'L AIRPORT     7730350
                                                                    DAYS          1(NT) $  59.85
               JOSEPH RAZZANO           #1:            CDP:
HERTZ RENT A CAR
Hertz System Licensee FT:                     HG:
670-234-8336                                                        MILEAGE CHG         $
OWN/VEH: 77303/S531L 4  11 COMPACT     LIC: AEB 472    VEH CLASS: C SUB TOTAL                59.85
LDW1    DECLINED AT $26.99 PER DAY                                  DISCOUNT 20%        $   -11.97
        DECLINED AT        PER DAY     MILEAGE IN:    30376        CON.FEE RECOVERY (NT)     4.79
        DECLINED AT        PER DAY     MILEAGE OUT:   30312
LIS     DECLINED AT  $9.99 PER DAY     MILES DRIVEN:     64
                                       TR-X MILES DRIVEN:
FPO     DECLINED -  FUEL & SVC APPLIED TOTAL MILES DRIVEN: 64
        $9.99 GL    TK CAP: 11.3       MILES ALLOWED:
        FUEL OUT: FULL  FUEL IN: FULL  MILES CHARGED:
ADDITIONAL CHARGES:
                                       PLAN IN:  WLKUP   $59.85 / DAY
                                       PLAN OUT: WLKUP  $299.00 / EX WEEK
                                       RATE CLASS: C    $12.00 / EX HOUR
                                                        $59.85 / EX DAY


                                                                   TOTAL CHARGES    $    52.67

RENTAL FORM OF PAYMENT: VISA    XXXXXXXXXXXXXXXXXXX    CC APP $150.00/02747B
RETURN FORM OF PAYMENT: VISA    XXXXXXXXXXXXXXXXXXX    CC APP $150.00/02747B
                                                                   NET DUE          $    52.67
                                                                   CHARGED ON VISA  $    52.67
                                                                   BALANCE DUE      $
```

$61.67

THANK  YOU  FOR  RENTING  FROM  HERTZ

RESERVATION INFORMATION:         0 / C
PREPARED BY: ABK     COMPLETED BY: ABK
STATEMENT OF CHARGES - NOT VALID FOR RENTAL

RENTAL RECORD  AP16102 2

Chalan Piao Mobil Service Station
P.O. Box 501880
Saipan
670-235-1420
Transaction #:31198691
Tax Invoice #:392307   MALISA
PO5: 1
Store No.: 926
08/29/13   9:26:01 AM
Fuel Sale
Pump # 4 Syn Regular
1.814 Gallons @ $ 4.959/Gal          9.00
Total $:                             9.00
Cash                                20.00
Change                               9.90

Thank You - Please Come Again Soon

ORD: AP16102



*Retirement Fred.*

Antonio B. Won Pat
Guam Int'l Airport

Terminal#:1 Cashier#:550
08/28/2013 08:49
08/29/2013 12:18 - 1 03:30
87790254 / #086620
1-7 Days      : $   23.00
              : $   23.00
     Cash     : $  (23.00)

Thank you.