LAW OFFICES
# CIVILLE & TANG, PLLC.
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@guamattorneys.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
Distrct Court for the Northern Mariana Islands
2nd Floor, Horiguchi Building, Beach Road, Garapan
P.O. Box 500687
Saipan MP 96950

October 02, 2013
Client #   N13.1373.01
Invoice #  23037

**In Reference To:** NMI SETTLEMENT FUND

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/26/2013 | SPC | REVIEWED ISSUE | 1.00 | 200.00 |
| | JCT | CONF WITH L. PANGELINAN AND J. RAZZANO RE: TRANSITION ISSUES; REVIEW LIT OF SETTLEMENT ISSUES FROM V. ALEPYO; CONF WITH L. PANGELINAN; REVIEW GOVERNOR'S MEETING AGENDA AND PROPOSED PERSONNEL WORKSHEET/SALARIES; REVIEW AND DISCUSS SECONDMENT ISSUES; REVISE PRESS RELEASE; REVIEW REQUESTED CONTRACTS. | 4.60 | 1,150.00 |
| 9/27/2013 | JCT | CONF WITH J. SHEATHER (BOH) AND L. PANGILINAN REGARDING TRANSFER OF FUNDS, NEW ACCOUNT MATTERS, AND ACH ACCOUNTS; REVIEW DRAFT ASSIGNMENT AND CONSENTS FOR WILSHIRE CONTRACT, BLACKROCK CONTRACT AND RICHMOND TRUST CONTRACT. | 2.00 | 500.00 |
| | SPC | REVIEWED WILSHIRE, RICHMOND AND GRANTOR TRUST AGREEMENTS SENT BY JCT; REVIEWED REVIEWED EMAIL FROM JCT WITH FORWARD OF MESSAGE CONCERNING ASSIGNMENT OF CONTRACT; CONDUCTED LEGAL RESEARCH | 2.75 | 550.00 |
| 9/28/2013 | JCT | CONF WITH L. PANGILINAN AND R. WRIGHTSON RE: FUND EMPLOYEE SALARY ISSUES, TRANSFER ISSUES AND SECONDMENT ISSUES. | 0.80 | 200.00 |
| | JCT | PREPARE FOR FAIRNESS HEARING; REVIEW RECENT FILINGS. | 2.00 | 500.00 |
| | SPC | REVIEWED EMAIL | .50 | 100.00 |

EXHIBIT 5

NMI SETTLEMENT FUND  Page  2
Client # N13.1373.01
Invoice # 23037
October 02, 2013

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/29/2013 | SPC | REVIEWED WILSHIRE AND RICHMOND CONTRACTS; DRAFTED, EDITED, AND FINALIZED AGREEMENTS ASSIGNING CONTRACT FROM CNMI FUND TO TRUSTEE OF SETTLEMENT FUND; DRAFTED, EDITED, AND FINALIZED CONSENTS TO ASSIGNMENTS; SENT DRAFTS TO JCT FOR REVIEW AND COMMENT, AND SENT EMAIL TO JCT REGARDING | 2.50 | 500.00 |
| 9/30/2013 | JCT | MEET WITH TEAM; ATTEND FAIRNESS HEARING; RETURN TO GUAM. | 10.00 | 2,500.00 |
|  | GPC | ATTEND MEETING WITH TEAM WITH MS. TANG AND FAIRNESS HEARING IN SAIPAN; RETURN TO GUAM. | 8.00 | NO CHARGE |
|  | SPC | REVIEWED EMAIL FROM JCT REGARDING REVISIONS TO DRAFT ASSIGNMENT AND CONSENT AGREEMENTS TO ADDRESS                  REVIEWED PROVISIONS OF WILSHIRE AND RICHMOND AGREEMENTS REFERENCING              ; EDITED WILSHIRE AND RICHMOND CONSENTS             ; SENT REVISED DRAFTS WITH ALTERNATIVE PROPOSED LANGUAGE TO JCT FOR REVIEW. | 1.25 | 250.00 |

**Subtotal Professional Services:**            35.40    $6,450.00

**EXPENSES**

| 9/29/2013 | J. TANG ROUNDTRIP AIRFARE GUAM TO SAIPAN; CONFIRMATION NO. GVZQEJ. |  | 281.00 |
|---|---|---|---|
|  | PER DIEM FOR J. TANG (LODGING ONLY) PURSUANT TO COURT ORDER. |  | 140.00 |

**Subtotal Expenses:**            $421.00

**TOTAL CURRENT CHARGES**            $6,871.00

**BALANCE DUE**            $6,871.00

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment. Civille & Tang, PLLC appreciates your business.*
**PLEASE MAKE YOUR CHECK PAYABLE TO CIVILLE & TANG, PLLC**

Joyce Tang



| | |
|---|---|
| From: | United Airlines, Inc. <unitedairlines@united.com> |
| Sent: | Monday, September 30, 2013 2:58 PM |
| To: | JTANG@GUAMATTORNEYS.COM |
| Subject: | eTicket Itinerary and Receipt for Confirmation GVZQEJ |

Confirmation:
GVZQEJ
Check-In >

Issue Date: September 30, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| TANG/JOYCEMS | | | ---/9A |

FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 29SEP13 | UA5077W | | GUAM (GUM) 5:35 PM | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) 6:25 PM | | |
| Mon, 30SEP13 | UA5078W | | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) 6:55 PM | GUAM (GUM) 7:45 PM | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 205USD | AMERICAN EXPRESS |
| International Surcharge: | 56 | Last Four Digits |
| September 11th Security Fee: | 5 | |
| Guam Inspection Service Charges: | 6 | |
| U.S. Passenger Facility Charge: | 9 | |
| Per Person Total: | 0USD | |
| eTicket Total: | 0USD | |

The taxes, fees, and surcharges paid total: 76 USD

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE -BG UA

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

**Detail Continued**

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/30/13 | HYATT HOTELS 0875  SAIPAN 96950 | MN | | |
| | LODGING | | | |
| | FOOD | $309.00 | | |