LAW OFFICES
# CIVILLE & TANG, PLLC.
*330 Hernan Cortez Avenue, Suite 200*
*Hagåtña, Guam 96910*
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@guamattorneys.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
Distrct Court for the Northern Mariana Islands
2nd Floor, Horiguchi Building, Beach Road, Garapan
P.O. Box 500687
Saipan MP 96950

**In Reference To:** NMI SETTLEMENT FUND

November 01, 2013
Client # N13.1373.01
Invoice # 23037

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/1/2013 | JCT | CONF CALLS WITH L. PANGILINAN RE: CONTINUING TRANSITION ISSUES (BANK OF HAWAII ACCOUNTS, ACH, PROTOCOL AND RECORD FOR RESPONDING TO RETIREE INQUIRES); REVIEW EMAILS FROM EDDIE QUAN (BOH) RE: ACCOUNTS. | 1.00 | 250.00 |
| | TTM | REVIEW SETTLEMENT AGREEMENT PER JCT AND PREPARE MEMO ON STATUS OF EXISTING CASES. | 0.50 | 112.50 |
| 10/2/2013 | JCT | CONF WITH BOH TEAM AND L. PANGILINAN RE: DETAILS OF TRANSFER, NEW ACCOUNTS, SCHEDULE MEETING TO MEET WITH IT PERSONS TO SET UP ACH ACCOUNTS, ETC.; REVIEW AND FINALIZE DRAFT ASSIGNMENT OF FUND MANAGER ASSIGNMENT AND CONSENTS; REVIEW ELECTION OF ROSE IGITOL TO REMAIN IN CLASS; PREPARE NOTICE OF ELECTION OF R. IGITOL; CONF WITH V. ALEPUYO RE: SAME; REVIEW INQUIRY FROM RETIREE RE: CERTIFICATION FOR SUBMISSION TO SOCIAL SECURITY RE: REDUCTION IN PENSION PAYMENTS. | 3.50 | 875.00 |
| | SPC | CONFERENCE AND EMAIL CORRESPONDENCE WITH JCT REGARDING | .25 | 50.00 |
| 10/3/2013 | JCT | CONF WITH L. PANGELINAN RE: MEETING WITH GOVERNOR AND TRANSITION ISSUES; CONTACT R. PATEL RE: MEETING WITH GOVERNOR. | 0.40 | 100.00 |
| 10/4/2013 | JCT | CONF WITH L. PANGELINAN AND V. ALEPUYO RE: VARIOUS RETIREE INQUIRIES AND TRANSITION ISSUES; RESPOND TO RETIREE'S INQUIRIES; REVIEW EMAIL FROM EDDIE QUAN BOH REGARDING ACCOUNTS. | 2.00 | 500.00 |
| | SPC | REVIEWED EMAIL REGARDING WILSHIRE'S APPROVAL OF ASSIGNMENT AND CONSENT; REVIEWED EMAIL FROM LILLIAN PANGELINAN REGARDING SETTLEMENT FUND BANK ACCOUNT ISSUES; TELEPHONE CONFERENCE WITH JCT AND BOB STEFFY REGARDING EIN AND TAX FILINGS; TELEPHONE CONFERENCE WITH JCT, VAL AND VIVIAN REGARDING                      REVIEWED CASES SENT BY VAL REGARDING WHETHER                , AND HAD EMAIL AND TELEPHONE CORRESPONDENCE WITH JCT ON                ISSUES, AND REVIEWED EMAIL CORRESPONDENCE WITH JCT AND VAL ON                ISSUES. | 1.50 | 300.00 |

EXHIBIT 6

|  |  | Hours | Amount |
|---|---|---:|---:|
| 10/7/2013 JCT | REVIEW EMAILS FROM L. PANGELINAN RE: HEALTH AND LIFE INSURANCE COVERAGE, AND RESEARCH ON VARIOUS RETIREES' INQUIRIES; CONF WITH (RETIREE) AND LILIAN PANGELINAN RE: INSURANCE COVERAGE; CONF WITH L. PANGELINAN. | 0.80 | 200.00 |
| 10/8/2013 JCT | CONF WITH (RETIREE) RE: CONCERNS ABOUT MEDICAL COVERAGE AND OTHER ISSUES; CONF WITH R. WRIGHTSON RE: SECONDMENT; WITH M. RABOLVSKY. | 1.50 | 375.00 |
| 10/9/2013 JCT | CONF WITH L. PANGELINAN AND V. ALEPUYO RE: MEETING WITH GOVERNOR AND TRANSITION ISSUES; PREPARE REQUEST FOR TRANSFER TO NMI FUND; CONF WITH R. PATEL IN PREPARATION FOR MEETING WITH GOVERNOR; RESPOND TO (RETIREE) RE: PAYMENT; FINALIZE AND EXECUTE ASSIGNMENT AND CONSENT WITH RICHMOND AND WILSHIRE. | 4.00 | 1,000.00 |
| 10/10/2013 JCT | TRAVEL TO SAIPAN; STAFF MEETING; MEET WITH GOVERNOR AND ATTORNEYS RE: TRANSITION ISSUES; MEET WITH L. PANGELINAN AND V. ALEPUYO; RETURN TO GUAM; REVIEW BLACKROCK ASSIGNMENT AND CONSENT. | 8.00 | 2,000.00 |
| 10/11/2013 JCT | MEET WITH L. PANGELINAN REVIEW AND DISCUSS RETIREE'S REQUEST FOR REDUCTION AND OTHER MATTERS; CONF WITH CLASS COUNSEL RE: JOINT RESOLUTION 18-10 TO APPROVE SETTLEMENT AGREEMENT AND COMPLIANCE WITH SETTLEMENT AGREEMENT; CONF WITH V. ALEPUYO RE: RESOLUTION AND OTHER MATTERS; REVIEW AND SIGN VARIOUS BOH NEW ACCOUNT AGREEMENTS; APPLY FOR EMPLOYEE IDENTIFICATION NUMBER FOR SETTLEMENT FUND; CONFER WITH CPA RE: EIN. | 5.20 | 1,300.00 |
| 10/12/2013 JCT | CONF WITH E. QUAN (BOH) REGARDING TRUST ACCOUNT MATTERS AND SECURITY; REVIEW DOCUMENTS FROM E. QUAN. | 0.60 | 150.00 |
| 10/15/2013 JCT | REVIEW 17-82 ISSUES AND COMPLIANCE WITH LEGISLATIVE APPROVAL IN SETTLEMENT AGREEMENT; REVIEW AND RESPOND TO EMAILS RE: BUSINESS LICENSE, EIN, BOH TRUST ACCOUNTS, AND SOCIAL SECURITY ADMINISTRATION CERTIFICATION REGARDING REDUCED BENEFITS; COMMENT ON FORM. | 1.50 | 375.00 |
| TTM | REVIEW . | 2.10 | 472.50 |
| 10/16/2013 JCT | RESPOND TO RETIREES RE: SOCIAL SECURITY CERTIFICATION AND OTHER ISSUES; CONF WITH L. PANGILINAN RE: SAME; DRAFT LETTER TO GOVERNOR RE: SECONDING AND TRANSFER OF EMPLOYEES; REVIEW AND REVISE 17-82 PRESS RELEASE;  DISCUSS LUMP SUM DEATH PAYMENT ISSUE AND 17-82 PRESS RELEASE. | 2.00 | 500.00 |
| 10/17/2013 JCT | REVIEW DRAFT MOU FOR SECONDMENT OF EMPLOYEES; FINALIZE LETTER TO GOV. INOS. | 1.00 | 250.00 |
| 10/19/2013 JCT | CONF WITH E. QUAN (BOH) REGARDING ACCOUNTS; REVIEW EMAIL FROM M. RABOLVSKY RE: FUNDS AND INVESTMENT OPTIONS; REVIEW EMAILS RE: LEGISLATIVE APPROVAL AND REVISED HOUSE BILL. | 0.80 | 200.00 |
| 10/21/2013 JCT | REVIEW RECORDS OF RETIREE REQUESTING REDUCING REPAYMENT OF OVERPAYMENT; REVIEW EMAIL FROM E. QUAN RE: ADDITIONAL INFORMATION NEEDED FOR TRUST ACCOUNTS; CONF WITH L. PANGELINAN RE: STATUS OF VARIOUS MATTERS AND DISCUSS RETIREE'S REQUEST FOR REDUCTION OF | 2.00 | 500.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | REPAYMENT; CONF WITH WEB DESIGNER; REVIEW WEB DESIGNER'S PROPOSAL. | | |
| 10/22/2013 | JCT | CONF WITH WEBMASTER CONSULTANT RE: WEBSITE; REVIEW CONTRACT; COMMUNICATE AND COORDINATE WITH IT SUPPORT AND WEBMASTER; REVIEW REVISED HOUSE BILL APPROVING SETTLEMENT; FOLLOW UP WITH PLAINTIFF'S COUNSEL RE: APPROVAL TO CLEAR WAY FOR DISTRIBUTING 17-82 FUNDS; REVIEW STATUS OF ADMINISTRATIVE CASES PENDING. | 1.50 | 375.00 |
| | JCT | REVIEW AND REVISE MOU - RE SECONDMENT OF EMPLOYEES. | 1.20 | 300.00 |
| | TTM | CF SPC RE             ; | 1.00 | 225.00 |
| 10/23/2013 | JCT | CONF WITH WEB MASTER RE: SETTLEMENT WEBSITE AND DETAILS; REVIEW CONTRACT; CONF WITH L. PANGILINAN RE: 17-82 DISTRIBUTION AND OTHER ISSUES. | 0.80 | 200.00 |
| 10/25/2013 | JCT | CONF WITH C. SABLAN RE: LIMBO EMPLOYEE ISSUES; REVIEW VARIOUS EMAILS AND REQUESTS RE: PROBLEMS WITH PAYMENT; COMMUNICATE WITH STAFF RE: SAME; REVIEW WEBSITE MATERIALS. | 1.60 | 400.00 |
| 10/28/2013 | JCT | REVIEW NUMEROUS INQUIRIES FROM RETIREES; PREPARE LETTER RESPONDING TO RETIREE REGARDING EXEMPTION FRO 25%, LIMBO MEMBERS;                    CONF WITH V. APUYELO AND A. BENAVENTE RE: NUMEROUS INQUIRIES FROM RETIREES RE: PENSION BENEFITS; CON WITH L. PANGELINAN RE: BANK ACCOUNT ISSUES; REVIEW EMAIL FROM R. PATEL; PREPARE RESPONSE TO R. PATEL; REVIEW AND COMMENT ON WEBSITE ISSUES. | 3.30 | 825.00 |
| | SPC | REVIEWED EMAIL FROM JCT                                         CONDUCTED ANALYSIS OF CLAIM. | 1.50 | 300.00 |
| 10/30/2013 | JCT | RESEARCHED LAWS GOVERNING                                 TELEPHONE CONFERENCE WITH         . | 4.50 | 1,125.00 |

**Subtotal Professional Services:**     54.05   $13,260.00

**EXPENSES**

| Date | Description | Amount |
|---|---|---:|
| 10/10/2013 | J. TANG ROUNDTRIP AIRFARE GUAM TO SAIPAN; CONFIRMATION NO. ABTYL5. | 283.29 |
| 10/31/2013 | COPIES MADE FOR THE MONTH OF OCTOBER 2013. | 13.00 |
| | WESTLAW CHARGES FOR THE MONTH OF OCTOBER 2013. | 229.26 |
| | PER DIEM J. TANG RENTAL CAR FEES. | 40.00 |
| | J. TANG ROUNDTRIP AIRFARE GUAM TO SAIPAN; CONFIRMATION NO. CYXSKR. | 283.29 |

|  | Amount |
|---|---|
| **Subtotal Expenses:** | **$848.84** |
| **TOTAL CURRENT CHARGES** | **$14,108.84** |
| **BALANCE DUE** | **$14,108.84** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact*
*Accounting Department at 472-8868/9. Please specify the invoice number and client number*
*when remitting payment. Civille & Tang, PLLC appreciates your business.*
**PLEASE MAKE YOUR CHECK PAYABLE TO  CIVILLE & TANG, PLLC**

Account: CIVILLE & TANG PLLC, HAGATNA GU ▮▮▮
Date Range: September 01, 2013 – September 30, 2013
Report Format: Detail-Account by User by Client by Day
Products: Westlaw, WestlawNext
Content Families: All Content Families



| Totals for Client CNMI RETIREMENT | | 22 | | 1,065.00 USD | 57.14 USD | 57.14 USD | **57.14** |

| Totals for Client CNMI RETIREMENT FUND | | 0:54:09 | | 0:54:09 | 1,667.72 USD | 89.48 USD | 89.48 USD | **89.48** |

WESTLAW LINES — 366

Totals — 839. — 1:28:47
— 1:28:47

Account: CIVILLE & TANG PLLC, HAGATNA GU (1003253904)
Date Range: September 01, 2013 - September 30, 2013
Report Format: Detail-Account by User by Client by Day
Products: Westlaw, WestlawNext
Content Families: All Content Families

Client NMI RETIREMENT FUND

Totals for Client NMI RETIREMENT FUND — 0:54:00 — 1,540.31 USD — 82.64 USD — 82.64 USD  82.64


CIVILLE & TANG PLLC
JOYCE C TANG
Closing Date 11/08/13

OPEN℠

## Detail Continued

| | Amount |
|---|---|
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| 10/31/13 ALAMO RENT-A-CAR ALASAIPAN MN 6702884402 Description AUTO RENTAL FAMILY APPAREL/JLRY | $40.00 |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |
| ▬▬▬ | ▬ |

Continued on reverse

**Joyce Tang** 

| | |
|---|---|
| **From:** | United Airlines, Inc. <unitedairlines@united.com> |
| **Sent:** | Tuesday, October 08, 2013 12:20 PM |
| **To:** | JTANG@GUAMATTORNEYS.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation ABTYL5 |

Confirmation:

Check-In >

Issue Date: October 08, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| TANG/JOYCEMS | | | 12A/11C |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 10OCT13 | UA5071 | W | GUAM (GUM) 7:15 AM | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) 8:05 AM | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| Thu, 10OCT13 | UA5076 | W | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) 3:10 PM | GUAM (GUM) 4:00 PM | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 205.00USD | AMERICAN EXPRESS |
| International Surcharge: | 56.00 | Last Four Digits |
| September 11th Security Fee: | 5.00 | |
| Guam Inspection Service Charges: | 8.29 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 283.29USD | |
| eTicket Total: | 283.29USD | |

The airfare you paid on this itinerary totals: 205.00 USD

The taxes, fees, and surcharges paid total: 78.29 USD

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE -BG UA

**Joyce Tang**



| | |
|---|---|
| **From:** | United Airlines, Inc. <unitedairlines@united.com> |
| **Sent:** | Wednesday, October 30, 2013 5:10 PM |
| **To:** | JTANG@GUAMATTORNEYS.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation CYXSKR |

                          Confirmation:

                                              Check-In >

Issue Date: October 30, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| TANG/JOYCEMS | | | 12B/10D |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 31OCT13 | UA5071W | | GUAM (GUM) **7:15 AM** | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **8:05 AM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

| Thu, 31OCT13 | UA5074W | | SAIPAN, NORTHERN MARIANA ISLANDS (SPN) **11:20 AM** | GUAM (GUM) **12:10 PM** | ATR 42 | |

Flight operated by CAPE AIR doing business as UNITED EXPRESS with turboprop equipment.

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 205.00USD | AMERICAN EXPRESS |
| International Surcharge: | 56.00 | Last Four Digits |
| September 11th Security Fee: | 5.00 | |
| Guam Inspection Service Charges: | 8.29 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 283.29USD | |
| eTicket Total: | 283.29USD | |

The airfare you paid on this itinerary totals: 205.00 USD

The taxes, fees, and surcharges paid total: 78.29 USD

Fare Rules:   Additional charges may apply for changes in addition to any fare rules listed.

              REFUNDABLE -BG UA