LAW OFFICES
# CIVILLE & TANG, PLLC.
*330 Hernan Cortez Avenue, Suite 200*
*Hagåtña, Guam 96910*
*Telephone: 671/472-8868/472-8869*
*Facsimile: 671/477-2511*
*Email: civilletang@guamattorneys.com*

**Invoice submitted to:**
NMI SETTLEMENT FUND
Distrct Court for the Northern Mariana
Islands
2nd Floor, Horiguchi Building, Beach Road,
Garapan
P.O. Box 500687
Saipan MP 96950

**In Reference To:** NMI SETTLEMENT FUND

December 02, 2013
Client #    N13.1373.01
Invoice #   23037

### PROFESSIONAL SERVICES

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/4/2013 | JCT | REVIEW EMAIL FROM RETIREE; CONF WITH L. PANGELINAN. | 0.40 | 100.00 |
|  | JCT | REVIEW ISSUE RE: EMPLOYEES WHO RETIRED RECENTLY FOR WHOM GOVERNMENT HAVE NOT FULLY PAID IN GOVERNMENT CONTRIBUTIONS TO RETIRE. CONF WITH L. PANGELINAN RE: SAME; CONF WITH PLAINTIFFS' COUNSEL RE: SAME. | 0.80 | 200.00 |
|  | TTM | PREPARE MEMORANDUM TO JCT REGARDING COLLECTION OF EMPLOYER CONTRIBUTIONS. | 0.80 | 180.00 |
| 11/5/2013 | JCT | CONF WITH CLASS COUNSEL, TAL AND GOVERNMENT COUNSEL RE: DISCUSSIONS RELATING TO DELINQUENT EMPLOYER CONTRIBUTIONS FOR ACTIVES WHO ARE RETIRING AND WHETHER THE EMPLOYER CONTRIBUTIONS SHOULD BE PAID FROM ANNUAL CONTRIBUTIONS; DRAFT AND FINALIZE LETTER TO R. PATEL; CONF WITH L. PANGILINAN RE: FUND MATTERS; REVISE LETTER TO RETIREE         . RESPONDING TO INQUIRY. | 2.00 | 500.00 |
|  | TTM | RETRIEVE CNMI AUTHORITIES | 0.30 | 67.50 |
| 11/6/2013 | JCT | CONF WITH L. PANGELINAN RE: VARIOUS FUND MATTERS; REVIEW HEALTH INSURANCE RFP; REVIEW HEALTH INSURANCE STATS AND INFO REQUESTED; PREPARE FOR CALL WITH J. STUMP. | 1.00 | 250.00 |
| 11/7/2013 | JCT | RESPOND TO J. STUMP EMAIL; CONF WITH R. PATEL RE: HEALTH INSURANCE AND OTHER PENDING TRANSITION MATTERS; CONF WITH L. PANGILINAN RE: HEALTH INSURANCE AND PENDING MATTERS; REVIEW SB 18-31; CONF WITH FUND COUNSEL RE: DOUBLE DIPPERS, LIMBO MEMBERS, ETC.; FINALIZE RESPONSE TO           INQUIRY; CONF WITH                              RE: TREATMENT OF SETTLEMENT PAYMENTS BY SOCIAL SECURITY ADMINISTRATION. | 3.00 | 750.00 |
|  | TTM | REVIEW BILL NO 18-31 PER JCT; PROVIDE JCT WITH COMMENTS AS REQUESTED | 1.00 | 225.00 |
| 11/8/2013 | JCT | CONF WITH L. PANGELINAN AND V. ALEPUYO; REVIEW BILL SB-31 AND DRAFT COMMENTS TO SB-31 LETTER TO SENATOR TAIMANAO; REVISE RESPONSE AND FINALIZE; REVIEW FINANCIAL REPORTS FOR AUG. AND SEPT. 2013; REVIEW AND REVISE LETTER TO REQUESTS FOR RESCISSION OF 17-82 APPLICATIONS. | 3.00 | 750.00 |

EXHIBIT 7

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/2013 | JCT | MEET WITH R. PATEL. | 1.00 | 250.00 |
| 11/12/2013 | JCT | REVIEW VARIOUS EMAILS (REQUESTS FOR EXEMPTION FROM 25% DEDUCTION. RESPOND TO REQUESTS. | 0.80 | 200.00 |
| 11/13/2013 | JCT | PARTICIPATE IN TELEPHONIC HEARING REQUESTED BY WITH CHIEF JUDGE RE: SCHEDULING ISSUES; REVIEW AND APPROVE LETTER TO RETIRE REQUESTING DEFERMENT; CONF WITH R. HATCH RE: DOUBLE DIPPING AND PAYMENT OF OUTSTANDING GOVERNMENT CONTRIBUTIONS FOR RETIREES WANTING TO RETIRE NOW. | 1.20 | 300.00 |
| 11/14/2013 | JCT | REVIEW AND DISCUSS LETTER FROM RETIREE REQUESTING REDUCTION OF OVERPAYMENT FOR BENEFITS RECEIVED IN 2012; REVISE LETTER AND FINALIZE. | 0.50 | 125.00 |
| 11/18/2013 | JCT | REVIEW HB 18-145. | 0.50 | 125.00 |
| 11/19/2013 | JCT | REVIEW VARIOUS EMAILS FROM L. PANGELINAN AND RETIREES. | 0.60 | 150.00 |
| 11/20/2013 | JCT | TRAVEL TO SAIPAN; MEET WITH L. PANGELINAN RE: VARIOUS PENDING FUND MATTERS; MEET WITH R. PATEL RE: FUND MATTERS; RETURN TO GUAM. | 8.00 | 2,000.00 |
| 11/25/2013 | JCT | MEETING WITH L. PANGELINAN RE: FUND MATTERS; REVIEW WILSHIRE'S THIRD QUARTER REPORTS AND OTHER REPORTS; MEET WITH M. RABOLVSKY (WILSHIRE - INVESTMENT CONSULTANT) AND L. PANGELINAN; REVIEW DRAFT RFP FOR INVESTMENT ADVISOR AND AUDITOR. | 5.00 | 1,250.00 |
|  | SPC | BRIEFLY REVIEWED DRAFT RFPS FOR INVESTMENT CONSULTING SERVICES; CONDUCTED RESEARCH | 0.40 | 80.00 |
| 11/26/2013 | JCT | REVIEW EMAIL LETTER FROM (RETIREE); REVIEW AND RESPOND TO VARIOUS EMAILS FROM FUND STAFF. | 1.00 | 250.00 |
|  | SPC | SENT EMAIL TO JCT REGARDING OUTSTANDING ISSUES WITH REGARD HOW ASSETS ARE CURRENTLY HELD RELEVANT TO DRAFTING RFP; REVIEWED EMAIL FROM VAL | 0.25 | 50.00 |
| 11/27/2013 | JCT | CONF CALL WITH SOFTWARE BENEFITS DESIGNER RE: SOFTWARE DESIGN; CONF WITH L. PANGELINAN AND V. ALEPUYO RE: FUND MATTERS. | 1.60 | 400.00 |
|  | TTM | REVIEW SETTLEMENT AGREEMENT AND PREPARE MEMORANDUM FOR JCT REGARDING | 1.00 | 225.00 |

**Subtotal Professional Services:** 34.15 $8,427.50

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 11/8/2013 | COPIES MADE FOR THE MONTH OF NOVEMBER 2013. | 10.50 |
| 11/20/2013 | J. TANG ONE WAY AIRFARE GUAM TO SAIPAN CONFIRMATION NO. EZ2E3E. | 160.29 |

|  | Amount |
|---|---:|
| 11/20/2013 J. TANG ONE WAY AIRFARE SAIPAN TO GUAM; CONFIRMATION NO. EZGZJW. | 214.00 |
| 11/30/2013 WESTLAW CHARGES FOR THE MONTH OF NOVEMBER 2013. | 213.28 |
| **Subtotal Expenses:** | **$598.07** |
| **TOTAL CURRENT CHARGES** | **$9,025.57** |
| **BALANCE DUE** | **$9,025.57** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact
Accounting Department at 472-8868/9. Please specify the invoice number and client number
when remitting payment. Civille & Tang, PLLC appreciates your business.*
**PLEASE MAKE YOUR CHECK PAYABLE TO  CIVILLE & TANG, PLLC**

**Detail Continued**

Amount

| Date | Description | | | | | Amount |
|---|---|---|---|---|---|---|
| 11/19/13 | UNITED AIRLINES  GUAM MARIANA  GU  UNITED AIRLINES | | | | | $214.00 |
| | From: GUAM AGANA FIELD N | To: SAIPAN | Carrier: UA | Class: 00 | | |
| | | N/A | YY | 00 | | |
| | | N/A | YY | 00 | | |
| | | N/A | YY | 00 | | |
| | Ticket Number: 01641702237254 | | Date of Departure: 11/20 | | | |
| | Passenger Name: TANG/JOYCE MS | | | | | |
| | Document Type: SPECIAL SERVICE TICKET | | | | | |
| 11/19/13 | UNITED AIRLINES  GUAM MARIANA  GU  UNITED AIRLINES | | | | | $160.29 |
| | From: SAIPAN | To: GUAM AGANA FIELD N | Carrier: UA | Class: 00 | | |
| | | N/A | YY | 00 | | |
| | | N/A | YY | 00 | | |
| | | N/A | YY | 00 | | |
| | Ticket Number: 01641702237265 | | Date of Departure: 11/20 | | | |
| | Passenger Name: TANG/JOYCE MS | | | | | |
| | Document Type: SPECIAL SERVICE TICKET | | | | | |
| 11/19/13 | TRAVEL PACIFICANA  HAGATNA  GU  TRAVEL AGENCY  Description  117978 | | | | | $10.00 |

**From:** TRAVEL PACIFICANA I (AGENTID00523719) [mailto:emailserver@pop3.amadeus.net]
**Sent:** Tuesday, November 19, 2013 1:33 PM
**To:** JTANG@GUAMATTORNEYS.COM
**Subject:** TANG/JOYCE MS 20NOV SPN

# TANG/JOYCE MS 20NOV SPN

19NOVEMBER13

INVOICE 0000144286
DATE

BOOKING REF 8JI7QG
AGENT FS/FS

CIVILLE AND TANG
330 HERNAN CORTEZ AVE

TANG/JOYCE MS

1

```
   SUITE 200
   HAGATNA GUAM 96910

ACCOUNT NUMBER  ▓▓▓▓▓

UNITED
 AIRLINES      20NOV SAIPAN        GUAM           220P    310P
UA 5038        WEDNESDAY FRANCISCO C AD A.B WON PAT IN
Q ECONOMY                AIRCRAFT:    AEROSPATIALE/ALENIA ATR42/72
                         SEAT 11C CONFIRMED
                         FLIGHT OPERATED BY CAPE AIR DBA UNITED EX


-----------------------------------------------------------------
   AIR FARE                                         117.00
   TAXES AND AIRLINE IMPOSED FEES                    43.29

                              AIR TOTAL USD         160.29
                  NONREFUNDABLE TRANSACTION FEE       5.00
                              INVOICE TOTAL USD     165.29


       PAYMENT:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
-----------------------------------------------------------------
RESERVATION NUMBER(S)    ▓▓▓▓▓▓

ETKT  ▓▓▓▓▓▓▓▓▓▓

UA  FREQUENT FLYER ▓▓▓▓▓▓
YOUR TRAVEL CONSULTANT: FRAN
***************************************************************
PROFESSIONAL FEE WILL BE ASSESSED FOR ANY CANCELLATION,
CHANGES, REFUND, OR TICKET REISSUANCE. PROOF OF
CITIZENSHIP IS REQUIRED. CHECK-IN 2 HOURS PRIOR TO
DEPARTURE. PLEASE REMEMBER YOUR PASSPORT AND OTHER
NECESSARY DOCUMENTS. RECONFIRM ONWARD/RETURN RESERVATION
72 HOURS PRIOR TO DEPARTURE. THANK YOU.
*FEES AND COMMISSIONS INCLUDE 4PCT GROSS RECEIPTS TAX*
***************************************************************

CLICK THE FOLLOWING LINK TO
 ACCESS YOUR ONLINE ITINERARY:
WWW.CHECKMYTRIP.COM/CMTSERVLET?R=8JI7QG&L=US&N=TANG

MOST CARRIERS' E-TICKETS HAVE EXPIRATION DATES AND CONDITIONS OF USE.
CHECK THE CARRIER'S FARE RULES FOR MORE INFORMATION.

BAGGAGE POLICY - FOR TRAVEL TO/FROM, WITHIN THE US, PLEASE VISIT:
HTTPS://BAGS.AMADEUS.COM?R=8JI7QG&N=TANG
```

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3462 / Virus Database: 3722/7246 - Release Date: 03/25/14

From: TRAVEL PACIFICANA I (AGENTID00523719) [mailto:emailserver@pop3.amadeus.net]
Sent: Tuesday, November 19, 2013 12:45 PM
To: JTANG@GUAMATTORNEYS.COM
Subject: TANG/JOYCE MS 20NOV GUM

# TANG/JOYCE MS 20NOV GUM

```
                                        DATE 19NOVEMBER13
                                        AGENT FS/FS BOOKING REF ▮▮▮▮▮

   CIVILLE AND TANG
   330 HERNAN CORTEZ AVE                TANG/JOYCE MS
   SUITE 200
   HAGATNA GUAM 96910



UNITED AIRLINES        20NOV GUAM              SAIPAN         715A    805A
UA 5071                WEDNESDAY A.B WON PAT IN FRANCISCO C AD
Y ECONOMY
                                                              NON STOP
                               RESERVATION
   CONFIRMED           0:50 DURATION
                               FLIGHT OPERATED BY CAPE AIR DBA UNITED EX
             AIRCRAFT OWNER: 9K   CAPE AIR
             AIRCRAFT: AEROSPATIALE/ALENIA ATR42/72


UNITED AIRLINES        20NOV SAIPAN            GUAM           220P    310P
UA 5038                WEDNESDAY FRANCISCO C AD A.B WON PAT IN
Q
 ECONOMY
                                                              NON STOP
                               RESERVATION CONFIRMED          0:50 DURATION
                               FLIGHT OPERATED BY CAPE AIR DBA UNITED EX
             AIRCRAFT OWNER: 9K   CAPE
 AIR
                  AIRCRAFT: AEROSPATIALE/ALENIA ATR42/72
                            SEAT 11C NO SMOKING CONFIRMED


RESERVATION NUMBER(S)   ▮▮▮▮▮

UA   FREQUENT FLYER     ▮▮▮▮▮
HI JOYCE, AVAILABLE FARE IS $374.29 + 10FEE = $384.29
OKAY TO ISSUE? THANKS FRAN 19NOV13
```

**Account:** CIVILLE & TANG PLLC, HAGATNA GU (1003253904)
**Date Range:** October 01, 2013 - October 31, 2013
**Report Format:** Detail-Account by User by Client by Day
**Products:** Westlaw, WestlawNext
**Content Families:** All Content Families

Day 10/06/2013
Included

User Name PEREZ CASSIDY,SIRENE (10066700)
Client CNMI SF -
Day 10/29/2013
Included

| | | | | | | |
|---|---|---|---|---|---|---|
| COMMUNICATIONS | | | | 0.00 USD | 0.00 USD | 0.00 USD |
| HOURLY CONNECT | | | 1:00:21 | 0.00 USD | 0.00 USD | 0.00 USD |
| ALLFILES | 0:17:31 | | | 627.63 USD | 32.61 USD | 32.61 USD |
| PREMIUM | 0:12:30 | | | 375.00 USD | 19.48 USD | 19.48 USD |
| RESULTSPLUS ALLFILES | 0:02:29 | | | 88.98 USD | 4.62 USD | 4.62 USD |
| STANDARD | 0:27:51 | | | 452.57 USD | 23.51 USD | 23.51 USD |
| WESTLAW LINES | | 152 | | 8.37 USD | 0.43 USD | 0.43 USD |
| Totals for Included | 1:00:21 | 152 | 1:00:21 | 1,552.55 USD | 80.67 USD | 80.67 USD |
| Totals for Day 10/29/2013 | 1:00:21 | 152 | 1:00:21 | 1,552.55 USD | 80.67 USD | 80.67 USD |
| Totals for Client CNMI SF - | 1:00:21 | 152 | 1:00:21 | 1,552.55 USD | 80.67 USD | 80.67 USD ✓ |

Client CNMI SF -
Day 10/29/2013
Included

| | | | | | | |
|---|---|---|---|---|---|---|
| COMMUNICATIONS | | | | 0.00 USD | 0.00 USD | 0.00 USD |
| HOURLY CONNECT | | | 0:59:47 | 0.00 USD | 0.00 USD | 0.00 USD |
| ALLFILES | 0:40:09 | | | 1,438.56 USD | 74.75 USD | 74.75 USD |
| PREMIUM | 0:02:06 | | | 63.00 USD | 3.27 USD | 3.27 USD |
| STANDARD | 0:15:22 | | | 249.69 USD | 12.97 USD | 12.97 USD |
| STANDARD - CODES | 0:02:10 | | | 35.20 USD | 1.83 USD | 1.83 USD |
| WESTLAW LINES | | 262 | | 14.41 USD | 0.75 USD | 0.75 USD |
| Totals for Included | 0:59:47 | 262 | 0:59:47 | 1,800.86 USD | 93.57 USD | 93.57 USD |
| Totals for Day 10/29/2013 | 0:59:47 | 262 | 0:59:47 | 1,800.86 USD | 93.57 USD | 93.57 USD |
| Totals for Client CNMI SF - | 0:59:47 | 262 | 0:59:47 | 1,800.86 USD | 93.57 USD | 93.57 USD ✓ |

**Account:** CIVILLE & TANG PLLC, HAGATNA GU (1003253904)
**Date Range:** October 01, 2013 - October 31, 2013
**Report Format:** Detail-Account by User by Client by Day
**Products:** Westlaw, WestlawNext
**Content Families:** All Content Families

**Client CNMI SF - IA**
Day 10/29/2013
Included

| | | | | | | |
|---|---|---|---|---|---|---|
| COMMUNICATIONS | | | | 0.00 USD | 0.00 USD | 0.00 USD |
| HOURLY CONNECT | | | 0:30:08 | 0.00 USD | 0.00 USD | 0.00 USD |
| ALLFILES | 0:02:30 | | | 89.57 USD | 4.65 USD | 4.65 USD |
| PREMIUM | 0:09:48 | | | 294.00 USD | 15.28 USD | 15.28 USD |
| STANDARD | 0:17:50 | | | 289.79 USD | 15.06 USD | 15.06 USD |
| WESTLAW LINES | | 1,417 | | 77.94 USD | 4.05 USD | 4.05 USD |
| Totals for Included | 0:30:08 | 1,417 | 0:30:08 | 751.30 USD | 39.04 USD | 39.04 USD |
| Totals for Day 10/29/2013 | 0:30:08 | 1,417 | 0:30:08 | 751.30 USD | 39.04 USD | 39.04 USD |
| Totals for Client CNMI SF - IA | 0:30:08 | 1,417 | 0:30:08 | 751.30 USD | 39.04 USD | 39.04 USD |