LAW OFFICES
# CIVILLE & TANG, PLLC.
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@guamattorneys.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
Distrct Court for the Northern Mariana Islands
2nd Floor, Horiguchi Building, Beach Road, Garapan
P.O. Box 500687
Saipan MP 96950

**In Reference To:** NMI SETTLEMENT FUND

January 02, 2014
Client # N13.1373.01
Invoice # 23037

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/2/2013 | JCT | REVIEW PENSION SOFTWARE PROJECT DRAFT. | 0.60 | 150.00 |
| 12/4/2013 | JCT | REVIEW DEC 3, 2013 MATERIALS FOR WEBEX REPORT FROM WILSHIRE; REVIEW ONLINE PRESENTATION BY M. RABOLVSKY; EMAILS FROM L. PANGILINAN RE: JUDICIAL BUILDING LOAN AND OTHER FUND MATTER. REVIEW EMAILS FROM V. APULEYO REGARDING FUND MATTERS. | 1.20 | 300.00 |
| 12/5/2013 | JCT | REVIEW VARIOUS ARTICLES RELATING TO FUND MATTERS; CONF WITH L. PANGELINAN AND V. APULEYO RE: DOUBLE DIPPERS, AUDITS, PENDING RETIREES, HEALTH AND LIFE INSURANCE RENEWAL ISSUES/COVERAGE/BENEFIT CHANGES NOTICE TO RETIREES; RFPS FOR INVESTMENT ADVISOR, ACTUARY, AND AUDITOR; PAYMENTS FROM GOVERNMENT. | 2.00 | 500.00 |
| | SPC | CONDUCTED RESEARCH FOR | 5.00 | 1,000.00 |
| 12/6/2013 | SPC | CONTINUED RESEARCH | .50 | 100.00 |
| | JCT | REVIEW 2014 DETAILED BUDGET. | 1.00 | 250.00 |
| 12/7/2013 | JCT | REVIEW REVISED FINANCIAL STATEMENTS AND DRAFT BUDGET FY 2014 FROM L. PANGELINAN AND PABLITO; CONF WITH L. PANGELINAN AND PABLITO. | 2.50 | 625.00 |
| 12/9/2013 | JCT | REVIEW DRAFT RFP AND PRIOR INVESTMENT CONSULTANT REPORTS; CONSULTANT INVOICES, CONTRACTS, ETC.; RESEARCH FEES CHARGED CURRENTLY IN THE MARKET; WORK ON RFP. | 2.70 | 675.00 |
| 12/10/2013 | SPC | CONTINUED REVIEW AND RESEARCH ; CONTINUED REVISIONS TO DRAFT RFP; SENT FIRST DRAFT OF RFP TO JCT FOR REVIEW AND COMMENT. | 2.00 | 400.00 |

EXHIBIT 8

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | | Hours | Amount |
| 12/11/2013 | SPC | CONTINUED REVISIONS TO DRAFT RFP; CONDUCTED RESEARCH SENT REVISIONS TO NARRATIVE SECTION TO JCT FOR FURTHER REVIEW AND EDITS. | 3.50 | 700.00 |
| | SPC | CONTINUED REVISIONS TO DRAFT RFP; SENT REVISIONS TO NARRATIVE SECTION TO JCT FOR FURTHER REVIEW AND EDITS. | 3.50 | 700.00 |
| | JCT | CONF WITH K. FOX RE: PENSION FUND MANAGER RFP; CONF WITH J. LEONARD RE: SOFTWARE PROPOSAL; MEET WITH L. PANGELINAN RE: RFP FOR INVESTMENT CONSULTANT SERVICES; REVIEW RFP FOR INVESTMENT CONSULTANT AND PREPARE 2014 CASHFLOW. | 3.50 | 875.00 |
| 12/12/2013 | JCT | CONF WITH J. LEONARD (WILSHIRE) RE: SOFTWARE DEVELOPMENT; REVIEW EMAIL RE: VARIOUS FUND ISSUES; MEET WITH L. PANGELINAN TO REVIEW AND DISCUSS BUDGET/CASHFLOW FY2014, REVISE AND FINALIZE RFP 2014-001 INVESTMENT ADVISOR SERVICES; REVIEW V. APULEYO'S COMMENTS TO FINAL VERSION; SEND RFP TO INTERESTED PARTIES; FOLLOW UP WITH BOH RE: GOVERNMENT PAYMENTS TO SETTLEMENT FUND ACCOUNT. | 4.80 | 1,200.00 |
| | SPC | REVIEWED JCT'S EDITS TO RFP AND VAL ALEPUYO'S FURTHER EDITS TO RFP. | 0.50 | 100.00 |
| 12/13/2013 | JCT | CONF WITH INVESTMENT ADVISORS (U.S. TRUST) REGARDING RFP AND SUBMISSION OF PROPOSAL; CONF WITH L. PANGELINAN RE: STATUS OF HEALTH INSURANCE NEGOTIATIONS; CONF WITH WILSHIRE (M. RALBOLVSKY) RE: RFP AND DEADLINES; RESPOND TO J. LEONARD (WILSHIRE) RE: SOFTWARE PROPOSALS, PROVIDE COMMENTS TO PROPOSAL AND REQUEST COPY OF CONTRACT; WORK ON RFP ACTUARY; CONF WITH CLASS COUNSEL RE: INTERPRETATION OF ANNUAL CONTRIBUTION. | 3.00 | 750.00 |
| | SPC | REVIEWED EMAIL FROM JCT WITH WILSHIRE PROPOSAL TERMS FOR RECORDKEEPING SOFTWARE, AND JCT COMMENTS. | 0.30 | 60.00 |
| | SPC | RESEARCHED | 1.50 | 300.00 |
| 12/16/2013 | SPC | CONTINUED REVIEW OF RFPS FOR ACTUARIAL SERVICES FOR PENSION FUNDS; DRAFTED AND EDITED RFP FOR ACTUARIAL SERVICES; SENT DRAFT TO JCT FOR REVIEW AND FURTHER EDITS. | 6.25 | 1,250.00 |
| 12/17/2013 | SPC | RESEARCHED STARTED DRAFT RFP FOR AUDITING SERVICES. | 4.0 | 800.00 |
| 12/18/2013 | JCT | CONF WITH L. PANGELINAN RE DD AND AUDITS; DISCUSS RFPs, TRANSFER OF FUNDS AND OTHER MATTERS; REVIEW RFP FOR AUDITOR AND ACTUARY. | 2.20 | 550.00 |
| | SPC | CONTINUED RESEARCH COMPLETED FIRST DRAFT OF RFP FOR AUDITING SERVICES; EDITED AND FINALIZED DRAFT; SENT DRAFT OF AUDITOR | 5.00 | 1,000.00 |

| | | Hours | Amount |
|---|---|---|---|
| | RFP WITH NOTES TO JCT FOR REVIEW AND COMMENT; EDITED ACTUARY RFP AND SENT TO JCT FOR REVIEW. | | |
| 12/19/2013 JCT | CONF WITH BOH RE: TRANSFER OF FUNDS TO ACH ACCOUNTS. | 0.30 | 75.00 |
| 12/22/2013 SPC | REVIEWED DRAFT WILSHIRE LICENSE CONTRACT AND RESPONSES TO INQUIRIES PERTAINING TO CONTRACT; SENT EMAIL TO JCT REGARDING CONCERNS. | 0.50 | 100.00 |
| 12/23/2013 SPC | CONTINUED REVIEW OF DRAFT WILSHIRE LICENSE AGREEMENT; CONDUCTED RESEARCH    MADE EDITS AND COMMENTS TO AGREEMENT AND SENT TO JCT FOR REVIEW. | 4.50 | 900.00 |

**Subtotal Professional Services:** 60.85 $13,360.00

**EXPENSES**

12/31/2013 WESTLAW CHARGES FOR THE MONTH OF DECEMBER 2013.     57.32

**Subtotal Expenses:**     $57.32

**TOTAL CURRENT CHARGES**     $13,417.32

**BALANCE DUE**     $13,417.32

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment. Civille & Tang, PLLC appreciates your business.*
**PLEASE MAKE YOUR CHECK PAYABLE TO CIVILLE & TANG, PLLC**

**Account:** CIVILLE & TANG PLLC, HAGATNA GU
**Date Range:** December 01, 2013 - December 31, 2013
**Report Format:** Detail-Account by User by Client by Day
**Products:** Westlaw, WestlawNext
**Content Families:** All Content Families

Client NMI SF

| | | | | |
|---|---|---|---|---|
| Totals for Client NMI SF | | 19 | 1,055.00 USD | 57.32 USD | 57.32 USD |