F I L E D
Clerk
District Court
MAR 29 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>RALPH DELEON GUERRERO TORRES, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), et al.,<br><br>Defendants. | CIVIL CASE NO. 09-00023<br><br>**ORDER**<br>re Payment of Trustee's Invoices<br>(September 2022- February 2023) |

On September 25, 2013, the court appointed Civille and Tang, PLLC, acting by and through its principal representative Joyce C.H. Tang, as the Trustee for the Settlement Fund. *See* Order re Appointment of Trustee, ECF No. 526. Pursuant to the terms of the appointment, the Trustee now requests compensation for work performed and expenses incurred during the months of September 2022 through February 2023. The Trustee's invoices are summarized as follows:

| Date of Invoice | Invoice No. | Professional Services | Expenses | BGRT | Total |
|---|---|---|---|---|---|
| Oct. 7, 2022 | 54149 | $17,661.00 | $1,063.23 | $441.53 | $19,165.76 |
| Nov. 4, 2022 | 54322 | $767.50 | $0.00 | $19.19 | $786.69 |
| Dec. 8, 2022 | 54510 | $2,830.00 | $0.00 | $70.75 | $2,900.75 |
| Jan. 5, 2023 | 54672 | $9,135.00 | $0.00 | $228.38 | $9,363.38 |

| | | | | | |
|---|---|---|---|---|---|
| Feb. 10, 2023 | 54844 | $6,577.50 | $198.53 | $164.43 | $6,940.46 |
| March 3, 2023 | 55024 | $3,100.00 | $0.00 | $77.50 | $3,177.50 |
| **TOTAL** | | $40,071.00 | $1,261.76 | $1,001.78 | $42,334.53 |

Attached to this Order as Exhibits 1 through 6 are unredacted versions of these invoices, while the redacted[1] versions of the invoices are appended as Exhibits A through F. The court orders the Clerk of Court to file Exhibits 1 through 6 under seal.

The court has reviewed these invoices and finds the request for compensation and reimbursement of expenses to be reasonable. The court is satisfied with the work performed by the Trustee during this time frame. Therefore, pursuant to the terms of the Order re Appointment of Trustee, the court orders the Settlement Fund to pay the Trustee the sum of **Thirty-Eight Thousand Three Hundred Twenty-Seven and 43/100 Dollars ($38,327.43)**. This amount represents ninety percent (90%) of the Trustee's professional fees and all expenses and gross receipts taxes incurred during the months of September 2022 through February 2023 (invoices dated October 2022 to march 2023).

The court further orders the Settlement Fund to hold in trust to the credit of the Trustee the sum of **Four Thousand Seven and 10/100 Dollars ($4,007.10)**, which represents ten percent (10%) of the Trustee's professional fees for this time period. The Trustee may petition for release of this 10% retainer on a quarterly basis, subject to the court's satisfaction of the Trustee's work and any objections to the Trustee's compensation requests. *See* Order of Appointment of Trustee at 6, ECF No. 526. Objections to the Trustee's request for remuneration may be made within ten (10) days of this Order by the Plaintiff, Class Counsel and counsel for the CNMI Government. *Id.*

Finally, the Trustee petitions for release of the 10% retainer withheld from its invoices for services rendered during the months of March 2022 through August 2022. *See* Order re Payment of Trustee's Invoices, ECF No. 845. There being no objection to said invoices and the court being

///

---

[1] The Trustee has redacted from the invoices personal identifiers and information that may affect pending litigation and the research of other confidential issues.

satisfied with the Trustee's work, the court orders the Settlement Fund to pay the Trustee the additional sum of **Four Thousand Thirty-Eight and 20/100 Dollars ($4,038.20)**.

    IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
    **Designated Judge**
**Dated: Mar 29, 2023**