F I L E D
Clerk
District Court

APR 08 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>        Plaintiffs,<br><br>   v.<br><br>ARNOLD I. PALACIOS, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), *et al.*,<br><br>        Defendants. | CIVIL CASE NO. 09-00023<br><br><br><br><br>**ORDER**<br>Approving Substitution of Counsel<br>(ECF No. 872) |

    Having reviewed the Notice of Substitution and finding good cause, the court approves the substitution of Chief Solicitor J. Robert Glass, Jr. as counsel of record for the Commonwealth of the Northern Mariana Islands in this case, in place of former Deputy Attorney General Lillian A. Tenorio.

    IT IS SO ORDERED.

                                       **/s/ Frances M. Tydingco-Gatewood**
                                          **Designated Judge**
                                         **Dated: Apr 08, 2024**