LAW OFFICES
# CIVILLE & TANG, PLLC

**EXHIBIT A**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

Invoice submitted to:
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

In Reference To:   NMI SETTLEMENT FUND

February 14, 2024
Client #  N13.1373.01
Invoice #  57079

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/2024 | JCT | CALL WITH L. PANGELINAN ▮▮▮ CALLS WITH GRETCHEN SMITH ▮▮▮; REVISE ▮▮▮; REVIEW AND REVISE ▮▮▮ | 3.50 | 1,225.00 |
| 1/4/2024 | JCT | COMM WITH TEAM ▮▮▮ RESPONSE TO ▮▮▮; REVISE ▮▮▮ | 1.30 | 455.00 |
| 1/9/2024 | SPC | REVIEWED ▮▮▮. | 0.40 | 120.00 |
| 1/10/2024 | JCT | REVIEW AND REVISE ▮▮▮ | 1.00 | 350.00 |
| 1/11/2024 | JCT | CALL WITH G. SMITH ▮▮▮; REVIEW AND REVISE ▮▮▮. | 1.50 | 525.00 |
| 1/16/2024 | JCT | CALL WITH GOV. PALACIOS ▮▮▮; REVIEW ▮▮▮; CALL WITH L. PANGELINAN ▮▮▮. | 1.50 | 525.00 |
|  | SPC | REVIEWED REVISED ▮▮▮; REVIEWED ▮▮▮. | 0.80 | 240.00 |
| 1/17/2024 | JCT | CALL WITH G. SMITH ▮▮▮; ATTEND ▮▮▮; CALL WITH TEAM RE ▮▮▮; REVIEW AND COMMENT ▮▮▮; PREPARE ▮▮▮ | 3.50 | 1,225.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our
Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND                                                                                          Page        2
Client #    N13.1373.01
Invoice #   57079
February 14, 2024

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
|  |  | ████████████████ . |  |  |  |
| 1/17/2024 | GPC | REVIEW AND EDIT ████████████████████████ . | | 2.00 | 600.00 |
|  | SPC | MADE EDITS AND COMMENTS ████████████████; REVIEWED ████████████████ . | | 3.40 | 1,020.00 |
| 1/18/2024 | JCT | REVIEW AND COMMENT ████████████████; CALL WITH GOVERNOR PALACIOS; ████████████; NUMEROUS CALLS WITH L. PANGELINAN RE ████████████████ . | | 3.00 | 1,050.00 |
|  | SPC | REVIEWED ████████████ REVIEWED ████████; VARIOUS EMAILS WITH GS ████████; CONFERENCES WITH DAM ████████ CONDUCTED RESEARCH ████; MADE FURTHER EDITS ████; EDITED ████S; FINAL REVIEW AND EDITS; FINALIZED ████. | | 8.50 | 2,550.00 |
| 1/22/2024 | JCT | CALLS WITH L. PANGELINAN ████████████ . | | 0.50 | 175.00 |
| 1/24/2024 | JCT | REVIEW AND REVISE ████████████████; CALLS WITH G. SMITH. | | 2.00 | 700.00 |
| 1/26/2024 | GPC | EDITS TO ████████████████ | | 1.00 | 300.00 |
| 1/30/2024 | JCT | REVIEW ████████████; CALL WITH N. RIPPLE; CALL WITH L. PANGELINAN ████; ATTEND ████████; REVIEW ████████████████; PREP CALL WITH G. SMITH ████. | | 3.80 | 1,330.00 |

**Subtotal Professional Services:**                                                                 37.70    $12,390.00

**EXPENSES**

| 1/17/2024 | DAM | WESTLAW CHARGES FOR THE MONTH OF JANUARY 2024 | 252.64 |
|---|---|---|---|
| 1/19/2024 | ES | POSTAGE FOR THE MONTH OF JANUARY 2024 | 14.75 |

**Subtotal Expenses:**                                                                                          $267.39

**GROSS RECEIPTS TAX**                                                                                          $309.75

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our
Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND                                                                 Page      3
Client #      N13.1373.01
Invoice #     57079
February 14, 2024

**Amount**

**TOTAL CURRENT CHARGES**                                                          **$12,967.14**

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

Account: CIVILLE & TANG PLLC, HAGATNA GU▮
Date Range: January 01, 2024 - January 31, 2024
Report Format: Summary-Account by Client by User by Day
Products: Westlaw, Westlaw UK
Content Families: All Content Families

Client NMISF
User Name MANGLONA, DEAN
Day ▮

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Included | | | | | | |
| Totals for Day ▮ | | | | | | |
| Totals for User Name MANGLONA, DEAN | | | | | | |
| Totals for Client NMISF | | | | 129.82 USD | | 129.82 USD |

Client NMISF
User Name PEREZ CASSIDY, SIRENA
Day 01/17/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Included | | | | | | |
| Totals for ▮ | | | | | | |
| Day ▮ | | | | | | |
| Totals for Included | | | | | | |
| Totals for Day ▮ | | | | | | |
| Totals for User Name PEREZ CASSIDY, SIRENA | | | | | | |
| Totals for Client NMISF | | | | 122.82 USD | | 122.82 USD |

# JANUARY POSTAGE LOG - 2024

**ENTER REPLENISHMENTS AS A POSITIVE AMOUNT!**

| Date: | RECEIPIENT NAME: | Amount: | CHARGE TO CLIENT: | REQUESTED BY: | POSTAGE BALANCE: |
|---|---|---|---|---|---|
| | ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| | ■ | ■ | ■ | ■ | ■ |
| | ■ | ■ | ■ | ■ | ■ |
| | ■ | ■ | ■ | ■ | ■ |
| | ■ | ■ | ■ | ■ | ■ |
| | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | | ■ | ■ | ■ |
| | ■ | | ■ | | ■ |
| ■ | ■ | | ■ | ■ | ■ |
| 1/19/24 | NMISF | (14.75) | NMISF | ■ | ■ NMISF |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | | ■ | ■ | ■ |
| | | | | | |
| ■ | ■ | | ■ | ■ | ■ |
| ■ | ■ | | ■ | ■ | ■ |