LAW OFFICES
# CIVILLE & TANG, PLLC

EXHIBIT C

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

Invoice submitted to:
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

In Reference To:   NMI SETTLEMENT FUND

April 4, 2024
Client #  N13.1373.01
Invoice #  57306

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/4/2024 | JCT | REVIEW ▮▮▮ ; CALL WITH G. SMITH ▮▮▮ ; REVIEW ▮▮▮ NUMEROUS CALL WITH G. SMITH ▮▮▮ . | 1.80 | 630.00 |
| | JCT | CALL WITH L. PANGELINAN ▮▮▮ ; REVIEW AND COMMENT ON ▮▮▮ ; CONFERENCE CALL WITH ANNE AND L. PANGELINAN ▮▮▮ | 2.00 | 700.00 |
| 3/5/2024 | JCT | CALL WITH L. PANGELINAN ▮▮▮ ; REVISE ▮▮▮ ; CALL ▮▮▮ | 0.50 | 175.00 |
| | DAM | REVIEW ▮▮▮ | 4.00 | 1,100.00 |
| 3/6/2024 | JCT | CONTACT ▮▮▮ ; WORK ON ▮▮▮ . | 1.50 | 525.00 |
| | DAM | CONTINUE REVIEW ▮▮▮ | 2.50 | 687.50 |
| 3/7/2024 | JCT | WORK ON NUMEROUS REVISIONS ▮▮▮ ; CALLS WITH G. SMITH ▮▮▮ ; COMM WITH D. MANGLONA ▮▮▮ . | 2.50 | 875.00 |
| | DAM | CONTINUE REVIEW ▮▮▮ / REVIEW ▮▮▮ . | 4.00 | 1,100.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
**Civille & Tang, PLLC appreciates your business**

NMI SETTLEMENT FUND                                                                  Page      2
Client #    N13.1373.01
Invoice #   57306
April 4, 2024

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/8/2024 | JCT | REVIEW AND REVISE ▇▇▇; NUMEROUS CALLS WITH G. SMITH ▇▇▇; CALL WITH J. RAYPHAND ▇▇▇; FOLLOW UP WITH R. JOHNSON ▇▇▇; NUMEROUS REVISIONS ▇▇▇. | 3.50 | 1,225.00 |
|  | DAM | CONTINUE REVIEW ▇▇▇ / RESEARCH ▇▇▇ / INTERNAL CONFERENCES ▇▇▇ / CONFERENCE WITH OPPOSING COUNSEL ▇▇▇ | 5.60 | 1,540.00 |
| 3/11/2024 | JCT | WORK ON ▇▇▇ WITH G. SMITH; FOLLOW UP WITH R. JOHNSON ▇▇▇; CALL WITH L. PANGELINAN ▇▇▇ | 1.50 | 525.00 |
| 3/12/2024 | JCT | CALL WITH J. RAYPHAND ▇▇▇; CALL WITH G. SMITH ▇▇▇; REVIEW AND REVISE ▇▇▇; REVIEW AND REVISE ▇▇▇ CALL WITH L. PANGELINAN ▇▇▇. | 2.30 | 805.00 |
| 3/13/2024 | DAM | REVIEW AND REVISE ▇▇▇ / CONFERENCES AND COMMUNICATIONS WITH FUND COUNSEL ▇▇▇ | 2.00 | 550.00 |
| 3/14/2024 | DAM | CONFERENCE WITH FUND COUNSEL ▇▇▇. | 1.40 | 385.00 |
| 3/20/2024 | DAM | CONFERENCE AND COMMUNICATION WITH FUND COUNSEL ▇▇▇ / REVIEW AND EDIT ▇▇▇ | 0.50 | 137.50 |
| 3/27/2024 | DAM | CONFERENCE AND COMMUNICATION WITH FUND COUNSEL RE ▇▇▇ | 0.50 | 137.50 |
| 3/28/2024 | DAM | CONFERENCE AND COMMUNICATION WITH FUND COUNSEL RE ▇▇▇ | 0.20 | 55.00 |
| 3/29/2024 | JCT | PREPARE AND ATTEND ▇▇▇ | 2.00 | 700.00 |
| **Subtotal Professional Services:** |  |  | **38.30** | **$11,852.50** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our
Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

| | |
|---|---|
| NMI SETTLEMENT FUND | Page 3 |
| Client #   N13.1373.01 | |
| Invoice #   57306 | |
| April 4, 2024 | |

### **EXPENSES**

| | **Amount** |
|---|---:|
| 3/6/2024  DAM  WESTLAW CHARGES FOR THE MONTH OF MARCH 2024 | 74.95 |
| **Subtotal Expenses:** | **$74.95** |
| **GROSS RECEIPTS TAX** | **$296.31** |
| **TOTAL CURRENT CHARGES** | **$12,223.76** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment. Civille & Tang, PLLC appreciates your business.*

