LAW OFFICES
## CIVILLE & TANG, PLLC
330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT D**

Invoice submitted to:
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

May 3, 2024
Client # N13.1373.01
Invoice # 57562

In Reference To:   NMI SETTLEMENT FUND

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/2/2024 | JCT | REVIEW ▇▇▇ ; CONF WITH L. PANGELINAN ▇▇▇ REVIEW ▇▇▇ | 0.80 | 280.00 |
| 4/5/2024 | JCT | CALL WITH GOVERNOR PALACIOS ▇▇▇ ; CALL WITH L. PANGELINAN ▇▇▇ | 0.50 | 175.00 |
| 4/8/2024 | JCT | CONF WITH L. PANGELINAN ▇▇▇ REVIEW ▇▇▇ ; REVIEW ▇▇▇ ; CONF WITH GOVERNOR PALACIOS ▇▇▇ | 2.50 | 875.00 |
| 4/9/2024 | JCT | CALL WITH L. PANGELINAN ▇▇▇ ; CONF WITH L. PANGELINAN ▇▇▇ ; COMM WITH GOVERNOR ▇▇▇ ; CONTACT MEMBERS ▇▇▇ ; REVIEW AND ▇▇▇ | 1.20 | 420.00 |
| 4/12/2024 | JCT | ATTEND MEDIATION CONF ▇▇▇ | 1.00 | 350.00 |
| 4/26/2024 | JCT | REVIEW ▇▇▇ | 0.50 | 175.00 |
| | | **Subtotal Professional Services:** | **6.50** | **$2,275.00** |
| | | **GROSS RECEIPTS TAX** | | **$56.88** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*

Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND
Client #   N13.1373.01
Invoice #   57862
May 3, 2024

Page   2

**Amount**

**TOTAL CURRENT CHARGES**                                              $2,331.88

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our
Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business