LAW OFFICES
# CIVILLE & TANG, PLLC

**EXHIBIT 3**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

**In Reference To:**   NMI SETTLEMENT FUND

April 4, 2024
Client #   N13.1373.01
Invoice #   57306

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/4/2024 | JCT | REVIEW DRAFT OPPOSITION BRIEF AND CASES CITED; CALL WITH G. SMITH RE BRIEFING ISSUES; REVIEW CONSOLIDATION APPEAL FACT SHEET; NUMEROUS CALL WITH G. SMITH RE CONSOLIDATED CASES. | 1.80 | 630.00 |
| | JCT | CALL WITH L. PANGELINAN RE ISSUES WITH RETIREE'S DENIAL OF LIFE INSURANCE COVERAGE DUE TO FAILURE TO SUBMIT ENROLLMENT FORM; REVIEW AND COMMENT ON DRAFT LETTER TO INSURANCE COMPANY TO RECONSIDER; CONFERENCE CALL WITH ANNE AND L. PANGELINAN RE FAILURE TO SUBMIT AND DENIAL AND OPTIONS. | 2.00 | 700.00 |
| 3/5/2024 | JCT | CALL WITH L. PANGELINAN RE EMAIL TO S. DUMBAUD OF IAC REQUESTING RECONSIDERATION; REVISE EMAIL DRAFT; CALL RE RESULTS OF REQUEST. | 0.50 | 175.00 |
| | DAM | REVIEW APPELLATE RECORD (CAMACHO CASE). | 4.00 | 1,100.00 |
| 3/6/2024 | JCT | CONTACT HEARING OFFICER RE CONTINUATION OF HEARING ON CONSOLIDATED APPEALS BECAUSE PARTIES WILL SUBMIT STIPULATION; WORK ON STIPULATION RE CONSOLIDATED CASES, CAMACHO APPEAL TO ARBITRATOR AND ADD ON ADDITIONAL CASE TO THE CONSOLIDATED CASES. | 1.50 | 525.00 |
| | DAM | CONTINUE REVIEW OF APPELLATE RECORD (CAMACHO CASE). | 2.50 | 687.50 |
| 3/7/2024 | JCT | WORK ON NUMEROUS REVISIONS TO IN RE ROSA CAMACHO ARB. BRIEF; CALLS WITH G. SMITH RE SAME; COMM WITH D. MANGLONA RE ISSUES. | 2.50 | 875.00 |
| | DAM | CONTINUE REVIEW OF APPELLATE RECORD (CAMACHO CASE) / REVIEW BRIEFS AND LEGAL AUTHORITY. | 4.00 | 1,100.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND  Page 2
Client #    N13.1373.01
Invoice #   57306
April 4, 2024

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/8/2024 | JCT | REVIEW AND REVISE OPPOSITION TO MOTION TO CONSOLIDATE CASES; NUMEROUS CALLS WITH G. SMITH RE SAME; CALL WITH J. RAYPHAND TO STIPULATE TO CONSOLIDATE AND APPEAL; FOLLOW UP WITH R. JOHNSON RE CONTRACT RE ARBITRATOR; NUMEROUS REVISIONS OF STIPULATIONS. | 3.50 | 1,225.00 |
| | DAM | CONTINUE REVIEW OF LEGAL AUTHORITY / RESEARCH ISSUES RE STATUTE OF LIMITATIONS / INTERNAL CONFERENCES WITH FUND COUNSEL AND TRUSTEE RE SAME / CONFERENCE WITH OPPOSING COUNSEL RE STAY OF APPEAL. | 5.60 | 1,540.00 |
| 3/11/2024 | JCT | WORK ON STIPULATION RE CONSOLIDATED CASES WITH G. SMITH; FOLLOW UP WITH R. JOHNSON RE ARBITRATOR AGREEMENT; CALL WITH L. PANGELINAN RE MEMBER (ULLOA) INABILITY TO GET MEDICAL COVERAGE DUE TO FAILURE TO SUBMIT REQUEST FOR COVERAGE AT TIME OF RETIREMENT. | 1.50 | 525.00 |
| 3/12/2024 | JCT | CALL WITH J. RAYPHAND RE CONSOLIDATED CASES AND STIPULATION; CALL WITH G. SMITH RE REVISED STIPULATION; REVIEW AND REVISE STIPULATION RE STAY OF APPEAL BEFORE ARBITRATOR; REVIEW AND REVISE STIPULATION RE HEARING OFFICE CONSOLIDATED CASES AND ADDING ADDITIONAL CASE; CALL WITH L. PANGELINAN RE 25% PAY BEING CANCELLED. | 2.30 | 805.00 |
| 3/13/2024 | DAM | REVIEW AND REVISE DRAFT OF: STAY OF APPEAL TO ARBITRATOR AND CONSOLIDATION OF ADMINISTRATIVE APPEALS / CONFERENCES AND COMMUNICATIONS WITH FUND COUNSEL RE SAME. | 2.00 | 550.00 |
| 3/14/2024 | DAM | CONFERENCE WITH FUND COUNSEL RE LEGAL AND FACTUAL ISSUES IN CONSOLIDATED CASES. | 1.40 | 385.00 |
| 3/20/2024 | DAM | CONFERENCE AND COMMUNICATION WITH FUND COUNSEL RE ADMINISTRATIVE MATTER / REVIEW AND EDIT DRAFT OF STIPULATION RE CONSOLIDATION OF ADMINISTRATIVE APPEAL CASES. | 0.50 | 137.50 |
| 3/27/2024 | DAM | CONFERENCE AND COMMUNICATION WITH FUND COUNSEL RE PENDING ADMINISTRATIVE CASE. | 0.50 | 137.50 |
| 3/28/2024 | DAM | CONFERENCE AND COMMUNICATION WITH FUND COUNSEL RE PENDING ADMINISTRATIVE CASE. | 0.20 | 55.00 |
| 3/29/2024 | JCT | PREPARE AND ATTEND MEDIATION CONFERENCE WITH JUDGE COLLINS FOR R. SAN NICOLAS APPEAL | 2.00 | 700.00 |
| **Subtotal Professional Services:** | | | **38.30** | **$11,852.50** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND  Page 3
Client #    N13.1373.01
Invoice #    57306
April 4, 2024

### EXPENSES

| | **Amount** |
|---|---:|
| 3/6/2024  DAM   WESTLAW CHARGES FOR THE MONTH OF MARCH 2024 | 74.95 |
| **Subtotal Expenses:** | **$74.95** |
| **GROSS RECEIPTS TAX** | **$296.31** |
| **TOTAL CURRENT CHARGES** | **$12,223.76** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
*Civille & Tang, PLLC appreciates your business.*

Client NMISF
User Name MANGLONA,DEAN (17605994)

| | | | | | |
|---|---|---|---|---|---|
| Day 03/06/2024 | | | | | |
| Totals for Included | 6 | 798.00 USD | 21.67 USD | 0.00 USD | 21.67 USD |
| Totals for Day 03/06/2024 | 6 | 798.00 USD | 21.67 USD | 0.00 USD | 21.67 USD |
| Day 03/14/2024 | | | | | |
| Totals for Included | 11 | 1,707.00 USD | 46.35 USD | 0.00 USD | 46.35 USD |
| Totals for Day 03/14/2024 | 11 | 1,707.00 USD | 46.35 USD | 0.00 USD | 46.35 USD |
| Day 03/15/2024 | | | | | |
| Totals for Included | 3 | 255.00 USD | 6.92 USD | 0.00 USD | 6.92 USD |
| Totals for Day 03/15/2024 | 3 | 255.00 USD | 6.92 USD | 0.00 USD | 6.92 USD |

**Account:** CIVILLE & TANG PLLC, HAGATNA GU (100325390
**Date Range:** March 01, 2024 - March 31, 2024
**Report Format:** Summary-Account by Client by User by Day
**Products:** Westlaw, Westlaw UK
**Content Families:** All Content Families

| | | | | | |
|---|---|---|---|---|---|
| Totals for User Name MANGLONA,DEAN (17605994) | 20 | 2,760.00 USD | 74.95 USD | 0.00 USD | 74.95 USD |
| Totals for Client NMISF | 20 | 2,760.00 USD | 74.95 USD | 0.00 USD | 74.95 USD |