LAW OFFICES
## CIVILLE & TANG, PLLC
330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT 4**

Invoice submitted to:
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950
**In Reference To:**  NMI SETTLEMENT FUND

May 3, 2024
Client #  N13.1373.01
Invoice #  57562

### PROFESSIONAL SERVICES

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/2/2024 | JCT | REVIEW VARIOUS MEDIA REPORTS RE SENATORS DEMAND TO SETTLEMENT FUND TO STOP RECOVERYING OVERPAYMENTS; CONF WITH L. PANGELINAN RE SAME; REVIEW DRAFT RESPONSE. | 0.80 | 280.00 |
| 4/5/2024 | JCT | CALL WITH GOVERNOR PALACIOS RE 25% PAYMENT SUSPENSION ISSUE; CALL WITH L. PANGELINAN RE SAME. | 0.50 | 175.00 |
| 4/8/2024 | JCT | CONF WITH L. PANGELINAN RE SENATE BILL 23-61 AMENDING 1 1 CMC 8390 TO PROHIBIT SETTLEMENT FUND FROM COLLECTING OVERPAYMENTS FROM RETIREES; REVIEW DRAFT BILL AND SEVERAL REVISIONS TO DRAFT RESPONSE TO SENATE PRES EDITH DELEON GUERERRO; REVIEW MEDIA REPORTS RE SAME; CONF WITH GOVERNOR PALACIOS RE SAME. | 2.50 | 875.00 |
| 4/9/2024 | JCT | CALL WITH L. PANGELINAN RE SENATE FISCAL AFFAIRS COMMITTEE EMERGENCY MEETING TO FUND 25% PAYMENT; CONF WITH L. PANGELINAN RE DEADLINES FOR GOVERNMENT TO PAY WITH CASHIER'S CHECK; COMM WITH GOVERNOR RE SAME; CONTACT MEMBERS WHO WILL SHORT IF 25% IS NOT PAID ; REVIEW AND APPROVE SCRIP TO MEMBERS. | 1.20 | 420.00 |
| 4/12/2024 | JCT | ATTEND MEDIATION CONF IN RE ADMIN APPEAL OF PEDRO DLG PANGELINAN. | 1.00 | 350.00 |
| 4/26/2024 | JCT | REVIEW JOINT STATUS REPORT TO MEDIATOR. | 0.50 | 175.00 |
| **Subtotal Professional Services:** |  |  | **6.50** | **$2,275.00** |
| **GROSS RECEIPTS TAX** |  |  |  | **$56.88** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our*
*Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND                                                                     Page        2
Client #      N13.1373.01
Invoice #      57862
May 3, 2024

                                                                                         **Amount**

       **TOTAL CURRENT CHARGES**                                    **$2,331.88**

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our*
*Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business