LAW OFFICES
# CIVILLE & TANG, PLLC

**EXHIBIT 7**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

August 9, 2024
Client #  N13.1373.01
Invoice #  58190

**In Reference To:**   NMI SETTLEMENT FUND

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/2/2024 | JCT | CALL WITH L. PANGELINAN RE ADMIN MATTER. | 0.50 | 175.00 |
| 7/5/2024 | JCT | REVIEW DRAFT LETTER TO J. RAYPHAND RE UNTIMELY APPEALS; CONFERENCE WITH G. SMITH AND N. RIPPLE. | 1.50 | 525.00 |
| 7/9/2024 | JCT | REVIEW AND SIGN SETTLEMENT AGREEMENTS (A. GREGRORIO, N. ADA, A. KING, AND IN ADMIN APPEAL OF R. AGUON; CONF WITH L. PANGELINAN RE FORM 5500 401K MATTERS AND OTHER ISSUES. | 1.70 | 595.00 |
| 7/11/2024 | JCT | ATTEND MEDIATION CONFERENCE RE ADMIN APPEALS. | 3.00 | 1,050.00 |
| 7/12/2024 | JCT | CALL WITH GOV PALACIOS; REVIEW AND REVISE DRAFT OF RESPONSE TO SENATE PRESIDENT RE APGA MISSTATEMENTS; CALL WITH TEAM; REVISE MEDIATION AGREEMENT RE J. RAYPHAND'S CLIENT R. PANGELINAN. | 2.50 | 875.00 |
| 7/15/2024 | JCT | DRAFT AND REVISE LETTER TO SENATE PRESIDENT RE MISSTATEMENTS RE APGA PAYMENTS; REVISE SETTLEMENT AGREEMENT FOR APPEAL OF P. PANGELINAN; CALL WITH TEAM RE SAME. | 2.20 | 770.00 |
| 7/16/2024 | JCT | REVIEW AND REVISE SEVERATION ITERATIONS OF LETTER TO SENATE PRESIDENT RE MISSTATEMENTS RE AGPA PAYMENTS; CALL WITH L. PANGELINAN RE SENATE PRESIDENT'S INQUIRIES RE APPEALS AND SITTING ON HEALTH INSURANCE PANEL. | 1.50 | 525.00 |
| 7/18/2024 | JCT | CONFERENCE WITH TEAM RE REVISED MEDIATION SETTLEMENT AGREEMENTS AND COMMENTS FROM J. RAYPHAND RE P. PANGLINAN MEDIATION. | 0.80 | 280.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND  Page 2
Client #    N13.1373.01
Invoice #   58190
August 9, 2024

|            |     |                                                                                                                  | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/23/2024  | JCT | CALL WITH L PANGELINAN RE BUDGET ISSUES AND STAFFING ISSUES.                                                     | 0.60  | 210.00 |
| 7/26/2024  | JCT | REVIEW NMISF ACTUARY CONTRACT FOR 2024; CALL WITH L. PANGELINAN.                                                 | 0.70  | 245.00 |
| 7/29/2024  | SPC | REVIEWED ORDER ON ORAL ARGUMENT; DISCUSS WITH JCT; REVIEWED BRIEFS; CONFERENCE WITH GPC ON ORAL ARGUMENT AND ISSUES | 0.40  | 120.00 |
| 7/30/2024  | JCT | REVIEW ATTORNEY AUDIT LETTER AND APPROVE; CALL WITH L PANGELINAN RE PAYMENT ISSUES.                              | 0.40  | 140.00 |

**Subtotal Professional Services:**                                                                                                **15.80  $5,510.00**

**GROSS RECEIPTS TAX**                                                                                                             **$137.75**

**TOTAL CURRENT CHARGES**                                                                                                          **$5,647.75**

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.
Civille & Tang, PLLC appreciates your business*