F I L E D
Clerk
District Court
DEC 12 2024
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD I. PALACIOS, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), *et al.*,<br><br>Defendants. | CIVIL CASE NO. 09-00023<br><br><br><br>**ORDER** |

The court hereby schedules this matter for a status hearing on Thursday, January 9, 2025, at 10:30 a.m., at which time the appointed Settlement Fund Trustee, Civille & Tang, PLLC, acting by and through its principal representative Joyce C.H. Tang, shall present an update on the status of the Settlement Fund. Ms. Tang shall file a status report with the court no later than Thursday, January 2, 2025.

The court further orders the following individuals to appear for the status hearing:

- Hon. Arnold I. Palaciols, Governor of the CNMI, or, in his absence, Hon. David M. Apatang, Lt. Governor of the CNMI; and

- Secretary of Finance Tracy B. Norita.

Class counsel and Maggie Ralbovsky, the Settlement Fund's investment consultant, may appear at the hearing by Zoom.

IT IS SO ORDERED.

/s/ **Frances M. Tydingco-Gatewood**
   **Designated Judge**
**Dated: Dec 12, 2024**