# Justin Poon

| | |
|---|---|
| **From:** | Remi Sablan <remisablan68@gmail.com> |
| **Sent:** | Friday, December 13, 2024 2:44 PM |
| **To:** | USDCNMI; MPDml_Clerks |
| **Subject:** | NMI Settlement Fund - Trustee |
| **Attachments:** | Ms. Tang - Settlemen Fund.pdf |

**CAUTION - EXTERNAL:**

The Honorable Ramona V. Manglona
Chief Judge, NMI US District Court

and

The Honorable Heather L. Kennedy
Magistrate Judge, NMI US District Court

Dear Honorable Chief Judge Manglona and
Honorable Magistrate Judge Kennedy

I am writing this letter in great sufferings, emotional stress and anxiety due to non-payment of what I rightfully owned from my late husband's pension as a surviving spouse.
The attached letter to NMI Settlement Fund Trustee, Ms. Tang, explains in detail my concerns.

My letter to Ms. Tang was dated December 5, 2024 and todate, I do not receive any response as to why I have not received the surviving spouse benefits.

I am bringing this matter to your attention, because when I called the Settlement Fund this morning to find out what is delaying my benefit as surviving spouse, I was told that my document is with the legal department audit review. I was told that all pensions are now under audit review. So my question is, all the retirees continue to receive their pension, while they are being audit, but in my case my benefit is being held until their audit is done, I think this is unfair and injustice to human's livelihood.

Also, the reason why I'm bringing this to your attention, because my letter to Ms. Tang was never responded. And Ms. Tang is reporting to you on all matters pertaining to the Settlement Fund, I have no other choice but to also report to you of the unfairness practice of holding my benefits and it's causing me emotional stress and anxiety.

I am hoping you may intervene and request Ms. Tang to release the benefits I am entitled from November 15 & 30th, and December 15. Three missing payment is unacceptable and I will repeat injustice.

Should I be contacted, the attached letter has all my contact information.

Thank you very much for your attention, support and consideration.

My regards,

Remi R. Sablan