REMEDIO R. SABLAN
P.O. Box 500466
Saipan, MP 96950
Email: reimisablan68@gmail.com
Contact No: (670) 785-2598

December 5, 2024

Ms. Joyce C.H. Tang
Settlement Fund Trustee
Capitol Hill, Saipan, MP 96950

Dear Ms. Tang:

This is to respectfully request to consider the following concerns for immediate improvement:

I am a surviving spouse of David C. Sablan who passed away on November 1, 2024. Todate, I have not received any of the surviving spouse retirement benefit.

- Please be aware of the hardship we endured from all funeral expenses and other cost.

- Also the retirement benefit is the only income most retirees are depending for their livelihood. Every day of delayed payment have caused anxiety and emotional stress, for not able to pay the utility bills, telephone and other bills.

- I strongly believe that one week of delay of payment maybe acceptable due to some legal and administrative process, but one month of delay is not acceptable.

- I strongly recommend that you assess your legal and administrative process to eliminate any delays

- We hope you understand the hardship of most retirees or surviving spouse who are in poor health condition and the only means of survival is their pension.

- Lastly, as Trustee, you are entrusted to protect and provide the best interest of the retirees and surviving spouse. The 30 days delay of payment is not in their best interest.

Thank you for your considerations and support.

Remi R. Sablan
Surviving Spouse