# EXHIBIT A

**NMISF SETTLED CASES SUBJECT TO COURT APPROVAL**

| ** | Case Name | Nature of Matter | Status | Amount Owed | Repayment Period |
|---|---|---|---|---|---|
| 1 | L. Benavente | Overpayment of survivor benefits based on incorrect computation of retiree's benefits, which improperly included overtime and compensatory time hours in benefit computation | Settled during mediation and in repayment, subject to Court approval of repayment period. | $ 3,475.75 | 14.5 years |
| 2 | C. Castro | Overpayment of survivor benefits based on incorrect computation of retiree's benefits, which improperly included overtime and compensatory time hours in benefit computation | Settled during mediation and in repayment, subject to Court approval of repayment period. | $ 1,291.41 | 2.7 years |
| 3 | J. Calvo | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | Settled outside mediation and in repayment, subject to Court approval of repayment period. | $ 39,021.04 | 6.5 years |
| 4 | F. Camacho | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | Settled outside mediation and in repayment, subject to Court approval of repayment period. | $ 18,506.19 | 7.75 years |
| 5 | L. Cinco | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | Settled outside mediation and in repayment, subject to Court approval of repayment period. | $ 42,605.71 | 8 years |
| 6 | A. King | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | Settled outside mediation and in repayment, subject to Court approval of repayment period. | $ 6,718.95 | 5.6 years |
| 7 | R. San Nicolas | Overpayment of survivor benefits based on incorrect computation of retiree's benefits, which improperly included overtime and compensatory time hours in benefit computation | Settled outside mediation and in repayment, subject to Court approval of repayment period. | $ 7,029.09 | 3 years |
| 8 | N. Taitano | Overpayment of survivor benefits based on incorrect computation of retiree's benefits, which improperly included overtime and compensatory time hours in benefit computation | Settled during mediation and in repayment, subject to Court approval of repayment period. | $ 22,978.40 | 7 years |