# EXHIBIT 1





**Arnold I. Palacios**
Governor

**David M. Apatang**
Lieutenant Governor

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
# OFFICE OF THE GOVERNOR

September 30, 2024                                            GOV 2024-676

The Honorable Edmund S. Villagomez
Speaker, House of Representatives
23rd Northern Marianas Commonwealth Legislature
Saipan, MP 96950

The Honorable Edith E. DeLeon Guerrero
Senate President
23rd Northern Marianas Commonwealth Legislature
Saipan, MP 96950

Dear Mr. Speaker and Madame President:

This is to inform the Legislature that I have signed into law House Bill 23-115, HD1, HS1, SS2, entitled, "To make appropriations for the operations and activities of the Government of the Commonwealth of the Northern Mariana Islands, its agencies, instrumentalities, and independent programs, and to provide budget authority for government corporations for Fiscal Year 2025; and for other purposes," ("Appropriations and Budget Authority Act of 2025" or the "Act") with the exception of several disapproved parts of the Act.

I acknowledge the 23rd Legislature for its hard work, diligence, and spirit of cooperation in timely passing a budget to maintain continuity of government operations.

Article III, Section 9(a) of the NMI Constitution provides a timeline and penalty provision for the Governor and the Legislature to submit and pass a balanced budget. As Governor, I must submit a balanced budget to the Legislature on or before April 1st. The Legislature is mandated to pass a balanced budget by October 1st, and if no budget is passed by the first day of the fiscal year, no funds may be expended by the General Fund except for essential services. I applaud the Legislature for ensuring the budget for Fiscal Year 2025 reached my desk with sufficient time for my review.

The goal in this budget is to maintain fiscal stability at a time when resources are scarce, meet government obligations, and ensure public safety and welfare in our community. However, the Legislature did not provide funding for continuation of the 25% pension payments, which places our retirees at risk of losing this percentage of their promised benefits. I urge for this funding shortfall to be addressed as soon as possible.

In addition to the foregoing concerns, I have line-item vetoed several parts of the Act which I have found unclear, ambiguous, or problematic either in their inconsistency with existing provisions of law, or in their implementation or imposition of additional steps that would hinder efficiency in government operations.

My comments and actions are as follows:

## COMMENTS ON APPROVED PARTS OF THE ACT

### Section 103. Definitions
This section does not define the term "outside sources," which is used several times in the Act and may be ambiguous. In the future, clarity could be provided as to when non-local funds are meant, when all moneys outside the General Fund are meant, etc.

### Section 201. Estimated Revenues
Section 201, which prescribes how the allotments are to be issued at the beginning of the Fiscal Year, conflicts with Sections 703(b), 704(b), 704(f)(2), and 705(d). Section 201 dictates that the funds for Fiscal Year 2025 shall be allotted monthly, while Sections 703(b), 704(b), and 705(d) authorize allotments to be issued on a quarterly basis. Moreover, Section 704(f)(2) allows each member a one-month advance allotment. I am vetoing those provisions that provide for quarterly allotments to resolve the conflict with this Section.

### Section 501. Reprogramming Authority
I acknowledge the Legislature's extension of 100% reprogramming authority for Fiscal Year 2025 in this critical time when funding is limited and maximum flexibility is necessary for program implementation.

### Section 603. Salary Cap
Section 603(c) temporarily addresses the gap in compensation for the Secretary of the Department of Lands and Natural Resources. The salary is raised from $48,000 to $54,000 to be more horizontally equitable across Cabinet-level appointees. The Salary Compensation Act could be revisited with a permanent amendment to 1 CMC § 8425 to address compensation for Cabinet appointees who were not included in P.L. 19-83. The Legislature may also consider a general pay scale for positions across the three branches of government to provide for horizontal equity between similarly-situated employees, including between statutorily and constitutionally mandated salaries.

### Section 606. Cell #1 and Cell #2 of the Marpi Landfill Closure Financial Assurance Mechanism
Section 606 commits the full faith and credit of the government to effectuate the closure of Cell #1 and Cell #2 of the Marpi Landfill should the program be faced with a funding shortfall. This provision is unclear as to whether the CNMI government is limited to the General Fund as opposed to other sources of funds.

### Section 703. Judicial Branch
Section 703(d) provides the Judiciary with appropriate flexibility to use other sources to mitigate funding shortfalls in the General Fund.

### Section 704. Legislative Branch
Section 704(d) provides the Legislature with appropriate flexibility to use other sources to mitigate funding shortfalls in the General Fund.

### Section 705. Executive Branch
Section 705(e) provides for law enforcement officers in the Department of Public Safety and the Department of Fire and Emergency Services eligible to receive overtime to be covered using outside sources. The same measure was extended to law enforcement officers in the First and Second Senatorial Districts in Section 706(b) and Section 707(b). I would encourage the Legislature in the future to treat all law enforcement agencies similarly. The measure may affect the morale of other law enforcement officers, such as those in the Department of Corrections or the Department of Commerce's ABTC sworn enforcement officers.

## VETOED PARTS OF THE ACT

### Section 201. Estimated Revenues
The breakdown of revenues available for appropriation to the Department of Public Lands into resources available to DPL and resources available to the Marianas Public Land Trust is disapproved, for the reasons discussed under Section 711, below.

### Section 203. Reporting Requirements for the Secretary of Finance
Subsections 203(d) and 203(e) are hereby disapproved. The inclusion of this provision is redundant and unnecessary because reporting requirements for the Secretary of Finance are prescribed in 1 CMC § 7204(e) and 1 CMC § 7604 in the Planning and Budgeting Act. Compliance reporting requirements are stipulated throughout this bill directed only at the Secretary of Finance, but not to the expenditure authorities of autonomous agencies or government corporations. My administration is committed to ensuring timely compliance according to law. Reporting requirements and compliance standards should be applied equally across the instrumentalities of government.

Subsection (e) also risks exceeding the constitutional reach of the Legislature under the separation of powers by stipulating adverse personnel actions for an Executive Branch officer. Administrative human resources penalties directed at the Secretary of Finance are unnecessary to enforce reporting requirements, which can be enforced, like any provision of law, through a suit at law.

### Section 605. Legal Holidays
Section 605 is disapproved, as prohibiting pay adjustment for working on legal holidays risks violation of the federal Fair Labor Standards Act (FLSA).

### Section 608. Vacant Positions
This section is disapproved as its implementation would pose practical problems. The hiring process typically takes more than 30 days and this measure would unduly restrict the Executive Branch's ability to respond to operational needs.

**Section 703. Judicial Branch**
Section 703(b) is disapproved because quarterly allotments to the Judiciary would be inconsistent with Section 201.

**Section 704. Legislative Branch**
Section 704(b) is disapproved because quarterly allotments to the Legislature would be inconsistent with Section 201.

**Section 705. Executive Branch**
Section 705(d) is disapproved because quarterly allotments to the Executive Branch would be inconsistent with Section 201.

**Section 709. Other Programs**
I have disapproved the requirement in Subsection (e) that the CNMI Medical Referral Program/Health Network Program will include stipends, airfare, and lodging for patients and escorts in inter-island medical referral services. The appropriation for the Health Network Program is insufficient to cover such costs. CHCC should have the flexibility to identify outside sources to address the budget gap.

**Section 711. Department of Public Lands**
The disapproved part of this section provides for DPL to use funds held in reserve accounts for its FY 2025 operations while remitting collections during the year to the Marianas Public Land Trust, rather than the converse. This provision is in tension with Article XI, Section 5(g) of the NMI Constitution and Public Law 15-2, which mandate that any unobligated funds at the end of the fiscal year must be remitted to MPLT and not kept in reserve. DPL's funding in a given fiscal year should be derived from leases paid to DPL during that fiscal year and any unobligated funds at the end of that fiscal year should not be placed in reserve but remitted to MPLT.

As mandated by Article II, Section 7 of the NMI Constitution, the corresponding lines in Schedule A are likewise line-item vetoed. The difference between the General Fund Grand Total and the General Fund Grand Total with DPL in Schedule A, i.e., $5,566,075.00, thus constitutes the appropriation to DPL.

**Section 712. Transparency and Accurate Information Access**
I have disapproved Section 712, as access to the Munis Financial System has already been available to administrative and financial employees of the government since the transition from the JD Edwards System. Funding must be identified to address the cost of additional training hours and customized reporting preferences requested by this Section.

The inclusion of subsection 712(a)(2) is redundant and unnecessary because reporting requirements for the Secretary of Finance are prescribed in 1 CMC § 7204(e) and 1 CMC § 7604 in the Planning and Budgeting Act. My administration remains committed to continue providing user-friendly, digitally formatted data of reports submitted.

Subsection 712(a)(3) is redundant and unnecessary, as the Open Government Act provides for records requests of this nature.

### Section 713. Violation of Spending Limits
I have disapproved the additional penalties and sanctions in Section 713. The Planning and Budgeting Act, as amended, has adequate enforcement provisions to assure compliance with its and this Act's expenditure restrictions.

### Section 801. Administrative Provisions
I am disapproving subsection 801(a), which mandates monthly allotment of outside sources. Outside sources are allocated when funding becomes available. There is a timing concern with this provision, as outside sources are not always available at the beginning of the Fiscal Year.

### Section 802. Outside Sources
I have disapproved parts of Subsection (b) because of inconsistency between the original language and U.S. Public Law 115-218 which governs the use and administration of the CW funds. The federal law does not limit training programs to only those for vocational training. The federal law also provides restrictions on the administration of the funds, including reprogramming and fiscal year limitation. Further, the U.S. Department of Labor has already approved the CNMI's plan for allocation of the CW fees.

I caution that the sums of $541,597.00 and $1,300,000.00 in Tobacco Settlement Funds and Commonwealth Worker Fee Funds, respectively, are only an estimate of revenues likely to be collected in Fiscal Year 2025. Actual collections will likely fluctuate by quarter, potentially affecting distribution to entities provided in Section 802(b) of the Act. My administration will maintain the current practice of allocating funding when funds become available.

With my signature, this bill, with the exception of the vetoed provisions, becomes Public Law No. 23-26. Copies of the public law bearing my signature are forwarded for your reference.

Sincerely,

**ARNOLD I. PALACIOS**


cc:     Lieutenant Governor
        Secretary of Finance
        Special Assistant for Programs and Legislative Review
        All Mayors
        Executive Assistant for Carolinian Affairs
        Members of the 23rd Legislature

Public Law No. 23-26

# TWENTY-THIRD NORTHERN MARIANA COMMONWEALTH LEGISLATURE
# IN THE HOUSE OF REPRESENTATIVES

### FOURTH REGULAR SESSION

### AUGUST 8, 2024

**REPRESENTATIVE RALPH N. YUMUL OF SAIPAN, PRECINCT 3** (*for himself,* Representatives Blas Jonathan "BJ" T. Attao, and Diego V. F. Camacho) in an open and public meeting with an opportunity for the public to comment, introduced the following Bill:

---

## H. B. No. 23-115, HD1, HS1, SS2

### AN ACT

**TO MAKE APPROPRIATIONS FOR THE OPERATIONS AND ACTIVITIES OF THE GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, ITS AGENCIES, INSTRUMENTALITIES, AND INDEPENDENT PROGRAMS, AND TO PROVIDE BUDGET AUTHORITY FOR GOVERNMENT CORPORATIONS FOR FISCAL YEAR 2025; AND FOR OTHER PURPOSES.**

---

### IN THE HOUSE OF REPRESENTATIVES

The Bill was not referred to a House Committee.

### THE BILL WAS PASSED BY THE HOUSE OF REPRESENTATIVES ON FIRST AND FINAL READING, AUGUST 8, 2024;
*with amendments* in the form of H. B. No. 23-115, HD1, HS1 and transmitted to **THE SENATE.**

### IN THE SENATE

The Bill was referred to the Senate Committee on Fiscal Affairs.
**THE BILL WAS PASSED BY THE SENATE ON FIRST AND FINAL READING, SEPTEMBER 18, 2024**;
*with amendments* in the form of H. B. No. 23-115, HD1, HS1, SS2 and returned to **THE HOUSE OF REPRESENTATIVES**.

The House of Representatives accepted the Senate amendments and passed H. B. No. 23-115, HD1, HS1, SS2 during its 3rd Day, Fourth Regular Session on September 24, 2024.

**H. B. NO. 23-115, HD1, HS1, SS2 IS DULY PASSED BY THE TWENTY-THIRD NORTHERN MARIANAS COMMONWEALTH LEGISLATURE.**

_____
**Linda B. Muña, House Clerk**

Public Law No. 23-26



TWENTY-THIRD NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

# IN THE HOUSE OF REPRESENTATIVES

### THIRD DAY, FOURTH REGULAR SESSION
### SEPTEMBER 24, 2024

---

## H. B. No. 23-115, HD1, HS1, SS2

## AN ACT

TO MAKE APPROPRIATIONS FOR THE OPERATIONS AND ACTIVITIES OF THE GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, ITS AGENCIES, INSTRUMENTALITIES, AND INDEPENDENT PROGRAMS, AND TO PROVIDE BUDGET AUTHORITY FOR GOVERNMENT CORPORATIONS FOR FISCAL YEAR 2025; AND FOR OTHER PURPOSES.

## BE IT ENACTED BY THE TWENTY-THIRD NORTHERN MARIANAS COMMONWEALTH LEGISLATURE:

1    SECTION 101. SHORT TITLE.

2    To make appropriations for the operations and activities of the Government

3    of the Commonwealth of the Northern Mariana Islands, its agencies,

4    instrumentalities, and independent programs, and to provide budget authority for

5    government corporations for Fiscal Year 2025; and for other purposes.

6    SECTION 102. PURPOSE.

7    This Act appropriates local funds for the operations and activities of the

8    Government of the Northern Mariana Islands, its agencies, instrumentalities,

9    independent agencies and political subdivisions, and provides authority for

## HOUSE BILL 23-115, HD1, HS1, SS2

1  government corporations for Fiscal Year 2025 commencing October 1, 2024 and

2  ending September 30, 2025.

3      **SECTION 103. DEFINITIONS.**

4      As used in this Act:

5      (a) "ORG" means Organization Code.

6      (b) "NEW" means that the Legislature hereby authorizes the Secretary of

7  Finance to establish an organization code as set forth therein for the named entity.

8      (c) Government of the Commonwealth of the Northern Mariana Islands

9  includes:

10      (1) Judicial Branch, which includes the following organization codes:

11      11510600    Justices and Judges

12      11510400    Supreme Court

13      11510300    Superior Court

14      11510100    Judiciary Administrative Office

15      11510500    Law Revision Commission

16      11510700    Drug Court

17      11511000    Mental Health Court

18      (2) Legislative Branch, which includes the following organization codes:

19      11620100    House of Representative Salaries

20      11620200    House Members Allocation

21      11620300    House Leadership Account

22      11620400    Senator Salaries

23      11620500    Senate Members Allocation

24      11620600    Senate Leadership Account

25      11620700    Legislative Bureau

26      11620800    CNMI Youth Congress

27      (3) Executive Branch, which includes the following departments and offices:

28      (A) Offices of the Governor, which includes the following organization codes:

HOUSE BILL 23-115, HD1, HS1, SS2

1      11261100    Governor's Office

2      11269000    Governor's Discretionary Account

3      (B) Office of the Lt. Governor

4      11262000    Lt. Governor's Office

5      11269100    Lt. Governor's Discretionary Account

6      (C) Other Offices of the Governor and Lt. Governor

7      11260900    Management and Budget

8      11260100    Administrative Services

9      11260700    CNMI Homeland Security and Emergency Management Office

10      11261800    Office of Youth Affairs

11      11260500    Office of Planning & Development

12      11261300    Board of Parole

13      11261000    Office of Grants Management

14      11261200    Public Defender

15      11260200    Carolinian Affairs Office

16      11260800    Indigenous Affairs Office

17      11261400    Veterans Affairs Office

18      11261600    Women's Affairs Office

19      11261900    Environmental Quality Saipan

20      11262200    Saipan Zoning Board

21      11260400    Criminal Justice Planning Agency

22      11261500    Vocational Rehabilitation Service

23      11882200    Medicaid Reimbursement

24      11880300    Medicaid Agency

25      11850400    Medicaid Enterprise Systems & Health Information

26                  Technology

27      (D) Department of Commerce, which includes the following organization

28 codes:

HOUSE BILL 23-115, HD1, HS1, SS2

| | | |
|---|---|---|
| 1 | 11160100 | Secretary of Commerce |
| 2 | 11160300 | Economic Development – Saipan |
| 3 | 11160400 | Statistical Research |
| 4 | 11160200 | Alcoholic Beverage & Tobacco Control |
| 5 | 11160500 | Enforcement & Compliance |
| 6 | 11160600 | Workers Compensation Commission |

7    (E) Department of Community and Cultural Affairs, which includes the
8 following organization codes:

| | | |
|---|---|---|
| 9 | 11120100 | Secretary of CCA |
| 10 | 11120800 | Youth Services – Saipan |
| 11 | 11120900 | Child Care Licensing Program |
| 12 | 11120600 | Historic Preservation – Saipan |
| 13 | 11120700 | Office on Aging – Saipan |
| 14 | 11120200 | Council for Arts & Culture |
| 15 | 11121000 | Low Income Home Energy Asst. Program |
| 16 | 11121200 | Chamorro/Carolinian Language Commission |
| 17 | 11121400 | Nutrition Assistance Program |

18    (F) Department of Corrections, which includes the following organization
19 codes:

| | | |
|---|---|---|
| 20 | 11130100 | Corrections Commissioner |
| 21 | 11130200 | Juvenile Detention Unit |

22    (G) Department of Fire and Emergency Medical Services, which includes
23 the following organization codes:

| | | |
|---|---|---|
| 24 | 11140100 | Administration |
| 25 | 11140300 | Emergency Services |
| 26 | 11140200 | Fire Prevention & Arson Investigation |
| 27 | 11140400 | Emergency Medical Services |
| 28 | 11140500 | Logistics and Support |

HOUSE BILL 23-115, HD1, HS1, SS2

1       11140600    DFEMS Training Section

2       11140700    DFEMS Dispatch Section

3       (H) Department of Finance, which includes the following organization

4   codes:

5       11170100    Secretary of Finance

6       11170800    Finance and Accounting – Saipan

7       11170700    Treasury

8       11170500    Revenue and Taxation – Saipan

9       11170400    Procurement & Supply – Saipan

10      11170900    Customs Services – Saipan

11      11170200    Office of Information Technology

12      11171000    Passport Office

13      (I) Department of Labor, which includes business codes:

14      11180100    Secretary of Labor

15      11180400    Administrative Hearing Office

16      11180500    Employment Services

17      11180700    Labor Enforcement Fund

18      (J) Department of Lands and Natural Resources, which includes the

19   following organization codes:

20      11190100    Secretary of DLNR

21      11190700    Agriculture

22      11190800    Fish & Wildlife – Saipan

23      11190400    Parks & Recreation – Saipan

24      11190500    Soil & Water (SPN & NI) District

25      11190900    Land Registration & Survey – Saipan

26      (K) Department of Public Safety, which includes the following organization

27   codes:

28      11150400    DPS Commissioner

### HOUSE BILL 23-115, HD1, HS1, SS2

| 1 | N/A | Executive Protection Services |
|---|---|---|
| 2 | 11150500 | Police – Saipan |
| 3 | 11150100 | Administrative Division |
| 4 | 11150300 | Motor Vehicles Division |

(L)    Department of Public Works, which includes the following organization codes:

| 7 | 11200100 | Secretary of DPW |
|---|---|---|
| 8 | 11200200 | Building Safety Code |
| 9 | 11200500 | Roads and Grounds Division |
| 10 | 11200600 | Solid Waste Management |
| 11 | 11200700 | Technical Services Division |

(4) First Senatorial District (Rota) which includes the following the following organization codes:

| 14 | 12270100 | Mayor Rota |
|---|---|---|
| 15 | 12710100 | Municipal Council – Rota |
| 16 | 12170800 | Finance & Accounting – Rota |
| 17 | 12170500 | Revenue & Taxation – Rota |
| 18 | 12170400 | Procurement & Supply – Rota |
| 19 | 12170900 | Customs Service – Rota |
| 20 | 12120600 | Historic Preservation – Rota |
| 21 | 12120400 | Sports & Recreation – Rota |
| 22 | 12180100 | Labor – Rota |
| 23 | 12160300 | Commerce - Rota (Economic Development Rota) |
| 24 | 12150500 | Police - Rota (DPS) |
| 25 | 12140100 | Fire & EMS – Rota |
| 26 | 12190700 | Agriculture – Rota |
| 27 | 12190800 | Fish & Wildlife – Rota |
| 28 | 12190400 | Parks & Recreation – Rota |

HOUSE BILL 23-115, HD1, HS1, SS2

1    12190500    Soil and Water Conservation – Rota

2    12190900    Land Registration & Survey – Rota

3    12200100    Public Works - Rota (Operations and Maintenance Rota)

4    12880900    Public Library – Rota

5    (5) Second Senatorial District (Tinian and Aguiguan) which includes the

6    following organization codes:

7    13270100    Mayor Tinian

8    13710100    Municipal Council – Tinian

9    13170800    Finance & Accounting – Tinian

10   13170500    Revenue & Taxation – Tinian

11   13170400    Procurement & Supply – Tinian

12   13170900    Customs Service – Tinian

13   13120600    Historic Preservation – Tinian

14   13120700    Aging – Tinian

15   13120400    Sports & Recreation – Tinian

16   13180100    Labor – Tinian

17   13160300    Commerce-Tinian (Economic Development Tinian)

18   13150500    Police - Tinian (DPS)

19   13140100    Fire and EMS – Tinian

20   13190700    Agriculture – Tinian

21   13190800    Fish & Wildlife – Tinian

22   13190400    Parks & Recreation – Tinian

23   13190500    Soil & Water Conservation -Tinian

24   13200100    Public Works-Tinian (Operations & Maintenance Tinian)

25   13880900    Public Library – Tinian

26   (6) Third Senatorial District – Saipan & Northern Islands Mayors &

27   Municipal Council which includes the following organization codes:

28   11270100    Mayor Saipan

HOUSE BILL 23-115, HD1, HS1, SS2

1       14270100   Mayor Northern Islands

2       11710100   Municipal Council Saipan

3   (7) Boards and Commissions which include the following the following

4   organization codes:

5       11110700   Board of Civil Service Commission

6       11111100   Office of Personnel Management – Saipan

7       13111100   Office of Personnel Management – Tinian

8       12111100   Office of Personnel Management – Rota

9       11110200   Commonwealth Election Commission

10      11110500   Board of Professional Licensing

11      11110800   Commonwealth Public Utilities Commission (CPUC)

12      11111200   Commonwealth Casino Commission

13      11110900   Commonwealth Cannabis Commission

14      11111000   CNMI Cannabis Commission Board

15  (8) "Independent Programs" means government programs under separate

16  boards established by law (unless receiving appropriations or budget authority

17  under another heading), specialized general items of appropriations, and those

18  non-profit corporations and associations or organizations established outside of

19  the Government of the Commonwealth of the Northern Mariana Islands to which

20  the Commonwealth Government provides financial assistance includes the

21  following organization codes:

22      11881400   CNMI Scholarship Office

23      11881500   Substance Abuse Prevention

24      11880500   Elected Attorney General

25      11884200   25% Retirees' Pension Benefits

26      11881600   NMI DC Employer Contributions

27      11881700   GHLI Retirees

28      11883100   Northern Marianas Sports Association

## HOUSE BILL 23-115, HD1, HS1, SS2

| 1  | 11881800 | Gov't Health Insurance Employer Contribution (Active |
| 2  |          | Employees) |
| 3  | unassigned | Government Utilities |
| 4  | 11880900 | Joeten/Kiyu Public Library |
| 5  | 11884500 | General Fund Deficit Reduction |
| 6  | 11881900 | NMIRF - Gov/Lt. Gov Pension |
| 7  | 11884600 | Judgments Against Government |
| 8  | 11880200 | NMI Museum of History and Culture |
| 9  | 11882400 | Commonwealth Cancer Association |
| 10 | 11884400 | Government Operational Costs |
| 11 |          | Public Assistance Matching |
| 12 | (9) Other Programs: |
| 13 | 11850100 | Commonwealth Healthcare Corp. (CHCC Subsidy) |
| 14 | 11850700 | Health Network Program |
| 15 | 11881000 | Northern Marianas College |
| 16 | 11882100 | NMC Board of Regents |
| 17 | 11881300 | Marianas Visitors Authority |
| 18 | 11881100 | Public School System |
| 19 | 11882000 | PSS Board of Education |
| 20 | 11883300 | Micronesian Legal Services Corporation |
| 21 | 11883500 | Northern Marianas Technical Institute |
| 22 | (10) Public Corporations which include the following: |
| 23 | Commonwealth Economic Development Authority |
| 24 | Commonwealth Ports Authority |
| 25 | Commonwealth Utilities Corporation |
| 26 | Northern Marianas Housing Corporation |
| 27 | Office of the Public Auditor |

HOUSE BILL 23-115, HD1, HS1, SS2

1    (d) "Local funds" means locally generated revenues and revenues received
2    pursuant to Section 702 (a) of the Covenant.

3    (e) "Operations" means appropriations for all lawful activities other than
4    personnel.

5    (f) "Personnel" means appropriations for salaries, employer's contribution
6    to the Northern Marianas Retirement Fund, the Defined Contribution Plan,
7    overtime, night differential, hazardous pay, and other employee wages and
8    benefits.

9    (g) "Number of Positions"(NOP) means the maximum number of persons
10   that may be employed, pursuant to Article X, Section 7 of the Commonwealth
11   Constitution but does not include Workforce Investment Agency, substitute
12   teachers, summer trainees, teacher aides, physicians, licensed professional nurses
13   and licensed allied health providers working part-time and paid only for
14   instructional time, student-teacher trainees, or short terms specialized
15   instructors, such as visiting artists, performers, writers, and the like. For purposes
16   of this exception, "part-time" means employment not exceeding 40 hours in any
17   biweekly pay period, and "short-term" means not more than 90 instructional days
18   of employment within the Public School System during the fiscal year.

19                    **CHAPTER II. ESTIMATED REVENUES**

20   **SECTION 201. ESTIMATED REVENUES.**

21   Pursuant to House Concurrent Resolution No. 23-3, HS1, SS1 the total
22   estimated revenues and resources approved and identified for Fiscal Year 2025
23   are as follows:

24   I. The total identified budgetary resources for FY 2025 is          $158,614,274
25   II. Less Earmarks and Transfers Out:
26      (1) MVA – Hotel (80%) 4 CMC §1803                   ($4,412,374)
27      (A) Less Debt Service Previously Appropriated:
28      (1) 2007A Refunding Bond Payment                     ($3,618,500)

## HOUSE BILL 23-115, HD1, HS1, SS2

| | | |
|---|---|---|
| 1 | (2) 2007B Refunding Bond Payment | ($3,391,750) |
| 2 | (B) Less Debt Service Settlement Fund | |
| 3 | Agreement, 468-1, PL 20-33: | ($32,000,000) |
| 4 | (C) 2020 Pension Obligation Note Payment: | ($2,886,600) |
| 5 | (D) MPLT 2019 Loan | ($831,039) |
| 6 | **Subtotal** | **($47,140,263)** |
| 7 | III. Total local revenue and resources: | |
| 8 | (a) Total local revenue and resources available for appropriation for | |
| 9 | Commonwealth Government activities in Fiscal Year 2025: | $111,474,011 |
| 10 | (b) Department of Public Lands | $5,566,075 |
| 11 | (1) Less MPLT: | $5,566,073 |
| 12 | (2) Less DPL: | $2 |
| 13 | **Grand Total** | **$117,040,086** |

14  Notwithstanding 1 CMC § 7204, funds for Fiscal Year 2025 shall be allotted

15  monthly; except programs and agencies that require one-time payments shall

16  receive advance allotments. These programs include but shall not be limited to:

17  the CNMI Scholarship Office, the Commonwealth Healthcare Corporation, the

18  CNMI Public School System, the Northern Marianas College, and the Northern

19  Marianas Technical Institute.

20  **SECTION 202. SUSPENSION OF EARMARKED FUNDS.**

21  Except for debt service obligations and other earmarking of funds as

22  permitted in Section 201 of this Chapter, the earmarking, reservation,

23  commitment, allotment, or allocation of funds pursuant to the following public

24  laws are hereby suspended for the Fiscal Year 2025:

25  a)  Tobacco Control – Cigarette Tax, PL 13-38 – 3 CMC § 2177;

26  b)  GHLI – 50% Cigarette 4 CMC §1402(g)(3) – PL 18-64;

27  c)  Cancer Fund – Cigarette Tax, 4 CMC § 1402(g)(2);

28  d)  NMIRF – Hotel Tax (20%), 4 CMC § 1803;

HOUSE BILL 23-115, HD1, HS1, SS2

1    e)    Solid Waste R/F per 4 CMC § 1402(g)(1) – PL 18-64;

2    f)    PSS Technical Education – 4 CMC § 1503(f);

3    g)    NMIRF – Alcohol Container (30%), 4 CMC § 1803;

4    h)    MVA – Alcohol Container (20%), 4 CMC § 1803;

5    i)    NMIRF DB Plan Fund – 15% E-gaming, Public Law 18-30, 4 CMC §

6    1511 (a);

7    j)    NMIRF – 60% E-gaming, Public Law 18-30, 4 CMC § 1511 (b);

8    k)    Solid Waste Management Revolving Fund, 2 CMC §3551;

9    l)    Foreign Worker Fee Fund, PL 17-01 - 3 CMC § 4968; Suspended

10    Indefinitely;

11    m)    Vehicle Registration Fees, PL 11-55 - 9 CMC § 2104;

12    n)    Admiralty and Maritime Fees, 2 CMC §1222;

13    o)    Weapon Fees, PL 19-73 – NMIAC § 150-70-120;

14    p)    Lottery Commission Revenue, PL 3-60 –1 CMC §§ 9317-9318;

15    q)    3rd Senatorial District – 15% E-gaming, Public Law 18-30,

16    4 CMC § 1511 (c);

17    r)    1st and 2nd Senatorial District – 10% E-gaming, Public Law 18-30, 4

18    CMC § 1511 (d);

19    s) 3rd and 2nd Senatorial District – Public Law 20-59, 4 CMC § 1508(a)(1)(2);

20    and

21    t)    Developers Infrastructure Tax (100%) — 4 CMC §§ 1938-1939

22    **SECTION 203. REPORTING REQUIREMENTS FOR THE SECRETARY OF**

23    **FINANCE.**

24    (a) Comparison of Actual Revenues Collected and Revenues Estimated.

25    Notwithstanding any law to the contrary, the Secretary of Finance shall submit

26    to the Presiding Officers of the Legislature, Chairperson of the Senate Committee

27    on Fiscal Affairs and the Chairperson of the House Committee on Ways and

28    Means, at the end of each quarter, a fund status report comparing the actual

## HOUSE BILL 23-115, HD1, HS1, SS2

1    revenues collected and the revenues estimated of all funds appropriated for the
2    operations and activities of the Commonwealth Government in this Act. The
3    Secretary of Finance shall meet with the Chairperson of the Senate Committee on
4    Fiscal Affairs and the Chairperson of the House Committee on Ways and Means
5    in mid-February, mid-May and mid-August to discuss actual revenues collected
6    versus the revenues estimated.

7    (b) Comparison of Actual Expenditures and Appropriated Expenditures.
8    Notwithstanding any law to the contrary, the Secretary of Finance shall submit
9    to the Presiding Officers of the Legislature, Chairperson of the Senate Committee
10    on Fiscal Affairs and the Chairperson of the House Committee on Ways and
11    Means, at the end of each quarter, a fund status report comparing the actual
12    expenditures and appropriated expenditures of all funds appropriated for the
13    operations and activities of the Commonwealth Government in this Act.

14    (c) Transfer In and Out Funds. Notwithstanding any law to the contrary,
15    the Secretary of Finance shall submit to the Presiding Officers of the Legislature,
16    at the  end of each quarter, a fund status report on the funds transferred in and
17    out each quarter pursuant to Section 201 of this Act.

18    ~~(d) All Other Source. The Secretary of Finance shall report revenues in~~
19    ~~excess of $200,000.00 received from other sources that are not identified in this~~
20    ~~Act.~~

21    ~~(e) Violation. The salary of the Secretary of Finance shall be suspended for~~
22    ~~at least 30 days and the salary shall not be restored until the Secretary of Finance~~
23    ~~provides all the reports under this section to the Presiding Officers of the~~
24    ~~Legislature, Chairperson of the Senate Committee on Fiscal Affairs, and the~~
25    ~~Chairperson of the House Committee on Ways and Means. Provided that the~~
26    ~~Secretary of Finance shall not be entitled to indemnification, defense, or~~
27    ~~reimbursement under the Government Liability Act or any other Commonwealth~~
28    ~~Law.~~

13

HOUSE BILL 23-115, HD1, HS1, SS2

1                      **CHAPTER III.**

2     **GOVERNMENT CORPORATIONS AND DESIGNATED**

3                  **AGENCIES/ACTIVITIES**

4    SECTION 301. APPROPRIATION AND BUDGET AUTHORITY.

5        Pursuant to 1 CMC § 7206 and as provided herein, budget and expenditure

6 authority for the following activities is hereby approved. Expenditures in excess

7 of the budget authority approved herein for agencies to which public funds are

8 appropriated shall not be incurred or committed and hiring in excess of the

9 number of positions authorized by this Act is prohibited, unless authorized by a

10 legislative joint resolution in accordance with Section 7, Article X of the N.M.I.

11 Constitution.

| | ACTIVITIES | NOP | PERSONNEL | OPERATIONS | TOTAL |
|---|---|---|---|---|---|
| 13 | (a) Commonwealth Economic Development Authority | 11 | $1,165,331 | $46,800 | $1,212,131 |
| 14 | (b) Commonwealth Ports Authority | 245 | $6,949,977 | $12,495,739 | $19,445,716 |
| 15 | (c) Commonwealth Utilities Corporation | 572 | $23,255,463 | $92,544,537 | $115,800,000 |
| 16 | (d) Northern Marianas Housing Corporation. | 106 | $5,348,973 | $8,128,939 | $13,477,912 |
| 17 | (e) Office of the Public Auditor | 17 | $959,200 | $774,804 | $1,734,004 |
| 18 | (f) Commonwealth Healthcare Corporation | 1,123 | $79,892,714 | $51,520,439 | $131,413,153 |
| 19 | (g) Commonwealth Casino Commission | 3 | $2,899,336 | $1,379,545 | $4,278,881 |
| 20 | (h) Northern Marianas Technical Institute | 31 | $1,150,079 | $1,629,323 | $2,779,402 |
| 21 | (i) Marianas Visitors Authority | 41 | $1,649,522 | $10,690,330 | $12,339,852 |
| 22 | (j) Northern Marianas College | 244 | $12,806,348 | $4,220,678 | $17,027,026 |
| 23 | (k) Marianas Public Land Trust | -- | $286,300 | $1,087,205 | $1,373,505 |
| 24 | **Grand Total:** | **2,393** | **$136,300,243** | **$184,518,339** | **$320,881,582** |

25        Notwithstanding the above dollar amounts, the entities above shall expend

26 only the lesser of funds actually generated, collected, or received, or the amounts

27 indicated above.

## HOUSE BILL 23-115, HD1, HS1, SS2

1    SECTION 302. PRIOR CERTIFICATION OF FUNDS.

2    No contract shall be entered into with the Commonwealth or any

3    government entity therein without first receiving from the Secretary of the

4    Department of Finance certification that lawful and sufficient funds have been

5    appropriated. Notwithstanding any Commonwealth laws, regulations, or

6    provisions to the contrary, this section shall not apply to the Judicial Branch, the

7    Public School System, and the Northern Marianas College.

8    SECTION 303. REPORTING REQUIREMENT.

9    In Fiscal Year 2025, the expenditure authorities of the foregoing activities

10   listed in Section 301 and the CNMI Public School System, shall submit to the

11   Presiding Officers of the Legislature, Chairperson of the Senate Committee on

12   Fiscal Affairs and the Chairperson of the House Committee on Ways and Means,

13   within 30 days at the end of each quarter, a fund status report on the expenditures

14   for personnel and operations of each government entity, and the payments of the

15   public auditor's fee, for the quarter ended and, if applicable, year-to-date totals as

16   of the close of the reporting period.

17   Furthermore, notwithstanding any provisions or laws to the contrary, all

18   additional resources realized within the fiscal year outside of those specified and

19   identified under this Act shall be reported in detail to the Legislature for

20   appropriation purposes.

21   **CHAPTER IV. ADMINISTRATION OF APPROPRIATED FUNDS**

22   SECTION 401. MANAGEMENT OF FUNDS.

23   The expenditure of the funds appropriated and allocated under this Act

24   shall be regulated and controlled by the Secretary of Finance so that no agency,

25   department, instrumentality, program, or activity may expend the funds contrary

26   to the law or fiscal management policies and practices of the Commonwealth.

## HOUSE BILL 23-115, HD1, HS1, SS2

**SECTION 402. NUMBER OF POSITION(S) (NOP) CEILING.**

Employment Ceilings. Pursuant to Article X, § 7 of the Commonwealth Constitution, the employment ceilings relative to the number of positions are hereby established as set forth in this Act.

**SECTION 403. DONATION OF SICK LEAVE.**

Notwithstanding any laws to the contrary, when an employee volunteers to donate sick leave, the donated sick leave shall be based on the donor's current base hourly salary and shall be converted into equivalent sick leave hours based on the recipient's current base hourly salary. Provided that the donated sick leave hours shall not exceed 1040 hours. [1]

**SECTION 404. EXPENDITURE AUTHORITY.**

The distribution and expenditure of funds shall be in compliance with the fiscal expenditure authority that the listed agencies have pursuant to the statute and the administrative provisions of this Act.

## CHAPTER V. REPROGRAMMING AUTHORITY

**SECTION 501. REPROGRAMMING AUTHORITY.**

(a) Notwithstanding any law to the contrary, the Governor shall have up to 100% reprogramming authority for the departments, agencies, and offices of the executive branch, provided that the municipal entities shall not be subject to this reprogramming authority without the consent of the mayor. Provided further that the reprogramming authority shall not apply to Section 604 of this Act. Reprogramming shall not be used for the hiring of personnel or salary adjustment of active personnel. This authority to reprogram shall not apply to the funds

---

[1] Conversion:

(Sick Leave Hours Donated) multiplied by (Donor's Hourly Base Rate) = (Donor's Donated Dollar Value)

(Donor's Donated Dollar Value) divided by (Recipient's Hourly Base Rate) = (Number of Hours Donated to Recipient)

Example: (Donor donated 100 hours) x (Donor's hourly rate of $20) = $2,000
($2,000) divided by (Recipient's hourly rate of $10) = 200 hours to Recipient.

1  appropriated to the Legislative or Judicial Branches as well as to those funds
2  appropriated by the respective legislative delegations.

3    (b) Pursuant to 1 CMC § 7402(e), all reprogramming shall be reported in
4  writing to the Presiding Officers of the Legislature, the Chairperson of the House
5  Committee on Ways and Means, and the Chairperson of the Senate Committee on
6  Fiscal Affairs within 30 days after the end of each quarter of the fiscal year. Such
7  reports shall include a description of each item reprogrammed, the reason for each
8  reprogramming, the change in the approved budget caused by the reprogramming,
9  the cumulative amount of all reprogramming during the fiscal year, and such
10  other information as may be requested by the Chairpersons. The Governor shall
11  submit to the Presiding Officers and Chairpersons an annual summary of all
12  reprogramming activity within 60 days after the end of a fiscal year.

13  **CHAPTER VI. SUPPLEMENTAL ADMINISTRATIVE PROVISIONS**
14    SECTION 601. UTILITIES.

15    (a) The CUC monthly utility billings for all departments and agencies shall
16  be paid by the central government after all the funds in the general revolving
17  accounts are exhausted.

18    (b) For prepaid meter accounts, the authorized designee of the respective
19  government agencies or offices shall follow the protocol of the Department of
20  Finance for timely payment.

21    SECTION 602. HIRING RESTRICTION.

22    (a) Except as provided in subsection (b) of this section, no new or vacant
23  position shall be filled in the executive branch, except for positions that are
24  essential for the delivery of public services such as the Department of Public
25  Safety and the Department of Fire and Emergency Services personnel for each
26  respective Senatorial District and other essential positions as determined by the
27  Governor.

## HOUSE BILL 23-115, HD1, HS1, SS2

1    (b) Notwithstanding any law or regulation to the contrary, if a Notice of

2    Personnel Action has been executed by the hiring agency or a candidate to fill the

3    vacancy has been selected or action has been initiated to fill the position by any

4    department or agency and filed at the Office of Personnel Management on Rota,

5    Tinian, or Saipan, the vacant position shall be considered as processed and to be

6    filled. The renewal of the contract for an existing employee shall not be considered

7    as creating a vacant position.

8        SECTION 603. SALARY CAP.

9        (a) For Fiscal Year 2025, the compensation of certain appointed officials

10    shall be compensated as set forth in the attached Schedule A and pursuant to

11    1 CMC § 8245 and 1 CMC § 28003.

12        (b) For Fiscal Year 2025, notwithstanding 1 CMC § 8245(c), the annual

13    salary of the Resident Department Heads of the First and Second Senatorial

14    Districts shall be $40,000.

15        (c) For Fiscal Year 2025, notwithstanding 1 CMC § 8245(a), the annual

16    salary of the Secretary of the Department of Lands and Natural Resources shall

17    be $54,000.

18        (d) For Fiscal Year 2025, notwithstanding any provision of law to the

19    contrary, austerity measures shall apply to all Resident Department Heads of the

20    First and Second Senatorial Districts and CNMI Department Heads.

21        SECTION 604. REVOLVING ACCOUNTS.

22        Subject to constitutional limits, notwithstanding any CNMI and/or local

23    laws, regulations, and rules to the contrary and except for the suspended accounts

24    as provided in Section 202 and special revenue accounts, all general revolving

25    account expenditure limitations and restrictions relating to the scope of

26    application or other subject matter requirements are hereby suspended in FY

27    2025.

## HOUSE BILL 23-115, HD1, HS1, SS2

1    Accordingly, all legally established general revolving accounts and the

2    funds therein may be expended by their respective expenditure authorities for

3    personnel and the following operational expenses: fuel, communications,

4    operational office supplies, and travel for training purposes. Provided further that

5    Section 501 of this Act shall not apply to this section.

6    SECTION 605. LEGAL HOLIDAYS.

7    ~~Any employee required to work on a non-federal Commonwealth legal~~

8    ~~holiday shall be paid at the basic salary rate for the hours worked on that day~~

9    ~~without any additional adjustment for holiday leave with pay. This provision does~~

10    ~~not apply to employees that are 100% or partially funded with federal funds~~.



11    SECTION 606. CELL #1 AND CELL #2 OF THE MARPI LANDFILL CLOSURE

12    FINANCIAL ASSURANCE MECHANISM.

13    In the event of any funding shortfalls caused by this Appropriations Act,

14    the CNMI Government shall commit its full faith and credit when necessary to

15    effectuate the closure of Cell #1 and Cell #2 of the Marpi Landfill.

16    SECTION 607. REDUCTION OF WORK HOURS.

17    During Fiscal Year 2025, notwithstanding any laws or contractual

18    provisions to the contrary, a full pay period for the employment benefit of annual

19    leave, sick leave, or other benefits, shall be earned despite the implementation of

20    austerity measures.

21    SECTION 608. VACANT POSITIONS.

22    ~~Notwithstanding any law to the contrary, any position that becomes vacant~~

23    ~~shall be closed out. Unused funds for such position shall go to operation expenses~~

24    ~~within that department or agency within 30 days upon vacancy unless a request~~

HOUSE BILL 23-115, HD1, HS1, SS2



1 ~~is made to the Legislature for reinstatement of the vacant position, which shall be~~
2 ~~approved by a joint resolution.~~

3 **SECTION 609. EXCEPTED SERVICE EMPLOYEE.**

4 The legislature recognizes that there are employees who are on an Excepted
5 Service Contract in the government, including the municipalities. Upon renewal
6 of an excepted service contract, the employee shall not receive a salary increase of
7 more than ten percent.

8 **CHAPTER VII. APPROPRIATIONS.**

9 **SECTION 701. IN GENERAL.**

10 Funds designated in Chapter II as available for appropriation for
11 Fiscal Year 2025 are hereby appropriated pursuant to this Chapter.

12 **SECTION 702. APPROPRIATION.**

13 The amount of $117,040,086 is hereby appropriated as set forth in the
14 attached Schedule A which is inclusive of the Department of Public Lands.

15 **SECTION 703. JUDICIAL BRANCH.**

16 (a) The Number of Personnel and appropriations for personnel, operations,
17 and utilities for the Judicial Branch shall be as shown in Schedule A.

18 ~~(b) Funds appropriated for Fiscal Year 2025 to the Judicial Branch shall be~~
19 ~~allotted on a quarterly basis, pursuant to 1 CMC § 7204(c).~~

20 (c) Notwithstanding any laws to the contrary, the Chief Justice of the CNMI
21 Supreme Court and Presiding Judge of the CNMI Superior Court may adjust the
22 Judicial Branch work schedule and operating hours that are consistent with
23 available funds for personnel and operations.

24 (d) The Chief Justice and the Presiding Judge may use any available outside
25 source funds, including revolving accounts, to restore the reduced work hours of
26 the Judicial Branch personnel.

## HOUSE BILL 23-115, HD1, HS1, SS2

1    SECTION 704. LEGISLATIVE BRANCH.

2    The Number of Personnel and allocations for personnel, operations, and

3    utilities for the Legislative Branch shall be as shown in Schedule A.

4    (a) Art. II Sec. 16(e) of the Commonwealth Constitution provides:

5    e) Beginning the second Monday of January 1998, the amount of the

6    ceiling and all other dollar amounts stated in this section shall be

7    adjusted every two years by the same percentage as the percentage

8    change in the United States Department of Commerce composite

9    price index during the two preceding fiscal years using the beginning

10   of the fiscal year 1996 as the base.

11   The allocation ceilings have automatically increased every two years,

12   beginning in January 1998. Using the price composite indexes developed by the

13   Department of Commerce, Bureau of Economic Analysis for State and Local

14   Government Consumption Expenditures and Gross Investment, the allocation

15   ceilings for the Legislature for fiscal years 2022, 2023, and 2024 are as follows:

16   <u>Price Index for All Government Consumption Expenditures and Gross</u>
17   <u>Investment</u>

| Legislative Branch | Base Ceiling Oct. 1, 1995 | Change in Price Index Jan 1, 2020 | Ceiling Jan. 1, 2020 Based on Change |
|---|---|---|---|
| Members Allocation | $155,000 | 60.335% | $248,519.25 |
| Presiding Officers Allocation | $400,000 | 60.335% | $641,340.00 |
| Legislative Bureau | $2,000,000 | 60.335% | $3,206,700.00 |

23   ~~(b) Funds appropriated for Fiscal Year 2025 to the Legislative Branch shall~~

24   ~~be allotted on a quarterly basis, pursuant to 1 CMC § 7204(c).~~

25   (c) Notwithstanding any laws to the contrary, the Legislative Bureau

26   Director may adjust the Legislative Branch work schedule and operating hours

27   that are consistent with available funds for personnel and operations.

## HOUSE BILL 23-115, HD1, HS1, SS2

1    (d) The Legislative Bureau Director may use any available outside source
2    funds to restore the reduced work hours of the LB personnel.

3    (e) Salaries of Legislative Members.

4    (1) The amount appropriated under this section to the House of
5    Representatives under "personnel" shall be used to fund the salaries and benefits
6    of the members of the House of Representatives. The expenditure authority for the
7    amounts appropriated shall be the Speaker of the House.

8    (2) The amount appropriated under this section to the Senate under
9    "personnel" shall be used to fund the salaries and benefits of the members of the
10   Senate. The expenditure authority for the amounts appropriated shall be the
11   President of the Senate.

12   (f) Members' Office Accounts and Employees.

13   (1) Notwithstanding 1 CMC § 7401(c) to the contrary, each member shall be
14   the expenditure authority of the funds appropriated to their individual sub-
15   account;

16   (2) Funds appropriated for the operation of the member's office, including,
17   but not limited to, the personnel costs of the member's employees and
18   expenditures as authorized by the adopted rules of the Senate in the case of the
19   Senate member, or the adopted rules of the House of Representatives in the case
20   of a House member, or the Legislative Bureau, may be expended to defray travel
21   and incidental expenses for the purpose of attending to legislative business;
22   provided that a member may receive a one-month advancement of funds
23   appropriated to his or her office for expenditures;

24   (3) Allocation of the maximum number of positions among House members
25   shall be governed by the rules of the House; and

26   (4) Allocation of the maximum number of positions among Senate members
27   shall be governed by the rules of the Senate.

## HOUSE BILL 23-115, HD1, HS1, SS2

1      (g) Senate and House Leadership Accounts. The leadership account of each
2  house shall be $100,000. The Presiding Officer of each respective house, or his
3  lawfully authorized designee, shall be the expenditure authority and shall use
4  such funds to support the operations and activities of the House of Representatives
5  and Senate in accordance with its rules, provided that the Presiding Officer
6  distributes a portion of the total allocation in equal amounts to all the standing
7  committees for their operations and activities.

8      (h) Legislative Bureau, ORG 11620700. The Number of Personnel and
9  allocations for personnel, operations, and utilities for the Legislative Bureau shall
10  be as shown in Schedule A. The expenditure authority of the funds appropriated
11  for the Legislative Bureau shall be the Director of the Legislative Bureau or
12  authorized designee. Notwithstanding any other law to the contrary, the
13  expenditure authority for the Legislative Bureau shall have reprogramming
14  authority to move funding from Personnel to Operations.

15      (i) Northern Marianas Youth Congress, ORG 11620800. The Number of
16  Personnel and allocations for personnel and operations for Youth Congress shall
17  be as shown in Schedule A. The expenditure authority is vested in the Director of
18  the Legislative Bureau with the consent of the Speaker of the Northern Mariana
19  Islands Youth Congress.

20      SECTION 705. EXECUTIVE BRANCH.

21      The allocation for the Executive Branch shall be as shown in Schedule A.

22      (a) The Governor shall have authority to expend, obligate, encumber, or
23  otherwise commit, all the funds appropriated to the Office of the Governor and all
24  Other Offices of the Governor.

25      (b) The Lt. Governor shall be the expenditure authority of the funds
26  appropriated to the Office of the Lt. Governor.

27      (c) One NOP shall be allocated under ORG 11260900 for the Office of
28  Management and Budget.

HOUSE BILL 23-115, HD1, HS1, SS2



1  (d) Funds appropriated for Fiscal Year 2025 to the Executive Branch shall
2  be allotted on a quarterly basis, pursuant to 1 CMC § 7204(e).

3    (e) Law enforcement officers of the Department of Public Safety and the
4  Department of Fire and Emergency Medical Services eligible for overtime shall be
5  funded by outside sources.

6    SECTION 706. FIRST SENATORIAL DISTRICT – MAYOR OF ROTA AND ROTA
7  MUNICIPAL COUNCIL.

8    The Number of Personnel and allocations for personnel, operations, and
9  utilities for the First Senatorial District shall be as shown in Schedule A.

10    (a) Except as provided in this section, the Mayor of Rota shall have
11  authority to expend, obligate, encumber, and otherwise commit, all the funds
12  appropriated to the First Senatorial District. Appropriations to the Municipal
13  Council shall be divided and distributed equally to each member of the Municipal
14  Council in separate accounts. Each Municipal Council member shall be the
15  expenditure authority of funds distributed to him/her. Additionally, except as
16  provided in this section, in accord with the Superior Court's decision in the case of
17  *Inos v. Tenorio*, the Mayors shall also have expenditure authority over resident
18  government departments in the First and Second Senatorial districts respectively
19  unless the Governor revokes expenditure authority in a manner consistent with
20  the Superior Court's holding in *Inos v. Tenorio*, to wit: expenditure authority over
21  resident departments that are primarily concerned with the delivery of public
22  services can be revoked only on a prior showing of just cause, but the Governor
23  has the discretion to revoke expenditure authority over those departments that
24  are primarily concerned with enforcing the law.

25    (b) Any shortfall in the appropriated funds as a result or due to payment of
26  overtime, retirement, or benefits shall be borne by the municipality. Provided that
27  law enforcement officers of the Department of Public Safety – Rota and the

HOUSE BILL 23-115, HD1, HS1, SS2

1   Department of Fire and Emergency Medical Services – Rota eligible for overtime
2   shall be funded by outside sources.

3   **SECTION 707. SECOND SENATORIAL DISTRICT – MAYOR OF TINIAN &**
4   **AGUIGUAN AND TINIAN MUNICIPAL COUNCIL.**

5   The Number of Personnel and allocations for personnel, operations, and
6   utilities for the Second Senatorial District shall be as shown in Schedule A.

7   (a) Except as provided in this section, the Mayor of Tinian and Aguiguan
8   shall have authority to expend, obligate, encumber, or otherwise commit or
9   reprogram, all the funds appropriated to the Second Senatorial District.
10  Appropriations to the Municipal Council shall be divided and distributed equally
11  to each member of the Municipal Council in separate accounts. Each Municipal
12  Council member shall be the expenditure authority of funds distributed to
13  him/her. Additionally, in accord with the Superior Court's decision in the case of
14  *Inos v. Tenorio*, the Mayors shall also have expenditure authority over resident
15  government departments in the First and Second senatorial districts respectively
16  unless the Governor revokes expenditure authority in a manner consistent with
17  the Superior Court's holding in *Inos v. Tenorio*, to wit: expenditure authority over
18  resident departments that are primarily concerned with the delivery of public
19  services can be revoked only on a prior showing of just cause, but the Governor
20  has the discretion to revoke expenditure authority over those departments that
21  are primarily concerned with enforcing the law.

22  (b) Any shortfall in the appropriated funds as a result or due to payment of
23  overtime, retirement, or benefits shall be borne by the municipality. Provided that
24  law enforcement officers of the Department of Public Safety – Tinian and the
25  Department of Fire and Emergency Medical Services – Tinian eligible for overtime
26  shall be funded by outside sources.

27  (c) Two NOPs under the Department of Commerce – Tinian shall be funded
28  by the Tobacco Settlement Fund.

25

HOUSE BILL 23-115, HD1, HS1, SS2

(d) Notwithstanding any provision of law to the contrary, four new NOPs under the Customs and Biosecurity – Tinian shall be funded under CIQ – Saipan, accounts 9040 and 9044, for two Customs Inspector I positions and two Quarantine Inspector I positions.

**SECTION 708. THIRD SENATORIAL DISTRICT – MAYOR OF SAIPAN; MAYOR OF THE NORTHERN ISLANDS; AND SAIPAN AND NORTHERN ISLANDS MUNICIPAL COUNCIL.**

The Number of Personnel and allocations for personnel, operations, and utilities for the Office of the Mayor of Saipan, Office of the Mayor of the Northern Islands, and the Saipan and Northern Islands Municipal Council shall be as shown in Schedule A.

The Mayor of Saipan, the Mayor of the Northern Islands, and the Chairperson of the Municipal Council for Saipan and the Northern Islands or each of their respective designees shall be the expenditure authority for allocations for their respective offices.

**SECTION 709. OTHER PROGRAMS.**

The Fiscal Year 2025 Budget Appropriation for the programs under this section shall be as shown in Schedule A.

(a) Northern Marianas College. The President of the Northern Marianas College or designee shall be the expenditure authority of the funds under ORG 11881000.

(b) NMC Board of Regents. The Chairperson of the Board of Regents of the Northern Marianas College or designee shall be the expenditure authority of the appropriated funds under ORG 11882100.

(c) Public School System. The Commissioner of Education or designee shall be the expenditure authority of the appropriated funds under ORG 11881100. Funds appropriated to PSS shall not be used for the following: 1) personnel and operations of the Board of Education, 2) pay raises for central administrative

HOUSE BILL 23-115, HD1, HS1, SS2

1   directors until or unless all austerity measures such as teacher furloughs or other

2   curriculum/program cuts and or restrictions are rescinded or no longer in effect;

3   and 3) legal fees and costs of litigation including but not limited to any payments

4   for settlements and/or judgments. Of the appropriated funds under

5   ORG 11881100, up to $650,000 shall be reserved for the Northern Marianas

6   College for services rendered to meet the educational needs of new graduates

7   enrolled at the Northern Marianas College. Provided further that the PSS and

8   NMC shall enter into a Memorandum of Agreement to authorize the use of these

9   funds.

10      (d) Board of Education. The Chairperson of the Board of Education or

11  his/her designee shall be the expenditure authority of the appropriated funds

12  under ORG 11882000. The funds appropriated to the Board of Education shall

13  include the cost and expenses of the student and teacher representatives to the

14  Board of Education.

15      (e) CNMI Medical Referral Program (Health Network Program). The

16  Commonwealth Healthcare Corporation shall administer the CNMI Medical

17  Referral Program or its successor, including both inter-island and off-island

18  referrals, consistent with its duties and responsibilities under 3 CMC § 2821 *et*

19  *seq.* More specifically, the inter-island medical referral services shall include

20  stipends, airfare, and lodging for patients and escorts, which is consistent with the

21  off-island medical referral program. The expenditure authority for all funds

22  appropriated to inter-island and off-island medical referral services and

23  administration (inclusive of ORG 11850100, 11850700, and any new organizations

24  codes established for CHCC Medical Referral) shall be the CEO of the

25  Commonwealth Healthcare Corporation or designee. Provided further that

26  $150,000 of the funds appropriated to the Health Network Program,

27  ORG 11850700, shall be used exclusively for inter-island medical referral.

HOUSE BILL 23-115, HD1, HS1, SS2

(f) Northern Marianas Technical Institute. The Chairperson of the Board of Trustees or designee in consultation with the Chief Executive Officer shall be the expenditure authority of the appropriated funds for the Northern Marianas Technical Institute.

SECTION 710. INDEPENDENT PROGRAMS.

The Fiscal Year 2025 Budget Appropriation for the agencies under this section shall be as shown in Schedule A.

(a) Joeten-Kiyu Public Library. The Chairperson of the Commonwealth Library Council or designee shall be the expenditure authority of the appropriated funds.

(b) NMI Museum of History and Culture. The Chairperson of the Board of Governors of the NMI Museum of History and Culture or designee shall be the expenditure authority of the appropriated funds.

(c) Elected Attorney General. The Attorney General or designee shall be the expenditure authority of the appropriated funds.

(d) The expenditure authority of the funds appropriated for the Public Assistance Program shall be the Governor's Authorized Representative.

(e) Medicaid Program. The funds appropriated in this Act for the Medicaid Program, including Medicaid Reimbursement, ORG 11882200, Medicaid Agency, ORG 11880300, and Medicaid Enterprise Systems & Health Information Technology, ORG 11850400 shall be deemed a single budget reserved for the purposes of Medicaid Agency, Medicaid Reimbursement, and Medicaid Enterprise Systems & Health Information Technology. The Director of the Commonwealth Medicaid Agency may reallocate the funds appropriated in this Act to any of the expenditure categories, including, but not limited to, Medicaid Agency, Medicaid Reimbursement, and Medicaid Enterprise Systems & Health Information Technology. Provided further that for the Fiscal Year 2025, pursuant to the request of CNMI Medicaid, with the concurrence of the Office of Personnel

## HOUSE BILL 23-115, HD1, HS1, SS2

1  Management, notwithstanding any other law to the contrary, all of the 11 NOPs

2  for the Medicaid Enterprise Systems & Health Information Technology funded

3  under ORG 11850400 shall be excepted service contract employees.

4      (f) CNMI Scholarship Office. Of the funds appropriated to the CNMI

5  Scholarship Office $50,000 shall be used to fund the Professional Student

6  Exchange Program established under 3 CMC § 11101, as shown in Schedule A.

7      (g) For programs and activities not specifically mentioned, the expenditure

8  authority shall be the Secretary of Finance.

9      SECTION 711. DEPARTMENT OF PUBLIC LANDS.

10     Pursuant to 1 CMC § 2803 of the Commonwealth Code, Department of

11  Public Lands (DPL) submitted a budget of $5,566,075. ~~The Legislature however~~

12  ~~acknowledges that the DPL has in its reserve account the funds for FY 2025.~~

13  ~~The reserved funds shall be used by DPL in FY 2025. Therefore, as shown in~~

14  ~~Schedule A, $2 is appropriated to DPL for FY 2025 and $5,566,073 is appropriated~~

15  ~~to the Marianas Public Land Trust (MPLT).~~ The DPL, pursuant to the

16  Memorandum of Agreement between DPL and the Department of Lands and

17  Natural Resources (DLNR) is authorized to pay for professional services provided

18  by the personnel of the DLNR Division of Parks and Recreation of all three

19  senatorial districts.

20     SECTION 712. TRANSPARENCY AND ACCURATE INFORMATION ACCESS.

21  ~~(a) Access Provided to Legislative Fiscal Analysts.~~

22  ~~Notwithstanding any provision of law to the contrary, training and access~~

23  ~~to the following shall be provided:~~

24      ~~(1) The Munis Financial Management Information System or other~~

25  ~~financial and accounting system to obtain the following: monthly collections~~

26  ~~and expenditures, including but not limited to funds status, and detailed~~

27  ~~expenditure reports in a format that is exportable or convertible to Excel~~

28  ~~files; and~~

HOUSE BILL 23-115, HD1, HS1, SS2

1    (2) The following reports in a format that is exportable or convertible

2    to Excel files shall be provided to the CNMI Legislative Fiscal Analysts

3    30 days after the effective date of this Act:

4        (A) All revolving accounts;

5        (B) All business activities listed in Schedule A;

6        (C) All accounts listed as earmarks in the Budget Authority Act;

7        (D) All debt service payments, including payments to the Settlement

8    Fund, and Series A and Series B Funds;

9        (E) All revenue accounts in the First, Second, and Third Senatorial

10    Districts that are identified as budgetary resources in the Budget

11    Authority Act;

12        (3) Any other financial information, not legally privileged or

13    protected, relating to the CNMI Government's expenditure of public funds,

14    as needed and requested, in writing, within 10 days of said request.

15    SECTION 713. VIOLATIONS OF SPENDING LIMITS.

16        The expenditure of funds in excess of allocations and reprogramming

17    established by this Act is a violation of the Planning and Budget Act, 1 CMC §7101

18    *et seq.* Any expenditure authority that violates The Planning and Budget Act shall

19    be suspended without salary for at least 30 days and the salary shall not be

20    restored until a fiscal plan is submitted to the Presiding Officers of the

21    Legislature, Chairperson of the Senate Committee on Fiscal Affairs, and the

22    Chairperson of the House Committee on Ways and Means, and accepted by both

23    houses of the Legislature to retire the over-expenditure. Provided, they also shall

24    not be entitled to indemnification, defense, or reimbursement under the

25    Government Liability Act or any other Commonwealth Law.

30

## CHAPTER VIII. OUTSIDE SOURCES

SECTION 801. <u>ADMINISTRATIVE PROVISIONS</u>.



~~(a) Notwithstanding 1 CMC § 7204, the outside source funds appropriated for Fiscal Year 2025 shall be allotted monthly; except programs that require one-time payments may receive advance allotments~~.

(b) Notwithstanding any law to the contrary, the Secretary of Finance shall submit to the Presiding Officers of the Legislature, at the end of each quarter, a fund status report on the outside-sourced funds that are transferred in and out of government organizational codes and their respective accounts, pursuant to Section 802 of this Act.

(c) All salaries of elected officials that are waived under 1 CMC § 8442 shall be transferred by the Secretary of Finance to the Scholarship Trust Account and the funds from the account shall be spent for scholarship purposes only, without further appropriation, and without fiscal year limitation. The Administrator of the CNMI Scholarship Office shall provide a report to the Presiding Officers of the legislature within 30 days after the end of each quarter.

SECTION 802. <u>OUTSIDE SOURCES</u>.

(a) **Tobacco Settlement Funds**. Pursuant to 3 CMC § 2173 and the funds allocated in this section pursuant to the submittal of a program and expenditure plan to the Secretary of Finance, the Tobacco Settlement funds in the amount of $541,597.00, not subject to reprogramming or fiscal year limitation, shall be allocated as follows:

| | |
|---|---|
| (1) Division of Public Health 40%: | $216,638.80 |
| (2) Public School System 20%: | $108,319.40 |
| (3) Youth Affairs Office 12.5%: | $67,699.62 |
| (4) Coalition of Private Schools 7.5%: | $40,619.78 |
| (5) Rota Mayor 10%: | $54,159.70 |
| (6) Tinian and Aguiguan Mayor 10%: | $54,159.70 |

## HOUSE BILL 23-115, HD1, HS1, SS2

1    The expenditure authorities of the funds allocated pursuant to this
2    Section 802(a) shall be the persons authorized by law for each respective office or
3    agency. The expenditure authorities shall provide accountability and
4    transparency by providing within 30 days after the end of each quarter an
5    expenditure report of the funds to the governor and the Presiding Officers of the
6    Legislature.

7    (b) **Commonwealth Worker Fund** (Source: U.S.P.L. 115-218).

8    In accordance with U.S. Public Law 115-218, the sum of $1,300,000.00 in
9    Commonwealth Worker Fee Funds shall be available for the sole and exclusive
10   purpose of funding vocational education, apprenticeships, or other training
11   programs for United States workers by Commonwealth educational entities for
12   Fiscal Year 2025. ~~Provided that out of the $1,300,000.00, the following amounts~~
13   ~~shall be allocated for the sole and exclusive purpose of funding vocational~~
14   ~~education, apprenticeships, or other vocational training programs for United~~
15   ~~States workers:~~

16   ~~(1) NMTech 60%:                                    $780,000.00~~
17   ~~(2) NMC 15%:                                       $195,000.00~~
18   ~~(3) CNMI DOL Registered Apprenticeship 15%:        $195,000.00~~
19   ~~(4) CNMI PSS 4%:                                   $52,000.00~~
20   ~~(5) DOL Admin Cost 6%:                             $78,000.00~~

21   (1) The expenditure authorities of all Commonwealth educational entities
22   that receive Commonwealth Worker Fee Funds shall submit to the Presiding
23   Officers of the Legislature, Chairperson of the Senate Committee on Fiscal Affairs
24   and the Chairperson of the House Committee on Ways and Means, at the end of
25   each quarter, a fund status report of the funds allocated under this subsection.

26   (2) The recipients of the funds in this subsection shall submit to the
27   Governor and the Department of Labor the required education plans consistent
28   with and mandated by U.S. Public Law 115-218.

## HOUSE BILL 23-115, HD1, HS1, SS2

1    (c) **Reporting Requirement**. The expenditure authorities of the funds
2    allocated pursuant to Section 802 shall provide accountability and transparency
3    by providing within 30 days after the end of each quarter an expenditure report of
4    the funds to the Governor and the Presiding Officers of the Legislature.

5    **CHAPTER IX. GENERAL PROVISIONS**

6    SECTION 901. SEVERABILITY.

7    If any provision of this Act, or its application to any person or circumstance,
8    is held invalid, the invalidity does not affect other provisions or applications of the
9    Act which can be given effect without the invalid provision or applications, and to
10    this end the provisions of this Act are severable.

11    SECTION 902. SAVINGS CLAUSE.

12    This Act and any repealer contained herein shall not be construed as
13    affecting any existing right acquired under contract or acquired under statutes
14    repealed or under any rule, regulation or order adopted under the statutes.
15    Repealers contained in this Act shall not affect any proceeding instituted under or
16    pursuant to prior law. The enactment of this Act shall not have the effect of
17    terminating, or in any way modifying, any liability civil or criminal, which shall
18    already be in existence at the date this Act becomes effective.

## HOUSE BILL 23-115, HD1, HS1, SS2

1    SECTION 903. EFFECTIVE DATE.

2    This Act shall take effect upon its approval by the Governor, or it becoming

3   law without such approval.


Attested to by: _____

**Linda B. Muña, House Clerk**


Certified by: _____

**SPEAKER EDMUND S. VILLAGOMEZ**
*House of Representatives*
*23rd Northern Marianas Commonwealth Legislature*


Approved this 30th day of September, 2024

_____

**ARNOLD I. PALACIOS**
*Governor*
*Commonwealth of the Northern Mariana Islands*

**Public Law No. 23-26**

Schedule A
FY2025 Budget

| Activity/Function | ORG | NOP | PERSONNEL | OPERATIONS | UTILITIES | TOTAL |
|---|---|---|---|---|---|---|
| **Judicial Branch** | | | | | | |
| Justices & Judges | 11510600 | 8 | $1,140,468 | $11,405 | $0 | $1,151,873 |
| CNMI Supreme Court | 11510400 | 8 | $450,620 | $4,506 | $0 | $455,126 |
| CNMI Superior Court | 11510300 | 52 | $1,437,298 | $14,373 | $0 | $1,451,671 |
| Administrative | 11510100 | 37 | $1,211,013 | $15,110 | $300,000 | $1,526,123 |
| Law Revision Commission | 11510500 | 7 | $216,114 | $2,161 | $0 | $218,275 |
| Drug Court | 11510700 | 8 | $315,070 | $3,151 | $0 | $318,221 |
| Mental Health Court | 11511000 | 7 | $273,152 | $2,732 | $0 | $275,884 |
| **Judicial Branch Total** | | 127 | 5,043,735 | 53,438 | 300,000 | $5,397,173 |
| | | | | | | |
| **Legislative Branch** | | | | | | |
| Current House Member's Salaries | 11620100 | 20 | $777,546 | $0 | $0 | $777,546 |
| House Member's Allocation | 11620200 | 45 | $0 | $2,100,000 | $0 | $2,100,000 |
| House Leadership | 11620300 | 0 | $0 | $100,000 | $0 | $100,000 |
| Current Senate Salaries | 11620400 | 9 | $330,866 | $0 | $0 | $330,866 |
| Senate Member's Allocation | 11620500 | 27 | $0 | $945,000 | $0 | $945,000 |
| Senate Leadership | 11620600 | 0 | $0 | $100,000 | $0 | $100,000 |
| Legislative Bureau | 11620700 | 32 | $1,532,848 | $0 | $180,000 | $1,712,848 |
| CNMI Youth Congress | 11620800 | 1 | $25,521 | $0 | $0 | $25,521 |
| **Legislative Branch Total** | | 134 | 2,666,781 | 3,245,000 | 180,000 | 6,091,781 |
| | | | | | | |
| **Office of the Governor** | | | | | | |
| Office of the Governor | 11261100 | 16 | $624,971 | $7,952 | $0 | $632,923 |
| Governor's Discretionary Account | 11269000 | 0 | $0 | $80,800 | $0 | $80,800 |
| **Office of the Governor Total** | | 16 | $624,971 | 88,752 | 0 | $713,723 |
| | | | | | | |
| **Office of the Lt. Governor** | | | | | | |
| Office of the LT. Governor | 11262000 | 16 | $561,973 | $6,632 | $0 | $568,605 |
| Lt. Gov's Discretionary Account | 11269100 | 0 | $0 | $50,000 | $0 | $50,000 |
| **Office of the Lt. Governor Total** | | 16 | 561,973 | 56,632 | $0 | 618,605 |
| | | | | | | |
| **Other Offices of the Gov and Lt. Gov** | | | | | | |
| Office of Management & Budget | 11260900 | 9 | $321,047 | $3,610 | $0 | $324,657 |
| Administrative Services | 11260100 | 17 | $511,882 | $6,348 | $0 | $518,230 |
| CNMI Homeland Security & Emergency Management Office | 11260700 | 14 | $328,983 | $4,080 | $0 | $333,063 |
| Office of Youth Affairs | 11261800 | 8 | $198,003 | $2,456 | $0 | $200,459 |
| Office of Planning & Development | 11260500 | 5 | $218,645 | $2,712 | $0 | $221,357 |
| Office of Parole Board | 11261300 | 5 | $125,961 | $1,562 | $0 | $127,523 |
| Office of Grants Management | 11261000 | 0 | $1 | $1 | $0 | $2 |
| Public Defender Office | 11261200 | 9 | $382,839 | $4,748 | $0 | $387,587 |
| Carolinian Affairs Office | 11260200 | 10 | $202,060 | $2,506 | $0 | $204,566 |
| Indigenous Affairs Office | 11260800 | 4 | $105,031 | $1,303 | $0 | $106,334 |
| Veteran's Affairs Office | 11261400 | 6 | $194,401 | $2,411 | $0 | $196,812 |
| Women's Affairs Saipan | 11261600 | 4 | $104,921 | $1,301 | $0 | $106,222 |
| Environ. Protec. Act PL3-23 | | 0 | $0 | $0 | $0 | $0 |
| Environmental Quality - Saipan | 11261900 | 1 | $18,906 | $234 | $0 | $19,140 |
| Environmental Quality Tinian | | 0 | $0 | $0 | $0 | $0 |
| Zoning Board | 11262200 | 6 | $169,984 | $2,108 | $0 | $172,092 |
| Commonwealth Zoning Board | | 0 | $0 | $0 | $0 | $0 |
| CJPA | 11260400 | 3 | $95,699 | $1,187 | $0 | $96,886 |
| Vocational Rehabilitation Services | 11261500 | 0 | $0 | $80,800 | $0 | $80,800 |
| Medicaid Reimbursements | 11882200 | 0 | $0 | $6,060,000 | $0 | $6,060,000 |
| Medicaid Agency | 11880300 | 20 | $302,472 | $127,990 | $0 | $430,462 |
| Medicaid Enterprise Systems & Health Information Technology | 11850400 | 11 | $41,543 | $192,542 | $0 | $234,085 |
| **Other Offices of the Gov and Lt. Gov Total** | | 132 | 3,322,378 | 6,497,899 | 0 | 9,820,277 |

**Public Law No. 23-26**

Schedule A
FY2025 Budget

| Activity/Function | ORG | NOP | PERSONNEL | OPERATIONS | UTILITIES | TOTAL |
|---|---|---|---|---|---|---|
| **Department of Commerce** | | | | | | |
| Secretary of Commerce | 11160100 | 15 | $386,983 | $4,799 | $0 | $391,782 |
| Economic Development - Saipan | 11160300 | 2 | $68,885 | $854 | $0 | $69,739 |
| Statistical Research | 11160400 | 6 | $155,283 | $1,926 | $0 | $157,209 |
| Alcoholic Beverage Control | 11160200 | 17 | $277,648 | $3,443 | $0 | $281,091 |
| Enforcement and Compliance | 11160500 | 5 | $139,819 | $1,734 | $0 | $141,553 |
| Workers Compensation Commission | 11160600 | 4 | $130,334 | $1,616 | $0 | $131,950 |
| **Department of Commerce Total** | | 49 | 1,158,952 | 14,372 | 0 | 1,173,324 |
| **Department of Community & Cultural Affairs** | | | | | | |
| Secretary of CCA | 11120100 | 8 | $212,800 | $2,639 | $0 | $215,439 |
| Youth Services - Saipan | 11120800 | 11 | $245,703 | $3,047 | $0 | $248,750 |
| Child Care Licensing Program | 11120900 | 4 | $122,255 | $1,516 | $0 | $123,771 |
| Historical Preservation - Saipan | 11120600 | 8 | $227,969 | $2,827 | $0 | $230,796 |
| Office of Aging - Saipan | 11120700 | 5 | $183,134 | $2,271 | $0 | $185,405 |
| Council for Arts & Culture | 11120200 | 8 | $185,839 | $2,305 | $0 | $188,144 |
| Low Income Home Energy Assistance Program | 11121000 | 2 | $42,039 | $521 | $0 | $42,560 |
| Chamorro/Carolinian Language Commission | 11121200 | 5 | $153,337 | $1,902 | $0 | $155,239 |
| NAP | 11121400 | 0 | $0 | $161,600 | $0 | $161,600 |
| **Department of Community & Cultural Affairs Total** | | 51 | 1,373,076 | 178,628 | 0 | 1,551,704 |
| **Department of Corrections** | | | | | | |
| Secretary of Corrections | 11130100 | 139 | $2,785,486 | $34,545 | $0 | $2,820,031 |
| Juvenile Detention Unit | 11130200 | 15 | $255,344 | $3,167 | $0 | $258,511 |
| **Department of Corrections Total** | | 154 | 3,040,830 | 37,712 | 0 | 3,078,542 |
| **Department of Fire & Emergency Services** | | | | | | |
| Administration | 11140100 | 11 | $337,759 | $4,191 | $0 | $341,950 |
| Emergency Services | 11140300 | 86 | $2,408,189 | $29,866 | $0 | $2,438,055 |
| Fire Prevention & Arson Investigation | 11140200 | 10 | $305,799 | $3,793 | $0 | $309,592 |
| Emergency Medical Services | 11140400 | 9 | $310,313 | $3,848 | $0 | $314,161 |
| Logistical Support | 11140500 | 6 | $226,510 | $2,809 | $0 | $229,319 |
| DFEMS Training Section | 11140600 | 2 | $79,840 | $990 | $0 | $80,830 |
| DFEMS Dispatch Section | 11140700 | 12 | $113,653 | $1,410 | $0 | $115,063 |
| **Department of Fire & Emergency Services Total** | | 136 | 3,782,063 | 46,907 | 0 | 3,828,970 |
| **Department of Finance** | | | | | | |
| Secretary of Finance | 11170100 | 18 | $540,184 | $6,699 | $0 | $546,883 |
| Finance and Acct Saipan | 11170800 | 27 | $805,851 | $9,994 | $0 | $815,845 |
| Treasury | 11170700 | 15 | $221,211 | $2,743 | $0 | $223,954 |
| Revenue & Taxation - Saipan | 11170500 | 64 | $1,339,635 | $16,614 | $0 | $1,356,249 |
| Procurement & Supply - Saipan | 11170400 | 11 | $308,941 | $3,831 | $0 | $312,772 |
| Division of Customs & Quarantine Services - Saipan | 11170900 | 105 | $2,402,429 | $29,795 | $0 | $2,432,224 |
| Office of Information Technology | 11170200 | 13 | $371,332 | $4,605 | $0 | $375,937 |
| Passport Office | 11171000 | 3 | $68,007 | $843 | $0 | $68,850 |
| **Department of Finance Total** | | 256 | 6,057,590 | 75,124 | 0 | 6,132,714 |
| **Department of Labor** | | | | | | |
| Secretary of Labor | 11180100 | 4 | $153,460 | $1,903 | $0 | $155,363 |
| Administrative Hearing Office | 11180400 | 1 | $69,416 | $861 | $0 | $70,277 |
| Employment Services | 11180500 | 8 | $218,183 | $2,706 | $0 | $220,889 |
| WIA | | 0 | $0 | $0 | $0 | $0 |
| Labor Enforcement Fund | 11180700 | 7 | $171,802 | $2,131 | $0 | $173,933 |
| **Department of Labor Total** | | 20 | $612,861 | $7,601 | $0 | $620,462 |

**Public Law No. 23-26**

Schedule A
FY2025 Budget

| Activity/Function | ORG | NOP | PERSONNEL | OPERATIONS | UTILITIES | TOTAL |
|---|---|---|---|---|---|---|
| **Department of Land and Natural Resources** | | | | | | |
| Secretary of DLNR | 11190100 | 6 | $232,109 | $2,879 | $0 | $234,988 |
| Agriculture | 11190700 | 18 | $414,281 | $5,138 | $0 | $419,419 |
| Fish & Wildlife Saipan | 11190800 | 14 | $182,867 | $2,268 | $0 | $185,135 |
| Parks & Recreation - Saipan | 11190400 | 40 | $418,488 | $5,190 | $0 | $423,678 |
| Soil & Water Conservation - Saipan | 11190500 | 1 | $1 | $0 | $0 | $1 |
| Land Registration Saipan | 11190900 | 11 | $166,771 | $2,068 | $0 | $168,839 |
| **Department of Land and Natural Resources Total** | | 90 | 1,414,517 | 17,543 | 0 | 1,432,060 |
| | | | | | | |
| **Department of Public Safety** | | | | | | |
| DPS Commissioner | 11150400 | 1 | $42,537 | $528 | $0 | $43,065 |
| Police - Saipan | 11150500 | 185 | $3,858,218 | $47,849 | $0 | $3,906,067 |
| Administrative Division | 11150100 | 13 | $377,415 | $4,681 | $0 | $382,096 |
| Motor Vehicles Division | 11150300 | 12 | $220,467 | $2,734 | $0 | $223,201 |
| **Department of Public Safety Total** | | 211 | $4,498,637 | $55,792 | $0 | $4,554,429 |
| | | | | | | |
| **Department of Public Works** | | | | | | |
| Secretary Public Works | 11200100 | 10 | $333,735 | $4,139 | $0 | $337,874 |
| Street Lights | | 0 | $0 | $0 | $0 | $0 |
| Building Safety Code | 11200200 | 13 | $401,022 | $4,973 | $0 | $405,995 |
| Roads & Grounds Division | 11200500 | 22 | $387,290 | $4,803 | $0 | $392,093 |
| Technical Services Division | 11200700 | 21 | $555,414 | $6,888 | $0 | $562,302 |
| Solid Waste Management Division | 11200600 | 37 | $661,819 | $6,803 | $0 | $668,622 |
| **Department of Public Works Total** | | 103 | $2,339,280 | $27,606 | $0 | $2,366,886 |
| | | | | | | |
| **Executive Branch Total** | | 1,234 | $28,787,128 | $7,104,568 | $0 | $35,891,696 |
| | | | | | | |
| **First Senatorial District** | | | | | | |
| Mayor Rota | 12270100 | 103 | $2,136,151 | $23,861 | $150,000 | $2,310,012 |
| Municipal Council Rota | 12710100 | 8 | $149,890 | $11,499 | $0 | $161,389 |
| Finance and Acct Rota | 12170800 | 4 | $130,550 | $16,305 | $0 | $146,855 |
| Revenue & Taxation - Rota | 12170500 | 4 | $88,902 | $889 | $0 | $89,791 |
| Procurement & Supply Rota | 12170400 | 2 | $70,216 | $702 | $0 | $70,918 |
| Customs Service - Rota | 12170900 | 15 | $351,645 | $3,516 | $0 | $355,161 |
| Historic Preservation - Rota | 12120600 | 3 | $79,628 | $796 | $0 | $80,424 |
| Sports and Recreation - Rota | 12120400 | 9 | $263,186 | $12,632 | $0 | $275,818 |
| Labor Rota | 12180100 | 5 | $195,818 | $6,958 | $0 | $202,776 |
| Economic Development - Rota | 12160300 | 4 | $140,561 | $6,406 | $0 | $146,967 |
| Police - Rota | 12150500 | 47 | $1,429,962 | $29,300 | $0 | $1,459,262 |
| Fire & EMS - Rota | 12140100 | 29 | $1,033,090 | $25,331 | $0 | $1,058,421 |
| Agriculture - Rota | 12190700 | 12 | $413,213 | $14,132 | $0 | $427,345 |
| Fish & Wildlife Rota | 12190800 | 5 | $140,878 | $1,409 | $0 | $142,287 |
| Parks & Recreation - Rota | 12190400 | 4 | $90,516 | $905 | $0 | $91,421 |
| Soil & Water Conservation - Rota | 12190500 | 1 | $23,138 | $231 | $0 | $23,369 |
| Land Registration Rota | 12190900 | 2 | $59,966 | $600 | $0 | $60,566 |
| Operations & Maintenance - Rota | 12200100 | 22 | $539,188 | $20,392 | $0 | $559,580 |
| Public Library - Rota | 12880900 | 1 | $16,443 | $164 | $0 | $16,607 |
| Contingency - Rota | | 0 | $0 | $0 | $0 | $0 |
| **First Senatorial District Total** | | 280 | 7,352,941 | 176,028 | $150,000 | $7,678,969 |

3

Public Law No. 23-26

Schedule A
FY2025 Budget

| Activity/Function | ORG | NOP | PERSONNEL | OPERATIONS | UTILITIES | TOTAL |
|---|---|---|---|---|---|---|
| **Second Senatorial District** | | | | | | |
| Mayor Tinian | 13270100 | 135 | $3,172,938 | $124,297 | $250,000 | $3,547,235 |
| Mayor Contingency Tinian | | 0 | $0 | $0 | $0 | $0 |
| Municipal Council Tinian | 13710100 | 7 | $175,452 | $1,755 | $0 | $177,207 |
| Finance and Acct Tinian | 13170800 | 3 | $98,970 | $29,554 | $0 | $128,524 |
| Revenue & Taxation - Tinian | 13170500 | 4 | $105,637 | $867 | $0 | $106,504 |
| Procurement & Supply Tinian | 13170400 | 2 | $44,056 | $243 | $0 | $44,299 |
| Customs Service - Tinian | 13170900 | 15 | $333,432 | $3,334 | $0 | $336,766 |
| Historic Preservation - Tinian | 13120600 | 3 | $69,572 | $523 | $0 | $70,095 |
| Office of Aging - Tinian | 13120700 | 4 | $93,884 | $762 | $0 | $94,646 |
| Sports and Recreation - Tinian | 13120400 | 6 | $177,887 | $1,585 | $0 | $179,472 |
| Labor Tinian | 13180100 | 9 | $266,152 | $14,437 | $0 | $280,589 |
| Economic Development - Tinian | 13160300 | 9 | $150,574 | $1,351 | $0 | $151,925 |
| Police - Tinian | 13150500 | 39 | $834,104 | $21,755 | $0 | $855,859 |
| Fire - Tinian | 13140100 | 28 | $916,034 | $22,575 | $0 | $938,609 |
| Agriculture - Tinian | 13190700 | 9 | $284,046 | $2,840 | $0 | $286,886 |
| Fish & Wildlife Tinian | 13190800 | 5 | $115,358 | $738 | $0 | $116,096 |
| Parks & Recreation - Tinian | 13190400 | 3 | $63,965 | $640 | $0 | $64,605 |
| Soil & Water Conservation Tinian | 13190500 | 1 | $1 | $1 | $0 | $2 |
| Operations & Maintenance - Tinian | 13200100 | 11 | $241,118 | $2,055 | $0 | $243,173 |
| Tinian Public Library | 13880900 | 3 | $55,918 | $559 | $0 | $56,477 |
| Vacant Holding Account Tinian | | 0 | $0 | $0 | $0 | $0 |
| **Second Senatorial District Total** | | 296 | 7,199,098 | 229,871 | $250,000 | $7,678,969 |
| **Third Senatorial District** | | | | | | |
| Mayor Saipan | 11270100 | 81 | $2,606,737 | $23,041 | $0 | $2,629,778 |
| Mayor Northern Islands | 14270100 | 17 | $351,208 | $3,512 | $0 | $354,720 |
| Municipal Council Saipan | 11710100 | 5 | $123,724 | $1,237 | $0 | $124,961 |
| Mayor of Saipan Contingency | | 0 | $0 | $0 | $0 | $0 |
| Mayor of Northern Islands Contingency | | 0 | $0 | $0 | $0 | $0 |
| **Third Senatorial District Total** | | 103 | 3,081,669 | 27,790 | $0 | $3,109,459 |
| **Boards and Commissions** | | | | | | |
| Civil Service Commission | 11110700 | 2 | $109,023 | $1,090 | $0 | $110,113 |
| Office of Personnel Management - Saipan | 11111100 | 19 | $770,566 | $7,706 | $0 | $778,272 |
| Office of Personnel Management - Tinian | 13111100 | 1 | $40,790 | $408 | $0 | $41,198 |
| Office of Personnel Management - Rota | 12111100 | 2 | $65,774 | $658 | $0 | $66,432 |
| Commonwealth Election Commission | 11110200 | 6 | $215,231 | $2,152 | $0 | $217,383 |
| Board of Professional Licensing | 11110500 | 2 | $80,548 | $805 | $0 | $81,353 |
| Commonwealth Public Utilities Commission | 11110800 | 1 | $47,097 | $471 | $0 | $47,568 |
| Commonwealth Casino Commission | 11111200 | 0 | $1 | $1 | $0 | $2 |
| Commonwealth Cannabis Commission | 11110900 | 3 | $1 | $0 | $0 | $1 |
| CNMI Cannabis Commission Board | 11111000 | 0 | $1 | $0 | $0 | $1 |
| Political Status Commission | | 0 | $0 | $0 | $0 | $0 |
| **Boards and Commissions Total** | | 36 | $1,329,032 | $13,291 | $0 | $1,342,323 |

4



**Public Law No. 2.**

Schedule A
FY2025 Budget

| Activity/Function | ORG | NOP | PERSONNEL | OPERATIONS | UTILITIES | TOTAL |
|---|---|---|---|---|---|---|
| **Independent Program** | | | | | | |
| Scholarship and Grants | 11881400 | 7 | $240,669 | $52,407 | $0 | $293,076 |
| Substance Abuse Prevention | 11881500 | 15 | $360,975 | $3,610 | $0 | $364,585 |
| Elected Attorney General | 11880500 | 53 | $2,647,873 | $26,479 | $0 | $2,674,352 |
| Active Employees DC Emplyr Cntrbtn. | 11881600 | 0 | $0 | $0 | $0 | $0 |
| GHLI Retirees | 11881700 | 0 | $1 | $0 | $0 | $1 |
| NM Sports Association | 11883100 | 0 | $0 | $0 | $0 | $0 |
| Active EE ER Health Ins Cntrbn. | 11881800 | 0 | $0 | $0 | $0 | $0 |
| 25% Retirees' Pension Benefits | 11884200 | 0 | $1 | $0 | $0 | $1 |
| Micronesion Legal Services | | 0 | $0 | $0 | $0 | $0 |
| Governmental Utilities | UNASSIGNED | 0 | $0 | $18,000 | $1,800,000 | $1,818,000 |
| Joeten/Kiyu Public Library | 11880900 | 15 | $499,330 | $4,993 | $0 | $504,323 |
| General Fund Deficit Reduction | 11884500 | 0 | $0 | $0 | $0 | $0 |
| NMIRF - Gov/Lt. Gov Pension | 11881900 | 0 | $78,875 | $789 | $0 | $79,664 |
| Judgement Against Government | 11884600 | 0 | $0 | $0 | $0 | $0 |
| Commonwealth Museum | 11880200 | 4 | $128,351 | $1,284 | $0 | $129,635 |
| Government Operational Costs | 11884400 | 0 | $0 | $1 | $0 | $1 |
| Public Assistance Matching | | 0 | $0 | $0 | $0 | $0 |
| | | | | | | |
| **Independent Program Total** | | **94** | **3,956,075** | **107,563** | **1,800,000** | **5,863,638** |
| | | | | | | |
| **Other Programs (Transfers to Agencies)** | | | | | | |
| Commonwealth Healthcare Corp. Subsidy | 11850100 | 0 | $0 | $1 | $0 | $1 |
| Health Network Program | 11850700 | 0 | $0 | $800,000 | $0 | $800,000 |
| Northern Marianas College (NMC) | 11881000 | 178 | $0 | $3,948,842 | $0 | $3,948,842 |
| NMC Board of Regents | 11882100 | 0 | $0 | $51,158 | $0 | $51,158 |
| Marianas Visitors' Authority | 11881300 | 41 | $0 | $1 | $0 | $1 |
| Public School System | 11881100 | 972 | $0 | $33,466,869 | $0 | $33,466,869 |
| PSS Board | 11882000 | 6 | $0 | $153,131 | $0 | $153,131 |
| NMTI | 11883500 | 0 | $0 | $1 | $0 | $1 |
| | | | | | | |
| **Other Programs (Transfers to Agencies) Total** | | **1,197** | **0** | **38,420,003** | **$0** | **38,420,003** |
| | | | | | | |
| **General Fund Grand Total** | | **3,501** | **$59,416,459** | **$49,377,552** | **$2,680,000** | **$111,474,011** |
| Department of Public Lands | | 81 | $1 | $1 | $0 | $2 |
| NPLT | | 0 | $0 | $5,566,073 | $0 | $5,566,073 |
| | | | | | | |
| **General Fund Grand Total with DPL** | | **3,582** | **59,416,460** | **54,943,626** | **2,680,000** | **$117,040,086** |



5