# EXHIBIT 2

**Milliman** Client Report

# NMI Settlement Fund

Actuarial Valuation as of September 30, 2023

Prepared by:

**Reid Earnhardt**
ASA, EA, MAAA

**Nick Collier**
ASA, EA, MAAA

**Milliman, Inc.**
500 Ygnacio Valley Road, Suite 498
Walnut Creek, California 94596
Tel +1 888 881 4015
milliman.com

December 9, 2024



500 Ygnacio Valley Road
Suite 498
Walnut Creek, CA 94596
USA

Tel    +1 888 881 4015

milliman.com

December 9, 2024

Ms. Joyce C. H. Tang, Esq.
Civille & Tang, PLLC
330 Herman Cortez Avenue, Suite 200
Hagåtña, Guam  96910

**NMI Settlement Fund –**
**Actuarial Valuation as of September 30, 2023**

As part of our engagement with the NMI Settlement Fund, we performed an actuarial valuation of the NMI Settlement Fund as of September 30, 2023.  The purpose of the actuarial valuation is to project the minimum annual payments to be made by the Commonwealth of the Northern Mariana Islands (CNMI) to pay 75% of the Class Members' Full Benefits.

In preparing this report, we relied, without audit, on information (some oral and some in writing) supplied by the Fund's staff.  This information includes, but is not limited to, financial information, member census data, and plan provisions.  The valuation results depend on the integrity of this information.  If any of this information is inaccurate or incomplete the results may be different and the calculations may need to be revised.

All costs, liabilities, rates of interest, and other factors for the Fund have been determined on the basis of actuarial assumptions and methods which, in our professional opinion, are individually reasonable (taking into account the experience of the Fund and reasonable expectations); and which, in combination, offer a reasonable estimate of anticipated future experience affecting the Fund and are expected to have no significant bias.

This valuation report is only an estimate of the Fund's financial condition as of a single date.  It can neither predict the Fund's future condition nor guarantee future financial soundness.  Actuarial valuations do not affect the ultimate cost of Fund benefits, only the timing of Fund contributions. While the valuation is based on an array of individually reasonable assumptions, other assumption sets may also be reasonable and valuation results based on those assumptions would be different. No one set of assumptions is uniquely correct. Determining results using alternative assumptions is outside the scope of our engagement.

The results were developed using models that use standard actuarial techniques. We have reviewed the models, including their inputs, calculations, and outputs for consistency, reasonableness, and appropriateness to the intended purpose and in the compliance with generally accepted actuarial practice and relevant actuarial standards of practice (ASOP).

Future actuarial measurements may differ significantly from the current measurements presented in this report due to such factors as the following: plan experience differing from that anticipated by the economic or demographic assumptions; changes in economic or demographic assumptions; increases or decreases expected as part of the natural operation of the methodology used for these measurements (such as the end of an amortization period or additional cost or contribution



NMI Settlement Fund
December 9, 2024

requirements based on the Fund's funded status); and changes in plan provisions or applicable law. Due to the limited scope of our assignment, we did not perform an analysis of the potential range of future measurements.

Actuarial computations presented in this report are for the purposes of determining the recommended funding amounts for the Fund. Determinations for other purposes may be significantly different from the results contained in this report. Therefore, additional determinations may be needed for other purposes.

Milliman's work is prepared solely for the use and benefit of the NMI Settlement Fund. To the extent that Milliman's work is not subject to disclosure under applicable public records laws, Milliman's work may not be provided to third parties without Milliman's prior written consent. Milliman does not intend to benefit or create a legal duty to any third party recipient of its work product. Milliman's consent to release its work product to any third party may be conditioned on the third party signing a Release, subject to the following exception(s):

(a)    NMI Settlement Fund may provide a copy of Milliman's work, in its entirety, to its professional service advisors who are subject to a duty of confidentiality and who agree to not use Milliman's work for any purpose other than to benefit the NMI Settlement Fund.

(b)    NMI Settlement Fund may provide a copy of Milliman's work, in its entirety, to other governmental entities, as required by law.

No third party recipient of Milliman's work product should rely upon Milliman's work product. Such recipients should engage qualified professionals for advice appropriate to their own specific needs.

The consultants who worked on this assignment are actuaries. Milliman's advice is not intended to be a substitute for qualified legal or accounting counsel.

On the basis of the foregoing, we hereby certify that, to the best of our knowledge and belief, this report is complete and accurate and has been prepared in accordance with generally recognized and accepted actuarial principles and practices. The undersigned are members of the American Academy of Actuaries and meet the Qualification Standards of the American Academy of Actuaries to render the actuarial opinion contained herein.

Sincerely,

Reid Earnhardt, ASA, EA, MAAA
Consulting Actuary

Nick Collier, ASA, EA, MAAA
Principal and Consulting Actuary

NMI Settlement Fund
Actuarial Valuation as of September 30, 2023

**Milliman** Client Report

## TABLE OF CONTENTS

| Section | | | Page |
|---|---|---|---|
| **I** | **VALUATION SUMMARY** | | |
| | Introduction | | 1 |
| | Highlights | | 1 |
| | Results of Valuation | | 3 |
| | Actuarial Assumptions | | 4 |
| | Funding Method | | 4 |
| | | | |
| **II** | **VALUATION EXHIBITS** | | |
| | Exhibit 1. | Summary of Fund Assets | 5 |
| | Exhibit 2. | Changes in Fund Assets | 6 |
| | Exhibit 3. | Summary of Census Data | 7 |
| | Exhibit 4. | Reconciliation of Census Data | 8 |
| | Exhibit 5. | Projected Benefit Payments | 9 |
| | Exhibit 6. | Projected Fund Balance | 10 |
| | | | |
| **VI** | **APPENDICES** | | |
| | Appendix A. | Summary of Pension Plan | 11 |
| | Appendix B. | Actuarial Cost Method and Assumptions | 14 |
| | Appendix C. | Risk Disclosure | 16 |

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

Milliman

## INTRODUCTION

Milliman, Inc. has been retained by the NMI Settlement Fund to provide an actuarial valuation of the Fund.  The NMI Settlement Fund was created to pay pension benefits to members of the Northern Mariana Islands Retirement Fund who opted to become members of the NMI Settlement Fund.

Section 4.0 of the settlement agreement that created the NMI Settlement Fund requires the Commonwealth of the Northern Mariana Islands (CNMI) to make minimum annual payments each year to pay 75% of the Class Members' Full Benefits.  The payments for Fiscal Years Ending 2014 and 2015 were fixed at $25,000,000 and $27,000,000, respectively.  The payments after Fiscal Year Ending September 30, 2015 are to be determined by an independent actuary.

In our valuation we:

➤ Summarize the membership data.
➤ Estimate the future annual benefits to be paid by the NMI Settlement Fund.
➤ Review the current Fund balance.
➤ Project the fund balance forward for the expected life of the NMI Settlement Fund.
➤ Determine the minimum annual payments to be made by CNMI.

The results contained in this report represent our best estimates.  However, it is likely that actual experience will vary from these estimates.  To the extent that actual experience differs from the anticipated experience, actual plan costs will vary as well.

## HIGHLIGHTS

➤ A payment of $35,169,231 was made for fiscal year 2023.

➤ **We have determined that the minimum annual payment from CNMI should be $33,000,000 for the fiscal year ending September 30, 2024.**

➤ The minimum payment for fiscal year 2025 is estimated to be $31,000,000 and is expected to decline each year thereafter as shown below:

| Fiscal Year Ending September 30, | Estimated Minimum Payment |
|---|---|
| 2025 | $    31,000,000 |
| 2026 | $    29,000,000 |
| 2027 | $    27,000,000 |
| 2028 | $    25,000,000 |
| 2029 | $    23,000,000 |
| 2030 | $    21,000,000 |
| 2031 | $    19,000,000 |
| 2032 | $    17,000,000 |
| 2033 | $    16,000,000 |
| 2034 | $    15,000,000 |
| 2035 | $    14,000,000 |
| 2036 | $    13,000,000 |
| 2037 | $    12,000,000 |

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

➢ From the fiscal year ending September 30, 2038, to the fiscal year ending September 30, 2045, CNMI payments are expected to be $11,500,000 per year.  For fiscal years ending September 30, 2046 and later, CNMI payments are estimated to be equal to the benefits and expenses paid by the NMI Settlement Fund.  Exhibit 6 shows the projected Fund balance for the next 40 years.

➢ Investment market gains and losses for the period October 1, 2023 to September 30, 2024, are not reflected in this actuarial valuation as of September 30, 2023. The investment experience for the period October 1, 2023 to September 30, 2024 will be reflected in the next actuarial valuation as of September 30, 2024.

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

## RESULTS OF VALUATION

|  | September 30, 2023 | September 30, 2022 |
|---|---|---|
| **Participant Counts** | | |
| Active Employees (Class I) | 36 | 48 |
| Active Employees (Class II) | 3 | 3 |
| Total Active Employees | 39 | 51 |
| Retirees | 2,507 | 2,593 |
| Vested Terminees | 52 | 48 |
| Total Participants | 2,598 | 2,692 |
| **Market Value of Assets** | $129,407,125 | $121,110,012 |
| **Benefit Payments from NMI Settlement Fund** | $38,698,666 | $39,486,943 |
| **Projected CNMI Payments** | | |
| FYE September 30, 2024 | 33,000,000 | 34,000,000 |
| FYE September 30, 2025 | 31,000,000 | 32,000,000 |
| FYE September 30, 2026 | 29,000,000 | 30,000,000 |
| FYE September 30, 2027 | 27,000,000 | 28,000,000 |

(See Exhibit 6 for fiscal years ending September 30, 2028 and later)

| Historical Payments | |
|---|---|
| **CNMI Annual Payments** | |
| FYE September 30, 2014 | $25,000,000 |
| FYE September 30, 2015 | 27,000,000 |
| FYE September 30, 2016 | 30,000,000 |
| FYE September 30, 2017 | 33,000,000 |
| FYE September 30, 2018 | 45,000,000 |
| FYE September 30, 2019 | 44,000,000 |
| FYE September 30, 2020 | 42,000,000 |
| FYE September 30, 2021 | 40,000,000 |
| FYE September 30, 2022 | 38,000,000 |
| FYE September 30, 2023 | 35,169,231 |

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

## ACTUARIAL ASSUMPTIONS

The following are the major assumptions used in the actuarial valuation.  The assumptions are generally the same as those used in the 2012 actuarial valuation performed by the prior actuary, as stated in the audited financial statements of the Northern Mariana Islands Retirement Fund for the fiscal year ending September 30, 2012, except where indicated below.  To the extent that actual experience differs from the assumptions below, future pension costs will differ.

*Expected Investment Return*:  We have used the investment return assumption provided by the investment consultant of 5.65%.

*Mortality*.  The mortality table used is the PubG-2010 table set forward 5 years for males and females, using 130% of the rates for ages 60 to 75, and 50% of the MP-2020 projection scale from 2020 onward.

*Salary Increases*.  Salaries are not assumed to increase in future years.

*Retirement Age*.  The earlier of age 62, if eligible, or 25 years of vesting service.

*Administrative Expenses*.  Administrative expenses and fees are assumed to be $1,463,973 for fiscal year ending September 30, 2024, and are assumed to remain at that level until the fiscal year ending September 30, 2040, after which they are assumed to be 7.7% of benefit payments.

*Rates of Withdrawal and Disability*.  The assumed rates of withdrawal and disability are shown in Appendix B.

*Probability of Marriage*.  We have assumed that 75% of participants are married and that males are 5 years older than their female spouses.

A complete summary of actuarial assumptions is in Appendix B.

## FUNDING METHOD

Section 4.0 of the settlement agreement that created the NMI Settlement Fund requires the Commonwealth of the Northern Mariana Islands (CNMI) to make minimum annual payments each year to pay 75% of the Class Members' Full Benefits.  The payments for fiscal years ending 2014 and 2015 were fixed at $25,000,000 and $27,000,000, respectively.  The payments after fiscal years ending 2015 are to be determined by an independent actuary.  See the prior page for historical payments made by CNMI.  The payment for fiscal year ending 2024 is $33,000,000.

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

## EXHIBIT 1.  SUMMARY OF FUND ASSETS

Listed below are the assets reported for the NMI Settlement Fund in the Fund's financial statements.

| | September 30, 2023 | September 30, 2022 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | $        7,527,479 | $        10,480,589 |
| Receivables, net | 3,267,720 | 139,182 |
| Due from CNMI Government | 838,896 | 0 |
| CNMI judicial building loan receivable | 0 | 0 |
| Investments | 118,601,050 | 110,488,126 |
| Prepaid expenses | 32,521 | 72,305 |
| Total current assets | $      130,267,666 | $      121,180,202 |
| **Property and equipment** | $           264,577 | $           255,171 |
| **Total Assets** | $      130,532,243 | $      121,435,373 |
| **LIABILITIES** | | |
| **Current Liabilities** | | |
| Accounts payable and accrued expenses | 1,125,118 | 325,361 |
| **TOTAL NET ASSETS** | $      129,407,125 | $      121,110,012 |
| **Assets Temporarily Restricted** | 30,325 | 30,325 |
| **UNRESTRICTED NET ASSETS** | $      129,376,800 | $      121,079,687 |

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

**Milliman** Client Report

## EXHIBIT 2.  CHANGES IN FUND ASSETS

Assets increase or decrease each year due to employer contributions, investment income, benefit payments to retiring participants, plan expenses paid by the trust fund, and any realized and unrealized gains and losses from investments.

| | FISCAL YEAR ENDING | |
| --- | --- | --- |
| | September 30, 2023 | September 30, 2022 |
| **Beginning Balance** | $    121,079,687 | $    141,170,041 |
| **Contributions and Payments** | | |
| CNMI Government Contribution | 35,169,231 | 38,000,000 |
| Employer supplemental payments | 1,243,412 | 1,468,741 |
| Active Settlement Class Member contributions | 409,044 | 459,858 |
| Total contributions | 36,821,687 | 39,928,599 |
| **Investment Income** | | |
| Interest and dividends | 5,936,054 | (23,275,306) |
| Net appreciation in fair value of investments | 2,176,185 | 4,231,644 |
| Total investment income | 8,112,239 | (19,043,662) |
| **Other Additions** | | |
| CNMI Government Contribution (APGA) | 0 | 0 |
| Local interest income | 0 | 14,181 |
| Rental and other income | 3,525,826 | 96,183 |
| Net assets released from restriction | 12,870,880 | 13,223,009 |
| Total other additions | 16,396,706 | 13,333,373 |
| **TOTAL ADDITIONS** | 61,330,632 | 34,218,310 |
| **Benefit Payments** | | |
| Retirement benefits | 42,521,099 | 43,877,495 |
| Survivors benefits | 8,760,947 | 8,509,318 |
| Disability benefits | 223,057 | 252,593 |
| Death lump sum distributions | 44,050 | 69,868 |
| Refunds | 20,393 | 678 |
| Total benefit and refund payments | 51,569,546 | 52,709,952 |
| **Other Deductions** | | |
| Personnel expenses | 894,883 | 881,029 |
| Professional expenses | 354,864 | 476,804 |
| General and administrative expenses | 214,226 | 240,879 |
| Total other deductions | 1,463,973 | 1,598,712 |
| **TOTAL DEDUCTIONS** | 53,033,519 | 54,308,664 |
| **Ending Balance** | $    129,376,800 | $    121,079,687 |

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

## EXHIBIT 3.  SUMMARY OF CENSUS DATA

|  | September 30, 2023 | September 30, 2022 |
|---|---:|---:|
| **Active Employees** |  |  |
| Class 1 | 36 | 48 |
| Class 2 | 3 | 3 |
| Total | 39 | 51 |
|  |  |  |
| Average age | 54.4 | 53.4 |
| Average service | 22.5 | 20.9 |
|  |  |  |
| Total salary | $ 1,811,143 | $ 2,516,210 |
| **Retirees** |  |  |
| Healthy retiree | 1,699 | 1,758 |
| Disabled retiree | 15 | 17 |
| Back to service retirees | 19 | 21 |
| Surviving spouse | 697 | 701 |
| Child pensioner | 77 | 95 |
| Total | 2,507 | 2,592 |
|  |  |  |
| Vested Terminees | 52 | 48 |
|  |  |  |
| Average age[1] | 67.2 | 66.6 |
|  |  |  |
| Average remaining life expectancy (years)[1] | 15.9 | 16.6 |
|  |  |  |
| Annual benefit payments at 100% | $ 51,681,869 | $ 53,060,333 |
| Annual benefit payments at 75% | $ 38,761,402 | $ 39,765,250 |

---

[1] *Average age and average remaining life expectancy are averaged over healthy retirees, disabled retirees, back to service retirees, surviving spouses, child pensioners, and vested terminees.*

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

Milliman

7

**Milliman** Client Report

## EXHIBIT 4.  RECONCILIATION OF CENSUS DATA

| | Actives | Healthy Retirees[1] | Disabled Retirees | Surviving Spouses | Child Pensioners | Vested Terminees | Total |
|---|---|---|---|---|---|---|---|
| **As of 9/30/22** | **51** | **1,780** | **17** | **701** | **95** | **48** | **2,692** |
| New Participants | | | | | 7 | | 7 |
| Return to Work | 1 | (1) | | | | | - |
| Termination | (6) | | | | | 4 | (2) |
| Retirement | (5) | 5 | | | | | - |
| Disabled Retiree to Healthy Retiree | | 1 | (1) | | | | - |
| Deaths with Beneficiary | (1) | (38) | | 39 | | | - |
| Deaths without Beneficiary | | (29) | (1) | (25) | | | (55) |
| Refund | (1) | | | | | | (1) |
| Benefits Expired/Lapsed | | | | (18) | (25) | | (43) |
| **As of 9/30/23** | **39** | **1,718** | **15** | **697** | **77** | **52** | **2,598** |

[1] *Includes healthy retirees and back to service retirees.*

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

NMI Settlement Fund
Actuarial Valuation as of September 30, 2023

**Milliman** Client Report

**SECTION II.  VALUATION EXHIBITS**

## EXHIBIT 5.  PROJECTED BENEFIT PAYMENTS

| Fiscal Year Ending 9/30 | Active Employee Count* | Active Employee Salary | Current Retirees and VTs* | Future Retirees from Active | Total Retirees and VTs* | Benefit Payments at 75% |
|---|---|---|---|---|---|---|
| 2024 | 39.0 | $1,811,143 | 2,556.0 | - | 2,556.0 | $38,761,402 |
| 2025 | 17.5 | 684,074 | 2,491.9 | 21.3 | 2,513.2 | 37,761,890 |
| 2026 | 16.2 | 644,275 | 2,428.8 | 22.5 | 2,451.3 | 36,690,927 |
| 2027 | 14.9 | 573,893 | 2,369.5 | 23.6 | 2,393.1 | 35,577,317 |
| 2028 | 14.6 | 563,990 | 2,305.2 | 23.8 | 2,329.0 | 34,442,812 |
| 2029 | 13.5 | 505,651 | 2,245.3 | 24.7 | 2,270.0 | 33,297,236 |
| 2030 | 9.7 | 370,881 | 2,178.2 | 28.3 | 2,206.5 | 32,089,741 |
| 2031 | 8.7 | 295,450 | 2,110.0 | 29.2 | 2,139.2 | 30,859,692 |
| 2032 | 7.0 | 240,484 | 2,038.1 | 30.6 | 2,068.7 | 29,576,024 |
| 2033 | 6.0 | 200,351 | 1,966.6 | 31.3 | 1,997.9 | 28,264,042 |
| 2034 | 3.4 | 111,573 | 1,892.7 | 33.6 | 1,926.4 | 26,956,943 |
| 2035 | 3.3 | 110,711 | 1,814.8 | 33.3 | 1,848.1 | 25,636,151 |
| 2036 | 3.3 | 109,822 | 1,736.2 | 32.9 | 1,769.1 | 24,316,163 |
| 2037 | 0.8 | 18,496 | 1,656.1 | 35.0 | 1,691.1 | 22,962,677 |
| 2038 | 0.8 | 18,351 | 1,575.8 | 34.5 | 1,610.3 | 21,631,690 |
| 2039 | 0.7 | 18,203 | 1,493.6 | 34.0 | 1,527.6 | 20,299,982 |
| 2040 | 0.7 | 18,051 | 1,411.9 | 33.4 | 1,445.3 | 19,001,932 |
| 2041 | 0.7 | 17,873 | 1,330.0 | 32.7 | 1,362.7 | 17,705,927 |
| 2042 | 0.7 | 17,689 | 1,248.5 | 32.0 | 1,280.5 | 16,433,376 |
| 2043 | - | - | 1,167.6 | 31.9 | 1,199.5 | 15,189,833 |
| 2044 | - | - | 1,087.8 | 31.1 | 1,118.9 | 13,979,687 |
| 2045 | - | - | 1,009.6 | 30.2 | 1,039.8 | 12,810,199 |
| 2046 | - | - | 933.2 | 29.3 | 962.5 | 11,688,482 |
| 2047 | - | - | 859.2 | 28.3 | 887.5 | 10,618,438 |
| 2048 | - | - | 787.8 | 27.3 | 815.1 | 9,602,809 |
| 2049 | - | - | 719.4 | 26.3 | 745.6 | 8,643,601 |
| 2050 | - | - | 654.0 | 25.1 | 679.1 | 7,742,393 |
| 2051 | - | - | 591.8 | 24.0 | 615.8 | 6,900,199 |
| 2052 | - | - | 533.1 | 22.9 | 555.9 | 6,117,473 |
| 2053 | - | - | 477.7 | 21.7 | 499.4 | 5,394,024 |
| 2054 | - | - | 425.9 | 20.5 | 446.4 | 4,729,100 |
| 2055 | - | - | 377.5 | 19.3 | 396.8 | 4,121,614 |
| 2056 | - | - | 332.6 | 18.1 | 350.7 | 3,569,235 |
| 2057 | - | - | 291.2 | 16.9 | 308.0 | 3,070,564 |
| 2058 | - | - | 253.1 | 15.7 | 268.7 | 2,623,135 |
| 2059 | - | - | 218.4 | 14.5 | 232.8 | 2,224,460 |
| 2060 | - | - | 186.9 | 13.3 | 200.2 | 1,871,790 |
| 2061 | - | - | 158.6 | 12.2 | 170.8 | 1,562,198 |
| 2062 | - | - | 133.4 | 11.1 | 144.4 | 1,292,653 |
| 2063 | - | - | 111.1 | 10.0 | 121.1 | 1,060,045 |

*Counts are as of the beginning of the fiscal year.*

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

NMI Settlement Fund
Actuarial Valuation as of September 30, 2023

**Milliman** Client Report

## SECTION II.  VALUATION EXHIBITS

### EXHIBIT 6.  PROJECTED FUND BALANCE

| Fiscal Year Ending 9/30 | Beginning Balance | CNMI Payments | Other Contribs | Investment Earnings | Benefit Payments at 75% | Expenses & Fees | Ending Balance |
|---|---|---|---|---|---|---|---|
| 2024 | $129,376,800 | $33,000,000 | $737,099 | $7,126,495 | ($38,761,402) | ($1,463,973) | $130,015,019 |
| 2025 | 130,015,019 | 31,000,000 | 278,404 | 7,121,333 | (37,761,890) | (1,463,973) | 129,188,894 |
| 2026 | 129,188,894 | 29,000,000 | 262,207 | 7,047,954 | (36,690,927) | (1,463,973) | 127,344,155 |
| 2027 | 127,344,155 | 27,000,000 | 233,563 | 6,917,876 | (35,577,317) | (1,463,973) | 124,454,304 |
| 2028 | 124,454,304 | 25,000,000 | 229,533 | 6,730,036 | (34,442,812) | (1,463,973) | 120,507,088 |
| 2029 | 120,507,088 | 23,000,000 | 205,790 | 6,482,210 | (33,297,236) | (1,463,973) | 115,433,879 |
| 2030 | 115,433,879 | 21,000,000 | 150,941 | 6,171,636 | (32,089,741) | (1,463,973) | 109,202,742 |
| 2031 | 109,202,742 | 19,000,000 | 120,242 | 5,796,958 | (30,859,692) | (1,463,973) | 101,796,277 |
| 2032 | 101,796,277 | 17,000,000 | 97,872 | 5,357,625 | (29,576,024) | (1,463,973) | 93,211,778 |
| 2033 | 93,211,778 | 16,000,000 | 81,539 | 4,880,953 | (28,264,042) | (1,463,973) | 84,446,255 |
| 2034 | 84,446,255 | 15,000,000 | 45,408 | 4,393,355 | (26,956,943) | (1,463,973) | 75,464,102 |
| 2035 | 75,464,102 | 14,000,000 | 45,057 | 3,894,916 | (25,636,151) | (1,463,973) | 66,303,951 |
| 2036 | 66,303,951 | 13,000,000 | 44,695 | 3,386,397 | (24,316,163) | (1,463,973) | 56,954,907 |
| 2037 | 56,954,907 | 12,000,000 | 7,528 | 2,867,112 | (22,962,677) | (1,463,973) | 47,402,896 |
| 2038 | 47,402,896 | 11,500,000 | 7,468 | 2,350,897 | (21,631,690) | (1,463,973) | 38,165,599 |
| 2039 | 38,165,599 | 11,500,000 | 7,408 | 1,866,609 | (20,299,982) | (1,463,973) | 29,775,662 |
| 2040 | 29,775,662 | 11,500,000 | 7,346 | 1,429,246 | (19,001,932) | (1,463,973) | 22,246,350 |
| 2041 | 22,246,350 | 11,500,000 | 7,274 | 1,043,270 | (17,705,927) | (1,364,124) | 15,726,842 |
| 2042 | 15,726,842 | 11,500,000 | 7,199 | 713,635 | (16,433,376) | (1,266,083) | 10,248,217 |
| 2043 | 10,248,217 | 11,500,000 | - | 441,726 | (15,189,833) | (1,170,276) | 5,829,835 |
| 2044 | 5,829,835 | 11,500,000 | - | 228,908 | (13,979,687) | (1,077,042) | 2,502,013 |
| 2045 | 2,502,013 | 11,500,000 | - | 76,470 | (12,810,199) | (986,941) | 281,343 |
| 2046 | 281,343 | 12,589,002 | - | 7,948 | (11,688,482) | (900,520) | 7,948 |
| 2047 | 7,948 | 11,428,570 | - | - | (10,618,438) | (818,080) | - |
| 2048 | - | 10,342,642 | - | - | (9,602,809) | (739,833) | - |
| 2049 | - | 9,309,533 | - | - | (8,643,601) | (665,932) | - |
| 2050 | - | 8,338,893 | - | - | (7,742,393) | (596,500) | - |
| 2051 | - | 7,431,813 | - | - | (6,900,199) | (531,615) | - |
| 2052 | - | 6,588,783 | - | - | (6,117,473) | (471,311) | - |
| 2053 | - | 5,809,598 | - | - | (5,394,024) | (415,574) | - |
| 2054 | - | 5,093,445 | - | - | (4,729,100) | (364,346) | - |
| 2055 | - | 4,438,942 | - | - | (4,121,414) | (317,528) | - |
| 2056 | - | 3,844,221 | - | - | (3,569,235) | (274,986) | - |
| 2057 | - | 3,307,130 | - | - | (3,070,564) | (236,567) | - |
| 2058 | - | 2,825,230 | - | - | (2,623,135) | (202,095) | - |
| 2059 | - | 2,395,839 | - | - | (2,224,460) | (171,380) | - |
| 2060 | - | 2,015,999 | - | - | (1,871,790) | (144,209) | - |
| 2061 | - | 1,682,554 | - | - | (1,562,198) | (120,357) | - |
| 2062 | - | 1,392,243 | - | - | (1,292,653) | (99,590) | - |
| 2063 | - | 1,141,714 | - | - | (1,060,045) | (81,669) | - |

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

## APPENDIX A.  SUMMARY OF PLAN PROVISIONS

The following description is a brief summary of the provisions of the Northern Marinas Islands Retirement Plan, as shown in the audited financial statements for the NMI Retirement Fund for the Fiscal Year Ending September 30, 2012.

**Membership**:  Class II members are all persons who were Fund members prior to the effective date of Public Law 6-17 and who did not choose to become Class I members.

**Membership Service**:  Service is earned for actual compensated government employment after becoming a Fund member.  1/12 year of service is earned for each month of employment.

**Benefit Formulas**:

*Class I Formula*:  The sum of (i) and (ii) below, but not less than $6,000 nor greater than 85% of average annual salary.

(i)   The sum of 2.5% of average annual salary for each of the first 25 years of service with a maximum of 50% of average annual salary, plus
(ii)  2.5% of average annual salary for each year of service in excess of 25 years.

The minimum amount of service retirement annuity payable by the Fund is $6,000 per year.  The maximum retirement annuity is 85% of "average annual salary."

*Class II Formula*:  The sum of (i) and (ii) below, but not less than $6,000 nor greater than 85% of average annual salary.

(i)   The sum of 2% of average annual salary for each of the first 10 years of service and 2.5% of average annual salary for each year of service in excess of 10 years, plus
(ii)  Twenty dollars ($20) for each year of service reduced by 1/100th of 1% for each dollar that average annual salary exceeds $6,000.

The minimum amount of service retirement annuity payable by the Fund is $6,000 per year.  The maximum retirement annuity is 85% of "average annual salary."

Class II members receive the greater of the benefit determined using the Class II formula or the benefit determined using the Class I formula as if all service had been rendered as a Class I member.

**Average Annual Salary**:  Average of three highest annual salaries, or $6,000, whichever is greater.

**Normal Retirement**:

*Eligibility*:  Eligibility for Class I benefit is age 62 and 10 years of contributing membership after May 7, 1989.  Eligibility for Class II benefit is age 60 or 25 years of membership service.

*Form of Benefit*:  Payment is in the form of a life annuity.

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

**Early Retirement**:

*Eligibility*:  Eligibility for Class I early retirement is age 52 and 10 years of membership service or 25 years of membership service.  At least 10 years of membership service must be earned after May 7, 1989.  Class II members are not eligible for early retirement.

*Amount of Benefit*:  Same as normal retirement benefit, except reduced by an actuarially determined amount (3%) for each month the member is under 62 years of age.

*Form of Benefit*:  Same as normal retirement benefit.

**Termination**:

*Eligibility*:  Eligibility for Class I termination benefit is 10 years of contributing membership service.  Eligibility for Class II termination benefit is 3 years of vesting service.

*Amount of Benefit*:  Same as normal retirement benefit.

*Form of Benefit*:  Same as normal retirement benefit, except the annuity commences at age 62 for Class I members and age 60 for Class II members.

**Disability Retirement**:

*Eligibility*:  Members who are less than age 62, who are totally and permanently disabled and, in the case of non-occupational causes, who accumulate at least 5 years of membership service.

*Amount of Benefit*:  50% of the member's salary in effect as of the date of disability or 66 2/3% of member's salary in effect if individual became a member prior to December 5, 2003.  At age 62, the member will receive a normal retirement benefit calculated assuming service had continued to age 62 at the same salary received at the time of disability and the Class I formula is used.  Disability benefits will be reduced by the U.S. Social Security System, Workers' Compensation or other disability insurance payments.

*Form of Benefit*:  Same as normal retirement benefit.

**Survivor's Benefits**:

*Eligibility*:  Members who were active employees with at least 18 months of service for Class I and at least 3 years of service for Class II, or members who were receiving retirement or disability benefits.

*Amount of Benefit*:  A surviving spouse will receive 50% of the member's normal retirement benefit, or benefit being paid at death, but not less than $6,000 per year.  Each surviving minor child (with a maximum of three children) will receive the greater of $1,080 and 16 2/3% of the member's normal retirement benefit or the benefit being paid at death.

*Form of Benefit*:  The surviving spouse benefit will commence immediately if there are minor children, otherwise at the spouse's attainment of age 35, and continues until remarriage or death.  Payment will be in the form of a life annuity.

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

**Milliman** Client Report

The children's benefit commences immediately and continues until the respective child's attainment of age 18 (age 22 if a full-time student) unless the child is disabled.

**Lump Sum Death Benefit:**

*Eligibility:*  Members who were active employees or members who were receiving retirement or disability benefits.

*Amount of Benefit:*  A lump sum of $1,000 plus, if there is no surviving spouse or children, a refund, reduced by pension payments already received, of 1/3rd of the accumulated employee contributions with interest.

**Contributions:**  Class I members who are active employees contribute 10.5% per year.  Class II members who are active employees contribute 11% per year.

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

## APPENDIX B.  ACTUARIAL COST METHOD AND ASSUMPTIONS

|  | September 30, 2023 | September 30, 2022 |
|---|---|---|
| **Actuarial Cost Method** | n/a | n/a |
| **Investment Return** | 5.65% for all future years | 5.75% for all future years |
| **Salary Increases** | No future salary increases | No future salary increases |
| **Mortality** | PubG-2010 set forward 5 years for Males and Females, using 130% of the rates for ages 60 to 75, and 50% of the MP-2020 projection scale from 2020 onward | PubG-2010 set forward 5 years for Males and Females, using 130% of the rates for ages 60 to 75, and 50% of the MP-2020 projection scale from 2020 onward |
| **Retirement Age** | Class I Members<br>Earlier of age 62, if eligible, or 25 years of vesting service.<br><br>Class II Members<br>Earlier of age 60, if eligible, or 25 years of vesting service. | Class I Members<br>Earlier of age 62, if eligible, or 25 years of vesting service.<br><br>Class II Members<br>Earlier of age 60, if eligible, or 25 years of vesting service. |
| **Marital Status** | 75% of participants are assumed to be married and males are assumed to be 5 years older than female spouses. | 75% of participants are assumed to be married and males are assumed to be 5 years older than female spouses. |
| **Survivor Benefit – Minor Children** | Married retirees are assumed to have two minor children aged 13 at retirement.<br>Married employees are assumed to have two minor children aged 13 upon death from active status. Children are assumed remain full-time students through age 22. | Married retirees are assumed to have two minor children aged 13 at retirement.<br>Married employees are assumed to have two minor children aged 13 upon death from active status. Children are assumed remain full-time students through age 22. |

| **Turnover** | Age | Rate | Age | Rate |
|---|---|---|---|---|
| | 20 | .1303 | 20 | .1303 |
| | 25 | .1078 | 25 | .1078 |
| | 30 | .0858 | 30 | .0858 |
| | 35 | .0683 | 35 | .0683 |
| | 40 | .0508 | 40 | .0508 |
| | 45 | .0333 | 45 | .0333 |
| | 50 | .0158 | 50 | .0158 |
| | 55 & up | .0000 | 55 & up | .0000 |

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

| | September 30, 2023 | | | September 30, 2022 | | |
|---|---|---|---|---|---|---|
| **Disability** | Age | Male | Female | Age | Male | Female |
| | 25 | .00020 | .00021 | 25 | .00020 | .00021 |
| | 30 | .00023 | .00036 | 30 | .00023 | .00036 |
| | 35 | .00035 | .00061 | 35 | .00035 | .00061 |
| | 40 | .00060 | .00093 | 40 | .00060 | .00093 |
| | 45 | .00112 | .00135 | 45 | .00112 | .00135 |
| | 50 | .00310 | .00185 | 50 | .00310 | .00185 |
| | 55 | .00334 | .00261 | 55 | .00334 | .00261 |
| | 60 | .00441 | .00352 | 60 | .00441 | .00352 |

**Cost of Living Adjustment**　None　　　　　　　　　　　None

**Administrative Expenses**　$1,463,973 per year from Fiscal Year Ending September 30, 2024 to Fiscal Year Ending September 30, 2040, then remaining a constant percentage of benefit payments.　　$1,598,712 per year from Fiscal Year Ending September 30, 2023 to Fiscal Year Ending September 30, 2040, then remaining a constant percentage of benefit payments.

**Disability Benefit Amount**　For disabled members under age 62, the benefit amount after age 62 is assumed to be equal to the benefit amount before age 62.　　For disabled members under age 62, the benefit amount after age 62 is assumed to be equal to the benefit amount before age 62.

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

Milliman                                                                                                    15

## APPENDIX C.  RISK DISCLOSURE

The purpose of this appendix is to identify, assess, and provide illustrations of risks that are significant to the Settlement Fund, and in some cases to the Fund participants.

The results of the actuarial valuation are based on one set of reasonable assumptions. However, it is almost certain that future experience will not exactly match the assumptions. As an example, life expectancies may be longer or shorter than anticipated.  It is therefore important to consider the potential impacts of these likely differences when making decisions that may affect the future financial health of the Settlement Fund.

In addition, investment returns may differ from the assumption.  The larger the pool of assets, the more difficult it becomes to recover from unfavorable investment results.  As an example, it is more difficult for a plan sponsor to deal with the effects of a 10% investment loss on a plan with $1 billion in assets and liabilities than if the same plan sponsor is responsible for a 10% investment loss on a plan with $1 million in assets and liabilities. Since plans make long-term promises and rely on long-term funding, it is important to consider how mature the Fund is today, and how mature it may become in the future.

Actuarial Standard of Practice No. 51 (ASOP 51) addresses these issues by providing actuaries with guidance for assessing and disclosing the risk associated with measuring pension liabilities and the determination of pension plan contributions. Specifically, it directs the actuary to:

> Identify risks that may be significant to the Plan.

> Assess the risks identified as significant to the Plan. The assessment does not need to include numerical calculations.

> Disclose plan maturity measures and historical information that are significant to understanding the Plan's risks.

ASOP 51 states that if in the actuary's professional judgment, a more detailed assessment would be significantly beneficial in helping the individuals responsible for the Plan to understand the risks identified by the actuary, then the actuary should recommend that such an assessment be performed.

This appendix uses the framework of ASOP 51 to communicate important information about: significant risks to the Plan, the Plan's maturity, and relevant historical plan data.

**Investment Risk**

**Definition:** The potential that investment returns will be different than expected.

**Identification:** To the extent that actual investment returns differ from the assumed investment return, the Plan's future assets, funding contributions, and funded status may differ significantly from those presented in this valuation.

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*

**Milliman** Client Report

**Demographic Risks**

**Definition:** The potential that mortality or other demographic experience will be different than expected.

**Identification:** The pension liabilities reported herein have been calculated by assuming that participants will follow patterns of demographic experience (e.g., mortality, withdrawal, disability, retirement, form of payment election, etc.) as described in Appendix B. If actual demographic experience or future demographic assumptions are different from what is assumed to occur in this valuation, future pension liabilities, funding contributions, and funded status may differ significantly from those presented in this valuation.

*This work product was prepared solely for the NMI Settlement Fund for the purposes described herein and may not be appropriate to use for other purposes.  Milliman does not intend to benefit and assumes no duty or liability to other parties who receive this work.  Milliman recommends that third parties hire their own actuary or other qualified professional when reviewing this Milliman work product.*