# EXHIBIT 3

**NMI Settlement Fund**
**Schedule of CNMI Government annual contribution payments**
**Fiscal Year 2024**

| Due Date | Cumulative Amount Due | Description | Date Remitted | Amount Remitted | Quarterly Balance Due | Annual Balance Due |
|---|---|---|---|---|---|---|
| 9/30/2024 | | FY2024 Annual Payment | | | | **34,000,000.00** |
| | | | | | | |
| 12/31/2023 | 5,100,000.00 | End of 1st Quarter Payment @ 15% | | | **5,100,000.00** | |
| | | | 10/4/2023 | 392,307.72 | 4,707,692.28 | 33,607,692.28 |
| | | | 10/16/2023 | 392,307.69 | 4,315,384.59 | 33,215,384.59 |
| | | | 10/19/2023 | 392,307.69 | 3,923,076.90 | 32,823,076.90 |
| | | | 10/30/2023 | 392,307.66 | 3,530,769.24 | 32,430,769.24 |
| | | | 11/2/2023 | 392,307.69 | 3,138,461.55 | 32,038,461.55 |
| | | | 11/10/2023 | 392,307.69 | 2,746,153.86 | 31,646,153.86 |
| | | | 11/20/2023 | 392,307.69 | 2,353,846.17 | 31,253,846.17 |
| | | | 11/24/2023 | 392,307.69 | 1,961,538.48 | 30,861,538.48 |
| | | | 12/4/2023 | 392,307.69 | 1,569,230.79 | 30,469,230.79 |
| | | | 12/8/2023 | 392,307.69 | 1,176,923.10 | 30,076,923.10 |
| | | | 12/13/2023 | 392,307.69 | 784,615.41 | 29,684,615.41 |
| | | | 12/22/2023 | 392,307.69 | 392,307.72 | 29,292,307.72 |
| | | | 12/27/2023 | 392,307.72 | 0.00 | 28,900,000.00 |
| *Totals:* | | | | 5,100,000.00 | | |
| | | | | | | |
| 3/31/2024 | 17,000,000.00 | End of 2nd Quarter Cum. Payment @50% | | | **11,900,000.00** | |
| | | | 1/4/2024 | 915,384.62 | 10,984,615.38 | 27,984,615.38 |
| | | | 1/10/2024 | 915,384.62 | 10,069,230.76 | 27,069,230.76 |
| | | | 1/22/2024 | 915,384.62 | 9,153,846.14 | 26,153,846.14 |
| | | | 1/29/2024 | 915,384.62 | 8,238,461.52 | 25,238,461.52 |
| | | | 2/5/2024 | 915,384.62 | 7,323,076.90 | 24,323,076.90 |
| | | | 2/8/2024 | 915,384.62 | 6,407,692.28 | 23,407,692.28 |
| | | | 2/15/2024 | 915,384.62 | 5,492,307.66 | 22,492,307.66 |
| | | | 2/26/2024 | 915,384.62 | 4,576,923.04 | 21,576,923.04 |
| | | | 3/4/2024 | 915,384.62 | 3,661,538.42 | 20,661,538.42 |
| | | | 3/11/2024 | 915,384.62 | 2,746,153.80 | 19,746,153.80 |
| | | | 3/15/2024 | 915,384.62 | 1,830,769.18 | 18,830,769.18 |
| | | | 3/25/2024 | 915,384.62 | 915,384.56 | 17,915,384.56 |
| | | | 3/29/2024 | 915,384.56 | 0.00 | 17,000,000.00 |
| *Totals:* | | | | 11,900,000.00 | | |
| | | | | | | |
| 6/30/2024 | 23,800,000.00 | End of 3rd Quarter Cum. Payment @ 70% | | | **6,800,000.00** | |
| | | | 4/8/2024 | 523,076.92 | 6,276,923.08 | 16,476,923.08 |
| | | | 4/12/2024 | 523,076.92 | 5,753,846.16 | 15,953,846.16 |
| | | | 4/19/2024 | 523,076.92 | 5,230,769.24 | 15,430,769.24 |
| | | | 4/29/2024 | 523,076.92 | 4,707,692.32 | 14,907,692.32 |
| | | | 5/6/2024 | 523,076.92 | 4,184,615.40 | 14,384,615.40 |
| | | | 5/13/2024 | 523,076.92 | 3,661,538.48 | 13,861,538.48 |
| | | | 5/16/2024 | 523,076.92 | 3,138,461.56 | 13,338,461.56 |
| | | | 5/29/2024 | 523,076.92 | 2,615,384.64 | 12,815,384.64 |
| | | | 6/5/2024 | 523,076.92 | 2,092,307.72 | 12,292,307.72 |
| | | | 6/10/2024 | 523,076.92 | 1,569,230.80 | 11,769,230.80 |
| | | | 6/17/2024 | 523,076.92 | 1,046,153.88 | 11,246,153.88 |
| | | | 6/24/2024 | 523,076.92 | 523,076.96 | 10,723,076.96 |
| | | | 6/28/2024 | 523,076.96 | 0.00 | 10,200,000.00 |
| *Totals:* | | | | 6,800,000.00 | | |

| Due Date | Cumulative Amount Due | Description | Date Remitted | Amount Remitted | Quarterly Balance Due | Annual Balance Due |
|---|---|---|---|---|---|---|
| 9/30/2024 | 34,000,000.00 | End of 4th Quarter Payments | | | **10,200,000.00** | |
| | | | 7/8/2024 | 784,615.38 | 9,415,384.62 | 9,415,384.62 |
| | | | 7/15/2024 | 784,615.38 | 8,630,769.24 | 8,630,769.24 |
| | | | 7/22/2024 | 784,615.38 | 7,846,153.86 | 7,846,153.86 |
| | | | 7/29/2024 | 784,615.38 | 7,061,538.48 | 7,061,538.48 |
| | | | 8/7/2024 | 784,615.38 | 6,276,923.10 | 6,276,923.10 |
| | | | 8/12/2024 | 784,615.38 | 5,492,307.72 | 5,492,307.72 |
| | | | 8/20/2024 | 784,615.38 | 4,707,692.34 | 4,707,692.34 |
| | | | 8/26/2024 | 784,615.38 | 3,923,076.96 | 3,923,076.96 |
| | | | 8/30/2024 | 784,615.38 | 3,138,461.58 | 3,138,461.58 |
| | | | 9/9/2024 | 784,615.38 | 2,353,846.20 | 2,353,846.20 |
| | | | 9/16/2024 | 784,615.38 | 1,569,230.82 | 1,569,230.82 |
| | | | 9/23/2024 | 784,615.38 | 784,615.44 | 784,615.44 |
| | | | 9/27/2024 | 784,615.44 | - | 0.00 |
| | | | | 10,200,000.00 | | |