# EXHIBIT 4

**NMI Settlement Fund**
**Schedule of CNMI Government annual contribution payments**
**Fiscal Year 2025**

| Due Date | Cumulative Amount Due | Description | Date Remitted | Amount Remitted | Quarterly Balance Due | Annual Balance Due |
|---|---|---|---|---|---|---|
| 9/30/2025 | | FY2025 Annual Payment | | | | **32,000,000.00** |
| | | | | | | |
| 12/31/2025 | 4,800,000.00 | End of 1st Quarter Payment @ 15% | | | **4,800,000.00** | |
| | | | 10/7/2024 | 369,230.77 | 4,430,769.23 | 31,630,769.23 |
| | | | 10/28/2024 | 738,461.54 | 3,692,307.69 | 30,892,307.69 |
| | | | 11/13/2024 | 30,193,114.78 | - 26,500,807.09 | 699,192.91 |
| | | | | | - 26,500,807.09 | 699,192.91 |
| | | | | | - 26,500,807.09 | 699,192.91 |
| | | | | | - 26,500,807.09 | 699,192.91 |
| | | | | | - 26,500,807.09 | 699,192.91 |
| | | | | | - 26,500,807.09 | 699,192.91 |
| | | | | | - 26,500,807.09 | 699,192.91 |
| | | | | | - 26,500,807.09 | 699,192.91 |
| | | | | | - 26,500,807.09 | 699,192.91 |
| | | | | | - 26,500,807.09 | 699,192.91 |
| ***Totals:*** | | | | 31,300,807.09 | | |