# EXHIBIT 5

**NMI SETTLEMENT FUND**
**Accounting of 25% paid by NMI Government**
**FY 2024 - 1Q FY 2025**

| Pay Period | ROTA Amount | TINIAN Amount | SAIPAN Amount | Paid by NMI Gov't |
|---|---|---|---|---|
| **1st Quarter 2024** | 327,568.32 | 219,191.98 | 2,621,570.84 | 3,181,613.87 |
| **2nd Quarter 2024** | 320,112.64 | 218,105.56 | 2,607,883.94 | 3,150,714.35 |
| **3rd Quarter 2024** | 316,086.96 | 220,266.46 | 2,609,646.46 | 3,148,858.79 |
| **4th Quarter 2024** | 319,642.02 | 216,803.41 | 2,556,851.17 | 3,093,878.77 |
| **1st Quarter 2025** | 314,369.31 | 219,324.76 | 2,570,401.55 | 3,112,458.66 |
| **TOTAL** | 1,597,779.25 | 1,093,692.17 | 12,966,353.96 | 15,687,524.44 |