# EXHIBIT 7

NMI Settlement Fund
Sources of Funds and Expenses
FY 2024

|  | Year to Date This Year | Year to Date Last Year |  |
|---|---:|---:|---:|
| **On-Island Sources** | | | |
| **Contributions Revenue:** | | | |
| Mem. Contribution Income/CNMI | 138,763.07 | 144,098.72 | |
| Emp. Contribution Income/CNMI | 399,890.18 | 420,287.55 | |
| Mem. Contribution Income/Agency | 226,701.71 | 264,944.85 | |
| Emp. Contribution Income/Agency | 694,357.44 | 823,124.03 | |
| Total Contributions Revenue | 1,459,712.40 | 1,652,455.15 | 2.65% |
| **P.L. 13-60:** | | | |
| Penalty Revenue | 31,575.65 | - | |
| Total P.L. 13-60 Penalty: | 31,575.65 | - | 0.06% |
| **Employees Contributions:** | | | |
| Buy Back Revenue | 30.37 | 288.14 | |
| Benefit Overpayment Revenue | 29,807.44 | 15,066.43 | |
| Underpayment of Contributions Revenue | 278,000.12 | 3,492,970.03 | |
| Buy Back Interest | 15,153.12 | 8,802.51 | |
| Total Employees Contributions: | 322,991.05 | 3,517,127.11 | 0.59% |
| **Miscellaneous Revenue:** | | | |
| Income from Appeal Fees | 800.00 | 200.00 | |
| Interest Income | 79.32 | 23.65 | |
| Gain/Loss on sale of FA | - | - | |
| Other Income | 300.00 | 8,475.00 | |
| Total Miscellaneous Revenue | 1,179.32 | 8,698.65 | 0.002% |
| **Investment Revenue:** | | | |
| Interest Income from JB Loan | - | - | |
| Investment/Interest Income | 158,741.90 | 90,891.50 | |
| Investment/Dividend Income | 5,797,661.74 | 5,845,162.35 | |
| Total Investments Revenue | 5,956,403.64 | 5,936,053.85 | 10.79% |
| Combined On-Island Rev. Sources | 7,771,862.06 | 11,114,334.76 | 14.09% |
| **CNMI Payment per Agreement - CC# 09-00023** | | | |
| Annual Payment | 34,830,769.24 | 35,169,230.76 | |
| APGA | - | - | |
| Total Annual Payment | 34,830,769.24 | 35,169,230.76 | 63.12% |
| **Total Revenue and Payments** | 55,177,919.88 | 59,154,445.18 | 100.00% |
| **Stock Markets Realized/Unrealized Gain/(Loss):** | | | |
| Realized Gain or Loss | 222.95 | - | |
| Unrealized Gain or Loss | 12,693,366.59 | 2,241,787.48 | |
| Total Realized/Unrealized Gain/(Loss) | 12,693,589.54 | 2,241,787.48 | 18.70% |
| **Net Revenue and Payments** | **67,871,509.42** | 61,396,232.66 | |
| Year to Date Expenditures | 52,305,296.72 | 53,099,120.92 | |
| **Excess of Expenditures over Revenue & Payments** | **15,566,212.70** | 8,297,111.74 | |