# EXHIBIT 8

Case 1:09-cv-00023   Document 879-8   Filed 01/02/25   Page 1 of 3

**NMI Settlement Fund**
**FY 2023, FY 2024, & Proposed FY 2025 Budget**

|  | Approved FY 2023 Budget | Approved FY 2024 Budget | Proposed FY 2025 Budget | FY 2025 increase/ (decrease) | % (+/-) from previous budget |
|---|---|---|---|---|---|
| **Benefits Payments (75%)** | | | | | |
| Retirement Benefit Payments | 32,750,000 | 32,000,000 | 31,425,000 | (575,000) | -1.80% |
| Survivors Payments | 6,450,000 | 6,800,000 | 6,750,000 | (50,000) | -0.74% |
| Disability Payments | 275,000 | 175,000 | 125,000 | (50,000) | -28.57% |
| Death Lump Sum Payments | 75,000 | 75,000 | 75,000 | - | 0.00% |
| | | | | | |
| Total Benefits Payment | 39,550,000 | 39,050,000 | 38,375,000 | (675,000) | -1.73% |
| | | | | | |
| **Refund Payments** | | | | | |
| Refund of Contributions | 35,000 | 150,000 | 75,000 | (75,000) | -50.00% |
| Interest Payments | 2,500 | 5,000 | 25,000 | 20,000 | 400.00% |
| | | | | | |
| Total Refunds | 37,500 | 155,000 | 100,000 | (55,000) | -35.48% |
| | | | | | |
| Total Benefits and Refunds Payment | 39,587,500 | 39,205,000 | 38,475,000 | (730,000) | -1.86% |
| | | | | | |
| **Personnel Expenses** | | | | | |
| Salaries & Wages | 876,408 | 870,961 | 884,020 | 13,059 | 1.50% |
| Overtime Pay | 5,000 | 5,000 | 10,000 | 5,000 | 100.00% |
| Personnel Insurance | 75,000 | 78,245 | 80,000 | 1,755 | 2.24% |
| Social Security | 54,647 | 54,310 | 55,429 | 1,119 | 2.06% |
| 401K | 52,884 | 52,558 | 53,641 | 1,083 | 2.06% |
| Medicare | 12,780 | 12,701 | 12,963 | 262 | 2.06% |
| | | | | | |
| Total Personnel Expenses | 1,076,720 | 1,073,775 | 1,096,054 | 22,279 | 2.07% |
| | | | | | |
| **Professional Fees** | | | | | |
| Actuarial Service Fees | 25,000 | 22,000 | 22,000 | - | 0.00% |
| Audit & Accounting Fees | 62,500 | 65,000 | 65,000 | - | 0.00% |
| Financial Consultant Investment Fee | 155,000 | 155,000 | 155,000 | - | 0.00% |
| Legal Service Fees | 300,000 | 200,000 | 200,000 | - | 0.00% |
| PCT Custodial Fees | 75,000 | 75,000 | 75,000 | - | 0.00% |
| Trustee Fees | 250,000 | 200,000 | 200,000 | - | 0.00% |
| | | | | | |
| Total Professional Fees | 867,500 | 717,000 | 717,000 | - | 0.00% |

|  | Approved FY 2023 Budget | Approved FY 2024 Budget | Proposed FY 2025 Budget | FY 2025 increase/ (decrease) | % (+/-) from previous budget |
|---|---|---|---|---|---|
| **General and Administrative Expenses** | | | | | |
| Advertisement | 250 | 250 | 250 | - | 0.00% |
| Administrative Hearing | 25,000 | 20,000 | 10,000 | (10,000) | -50.00% |
| Bank Service Charge | 2,000 | 1,500 | 5,000 | 3,500 | 233.33% |
| Books & Libraries | 11,000 | 11,000 | 11,000 | - | 0.00% |
| Communication | 20,500 | 20,500 | 21,000 | 500 | 2.44% |
| Freight & Postage | 10,000 | 10,000 | 12,000 | 2,000 | 20.00% |
| Fuel & Lubrications | 7,500 | 7,500 | 7,500 | - | 0.00% |
| Insurance | 19,000 | 19,000 | 21,000 | 2,000 | 10.53% |
| Janitorial Services | 17,000 | 17,000 | 17,000 | - | 0.00% |
| Licenses & Fees | 3,500 | 3,500 | 3,500 | - | 0.00% |
| Office Equipment Lease | - | - | 6,000 | 6,000 | |
| Office Supplies | 23,000 | 23,000 | 27,500 | 4,500 | 19.57% |
| Other Office Expense | 1,000 | 1,000 | 2,000 | 1,000 | 100.00% |
| Personnel Training Cost | 5,000 | 5,000 | 5,000 | - | 0.00% |
| Printing & Reproduction | 5,000 | 5,000 | 5,000 | - | 0.00% |
| Repairs & Maintenance | 60,000 | 150,000 | 120,000 | (30,000) | -20.00% |
| Subscription & Dues | 4,000 | 3,500 | 3,500 | - | 0.00% |
| Travel/Transportation-Staff | 5,000 | 5,000 | 5,000 | - | 0.00% |
| Utilities | 55,000 | 55,000 | 55,000 | - | 0.00% |
| Total General & Admin. Expenses | 273,750 | 359,750 | 337,250 | (22,500) | -6.25% |
| Total Expenses | 41,805,470 | 41,355,525 | 40,625,304 | (730,221) | -1.77% |
| **Fixed Asset** | | | | | |
| Office Equipment | 5,000 | 5,000 | 10,000 | 5,000 | 100.00% |
| Office Furniture & Fixtures | 3,500 | 3,500 | 3,500 | - | 0.00% |
| Total Fixed Assets | 8,500 | 8,500 | 13,500 | 5,000 | 58.82% |
| Total Expenditures | 41,813,970 | 41,364,025 | 40,638,804 | (725,221) | -1.75% |