# EXHIBIT 9

**Wilshire**

# NMI Settlement Fund

Monthly Investment Summary

Oct-2024

**Wilshire**

# Monthly Market Commentary

*Month Ended October 31, 2024*

## U.S. Economy and Markets

- The broad U.S. equity market was down for the month as the FT Wilshire 5000 Index℠ returned -0.73%, with a positive return of 19.71% for the year-to-date.
- Large-cap stocks slightly underperformed their small-cap counterparts for the month, with the FT Wilshire Large Cap Index℠ and the FT Wilshire Small Cap Index℠ returning -0.73% and -0.70%, respectively.
- Performance across GICS sectors was mostly negative for the quarter. Real estate and healthcare were the main market laggards while communication services and financials were the main market leaders for the quarter.

## International Economy and Markets

- Developed international equity markets, as measured by the MSCI EAFE Index, returned -5.44% in October. The MSCI Emerging Markets Index also produced a loss during the month, down -4.45%.
- The U.S. dollar strengthened versus advanced foreign economies during the month, resulting in the developed markets local currency return being higher than those converted back to dollars.

## Fixed Income & Real Assets

- Core bonds posted a loss of -2.48% in October as the 10-year U.S. Treasury yield rose 51 basis points.
- High yield corporate bonds were down -0.54% as credit spreads were down for the month, down 13 basis points in the high yield market. Leveraged loans were up for the month at 0.86%, leading longer-duration bonds.
- Multiple listed real asset markets were down for the month with The Wilshire Global Real Estate Index℠ returning -3.93% and the FTSE Global Core Infrastructure Index down -2.63%.
- Commodities, as measured by the Bloomberg Commodity Index, were down -1.85% in October.

1

**Wilshire**

# Monthly Index Performance
*Periods Ended October 31, 2024*

| | 1 Month | QTD | YTD | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|---|---|---|
| **Performance (%)** | | | | | | | |
| **U.S. Equity** | | | | | | | |
| FT Wilshire 5000 Index | -0.73 | -0.73 | 19.71 | 37.86 | 7.86 | 14.84 | 12.63 |
| S&P 500 Index | -0.91 | -0.91 | 20.97 | 38.02 | 9.08 | 15.27 | 13.00 |
| Wilshire 4500 Completion Index | 0.55 | 0.55 | 13.03 | 37.55 | 1.35 | 11.96 | 10.26 |
| MSCI USA Minimum Volatility Index | -1.45 | -1.45 | 16.96 | 27.16 | 6.87 | 9.03 | 10.84 |
| **U.S. Equity by Size/Style** | | | | | | | |
| Wilshire U.S. Large-Cap Index | -0.72 | -0.72 | 20.57 | 38.15 | 8.44 | 15.33 | 13.14 |
| Wilshire U.S. Large-Cap Growth Index | -0.85 | -0.85 | 24.05 | 43.75 | 9.21 | 18.97 | 15.40 |
| Wilshire U.S. Large-Cap Value Index | -0.54 | -0.54 | 16.12 | 31.19 | 7.46 | 11.14 | 10.20 |
| Wilshire U.S. Small-Cap Index | -0.88 | -0.88 | 9.27 | 34.27 | 1.69 | 9.64 | 8.46 |
| Wilshire U.S. Small-Cap Growth Index | -1.15 | -1.15 | 7.98 | 32.82 | -0.06 | 9.61 | 8.57 |
| Wilshire U.S. Small-Cap Value Index | -0.63 | -0.63 | 10.55 | 35.71 | 3.46 | 9.69 | 8.09 |
| Wilshire U.S. Micro-Cap Index | 1.22 | 1.22 | 5.92 | 29.56 | -8.27 | 4.25 | 4.31 |
| **Non-U.S. Equity (USD)** | | | | | | | |
| MSCI AC World ex USA (Net) | -4.91 | -4.91 | 8.61 | 24.33 | 1.60 | 5.78 | 4.79 |
| MSCI ACWI ex USA Minimum Volatility Index (Net) | -4.21 | -4.21 | 10.39 | 21.27 | 2.87 | 3.87 | 4.98 |
| MSCI EAFE (Net) | -5.44 | -5.44 | 6.85 | 22.97 | 2.70 | 6.24 | 5.27 |
| MSCI Emerging Markets (Net) | -4.45 | -4.45 | 11.66 | 25.32 | -1.43 | 3.93 | 3.43 |
| MSCI AC World ex USA Small Cap (Net) | -5.23 | -5.23 | 6.08 | 23.73 | -0.92 | 6.21 | 5.76 |
| **U.S. Fixed Income** | | | | | | | |
| Blmbg. U.S. Aggregate Index | -2.48 | -2.48 | 1.86 | 10.55 | -2.20 | -0.23 | 1.49 |
| Blmbg. U.S. Treasury: Long | -5.21 | -5.21 | -2.91 | 15.10 | -10.52 | -5.13 | 0.28 |
| Blmbg. U.S. Long Corporate Index | -4.16 | -4.16 | 0.19 | 19.23 | -6.16 | -1.27 | 2.63 |
| Blmbg. U.S. TIPS Index | -1.79 | -1.79 | 2.97 | 8.61 | -1.54 | 2.20 | 2.26 |
| Blmbg. U.S. Credit Index | -2.41 | -2.41 | 2.69 | 13.07 | -1.99 | 0.46 | 2.43 |
| Blmbg. U.S. Corp: High Yield Index | -0.54 | -0.54 | 7.42 | 16.47 | 2.97 | 4.55 | 4.86 |
| Morningstar LSTA U.S. Leveraged Loan | 0.86 | 0.86 | 7.45 | 10.56 | 6.68 | 6.02 | 4.92 |

# Wilshire

## Asset Allocation Compliance
### Total Fund
*Periods Ended As of October 31, 2024*



**Wilshire**

# Asset Allocation & Performance

## NMI Settlement Fund
*Periods Ended October 31, 2024*

| | Allocation | | Performance (%) net of fees | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market Value $ | % | Since Inception | 10 Years | 5 Years | 3 Years | 1 Year | YTD | FYTD | QTD | 1 Month | Inception Date |
| **Total Fund** | 135,673,720 | 100.00 | 3.72 | 3.83 | 3.67 | 1.15 | 15.65 | 6.96 | -1.53 | -1.53 | -1.53 | 10/1/2013 |
| Total Fund Policy | | | 3.66 | 3.62 | 3.08 | 0.52 | 13.91 | 6.26 | -1.52 | -1.52 | -1.52 | |
| Value Added | | | 0.06 | 0.21 | 0.59 | 0.63 | 1.74 | 0.70 | -0.01 | -0.01 | -0.01 | |
| | | | | | | | | | | | | |
| **Vanguard Total World Stock** | 25,469,448 | 18.77 | 9.94 | | 11.03 | 5.25 | 32.11 | 15.23 | -2.27 | -2.27 | -2.27 | 7/1/2018 |
| FTSE Global All Cap Net Tax (US RIC) Idx | | | 10.00 | | 11.11 | 5.36 | 32.61 | 15.39 | -2.33 | -2.33 | -2.33 | |
| Value Added | | | -0.06 | | -0.08 | -0.11 | -0.50 | -0.16 | 0.06 | 0.06 | 0.06 | |
| **Global Equity Composite** | 25,469,448 | 18.77 | 9.31 | 9.08 | 11.03 | 5.25 | 32.11 | 15.23 | -2.27 | -2.27 | -2.27 | 10/1/2013 |
| Global Equity Policy | | | 9.22 | 9.02 | 11.11 | 5.36 | 32.61 | 15.39 | -2.33 | -2.33 | -2.33 | |
| Value Added | | | 0.09 | 0.06 | -0.08 | -0.11 | -0.50 | -0.16 | 0.06 | 0.06 | 0.06 | |
| | | | | | | | | | | | | |
| **PGIM High Yield** | 25,993,491 | 19.16 | 3.40 | | | 2.66 | 17.11 | 7.91 | -0.64 | -0.64 | -0.64 | 2/1/2021 |
| Blmbrg Barc U.S. High Yield 1% Issuer Cap | | | 3.46 | | | 3.01 | 16.50 | 7.46 | -0.54 | -0.54 | -0.54 | |
| Value Added | | | -0.06 | | | -0.35 | 0.61 | 0.45 | -0.10 | -0.10 | -0.10 | |
| **Dodge & Cox Income Fund** | 34,736,107 | 25.60 | 2.56 | 2.56 | 1.49 | -0.42 | 12.44 | 3.00 | -2.63 | -2.63 | -2.63 | 11/1/2014 |
| Blmbg. U.S. Aggregate Index | | | 1.49 | 1.49 | -0.23 | -2.20 | 10.55 | 1.86 | -2.48 | -2.48 | -2.48 | |
| Value Added | | | 1.07 | 1.07 | 1.72 | 1.78 | 1.89 | 1.14 | -0.15 | -0.15 | -0.15 | |
| **Vanguard Short-Term Bond** | 12,004,582 | 8.85 | 1.98 | | 1.22 | 0.72 | 6.89 | 3.42 | -1.06 | -1.06 | -1.06 | 7/1/2018 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | | | 2.02 | | 1.26 | 0.76 | 6.92 | 3.41 | -1.04 | -1.04 | -1.04 | |
| Value Added | | | -0.04 | | -0.04 | -0.04 | -0.03 | 0.01 | -0.02 | -0.02 | -0.02 | |

**Wilshire**

# Asset Allocation & Performance

### NMI Settlement Fund
*Periods Ended October 31, 2024*

| | Allocation | | Performance (%) net of fees | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market Value $ | % | Since Inception | 10 Years | 5 Years | 3 Years | 1 Year | YTD | FYTD | QTD | 1 Month | Inception Date |
| **Fixed Income Composite** | 72,734,325 | 53.61 | 2.95 | 2.98 | 2.29 | 0.69 | 13.08 | 4.78 | -1.67 | -1.67 | -1.67 | 10/1/2013 |
| Fixed Income Policy | | | 2.74 | 2.62 | 1.51 | -0.09 | 11.90 | 3.97 | -1.59 | -1.59 | -1.59 | |
| Value Added | | | 0.21 | 0.36 | 0.78 | 0.78 | 1.18 | 0.81 | -0.08 | -0.08 | -0.08 | |
| **Fidelity Strategic Real Return** | 34,580,084 | 25.49 | 3.45 | | | | 11.83 | 6.54 | -0.85 | -0.85 | -0.85 | 8/1/2022 |
| Fidelity Strategic Real Return Policy | | | 4.31 | | | | 8.19 | 6.43 | -0.85 | -0.85 | -0.85 | |
| Value Added | | | -0.86 | | | | 3.64 | 0.11 | 0.00 | 0.00 | 0.00 | |
| Mutual Fund Cash | 2,889,863 | 2.13 | 1.47 | 1.66 | 2.31 | 3.66 | 5.31 | 4.40 | 0.40 | 0.40 | 0.40 | 10/1/2013 |

# Cash Flow Summary

## Total Fund
*One Month Ending October 31, 2024*

|  | Begin Value | Net Cash Flow | Expenses | Capital Apprec./ Deprec. | End Value |
|---|---|---|---|---|---|
| **Total Fund** | **137,791,227** |  | **-6,316** | **-2,111,191** | **135,673,720** |
|  |  |  |  |  |  |
| **Global Equity Composite** | **26,060,993** |  |  | **-591,544** | **25,469,448** |
| Vanguard Total World Stock | 26,060,993 |  |  | -591,544 | 25,469,448 |
|  |  |  |  |  |  |
| **Fixed Income Composite** | **73,967,705** |  |  | **-1,233,381** | **72,734,325** |
| Vanguard Short-Term Bond | 12,133,449 |  |  | -128,867 | 12,004,582 |
| PGIM High Yield | 26,160,677 |  |  | -167,186 | 25,993,491 |
| Dodge & Cox Income Fund | 35,673,430 |  |  | -937,324 | 34,736,107 |
|  |  |  |  |  |  |
| **Real Return Composite** | **34,877,966** |  |  | **-297,881** | **34,580,084** |
| Fidelity Strategic Real Return | 34,877,966 |  |  | -297,881 | 34,580,084 |
|  |  |  |  |  |  |
| Mutual Fund Cash | 2,884,564 |  | -6,316 | 11,616 | 2,889,863 |

**Wilshire**

# Historical Hybrid Composition
## Total Fund Composite
### *As of October 31, 2024*

| Policy Index | Weight (%) | Policy Index | Weight (%) |
|---|---|---|---|
| **Aug-2022** | | **Nov-2020** | |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 | Blmbg. U.S. Aggregate Index | 45.85 |
| Blmbg. U.S. Aggregate Index | 30.00 | ICE BofA High Yield BB-B Constrained Index | 20.37 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.10 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 | FTSE Global All Cap Net Tax (US RIC) Index | 16.68 |
| Fidelity Strategic Real Return Policy | 25.00 | | |
| | | **Oct-2020** | |
| **Jul-2022** | | Blmbg. U.S. Aggregate Index | 46.73 |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 | ICE BofA High Yield BB-B Constrained Index | 20.12 |
| Blmbg. U.S. Aggregate Index | 30.00 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.74 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 | FTSE Global All Cap Net Tax (US RIC) Index | 15.41 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 | | |
| 90 Day U.S. Treasury Bill | 25.00 | **Sep-2020** | |
| | | Blmbg. U.S. Aggregate Index | 46.55 |
| **Feb-2021** | | ICE BofA High Yield BB-B Constrained Index | 20.10 |
| Blmbg. U.S. Aggregate Index | 40.00 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.67 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 30.00 | FTSE Global All Cap Net Tax (US RIC) Index | 15.68 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 | | |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.00 | **Dec-2019** | |
| | | Blmbg. U.S. Aggregate Index | 50.00 |
| **Jan-2021** | | ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 40.65 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| ICE BofA High Yield BB-B Constrained Index | 29.26 | FTSE Global All Cap Net Tax (US RIC) Index | 10.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 9.65 | | |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.44 | **Oct-2019** | |
| | | Blmbg. U.S. Aggregate Index | 40.00 |
| **Dec-2020** | | ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 45.31 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 15.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.64 | FTSE Global All Cap Net Tax (US RIC) Index | 25.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.83 | | |
| FTSE Global All Cap Net Tax (US RIC) Index | 17.22 | | |

**Wilshire**

# Historical Hybrid Composition

## Total Fund Composite
### *As of October 31, 2024*

| Policy Index | Weight (%) |
|---|---|
| **Jul-2018** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 32.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 6.00 |
| | |
| **Jan-2018** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 32.00 |
| MSCI AC World Index (Net) | 6.00 |
| Blmbg. Intermed. U.S. Government/Credit | 12.00 |
| | |
| **Oct-2016** | |
| TF Policy custom2 | 100.00 |
| | |
| **Jan-2015** | |
| MSCI AC World Index (Net) | 10.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 50.00 |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 |
| | |
| **Apr-2014** | |
| MSCI AC World Index (Net) | 15.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 45.00 |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 |
| | |
| **Oct-2013** | |
| TF Policy custom1 | 100.00 |

# Historical Hybrid Composition

## Global Equity Composite
### As of October 31, 2024

| Policy Index | Weight (%) |
|---|---|
| Jul-2018 | |
| FTSE Global All Cap Net Tax (US RIC) Index | 100.00 |
| | |
| Oct-2013 | |
| MSCI AC World Index (Net) | 100.00 |

# Wilshire

# Historical Hybrid Composition
## Fixed Income Composite
### *As of October 31, 2024*

| Policy Index | Weight (%) | Policy Index | Weight (%) |
|---|---|---|---|
| **Jul-2022** | | **Sep-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.67 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.96 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 33.33 | ICE BofA High Yield BB-B Constrained Index | 23.84 |
| Blmbg. U.S. Aggregate Index | 50.00 | Blmbg. U.S. Aggregate Index | 55.20 |
| **Feb-2021** | | **Dec-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.50 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 22.22 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 37.50 | ICE BofA High Yield BB-B Constrained Index | 22.22 |
| Blmbg. U.S. Aggregate Index | 50.00 | Blmbg. U.S. Aggregate Index | 55.56 |
| **Jan-2021** | | **Oct-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.13 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| ICE BofA High Yield BB-B Constrained Index | 36.78 | ICE BofA High Yield BB-B Constrained Index | 26.67 |
| Blmbg. U.S. Aggregate Index | 51.09 | Blmbg. U.S. Aggregate Index | 53.33 |
| **Dec-2020** | | **Jul-2018** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.33 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 24.93 | ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 54.74 | Blmbg. U.S. Aggregate Index | 53.19 |
| **Nov-2020** | | **Jan-2018** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.52 | Blmbg. Intermed. U.S. Government/Credit | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 24.45 | ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 55.03 | Blmbg. U.S. Aggregate Index | 53.19 |
| **Oct-2020** | | **Oct-2016** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.98 | Fixed Income Policy custom2 | 100.00 |
| ICE BofA High Yield BB-B Constrained Index | 23.78 | **Jan-2015** | |
| Blmbg. U.S. Aggregate Index | 55.24 | ICE BofA High Yield BB-B Constrained Index | 22.20 |
| | | Blmbg. Intermed. U.S. Government/Credit | 22.20 |
| | | Blmbg. U.S. Aggregate Index | 55.60 |

**Wilshire**

# Historical Hybrid Composition

## Fixed Income Composite
*As of October 31, 2024*

| Policy Index | Weight (%) |
|---|---|
| **Apr-2014** | |
| ICE BofA High Yield BB-B Constrained Index | 23.55 |
| Blmbg. Intermed. U.S. Government/Credit | 23.55 |
| Blmbg. U.S. Aggregate Index | 52.90 |
| | |
| **Oct-2013** | |
| Fixed Income Policy custom1 | 100.00 |

**Wilshire**

# NMI Settlement Fund

Monthly Investment Summary

Nov-2024

**Wilshire**

# Monthly Market Commentary
*Month Ended November 30, 2024*

## U.S. Economy and Markets
- The broad U.S. equity market was up in November as the FT Wilshire 5000 Index℠ returned 6.61%, with a positive return of 34.42% for the past 12 months.
- Large-cap stocks underperformed their small-cap counterparts for the month, with the FT Wilshire Large Cap Index℠ and the FT Wilshire Small Cap Index℠ returning 6.13% and 9.88%, respectively.
- Performance across all GICS sectors was positive in November. Consumer discretionary and financials were the best performing sectors while health care was the main laggard for the month.

## International Economy and Markets
- Developed international equity markets, as measured by the MSCI EAFE Index, returned -0.57% in November. The MSCI Emerging Markets Index also produced a loss during the month, down -3.59%.
- The U.S. dollar strengthened versus advanced foreign economies during the month, resulting in the developed markets local currency return being higher than those converted back to dollars.

## Fixed Income & Real Assets
- Core bonds posted a gain of 1.06% in November as the 10-year U.S. Treasury yield fell 12 basis points.
- High yield corporate bonds were up 1.15% as credit spreads were down for the month, down 16 basis points in the high yield market. Leveraged loans were up for the month at 0.83%, trailing longer-duration bonds.
- Multiple listed real asset markets were up for the month with The Wilshire Global Real Estate Index℠ returning 3.57% and the FTSE Global Core Infrastructure Index up 2.94%.
- Commodities, as measured by the Bloomberg Commodity Index, were up 0.41% in November.

wilshire.com    |    ©2024 Wilshire Advisors LLC

# Wilshire

# Monthly Index Performance
*Periods Ended November 30, 2024*

| | 1 Month | QTD | YTD | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|---|---|---|
| **Performance (%)** | | | | | | | |
| U.S. Equity | | | | | | | |
| FT Wilshire 5000 Index | 6.61 | 5.84 | 27.63 | 34.42 | 10.62 | 15.47 | 13.07 |
| S&P 500 Index | 5.87 | 4.91 | 28.07 | 33.89 | 11.44 | 15.77 | 13.35 |
| Wilshire 4500 Completion Index | 11.35 | 11.96 | 25.86 | 38.51 | 6.60 | 13.42 | 11.29 |
| MSCI USA Minimum Volatility Index | 5.04 | 3.52 | 22.85 | 26.18 | 9.36 | 9.82 | 11.01 |
| U.S. Equity by Size/Style | | | | | | | |
| Wilshire U.S. Large-Cap Index | 6.34 | 5.58 | 28.21 | 34.39 | 11.02 | 15.91 | 13.54 |
| Wilshire U.S. Large-Cap Growth Index | 6.65 | 5.74 | 32.30 | 38.17 | 11.46 | 19.43 | 15.77 |
| Wilshire U.S. Large-Cap Value Index | 5.92 | 5.35 | 22.99 | 29.51 | 10.50 | 11.80 | 10.60 |
| Wilshire U.S. Small-Cap Index | 10.28 | 9.31 | 20.51 | 34.85 | 6.42 | 10.97 | 9.46 |
| Wilshire U.S. Small-Cap Growth Index | 11.28 | 10.00 | 20.16 | 34.86 | 5.02 | 10.77 | 9.66 |
| Wilshire U.S. Small-Cap Value Index | 9.35 | 8.66 | 20.88 | 34.88 | 7.83 | 11.17 | 8.99 |
| Wilshire U.S. Micro-Cap Index | 12.49 | 13.86 | 19.15 | 37.12 | -2.17 | 6.04 | 5.64 |
| Non-U.S. Equity (USD) | | | | | | | |
| MSCI AC World ex USA (Net) | -0.91 | -5.77 | 7.63 | 13.03 | 2.86 | 5.40 | 4.62 |
| MSCI ACWI ex USA Minimum Volatility Index (Net) | -0.83 | -5.00 | 9.48 | 14.01 | 3.29 | 3.75 | 4.86 |
| MSCI EAFE (Net) | -0.57 | -5.97 | 6.24 | 11.88 | 4.15 | 5.89 | 5.07 |
| MSCI Emerging Markets (Net) | -3.59 | -7.88 | 7.65 | 11.86 | -1.27 | 3.20 | 3.16 |
| MSCI AC World ex USA Small Cap (Net) | -0.44 | -5.65 | 5.61 | 12.31 | 0.62 | 5.76 | 5.76 |
| U.S. Fixed Income | | | | | | | |
| Blmbg. U.S. Aggregate Index | 1.06 | -1.45 | 2.93 | 6.88 | -1.95 | -0.01 | 1.52 |
| Blmbg. U.S. Treasury: Long | 1.82 | -3.48 | -1.15 | 7.36 | -10.77 | -4.69 | 0.19 |
| Blmbg. U.S. Long Corporate Index | 2.27 | -1.99 | 2.46 | 10.00 | -5.58 | -0.95 | 2.76 |
| Blmbg. U.S. TIPS Index | 0.48 | -1.32 | 3.47 | 6.26 | -1.67 | 2.27 | 2.29 |
| Blmbg. U.S. Credit Index | 1.27 | -1.17 | 3.99 | 8.36 | -1.60 | 0.68 | 2.49 |
| Blmbg. U.S. Corp: High Yield Index | 1.15 | 0.60 | 8.66 | 12.71 | 3.70 | 4.72 | 5.06 |
| Morningstar LSTA U.S. Leveraged Loan | 0.83 | 1.69 | 8.34 | 10.13 | 7.03 | 6.07 | 4.96 |

# Asset Allocation Compliance
## Total Fund
*Periods Ended As of November 30, 2024*



**Wilshire**

# Asset Allocation & Performance

## NMI Settlement Fund
### *Periods Ended November 30, 2024*

| | Allocation | | Performance (%) net of fees | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market Value $ | % | Since Inception | 10 Years | 5 Years | 3 Years | 1 Year | YTD | FYTD | QTD | 1 Month | Inception Date |
| **Total Fund** | 166,281,092 | 100.00 | 3.84 | 3.95 | 3.84 | 2.03 | 12.47 | 8.66 | 0.04 | 0.04 | 1.59 | 10/1/2013 |
| Total Fund Policy | | | 3.77 | 3.73 | 3.24 | 1.27 | 10.67 | 7.87 | -0.02 | -0.02 | 1.52 | |
| Value Added | | | 0.08 | 0.23 | 0.60 | 0.75 | 1.80 | 0.79 | 0.06 | 0.06 | 0.08 | |
| | | | | | | | | | | | | |
| **Vanguard Total World Stock** | 26,506,516 | 15.94 | 10.49 | | 11.35 | 7.63 | 26.09 | 19.92 | 1.71 | 1.71 | 4.07 | 7/1/2018 |
| FTSE Global All Cap Net Tax (US RIC) Idx | | | 10.52 | | 11.40 | 7.69 | 26.08 | 19.87 | 1.46 | 1.46 | 3.87 | |
| Value Added | | | -0.03 | | -0.05 | -0.06 | 0.01 | 0.05 | 0.25 | 0.25 | 0.20 | |
| **Global Equity Composite** | 26,506,516 | 15.94 | 9.62 | 9.35 | 11.35 | 7.63 | 26.09 | 19.92 | 1.71 | 1.71 | 4.07 | 10/1/2013 |
| Global Equity Policy | | | 9.52 | 9.25 | 11.40 | 7.69 | 26.08 | 19.87 | 1.46 | 1.46 | 3.87 | |
| Value Added | | | 0.10 | 0.10 | -0.05 | -0.06 | 0.01 | 0.05 | 0.25 | 0.25 | 0.20 | |
| | | | | | | | | | | | | |
| **PGIM High Yield** | 26,197,256 | 15.75 | 3.54 | | | 3.27 | 13.00 | 8.76 | 0.14 | 0.14 | 0.78 | 2/1/2021 |
| Blmbrg Barc U.S. High Yield 1% Issuer Cap | | | 3.68 | | | 3.74 | 12.73 | 8.68 | 0.59 | 0.59 | 1.14 | |
| Value Added | | | -0.15 | | | -0.47 | 0.27 | 0.08 | -0.45 | -0.45 | -0.35 | |
| **Dodge & Cox Income Fund** | 35,149,632 | 21.14 | 2.66 | 2.63 | 1.70 | 0.07 | 8.48 | 4.23 | -1.47 | -1.47 | 1.19 | 11/1/2014 |
| Blmbg. U.S. Aggregate Index | | | 1.58 | 1.52 | -0.01 | -1.95 | 6.88 | 2.93 | -1.45 | -1.45 | 1.06 | |
| Value Added | | | 1.08 | 1.11 | 1.71 | 2.02 | 1.61 | 1.29 | -0.02 | -0.02 | 0.13 | |
| **Vanguard Short-Term Bond** | 12,052,134 | 7.25 | 2.03 | | 1.32 | 0.92 | 5.55 | 3.93 | -0.57 | -0.57 | 0.49 | 7/1/2018 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | | | 2.07 | | 1.36 | 0.92 | 5.56 | 3.87 | -0.61 | -0.61 | 0.44 | |
| Value Added | | | -0.03 | | -0.04 | 0.00 | -0.01 | 0.07 | 0.03 | 0.03 | 0.05 | |

Total Fund balance does not include Special Purpose Fund

**Wilshire**

# Asset Allocation & Performance

## NMI Settlement Fund
*Periods Ended November 30, 2024*

| | Allocation | | Performance (%) net of fees | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market Value $ | % | Since Inception | 10 Years | 5 Years | 3 Years | 1 Year | YTD | FYTD | QTD | 1 Month | Inception Date |
| **Fixed Income Composite** | 73,399,168 | 44.14 | 3.02 | 3.04 | 2.45 | 1.19 | 9.55 | 5.75 | -0.75 | -0.75 | 0.93 | 10/1/2013 |
| Fixed Income Policy | | | 2.81 | 2.68 | 1.68 | 0.32 | 8.59 | 4.99 | -0.63 | -0.63 | 0.98 | |
| Value Added | | | 0.21 | 0.36 | 0.77 | 0.87 | 0.96 | 0.77 | -0.13 | -0.13 | -0.05 | |
| | | | | | | | | | | | | |
| **Fidelity Strategic Real Return** | 35,060,920 | 21.09 | 3.94 | | | | 10.65 | 8.02 | 0.52 | 0.52 | 1.39 | 8/1/2022 |
| Fidelity Strategic Real Return Policy | | | 4.77 | | | | 6.85 | 7.91 | 0.53 | 0.53 | 1.39 | |
| Value Added | | | -0.83 | | | | 3.79 | 0.11 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | |
| **Mutual Fund Cash** | 2,894,452 | 1.74 | 1.49 | 1.70 | 2.36 | 3.78 | 5.25 | 4.79 | 0.78 | 0.78 | 0.37 | 10/1/2013 |
| **Special Purpose Cash** | 28,420,036 | 17.09 | | | | | | | | | | |

Total Fund balance does not include Special Purpose Fund

**Wilshire**

# Cash Flow Summary

## Total Fund
*One Month Ending November 30, 2024*

| | Begin Value | Net Cash Flow | Expenses | Capital Apprec./ Deprec. | End Value |
|---|---|---|---|---|---|
| **Total Fund** | **135,673,720** | **28,406,000** | **-6,228** | **2,207,599** | **166,281,092** |
| | | | | | |
| **Global Equity Composite** | **25,469,448** | | | **1,037,068** | **26,506,516** |
| Vanguard Total World Stock | 25,469,448 | | | 1,037,068 | 26,506,516 |
| | | | | | |
| **Fixed Income Composite** | **72,734,325** | | | **664,843** | **73,399,168** |
| Vanguard Short-Term Bond | 12,004,582 | | | 47,551 | 12,052,134 |
| PGIM High Yield | 25,993,491 | | | 203,765 | 26,197,256 |
| Dodge & Cox Income Fund | 34,736,107 | | | 413,525 | 35,149,632 |
| | | | | | |
| **Real Return Composite** | **34,580,084** | | | **480,835** | **35,060,920** |
| Fidelity Strategic Real Return | 34,580,084 | | | 480,835 | 35,060,920 |
| | | | | | |
| Mutual Fund Cash | 2,889,863 | | -6,228 | 10,817 | 2,894,452 |
| Special Purpose Cash | | 28,406,000 | | 14,036 | 28,420,036 |

Total Fund balance does not include Special Purpose Fund

**Wilshire**

# Historical Hybrid Composition
## Total Fund Composite
*As of November 30, 2024*

| Policy Index | Weight (%) | Policy Index | Weight (%) |
|---|---|---|---|
| **Aug-2022** | | **Nov-2020** | |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 | Blmbg. U.S. Aggregate Index | 45.85 |
| Blmbg. U.S. Aggregate Index | 30.00 | ICE BofA High Yield BB-B Constrained Index | 20.37 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.10 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 | FTSE Global All Cap Net Tax (US RIC) Index | 16.68 |
| Fidelity Strategic Real Return Policy | 25.00 | | |
| | | **Oct-2020** | |
| **Jul-2022** | | Blmbg. U.S. Aggregate Index | 46.73 |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 | ICE BofA High Yield BB-B Constrained Index | 20.12 |
| Blmbg. U.S. Aggregate Index | 30.00 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.74 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 | FTSE Global All Cap Net Tax (US RIC) Index | 15.41 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 | | |
| 90 Day U.S. Treasury Bill | 25.00 | **Sep-2020** | |
| | | Blmbg. U.S. Aggregate Index | 46.55 |
| **Feb-2021** | | ICE BofA High Yield BB-B Constrained Index | 20.10 |
| Blmbg. U.S. Aggregate Index | 40.00 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.67 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 30.00 | FTSE Global All Cap Net Tax (US RIC) Index | 15.68 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 | | |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.00 | **Dec-2019** | |
| | | Blmbg. U.S. Aggregate Index | 50.00 |
| **Jan-2021** | | ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 40.65 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| ICE BofA High Yield BB-B Constrained Index | 29.26 | FTSE Global All Cap Net Tax (US RIC) Index | 10.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 9.65 | | |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.44 | **Oct-2019** | |
| | | Blmbg. U.S. Aggregate Index | 40.00 |
| **Dec-2020** | | ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 45.31 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 15.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.64 | FTSE Global All Cap Net Tax (US RIC) Index | 25.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.83 | | |
| FTSE Global All Cap Net Tax (US RIC) Index | 17.22 | | |

**Wilshire**

# Historical Hybrid Composition

## Total Fund Composite
### *As of November 30, 2024*

| Policy Index | Weight (%) |
|---|---|
| **Jul-2018** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 32.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 6.00 |
| | |
| **Jan-2018** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 32.00 |
| MSCI AC World Index (Net) | 6.00 |
| Blmbg. Intermed. U.S. Government/Credit | 12.00 |
| | |
| **Oct-2016** | |
| TF Policy custom2 | 100.00 |
| | |
| **Jan-2015** | |
| MSCI AC World Index (Net) | 10.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 50.00 |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 |
| | |
| **Apr-2014** | |
| MSCI AC World Index (Net) | 15.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 45.00 |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 |
| | |
| **Oct-2013** | |
| TF Policy custom1 | 100.00 |

**Wilshire**

# Historical Hybrid Composition

## Global Equity Composite
### *As of November 30, 2024*

| Policy Index | Weight (%) |
|---|:---:|
| **Jul-2018** | |
| FTSE Global All Cap Net Tax (US RIC) Index | 100.00 |
| | |
| **Oct-2013** | |
| MSCI AC World Index (Net) | 100.00 |

**Wilshire**

# Historical Hybrid Composition
## Fixed Income Composite
*As of November 30, 2024*

| Policy Index | Weight (%) | Policy Index | Weight (%) |
|---|---|---|---|
| **Jul-2022** | | **Sep-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.67 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.96 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 33.33 | ICE BofA High Yield BB-B Constrained Index | 23.84 |
| Blmbg. U.S. Aggregate Index | 50.00 | Blmbg. U.S. Aggregate Index | 55.20 |
| **Feb-2021** | | **Dec-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.50 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 22.22 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 37.50 | ICE BofA High Yield BB-B Constrained Index | 22.22 |
| Blmbg. U.S. Aggregate Index | 50.00 | Blmbg. U.S. Aggregate Index | 55.56 |
| **Jan-2021** | | **Oct-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.13 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| ICE BofA High Yield BB-B Constrained Index | 36.78 | ICE BofA High Yield BB-B Constrained Index | 26.67 |
| Blmbg. U.S. Aggregate Index | 51.09 | Blmbg. U.S. Aggregate Index | 53.33 |
| **Dec-2020** | | **Jul-2018** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.33 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 24.93 | ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 54.74 | Blmbg. U.S. Aggregate Index | 53.19 |
| **Nov-2020** | | **Jan-2018** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.52 | Blmbg. Intermed. U.S. Government/Credit | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 24.45 | ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 55.03 | Blmbg. U.S. Aggregate Index | 53.19 |
| **Oct-2020** | | **Oct-2016** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.98 | Fixed Income Policy custom2 | 100.00 |
| ICE BofA High Yield BB-B Constrained Index | 23.78 | **Jan-2015** | |
| Blmbg. U.S. Aggregate Index | 55.24 | ICE BofA High Yield BB-B Constrained Index | 22.20 |
| | | Blmbg. Intermed. U.S. Government/Credit | 22.20 |
| | | Blmbg. U.S. Aggregate Index | 55.60 |

**Wilshire**

# Historical Hybrid Composition

## Fixed Income Composite
### As of November 30, 2024

| Policy Index | Weight (%) |
|---|---|
| **Apr-2014** | |
| ICE BofA High Yield BB-B Constrained Index | 23.55 |
| Blmbg. Intermed. U.S. Government/Credit | 23.55 |
| Blmbg. U.S. Aggregate Index | 52.90 |
| | |
| **Oct-2013** | |
| Fixed Income Policy custom1 | 100.00 |