# EXHIBIT 10

**NMISF PENDING ADMINISTRATIVE CASES REPORT**

| ** | Case Number | Case Name | Adjudication Level | Nature of Matter | Procedural Posture |
|---|---|---|---|---|---|
| 1 | 25-001 | Taitingfong, Daniel A. | Mediation | Improper computation of credit service and retirement benefits | Pending pre-mediation schedule |
| 2 | 24-001 | Galvan, Ursula D. | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 3 | 24-002 | Aguon, Rainaldo C. | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 4 | 24-003 | Aldan, Juan D. | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 5 | 24-004 | Duenas, Regina D. | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 6 | 24-005 | Benjamin, Edwin W. | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 7 | 24-006 | Deleon Guerrero, Visitacion | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 8 | 22-001 | Castro, Daniel J. | Hearing Officer | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending hearing schedule |
| 9 | 22-003 | Basiou, Jeannette L. (Deceased) | Mediation | Overpayment of benefits after death | Pending pre-mediation schedule |
| 10 | 21-004 | Eugenio, Raphael T. | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 11 | 21-006 | Aguon, Joaquin M. | Mediation | Ineligibility for five-year credit pursuant to Article III, Section 20(a) of the NMI Constitution | Pending mediation schedule |
| 12 | 16-002 | Camacho, Rosa A. | Arbitrator | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending arbitration schedule |
| 13 | 16-004 | Castro, Joseph M. | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 14 | 16-006 | Untalan, Jaimelina K. | Mediation | Recoupment of survivor benefits due to ineligibility | Pending pre-mediation schedule |
| 15 | 16-008 | Kiyoshi, Gloria F. | Mediation | Recoupment of disability overpayments due to Social Security benefits | Pending pre-mediation schedule |
| 16 | 15-002 | Delafield, Kathryn J. | Mediation | Double dipping | Pending pre-mediation schedule |
| 17 | 15-004 | Babauta, Oscar M. | Mediation | Improper computation of retirement benefits | Pending pre-mediation schedule |
| 18 | 15-006 | Ilal, Laurencia F. | Mediation | Improper computation of credited service and retirement benefits | Pending pre-mediation schedule |

| # | Case | Name | Type | Issue | Status |
|---|---|---|---|---|---|
| 19 | 15-007 | Dela Cruz, Ignacio T. | Mediation | Double dipping and underpayment of contributions | Pending pre-mediation schedule |
| 20 | 14-001 | Igisomar, Sylvan O. | Mediation | Improper calculation of retirement eligibility | Pending pre-mediation schedule |
| 21 | 14-002 | Igitol, Alice/Preschanel | Mediation | Overpayment of survivor benefits | Pending pre-mediation schedule |
| 22 | 13-001 | Borja, Francisco M. | Mediation | Double dipping | Pending mediation schedule |
| 23 | 13-003 | Rengiil, Isaac | Mediation | Recoupment of disability COLA | Pending mediation schedule |
| 24 | 13-005 | Sondheim, Arthur | Mediation | Rejection of PL 17-82 application | Pending mediation schedule |
| 25 | 13-007 | Gabaldon, Antonio S. | Mediation | Recoupment of disability overpayment | Pending mediation schedule |
| 26 | 12-001 | Dailey, Louis T. | Mediation | Recoupment of disability COLA | Pending mediation schedule |
| 27 | 12-003 | Tenorio, Lino | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation schedule |
| 28 | 12-004 | Reyes, Francisco A. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 29 | 12-005 | Reyes, Jesus A. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 30 | 12-007 | Muna, Anthony P. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 31 | 12-008 | Pangelinan, Pedro DLG. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation schedule |
| 32 | 12-011 | Igitol, Mathilde C. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 33 | 12-013 | Kintol, Jerome P. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 34 | 12-015 | Fejeran, Felipe Tydingco | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 35 | 12-019 | Borja, Eusebio C. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 36 | 12-020 | Quitugua, David T. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation schedule |
| 37 | 12-022 | Palacios, Antonio S. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation |
| 38 | 12-029 | Duenas, Maria B. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 39 | 12-030 | Celis, Abel S. (Deceased) | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 40 | 12-031 | Castro, Eliseo M. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 41 | 12-033 | Santos, Marilyn E. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 42 | 12-035 | Fejeran, Felipe Torres | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation schedule |
| 43 | 12-043 | Toves, Francisco S. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |

| | | | | | |
|---|---|---|---|---|---|
| 44 | 12-045 | Tenorio, Joseph N. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation |
| 45 | 12-049 | Concepcion, Patricia A. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 46 | 12-055 | Deleon Guerrero, Francisco C. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 47 | 12-056 | Borja, Edward A. | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 48 | 12-067 | Babauta, Juan N. | Mediation | Double dipping | Pending pre-mediation schedule |
| 49 | Various | Overtime/ Compensatory Time Appeals | Mediation | Recoupment in 46 cases where overtime and compensatory time were improperly used in benefit computation | Pending pre-mediation schedule |
| 50 | 11-001 | Atalig, Felipe | Mediation | Re-admission | Pending pre-mediation schedule |
| 51 | 10-006 | Seglem, Ignacia (Deceased) | Mediation | Recoupment of disability COLA | Pending pre-mediation schedule |
| 52 | 09-001 | Pangelinan, Edward | Mediation | Double dipping | Pending pre-mediation schedule |
| 53 | 09-009 | Torres, William S. | Mediation | Double dipping | Pending pre-mediation schedule |
| 54 | 08-001 | Piteg, Ignacia S. | Mediation | Survivor benefits | Pending pre-mediation schedule |