# EXHIBIT 11

**NMISF SETTLED ADMINISTRATIVE CASES OUTSIDE MEDIATION**
**FY 2024**

| ** | Case Name | Nature of Matter | Amount Paid | Amount Owed |
|---|---|---|---|---|
| 1 | G. Ada | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $          - |
| 2 | N. Ada | Overpayment of survivor benefits based on incorrect computation of retiree's benefits, which improperly included overtime and compensatory time hours in benefit computation | | $      473.00 |
| 3 | E. Agulto | Overpayment of survivor benefits based on incorrect computation of retiree's benefits, which improperly included overtime and compensatory time hours in benefit computation | | $    1,360.47 |
| 4 | T. Aguon | Overpayment of survivor benefits due to remarriage | | $      800.01 |
| 5 | C. Aldan | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $    3,909.17 |
| 6 | G. Benavente | Underpayment of benefits due to conversion of disability benefits to normal retirement at 62 years of age | $    1,719.23 | |
| 7 | A. Borja | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours and early retirement bonus in computation of benefits, and benefits paid after death | | $          - |
| 8 | E. Borja | Overpayment of benefits after death | | $      243.24 |
| 9 | B. Cabrera | Underpayment of benefits due to incorrect average annual salary applied in benefit computation | $  34,707.02 | |
| 10 | V. Calvo | Underpayment of benefits due to incorrect computation of interest for buy-back credit | $    6,838.39 | |
| 11 | C. Camacho | Overpayment of survivor benefits after death | | $        42.00 |
| 12 | F. Camacho | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $  18,506.19 |
| 13 | R. Castro | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $  14,533.68 |
| 14 | V. Cepeda | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $    2,277.96 |
| 15 | L. Cinco | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $  42,605.71 |

| # | Name | Description | | |
|---|---|---|---|---|
| 16 | J. Deleon Guerrero | Overpayment of benefits due to incorrect length of service applied in benefit computation | | $ 287.77 |
| 17 | L. Diaz | Unpaid balance of contributions | $ 60.01 | |
| 18 | J. Duenas | Overpayment of retirement benefits after death | | $ 840.12 |
| 19 | I. Eang | Overpayment of retirement benefits after death | | $ 158.70 |
| 20 | E. Eugenio | Overpayment of survivor benefits due to remarriage | | $ 25,612.80 |
| 21 | D. Flores | Overpayment of benefits due to incorrect length of service applied in benefit computation | | $ 1,636.22 |
| 22 | J. Hardy | Overpayment of retirement benefits after death | | $ 1,421.62 |
| 23 | A. King | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 6,718.95 |
| 24 | R. Lorenzo | Overpayment of retirement benefits after death | | $ 217.58 |
| 25 | A. Magofna | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ - |
| 26 | E. Manglona | Overpayment of retirement benefits after death | | $ 186.68 |
| 27 | F. Manibusan | Underpayment of survivor benefits | $ 539.04 | |
| 28 | J. Manibusan | Overpayment of benefits due to incorrect length of service applied in benefit computation, and benefits paid after death | | $ 481.64 |
| 29 | J. Masiwemai | Overpayment of benefits due to improper inclusion of early retirement bonus in benefit computation | | $ - |
| 30 | R. Mettao | Overpayment of retirement benefits after death | | $ 217.64 |
| 31 | S. Muna | Overpayment of survivor benefits after death | | $ 144.24 |
| 32 | A. Occasion | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation, and benefits paid after death | | $ 3,934.44 |
| 33 | A. Palacios | Overpayment of retirement benefits after death | | $ 48.94 |
| 34 | F. Prosser | Underpayment of benefits due to incorrect average annual salary applied in benefit computation | $ 14,116.73 | |
| 35 | O. Ramos | Overpayment of retirement and survivor benefits after death | | $ 119.44 |
| 36 | D. Reyes | Underpayment of benefits due to incorrect length of service applied in benefit computation | $ 5,819.32 | |
| 37 | J. Reyes | Underpayment of benefits due to incorrect average annual salary applied in benefit computation | $ 10,903.45 | |

| 38 | M. Reyes | Underpayment of benefits due to incorrect length of service applied in benefit computation | $ 1,852.03 | |
| 39 | J. Robert | Overpayment of benefits due to incorrect length of service applied in benefit computation and benefits after death | | $ 2,174.82 |
| 40 | J. Romolor | Underpayment of survivor benefits based on incorrect computation of retiree's benefits, which was based on incorrect length of service applied in benefit computation | $ 314.18 | |
| 41 | A. Sablan | Underpayment of survivor benefits | $ 79.35 | |
| 42 | J. Sablan | Underpayment of benefits due to incorrect application of age penalty in benefit computation | $ 12,907.30 | |
| 43 | R. San Nicolas | Overpayment of survivor benefits based on incorrect computation of retiree's benefits, which improperly included overtime and compensatory time hours in benefit computation | | $ 7,029.09 |
| 44 | V. San Nicolas | Underpayment of benefits based on incorrect average annual salary applied in benefit computation | $ 6,470.03 | |
| 45 | V. Santos | Overpayment of survivor benefits based on incorrect computation of retiree's benefits, which improperly included overtime and compensatory time hours in benefit computation | | $         - |
| 46 | J. Sasamoto | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $         - (unless additional assets identified by estate) |
| 47 | M. Sasamoto | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 545.07 |
| 48 | E. Terlaje | Underpayment of benefits due to incorrect average annual salary applied in benefit computation | $ 43,593.32 | |

**NMISF SETTLED ADMINISTRATIVE CASES OUTSIDE MEDIATION**
**FY 2025**

| ** | Case/OA-SF No. | Case Name | Nature of Matter | Amount Owed |
|---|---|---|---|---|
| 1 | 24-L308 | L. Arriola | Overpayment of retirement benefits after death | $ 68.44 |
| 2 | 24-L144 | I. Cabrera | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation, and benefits after death | $ 1,640.47 |
| 3 | 12-032 | R. Cabrera | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | $ 4,805.87 |
| 4 | 12-061 | J. Calvo | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | $ 39,021.04 |
| 5 | 12-051 | F. Camacho | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | $ 3,008.10 |
| 6 | 25-L035 | H. Cole | Overpayment of retirement benefits after death | $ 486.66 |
| 7 | 12-072 | E. Concepcion | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | $ 3,745.31 |
| 8 | 12-071 | H. Manglona | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | $ 3,326.13 |
| 9 | 25-L007 | J. Manglona | Overpayment of survivor benefits due to remarriage | $ 2,699.99 |
| 10 | 25-L064 | J. Mendiola | Underpayment of employee contributions | $ 6,949.31 |
| 11 | 24-L233 | C. Mesik | Overpayment of retirement benefits after death | $ 110.96 |
| 12 | 20-L157 | E. Palacios | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | $ 363.90 |
| 13 | 25-L038 | V. Palacios | Overpayment of retirement benefits after death | $ 220.65 |
| 14 | 25-L037 | C. Reyes | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | $ 426.41 |

| 15 | 24-L257 | B. Sanchez | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | $ | - |
| 16 | 12-074 | J. Sanchez | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | $ | 3,245.07 |
| 17 | 24-L299 | B. Sawer | Overpayment of retirement benefits after death | $ | 6,801.79 |
| 18 | 24-L301 | B. Teigita | Overpayment of survivor benefits after death | $ | 1,048.29 |