BRONSTER FUJICHAKU ROBBINS
Margery S. Bronster
Email:  mbronster@bfrhawaii.com
Robert M. Hatch
Email:  rhatch@bfhhwaii.com
1003 Bishop Street, Suite 2300
Honolulu, Hawaiʻi  96813
Telephone No.: (808) 524-5644
Facsimile No.:  (808) 599-1881

CLASS COUNSEL

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself, and as a representative of a class of similarly-situated persons, | ) ) ) CIVIL CASE NO. 09-00023 |
| Plaintiffs, | ) ) **PLAINTIFF'S MOTION UNDER** ) **LOCAL RULE LR83.4(b) TO** ) **APPEAR BY VIDEO-** ) **TELECONFERENCE AT THE** |
| v. | ) **STATUS HEARING ON THE** ) **COURT'S DECEMBER 12, 2024** ) **ORDER (ECF No. 876)** |
| ARNOLD I. PALACIOS, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) ) |

## PLAINTIFF'S MOTION UNDER LOCAL RULE LR83.4(b) TO APPEAR BY VIDEO-TELECONFERENCE AT THE STATUS HEARING ON THE COURT'S DECEMBER 12, 2024 ORDER (ECF No. 876)

Plaintiff BETTY JOHNSON on behalf of herself, and as the representative of a class of

similarly-situated persons hereby moves this court, pursuant to LR83.4(b), to allow Class

Counsel, Margery S. Bronster and Robert M. Hatch, in the above-captioned matter, to be

permitted to appear by video-teleconference at the status hearing set for Thursday, January 9,

2025 at 10:30 a.m. Class Counsel do not reside on the island of Saipan, and it will save the Class,

and the Settlement Fund time and money if Class Counsel attend the status hearing by video-teleconference.

Plaintiff's counsel request that the Court allow them to appear by video-teleconference at the status hearing on the Court's December 12, 2024 Order (ECF No. 876), at the January 9, 2025 at 10:30 a.m.

DATED: Honolulu, Hawaiʻi, January 2, 2025.

       /s/ ROBERT M. HATCH
MARGERY S. BRONSTER
ROBERT M. HATCH
Class Counsel

2