F I L E D
Clerk
District Court

JAN 06 2025

for the Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD I. PALACIOS, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), *et al.*,<br><br>　　　　　Defendants. | CIVIL CASE NO. 09-00023<br><br>**ORDER**<br>Rescheduling Status Hearing |

　　　Because the court is closed for business on January 9, 2025, for the National Day of Mourning for President James Earl Carter, Jr., *see* General Order 25-00001, the status hearing previously set for said date is hereby rescheduled to Friday, January 10, 2025, at 2:30 p.m. The court also permits class counsel and Maggie Ralbovsky, the Settlement Fund's investment consultant, to appear at the hearing by Zoom.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　**/s/ Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　　　　　　　　　**Designated Judge**
　　　　　　　　　　　　　　　　　　　　　　**Dated: Jan 06, 2025**