F I L E D
Clerk
District Court
JAN 10 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

1:09-cv-00023

January 10, 2025
2:30 p.m.

**JANE ROE et al., -vs- COMMONWEALTH OF THE NOTHERN MARIANA ISLANDS et al.,**

PRESENT: HON. FRANCES TYDINGCO-GATEWOOD, DESIGNATED JUDGE PRESIDING
JUDITH HATTORI, LAW CLERK
FRANCINE ATALIG, COURTROOM DEPUTY
MARGERY BRONSTER, ATTORNEY FOR PLAINTIFF (vtc)
ROBERT HATCH, ATTORNEY FOR PLAINTIFF (vtc)
JONATHAN GLASS, JR., ATTORNEY FOR CNMI
ARNOLD I. PALACIOS, CNMI GOVERNOR
TRACY NORITA, CNMI SECRETARY OF FINANCE
GRETCHEN SMITH, ATTORNEY FOR NMI SETTLEMENT FUND
NICOLE TORRES-RIPPLE, ATTORNEY FOR NMI SETTLEMENT FUND
JOYCE TANG, TRUSTEE FOR SETTLEMENT FUND
LILLIAN PANGELINAN, SETTLEMENT FUND ADMINISTRATOR
MAGGIE RALBOVSKY, WILSHIRE INVESTMENT ADVISOR

PROCEEDINGS: STATUS CONFERENCE

Court apprised all it is in receipt of the Trustee's report.

Trustee Tang reported to the Court on the FY 2024 1st through FY 2025 part of 1st quarter payments. Court and parties referenced the power point provided by the Trustee. Trustee Tang reported on class membership data, MAP, Alternative Payment of a Greater Amount, Sources of Funds, and an Update Re Internal Audit of Member Files. Court had questions and Trustee Tang and Attorney Torres-Ripple responded.

Court addressed the Trustee's Request for Approval of Settlement Repayment Periods, ECF No. [878]. Attorney Torres-Ripple argued in support of the motion. Court apprised all that it will approve the request.

Trustee Tang further reported on the Highlights of Consultant Reports, FY 2024 Financial Performance and FY 2025 Budget. Court had questions and Trustee Tang responded.

Court and parties addressed Senate Bill 23-61. Attorney Bronster stated the Plaintiff's position and argued that no changes shall be made to the settlement agreement should the legislation pass Senate Bill 23-61.

Wilshire Investment Advisor, Maggie Ralbovsky, reported to the Court on Investments and Policy.

Attorney Torres-Ripple reported to the Court regarding Status of Litigation and Bills, Legislative Initiatives, and Resolutions. Court had questions and Attorney Torres-Ripple and Trustee Tang responded.

Eusebio Borja addressed the Court and stated his concerns regarding overpayment of benefits. Court responded and apprised the court that Ms. Rayphand is contact the NMI Retirement Fund.

Susan Babauta addressed the Court and stated her concerns regarding overpayment of benefits but thanked the Court and the NMI Retirement Fund for trying to resolve these issues.

Court thanked the parties.

                                        Adjourned at 5:30 p.m.
                                        /s/ Francine Atalig, Courtroom Deputy

_____
CERTIFICATE OF OFFICIAL COURT RECORDER

I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on 01/10/2025. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above-entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).
_____