NICOLE M. TORRES-RIPPLE
**NMI SETTLEMENT FUND**
Email: nicole.m.torres-ripple@nmisf.com
P.O. Box 501247
Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080

*Attorney for the NMI Settlement Fund*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **BETTY JOHNSON**, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>Plaintiff,<br>v.<br><br>**ARNOLD I. PALACIOS**, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), *et al.*,<br><br>Defendants. | CIVIL CASE NO. 09-00023<br><br>SUBMISSION OF NMI SETTLEMENT FUND'S POWERPOINT PRESENTATION AT THE JANUARY 10, 2025 STATUS HEARING |

The Trustee of the NMI Settlement Fund, by and through counsel, hereby submits the PowerPoint presentation presented at the January 10, 2025 Status Hearing, a copy of which is attached hereto as **Exhibit A**.

*Respectfully submitted* this 10th day of January 2025.

                                                                        **NMI SETTLEMENT FUND**

                                                                        ___/s/_____
                                                                        Nicole M. Torres-Ripple, Esq.
                                                                        *Attorney for the NMI Settlement Fund*