# EXHIBIT A



# Report of the Trustee
## 1st Qtr. FY 2024 through 1st Qtr. FY 2025

*January 10, 2025 Hearing*

*Betty Johnson v. Arnold I. Palacios, et al.*
Civil Case No. 09-00023

# Topics

I. Introduction

II. Overview of the Settlement Fund's Operations

- Class membership data
- MAP, APGA, and sources of funds
- Audit of member files
- Highlights of Consultant Reports

III. Financial Report of the Settlement Fund

- FY 2024 Financial Performance and FY 2025 Budget
- Investment Report

IV. Status of Litigation and Administrative Appeals

V. Relevant Legislation



# Operation Highlights

# Class Membership

|  | 9/30/2024 | 9/30/2023 | 9/30/2022 | 9/30/2021 |
|---|---|---|---|---|
| **Membership** | | | | |
| Active Employees (Class I) | 41 | 59 | 56 | 58 |
| Active Employees (Class II) | 14 | 18 | 17 | 13 |
| **Total Active Employees** | **55** | **77** | **73** | **71** |
| | | | | |
| Retirees | 2,400 | 2,476 | 2,558 | 2,630 |
| **Total Members** | **2,455** | **2,553** | **2,631** | **2,701** |
| Difference | (49) | (70) | (78) | |

In FY 2023, there were 2,553 members, a decrease of 78 from FY 2022. As of September 30, 2024, the number of participants decreased from 2,553 to 2,455.

Trustee's Report at 3, ECF No. 879.

# Reduction in Class Membership (2014-2024)



- Class membership decreased at the rate of 1.9% - 3.1%
- Total decrease 2014 – 2024 is 22.16%

Trustee's Report at 4, ECF No. 879.

**Breakdown of Members**

**Based on 75% Benefit**

**Payments as of 9/30/24**

| Benefit Range per Municipality | RETIREE DISABLED | RETIREE | SURV CHILD DISABLED | SURV CHILD | SURV SPOUSE | Grand Total |
|---|---|---|---|---|---|---|
| **ROTA** | **2** | **182** | **1** | **5** | **66** | **256** |
| <= $6,000.00 | 0 | 16 | 1 | 4 | 20 | **41** |
| 6,000.01 - 10,000 | 1 | 20 | 0 | 0 | 19 | **40** |
| 10,000.01 - 20,000 | 1 | 96 | 0 | 1 | 23 | **121** |
| 20,000.01 - 30,000 | 0 | 35 | 0 | 0 | 4 | **39** |
| 30,000.01 - 40,000 | 0 | 12 | 0 | 0 | 0 | **12** |
| 40,000.01 - 50,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 50,000.01 - 60,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 60,000.01 - 70,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 70,000.01 - 80,000 | 0 | 0 | 0 | 0 | 0 | **0** |
|  |  |  |  |  |  |  |
| **SAIPAN** | **7** | **1344** | **8** | **35** | **571** | **1965** |
| <= $6,000.00 | 0 | 103 | 8 | 30 | 241 | **382** |
| 6,000.01 - 10,000 | 5 | 127 | 0 | 4 | 153 | **289** |
| 10,000.01 - 20,000 | 2 | 587 | 0 | 0 | 159 | **748** |
| 20,000.01 - 30,000 | 0 | 385 | 0 | 1 | 14 | **400** |
| 30,000.01 - 40,000 | 0 | 97 | 0 | 0 | 1 | **98** |
| 40,000.01 - 50,000 | 0 | 27 | 0 | 0 | 1 | **28** |
| 50,000.01 - 60,000 | 0 | 9 | 0 | 0 | 1 | **10** |
| 60,000.01 - 70,000 | 0 | 4 | 0 | 0 | 1 | **5** |
| 70,000.01 - 80,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 80,000.01 - 90,000 | 0 | 3 | 0 | 0 | 0 | **3** |
| 90,000.01 - UP | 0 | 1 | 0 | 0 | 0 | **1** |
|  |  |  |  |  |  |  |
| **TINIAN** | **1** | **112** | **0** | **5** | **61** | **179** |
| <= $6,000.00 | 1 | 9 | 0 | 5 | 20 | **35** |
| 6,000.01 - 10,000 | 0 | 9 | 0 | 0 | 20 | **29** |
| 10,000.01 - 20,000 | 0 | 53 | 0 | 0 | 21 | **74** |
| 20,000.01 - 30,000 | 0 | 32 | 0 | 0 | 0 | **32** |
| 30,000.01 - 40,000 | 0 | 7 | 0 | 0 | 0 | **7** |
| 40,000.01 - 50,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 50,000.01 - 60,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 60,000.01 - 70,000 | 0 | 0 | 0 | 0 | 0 | **0** |
| 70,000.01 - 80,000 | 0 | 0 | 0 | 0 | 0 | **0** |
|  |  |  |  |  |  |  |
| **GRAND TOTAL** | **10** | **1638** | **9** | **45** | **698** | **2400** |

6

# Payments to Members Based on Current Residence and Classification

| PLACE OF RESIDENCE | Total # of Members | NMISF Class Member Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Retiree Disabled | Retiree | Surviving Child Disabled | Surviving Child | Surviving Spouse | Total Benefit Payments | |
| CNMI | 1706 | $ 3,797.22 | $ 1,335,280.94 | $ 1,051.32 | $ 6,542.31 | $ 240,094.74 | $ 1,586,766.53 | 76% |
| CONTINENTAL U.S. & HI | 540 | $ 1,273.00 | $ 314,154.63 | $ 92.69 | $ 2,689.64 | $ 82,610.47 | $ 400,820.43 | 19% |
| FSM | 8 | $ - | $ 1,358.31 | $ - | $ - | $ 3,653.94 | $ 5,012.25 | |
| GUAM | 79 | $ - | $ 43,368.21 | $ - | $ 892.84 | $ 7,936.52 | $ 52,197.57 | 5% |
| NON U.S. | 43 | $ - | $ 16,393.33 | $ - | $ - | $ 6,819.09 | $ 23,212.42 | |
| REPUBLIC OF PALAU | 24 | $ - | $ 15,180.21 | $ - | $ - | $ 2,836.27 | $ 18,016.48 | |
| Total Payments @ 100% | 2400 | $ 5,070.22 | $ 1,725,735.63 | $ 1,144.01 | $ 10,124.79 | $ 343,951.03 | $ 2,086,025.68 | |
| Total Payments @ 75% | 2400 | $ 3,802.67 | $ 1,294,301.72 | $ 858.01 | $ 7,593.59 | $ 257,963.27 | $ 1,564,519.26 | |

Chart 2 in Trustee's Report at 5, ECF No. 879.

**Average Monthly Benefit Payments:  75%  $2.09M**
**25%  $1.56M**

7



# MAP, APGA, and Sources of Funds

# Minimum Annual Payment

- MAP and Group Health and Life Insurance timely paid for FY 2024 and FY 2025

- Since 2018, implementation of bi-weekly payment, Settlement Fund has not had to draw down on investments to cover benefit payments.

Trustee's Report at 5-8, ECF No. 879.

# Minimum Annual Payment

| Fiscal Year | MAP | Source of Funds |
| --- | --- | --- |
| FY 2014 | $25MM (paid) | PL 18-18, PL 18-53 |
| FY 2015 | $27MM (paid) | PL 18-66 |
| FY 2016* | $30MM (paid) | PL 19-08 |
| FY 2017* | $33MM (paid) | PL 19-68 |
| FY 2018* | $45MM (paid) | PL 20-33 |
| FY 2019* | $44MM (paid) | PL 20-33, PL 20-67 |
| FY 2020* | $42MM (paid) | PL 20-33, PL 21-8 |
| FY 2021* | $40MM (paid) | PL 20-33, PL 21-35 |
| FY 2022* | $38MM (paid) | PL 20-33, PL 22-8 |
| FY 2023* | $36MM (paid) | PL 20-33, PL 22-22 |
| FY 2024* | $34MM (paid) | PL 20-33, PL 23-09 |
| FY 2025* | $31MM (paid) | PL 23-26, Bank of Guam loan |

*Actuarial Valuation Report (by Milliman)

Trustee's Report at 5-6, ECF No. 879; Exhibit 2, ECF No. 879-2; Exhibit 3, ECF No. 879-3; Exhibit 4, ECF No. 879-4

# Adjustment of MAP Amount for FY 2024 – FY 2037

> The minimum payment for fiscal year 2024 is estimated to be $34,000,000 and is expected to decline each year thereafter as shown below:

| Fiscal Year Ending September 30, | Estimated Minimum Payment |
|---|---|
| 2024 | $ 34,000,000 |
| 2025 | $ 32,000,000 |
| 2026 | $ 30,000,000 |
| 2027 | $ 28,000,000 |
| 2028 | $ 26,000,000 |
| 2029 | $ 24,000,000 |
| 2030 | $ 22,000,000 |
| 2031 | $ 20,000,000 |
| 2032 | $ 18,000,000 |
| 2033 | $ 16,000,000 |
| 2034 | $ 14,000,000 |
| 2035 | $ 13,000,000 |

2022 Actuarial Valuation

> The minimum payment for fiscal year 2025 is estimated to be $31,000,000 and is expected to decline each year thereafter as shown below:

| Fiscal Year Ending September 30, | Estimated Minimum Payment |
|---|---|
| 2025 | $ 31,000,000 |
| 2026 | $ 29,000,000 |
| 2027 | $ 27,000,000 |
| 2028 | $ 25,000,000 |
| 2029 | $ 23,000,000 |
| 2030 | $ 21,000,000 |
| 2031 | $ 19,000,000 |
| 2032 | $ 17,000,000 |
| 2033 | $ 16,000,000 |
| 2034 | $ 15,000,000 |
| 2035 | $ 14,000,000 |
| 2036 | $ 13,000,000 |
| 2037 | $ 12,000,000 |

2023 Actuarial Valuation

Trustee's Report at 6-7, ECF No. 879; Exhibit 2, ECF No. 879-2.

11

# Adjustment of FY 2024-FY 2037 MAP

- Main reason for reduced projection from FY 2024 – 2037 compared to 2022 valuation is the actual investment return of settlement assets for FYE 2023.

- 2022 Valuation assumption for investment return was 5.75%. Settlement Fund assets as of 9/30/2023, returned about 6.70% for FYE 2023.

- Since the actual return of 6.70% was more than the 5.75% assumed in the FYE 2022 valuation, the projection of future annual required payments from CNMI was reduced.

- If investment returns generated by Settlement Fund (and future investment returns expected to be generated) are expected to pay for more of the projected annual benefit payments than calculated a year ago, it will result in a reduced amount required from CNMI.

- If Settlement Fund assets continue to outperform the investment return assumption, the annual required CNMI payment may be reduced further.

- The opposite is also true if investment performance is less than assumed.

12

# MAP FY 2025

- Total payments received for FY 2025 $31.5MM

- MAP paid in full for FY 2025

- Funds deposited in special BOH money market account –Dreyfus Treasury Obligations Cash Management Fund (currently earning 4.98% per annum as of 11/30/2024)

- All interest earned in special money market account belongs to Government

- Credit of $1.3 million – waiting on instructions from Government

# Alternative Payment of a Greater Amount

| | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|---|---|---|
| **TOTAL ANNUAL REVENUE:** | | | | | | | | |
| Taxes | 154,831,829.00 | 149,719,538.00 | 226,119,758.00 | 279,791,409.00 | 267,791,170.00 | 196,920,863.00 | 187,611,870.00 | 147,613,026.00 |
| Licenses and Fees | 46,005,588.00 | 31,392,355.00 | 38,694,768.00 | 36,506,891.00 | 21,473,133.00 | 34,411,145.00 | 17,686,621.00 | 18,644,523.00 |
| Charges for Sales and Services | 5,805,208.00 | 6,133,601.00 | 7,209,159.00 | 8,659,050.00 | 9,097,118.00 | 7,860,093.00 | 7,650,882.00 | 2,049,978.00 |
| Contributions from Component Units | 653,737.00 | 5,438,928.00 | 2,779,810.00 | 2,262,224.00 | 1,904,725.00 | 2,590,236.00 | 2,010,735.00 | 1,661,568.00 |
| Interest and Dividends | 303,884.00 | 211,956.00 | 85,583.00 | 253,796.00 | 582,210.00 | 626,315.00 | 155,152.00 | 584,257.00 |
| Other Sources | 6,563,386.00 | 7,089,653.00 | 12,901,824.00 | 17,093,152.00 | 8,878,379.00 | 7,123,549.00 | 9,602,365.00 | 19,735,238.00 |
| Recoveries | 451,952.00 | 2,954,730.00 | | | | | | |
| Total Annual Revenue | 214,615,584.00 | 202,940,761.00 | 287,790,902.00 | 344,566,522.00 | 309,726,735.00 | 249,532,201.00 | 224,717,625.00 | 190,288,590.00 |
| | | | | | | | | |
| **LESS DEDUCTIONS:** | | | | | | | | |
| Minimum Annual Payments | 25,000,000.00 | 27,000,000.00 | 30,000,000.00 | 33,000,000.00 | 45,000,000.00 | 44,000,000.00 | 42,000,000.00 | 40,000,000.00 |
| GHLI | | | | | | | | |
| Health Insurance | 6,782,603.65 | 7,169,924.32 | 10,208,008.15 | 10,624,546.17 | 10,162,245.62 | 10,695,524.62 | 10,566,700.86 | 10,706,972.56 |
| Life Insurance | 616,816.29 | 559,108.05 | 553,840.62 | 580,971.42 | 600,173.59 | 576,158.66 | 563,038.40 | 544,761.16 |
| Class Counsel Fees | | | | | | | | |
| Bronster Hoshibata ($6,500,000) | 150,000.00 | 1,475,000.01 | 2,708,333.33 | 2,166,666.66 | | | | |
| Stephen C. Woodruff ($185,000) | 185,000.00 | | | | | | | |
| Bruce Jorgensen ($800,000) | | 800,000.00 | | | | | | |
| Total Deductions | 32,734,419.94 | 37,004,032.38 | 43,470,182.10 | 46,372,184.25 | 55,762,419.21 | 55,271,683.28 | 53,129,739.26 | 51,251,733.72 |
| **NET TOTAL ANNUAL REVENUE:** | 181,881,164.06 | 165,936,728.62 | 244,320,719.90 | 298,194,337.75 | 253,964,315.79 | 194,260,517.72 | 171,587,885.74 | 139,036,856.28 |
| | | | | | | | | |
| **Paragraph 4.2 - Alternative Payment of a Greater Amount** | | | | | | | | |
| 17% of Net Total Annual Revenue | 30,919,797.89 | 28,209,243.87 | 41,534,522.38 | 50,693,037.42 | 43,173,933.68 | 33,024,288.01 | 29,169,940.58 | 23,636,265.57 |
| Less: Minimum Annual Payment | 25,000,000.00 | 27,000,000.00 | 30,000,000.00 | 33,000,000.00 | 45,000,000.00 | 44,000,000.00 | 42,000,000.00 | 40,000,000.00 |
| Amount Due to NMI SF | 5,919,797.89 | 1,209,243.87 | 11,534,522.38 | 17,693,037.42 | - | - | - | - |

Government will pay APGA equal to the difference of 17% of the Government's Total Annual Revenue, after deducting the amount of the MAP paid.

14

# APGA (Cont'd)

- APGA was paid for 2014, 2015, 2016 and 2017, totaling $36.29 million.

- FY 2021 Audit completed in 2024 – no APGA due.

- Based on the Government's budgets, APGA payments are unlikely for 2022 – 2024.

| YEAR | TOTAL GOVERNMENT BUDGET |
|---|---|
| FY 2022 | $103,384,323 |
| FY 2023 | $109,782,265 |
| FY 2024 | $119,199,812 |
| FY 2025 | $117,040,086 |

Trustee's Report at 8-9, ECF No. 879.

15

# 25% Benefit Payments

FY 2021   $13.6MM
FY 2022   $13.2MM
FY 2023   $12.9MM
**FY 2024   $12.6MM**
**FY 2025   $3.1MM**
 (as of
12/31/24)

**\*No provision in budget,
but payments are made through
the Governor's reprogramming
Authority in the FY 2024 and
FY 2025 Budget Laws.**



Trustee's Report at 9-10, ECF No. 879; Exhibit 5, ECF No. 879-5.

# NMI GOVERNMENT FUNDING SOURCES

| | MAP | APGA | 25% Benefit Payment |
|---|:---:|:---:|:---:|
| **General Appropriations** | ✓ | | |
| **Casino License Fee/GRT** | | | |
|     PL 18-56 | | ✓ | ✓ |
|     PL 20-09 | | ✓ | |
|     PL 20-34 | | | ✓ |
|     PL 20-35 | | | ✓ |
|     PL 20-68 | | ✓ | |
|     PL 21-10 | | ✓ | |
| **Settlement Fund Revolving Fund** (1 CMC § 25301) | ✓ | | |
| **Hotel Occupancy Tax** (4 CMC § 1502) | | | ✓ |
| **Beverage Container Tax** (4 CMC § 1405) | | | ✓ |

Trustee's Report at 17, ECF No. 879; Trustee's Report at 16-17, ECF No. 865; Trustee's Report at 5, 28, ECF No. 842; Trustee's Report at 4-6, 27-28, ECF No. 786; Trustee's Report at 3, 20-21, ECF No. 767.

# Payment of Employer Contributions
## As of 12/31/24

| Agency | Status | Comments |
|---|---|---|
| Government, CDA, CHCC, & NMC | Current | Through 12/14/2024 |
| CUC | Current | Through 12/14/24 – Except for $3.46MM settlement for deficient contributions $1MM paid through 12/15/24 |
| CPA, PSS, & Tinian Casino Gaming Commission | Not current | CPA – $8,197.23 PSS – $35,709.42 TCGM – $11,253.19 |

Trustee's Report at 10-12, ECF No. 879.

# PSS Dispute Re Bonus Payments

- 23 Class Members received "Retention Incentive Bonuses" in 2021 and 2022 ($332,789.86).

- PSS argued because the source of funds were from federal funds and are treated as "extraordinary income"; therefore, PSS is not required to pay ER contribution

- PSS did not withhold employee contributions as well.

- Settlement Fund's position: all income paid, however characterized, is income, and subject to EE and ER contributions.

- In December 2023, PSS paid $179,913 for EE and ER contributions "under protest."

Trustee's Report at 11, ECF No. 879.



# Update Re Internal Audit of Member Files

# Internal Audit of Member Accounts

- March 2015 – benefit software identified 400 overpayment and underpayment Member accounts (one duplicate)

- Member accounts were reviewed – Labor and time intensive 5 step review process (8 hrs. to 3 months)

- Prioritize audit: (1) death of retiree; (2) application for retirement/survivor benefits; (3) retiree return to service or termination of government reemployment; (4) admin. appeals; (5) probate matters

Trustee's Report at 12-13, ECF No. 879.

# Over/Under Payment Member Files Audit Progress

**March 13, 2015**

| | Overpayment | | Underpayment | |
|---|---|---|---|---|
| **Class 1** | 75 members | $617,293 | 33 members | $58,201 |
| **Class 2** | 193 members | $820,068 | 80 members | $209,182 |
| **Disability** | 8 members | $56,448 | 11 members | $63,143 |
| **TOTAL** | **276 members** | **$1,493,809** | **124 members** | **$330,526** |

**Dec. 15, 2024**

| | Overpayment | | Underpayment | |
|---|---|---|---|---|
| **Class 1** | 15 members | $ 149,015 | 11 members | $ 64,294 |
| **Class 2** | 117 members | $ 1,779,320 | 6 members | $ 15,750 |
| **Disability** | 0 members | $ - | 0 members | $ - |
| **TOTAL** | **132 members** | **$ 1,928,335** | **17 members** | **$ 80,044** |

22

# Priority Audits Result

- 153 audits of member files were completed for FY 2024 and FY 2025 as of 12/15/24

- Results:

    26  No issues

    95  Payment issues (see table below)

    32  Under legal review

| FY | Overpayment | | Underpayment | | Underpayment of Contributions | |
|---|---|---|---|---|---|---|
| 2023 | 51 members | $ 861,615 | 9 members | $ 76,462 | 10 members | $ 61,417 |
| 2024 | 79 members | $ 2,173,992 | 5 members | $ 70,622 | 7 members | $ 14,345 |
| 2025 (as of 12/15/2024) | 4 members | $ 43,671 | 0 members | $ - | 0 members | $ - |

Trustee's Report at 13-15, ECF No. 879.



# Highlights of Consultant Reports

- **Wilshire Associates (Maggie Ralbovsky) – Investment Consultant**
  - Provides investment advice to the SF

- **Milliman, Inc. – Actuary**
  - Prepared and issued FY 2022 Actuary Report in October 2023
  - Prepared and issued FY 2023 Actuary Report in December 2024

- **Ernst & Young – Auditor**
  - FY 2023 issued in November 2024

Trustee's Report at 15-16, ECF No. 879.

# Independent Audit by Ernst & Young

- Completed FY 2023 in 2024

- Auditors issued clean audit for Settlement Fund from FY 2014 – FY 2023

# Actuarial Valuation Report by Milliman

## Actuarial Valuation Report Issued on December 9, 2024 (FY 2023)

- **Adjusted FY 2024 MAP:**
  FY 2024                                     $33 million (reduced $1MM)

- **Projected MAP:**
  FY 2025                                     $31MM
  FY 2026 – 2032                              Decline by $2MM each year
  FY 2033                                     $16MM
  FY 2034 – 2037                              Decline by $1MM each year
  FY 2038 – 2045                              $11.5MM per year

Trustee's Report at 15-16, ECF No. 879; Exhibit 2, ECF No. 879-2; Exhibit 6, ECF No. 879-6.          27



# FY 2024 Financial Performance & FY 2025 Budget

# Sources of Funds

|  | FY 2024 | FY 2023 |
|---|---|---|
| MAP | $ 34,830,769 | $ 35,169,231 |
| Contributions | $ 1,814,279 | $ 5,169,582 |
| Investment Income | $ 5,956,404 | $ 5,936,054 |
| Other Income | $ 1,179 | $ 8,699 |
| **TOTAL INCOME** | **$ 42,602,631** | **$ 46,283,566** |
|  |  |  |
| Total Expenses | ($ 39,730,008) | ($ 40,228,241) |
| *Realized Gain/(Loss) | $ 223 | $ - |
| **NET** | **$ 2,872,846** | **$ 6,055,324** |

Trustee's Report at 17, ECF No. 879; Exhibit 7, ECF No. 879-7.

# FY 2024 Financial Performance

|  | Actual FY 2024 9/30/2024 | FY 2024 Budget 9/30/2024 |
|---|---|---|
| **Benefits Payments (75%)** | | |
| Total Benefits Payment | 37,859,862 | 39,050,000 |
| Total Refunds | 106,137 | 155,000 |
| Total Benefits and Refunds Payment | 37,965,998 | 39,205,000 |
| | | |
| **General & Administrative Expenses** | | |
| Total Personnel Expenses | 1,078,135 | 1,073,955 |
| Total Professional Fees | 418,026 | 717,000 |
| Total General & Admin. Expenses | 272,410 | 359,750 |
| | | |
| **Total Expenses** | 39,734,570 | 41,355,705 |
| | | |
| **Total Fixed Assets** | 15,786 | 8,500 |
| | | |
| **Total Expenditures** | 39,750,355 | 41,364,205 |

Schedule 1 in Trustee's Report at 18, ECF No. 879.

# Proposed FY 2025 Budget

|  | Approved FY 2023 Budget | Approved FY 2024 Budget | Proposed FY 2025 Budget | FY 2025 increase/ (decrease) | % (+/-) from previous budget |
|---|---|---|---|---|---|
| **Benefits Payments** | | | | | |
| Total Benefits Payment | 39,550,000 | 39,050,000 | 38,375,000 | (675,000) | -1.73% |
| Total Refunds | 37,500 | 155,000 | 100,000 | (55,000) | -35.48% |
| Total Benefits and Refunds Payment | 39,587,500 | 39,205,000 | 38,475,000 | (730,000) | -1.86% |
| | | | | | |
| **General & Administrative Expenses** | | | | | |
| Total Personnel Expenses | 1,076,720 | 1,073,775 | 1,096,054 | 22,279 | 2.07% |
| Total Professional Fees | 867,500 | 717,000 | 717,000 | - | 0.00% |
| Total General & Admin. Expenses | 273,750 | 359,750 | 337,250 | (22,500) | -6.25% |
| | | | | | |
| **Total Expenses** | 41,805,470 | 41,355,525 | 40,625,304 | (730,221) | -1.77% |
| | | | | | |
| **Total Fixed Assets** | 8,500 | 8,500 | 13,500 | 5,000 | 58.82% |
| | | | | | |
| **Total Expenditures** | 41,813,970 | 41,364,025 | 40,638,804 | (725,221) | -1.75% |

Schedule 2 in Trustee's Report at 18, ECF No. 879.

FY 2025 Proposed Budget $40,638,804 ($725,221 less than FY 2024)

31



# Investment Report

# Investments and Policy

World events impact on investments:

- Central banks aggressively increased interest rates for most of 2022 and 2023, which slowed down inflation and weakened labor market somewhat

- Federal reserve pivoted to easing in September 2024 to proactively address possible labor market weakness. So far the market is viewing the rate easing cycle through "glass half-full" lens – exuberance and speculations

- Geo-political tensions from Hamas invasion of Israel in October 2023  and assaults on Gaza, Lebanon and Iran; Russia/Ukraine war – market becomes complacent

- U.S. fiscal policy continued to be supportive during Presidential election year – Additional market liquidity

Trustee's Report at 24, ECF No. 879.

# Settlement Fund's FY 2024 Return 15.58% (as of 9/30/24)

- Outperformed the policy benchmark by 0.52%, net of fees and expenses

- Achieved despite high interest rates in the U.S., geopolitical tensions, and a Presidential election year volatilities

- Was aided by further diversification made in 2023 with inclusion of real assets and high yield bonds, which outperformed core bonds

Trustee's Report at 20-21, ECF No. 879.

# Fund's Actual Allocation – As of 9/30/24
## within Policy Range of Targets



# Settlement Fund Fully Recovered from 2022 Drawdown



*Closed FY 2024 with a since inception high of $137.8MM.*

Trustee's Report at 21, ECF No. 879.    36

# Settlement Fund Portfolio Performance

| | | Net | Distributions | Investment | | |
|---|---|---|---|---|---|---|
| **Investment Summary**<br>**FY 2024 - FY 2025 (as of Nov. 2024)** | | | | | | |
| | **Beg. Balance** | **Net Contributions** | **Distributions & Adm Fees** | **Investment Gains/Losses** | **Inv. Fees** | **End. Balance** |
| **1st Quarter FY 2024**<br>(Oct. - Dec. 2023) | 118,461,887 | | (16,597) | 7,591,083 | | 126,036,373 |
| **2nd Quarter FY 2024**<br>(Jan. - Mar. 2024) | 126,036,673 | | (17,493) | 2,676,302 | | 128,695,181 |
| **3rd Quarter FY 2024**<br>(Apr. - June 2024) | 128,695,181 | 2,750,000 | (17,690) | 1,677,652 | | 133,105,143 |
| **4th Quarter FY 2024**<br>(July - Sept. 2024) | 133,105,143 | (2,000,000) | (18,649) | 6,704,733 | | 137,791,227 |
| **1st Quarter FY 2025**<br>(Oct.-Nov. 2024) | 137,791,227 | 28,406,000 | (12,544) | 96,408 | | 166,281,092 |
| | | 29,156,000 | (66,376) | 18,746,178 | | |

Balance in Investment Accounts:

| | |
|---|---|
| FY 2020 | $118,899,043 |
| FY 2021 | $129,393,294 |
| FY 2022 | $110,349,648 |
| FY 2023 | $118,461,887 |
| FY 2024 | $137,791,227 |
| **1Q FY 2025** | **$166,281,092** |

37





# Status of Litigation

# *NMISF v. CUC*, Filed in NMI Superior Court (Case No. 11-0114-CV)

- Case initiated by the NMI Retirement Fund in May 2011 against CUC to collect outstanding employer contributions ($3.5 million)

- Claim was assigned and transferred to Settlement Fund pursuant to Settlement Agreement

- Reached settlement agreement, approved by Court – pay $50,000 per month

- Balance of $2,469,797 as of 12/15/24

Trustee's Report at 25, ECF No. 879.

## *Rosa A. Camacho v. NMI Settlement Fund*, Filed in 9th Circuit
## (Case No. 23-16074)

- During pendency of administrative appeal, Ms. Camacho claimed an underpayment of benefits because she did not receive Cost of Living Adjustment ("COLA") payments from the Settlement Fund.

- December 2022 – Settlement Fund filed a Motion to Enforce and Confirm "Full Benefit Payments" and "Full Benefits"; Ms. Camacho filed a Cross-Motion to Enforce and Confirm "Full Benefit Payments" and "Full Benefits"

- July 2023 – Court granted Settlement Fund's Motion and denied Ms. Camacho's Cross-Motion.

- August 2023 – Ms. Camacho appealed the Court's Order.

- October 2024 – Ninth Circuit held oral argument.

- December 2024 – Ninth Circuit issued Order Certifying Question to the NMI Supreme Court; Certified Question accepted by the NMI Supreme Court and pending briefing.

Trustee's Report at 25-26. ECF No. 879.

# **Administrative Appeals**

- Hon. Daniel Collins, U.S. Bankruptcy Judge for the District of Arizona – Court-appointed mediator

- Attorney Deborah Fisher – Court-appointed hearing officer, but has since closed law firm

- Attorney Richard Johnson – Court-appointed arbitrator

- Cases Pending Administrative Appeal Process (12/15/24)
  - ➤ Mediation Cases: 99
  - ➤ Hearing Officer:
    - ➤ Active Cases:  1
  - ➤ Arbitrator:
    - ➤ Active Cases: 1

- Outside of formal mediation, 66 cases settled (1/2/2025).

Trustee's Report at 26-28, ECF No. 879; Exhibit 10, ECF No. 879-10; Exhibit 11, ECF No. 879-11.



# Bills, Legislative Initiatives, and Resolutions

43

# Funding Sources

**House Bill 23-115, HD1, HS1, SS2**
- To appropriate funds for the operations and activities of the CNMI Government for FY 2025, including the FY 2025 MAP obligation, $1 for Group Health and Life Insurance for retirees, and $1 for 25% payments.
- Signed into law as P.L. 23-26.

**House Bill 23-96**
- To designate the casino annual license fee for the 25% payment for retirees.
- Pending with the Senate.

Trustee's Report at 29, ECF No. 879.

# Cont'd

**House Bill 23-104, HD1, SD1**

- To appropriate $5,236,000 of the dividends collected by the Commonwealth Economic Development Authority from the Commonwealth Utilities Corporation to pay 25% payment for retirees.
- Signed into law as P.L. 23-18.

Trustee's Report at 29, ECF No. 879.

# Overpayment Collection and Waiver

**Senate Bill 23-61**

- To amend 1 CMC § 8390 to prohibit the Settlement Fund from recovering overpayments from retirees, survivors, or the estate of Settlement Fund members; and allow Settlement Fund members to appeal for waivers of overpayments and the Settlement Fund to grant waivers of any overpayment.

- Pending further action by the House.

**Senate Resolution 23-16**

- To request the Settlement Fund to waive recovery of overpayments of retirement benefits.

- Pending with the Senate.

Trustee's Report at 29, ECF No. 879.

# Financial Reporting

**House Bill 23-112**

- To establish the Office of Financial Integrity and Compliance and Oversight Committee to improve the Government's financial management and reporting. Notes that the FY 2020 audit issued adverse opinions "for the aggregate remaining fund information and aggregate discretely presented component units because the financial statement did not include" the CHCC and the Settlement Fund.

- Pending with the House.

Trustee's Report at 30, ECF No. 879.



*Biba Retirees!*