LAW OFFICES
## CIVILLE & TANG, PLLC
330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868 472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT A**

Invoice submitted to:
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

In Reference To: NMI SETTLEMENT FUND

September 6, 2024
Client # N13.1373.01
Invoice # 58376

### PROFESSIONAL SERVICES

|            |     |                                              | Hours | Amount   |
|------------|-----|----------------------------------------------|-------|----------|
| 8/9/2024   | JCT | CALL WITH L. PANGELINAN RE [redacted], REVIEW [redacted] | 0.60  | 210.00   |
|            |     | **Subtotal Professional Services:**          | 0.60  | $210.00  |
|            |     | **GROSS RECEIPTS TAX**                       |       | $5.25    |
|            |     | **TOTAL CURRENT CHARGES**                    |       | $215.25  |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our
Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment
Civille & Tang, PLLC appreciates your business*