LAW OFFICES
# CIVILLE & TANG, PLLC

EXHIBIT B

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

Invoice submitted to:
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

In Reference To:   NMI SETTLEMENT FUND

October 10, 2024
Client #  N13.1373.01
Invoice #  58588

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/10/2024 | JCT | CONFERENCE WITH N. RIPPLE RE [redacted]. | 0.40 | 140.00 |
| 9/11/2024 | JCT | CONFERENCE WITH L. PANGELINAN RE [redacted]; CONF WITH N. RIPPLE RE [redacted]; REVIEW [redacted] | 2.00 | 700.00 |
| 9/12/2024 | JCT | REVIEW [redacted]. | 0.30 | 105.00 |
| 9/13/2024 | JCT | REVIEW AND SIGN [redacted]. | 1.00 | 350.00 |
| 9/16/2024 | SPC | REVIEW [redacted]; SENT EMAIL MEMO INTERNALLY REGARDING [redacted] | 2.50 | 750.00 |
| 9/17/2024 | JCT | REVIEW [redacted]; CALL WITH L. PANGELINAN; RESPOND [redacted]. | 3.40 | 1,190.00 |
|  | SPC | CONFERENCE WITH NICOLE TORRES REGARDING [redacted]; REVIEWED [redacted]; REVIEW AND REVISE [redacted]; CONFERENCE WITH GPC REGARDING [redacted] | 1.70 | 510.00 |
|  | GPC | BEGIN PREPARATIONS FOR [redacted]; INTERNAL DISCUSSIONS ON [redacted] | 3.00 | 1,050.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND  Page 2
Client #    N13.1373.01
Invoice #   58588
October 10, 2024

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 9/19/2024 | JCT | CALL WITH N. RIPPLE RE ▮▮▮▮; CALL WITH L. PANGELINAN. | | 0.50 | 175.00 |
| 9/20/2024 | SPC | EMAILS WITH NICOLE TORRES-RIPPLE REGARDING ▮▮▮▮; REVIEWED ▮▮▮▮; REVIEW AND ANALYSIS OF ▮▮▮▮ | | 1.00 | 300.00 |
| 9/23/2024 | SPC | CONFERENCE WITH JCT REGARDING ▮▮▮▮ | | 0.30 | 90.00 |
| 9/25/2024 | JCT | REVIEW COMM RE ▮▮▮▮; REVIEW DRAFT ▮▮▮▮ | | 1.20 | 420.00 |
|  | SPC | MADE EDITS AND COMMENTS TO ▮▮▮▮; CONDUCTED RESEARCH FOR ▮▮▮▮ | | 1.30 | 390.00 |
| 9/26/2024 | JCT | REVIEW ▮▮▮▮. | | 0.60 | 210.00 |
|  | **Subtotal Professional Services:** | | | **19.20** | **$6,380.00** |

### EXPENSES

|  |  |  |  | Amount |
|---|---|---|---|---|
| 9/25/2024 | SPC | WESTLAW CHARGES FOR THE MONTH OF SEPTEMBER 2024 | | 220.86 |
| 9/30/2024 | JCT | OBTAIN COPIES FROM PACER FOR ▮▮▮▮ | | 15.00 |
|  | TK | COPIES FOR 2 SETS ▮▮▮▮ 1, 123 PAGES; B&W COPIES | | 280.75 |
|  | **Subtotal Expenses:** | | | **$516.61** |
|  | **GROSS RECEIPTS TAX** | | | **$159.50** |
|  | **TOTAL CURRENT CHARGES** | | | **$7,056.11** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
**Civille & Tang, PLLC appreciates your business**

# Client Copies

POSTED timeslips

SEPTEMBER 2024

| DATE: | CLIENT: | PRINTED BY: | NO. OF COPIES: |
|---|---|---|---|
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| 9/27/24 | ███ | ███ | ███ |
|  |  |  |  |
|  | ███ | ███ | ███ |
|  | ███ | ███ | ███ |
|  | NMI SETTLEMENT FUND | TK | 1,123 pgs (color) |
|  | NMISF = 1,123 pgs (color) |  |  |

NMI Settlement Fund
1,123 Copies

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|------|------|-------|-------|-------------|-------------|--------|------|
| | | | | | | | |
| **07/17/2024** | | | | | | | |
| | | | | | | | |
| **07/22/2024** | | | | | | | |
| | | | | | | | |
| **07/23/2024** | | | | | | | |
| | | | | | | | |
| **07/28/2024** | | | | | | | |
| 07/28/2024 15:41:34 | | 4 | 09CA | NMISF | DOCKET REPORT (FILTERED) | 23-16074 | $0.40 |
| 07/28/2024 15:42:06 | | 1 | 09CA | NMISF | CASE SELECTION TABLE | CASE: 23-16074 | $0.10 |
| Subtotal: | | | | | 5 pages | | $0.50 |
| | | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | | $0.50 |
| **08/02/2024** | | | | | | | |
| | | | | | | | |
| **08/05/2024** | | | | | | | |
| | | | | | | | |
| **08/06/2024** | | | | | | | |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 09/10/2024 | | | | | | | |
| 09/10/2024 | 23:40:12 | 1 | 09CA | NMISF | CASE SELECTION TABLE | CASE: 23-16074 | $0.10 |
| 09/10/2024 | 23:40:41 | 4 | 09CA | NMISF | DOCKET REPORT (FILTERED) | 23-16074 | $0.40 |
| 09/10/2024 | 23:44:33 | 1 | 09CA | NMISF | CASE SELECTION TABLE | CASE: 23-16074 | $0.10 |
| 09/10/2024 | 23:44:37 | 1 | 09CA | NMISF | CASE SUMMARY | 23-16074 | $0.10 |
| Subtotal: | | | | 7 pages | | | $0.70 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $0.70 |
| 09/11/2024 | | | | | | | |
| [redacted] | | | | | | | |
| 09/12/2024 | | | | | | | |
| [redacted] | | | | | | | |
| 09/13/2024 | | | | | | | |
| [redacted] | | | | | | | |
| 09/15/2024 | | | | | | | |
| 09/15/2024 | 18:58:17 | 1 | 09BAP | NMISF | CASE SELECTION TABLE | CASE: 23-16074 | $0.10 |
| 09/15/2024 | 18:58:43 | 1 | 09BAP | NMISF | CASE SELECTION TABLE | CASE: 09-23 | $0.10 |
| 09/15/2024 | 18:58:51 | 1 | 09BAP | NMISF | CASE SELECTION TABLE | CASE: 09-00023 | $0.10 |
| 09/15/2024 | 18:59:06 | 1 | 09BAP | NMISF | CASE SELECTION TABLE | NAME: CAMACHO, ROSA (PTY) | $0.10 |
| 09/15/2024 | 18:59:59 | 1 | 09BAP | NMISF | CASE SELECTION TABLE | CASE: 23-16074, CASE TYPE: BK, FILED: 09/15/2024 AND EARLIER | $0.10 |
| 09/15/2024 | 19:00:25 | 1 | 09CA | NMISF | CASE SELECTION TABLE | CASE: 23-16074, FILED: 09/15/2024 AND EARLIER | $0.10 |
| 09/15/2024 | 19:00:36 | 1 | 09CA | NMISF | CASE QUERY | 23-16074 | $0.10 |
| 09/15/2024 | 19:02:39 | 1 | 09CA | NMISF | CASE QUERY | 23-16074 | $0.10 |
| 09/15/2024 | 19:02:45 | 1 | 09CA | NMISF | CASE SUMMARY | 23-16074 | $0.10 |
| 09/15/2024 | 19:05:13 | 4 | 09CA | NMISF | DOCKET REPORT (FILTERED) | 23-16074 | $0.40 |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 09/15/2024 | 19:05:36 | 14 | 09CA | NMISF | PDF DOCUMENT | CASE: 23-16074, DOCUMENT: 8-1 | $1.40 |
| 09/15/2024 | 19:05:36 | 30 | 09CA | NMISF | PDF DOCUMENT | CASE: 23-16074, DOCUMENT: 8-2 | $3.00 |
| 09/15/2024 | 19:08:20 | 30 | 09CA | NMISF | PDF DOCUMENT | CASE: 23-16074, DOCUMENT: 8-2 | $3.00 |
| 09/15/2024 | 19:08:20 | 14 | 09CA | NMISF | PDF DOCUMENT | CASE: 23-16074, DOCUMENT: 8-1 | $1.40 |
| Subtotal: | | | | | 101 pages | | $10.10 |
| | | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | | $10.10 |

**09/16/2024**

[redacted rows]

| 09/16/2024 | 12:00:52 | 30 | NMIDC | NMISF | DOCKET REPORT | 1:09-CV-00023 | $3.00 |
| 09/16/2024 | 17:40:43 | 5 | 09CA | NMISF | DOCKET REPORT (FILTERED) | 23-16074 | $0.50 |
| 09/16/2024 | 17:41:29 | 2 | 09CA | NMISF | PDF DOCUMENT | CASE: 23-16074, DOCUMENT: 32 | $0.20 |

[redacted rows]

NMISF = $3.70 = 37 pgs

**09/18/2024**

[redacted rows]

**09/20/2024**

[redacted rows]

**09/23/2024**

[redacted rows]

**CIVILLE & TANG, PLLC.**
**WESTLAW CHARGES**
**September 1, 2024 - September 30, 2024**

| USERS NAME & CLIENTS | DATE | AMOUNT | TOTAL |
|---|---|---|---|
|  | | | |
| JCT - NMI | 09.20.24 | $ 81.11 | $ 81.11 |
| SPC - NMISF (CAMACHO APPEAL) | 09.25.24 | $ 139.75 | $ 139.75 |
| | TOTAL : $ | | |

**TOTAL PER USERS:**



**Account:** CIVILLE & TANG PLLC, HAGATNA GU (1003253904)
**Date Range:** September 01, 2024 - September 30, 2024
**Report Format:** Summary-Account by Client by User by Day
**Products:** Westlaw, Westlaw UK
**Content Families:** All Content Families

Client: NMI
User Name: TANG,JOYCE (3588160)

| | | | | |
|---|---|---|---|---|
| Day 09/19/2024 | | | | |
| Totals for Included | 20 | 2,902.00 USD | 78.80 USD | 0.00 USD | 78.80 USD |
| Totals for Day 09/19/2024 | 20 | 2,902.00 USD | 78.80 USD | 0.00 USD | 78.80 USD |
| Day 09/20/2024 | | | | |
| Totals for Included | 1 | 85.00 USD | 2.31 USD | 0.00 USD | 2.31 USD |
| Totals for Day 09/20/2024 | 1 | 85.00 USD | 2.31 USD | 0.00 USD | 2.31 USD |
| Totals for User Name TANG,JOYCE (3588160) | 21 | 2,987.00 USD | 81.11 USD | 0.00 USD | 81.11 USD |
| Totals for Client NMI | 21 | 2,987.00 USD | 81.11 USD | 0.00 USD | 81.11 USD |

Account: CIVILLE & TANG PLLC, HAGATNA GU (1003253904)
Date Range: September 01, 2024 - September 30, 2024
Report Format: Summary-Account by Client by User by Day
Products: Westlaw, Westlaw UK
Content Families: All Content Families

Client NMISF (CAMACHO APPEAL)
User Name PEREZ CASSIDY, SIRENA (8938582)

| Date 09/25/2024 | | | | |
|---|---|---|---|---|
| Totals for Included | 3,297 | 5,146.66 USD | 139.75 USD | 0.00 USD | 139.75 USD |
| Totals for Day 09/25/2024 | 3,297 | 5,146.66 USD | 139.75 USD | 0.00 USD | 139.75 USD |
| Totals for User Name PEREZ CASSIDY, SIRENA (8938582) | 3,297 | 5,146.66 USD | 139.75 USD | 0.00 USD | 139.75 USD |
| Totals for Client NMISF (CAMACHO APPEAL) | 3,297 | 5,146.66 USD | 139.75 USD | 0.00 USD | 139.75 USD |