LAW OFFICES
# CIVILLE & TANG, PLLC

**EXHIBIT C**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

November 8, 2024
Client #  N13.1373.01
Invoice # 58733

**In Reference To:**   NMI SETTLEMENT FUND

## **PROFESSIONAL SERVICES**

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/1/2024 | GPC | ANALYSIS OF ▓▓▓ | 4.00 | 1,400.00 |
| 10/2/2024 | GPC | CONTINUED ANALYSIS OF ▓▓▓ ; INTERNAL DISCUSSIONS OF ▓▓▓ | 2.50 | 875.00 |
| 10/3/2024 | GPC | RECEIPT AND BEGIN REVIEWING ▓▓▓ . | 2.30 | 805.00 |
| 10/4/2024 | GPC | REVIEW ▓▓▓ FROM NICOLE; PREPARE MATERIALS FOR ▓▓▓ | 4.60 | 1,610.00 |
| 10/5/2024 | GPC | ▓▓▓ PREPARATION WITH NICOLE TORRES | 3.60 | 1,260.00 |
| 10/6/2024 | JCT | TRAVEL FROM GUAM TO HONOLULU; REVIEW ▓▓▓ | 7.00 | 2,450.00 |
| | GPC | TRAVEL FROM GUAM TO HONOLULU. | 7.00 | 2,450.00 |
| 10/7/2024 | JCT | WORK WITH TEAM ON PREPARING FOR ▓▓▓ . | 5.40 | 1,890.00 |
| | GPC | ▓▓▓ PREPARATION WITH TEAM. | 7.00 | 2,450.00 |
| 10/8/2024 | JCT | ATTEND 9TH CIRCUIT HEARING; MEET WITH TEAM TO ▓▓▓ ; TRAVEL FROM HAWAII TO GUAM; REVIEW ▓▓▓ . | 9.50 | 3,325.00 |
| | SPC | REVIEWED ▓▓▓ ; CONFERENCES WITH TEAM REGARDING ▓▓▓ ; CONDUCTED RESEARCH ON ▓▓▓ ; ANALYSIS OF ISSUES FOR | 5.00 | 1,500.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND  Page  2
Client #   N13.1373.01
Invoice #   58733
November 8, 2024

| | | Hours | Amount |
|---|---|---|---|
| | ▉ ; REVIEWED ▉ ; DRAFTED ▉ | | |
| 10/8/2024 GPC | FINAL PREP SESSION AND ATTEND AND ARGUE BEFORE NINTH CIRCUIT; POST-ARGUMENT MEETING RE: ▉ ; RETURN TO GUAM. | 9.00 | 3,150.00 |
| 10/9/2024 GPC | EDIT AND PARTIAL DRAFTING OF ▉ ; INTERNAL DISCUSSIONS AS TO WHETHER ▉ ALTERNATIVE VIEW ▉ | 2.50 | 875.00 |
| 10/11/2024 JCT | REVIEW AND SIGN/APPROVE ▉ ; FINALIZE ▉ ; REVIEW AND SIGN H▉ | 1.50 | 525.00 |
| GPC | REVIEW OF ▉ CONF. WITH N. TORRES RE ▉ | 3.00 | 1,050.00 |
| 10/14/2024 JCT | CALL WITH L. PANGELINAN RE ▉ ; REVIEW ▉ CALL RE R▉ | 0.80 | 280.00 |
| 10/15/2024 JCT | MEETING WITH GOVERNOR PALACIOS RE ▉ ; CALL WITH M. RALBOLVLY RE ▉ ; CALL WITH L. PANGELINAN RE ▉ ; REVIEW ▉ ; PROVIDE INFO TO GOV PALACIOS. | 2.00 | 700.00 |
| 10/17/2024 JCT | PREPARE SPREADSHEET ANALYSIS RE ▉ ; RESPOND TO T. NORITA RE ▉ CONF WITH L. PANGELINAN RE ▉ . | 2.50 | 875.00 |
| 10/20/2024 JCT | REVIEW ▉ ; CONF WITH L. PANGELINAN ▉ FINALIZE ▉ . | 1.50 | 525.00 |
| 10/22/2024 JCT | CALL WITH L. PANGELINAN; REVIEW AND APPROVE ▉ ; REQUEST ▉ ; REVIEW MEDIA | 0.90 | 315.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND                                                                                       Page         3
Client #     N13.1373.01
Invoice #    58733
November 8, 2024

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  | ███████ |  |  |  |
| 10/28/2024 JCT | REVIEW ███████████████████████████████████████; REVIEW/FINALIZE AND APPROVE █████████████; REVIEW ███████████████████████████ | | 2.00 | 700.00 |
| 10/29/2024 JCT | REVIEW ██████████████████████████████████; PROVIDE COMMENTS; REVIEW N. RIPPLE ████████████; PROVIDE COMMENTS. | | 1.40 | 490.00 |
| **Subtotal Professional Services:** | | | **85.00** | **$29,500.00** |

### EXPENSES

| 10/31/2024 | JCT | ECONOMY AIRFARE ROUNDTRIP - GUAM - HONOLULU FOR J. TANG | 1,806.32 |
|---|---|---|---:|
|  | JCT | HOTEL ACCOMMODATIONS OCT. 5-7 (2 NIGHTS) $202+17.962% HAWAII STATE TAX + $44 RESORT CHARGE FOR INTERNET = $282.28 PER NIGHT | 564.56 |
|  | GPC | ECONOMY AIRFARE ROUNDTRIP - GUAM - HONOLULU FOR P. CIVILLE | 1,806.32 |
|  | SPC | WESTLAW CHARGES FOR THE MONTH OF OCTOBER 2024 | 301.14 |
| **Subtotal Expenses:** | | | **$4,478.34** |
| **GROSS RECEIPTS TAX** | | | **$737.50** |
| **TOTAL CURRENT CHARGES** | | | **$34,715.84** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment. Civille & Tang, PLLC appreciates your business.*

| | |
|---|---|
| From: | United Airlines |
| To: | JTANG@CIVILLETANG.COM |
| Subject: | eTicket Itinerary and Receipt for Confirmation E21V08 |
| Date: | Thursday, September 12, 2024 11:08:23 AM |



Wed, Sep 11, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

---

**Flight 1 of 2 UA200**  Class: United Business (PZ)

Mon, Oct 07, 2024
**07:00 AM**
Guam, GU, US (GUM)

Sun, Oct 06, 2024
**06:25 PM**
Honolulu, HI, US (HNL)

**Flight 2 of 2 UA201**  Class: United Business (PZ)

Wed, Oct 09, 2024
**02:25 PM**
Honolulu, HI, US (HNL)

Thu, Oct 10, 2024
**06:05 PM**
Guam, GU, US (GUM)

---

**Traveler Details**

TANG/JOYCECH

Seats: **GUM-HNL 03A**
**HNL-GUM 01A**

---

**Purchase Summary**

Method of payment:

**Travel Certificate**
**Thu, Sep 12, 2024**

Date of purchase:

| | |
|---|---:|
| Airfare: | 1438.00 |
| U.S. Transportation Tax: | 44.40 |
| Passenger Civil Aviation Security Service Fee: | 11.20 |
| Guam Inspection Service Charges: | 8.29 |
| U.S. APHIS User Fee: | 3.83 |
| International Surcharge: | 291.60 |

| | |
|---|---|
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | **1806.32 USD** |
| Total: | 1806.32 USD |

### Additional Collection

An additional amount of **881.32 USD** for the difference in fare was charged to Visa ending in 2441 on Thu, Sep 12, 2024.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Joycech Tang | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Oct 07, 2024 | 200 | Guam, GU, US (GUM) to Honolulu, HI, US (HNL) | 9515 | 865 | 1 |
| Wed, Oct 09, 2024 | 201 | Honolulu, HI, US (HNL) to Guam, GU, US (GUM) | 9515 | 865 | 1 |
| MileagePlus accrual totals: | | | 19030 | 1730 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Oct 07, 2024 Guam, GU, US (GUM) to Honolulu, HI, US (HNL - O'ahu) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Wed, Oct 09, 2024 Honolulu, HI, US (HNL - O'ahu) to Guam, GU, US (GUM) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

### International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.


                                              Hi Joyce | 361,460 pts                                            Log Out

< Manage My Trips

# Trip to Honolulu

Oct 5 - Oct 7 | Booking Confirmation # ▓▓▓▓  ⓘ

🛏 Hotel

∨           OCT 5 - OCT 7

            

---

## Prince Waikiki

100 Holomoana St,
US
1-855-6227558

**1 Room, 2 Nights**

**CHECK-IN**  Oct 5                                    **CHECK-OUT**  Oct 7

### Room Details

1 King Bed 409-sq-foot Room With Ocean Views Internet - Free Wifi 50+ Mbps Entertainment - Lcd Television With Premium Channels And Pay Movies Food & Drink - Refrigerator, Coffee Tea Maker, Room Service (limited Hours), And Free Bottled Water Sleep - Blackout Drapes Curtains And Bed Sheets Bathroom - Private Bathroom, Separate Bathtub And Shower, Bathrobes, And Slippers Practical - Safe, Iron Ironing Board, And Laptop Workspace; Rollaway Extra Beds And Free Cribs Infant Beds Available On Request Comfort - Fresh Bed Sheets (on Request), Fresh Towels (on Request), And Climate-controlled Air Conditioning Accessibility - Wheelchair Accessible Eco-friendly - Eco-friendly Toiletries And Recycling Bin Non-smoking, Pet Friendly Connecting Adjoining Rooms Can Be Requested, Subject To Availability

### Traveler Information

**ROOM MAIN GUEST**

Tang Joyce

**REQUESTS**

-

**MAIN CONTACT**                                                                                    

Tang Joyce

CARD MEMBER

JOYCE TANG

| Date | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Oct 3 | AMEX HOTEL COLLECTN<br>500 W MADISON ST<br>STE 1000<br>CHICAGO<br>IL<br>60661<br>000008002972977 | AMEX HOTEL COLLECTN AmexTravel.com IL<br>Will appear on your Oct 9, 2024 statement as<br>AMEX HOTEL COLLECTN AmexTravel.com IL<br><br>CARD<br>JOYCE TANG<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases  780<br><br>ADDITIONAL INFORMATION<br>EB33UUR3K NGSYJC0117279527896815<br>JOYCE TANG<br>PRINCE WAIKIKI,HONOLULU | $780.30 |

From: **Prince Waikiki**
To: jtang@civilletang.com
Subject: Prince Waikiki Reservation Update
Date: Sunday, October 6, 2024 3:01:43 PM



view in browser

Prince Waikiki Logo

MAHALO FOR BOOKING

# Aloha Ms Tang

*We're looking forward to your arrival*

| CONFIRMATION # | GUEST NAME |
|---|---|
| ██████████ | Joyce Tang |

| ARRIVAL DATE | DEPARTURE DATE |
|---|---|
| Saturday, 05 Oct 2024 | Monday, 07 Oct 2024 |

| NUMBER OF NIGHTS | ADULTS/CHILDREN |
|---|---|
| 2 | 2/0 |

| ROOM TYPE | RATE NAME |
|---|---|

Oceanfront 1 King Bed

AMEX THC Hotel Collection Prepaid via Expedia

**RATE INFORMATION**

Daily buffet breakfast, one $100 resort credit per stay, 12pm early check in and 4pm late check out based on availability, upgrade based on a MLOS of 2 nights or more

Breakfast must be signed to the room for credit to be applicable

**Average Nightly Rate (including taxes & mandatory charges)**
USD 391.70

**TOTAL PRICE FOR STAY**
USD 783.40

## Hotel Policies

**Check-In / Check-Out:** 3:00 P.M. / 12:00 P.M. (Noon)

**Deposit Policy:** Deposit due 1 day prior to arrival

**Cancellation Policy:** Deposit refundable when cancelled by 3pm local time 24 hours prior to arrival.

**Self-Parking:** $45.00/day plus tax. Parking rates are subject to change.

**Valet Parking:** $50.00/day plus tax. Parking rates are subject to change.

**Resort Charge:** A daily resort charge of $44.00 plus applicable taxes applies unless noted and is supplemental to the room rate. The resort charge includes: complimentary yoga, unlimited complimentary access to the Honolulu Museum of Art, discounted rides on the Waikiki Trolley Green Line, unlimited internet access (in-room and at designated Wi-Fi spots throughout the hotel), two reusable bottles of water per room and much more!



Home    |    Rates

# Prince Waikiki Room Rates

**Club Floors**

Upgraded room category that includes extra amenities and privileges with exclusive access to the Club Lounge.

**Resort Charge\***

Unless otherwise noted, all reservations will incur a daily $44.00 resort charge, plus applicable taxes.

Resort Charge Inclusions:

- Admission for 2 at the Honolulu Museum of Art (HoMA).
- Semiprivate art tours at Honolulu Museum of Art (HoMA). *Based on availability*. Learn More
- Buy one, get one free on the Waikiki Trolley Green Line. Available through Concierge. Learn More
- 10% Off Tickets to "Hawaii Theatre Presents" shows, plus one complimentary bottle of water for all events at Hawaii Theatre.

Privacy - Terms

- Complimentary Prince Waikiki art tour showcasing our extensive collection of contemporary art. Learn More
- Seasonal Property Experiences.
- Unlimited Internet Connection, In Room and Within Lobby and Pool Areas.
- (2) Bottles of Water per room.
- Complimentary in room coffee maker with coffee and kettle with tea.
- Daily 24 Hour Access to Fitness Center.
- Prince FIIT (fitness classes).
- Children 5 and under Eat Free at 100 Sails (all meal periods) when accompanied by a paying adult.
- Access to 7,000+ Digital Newspapers/Magazines Worldwide with PressReader.
- 1 Eco Shopping Bag per room per stay.
- 10% off Couples Massage (80 Minute), 10% off any single 90 Minute Service, 10% off Retail (with Any Spa Service from Naio Bliss).
- Complimentary Local and Toll Free Calls.
- Complimentary 60 minutes of International Phone Calls Daily per room.
- Hawaii Prince Golf Club: 20% off Golf (includes complimentary driving range balls), 10% off All Private/Semi Private Tennis Lessons (based on availability), Complimentary Roundtrip Shuttle Service (for hotel guests that book their golf reservation direct with Hawaii Prince Golf Club).
- International Market Place Passport to Shopping Pass.
- Self-Service 24-Hour Workspace: Complimentary Boarding Pass Printing and Copying Services.

*Resort charge and included amenities subject to change without notice.

**Prince Commitment**

Prince Waikiki is committed to not only honoring the past but establishing the future for new generations of locals and visitors alike. The Prince Commitment was created with this purpose in mind, and as our guests, you also contribute to this effort. You are helping to improve Hawaii, by providing only $1 for each night of your stay. The Prince Commitment is dedicated to supporting local partners that share the same core values as us, including Maui relief efforts, Sustainable Coastlines Hawaii, Make-A-Wish® Hawaii, the Honolulu Museum of Art (HoMA) and Anuenue School.

## Hawaii State Taxes

All room rates are subject to a 17.962% Transient Accommodations and General Excise Tax which is subject to change at anytime.

## Room Deposit/Cancellation Policy

A one-night deposit is required upon booking. The deposit is refundable if cancellation is received by the hotel at least 72 hours prior to arrival day. Any no-shows or cancellations received within 72 hours will be assessed a one night room and tax charge.

## Special Holiday Deposit/Cancellation Policy

Applicable for stays between December 22, 2023 – January 2, 2024.

- Two (2) night deposit required at time of reservation, based on guest arrival date.
- Cancellations must be received by October 31, 2023 to avoid a two (2) night cancellation penalty.
- Policy is based on guest arrival date.
- No minimum length of stay required.

## Rate Policy

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | JTANG@CIVILLETANG.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation E0R691 |
| **Date:** | Thursday, September 12, 2024 10:30:21 AM |



Wed, Sep 11, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## Flight 1 of 2 UA200 — Class: United Business (PZ)

Mon, Oct 07, 2024
**07:00 AM**
Guam, GU, US (GUM)

Sun, Oct 06, 2024
**06:25 PM**
Honolulu, HI, US (HNL)

## Flight 2 of 2 UA201 — Class: United Business (PZ)

Wed, Oct 09, 2024
**02:25 PM**
Honolulu, HI, US (HNL)

Thu, Oct 10, 2024
**06:05 PM**
Guam, GU, US (GUM)

## Traveler Details

CIVILLE/GEORGEPATRICK

Seats: **GUM-HNL 01A**
**HNL-GUM -----**

## Purchase Summary

Method of payment:

Future flight credit: **100.00 USD**
Confirmation #: **NC2RTZ**
Thu, Sep 12, 2024

Date of purchase:

| | |
|---|---:|
| Airfare: | 1438.00 |
| U.S. Transportation Tax: | 44.40 |
| Passenger Civil Aviation Security Service Fee: | 11.20 |

| | |
|---|---|
| Guam Inspection Service Charges: | 8.29 |
| U.S. APHIS User Fee: | 3.83 |
| International Surcharge: | 291.60 |
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | 1806.32 USD |
| Future flight credit applied: | -100.00 USD |
| Total: | 1706.32 USD |

### Additional Collection

An additional amount of **1706.32 USD** for the difference in fare was charged to American Express ending in 7004 on Thu, Sep 12, 2024.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Georgepatrick Civille | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Oct 07, 2024 | 200 | Guam, GU, US (GUM) to Honolulu, HI, US (HNL) | 9515 | 865 | 1 |
| Wed, Oct 09, 2024 | 201 | Honolulu, HI, US (HNL) to Guam, GU, US (GUM) | 9515 | 865 | 1 |
| MileagePlus accrual totals: | | | 19030 | 1730 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Oct 07, 2024<br>Guam, GU, US (GUM)<br>to Honolulu, HI, US (HNL - O'ahu) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Wed, Oct 09, 2024<br>Honolulu, HI, US (HNL - O'ahu)<br>to Guam, GU, US (GUM) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

### International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.

**Account:** CIVILLE & TANG PLLC, HAGATNA GU (1003253904)
**Date Range:** October 01, 2024 - October 31, 2024
**Report Format:** Summary-Account by Client by User by Day
**Products:** Westlaw, Westlaw UK
**Content Families:** All Content Families

Client NMISF (CAMACHO APPEAL)

User Name PEREZ CASSIDY,SIRENA (8938582)

| Day 10/07/2024 | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Totals for Included | 7,700 | | | 7,700 | 8,483.11 USD | 301.14 USD | 0.00 USD | 301.14 USD |
| Totals for Day 10/07/2024 | 7,700 | | | 7,700 | 8,483.11 USD | 301.14 USD | 0.00 USD | 301.14 USD |
| Totals for User Name PEREZ CASSIDY,SIRENA (8938582) | 7,700 | | | 7,700 | 8,483.11 USD | 301.14 USD | 0.00 USD | 301.14 USD |
| Totals for Client NMISF (CAMACHO APPEAL) | 7,700 | | | 7,700 | 8,483.11 USD | 301.14 USD | 0.00 USD | 301.14 USD |