LAW OFFICES
# CIVILLE & TANG, PLLC
330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT E**

Invoice submitted to:
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950
In Reference To:   NMI SETTLEMENT FUND

January 08, 2025
Client #   N13.1373.01
Invoice #  59031

## PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/2024 | JCT | REVIEW ▮▮▮; CONF WITH RETIREE RE ▮▮▮ REVIEW ▮▮▮ | 2.50 | 875.00 |
| 12/12/2024 | JCT | CALL WITH N. RIPPLE RE ▮▮▮, ▮▮▮; REVIEW DRAFT. | 0.60 | 210.00 |
| 12/16/2024 | JCT | CONF CALL WITH TEAM RE ▮▮▮; REVIEW ▮▮▮ CALL WITH L. PANGELINAN ▮▮▮ UPDATE COURT; CALL WITH N. RIPPLE RE ▮▮▮; CALL WITH RICHARD JOHNSON RE ▮▮▮. | 2.50 | 875.00 |
| 12/17/2024 | JCT | CALL WITH L. PANGELINAN; REVIEW ▮▮▮; REVISIONS TO ▮▮▮ | 1.20 | 420.00 |
| 12/20/2024 | JCT | REVIEW ▮▮▮; MEETING WITH M. RALBOLVKY TO ▮▮▮; REVIEW ▮▮▮. | 3.50 | 1,225.00 |
| 12/22/2024 | JCT | REVIEW ▮▮▮; REVIEW ▮▮▮ CONF WITH L. PANGELINAN RE ▮▮▮; REVIEW ▮▮▮. | 2.50 | 875.00 |
| 12/26/2024 | JCT | REVIEW ▮▮▮; INTERNAL DISCUSSIONS RE ▮▮▮. | 0.60 | 210.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
**Civille & Tang, PLLC appreciates your business**

NMI SETTLEMENT FUND  Page 2
Client #    N13.1373.01
Invoice #   59031
January 08, 2025

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/27/2024 | JCT | CALL WITH N. RIPPLE AND P. CIVILLE; REVIEW AND COMMENT ON ▇▇▇, ▇▇▇; REVIEW FINAL DRAFT AND SIGN OFF. | 2.50 | 875.00 |
| | GPC | REVIEW ▇▇▇; CALL WITH TEAM. | 0.90 | 315.00 |
| 12/28/2024 | JCT | REVIEW ▇▇▇ REPORT. | 4.50 | 1,575.00 |
| 12/29/2024 | JCT | CONTINUE WORKING ON ▇▇▇. | 3.40 | 1,190.00 |
| 12/30/2024 | JCT | CONTINUE WORKING ON ▇▇▇. | 1.50 | 525.00 |
| 12/31/2024 | JCT | CONTINUE WORKING ON ▇▇▇ | 2.50 | 875.00 |

**Subtotal Professional Services:**   28.70   $10,045.00

**GROSS RECEIPTS TAX**   $251.12

**TOTAL CURRENT CHARGES**   $10,296.12

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
**Civille & Tang, PLLC appreciates your business**