LAW OFFICES
# CIVILLE & TANG, PLLC

EXHIBIT A

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

**In Reference To:**   NMI SETTLEMENT FUND

February 6, 2025
Client #  N13.1373.01
Invoice #  59199

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/2025 | JCT | REVIEW ▮▮▮; CALL WITH L PANGELINAN RE ▮▮▮; COMM WITH M. RALBOLVSKY RE ▮▮▮; FINALIZE REVIEW AND COMMENTS FOR ▮▮▮; CALL WITH R. JOHNSON RE ▮▮▮; CONTACT PARTIES TO ▮▮▮. | 3.50 | 1,225.00 |
| 1/8/2025 | JCT | WORK ON ▮▮▮. | 3.50 | 1,225.00 |
| 1/9/2025 | JCT | REVIEW AND FINALIZE ▮▮▮; CALL WITH L. PANGELINAN; COMM WITH BOH RE ▮▮▮; REVIEW ▮▮▮ | 2.00 | 700.00 |
| 1/10/2025 | JCT | TRAVEL TO SAIPAN; PREPARE FOR ▮▮▮; MEETING WITH STAFF RE ▮▮▮; REVIEW ▮▮▮ ATTEND HEARING; DEBREIF TEAM AFTER HEARING. | 9.00 | 3,150.00 |
| 1/11/2025 | JCT | TRAVEL BACK TO GUAM. | 1.00 | 350.00 |
| 1/13/2025 | JCT | CALL WITH N. RIPPLE RE ▮▮▮; CONF WITH L. PANGELINAN RE ▮▮▮ | 1.20 | 420.00 |
| 1/16/2025 | JCT | REVIEW AND REVISE ▮▮▮; CONF WITH N. RIPPLE RE ▮▮▮; REVIEW ▮▮▮; REVIEW ▮▮▮ RE ▮▮▮ | 3.50 | 1,225.00 |
|  | GPC | EDITING AND REVISIONS TO ▮▮▮. | 1.50 | 525.00 |
|  | SPC | REVIEWED ▮▮▮ RESEARCH CASES REGARDING ▮▮▮; CONFERENCES WITH GPC AND NTR REGARDING ▮▮▮; REVIEWED ▮▮▮ ▮▮▮ | 3.50 | 1,050.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND  Page    2
Client #     N13.1373.01
Invoice #    59199
February 6, 2025

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/17/2025 | GPC | INTERNAL DISCUSSIONS AND RELATED RESEARCH ON ▓▓▓. | 2.00 | 700.00 |
|  | SPC | RESEARCH CASES ON ▓▓▓; REVIEWED ▓▓▓ CONFERENCES AND EMAILS WITH NICOLE TR AND GS REGARDING ▓▓▓; ANALYSIS OF ▓▓▓ ON ▓▓▓. | 3.80 | 1,140.00 |
| 1/18/2025 | SPC | REVIEWED ▓▓▓; CONFERENCES WITH NTR AND GS REGARDING ▓▓▓. | 2.00 | 600.00 |
| 1/20/2025 | SPC | CONTINUED RESEARCH ON ▓▓▓; MADE COMMENTS AND EDITS TO ▓▓▓; CONFERENCES WITH NTR AND GS REGARDING ▓▓▓. | 4.20 | 1,260.00 |
| 1/21/2025 | JCT | WORK WITH TEAM TO ▓▓▓; MULTIPLE CALL WITH TEAM RE ▓▓▓. | 5.40 | 1,890.00 |
|  | SPC | REVIEWED ▓▓▓; MADE EDITS AND COMMENTS TO ▓▓▓; REVIEWED EDITS AND COMMENTS TO ▓▓▓ FROM GPC AND JCT; FURTHER EDITS TO ▓▓▓; EMAILS AND CONFERENCES WITH NTR AND GS REGARDING ▓▓▓. | 6.50 | 1,950.00 |
|  | DAM | REVIEW DRAFT OF ▓▓▓. | 1.30 | 390.00 |
| 1/22/2025 | JCT | CONF WITH N. RIPPLE RE ▓▓▓ REVIEW ▓▓▓ PREPARE ▓▓▓; REVIEW ▓▓▓. | 2.00 | 700.00 |
|  | SPC | REVIEWED ▓▓▓; CONFERENCE WITH NICOLE TR REGARDING ▓▓▓ CONFERENCES WITH TEAM REGARDING ▓▓▓; REVIEWED ▓▓▓. | 0.50 | 150.00 |
|  | DAM | REVIEW AND REVISE ▓▓▓. | 4.00 | 1,200.00 |
| 1/23/2025 | JCT | COMM WITH CLASS COUNSEL RE ▓▓▓. | 0.30 | 105.00 |
| 1/27/2025 | JCT | REVIEW AND REVISE ▓▓▓ TO L. PULLIDO RE ▓▓▓ AND RE ▓▓▓. | 1.20 | 420.00 |
| 1/28/2025 | SPC | REVIEW AND ANALYSIS OF ▓▓▓ SENT BY NICOLE TR. | 0.40 | 120.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.
Civille & Tang, PLLC appreciates your business.*

NMI SETTLEMENT FUND                                                                              Page    3
Client #     N13.1373.01
Invoice #    59199
February 6, 2025

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 1/29/2025 | GPC | REVIEW AND EDITS OF ███ | 0.80 | 280.00 |
| | SPC | REVIEWED GPC'S EDITS AND COMMENTS TO ███ WITH GPC | 0.40 | 120.00 |
| 1/30/2025 | GPC | DISCUSSIONS WITH SPC ON ███ | 0.50 | 175.00 |
| | SPC | REVIEW ███; ANALYSIS OF ███; CONDUCTED ███ FOR ███ AND SENT ███ TO NICOLE RT; CONFERENCES WITH GPC REGARDING ███; CONFERENCES WITH NICOLE TR REGARDING ███; REVIEWED ███. | 1.70 | 510.00 |
| 1/31/2025 | SPC | REVIEWED ███ FROM NICOLE TR; SENT ███ TO GPC ███ | 0.40 | 120.00 |
| | | **Subtotal Professional Services:** | **66.10** | **$21,700.00** |

### EXPENSES

| | | | Amount |
|---|---|---|---:|
| 1/10/2025 | JCT | OBTAINED COPIES OF LEGAL DOCUMENTS FILED AT DISTRICT OF NMI; 105 PAGES | 10.50 |
| 1/13/2025 | JCT | HOTEL ACCOMMODATIONS JAN. 10-11; INV #70025500 | 161.00 |
| 1/31/2025 | SPC | WESTLAW CHARGES FOR THE MONTH OF JANUARY 2025 | 393.44 |
| 1/31/2025 | JCT | ROUNDTRIP AIRFARE FROM GUM-SAIPAN ECONOMY | 579.99 |
| | | **Subtotal Expenses:** | **$1,144.93** |
| | | **GROSS RECEIPTS TAX** | **$542.50** |
| | | **TOTAL CURRENT CHARGES** | **$23,387.43** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
*Civille & Tang, PLLC appreciates your business*

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
|  | | | | | | | |
| 12/10/2024 | | | | | | | |
| 12/13/2024 | | | | | | | |
| 12/13/2024 | 09:10:06 | 30 | NMIDC | NMISF | DOCKET REPORT | 1:09-CV-00023 | $3.00 |
| 12/13/2024 | 09:10:15 | 26 | NMIDC | NMISF | IMAGE875-0 | 1:09-CV-00023 DOCUMENT 875-0 | $2.60 |
| Subtotal: | | | | | 56 pages | | $5.60 |
| | | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | | $5.60 |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| Subtotal: | | | | | | | |
| **10/18/2024** | | | | | | | |
| 10/18/2024 | 13:54:01 | 3 | NMIDC | NMISF | IMAGE874-0 | 1:09-CV-00023 DOCUMENT 874-0 | $0.30 |
| 10/18/2024 | 13:56:59 | 30 | NMIDC | NMISF | DOCKET REPORT | 1:09-CV-00023 | $3.00 |
| 10/18/2024 | 13:57:37 | 5 | NMIDC | NMISF | IMAGE874-1 | 1:09-CV-00023 DOCUMENT 874-1 | $0.50 |
| 10/18/2024 | 13:59:30 | 1 | NMIDC | NMISF | IMAGE874-2 | 1:09-CV-00023 DOCUMENT 874-2 | $0.10 |
| 10/18/2024 | 14:00:19 | 4 | NMIDC | NMISF | IMAGE874-3 | 1:09-CV-00023 DOCUMENT 874-3 | $0.40 |
| 10/18/2024 | 14:10:03 | 2 | NMIDC | NMISF | IMAGE874-4 | 1:09-CV-00023 DOCUMENT 874-4 | $0.20 |
| 10/18/2024 | 14:14:27 | 1 | NMIDC | NMISF | IMAGE874-5 | 1:09-CV-00023 DOCUMENT 874-5 | $0.10 |
| 10/18/2024 | 14:15:13 | 1 | NMIDC | NMISF | IMAGE874-6 | 1:09-CV-00023 DOCUMENT 874-6 | $0.10 |
| 10/18/2024 | 14:18:09 | 2 | NMIDC | NMISF | IMAGE874-7 | 1:09-CV-00023 DOCUMENT 874-7 | $0.20 |
| Subtotal: | | 49 pages | | | | | $4.90 |
| | | 0 audio files ($2.40 each) | | | | | $0.00 |
| | | | | | | | $4.90 |
| **10/25/2024** | | | | | | | |
| Subtotal: | | | | | | | |
| **11/04/2024** | | | | | | | |
| Subtotal: | | | | | | | |
| **11/06/2024** | | | | | | | |

# Saipan Surfrider Resort Hotel

**Guest Invoice**

Brigada Street, Chalan Kanoa
P.O. Box 500487
Saipan MP 96950
Phone: 1 (670) 235-7873 Fax: 1 (670) 234-7374
Email: reservation@saipansurfriderhotel.com



**Joyce Tang**

, 330 Hernan Cortez Ave. Ste 200,
Hagatna Guam 96910,

Date: 01/10/2025
No. 70025500

POSTED
Timeslips
1/10/25

Thank you for choosing to stay with us

## Invoice #70025500 / 2025-01-10

| Date | Charge Text | Qty | Net | Hotel Occupancy Tax% | Hotel Occupancy Tax | Gross |
|---|---|---|---|---|---|---|
| Booking #13655: 10 Jan 25 - 11 Jan 25 (1), 428 EKB, Joyce Tang | | | | | | |
| 10 Jan 25 | Customer Deposit | 1.0 | 172.50 USD | 0.0% | 0.00 USD | 172.50 USD |

**Payments:**

| Date | | | | Hotel Occupancy Tax % | Base | Hotel Occupancy Tax | Gross |
|---|---|---|---|---|---|---|---|
| 10 Jan 25 | Card / ███ self payment | | 172.50 USD | 0.0% | 172.50 | 0.00 | 172.50 |

For payment: 0.00 USD

**Total: 172.50 USD**

Please make check payable to Saipan Surfrider LLC.

_____
Guest's Signature

Please rate our property. Your feedback will be highly appreciated.



Bill TO:
NMISF

**Account:** CIVILLE & TANG PLLC, HAGATNA GU (1003253904)
**Date Range:** January 01, 2025 - January 31, 2025
**Report Format:** Summary-Account by Client by User by Day
**Products:** Westlaw, Westlaw UK
**Content Families:** All Content Families

| Client NMISF | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| User Name MANGLONA,DEAN (17605994) | | | | | | | | |
| Day 01/21/2025 | | | | | | | | |
| Totals for Included | | 9 | | | 1,197.00 USD | 21.97 USD | 0.00 USD | 21.97 USD |
| Totals for Day 01/21/2025 | | 9 | | | 1,197.00 USD | 21.97 USD | 0.00 USD | 21.97 USD |
| Totals for User Name MANGLONA,DEAN (17605994) | | 9 | | | 1,197.00 USD | 21.97 USD | 0.00 USD | 21.97 USD |
| Totals for Client NMISF | | 9 | | | 1,197.00 USD | 21.97 USD | 0.00 USD | 21.97 USD |

| Client NMISF (CAMACHO APPEAL) | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| User Name PEREZ CASSIDY,SIRENA (8938582) | | | | | | | | |
| Day 01/16/2025 | | | | | | | | |
| Totals for Included | | 1,654 | 649 | 1,654 | 2,034.92 USD | 37.36 USD | 0.00 USD | 37.36 USD |
| Totals for Day 01/16/2025 | | 1,654 | 649 | 1,654 | 2,034.92 USD | 37.36 USD | 0.00 USD | 37.36 USD |
| Day 01/17/2025 | | | | | | | | |
| Totals for Included | | 2,960 | | 2,960 | 3,332.11 USD | 61.17 USD | 0.00 USD | 61.17 USD |
| Totals for Day 01/17/2025 | | 2,960 | | 2,960 | 3,332.11 USD | 61.17 USD | 0.00 USD | 61.17 USD |
| Day 01/20/2025 | | | | | | | | |
| Totals for Included | | 4,857 | 505 | 4,857 | 3,866.90 USD | 70.99 USD | 0.00 USD | 70.99 USD |
| Totals for Day 01/20/2025 | | 4,857 | 505 | 4,857 | 3,866.90 USD | 70.99 USD | 0.00 USD | 70.99 USD |
| Day 01/21/2025 | | | | | | | | |
| Totals for Included | | 6,871 | 542 | 6,871 | 9,003.60 USD | 165.28 USD | 0.00 USD | 165.28 USD |
| Totals for Day 01/21/2025 | | 6,871 | 542 | 6,871 | 9,003.60 USD | 165.28 USD | 0.00 USD | 165.28 USD |
| Day 01/29/2025 | | | | | | | | |
| Totals for Included | | 2,536 | | 2,536 | 1,998.05 USD | 36.68 USD | 0.00 USD | 36.68 USD |
| Totals for Day 01/29/2025 | | 2,536 | | 2,536 | 1,998.05 USD | 36.68 USD | 0.00 USD | 36.68 USD |
| Totals for User Name PEREZ CASSIDY,SIRENA (8938582) | | 18,878 | 1,696 | 18,878 | 20,235.58 USD | 371.47 USD | 0.00 USD | 371.47 USD |
| Totals for Client NMISF (CAMACHO APPEAL) | | 18,878 | 1,696 | 18,878 | 20,235.58 USD | 371.47 USD | 0.00 USD | 371.47 USD |

# Subject: eTicket Itinerary and Receipt for Confirmation PSCBD5

 United Airlines <Receipts@united.com>   Sat, Jan 4, 7:58 AM
to jtang



Fri, Jan 03, 2025

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Get ready for your trip: **Visit the Travel-Ready Center**, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# PSCBD5

| Flight 1 of 2 UA174 | Class: United Economy (Y) |
|---|---|
| Fri, Jan 10, 2025 | Fri, Jan 10, 2025 |
| 08:00 AM | 08:45 AM |
| Guam, GU, US (GUM) | Saipan, MP, US (SPN) |

| Flight 2 of 2 UA76 | Class: United Economy (Y) |
|---|---|
| Sat, Jan 11, 2025 | Sat, Jan 11, 2025 |
| 09:50 AM | 10:35 AM |
| Saipan, MP, US (SPN) | Guam, GU, US (GUM) |

### Traveler Details

**TANG/JOYCECH**

Seats: GUM-SPN 01B
SPN-GUM 07A

### Purchase Summary

| | |
|---|---|
| Method of payment: | Miscellaneous Document |
| Date of purchase: | Fri, Jan 03, 2025 |
| Airfare: | 556.00 |
| Passenger Civil Aviation Security Service Fee: | 11.20 |
| Guam Inspection Service Charges: | 8.29 |
| U.S. Passenger Facility Charge: | 4.50 |
| Total Per Passenger: | 579.99 USD |
| **Total:** | **579.99 USD** |

**Payment Info**
Remaining value of your previous ticket numbers

**Fare Rules**
Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

**MileagePlus Accrual Details**

| Joycech Tang | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| | | Saipan, MP, US (SPN) to | | | |