LAW OFFICES
# CIVILLE & TANG, PLLC

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT B**

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950
**In Reference To:**   NMI SETTLEMENT FUND

March 11, 2025
Client #  N13.1373.01
Invoice #  59403

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/2/2025 | SPC | CONFERENCE WITH GPC REGARDING ▮▮▮▮ TO ▮▮▮▮ ▮▮▮ | 0.30 | 90.00 |
| 2/3/2025 | JCT | REVIEW ▮▮▮▮ RE ▮▮▮▮; CALL WITH S. CASSIDY. | 1.50 | 525.00 |
| | SPC | REVIEWED ▮▮▮▮; CONDUCTED ▮▮▮▮ ▮▮ ▮▮▮; ▮▮▮ ▮▮ ▮▮▮ ▮▮; VARIOUS CONFERENCES WITH NICOLE TR AND GPC REGARDING ▮▮▮▮; MADE ▮▮▮▮. | 5.30 | 1,590.00 |
| | GPC | INTERNAL DISCUSSION AND DETAILED ANALYSIS OF ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ | 2.00 | 700.00 |
| 2/4/2025 | DAM | REVIEW AND REVISE ▮▮▮▮ | 1.50 | 450.00 |
| 2/11/2025 | JCT | CALL WITH L. PANGELINAN AND GOVERNOR RE ▮▮▮▮ ▮▮▮▮ | 0.50 | 175.00 |
| 2/12/2025 | JCT | REVIEW ▮▮▮▮ CALL WITH L PANGELINAN RE ▮▮▮▮; REVIEW AND REVISE ▮▮▮▮ RE ▮▮▮▮ ▮▮▮▮. | 0.90 | 315.00 |
| 2/13/2025 | JCT | REVISE ▮▮▮▮ TO L. PULLIDO RE ▮▮▮▮; REVISE ▮▮▮▮ RE ▮▮▮▮ | 1.50 | 525.00 |
| 2/24/2025 | JCT | REVIEW ▮▮▮▮; REVIEW ▮▮▮▮ ▮▮▮▮; RESPOND TO C. HODSON; CONF WITH L. PANGELINAN; REVIEW ▮▮▮▮; CALL WITH BOH. | 1.50 | 525.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*

*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*

Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND                                                                      Page      2

Client #      N13.1373.01

Invoice #      59403

March 11, 2025

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 2/27/2025 JCT | CALLS WITH L. PANGELINAN RE ███████████; CALLS WITH M. TOKITO (BOH) RE ██████████; REVIEW ████ ██████████ RE ████████████ | | 1.50 | 525.00 |

**Subtotal Professional Services:**                                                      **16.50**   **$5,420.00**

## EXPENSES

2/28/2025  SPC    WESTLAW CHARGES FOR THE MONTH OF FEBRUARY 2025                                         46.53

**Subtotal Expenses:**                                                                              **$46.53**

**GROSS RECEIPTS TAX**                                                                            **$135.50**

**TOTAL CURRENT CHARGES**                                                                       **$5,602.03**

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our*
*Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

**Account:** CIVILLE & TANG PLLC, HAGATNA GU (1003253904)
**Date Range:** February 01, 2025 - February 28, 2025
**Report Format:** Summary-Account by User by Client by Day
**Products:** Westlaw, Westlaw UK
**Content Families:** All Content Families

| Client NMISF (CAMACHO APPEAL) | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Day 02/02/2025 | | | | | | | | |
| Totals for Included | 0:14:30 | 501 | | 0:14:30 | 885.05 USD | 32.68 USD | 0.00 USD | 32.68 USD |
| Totals for Day 02/02/2025 | 0:14:30 | 501 | | 0:14:30 | 885.05 USD | 32.68 USD | 0.00 USD | 32.68 USD |
| Day 02/03/2025 | | | | | | | | |
| Totals for Included | 0:04:42 | | | 0:04:42 | 375.15 USD | 13.85 USD | 0.00 USD | 13.85 USD |
| Totals for Day 02/03/2025 | 0:04:42 | | | 0:04:42 | 375.15 USD | 13.85 USD | 0.00 USD | 13.85 USD |
| Totals for Client NMISF (CAMACHO APPEAL) | 0:19:12 | 501 | | 0:19:12 | 1,260.20 USD | 46.53 USD | 0.00 USD | 46.53 USD |