LAW OFFICES
# CIVILLE & TANG, PLLC

**EXHIBIT D**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

**In Reference To:**   NMI SETTLEMENT FUND

May 9, 2025
Client #  N13.1373.01
Invoice #  59812

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/11/2025 | JCT | REVIEW ▮▮▮ RE ▮▮▮ OF ▮▮▮. | 0.30 | 105.00 |
| 4/16/2025 | JCT | WEEKLY CALL WITH TEAM RE ▮▮▮. | 1.50 | 525.00 |
| 4/18/2025 | JCT | REVIEW AND REVISE ▮▮▮ TO ▮▮▮ RE ▮▮▮; CONF WITH TEAM. | 0.70 | 245.00 |
| 4/22/2025 | DAM | REVIEW AND FINALIZE ▮▮▮ ▮▮▮. | 1.00 | 300.00 |
| 4/24/2025 | JCT | WEEKLY MEETING WITH NMISF TEAM RE ▮▮▮. | 2.00 | 700.00 |
| 4/25/2025 | JCT | CONTACT MARK TOKITO BOH RE ▮▮▮; REVIEW AND COMMENT ON ▮▮▮ TO ▮▮▮; REVIEW AND COMMENT ON ▮▮▮ RE ▮▮▮. | 3.00 | 1,050.00 |

**Subtotal Professional Services:**   8.50   $2,925.00

**GROSS RECEIPTS TAX**   $73.13

**TOTAL CURRENT CHARGES**   $2,998.13

An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.

**Civille & Tang, PLLC appreciates your business**