LAW OFFICES
# CIVILLE & TANG, PLLC

**EXHIBIT E**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

**In Reference To:**   NMI SETTLEMENT FUND

June 6, 2025
Client #  N13.1373.01
Invoice #  60047

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/12/2025 | JCT | REVIEW ▮▮▮ AND PROVIDE COMMENTS. | 0.50 | 175.00 |
| 5/16/2025 | GPC | PREPARATION ▮▮▮ | 2.30 | 805.00 |
| 5/17/2025 | GPC | EARLY STAGE PREPARATION FOR ▮▮▮ | 3.50 | 1,225.00 |
| 5/20/2025 | SPC | CONFERENCE WITH GPC RE ▮▮▮ | 1.00 | 300.00 |
| 5/21/2025 | JCT | REVIEW ▮▮▮ AND SIGN; WEEKLY TEAM MEETING TO ▮▮▮; COMM WITH L. PANGELINAN RE ▮▮▮ | 3.00 | 1,050.00 |
| 5/22/2025 | JCT | CONFERENCE WITH N. SMITH RE ▮▮▮; REVIEW ▮▮▮ | 0.40 | 140.00 |
| 5/23/2025 | GPC | CONTINUED ▮▮▮ | 2.00 | 700.00 |
| 5/24/2025 | JCT | CALL WITH N. RIPPLE AND P. CIVILLE RE ▮▮▮ | 1.00 | 350.00 |
|  | GPC | CONTINUED PREPARATION FOR ▮▮▮ | 4.00 | 1,400.00 |
| 5/25/2025 | GPC | PREPARATION FOR ▮▮▮; DETAILED ▮▮▮ | 5.30 | 1,855.00 |
| 5/26/2025 | GPC | TRAVEL TO NMI AND CONTINUED ▮▮▮ | 4.50 | 1,575.00 |
|  | GPC | ▮▮▮ PREP WITH NICOLE R. TORRES; EMAILS FROM NICOLE R. TORRES RE ▮▮▮ | 7.50 | 2,625.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
*Civille & Tang, PLLC appreciates your business.*

NMI SETTLEMENT FUND                                                                                           Page    2
Client #    N13.1373.01
Invoice #   60047
June 6, 2025

|            |     |                                                                                              | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--------|
| 5/27/2025  | SPC | REVIEWED ███████████ PREP WITH GPC AND TEAM                                                  | 2.50  | 750.00 |
|            | GPC | CONTINUED ███████████████████████ WITH NICOLE AND GRETCHEN FROM NMISF                        | 10.00 | 3,500.00 |
| 5/28/2025  | JCT | ATTEND NMI SUPREME COURT HEARING RE ██████████████ ██████; DEBRIEFING WITH TEAM AFTER HEARING. | 2.00  | 700.00 |
|            | SPC | ATTENDED ORAL ARGUMENT BY ZOOM; POST ███████████ WITH GPC AND TEAM                           | 1.30  | 390.00 |
|            | GPC | FINAL PREP AND ATTEND ORAL ARGUMENT                                                          | 8.50  | 2,975.00 |
| 5/29/2025  | JCT | CALL WITH N. RIPPLE RE ██████████████ FROM JEAN RAYPHAND AND R. TORRES ███████████████; REJECT ██████ | 0.50  | 175.00 |
|            | GPC | RETURN TO GUAM FROM ORAL ARGUMENT.                                                           | 1.50  | 525.00 |

**Subtotal Professional Services:**                                                                          **61.30  $21,215.00**

## EXPENSES

|            |     |                                                                                      | Amount   |
|------------|-----|--------------------------------------------------------------------------------------|----------|
| 5/31/2025  | GPC | WESTLAW CHARGES FOR THE MONTH OF MAY 2025                                            | 235.67   |
|            | TK  | COPIES MADE FOR THE MONTH OF MAY 2025; 538 PAGES; BLACK & WHITE                      | 134.50   |
|            | GPC | AIRFARE ROUNDTRIP TRAVEL - GUAM - SAIPAN (P. CIVILLE)                                | 579.99   |
|            | GPC | HOTEL ACCOMMODATIONS MAY 27-29; BOOKING #14774 (P. CIVILLE)                          | 322.00   |

**Subtotal Expenses:**                                                                                       **$1,272.16**

**GROSS RECEIPTS TAX**                                                                                       **$530.38**

**TOTAL CURRENT CHARGES**                                                                                    **$23,017.54**

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

**Account:** CIVILLE & TANG PLLC, HAGATNA GU (1003253904)
**Date Range:** May 01, 2025 - May 31, 2025
**Report Format:** Summary-Account by Client by User by Day
**Products:** Westlaw, Westlaw UK
**Content Families:** All Content Families

Client NMISF
User Name CIVILLE,GEORGE (3588161)

| Day 05/25/2025 | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Totals for Included | 2,749 | | 17,637 | 2,749 | 4,720.73 USD | 235.67 USD | 0.00 USD | 235.67 USD |
| Totals for Day 05/25/2025 | 2,749 | | 17,637 | 2,749 | 4,720.73 USD | 235.67 USD | 0.00 USD | 235.67 USD |
| Totals for User Name CIVILLE,GEORGE (3588161) | 2,749 | | 17,637 | 2,749 | 4,720.73 USD | 235.67 USD | 0.00 USD | 235.67 USD |
| Totals for Client NMISF | 2,749 | | 17,637 | 2,749 | 4,720.73 USD | 235.67 USD | 0.00 USD | 235.67 USD |

LAW OFFICES
**CIVILLE & TANG, PLLC**
330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com



*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business



### Fw: eTicket Itinerary and Receipt for Confirmation MZMPDZ
1 message



**From:** United Airlines <Receipts@united.com>
**Sent:** Saturday, May 24, 2025 1:58:56 PM
**To:** JTANG@CIVILLETANG.COM <JTANG@CIVILLETANG.COM>
**Subject:** eTicket Itinerary and Receipt for Confirmation MZMPDZ



Sat, May 24, 2025

## Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

Get ready for your trip: Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# MZMPDZ

| Flight 1 of 2 UA174 | Class: United Business (PZ) |
|---|---|
| Tue, May 27, 2025 | Tue, May 27, 2025 |
| **08:00 AM** | **08:45 AM** |
| Guam, GU, US (GUM) | Saipan, MP, US (SPN) |

| Flight 2 of 2 UA76 | Class: United Business (PN) |
|---|---|
| Thu, May 29, 2025 | Thu, May 29, 2025 |
| **09:50 AM** | **10:35 AM** |
| Saipan, MP, US (SPN) | Guam, GU, US (GUM) |

6/6/25, 2:44 PM  Case 1:09-cv-00023  Miles & Tang JDL Mail - Document 886-5 Filed 06/27/25 Confirmation MZMPOZ Page 6 of 9

Case 1:09-cv-00023  Document 886-5  Filed 06/27/25  Page 6 of 9

Traveler Details

CIVILLEJR/GEORGEPATRICK

eTicket number: **0162489443303**  Seats: GUM-SPN -----

Frequent Flyer: ███████████  SPN-GUM 01A

Purchase Summary

| | |
|---|---|
| Method of payment: | Miscellaneous Document |
| Date of purchase: | Sat, May 24, 2025 |
| Airfare: | 556.00 |
| Passenger Civil Aviation Security Service Fee: | 11.20 |
| Guam Inspection Service Charges: | 8.29 |
| U.S. Passenger Facility Charge: | 4.50 |
| Total Per Passenger: | 579.99 USD |
| **Total:** | **579.99 USD** |

## Payment Info

Remaining value of your previous ticket numbers 0162488830570 was applied to this purchase.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## MileagePlus Accrual Details

### Georgepatrick Civillejr

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Tue, May 27, 2025 | 174 | Guam, GU, US (GUM) to Saipan, MP, US (SPN) | ███ | ███ | ███ |
| Thu, May 29, 2025 | 76 | Saipan, MP, US (SPN) to Guam, GU, US (GUM) | ███ | ███ | ███ |
| MileagePlus accrual totals: | | | ███ | ███ | ███ |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, May 27, 2025<br>Guam, GU, US (GUM)<br>to Saipan, MP, US (SPN) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, May 29, 2025<br>Saipan, MP, US (SPN) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |



**Surfrider Resort Hotel Booking Confirmation**

Booking       #14774
Name           Patrick Civille
Phone          6714728868
E-mail         jtang@civilletang.com

Company SSR Web
Arrival        05/27/25

Arrival Time
Nights         2
Departure      05/29/25
Adults         2
Room           EKB
Total Price    345.00 USD

**HOTEL POLICY**

| | |
|---|---|
| **Valid Identification** | **Any guest checking in to Surfrider Resort Hotel must provide a valid photo identification card.** |
| Check-In: | Standard Check-In Time is at 3:00 PM. |
| Check-Out: | Standard Check-Out Time is at 12:00 PM. |
| Cancellation: | Five (5) days before check-in date – No cancellation fee charged |
| | Within three (3) days of arrival – Guests will be charged 50% as cancellation fee which would be room and tax included. |
| | Without Notice/No-Show – Guests will be charged a 100% cancellation fee equal to one night's worth plus tax. |

**Beach Road, Chalan Kanoa**

✉ **P.O. Box 500487 Saipan, MP 96950**

☎ **+1(670)235-7873/4**

🖨 **+1(670)234-5940**

✉ **reservation@saipansurfriderhotel.com**



Printed from Chase Personal Online

## Transaction details

### United Club Card (...2441)

 **$345.00**
Sale

May 27, 2025
Transaction date

May 28, 2025
Posted date

 SAIPAN SURFRIDER, LLC

| | |
|---|---|
| Description | SAIPAN SURFRIDER, LLC |
| Also known as | SAIPAN SURFRIDER, LLC |
| Merchant type | Lodging: hotels, motels and resorts |
| Method | In person |
| Card number | (...2441) |
| Category | Travel |

Rewards earned with this transaction

|                                              |     |
| -------------------------------------------- | --- |
| + Additional miles earned on travel purchases | 345 |
| + Miles earned on all purchases              | 345 |
| Total MileagePlus® Miles                     | 690 |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC        ©2025 JPMorgan Chase & Co        Equal Opportunity Lender