F I L E D
Clerk
District Court
SEP 17 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID M. APATANG, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), *et al.*,<br><br>　　　　　Defendants. | CIVIL CASE NO. 09-00023<br><br><br><br>**ORDER**<br>Rescheduling Status Hearing |

　　　　Based on the scheduling needs of the court and the parties, the court orders that the status hearing previously set for November 14, 2025, is hereby rescheduled to Wednesday, December 10, 2025, at 10:00 a.m. The court also orders that the Hon. David M. Apatang, Governor of the CNMI,[1] and Tracy B. Norita, Secretary of Finance, personally appear at the hearing. The court permits class counsel to participate at the hearing by Zoom.[2] The Trustee is ordered to file a status report no later than December 3, 2025.

　　　　Additionally, at the last status hearing, the Trustee said she would file a supplemental report to clarify questions the court had about the internal audit of member files. Some members of the

---

[1] In Governor Apatang's absence, the court orders that the Hon. Dennis James C. Mendiola, Lt. Governor of the CNMI, personally appear at the hearing.

[2] The Clerk's Office shall send the Zoom link to class counsel no later than 24 hours prior to the scheduled hearing.

1  Class also expressed concerns about the audit process.  Following the hearing, the court issued an
2  Order directing the Trustee to file the supplemental report and suggested a format to use.  *See* Order
3  Post-January 10, 2025 Status Hearing at 2-3, ECF No. 884.  The court hereby orders the Trustee to
4  file said supplemental report no later than November 1, 2025.
5       IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
  **Designated Judge**
**Dated: Sep 17, 2025**