NICOLE M. TORRES-RIPPLE
**NMI SETTLEMENT FUND**
Email: nicole.m.torres-ripple@nmisf.com
P.O. Box 501247
Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080

*Attorney for the NMI Settlement Fund*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **BETTY JOHNSON**, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>Plaintiff,<br>v.<br><br>**DAVID M. APATANG**, Governor of the Commonwealth of the Northern Mariana Islands ("Government"), *et al.*,<br><br>Defendants. | CIVIL CASE NO. 09-00023<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE TRUSTEE'S STATUS REPORT** |

Due to recent developments relating to the Group Health and Life Insurance plan that provides retirees' with health insurance coverage, the Trustee of the NMI Settlement Fund hereby requests that the December 3, 2025 deadline to file the Trustee's status report be extended to December 5, 2025.

*Respectfully submitted* this 3rd day of December 2025.

                                                      **NMI SETTLEMENT FUND**

                                                      /s/
                                                      NICOLE M. TORRES-RIPPLE
                                                      *Attorney for the NMI Settlement Fund*