NICOLE M. TORRES-RIPPLE
**NMI SETTLEMENT FUND**
Email: nicole.m.torres-ripple@nmisf.com
P.O. Box 501247
Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080

*Attorney for the NMI Settlement Fund*

F I L E D
Clerk
District Court
DEC 04 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br> v.<br><br>DAVID M. APATANG, Governor of the Commonwealth of the Northern Mariana Islands ("Government"), *et al.*,<br><br>    Defendants. | CIVIL CASE NO. 09-00023<br><br>**ORDER**<br>Granting Request for Extension of Time to File Trustee's Status Report (ECF No. 890) |

  Before the court is a Request for Extension of Time to File Trustee's Status Report (the "Request"). *See* ECF No. 890. The court hereby GRANTS the Trustee's Request and ORDERS that the deadline for the Trustee to file the status report is extended to Friday, December 5, 2025.

  IT IS SO ORDERED.



       **/s/ Frances M. Tydingco-Gatewood**
        **Designated Judge**
       **Dated: Dec 03, 2025**