# EXHIBIT 1



**David M. Apatang**
Governor

**Dennis James C. Mendiola**
Lieutenant Governor

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## OFFICE OF THE GOVERNOR

September 30, 2025                                                           **GOV2025-289**

The Honorable Edmund S. Villagomez
Speaker, House of Representatives
24th Northern Marianas Commonwealth Legislature
Saipan, MP 96950

The Honorable Karl R. King-Nabors
Senate President
24th Northern Marianas Commonwealth Legislature
Saipan, MP 96950

Dear Mr. Speaker and Mr. President:

This is to inform the Legislature that I have signed into law House Bill 24-46, HD1, SS1
(Appropriations and Budget Authority Act of 2026 or the Act). While I support the overall
objectives of the Act, I have exercised my authority to disapprove of several specific provisions
contained therein.

These disapproved sections are deemed inconsistent and problematic in implementation with
the fiscal priorities and policy goals necessary to ensure responsible governance when our
economic climate has shifted.   Implementing these provisions would undermine our
commitment to prudent financial stewardship and long-term stability.  A detailed explanation
of the disapproved items is included in my message for legislative review and public
transparency.

Although I commend the Legislature for passing the Act, I am compelled to express our mutual
understanding that an immediate revised budget is necessary to address my communication
concerning the change in revenue projection and the continued funding shortfall for critical
programs and services, such as:

- Marianas Visitors Authority
- DOF ERP (Munis)
- Group Health and Life Insurance Program (Retirees)
- Medical Referral (Health Network Program)
- Medicaid
- Department of Corrections (Inmate Medical Care and Meals)
- Government Utilities and Operations
- 25% Benefit Payments to Retirees

Juan A. Sablan Memorial Building • 12296 Pagan Lp. • Capitol Hill, Saipan
Caller Box 10007 • Saipan, MP 96950 • (670) 237-2200 • governor.gov.mp

1

In addition to the foregoing concerns, I have line-item vetoed several parts of the Act which I have found unclear, ambiguous, or problematic either in their inconsistency with existing provisions of Commonwealth or Federal law, or in their implementation or imposition of additional and unnecessary steps that would hinder efficiency in government operations.

My comments and actions are as follows:

## COMMENTS ON APPROVED PARTS OF THE ACT

### Section 403. Donation of Sick Leave Hours.
There may be a disparity in pay rates between the donor and the recipient of donated sick leave hours. The provision allows donated sick leave at a value of 1.0; this may require additional donated sick leave hours when the recipient's rate is greater than the donor's, increasing the government's fiscal obligations. I urge the Civil Service Commission to amend the regulations to address this issue.

### Section 501. Reprogramming Authority.
Section 501(c) grants 25% reprogramming authority to the mayors of each Senatorial District. I observe that this authority should be wielded over local funds to ensure efficiency in local government, rather than with respect to executive branch offices.

### Section 601. Utilities.
A directive from my administration is forthcoming to address cost-containment measures regarding the mandatory transition of all executive branch accounts to prepaid meters within 30 days to further reduce the cost of utilities. This will ensure energy conservation practices are utilized.

### Section 605. Legal Holidays
In implementing this provision, care should be taken to avoid conflict with the federal Fair Labor Standards Act (FLSA).

### Section 614. MVA Trust Funds.
This section requires the Secretary of Finance to allocate a minimum of $43,750 per quarter to the municipalities, and no less than $175,000 before the end of the fiscal year. This provision may result in less direct funding to the Marianas Visitors Authority to mitigate impacts of declining tourist arrivals should the actual collection of the Hotel Occupancy Tax be less than the required transfer as provided. Any shortage of collections would divert funds from MVA to the municipalities.

### Section 616. Payment of 25% to Retirees.
The payment to the Commonwealth Treasury of $5 million from the IPI bankruptcy sale included $2.7 million in casino gross revenue tax, which is earmarked for the payment of the 25% retirees' pension by 4 CMC §§ 2308 and 2309. My administration supports this earmark and I look forward to working with the legislature on reforms to the Casino Gaming law to promote a viable industry and generate revenue.

Juan A. Sablan Memorial Building · 12296 Pagan Lp. · Capitol Hill, Saipan
Caller Box 10007 · Saipan, MP  96950 · (670) 237-2200 · governor.gov.mp

2

## Section 709. Other Programs.
Section 709(c) provides for 96% of funding to the Public School System to be directed towards instructional expenditures and restrictions on austerity measures. My administration encourages further dialogue with PSS to ensure that legislative provisions are aligned with students' needs and operational necessities.

## Section 711. Department of Public Lands.
The Memorandum of Understanding to be executed by the Department of Public Lands, the Department of Lands & Natural Resources, and the mayors of the municipalities should ensure a nexus to the constitutional responsibilities of DPL in maintaining and securing public lands and properties.

I observe that the mandate for DPL to remit $4,000,000 from its DPL Operations Fund to the Marianas Public Land Trust is consistent with, but not coextensive with or exhaustive of, its obligations under Article XI, Section 5(g) of the Constitution.

## VETOED PARTS OF THE ACT

### Section 202. Advance Allotment.
I am disapproving the provision as the recent downward adjustment to estimated revenues makes it difficult to justify the quarterly allocation of funding at this time. This provision can be revisited in the revised FY 2026 budget.

### Section 204. Reporting Requirements for Secretary of Finance.
Section 204(d) is duplicative of reporting requirements in the Planning and Budgeting Act. I am vetoing Section 204(e), as it presents a constitutional separation of powers issue by stipulating adverse personnel actions for an Executive Branch officer.

### Section 501. Reprogramming Authority.
I acknowledge that the Governor has been granted authority to reprogram up to 25% of appropriations for the Executive Branch. While this provision offers a measure of flexibility, I am disapproving Section 501(a) as it mirrors the authority conferred by statute through 1 CMC § 7402(b). Instead, I urge legislative consideration to increase flexibility in reprogramming authority to 100% to ensure the Governor can take swift and decisive executive action when needed.

### Section 602. Hiring Restriction.
I have disapproved Section 602(a) because it violates the separation of powers for the Legislature to determine via joint resolution, on a case-by-case basis, whether budgeted executive branch positions are essential for delivery of public services. Implementation of this provision will be problematic as it restricts the Executive Branch's ability to respond to operational needs.

I have also disapproved Section 602(b), because it is unenforceable for a Notice of Personnel Action to be deemed processed and filled in without adequate funding or authorized positions.

Juan A. Sablan Memorial Building · 12296 Pagan Lp. · Capitol Hill, Saipan
Caller Box 10007 · Saipan, MP 96950 · (670) 237-2200 · governor.gov.mp

3

**Section 603.  Salary Cap.**
Section 603(a) is hereby disapproved as compensation for appointed officials is already
stipulated under 1 CMC § 8425 and unnecessary in this measure.

**Section 607. Reduction of Work Hours.**
I have disapproved this section because it may be necessary for forthcoming austerity measures
to implement cuts to ancillary benefits proportionally with cuts to hours. My administration
urges the Civil Service Commission to revise existing regulations to support prudent fiscal
policy during periods of austerity. Specifically, when reductions in hours are implemented,
corresponding benefits such as sick leave and annual leave should be adjusted in proportion to
the reduced hours per pay period. This alignment will help realize meaningful cost savings.

Further, I recommend that the annual leave accrual policy be amended to mirror the federal
government's "use-it-or-lose-it" approach, whereby unused leave expires at the end of the
calendar year. Such a change would significantly reduce the government's growing unfunded
liability associated with accumulated leave balances.

These measures are necessary to safeguard the financial health of the Commonwealth while
maintaining fairness and transparency in public service employment practices.

**Section 608. Vacant Positions.**
I have disapproved this section as it provides that any position that becomes vacant shall be
closed out. Implementation of this provision places an inflexible constraint on the Executive
Branch's ability to respond to operational needs.

**Section 609. Public Auditor's Fee.**
I have disapproved this provision because the resources of the Office of the Public Auditor are
needed to coordinate the efforts of the CNMI government to catch up on several years of
delayed single audits on an expedited timeline.

Under these circumstances, it is inappropriate to divert OPA's resources to the Group Health
Life Insurance Program. Direct funding appropriation is necessary and should be prioritized in
the revised budget for FY 2026.

**Section 610. DPS Rota and DPS Tinian Detainees.**
I have disapproved this provision because it is inappropriate for the Department of Corrections
to shoulder the burden of costs incurred by the Department of Public Safety in its operations.
The Department of Corrections will assume costs upon transfer of custody.

**Section 611. OGM Funds in Excess of Office of Grants Management Budget.**
Allocating excess funds earmarked to the Office of Grants Management to the Group Health
and Life Insurance Program is inappropriate to sustain adequate funding and operation of the
program as required payments must be made timely to avoid termination of the plan. Direct
funding appropriation is necessary and should be prioritized in the revised budget for FY 2026.

Juan A. Sablan Memorial Building · 12296 Pagan Lp. · Capitol Hill, Saipan
Caller Box 10007 · Saipan, MP  96950 · (670) 237-2200 · governor.gov.mp

4

**Section 612. Hazardous Pay.**
A portion of this section is disapproved to allow the Secretary of Public Works to process hazardous pay based on funding availability and ensure that payment requests meet necessary requirements.

**Section 615. Commonwealth Casino Members.**
I have disapproved of this provision because the Commonwealth's scarce resources must prioritize the most vulnerable in our community, including students and retirees, in these trying fiscal times.

Moreover, the provision references a $2.7 million Settlement Agreement with Imperial Pacific International (IPI). This appears to refer to the sale of IPI's assets to Team King Investment (CNMI), LLC, via auction supervised by the federal bankruptcy court. That portion of the proceeds which satisfies the Commonwealth's tax lien for unpaid Casino Business Gross Revenue Tax is earmarked to the retirees' 25% pension benefits and cannot be used to pay the Casino Commissioners' backpay.

The Casino Commission is funded by law through regulatory fees paid by the exclusive casino licensee. The Commissioners' salaries may be paid through the pro rata distribution to general unsecured creditors of remaining assets in IPI's bankruptcy, as provided in the stipulation resolving the Commonwealth's objection to the sale to Team King.

Schedule B is hereby disapproved as a direct consequence of the veto to Section 615.

**Section 617. Outside Source Received by the CNMI.**
This provision purported to mandate that "[a]ny funds received by the CNMI government from the federal government or other outside sources shall be identified by the Governor and reported to the Legislature for appropriation."

This provision would violate federal law, as federal grants to instrumentalities of the CNMI government must be used for the cost objectives stipulated in the terms of the grants.

**Section 703(d). Judicial Branch.**
I have disapproved this provision because the Judicial Branch, like the rest of the CNMI government, may be subject to proportional cuts as provided by the Planning and Budgeting Act, 1 CMC § 7204(e).

**Section 704(i). Legislative Branch.**
I have disapproved this provision because the Legislative Branch, like the rest of the CNMI government, may be subject to proportional cuts as provided by the Planning and Budgeting Act, 1 CMC § 7204(e).

Juan A. Sablan Memorial Building · 12296 Pagan Lp. · Capitol Hill, Saipan
Caller Box 10007 · Saipan, MP 96950 · (670) 237-2200 · governor.gov.mp

5

**Section 705. Executive Branch.**

I have disapproved Section 705(c) because mandating that law enforcement officers' overtime be funded from non-general revenue imposes a rigid and inflexible approach and risks moral hazard incentive problems.

Section 705(e) provides that the Department of Community and Cultural Affairs, alone among CNMI executive agencies, is to retain indirect costs of federal grants which would otherwise be statutorily earmarked to the Office of Grants Management. There is no sound reason to treat DCCA differently from all other agencies in this respect. My administration will direct federally funded programs to fund utilities and operations through savings realized from transitioning to the lower indirect cost rate of 7.5%.

Finally, I have disapproved Section 705(g) because this provision unduly restricts the discretion of the Department of Labor to allocate its resources to workforce training programs as appropriate. I urge the Secretary of Labor to include the municipalities' apprenticeship and training needs in the proposed expenditure plan for the Commonwealth Worker Fee Fund.

**Section 706. First Senatorial District- Mayor of Rota and Rota Municipal Council.**

The last sentence of Section 706(b) is line-item-vetoed on the same grounds as Section 705(c).

**Section 707. Second Senatorial District- Mayor of Tinian & Aguiguan and Tinian Municipal Council.**

The last sentence of Section 707(b) is line-item-vetoed on the same grounds as Section 705(c) and the equivalent portion of Section 706(b).

Section 707(d) is disapproved because it is the purview of the Tinian and Aguiguan Legislative Delegation through a local appropriations bill, not the Legislature in the annual appropriation bill, to amend local appropriation bills. My administration supports funding of personnel with the approval of the respective senatorial delegation.

**Section 708. Third Senatorial District- Mayor of Saipan; Mayor of the Northern Islands; and Saipan and Northern Islands Municipal Council.**

Section 708(b) is disapproved because authorizing the Mayor of the Northern Islands to promulgate regulations to generate revenues from fees is an appropriate subject for SNILD legislation, not the annual appropriations bill.

**Section 709. Other Programs.**

I have disapproved the requirement in subsection (e) that the CNMI Health Network Program, formerly known as the Medical Referral Program, shall include stipends, airfare, and lodging for patients and escorts in the inter-island medical referral services. The appropriation for the Health Network Program is insufficient to cover such costs. This is an unfunded mandate.

**Section 711. Department of Public Lands.**

I have disapproved a portion of Section 711(a) because ground maintenance and landscaping work under the jurisdiction of Parks and Recreation is a statutory responsibility of the Department of Lands and Natural Resources.

Juan A. Sablan Memorial Building · 12296 Pagan Lp. · Capitol Hill, Saipan
Caller Box 10007 · Saipan, MP 96950 · (670) 237-2200 · governor.gov.mp

6

**Section 712. Reporting Requirements.**

I am disapproving Section 712's provisions because they are duplicative of the reporting requirements set forth in Section 204 and create additional and unreasonable administrative burdens that will be difficult to implement.

I am directing the Secretary of Finance to continue working with the Legislature to assist it in performing its own analysis of the government's finances.

**Section 713. Violation of Spending Limits.**

I have disapproved the additional penalties and sanctions in Section 713. The Planning and Budgeting Act (PBA), as amended, has adequate enforcement provisions to assure compliance with the expenditure restrictions under the PBA and this Act.

In particular, 1 CMC §§ 7701 and 7702 provide criminal penalties for expenditures in excess of authorization by law.

**Section 802. Outside Sources.**

I have disapproved parts of Subsection (b) because of inconsistency between the language and U.S. Public Law 115-218, which governs the use and administration of the CW funds. The federal law does not limit training programs to only those for vocational training. The federal law also provides restrictions on the administration of the funds, including reprogramming and fiscal year limitation.

**Schedule A.**

While I recognize the importance of soil and water conservation efforts across the Commonwealth, I must disapprove the establishment and funding allocation for the CNMI State and Water Conservation Office included under the Independent Program heading.

The Act does not contain any express provision clarifying the intent behind its inclusion. Moreover, the program is already embedded within all three senatorial districts, and the creation of a centralized office would be duplicative and administratively redundant.

I remain committed to supporting conservation initiatives through existing district-level programs and encourage continued collaboration to ensure resources are used efficiently and effectively.

**Conclusion**

As we implement the budget appropriation in this Act, I remind the Legislature of the urgency to pass a revised budget with decreased revenues forecasted at $156,782,740. In light of this forecasted decline, my administration will implement immediate proportionate budget reductions across the board resulting in a forthcoming work hour cut to the executive branch beginning Sunday, October 5, 2025 (pay period 22). Therefore, I urge your cooperation to pass a revision of the FY 2026 Budget Act within ten calendar days from transmittal of the request, targeted for October 6, 2025.

7

Juan A. Sablan Memorial Building · 12296 Pagan Lp. · Capitol Hill, Saipan
Caller Box 10007 · Saipan, MP 96950 · (670) 237-2200 · governor.gov.mp

My administration stands ready to work with the Legislature collectively and cooperatively to address the government's fiscal challenges, including meeting conditions stipulated by the Marianas Public Land Trust for a pension loan.

With my signature, this bill becomes Public Law No. 24-14. Copies of the public law bearing my signature are forwarded for your reference.

Sincerely,

**DAVID M. APATANG**

cc:     Lieutenant Governor
        Secretary of Finance
        Special Assistant for Programs and Legislative Review
        Special Assistant for Management and Budget
        All Mayors
        Executive Assistant for Carolinian Affairs
        Members, 24th Legislature

Juan A. Sablan Memorial Building · 12296 Pagan Lp. · Capitol Hill, Saipan
Caller Box 10007 · Saipan, MP  96950 · (670) 237-2200 · governor.gov.mp

8



# HOUSE OF REPRESENTATIVES
## TWENTY-FOURTH NORTHERN MARIANAS COMMONWEALTH
### LEGISLATURE

*Vice Speaker Jesus P. Mafnas Memorial Building*
Capitol Hill
Saipan, MP 96950
cnmileg.net

September 27, 2025

The Honorable David M. Apatang
Governor
Commonwealth of the Northern
  Mariana Islands
Capitol Hill
Saipan, MP 96950

Dear Governor Apatang:

I have the honor of transmitting herewith for your action **H. B. No. 24-46, HD1, SS1,** entitled: "To Define and Identify General Revenues and approve revenues and resources of the Commonwealth of the Northern Mariana Islands as identified pursuant to Article III, Section 9 (a) of the CNMI Constitution, as amended, and 1 CMC Division 7, for Fiscal Year 2026 and make appropriations for the operations and activities of the Government of the Commonwealth of the Northern Mariana Islands, its agencies, instrumentalities, and independent programs, and to provide budget authority for government corporations for Fiscal Year 2026; and for other purposes.", which was passed by the House of Representatives and the Senate of the Twenty-Fourth Northern Marianas Commonwealth Legislature.

Sincerely yours,

Linda B. Muña, MPA
House Clerk

Attachment





TWENTY-FOURTH NORTHERN MARIANA COMMONWEALTH LEGISLATURE

# IN THE HOUSE OF REPRESENTATIVES

### SECOND REGULAR SESSION

### AUGUST 15, 2025

REPRESENTATIVE JOHN PAUL P. SABLAN, OF SAIPAN, PRECINCT 2 (*for himself*, Representatives Roy C.A. Ada, Vincent R. Aldan, Blas Jonathan "BJ" T. Attao, Roman C. Benavente, Angelo A. Camacho, Joel C. Camacho, Joseph A. Flores, Marissa R. Flores, Thomas J. DIC. Manglona, Malcolm J. Omar, Raymond U. Palacios, Elias J.M. Rangamar, Denita Kaipat Yangetmai, and Ralph N. Yumul) in an open and public meeting with an opportunity for the public to comment, introduced the following Bill:

## H. B. No. 24-46, HD1, SS1

## AN ACT

TO DEFINE AND IDENTIFY GENERAL REVENUES AND APPROVE REVENUES AND RESOURCES OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS AS IDENTIFIED PURSUANT TO ARTICLE III, SECTION 9 (A) OF THE CNMI CONSTITUTION, AS AMENDED, AND 1 CMC DIVISION 7, FOR FISCAL YEAR 2026 AND MAKE APPROPRIATIONS FOR THE OPERATIONS AND ACTIVITIES OF THE GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, ITS AGENCIES, INSTRUMENTALITIES, AND INDEPENDENT PROGRAMS, AND TO PROVIDE BUDGET AUTHORITY FOR GOVERNMENT CORPORATIONS FOR FISCAL YEAR 2026; AND FOR OTHER PURPOSES.

### IN THE HOUSE OF REPRESENTATIVES

The Bill was not referred to a House Committee.

### THE BILL WAS PASSED BY THE HOUSE OF REPRESENTATIVES ON FIRST AND FINAL READING, AUGUST 15, 2025;

*with amendments* in the form of H. B. No. 24-46, HD1 and transmitted to THE SENATE.

### IN THE SENATE

The Bill was referred to the Senate Committee on Fiscal Affairs.

### THE BILL WAS PASSED BY THE SENATE ON FIRST AND FINAL READING, SEPTEMBER 26, 2025;

*with amendments* in the form of H. B. No. 24-46, HD1, SS1 and returned to THE HOUSE OF REPRESENTATIVES.

The House of Representatives accepted the Senate amendments and passed H. B. No. 24-46, HD1, SS1 during its Fourth Day, Second Regular Session on September 27, 2025.

### H. B. NO. 24-46, HD1, SS1 IS DULY PASSED BY THE TWENTY-FOURTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE.

Linda B. Muña, House Clerk



TWENTY-FOURTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

# IN THE HOUSE OF REPRESENTATIVES

FOURTH DAY, SECOND REGULAR SESSION

SEPTEMBER 27, 2025

## H. B. No. 24-46, HD1, SS1

## AN ACT

TO DEFINE AND IDENTIFY GENERAL REVENUES AND APPROVE REVENUES AND RESOURCES OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS AS IDENTIFIED PURSUANT TO ARTICLE III, SECTION 9 (A) OF THE CNMI CONSTITUTION, AS AMENDED, AND 1 CMC DIVISION 7, FOR FISCAL YEAR 2026 AND MAKE APPROPRIATIONS FOR THE OPERATIONS AND ACTIVITIES OF THE GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, ITS AGENCIES, INSTRUMENTALITIES, AND INDEPENDENT PROGRAMS, AND TO PROVIDE BUDGET AUTHORITY FOR GOVERNMENT CORPORATIONS FOR FISCAL YEAR 2026; AND FOR OTHER PURPOSES.

## BE IT ENACTED BY THE TWENTY-FOURTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE:

1    CHAPTER 1. PRELIMINARY PROVISIONS.

2    SECTION 101. SHORT TITLE.

3    This Act may be cited as the "Appropriations and Budget Authority Act of

4    2026".

HOUSE BILL 24-46, HD1, SS1

1    SECTION 102. PURPOSE.

2    This Act appropriates local funds for the operations and activities of the

3    Government of the Northern Mariana Islands, its agencies, instrumentalities,

4    independent agencies, and political subdivisions, and provides authority for

5    government corporations for Fiscal Year 2026 commencing October 1, 2025, and

6    ending September 30, 2026.

7    SECTION 103. DEFINITIONS.

8    As used in this Act:

9    (a) "ORG" means Organization Code.

10    (b) "NEW" means that the Legislature hereby authorizes the Secretary of

11    Finance to establish an organization code as set forth therein for the named entity.

12    (c) Government of the Commonwealth of the Northern Mariana Islands

13    includes:

14    (1) Judicial Branch, which includes the following organization codes:

15    11510600    Justices and Judges

16    11510400    Supreme Court

17    11510300    Superior Court

18    11510100    Judiciary Administrative Office

19    11510500    Law Revision Commission

20    11510700    Drug Court

21    11511000    Mental Health Court

2

## HOUSE BILL 24-46, HD1, SS1

1    (2) Legislative Branch, which includes the following organization codes:

2    11620100    House of Representatives Salaries

3    11620200    House Members Allocation

4    11620300    House Leadership Account

5    11620400    Senator Salaries

6    11620500    Senate Members Allocation

7    11620600    Senate Leadership Account

8    11620700    Legislative Bureau

9    11620800    CNMI Youth Congress

10    (3) Executive Branch, which includes the following departments and offices:

11    (A) Offices of the Governor, which includes the following organization codes:

12    11261100    Governor's Office

13    11269000    Governor's Discretionary Account

14    (B) Office of the Lt. Governor

15    11262000    Lt. Governor's Office

16    11269100    Lt. Governor's Discretionary Account

17    (C) Other Offices of the Governor and Lt. Governor

18    11260900    Management and Budget

19    11260100    Administrative Services

20    11260700    CNMI Homeland Security and Emergency Management Office

21    11261800    Office of Youth Affairs

22    11260500    Office of Planning & Development

3

## HOUSE BILL 24-46, HD1, SS1

1    11261300    Board of Parole

2    11261000    Office of Grants Management

3    11261200    Public Defender

4    11260200    Carolinian Affairs Office

5    11260800    Indigenous Affairs Office

6    11261400    Veterans Affairs Office

7    11261600    Women's Affairs Office

8    11261900    Environmental Quality Saipan

9    11262200    Saipan Zoning Board

10    11260400    Criminal Justice Planning Agency

11    11261500    Vocational Rehabilitation Service

12    11882200    Medicaid Reimbursement

13    11880300    Medicaid Agency

14    11850400    Medicaid Enterprise Systems & Health Information Technology

15    (D) Department of Commerce, which includes the following organization

16    codes:

17    11160100    Secretary of Commerce

18    11160300    Economic Development – Saipan

19    11160400    Statistical Research

20    11160200    Alcoholic Beverage & Tobacco Control

21    11160500    Enforcement & Compliance

22    11160600    Workers Compensation Commission

4

## HOUSE BILL 24-46, HD1, SS1

1   Unassigned    Office of Foreign Corporation Liaison

2   (E) Department of Community and Cultural Affairs, which includes the

3   following organization codes:

4   11120100    Secretary of DCCA

5   11120800    Youth Services – Saipan

6   11120900    Child Care Licensing Program

7   11120600    Historic Preservation – Saipan

8   11120700    Office on Aging – Saipan

9   11120200    Council for Arts & Culture

10  11121000    Low Income Home Energy Asst. Program

11  11121200    Chamorro/Carolinian Language Commission

12  11121400    Nutrition Assistance Program

13  (F) Department of Corrections, which includes the following organization

14  codes:

15  11130100    Corrections Commissioner

16  11130200    Juvenile Detention Unit

17  (G) Department of Fire and Emergency Medical Services, which includes the

18  following organization codes:

19  11140100    Administration

20  11140300    Emergency Services

21  11140200    Fire Prevention & Arson Investigation

22  11140400    Emergency Medical Services

1    11140500    Logistics and Support

2    11140600    DFEMS Training Section

3    11140700    DFEMS Dispatch Section

4    (H) Department of Finance, which includes the following organization codes:

5    11170100    Secretary of Finance

6    11170800    Finance and Accounting – Saipan

7    11170700    Treasury

8    11170500    Revenue and Taxation – Saipan

9    11170400    Procurement & Supply – Saipan

10    11170900    Customs Services – Saipan

11    11170200    Office of Information Technology

12    11171000    Passport Office

13    (I) Department of Labor, which includes business codes:

14    11180100    Secretary of Labor

15    11180400    Administrative Hearing Office

16    11180500    Employment Services

17    11180700    Labor Enforcement Fund

18    (J) Department of Lands and Natural Resources, which includes the

19   following organization codes:

20    11190100    Secretary of DLNR

21    11190700    Agriculture

22    11190800    Fish & Wildlife – Saipan

6

HOUSE BILL 24-46, HD1, SS1

1    11190400    Parks & Recreation – Saipan

2    11190500    Soil & Water (SPN & NI) District

3    11190900    Land Registration & Survey – Saipan

4    (K) Department of Public Safety, which includes the following organization

5    codes:

6    11150400    DPS Commissioner

7    N/A    Executive Protection Services

8    11150500    Police – Saipan

9    11150100    Administrative Division

10    11150300    Motor Vehicles Division

11    (L) Department of Public Works, which includes the following organization

12    codes:

13    11200100    Secretary of DPW

14    11200200    Building Safety Code

15    11200500    Roads and Grounds Division

16    11200600    Solid Waste Management

17    11200700    Technical Services Division

18    (4) First Senatorial District (Rota) which includes the following the following

19    organization codes:

20    12270100    Mayor Rota

21    12710100    Municipal Council – Rota

22    12170800    Finance & Accounting – Rota

7

## HOUSE BILL 24-46, HD1, SS1

| | | |
|---|---|---|
| 1 | 12170500 | Revenue & Taxation – Rota |
| 2 | 12170400 | Procurement & Supply – Rota |
| 3 | 12170900 | Customs Service – Rota |
| 4 | 12120600 | Historic Preservation – Rota |
| 5 | 12120400 | Sports & Recreation – Rota |
| 6 | 12180100 | Labor – Rota |
| 7 | 12160300 | Commerce - Rota (Economic Development Rota) |
| 8 | 12150500 | Police - Rota (DPS) |
| 9 | 12140100 | Fire & EMS – Rota |
| 10 | 12190700 | Agriculture – Rota |
| 11 | 12190800 | Fish & Wildlife – Rota |
| 12 | 12190400 | Parks & Recreation – Rota |
| 13 | 12190500 | Soil and Water Conservation – Rota |
| 14 | 12190900 | Land Registration & Survey – Rota |
| 15 | 12200100 | Public Works - Rota (Operations and Maintenance Rota) |
| 16 | 12880900 | Public Library – Rota |

17  (5) Second Senatorial District (Tinian and Aguiguan) which includes the

18  following organization codes:

| | | |
|---|---|---|
| 19 | 13270100 | Mayor Tinian |
| 20 | 13710100 | Municipal Council – Tinian |
| 21 | 13170800 | Finance & Accounting – Tinian |
| 22 | 13170500 | Revenue & Taxation – Tinian |

## HOUSE BILL 24-46, HD1, SS1

| | | |
|---|---|---|
| 1 | 13170400 | Procurement & Supply – Tinian |
| 2 | 13170900 | Customs Service – Tinian |
| 3 | 13120600 | Historic Preservation – Tinian |
| 4 | 13120700 | Aging – Tinian |
| 5 | 13120400 | Sports & Recreation – Tinian |
| 6 | 13180100 | Labor – Tinian |
| 7 | 13160300 | Commerce-Tinian (Economic Development Tinian) |
| 8 | 13150500 | Police - Tinian (DPS) |
| 9 | 13140100 | Fire and EMS – Tinian |
| 10 | 13190700 | Agriculture – Tinian |
| 11 | 13190800 | Fish & Wildlife – Tinian |
| 12 | 13190400 | Parks & Recreation – Tinian |
| 13 | 13190500 | Soil & Water Conservation -Tinian |
| 14 | 13200100 | Public Works-Tinian (Operations & Maintenance Tinian) |
| 15 | 13880900 | Public Library – Tinian |

16    (6) Third Senatorial District – Saipan & Northern Islands Mayors &

17 Municipal Council which includes the following organization codes:

| | | |
|---|---|---|
| 18 | 11270100 | Mayor Saipan |
| 19 | 14270100 | Mayor Northern Islands |
| 20 | 11710100 | Municipal Council Saipan |

21    (7) Boards and Commissions which include the following the following

22 organization codes:

9

## House Bill 24-46, HD1, SS1

| | | |
|---|---|---|
| 1 | 11110700 | Board of Civil Service Commission |
| 2 | 11111100 | Office of Personnel Management – Saipan |
| 3 | 13111100 | Office of Personnel Management – Tinian |
| 4 | 12111100 | Office of Personnel Management – Rota |
| 5 | 11110200 | Commonwealth Election Commission |
| 6 | 11110500 | Board of Professional Licensing |
| 7 | 11110800 | Commonwealth Public Utilities Commission (CPUC) |
| 8 | 11111200 | Commonwealth Casino Commission |
| 9 | 11110900 | Commonwealth Cannabis Commission |
| 10 | 11111000 | CNMI Cannabis Commission Board |

11 (8) "Independent Programs" means government programs under separate
12 boards established by law (unless receiving appropriations or budget authority
13 under another heading), specialized general items of appropriations, and those
14 non-profit corporations and associations or organizations established outside of
15 the Government of the Commonwealth of the Northern Mariana Islands to which
16 the Commonwealth Government provides financial assistance includes the
17 following organization codes:

| | | |
|---|---|---|
| 18 | 11881400 | CNMI Scholarship and Financial Assistance Office |
| 19 | 11881500 | Substance Abuse Prevention |
| 20 | 11880500 | Elected Attorney General |
| 21 | 11884200 | 25% Retirees' Pension Benefits |
| 22 | 11881600 | NMI DC Employer Contributions |

## HOUSE BILL 24-46, HD1, SS1

| | | |
|---|---|---|
| 1 | 11881700 | GHLI Retirees |
| 2 | 11883100 | Northern Marianas Sports Association |
| 3 | 11881800 | Gov't Health Insurance Employer Contribution (Active |
| 4 | | Employees) |
| 5 | Unassigned | Government Utilities |
| 6 | 11880900 | Joeten/Kiyu Public Library |
| 7 | 11884500 | General Fund Deficit Reduction |
| 8 | 11881900 | NMIRF - Gov/Lt. Gov Pension |
| 9 | 11884600 | Judgments Against Government |
| 10 | 11880200 | NMI Museum of History and Culture |
| 11 | 11882400 | Commonwealth Cancer Association |
| 12 | 11884400 | Government Operational Costs |
| 13 | | Public Assistance Matching |
| 14 | Unassigned | CNMI State Soil and Water Conservation Districts, Inc. |
| 15 | (9) Other Programs: | |
| 16 | 11850100 | Commonwealth Healthcare Corp. (CHCC Subsidy) |
| 17 | 11850700 | Health Network Program |
| 18 | 11881000 | Northern Marianas College |
| 19 | 11882100 | NMC Board of Regents |
| 20 | 11881300 | Marianas Visitors Authority |
| 21 | 11881100 | Public School System |
| 22 | 11882000 | PSS Board of Education |

## HOUSE BILL 24-46, HD1, SS1

1   11883300   Micronesian Legal Services Corporation

2   11883500   Northern Marianas Technical Institute

3   (10) Public Corporations which include the following:

4   Commonwealth Economic Development Authority

5   Commonwealth Ports Authority

6   Commonwealth Utilities Corporation

7   Northern Marianas Housing Corporation

8   Office of the Public Auditor

9   Commonwealth Economic Incentive Authority

10   (d) "Earmark" means funds provided by the Legislature for specific projects

11   or programs.

12   (e) "General Revenue" means: Total available resources for FY 2026 less

13   Special Revenue, earmarked funds, debt service payments, other mandatory

14   obligations, and the Department of Public Lands.

15   (f) "Local funds" means locally generated revenues and revenues received

16   pursuant to Section 702 (a) of the Covenant.

17   (g) "Number of Positions"(NOP) means the maximum number of persons that

18   may be employed, pursuant to Article X, Section 7 of the Commonwealth

19   Constitution but does not include Workforce Investment Agency, substitute

20   teachers, summer trainees, teacher aides, physicians, licensed professional nurses

21   and licensed allied health providers working part-time and paid only for

22   instructional time, student-teacher trainees, or short terms specialized

12

1  instructors, such as visiting artists, performers, writers, and the like. For purposes

2  of this exception, "part-time" means employment not exceeding 40 hours in any

3  biweekly pay period, and "short-term" means not more than 90 instructional days

4  of employment within the Public School System during the fiscal year.

5      (h) "Operations" means appropriations for all lawful activities other than

6  personnel.

7      (i) "Personnel" means appropriations for salaries, employer's contribution to

8  the Northern Marianas Retirement Fund, the Defined Contribution Plan,

9  overtime, night differential, hazardous pay, and other employee wages and

10  benefits.

11      (j) "Special Account" means a limited special appropriation that sets aside an

12  amount for specific purposes. It is not a bank account but a mechanism to increase

13  or decrease an existing special appropriation. Special accounts are established by

14  legislation. They are managed as a subset of appropriations and are used when

15  other types of appropriations are not suitable.

16      (k) "Special Revenues" are revenues that bear a relationship or nexus

17  between the revenue source and the purpose for said revenues, to include but not

18  be limited to: licensing fees or certain tax revenues that may only be used for the

19  purposes designated by law.

13

HOUSE BILL 24-46, HD1, SS1

1    ## CHAPTER II. ESTIMATED REVENUES

2    SECTION 201. ESTIMATED REVENUES.

3    Pursuant to House Concurrent Resolution No. 24-2, SS1 the total estimated

4    revenues and resources approved and identified for Fiscal Year 2026 are as

5    follows:

6    **I. The total identified budgetary**

7    **resources for FY 2026 is:**                    **$179,701,969**

8    Department of Public Lands:                      $4,892,548

9    Total Revenue Including DPL:                     **$184,594,517**

10   **II. This amount is subject to the following adjustments:**

11   (A) Less Earmarks:

12   (1) Special Earmarks

13   a) MVA – Hotel (80%) 4 CMC §1803                 ($7,085,234) [1]

14   (2) Unsuspended Earmarks

15   a) IDC Reimbursement to Office of Grants Management

16   35%, 1 CMC § 2893                                ($937,843)

17   b) Vehicle Registration Fees, PL 11-55           ($807,684)

18   c) Admiralty and Maritime Fees, 4 CMC § 1222     ($4,323)

19   d) Weapon Fees, PL19-73                          ($23,925)

---

[1] Notwithstanding 4 CMC § 2159, the Secretary of Finance shall remit the monthly share of the Hotel Occupancy Taxes to the respective mayors. The Secretary shall keep a record of the amounts remitted and ensure that the respective mayors received not less than $175,000 before the end of the fiscal year.

## HOUSE BILL 24-46, HD1, SS1

| | | |
|---|---|---|
| 1 | e) Corporation Fees, 4 CMC § 4205 | ($101,698) |
| 2 | (3) General Earmarks | |
| 3 | a) Solid Waste Fund (7%) of Excise Tax, | |
| 4 | 4 CMC §1402(g)(1) | ($1,140,458) |
| 5 | **Subtotal** | **($10,101,165)** |
| 6 | (B) Less Debt Services previously Appropriated: | |
| 7 | (1) 2007A Refunding Bond Payment | ($3,618,500) |
| 8 | (2) 2007B Refunding Bond Payment | ($3,361,750) |
| 9 | (3) 2024A Pension Obligation Note Payment (BOG) | ($5,892,000) |
| 10 | (4) Settlement Fund Agreement, | |
| 11 | 468-1, PL 20-33 | ($29,000,000) |
| 12 | **Subtotal** | **($41,872,250)** |
| 13 | **III. Total local revenue and resources:** | **$132,621,102** |
| 14 | Department of Public Lands: | ($4,892,548) |
| 15 | General Revenue: Total available resources for FY 2026 | |
| 16 | remaining after deductions for debt service, revenue transfers, | |
| 17 | and other mandatory obligations, and the Department of Public | |
| 18 | Lands: | **$127,728,554** |

19  Notwithstanding 1 CMC § 7204, funds for Fiscal Year 2026 shall be allotted

20  monthly; except programs and agencies that require one-time payments shall

21  receive advance allotments. These programs include, but shall not be limited to:

22  the CNMI Scholarship and Financial Assistance Office, the Commonwealth

## HOUSE BILL 24-46, HD1, SS1

Healthcare Corporation, the Commonwealth Medicaid Agency, the CNMI Public School System, the Northern Marianas College, and the Northern Marianas Technical Institute.

SECTION 202. ADVANCED ALLOTMENT.

Provided further, notwithstanding any law to the contrary, all government entities subject to appropriations shall be expressly permitted to receive their first quarter allotment in its entirety, prior to January 1, 2026.

SECTION 203. SUSPENSION OF EARMARKED FUNDS.

Except for debt service obligations and other earmarking of funds as permitted in Section 201 of this Chapter, the earmarking, reservation, commitment, allotment, or allocation of funds pursuant to the following public laws are hereby suspended for the Fiscal Year 2026:

| | |
|---|---|
| a) Tobacco Control – Cigarette Tax, Public Law 13-38: | $2,443,534 |
| b) CIQ Overtime Revolving Fund: | $1,498,413 |
| c) GHLI – 50% Cigarette 4 CMC §1402(g)(3) – PL 18-64: | $4,072,557 |
| d) Cancer Fund – Cigarette Tax, 4 CMC § 1402(g)(2): | $681,198 |
| e) PSS Technical Education – 4 CMC § 1503(f): | $67,546 |
| f) MVA – Alcohol Container (20%), 4 CMC § 1803: | $103,457 |
| g) Foreign Worker Fee Fund, PL 17-01; 2 CMC §4968: | $0 |
| h) NMIRF – Hotel Tax (20%), 4 CMC § 1803: | $1,771,309 |
| i) NMIRF – Alcohol Container (30%), 4 CMC § 1803: | $155,186 |

HOUSE BILL 24-46, HD1, SS1

j) NMIRF DB Plan Fund – 15% E-gaming, Public Law 18-30,

    4 CMC § 1511 (a):                               $288,847

k) NMIRF – 60% E-gaming, Public Law 18-30,

    4 CMC § 1511 (b):                               $1,155,387

l) Developers Infrastructure Tax (100%):        $232,590

Provided further, notwithstanding any Commonwealth laws to the contrary, in the event that actual collections exceed the projected amounts as identified by the Department of Finance on April 1, 2025, any excess amount shall not be subject to suspension and shall be automatically transferred to the beneficiary entity without further legislative action.

SECTION 204. REPORTING REQUIREMENTS FOR THE SECRETARY OF FINANCE.

(a) Comparison of Actual Revenues Collected and Revenues Estimated. Notwithstanding any law to the contrary, the Secretary of Finance shall submit to the Presiding Officers of the Legislature, Chairperson of the Senate Committee on Fiscal Affairs and the Chairperson of the House Committee on Ways and Means, at the end of each quarter, a fund status report 1) comparing the actual revenues collected and the revenues estimated of all funds appropriated for the operations and activities of the Commonwealth Government in this Act and 2) all the funds that have been reprogrammed. The Secretary of Finance shall meet with the Chairperson of the Senate Committee on Fiscal Affairs and the Chairperson

## HOUSE BILL 24-46, HD1, SS1

1    of the House Committee on Ways and Means in mid-February, mid-May and mid-

2    August to discuss actual revenues collected versus the revenues estimated.

3    (b) Comparison of Actual Expenditures and Appropriated Expenditures.

4    Notwithstanding any law to the contrary, the Secretary of Finance shall submit

5    to the Presiding Officers of the Legislature, Chairperson of the Senate Committee

6    on Fiscal Affairs and the Chairperson of the House Committee on Ways and

7    Means, at the end of each quarter, a fund status report comparing the actual

8    expenditures and appropriated expenditures of all funds appropriated for the

9    operations and activities of the Commonwealth Government in this Act.

10    (c) Transfer In and Out Funds. Notwithstanding any law to the contrary, the

11    Secretary of Finance shall submit to the Presiding Officers of the Legislature, at

12    the  end of each quarter, a fund status report on the funds transferred in and out

13    each quarter pursuant to Section 201 of this Act.

14    (d) All Other Source. The Secretary of Finance shall report revenues in excess

15    of $200,000.00 received from other sources that are not identified in this Act.

16    (e) Violation. The salary of the Secretary of Finance or designee shall be

17    suspended for at least 30 days and the salary shall not be restored until the

18    Secretary of Finance provides all the reports under this section to the  Presiding

19    Officers of the Legislature, Chairperson of the Senate Committee on Fiscal Affairs,

20    and the Chairperson of the House Committee on Ways and Means. Provided that

21    the Secretary of Finance shall not be entitled to indemnification, defense, or

## HOUSE BILL 24-46, HD1, SS1

1  ~~reimbursement under the Government Liability Act or any other Commonwealth~~

2  ~~Law.~~

3  ### CHAPTER III.

4  ### GOVERNMENT CORPORATIONS AND DESIGNATED

5  ### AGENCIES/ACTIVITIES

6  ### SECTION 301. APPROPRIATION AND BUDGET AUTHORITY.

7  Pursuant to 1 CMC § 7206 and as provided herein, budget and expenditure

8  authority for the following activities is hereby approved. Expenditures in excess

9  of the budget authority approved herein for agencies to which General Funds are

10  appropriated shall not be incurred or committed and hiring in excess of the

11  number of positions authorized by this Act is prohibited, unless authorized by a

12  legislative joint resolution in accordance with Section 7, Article X of the N.M.I.

13  Constitution.

| ACTIVITIES | NOP | PERSONNEL | OPERATIONS | TOTAL |
|---|---|---|---|---|
| (a) Commonwealth Economic Development Authority | 13 | $1,157,389 | $305,920 | $1,463,309 |
| (b) Commonwealth Healthcare Corporation | 1,041 | $86,225,460 | $54,928,966 | $141,154,426 |
| (c) Commonwealth Ports Authority | 237 | $6,709,276 | $11,636,965 | $18,346,241 |
| (d) Commonwealth Utilities Corporation | 572 | $22,287,194 | $80,207,856 | $102,495,050 |
| (e) Marianas Public Land Trust | 6 | $460,317 | $1,301,971 | $1,762,288 |
| f) Marianas Visitors Authority | 31 | $1,620,967 | $5,464,267 | $7,085,234 |
| (g) Northern Marianas College | 166 | $10,762,153 | $4,450,000 | $15,212,153 |

19

HOUSE BILL 24-46, HD1, SS1

| | | | | |
|---|---|---|---|---|
| 1<br>2 | (h) Northern Marianas Housing<br>Corporation | 67 | $5,338,598 | $2,601,002 | $7,939,600 |
| 3<br>4 | (i) Northern Marianas<br>Technical Institute | 35 | $722,572 | $198,372 | $920,944 |
| 5 | (j) Office of the Public Auditor | 17 | $1,328,415 | $400,493 | $1,728,908 |
| 6 | (k) Public Utilities Commission | 1 | $47,097 | $471 | $47,568 |
| 7 | **Grand Total:** | **2,186** | **$136,659,438** | **$161,496,283** | **$298,155,721** |

8      Notwithstanding the above dollar amounts, the entities above shall expend

9 only the lesser of funds actually generated, collected, or received, or the amounts

10 indicated above.

11      **SECTION 302. PRIOR CERTIFICATION OF FUNDS.**

12      No contract shall be entered into with the Commonwealth or any government

13 entity therein without first receiving from the Secretary of the Department of

14 Finance certification that lawful and sufficient funds have been appropriated.

15 Notwithstanding any Commonwealth laws, regulations, or provisions to the

16 contrary, this section shall not apply to the Judicial Branch, Legislative Branch,

17 the Public School System, and the Northern Marianas College.

18      **SECTION 303. REPORTING REQUIREMENT.**

19      In Fiscal Year 2026, the expenditure authorities of the foregoing activities

20 listed in Section 301, shall submit to the Presiding Officers of the Legislature,

21 Chairperson of the Senate Committee on Fiscal Affairs and the Chairperson of the

22 House Committee on Ways and Means, a fund status report on the expenditures

23 for personnel and operations of each government entity, and the payments of the

1    public auditor's fee, for the quarter ended and, if applicable, year-to-date totals as

2    of the close of the reporting period.

3    Furthermore, notwithstanding any provisions or laws to the contrary, all

4    additional resources realized within the fiscal year outside of those specified and

5    identified under this Act shall be reported in detail to the Legislature for

6    appropriation purposes.

7    **CHAPTER IV. ADMINISTRATION OF APPROPRIATED FUNDS**

8    **SECTION 401. MANAGEMENT OF FUNDS.**

9    The expenditure of the funds appropriated and allocated under this Act shall

10   be regulated and controlled by the Secretary of Finance so that no agency,

11   department, instrumentality, program, or activity may expend the funds contrary

12   to the law or fiscal management policies and practices of the Commonwealth.

13   **SECTION 402. NUMBER OF POSITION(S) (NOP) CEILING.**

14   Employment Ceilings. Pursuant to Article X, § 7 of the Commonwealth

15   Constitution, the employment ceilings relative to the number of positions are

16   hereby established as set forth in this Act.

17   **SECTION 403. DONATION OF SICK LEAVE.**

18   Notwithstanding any laws to the contrary, when an employee donates sick

19   leave, each hour of donated sick leave shall be counted as 1.0 hour regardless of

20   the hourly rate that was earned by the donor or recipient.  Provided that the

21   donated sick leave hours shall not exceed 1040 hours.

21

1    SECTION 404. EXPENDITURE AUTHORITY.

2        The distribution and expenditure of funds shall be in compliance with the

3    fiscal expenditure authority that the listed agencies have pursuant to the statute

4    and the administrative provisions of this Act.

5                    CHAPTER V. REPROGRAMMING AUTHORITY

6        SECTION 501. REPROGRAMMING AUTHORITY

7        (a) The Governor shall have up to 25% reprogramming authority for the

8    departments, agencies, and offices of the executive branch, provided that the

9    municipal entities shall not be subject to this reprogramming authority without

10   the consent of the mayor. Provided further that the reprogramming authority

11   shall not apply to Section 604 of this Act. Reprogramming shall not be used for

12   the hiring of new personnel or for the salary adjustment of active personnel. This

13   authority to reprogram shall not apply to the funds appropriated to the Legislative

14   or Judicial Branches as well as to those funds appropriated by the respective

15   legislative delegations.

16       (b) Pursuant to 1 CMC § 7402(e), all reprogramming shall be reported in

17   writing to the Presiding Officers of the Legislature, the Chairperson of the House

18   Committee on Ways and Means, or the Chairperson of the Senate Committee on

19   Fiscal Affairs within 30 days after the end of each quarter of the fiscal year. Such

20   report shall include a description of each item reprogrammed, the reason for each

21   reprogramming, the change in the approved budget caused by the reprogramming,

22   the cumulative amount of all reprogramming during the fiscal year, and such

HOUSE BILL 24-46, HD1, SS1

1    other information as may be requested by the Chairpersons. The Governor shall

2    submit to the Presiding Officers and Chairpersons an annual summary of all

3    reprogramming activity within 60 days after the end of a fiscal year.

4    (c) Notwithstanding 1 CMC 7401(f), the mayors of all three Senatorial

5    Districts shall have 25% reprogramming authority.

6    **CHAPTER VI. SUPPLEMENTAL ADMINISTRATIVE PROVISIONS**

7    SECTION 601. UTILITIES.

8    (a) The CUC monthly utility billings for all departments and agencies shall

9    be paid by the central government after all the funds in the general revolving

10   accounts are exhausted.

11   (b) For prepaid meter accounts, the authorized designee of the respective

12   government agencies or offices shall follow the protocol of the Department of

13   Finance for timely payment.

14   (c) No funds appropriated for utilities shall be reprogrammed.

15   SECTION 602. HIRING RESTRICTION.

16   (a) Except as provided in subsection (b) of this section, no new or vacant

17   position shall be filled in the executive branch, except for positions that are

18   essential for the delivery of public services such as the Department of Public

19   Safety and the Department of Fire and Emergency Services personnel for each

20   respective Senatorial District and other essential positions as determined by the

21   Governor and approved by the Legislature via joint resolution.

## HOUSE BILL 24-46, HD1, SS1



1   (b) Notwithstanding any law or regulation to the contrary, if a Notice of

2   Personnel Action has been executed by the hiring agency or a candidate to fill the

3   vacancy has been selected or action has been initiated to fill the position by any

4   department or agency and filed at the Office of Personnel Management on Rota,

5   Tinian, or Saipan, the vacant position shall be considered as processed and to be

6   filled. The renewal of the contract for an existing employee shall not be considered

7   as creating a vacant position.

8       SECTION 603. SALARY CAP.

9   (a) For Fiscal Year 2026, the compensation of certain appointed officials shall

10   be compensated as set forth in the attached Schedule A and pursuant to 1 CMC §

11   8245 and 1 CMC § 28003.

12      (b) For Fiscal Year 2026, notwithstanding 1 CMC § 8245(c), the annual salary

13   of the Resident Department Heads of the First and Second Senatorial Districts

14   shall be $40,000.

15      (c) For Fiscal Year 2026, notwithstanding any provision of law to the

16   contrary, all Resident Department Heads of the First and Second Senatorial

17   Districts and CNMI Department Heads shall be subject to austerity measures as

18   provided for by law.

19      (d) For Fiscal Year 2026, notwithstanding any provision of law to the

20   contrary, federal and/or non-General Revenue funds may be utilized to fund

21   salaries in excess of the caps set forth in 1 CMC § 8245 (a), (f), (h) and (j) and 1

22   CMC § 8246.

## HOUSE BILL 24-46, HD1, SS1

SECTION 604. REVOLVING ACCOUNTS.

Subject to constitutional limits, notwithstanding any CNMI and/or local laws, regulations, and rules to the contrary and except for the suspended accounts as provided in Section 203 and special revenue accounts, all general revolving account expenditure limitations and restrictions relating to the scope of application or other subject matter requirements are hereby suspended in FY 2026.

Accordingly, all legally established general and/or special revolving accounts and the funds therein may be expended by their respective expenditure authorities for personnel and operational expenses; including fuel, communications, operational office supplies, utilities, and travel for training purposes. Provided further that Section 501 of this Act shall not apply to this section.

SECTION 605. LEGAL HOLIDAYS.

Any employee required to work on a non-federal Commonwealth legal holiday shall be paid at the basic salary rate for the hours worked on that day without any additional adjustment for holiday leave with pay. This provision does not apply to employees who are 100% or partially funded with federal funds.

**SECTION 606. CELL #1 AND CELL #2 OF THE MARPI LANDFILL CLOSURE FINANCIAL ASSURANCE MECHANISM.**

In the event of any funding shortfalls caused by this Appropriations Act, the CNMI Government shall commit its full faith and credit when necessary to effectuate the closure of Cell #1 and Cell #2 of the Marpi Landfill.

**SECTION 607. REDUCTION OF WORK HOURS.**

~~During Fiscal Year 2026, notwithstanding any laws or contractual provisions to the contrary, a full pay period for the employment benefit of annual leave, sick leave, or other benefits shall be earned despite the implementation of austerity measures as provided for by law.~~

**SECTION 608. VACANT POSITIONS.**

~~Except as provided under Section 602(b), notwithstanding any law to the contrary, any position that becomes vacant shall be closed out. Unused funds for such position shall go to operation expenses within that department or agency within 30 days upon vacancy unless a request is made to the Legislature for reinstatement of the vacant position, which shall be approved by a joint resolution.~~

**SECTION 609. PUBLIC AUDITOR'S FEE.**

~~The Public Auditor's Fee is 1% (one percent) of the total appropriations for each instrumentality, department, agency, corporation, and budget activity of the CNMI Government. Notwithstanding any other provision of law, any funds in excess of the appropriated $1,728,908 to the Office of Public Auditor as set forth in Section 301 (j) herein, are hereby reserved for the Group Health Life Insurance~~



26

Case 1:09-cv-00023   Document 894   Filed 12/06/25   Page 38 of 67
Public Law No. 24-14

HOUSE BILL 24-46, HD1, SS1



1 ~~(GHLI). Agencies that are required by law to allocate 1 % of their budgets to OPA,~~
2 ~~that are not funded by the general fund, shall remit their respective fee on a~~
3 ~~monthly basis to the Department of Finance.~~

4       **SECTION 610. DPS ROTA AND DPS TINIAN DETAINEES.**

5       ~~The Department of Corrections shall be responsible for all costs and expenses~~
6 ~~associated with the transportation of all detainees and inmates between the~~
7 ~~senatorial districts for all courts appearances and other legally mandated~~
8 ~~activities~~.

9       **SECTION 611. OGM FUNDS IN EXCESS OF OFFICE OF GRANTS MANAGEMENT**
10 **BUDGET.**



11       ~~Notwithstanding anything to the contrary, if the OGM receives in excess of~~
12 ~~$937,843 that is allotted to OGM as provided under 1 CMC § 2893(a), the excess~~
13 ~~shall be reserved for the Group Health Life Insurance (GHLI) and CNMI's~~
14 ~~government's obligation to the retirees' 25% pension payment.~~

15       **SECTION 612. HAZARDOUS PAY.**

16       The Solid Waste Management shall pay the amount of $179,691 of hazardous
17 pay owed to the Saipan, Tinian, and Rota employees from the Solid Waste
18 Management Revolving Fund collected under Title 2 section 3551. ~~This obligation~~
19 ~~shall be prioritized and fully satisfied before any other funds are expended for~~
20 ~~other programs~~. With respect to the payment of hazardous pay, there shall be a
21 written report submitted by the Secretary of Finance and the Department of

## HOUSE BILL 24-46, HD1, SS1

Public Works to the Presiding Officers by the end of first quarter of Fiscal Year
2026.

### SECTION 613. DCCA NAP SUN BUCKS PROGRAM.

Of the amount appropriated via Schedule A, attached and incorporated by
reference hereto, to the Nutritional Assistance Program, the amount of $160,000
shall be allotted for the 50% matching of the NAP Sun Bucks Program.
Notwithstanding any provision of this Act to the contrary, the Sun Bucks Program
shall not be subject to austerity measures.

### SECTION 614. MVA TRUST FUNDS.

(a) Notwithstanding 4 CMC §2159, the Secretary of Finance shall transfer
the monthly share of the Hotel Occupancy Tax to the respective mayors.
Additionally, the Secretary shall account the transfers and ensure that the
respective mayors receive not less than $175,000 before the end of the fiscal year.

(b) The funds shall be remitted on a quarterly basis in the amount of $43,750.

(c) Each mayor must submit a quarterly report within 30 days after the end
of each quarter.

### SECTION 615. COMMONWEALTH CASINO MEMBERS.

Notwithstanding 4 CMC §§ 2308 and 2309 or any CNMI law to the contrary,
the Secretary of Finance shall reserve $210,000 from the $2.7 million received
from the IPI Settlement Agreement, as these special revenue funds have a clear
nexus to said payment, to pay a portion of the salaries owed to the former



## HOUSE BILL 24-46, HD1, SS1



1  ~~Commonwealth Casino members. Payments shall be distributed as allocated in~~

2  ~~Schedule B.~~

3  **SECTION 616. PAYMENT OF 25% TO RETIREES.**

4  Notwithstanding 4 CMC §§ 2308 and 2309, the balance of $2,490,000 shall

5  be reserved by the Secretary of Finance for payments towards the 25% CNMI

6  share of the Settlement Fund payments for FY 2026.

7  **SECTION 617. OUTSIDE SOURCE RECEIVED BY THE CNMI.**



8  ~~Any funds received by the CNMI government from the federal government~~

9  ~~or other outside sources shall be identified by the Governor and reported to the~~

10  ~~Legislature for appropriation.~~

11  ## CHAPTER VII. APPROPRIATIONS.

12  **SECTION 701. IN GENERAL.**

13  Funds designated in Chapter II as available for appropriation for Fiscal Year

14  2026 are hereby appropriated pursuant to this Chapter.

15  **SECTION 702. APPROPRIATION.**

16  The amount of **$127,728,554** is hereby appropriated as set forth in the

17  attached Schedule A as the General Revenues of the Commonwealth available for

18  appropriation in FY 2026.

19  **SECTION 703. JUDICIAL BRANCH.**

20  (a) The Number of Personnel and appropriations for personnel, operations,

21  and utilities for the Judicial Branch shall be as shown in Schedule A.

HOUSE BILL 24-46, HD1, SS1

(b) Notwithstanding any laws to the contrary, the Chief Justice of the CNMI Supreme Court and Presiding Judge of the CNMI Superior Court may adjust the Judicial Branch work schedule and operating hours that are consistent with available funds for personnel and operations.

(c) Notwithstanding any provision of law to the contrary, in the event of austerity measures, the Chief Justice and the Presiding Judge may use any available non-General Revenue source funds, including revolving accounts, to restore the reduced work hours of the Judicial Branch personnel and operations. Notwithstanding any other law to the contrary, the expenditure authority for the Judicial Branch shall have reprogramming authority to move funding from Personnel to Operations and from Operations to Personnel.

 (d) Notwithstanding any Commonwealth law to the contrary, there shall be no reduction of allotments and or proportionate cuts to the Judicial Branch absent a new annual budget submission and corresponding enactment of an amended annual budget.

SECTION 704. LEGISLATIVE BRANCH.

The Number of Personnel and allocations for personnel, operations, and utilities for the Legislative Branch shall be as shown in Schedule A.

(a) Art. II Sec. 16(e) of the Commonwealth Constitution provides:

e) Beginning the second Monday of January 1998, the amount of the ceiling and all other dollar amounts stated in this section shall be adjusted every two years by the same percentage as the percentage

30

## HOUSE BILL 24-46, HD1, SS1

change in the United States Department of Commerce composite price index during the two preceding fiscal years using the beginning of the fiscal year 1996 as the base.

The allocation ceilings have automatically increased every two years, beginning in January 1998. Using the price composite indexes developed by the Department of Commerce, Bureau of Economic Analysis for State and Local Government Consumption Expenditures and Gross Investment, the allocation ceilings for the Legislature for fiscal years 2022, 2023, and 2024 are as follows:

Price Index for All Government Consumption Expenditures and Gross Investment

| Legislative Branch | Base Ceiling Oct. 1, 1995 | Change in Price Index Jan 1, 2020 | Ceiling Jan. 1, 2020 Based on Change |
|---|---|---|---|
| Members Allocation | $155,000 | 60.335% | $248,519.25 |
| Presiding Officers Allocation | $400,000 | 60.335% | $641,340.00 |
| Legislative Bureau | $2,000,000 | 60.335% | $3,206,700.00 |

(b) Notwithstanding any laws to the contrary, the Legislative Bureau Director may adjust the Legislative Branch work schedule and operating hours that are consistent with available funds for personnel and operations.

(c) The Legislative Bureau Director may use any available non-General Revenue funds to restore the reduced work hours of the LB personnel.

(d) Salaries of Legislative Members.

(1) The amount appropriated under this section to the House of Representatives under "personnel" shall be used to fund the salaries and benefits

31

## HOUSE BILL 24-46, HD1, SS1

1  of the members of the House of Representatives. The expenditure authority for the
2  amounts appropriated shall be the Speaker of the House.

3      (2) The amount appropriated under this section to the Senate under
4  "personnel" shall be used to fund the salaries and benefits of the members of the
5  Senate. The expenditure authority for the amounts appropriated shall be the
6  President of the Senate.

7      (e) Members' Office Accounts and Employees.

8      (1) Notwithstanding 1 CMC § 7401(c) to the contrary, each member shall be
9  the expenditure authority of the funds appropriated to their individual sub-
10 account;

11     (2) Funds appropriated for the operation of the member's office, including,
12 but not limited to, the personnel costs of the member's employees and
13 expenditures as authorized by the adopted rules of the Senate in the case of the
14 Senate member, or the adopted rules of the House of Representatives in the case
15 of a House member, or the Legislative Bureau, may be expended to defray travel
16 and incidental expenses for the purpose of attending to legislative business;
17 provided that a member may receive a one-month advancement of funds
18 appropriated to his or her office for expenditures;

19     (3) Allocation of the maximum number of positions among House members
20 shall be governed by the rules of the House; and

21     (4) Allocation of the maximum number of positions among Senate members
22 shall be governed by the rules of the Senate.

32

HOUSE BILL 24-46, HD1, SS1

1    (f) Senate and House Leadership Accounts. The leadership account of each

2    house shall be $200,000. The Presiding Officer of each respective house, or his

3    lawfully authorized designee, shall be the expenditure authority and shall use

4    such funds to support the operations and activities of the House of Representatives

5    and Senate in accordance with its rules, provided that the Presiding Officer

6    distributes a portion of the total allocation in equal amounts to all the standing

7    committees for their operations and activities.

8    (g) Legislative Bureau, ORG 11620700. The Number of Personnel and

9    allocations for personnel, operations, and utilities for the Legislative Bureau shall

10    be as shown in Schedule A. The expenditure authority of the funds appropriated

11    for the Legislative Bureau shall be the Director of the Legislative Bureau or

12    authorized designee. Notwithstanding any other law to the contrary, including

13    any provision of this Act, the expenditure authority for the Legislative Bureau

14    shall have unrestricted reprogramming authority to move funding from Personnel

15    to Operations, which includes Utilities, and from said Operations to Personnel.

16    (h) Northern Marianas Youth Congress, ORG 11620800. The Number of

17    Personnel and allocations for personnel and operations for Youth Congress shall

18    be as shown in Schedule A. The expenditure authority is vested in the Director of

19    the Legislative Bureau with the consent of the Speaker of the Northern Mariana

20    Islands Youth Congress.

22    (i) Notwithstanding any Commonwealth law to the contrary, there shall be
no reduction of allotments and or proportionate cuts to the Legislative Branch

33

## HOUSE BILL 24-46, HD1, SS1

1  ~~absent a new annual budget submission and corresponding enactment of an~~

2  ~~amended annual budget.~~

3  SECTION 705. EXECUTIVE BRANCH.

4  The allocation for the Executive Branch shall be as shown in Schedule A.

5  (a) The Governor shall have authority to expend, obligate, encumber, or

6  otherwise commit, all the funds appropriated to the Office of the Governor and all

7  Other Offices of the Governor.

8  (b) The Lt. Governor shall be the expenditure authority of the funds

9  appropriated to the Office of the Lt. Governor.

10  (c) ~~Law enforcement officers of the Department of Public Safety and the~~

11  ~~Department of Fire and Emergency Medical Services eligible for overtime shall be~~

12  ~~funded by non-General Revenue sources.~~

13  (d) Of the collections received by the CNMI Passport Office, no less than

14  $50,000 of the General Revenue funds shall be reserved for the CNMI Passport

15  Office's personnel and operations.    This does not affect the Schedule "A"

16  appropriation of $96,485.

17  (e) ~~Notwithstanding any provision of law to the contrary, for Fiscal Year~~

18  ~~2026, indirect costs shall remain with Department of Community and Cultural~~

19  ~~Affairs for purposes of funding operations and utilities and shall not be transferred~~

20  ~~to the Office of Grants Management.~~



34

HOUSE BILL 24-46, HD1, SS1

1   (f) Of the collections received by the Registrar of Corporations Revolving

2   Account, under the Department of Commerce, funds shall be reserved for NOPs

3   for personnel in the amount of $149,236 and the amount of $30,000 for operations.

4   Under the Department of Commerce, there shall be 7 NOPs to include three

5   ABTC Officers I, one Director for the Foreign Corporation Office, one

6   Administrative Specialist, one Admin Clerk, and one Economist.

7   (g) **Department of Labor.** ~~Of the amount appropriated to the CNMI~~

8   ~~Department of Labor, the sum of $10,000 shall be remitted to the Rota~~

9   ~~Department of Labor (DOL) under the expenditure authority of the Rota DOL~~

10  ~~Resident Director, in consultation of the Mayor of Rota, to fund apprenticeship~~

11  ~~and training programs of U.S. citizens to augment Rota's workforce; and $10,000~~

12  ~~shall be remitted to the Tinian Department of Labor (DOL) under the expenditure~~

13  ~~authority of the Tinian DOL Resident Director, in consultation of the Mayor of~~

14  ~~Tinian, fund apprenticeship and training programs of U.S. citizens to augment~~

15  ~~Tinian's workforce.~~

16  SECTION 706. FIRST SENATORIAL DISTRICT – MAYOR OF ROTA AND ROTA

17  MUNICIPAL COUNCIL.

18  The Number of Personnel and allocations for personnel, operations, and

19  utilities for the First Senatorial District shall be as shown in Schedule A.

20  (a) Except as provided in this section, the Mayor of Rota shall have authority

21  to expend, obligate, encumber, and otherwise commit, all the funds appropriated

22  to the First Senatorial District. Additionally, except as provided in this section, in

35

1  accord with the Superior Court's decision in the case of *Inos v. Tenorio*, the Mayors

2  shall also have expenditure authority over resident government departments in

3  the First and Second Senatorial districts respectively unless the Governor revokes

4  expenditure authority in a manner consistent with the Superior Court's holding

5  in *Inos v. Tenorio*, to wit: expenditure authority over resident departments that

6  are primarily concerned with the delivery of public services can be revoked only

7  on a prior showing of just cause, but the Governor has the discretion to revoke

8  expenditure authority over those departments that are primarily concerned with

9  enforcing the law.

10  (b) Any shortfall in the appropriated funds as a result or due to payment of

11  overtime, retirement, or benefits shall be borne by the municipality. ~~Provided that~~

12  ~~law enforcement officers of the Department of Public Safety – Rota and the~~

13  ~~Department of Fire and Emergency Medical Services – Rota eligible for overtime~~

14  ~~shall be funded by non-General Revenue sources.~~

15  (c) **Rota Municipal Council**. Appropriations to the Municipal Council shall

16  be divided and distributed equally to each member of the Municipal Council in

17  separate accounts. Each Municipal Council member shall be the expenditure

18  authority of funds distributed to him/her.

19  **SECTION 707. SECOND SENATORIAL DISTRICT – MAYOR OF TINIAN &**

20  **AGUIGUAN AND TINIAN MUNICIPAL COUNCIL.**

21  The Number of Personnel and allocations for personnel, operations, and

22  utilities for the Second Senatorial District shall be as shown in Schedule A.

36

## HOUSE BILL 24-46, HD1, SS1

(a) Except as provided in this section, the Mayor of Tinian and Aguiguan shall have authority to expend, obligate, encumber, or otherwise commit or reprogram, all the funds appropriated to the Second Senatorial District. Additionally, in accord with the Superior Court's decision in the case of *Inos v. Tenorio*, the Mayors shall also have expenditure authority over resident government departments in the First and Second senatorial districts respectively unless the Governor revokes expenditure authority in a manner consistent with the Superior Court's holding in *Inos v. Tenorio*, to wit: expenditure authority over resident departments that are primarily concerned with the delivery of public services can be revoked only on a prior showing of just cause, but the Governor has the discretion to revoke expenditure authority over those departments that are primarily concerned with enforcing the law.

(b) Any shortfall in the appropriated funds as a result of or due to payment of overtime, retirement, or benefits shall be borne by the municipality. ~~Provided that law enforcement officers of the Department of Public Safety – Tinian and the Department of Fire and Emergency Medical Services – Tinian eligible for overtime shall be funded by non-General Revenue sources.~~

(c) Tinian Municipal Council. Appropriations to the Municipal Council shall be divided and distributed equally to each member of the Municipal Council in separate accounts. Each Municipal Council member shall be the expenditure authority of funds distributed to him/her. Of the $27,729 appropriated to the Municipal Council under Operations, the amount of $10,000 shall be reserved for

## HOUSE BILL 24-46, HD1, SS1

1  utilities and operations and the remainder shall be divided equally among the

2  council members.

3  (d)— Notwithstanding any provisions of law to the contrary, the funds

4  appropriated under Tinian Local laws 24-6 and 24-7 shall be re-appropriated to

5  fund personnel of the Office of the Mayor of Tinian & Aguiguan under the

6  expenditure authority of the Mayor of Tinian & Aguiguan.

7  SECTION 708. THIRD SENATORIAL DISTRICT – MAYOR OF SAIPAN; MAYOR OF

8  THE NORTHERN ISLANDS; AND SAIPAN AND NORTHERN ISLANDS MUNICIPAL

9  COUNCIL.

10  The Number of Personnel and allocations for personnel, operations, and

11  utilities for the Office of the Mayor of Saipan, Office of the Mayor of the Northern

12  Islands, and the Saipan and Northern Islands Municipal Council shall be as

13  shown in Schedule A.

14  (a) The Mayor of Saipan, the Mayor of the Northern Islands, and the

15  Chairperson of the Municipal Council for Saipan and the Northern Islands or each

16  of their respective designees shall be the expenditure authority for allocations for

17  their respective offices.

18  (b) Notwithstanding any law to the contrary, the Mayor of the Northern

19  Islands, may promulgate rules and regulations to generate revenue in his or her

20  respective municipality, consistent with such authority exercised by other

21  municipalities to include not be limited to package tour fees, fishing fees, and

## HOUSE BILL 24-46, HD1, SS1



~~hunting fees. Said revenue shall be locally appropriated by the Saipan and~~
~~Northern Islands Legislative Delegation after establishment of a revolving fund~~.

**SECTION 709. OTHER PROGRAMS.**

The Fiscal Year 2026 Budget Appropriation for the programs under this section shall be as shown in Schedule A.

(a) **Northern Marianas College**. The President of the Northern Marianas College or designee shall be the expenditure authority of the funds under ORG 11881000.

(b) **NMC Board of Regents**. The Chairperson of the Board of Regents of the Northern Marianas College or designee shall be the expenditure authority of the appropriated funds under ORG 11882100.

(c) **Public School System**. The Commissioner of Education or designee shall be the expenditure authority of the appropriated funds under ORG 11881100. Funds appropriated to PSS shall not be used for the following: 1) personnel and operations of the Board of Education, 2) pay raises for central administrative directors until or unless all austerity measures such as teacher furloughs or other curriculum/program cuts and or restrictions are rescinded or no longer in effect; and 3) legal fees and costs of litigation including but not limited to any payments for settlements and/or judgments and/or legal representation.

Notwithstanding any law to the contrary, no budget cuts or austerity measures shall be applied to teacher salaries, instructional positions, or essential student programs (e.g., meals, counseling, special education, and Chamorro

39

## HOUSE BILL 24-46, HD1, SS1

1   Carolinian Language Heritage Studies) until all non-instructional administrative

2   cost reductions have been exhausted. 96% of all PSS funds must be allocated

3   directly to instructional expenditures. Austerity measures shall not apply to

4   federally funded positions and programs or those programs that receive a CNMI

5   match from the General Fund.

6        Provided further, of the appropriated funds under ORG 11881100, $400,000

7   shall be reserved for inter-island travel and lodging accommodations within the

8   CNMI for the students, coaches, teachers, support staff, and chaperones

9   participating in the PSS interscholastic sports leagues, cultural competitions, and

10  off-island academic competitions for School Year 2025-2026 to include Moot Court

11  and Mock Trial.  In addition, $100,000 shall be reserved for the teacher and

12  support staff incentives and rewards program. These funds shall be in addition to

13  any other amounts provided via federal grants.

14       Provided further that the expenditure authority shall provide a detailed

15  expense report in writing to the Presiding Officers of the Legislature, the

16  Chairperson of the House Standing Committee on Ways and Means, and the

17  Chairperson of the Senate Standing Committee on Fiscal Affairs within 30 days

18  after the end of Fiscal Year 2026.

19       Notwithstanding any law to the contrary PSS shall be exempt from

20  3 CMC 1132. Provided further, PSS personnel assigned directly to schools, such

21  as, administrative personnel and support staff inclusive of principals, vice

22  principals, instructors, teachers (including those assigned to CCLHS), teacher

40

1    aides, librarians, pupil transportation personnel and bus drivers, janitors and

2    counselors, shall be exempt from any austerity measures such as furloughs and

3    reductions in force.

4        The protection established by this section, shall take precedence over

5    administrative or management positions which may be subject to austerity

6    measures before any school level personnel.

7        (d) **Board of Education**. The Chairperson of the Board of Education or

8    his/her designee shall be the expenditure authority of the appropriated funds

9    under ORG 11882000. The funds appropriated to the Board of Education shall

10   include the cost and expenses of the student and teacher representatives to the

11   Board of Education.

12       (e) The CNMI Health Network Program (hereinafter, "HNP") (formerly

13   known as CNMI Medical Referral Program). The Commonwealth Healthcare

14   Corporation shall administer the HNP or its successor, including both inter-island

15   and off-island referrals, consistent with its duties and responsibilities under

16   3 CMC § 2821 *et seq*. ~~More specifically, the inter-island medical referral services~~

17   ~~shall include stipends, airfare, and lodging for patients and escorts, which is~~

18   ~~consistent with the off-island medical referral program~~. The expenditure authority

19   for all funds appropriated to inter-island and off-island medical referral services

20   and administration (inclusive of ORG 11850100, 11850700, and any new

21   organizations codes established for CHCC Medical Referral) shall be the CEO of

22   the Commonwealth Healthcare Corporation or designee. Provided further that

HOUSE BILL 24-46, HD1, SS1

1  $150,000 of the funds appropriated to the HNP, ORG 11850700, shall be used

2  exclusively for inter-island medical referral.

3  (f) Northern Marianas Technical Institute. The Chairperson of the Board of

4  Trustees or designee in consultation with the Chief Executive Officer shall be the

5  expenditure authority of the appropriated funds for the Northern Marianas

6  Technical Institute.

7  SECTION 710. INDEPENDENT PROGRAMS.

8  The Fiscal Year 2026 Budget Appropriation for the agencies under this

9  section shall be as shown in Schedule A.

10  (a) Joeten-Kiyu Public Library. The Chairperson of the Commonwealth

11  Library Council or designee shall be the expenditure authority of the appropriated

12  funds.

13  (b) NMI Museum of History and Culture. The Chairperson of the Board of

14  Governors of the NMI Museum of History and Culture or designee shall be the

15  expenditure authority of the appropriated funds.

16  (c) Elected Attorney General. The Attorney General or designee shall be the

17  expenditure authority of the appropriated funds.

18  (d) The expenditure authority of the funds appropriated for the Public

19  Assistance Program shall be the Governor's Authorized Representative.

20  (e) Medicaid Program. The funds appropriated in this Act for the Medicaid

21  Program, including Medicaid Reimbursement, ORG 11882200, Medicaid Agency,

22  ORG 11880300, and Medicaid Enterprise Systems & Health Information

42

HOUSE BILL 24-46, HD1, SS1

1  Technology, ORG 11850400 shall be deemed a single budget reserved for the

2  purposes of Medicaid Agency, Medicaid Reimbursement, and Medicaid Enterprise

3  Systems & Health Information Technology. The Director of the Commonwealth

4  Medicaid Agency may reallocate the funds appropriated in this Act to any of the

5  expenditure categories, including, but not limited to, Medicaid Agency, Medicaid

6  Reimbursement, and Medicaid Enterprise Systems & Health Information

7  Technology. Provided further, notwithstanding any other law to the contrary, for

8  Fiscal Year 2026, pursuant to the request of Commonwealth Medicaid Agency,

9  with the concurrence of the Office of Personnel Management, all of the 12 NOPs

10  for the Medicaid Enterprise Systems & Health Information Technology funded

11  under ORG 11850400 shall be excepted service contract employees.

12      (f) CNMI Scholarship and Financial Assistance Office. Of the funds

13  appropriated to the CNMI Scholarship and Financial Assistance Office, $50,000

14  shall be used to fund the Professional Student Exchange Program (PSEP)

15  established under 3 CMC § 11101, as shown in Schedule A.

16      (g) For programs and activities not specifically mentioned, the expenditure

17  authority shall be the Secretary of Finance.

18      SECTION 711. DEPARTMENT OF PUBLIC LANDS.

19      (a) Pursuant to 1 CMC § 2803 of the Commonwealth Code, Department of

20  Public Lands (DPL) submitted a budget of $4,892,548. The DPL, pursuant to the

21  Memorandum of Agreement between DPL and the Department of Lands and

22  Natural Resources (DLNR) is authorized to pay for professional services provided

## HOUSE BILL 24-46, HD1, SS1

by the personnel of the DLNR Division of Parks and Recreation of all three

senatorial districts. ~~Provided further, DPL shall provide payments for the~~ ~~landscaping and ground maintenance of all properties that fall under the purview~~ ~~of Parks and Recreation.~~

(b) Pursuant to a formal Memorandum of Understanding (MOU) between the Department of Public Lands and the Department of Lands and Natural Resources (DLNR) and the Mayors of Rota and Tinian & Aguiguan, DPL is authorized to expend up to $800,000 annually for maintenance and security of public lands, including designated parks, recreational areas, and other real estate properties, inclusive of the former Rota Resort, the former Tinian Dynasty, the former Kanoa Resort, and the former Marianas Resort, under DPL's jurisdiction.

(c) Of the funds within the DPL Holding Account, the sum of $4,000,000 shall be remitted to the Marianas Public Lands Trust on or before October 15, 2025, in addition to the other constitutional and statutory remittance.

SECTION 712. FINANCIAL DATA AND TRANSPARENCY INFORMATION ACCESS.

~~(a) Access Provided to Legislative Fiscal Analysts.~~

~~Notwithstanding any provision of law to the contrary, training and access to~~ ~~the following shall be provided:~~



~~(1) The Munis Financial Management Information System or other~~ ~~financial and accounting system to obtain the following: monthly collections~~ ~~and expenditures, including but not limited to funds status, and detailed~~

HOUSE BILL 24-46, HD1, SS1

expenditure reports in a format that is exportable or convertible to Excel files; and

(2) The following reports in a format that is exportable or convertible to Excel files shall be provided to the CNMI Legislative Fiscal Analysts 30 days after the effective date of this Act:

(A) All revolving accounts;

(B) All business activities listed in Schedule A;

(C) All accounts listed as earmarks in the Budget Authority Act;

(D) All debt service payments, including payments to the Settlement Fund, and Series A and Series B Funds;

(E) All revenue accounts in the First, Second, and Third Senatorial Districts that are identified as budgetary resources in the Budget Authority Act;

(3) Any other financial information, not legally privileged or protected, relating to the CNMI Government's expenditure of public funds, as needed and requested, in writing, within 10 days of said request.

SECTION 713. VIOLATIONS OF SPENDING LIMITS.

The expenditure of funds in excess of allocations and reprogramming established by this Act is a violation of the Planning and Budget Act, 1 CMC §7101 et seq. Any expenditure authority that violates The Planning and Budget Act shall be suspended without salary for at least 30 days and the salary shall not be restored until a fiscal plan is submitted to the Presiding Officers of the

HOUSE BILL 24-46, HD1, SS1

~~Legislature, Chairperson of the Senate Committee on Fiscal Affairs, and the~~ ~~Chairperson of the House Committee on Ways and Means, and accepted by both~~ ~~houses of the Legislature to retire the over-expenditure. Provided, they also shall~~ ~~not be entitled to indemnification, defense, or reimbursement under the~~ ~~Government Liability Act or any other Commonwealth Law.~~

SECTION 714. REPORTING REQUIREMENT.

In Fiscal Year 2026, the expenditure authorities of the foregoing activities listed in Chapter 7 and the CNMI Public School System, shall submit to the Presiding Officers of the Legislature, Chairperson of the Senate Committee on Fiscal Affairs and the Chairperson of the House Committee on Ways and Means, a fund status report on the expenditures for personnel and operations of each government entity, and the payments of the public auditor's fee, for the quarter ended and, if applicable, year-to-date totals as of the close of the reporting period.

## CHAPTER VIII. NON GENERAL REVENUE SOURCES

SECTION 801. ADMINISTRATIVE PROVISIONS.

(a) Notwithstanding 1 CMC § 7204, the non-General Revenue source funds appropriated for Fiscal Year 2026 shall be allotted monthly; except programs that require one-time payments may receive advance allotments.

(b) Notwithstanding any law to the contrary, the Secretary of Finance shall submit to the Presiding Officers of the Legislature, at the end of each quarter, a fund status report on the non-General Revenue sourced funds that are transferred

1    in and out of government organizational codes and their respective accounts,

2    pursuant to Section 802 of this Act.

3    (c) All salaries of elected officials that are waived under 1 CMC § 8442 shall

4    be transferred by the Secretary of Finance to the Scholarship Trust Account and

5    the funds from the account shall be spent for scholarship purposes only, without

6    further appropriation, and without fiscal year limitation. The Administrator of the

7    CNMI Scholarship and Financial Assistance Office shall provide a report to the

8    Presiding Officers of the legislature within 30 days after the end of each quarter.

9    SECTION 802. NON GENERAL REVENUE SOURCES.

10   (a) **Tobacco Settlement Funds**. Pursuant to 3 CMC § 2173 and the funds

11   allocated in this section pursuant to the submittal of a program and expenditure

12   plan to the Secretary of Finance, the Tobacco Settlement funds in the amount of

13   $541,597.00, not subject to reprogramming or fiscal year limitation, shall be

14   allocated as follows:

15   (1) Division of Public Health 40%:            $216,638.80

16   (2) Public School System 20%:                 $108,319.40

17   (3) Youth Affairs Office 12.5%:               $67,699.62

18   (4) Coalition of Private Schools 7.5%:        $40,619.78

19   (5) Rota Mayor 10%:                           $54,159.70

20   (6) Tinian and Aguiguan Mayor 10%:            $54,159.70

21   The expenditure authorities of the funds allocated pursuant to this Section

22   802(a) shall be the persons authorized by law for each respective office or agency.

47

1    The expenditure authorities shall provide accountability and transparency by

2    providing within 30 days after the end of each quarter an expenditure report of

3    the funds to the governor and the Presiding Officers of the Legislature.

4        (b) **Commonwealth Worker Fund** (Source: U.S.P.L. 115-218).

5        In accordance with U.S. Public Law 115-218, the sum of $1,300,000 in

6    Commonwealth Worker Fee Funds shall be available for the sole and exclusive

7    purpose of funding vocational education, apprenticeships, or other training

8    programs for United States workers by Commonwealth educational entities for

9    Fiscal Year 2026. ~~Provided that out of the $1,300,000 the following amounts shall~~

10   ~~be allocated for the sole and exclusive purpose of funding vocational education,~~

11   ~~apprenticeships, or other vocational training programs for United States workers:~~

12   ~~(1) NMTech 60%:~~              ~~$780,000.00~~

13   ~~(2) NMC 15%:~~              ~~$195,000.00~~

14   ~~(3) CNMI PSS 4%:~~              ~~$52,000.00~~

15   ~~(4) CNMI DOL:~~              ~~$273,000.00~~

16       The expenditure authorities of all Commonwealth educational entities that

17   receive Commonwealth Worker Fee Funds shall submit to the Presiding Officers

18   of the Legislature, Chairperson of the Senate Committee on Fiscal Affairs and the

19   Chairperson of the House Committee on Ways and Means, at the end of each

20   quarter, a fund status report of the funds allocated under this subsection. Provided

21   further, for purposes of data collection, all expenditure authorities shall 1) require

22   all expenditure authorities of CW funds to register with the Department of Labor

1   and 2) report on the status of all recipient placement into the workforce (or non-

2   placement) of said funding.

3   The recipients of the funds in this subsection shall submit to the Governor

4   and the Department of Labor the required education plans consistent with and

5   mandated by U.S. Public Law 115-218.

6   (c) **Reporting Requirement.** The expenditure authorities of the funds

7   allocated pursuant to Section 802 shall provide accountability and transparency

8   by providing within 30 days after the end of each quarter an expenditure report of

9   the funds to the Governor and the Presiding Officers of the Legislature.

10                    **CHAPTER IX. GENERAL PROVISIONS**

11   SECTION 901. SEVERABILITY.

12   If any provision of this Act, or its application to any person or circumstance,

13   is held invalid, the invalidity does not affect other provisions or applications of the

14   Act which can be given effect without the invalid provision or applications, and to

15   this end the provisions of this Act are severable.

16   SECTION 902. SAVINGS CLAUSE.

17   This Act and any repealer contained herein shall not be construed as

18   affecting any existing right acquired under contract or acquired under statutes

19   repealed or under any rule, regulation or order adopted under the statutes.

20   Repealers contained in this Act shall not affect any proceeding instituted under or

21   pursuant to prior law. The enactment of this Act shall not have the effect of

49

## HOUSE BILL 24-46, HD1, SS1

1    terminating, or in any way modifying, any liability civil or criminal, which shall

2    already be in existence at the date this Act becomes effective.

3    **SECTION 903. EFFECTIVE DATE.**

4    This Act shall take effect upon its approval by the Governor, or it becoming

5    law without such approval.


*Attested to by:* _____

**Linda B. Muña, House Clerk**


*Certified by:* _____

**SPEAKER EDMUND S. VILLAGOMEZ**
*House of Representatives*
*24th Northern Marianas Commonwealth Legislature*


Approved this 30th day of September, 2025

_____

**DAVID M. APATANG**
*Governor*
*Commonwealth of the Northern Mariana Islands*

50

SCHEDULE A

| Activity/Function | ORG | NOP | PERSONNEL | OPERATIONS | UTILITIES | TOTAL |
|---|---|---|---|---|---|---|
| **Judicial Branch** | | | | | | |
| Justices & Judges | 11510600 | 8 | $1,145,852 | $11,459 | $0 | $1,157,311 |
| CNMI Supreme Court | 11510400 | 8 | $510,554 | $5,106 | $0 | $515,660 |
| CNMI Superior Court | 11510300 | 52 | $1,628,923 | $16,289 | $0 | $1,645,212 |
| Administrative | 11510100 | 42 | $1,602,512 | $170,525 | $300,000 | $2,073,037 |
| Law Revision Commission | 11510500 | 7 | $170,645 | $1,706 | $0 | $172,351 |
| Drug Court | 11510700 | 8 | $374,192 | $3,742 | $0 | $377,934 |
| Mental Health Court | 11511000 | 7 | $241,544 | $2,416 | $0 | $243,960 |
| **Judicial Branch Total** | | 132 | $5,674,222 | $211,243 | $300,000 | $6,185,465 |
| | | | | | | |
| **Legislative Branch** | | | | | | |
| Current House Member's Salaries | 11620100 | 20 | $769,704 | $0 | $0 | $769,704 |
| House Member's Allocation | 11620200 | 45 | $0 | $2,375,860 | $0 | $2,375,860 |
| House Leadership | 11620300 | 0 | $0 | $200,000 | $0 | $200,000 |
| Current Senate Salaries | 11620400 | 9 | $336,624 | $0 | $0 | $336,624 |
| Senate Member's Allocation | 11620500 | 27 | $0 | $1,069,137 | $0 | $1,069,137 |
| Senate Leadership | 11620600 | 0 | $0 | $200,000 | $0 | $200,000 |
| Legislative Bureau | 11620700 | 33 | $1,657,031 | $193,814 | $180,000 | $2,030,845 |
| CNMI Youth Congress | 11620800 | 1 | $25,183 | $3,485 | $0 | $28,668 |
| **Legislative Branch Total** | | 135 | $2,788,542 | $4,042,296 | $180,000 | $7,010,838 |
| | | | | | | |
| **Office of the Governor** | | | | | | |
| Office of the Governor | 11261100 | 16 | $699,460 | $6,993 | $0 | $706,453 |
| Governor's Discretionary Account | 11269000 | 0 | $0 | $101,000 | $0 | $101,000 |
| **Office of the Governor Total** | | 16 | $699,460 | $107,993 | $0 | $807,453 |
| | | | | | | |
| **Office of the Lt. Governor** | | | | | | |
| Office of the LT. Governor | 11262000 | 16 | $627,348 | $6,273 | $0 | $633,621 |
| Lt. Gov's Discretionary Account | 11269100 | 0 | $0 | $70,700 | $0 | $70,700 |
| **Office of the Lt. Governor Total** | | 16 | $627,348 | $76,973 | $0 | $704,321 |
| | | | | | | |
| **Other Offices of the Gov and Lt. Gov** | | | | | | |
| Office of Management & Budget | 11260900 | 9 | $413,887 | $4,139 | $0 | $418,026 |
| Administrative Services | 11260100 | 17 | $670,136 | $6,701 | $0 | $676,837 |
| CNMI Homeland Security & Emergency Management Office | 11260700 | 14 | $420,652 | $4,207 | $0 | $424,859 |
| Office of Youth Affairs | 11261800 | 8 | $194,203 | $1,942 | $0 | $196,145 |
| Office of Planning & Development | 11260500 | 5 | $170,485 | $1,705 | $0 | $172,190 |
| Office of Parole Board | 11261300 | 5 | $95,972 | $960 | $0 | $96,932 |
| Office of Grants Management | 11261000 | 0 | $1 | $1 | $0 | $2 |
| Public Defender Office | 11261200 | 9 | $610,211 | $6,102 | $0 | $616,313 |
| Carolinian Affairs Office | 11260200 | 10 | $317,328 | $7,313 | $10,000 | $334,641 |
| Indigenous Affairs Office | 11260800 | 4 | $142,317 | $1,423 | $0 | $143,740 |
| Veteran's Affairs Office | 11261400 | 6 | $274,416 | $2,744 | $0 | $277,160 |
| Women's Affairs Saipan | 11261600 | 4 | $109,123 | $1,091 | $0 | $110,214 |
| Environmental Quality - Saipan | 11261900 | 1 | $26,796 | $268 | $0 | $27,064 |
| Zoning Board | 11262200 | 6 | $251,194 | $2,512 | $0 | $253,706 |
| CJPA | 11260400 | 3 | $115,186 | $1,152 | $0 | $116,338 |
| Vocational Rehabilitation Services | 11261500 | 0 | $0 | $80,800 | $0 | $80,800 |
| Medicaid Reimbursements | 11882200 | 0 | $0 | $6,262,000 | $0 | $6,262,000 |
| Medicaid Agency | 11880300 | 20 | $0 | $0 | $0 | $0 |
| Medicaid Enterprise Systems & Health Information Technology | 11850400 | 12 | $66,239 | $537,995 | $0 | $604,234 |
| Governor's Holding Account | New | 0 | $1 | $1 | $0 | $2 |
| **Other Offices of the Gov and Lt. Gov Total** | | 133 | $3,878,147 | $6,923,056 | $10,000 | $10,811,203 |

1

**Public Law No. 24-14**

SCHEDULE A

| Activity/Function | ORG | NOP | PERSONNEL | OPERATIONS | UTILITIES | TOTAL |
|---|---|---|---|---|---|---|
| **Department of Commerce** | | | | | | |
| Secretary of Commerce | 11160100 | 14 | $554,761 | $5,548 | $0 | $560,309 |
| Economic Development - Saipan | 11160300 | 2 | $97,313 | $973 | $0 | $98,286 |
| Statistical Research | 11160400 | 6 | $181,065 | $1,810 | $0 | $182,875 |
| Alcoholic Beverage Control | 11160200 | 15 | $391,840 | $3,918 | $0 | $395,758 |
| Enforcement and Compliance | 11160500 | 5 | $197,187 | $1,972 | $0 | $199,159 |
| Workers Compensation Commission | 11160600 | 4 | $182,871 | $1,829 | $0 | $184,700 |
| **Department of Commerce Total** | | 46 | $1,605,037 | $16,050 | $0 | $1,621,087 |
| | | | | | | |
| **Department of Community & Cultural Affairs** | | | | | | |
| Secretary of CCA | 11120100 | 8 | $305,443 | $3,054 | $0 | $308,497 |
| Youth Services - Saipan | 11120800 | 15 | $383,321 | $3,833 | $0 | $387,154 |
| Child Care Licensing Program | 11120900 | 5 | $172,292 | $1,723 | $0 | $174,015 |
| Historical Preservation - Saipan | 11120600 | 8 | $284,221 | $2,842 | $0 | $287,063 |
| Office of Aging - Saipan | 11120700 | 13 | $231,630 | $2,316 | $0 | $233,946 |
| Council for Arts & Culture | 11120200 | 9 | $206,868 | $2,069 | $0 | $208,937 |
| Low Income Home Energy Assistance Program | 11121000 | 2 | $56,865 | $2,169 | $160,000 | $219,034 |
| Chamorro Carolinian Language Commission | 11121200 | 5 | $171,146 | $1,711 | $0 | $172,857 |
| NAP | 11121400 | 0 | $0 | $163,216 | $0 | $163,216 |
| **Department of Community & Cultural Affairs Total** | | 65 | $1,811,786 | $182,933 | $160,000 | $2,154,719 |
| | | | | | | |
| **Department of Corrections** | | | | | | |
| Secretary of Corrections | 11130100 | 139 | $3,583,178 | $35,832 | $0 | $3,619,010 |
| Juvenile Detention Unit | 11130200 | 15 | $273,797 | $2,738 | $0 | $276,535 |
| **Department of Corrections Total** | | 154 | $3,856,975 | $38,570 | $0 | $3,895,545 |
| | | | | | | |
| **Department of Fire & Emergency Services** | | | | | | |
| Administration | 11140100 | 13 | $572,697 | $5,726 | $0 | $578,423 |
| Emergency Services | 11140300 | 88 | $3,170,864 | $31,709 | $0 | $3,202,573 |
| Fire Prevention & Arson Investigation | 11140200 | 10 | $484,697 | $4,847 | $0 | $489,544 |
| Emergency Medical Services | 11140400 | 8 | $377,070 | $3,771 | $0 | $380,841 |
| Logistical Support | 11140500 | 7 | $318,797 | $3,187 | $0 | $321,984 |
| DFEMS Training Section | 11140600 | 2 | $137,295 | $1,373 | $0 | $138,668 |
| DFEMS Dispatch Section | 11140700 | 8 | $76,192 | $762 | $0 | $76,954 |
| **Department of Fire & Emergency Services Total** | | 136 | $5,137,612 | $51,375 | $0 | $5,188,987 |
| | | | | | | |
| **Department of Finance** | | | | | | |
| Secretary of Finance | 11170100 | 19 | $991,683 | $9,917 | $0 | $1,001,600 |
| Finance and Acct Saipan | 11170800 | 27 | $1,093,171 | $10,932 | $0 | $1,104,103 |
| Treasury | 11170700 | 15 | $376,890 | $3,769 | $0 | $380,659 |
| Revenue & Taxation - Saipan | 11170500 | 64 | $2,049,955 | $20,500 | $0 | $2,070,455 |
| Procurement & Supply - Saipan | 11170400 | 12 | $398,546 | $3,985 | $0 | $402,531 |
| Division of Customs & Quarantine Services - Saipan | 11170900 | 105 | $3,514,947 | $35,149 | $0 | $3,550,096 |
| Office of Information Technology | 11170200 | 11 | $357,297 | $37,533 | $0 | $394,830 |
| Passport Office | 11171000 | 3 | $95,530 | $955 | $0 | $96,485 |
| **Department of Finance Total** | | 256 | $8,878,019 | $122,740 | $0 | $9,000,759 |
| | | | | | | |
| **Department of Labor** | | | | | | |
| Secretary of Labor | 11180100 | 5 | $253,034 | $2,530 | $0 | $255,564 |
| Administrative Hearing Office | 11180400 | 2 | $102,934 | $1,029 | $0 | $103,963 |
| Employment Services | 11180500 | 8 | $280,762 | $2,808 | $0 | $283,570 |
| Labor Enforcement Fund | 11180700 | 7 | $267,465 | $2,675 | $0 | $270,140 |
| **Department of Labor Total** | | 22 | $904,195 | $9,042 | $0 | $913,237 |

SCHEDULE A

| Activity/Function | ORG | NOP | PERSONNEL | OPERATIONS | UTILITIES | TOTAL |
|---|---|---|---|---|---|---|
| **Department of Land and Natural Resources** | | | | | | |
| Secretary of DLNR | 11190100 | 6 | $334,243 | $3,342 | $0 | $337,585 |
| Agriculture | 11190700 | 17 | $577,199 | $5,772 | $0 | $582,971 |
| Fish & Wildlife Saipan | 11190800 | 12 | $330,148 | $3,301 | $0 | $333,449 |
| Parks & Recreation - Saipan | 11190400 | 40 | $591,720 | $5,917 | $0 | $597,637 |
| Soil & Water Conservation - Saipan | 11190500 | 1 | $1 | $0 | $0 | $1 |
| Land Registration Saipan | 11190900 | 8 | $238,830 | $2,389 | $0 | $241,219 |
| **Department of Land and Natural Resources Total** | | **84** | **$2,072,141** | **$20,721** | **$0** | **$2,092,862** |
| **Department of Public Safety** | | | | | | |
| DPS Commissioner | 11150400 | 2 | $86,796 | $868 | $0 | $87,664 |
| Police - Saipan | 11150500 | 184 | $5,286,416 | $52,864 | $0 | $5,339,280 |
| Administrative Division | 11150100 | 13 | $476,096 | $4,761 | $0 | $480,857 |
| Motor Vehicles Division | 11150300 | 12 | $258,444 | $2,584 | $0 | $261,028 |
| **Department of Public Safety Total** | | **211** | **$6,107,752** | **$61,077** | **$0** | **$6,168,829** |
| **Department of Public Works** | | | | | | |
| Secretary Public Works | 11200100 | 10 | $450,740 | $4,507 | $0 | $455,247 |
| Building Safety Code | 11200200 | 14 | $455,736 | $4,558 | $0 | $460,294 |
| Roads & Grounds Division | 11200500 | 22 | $529,452 | $5,295 | $0 | $534,747 |
| Technical Services Division | 11200700 | 21 | $763,448 | $7,634 | $0 | $771,082 |
| Solid Waste Management Division | 11200600 | 35 | $922,025 | $9,221 | $0 | $931,246 |
| **Department of Public Works Total** | | **102** | **$3,121,401** | **$31,215** | **$0** | **$3,152,616** |
| **Executive Branch Total** | | **1,241** | **$38,699,873** | **$7,641,745** | **$170,000** | **$46,511,618** |
| **First Senatorial District** | | | | | | |
| Mayor Rota | 12270100 | 118 | $2,627,136 | $211,085 | $150,000 | $2,988,221 |
| Municipal Council Rota | 12710100 | 8 | $170,319 | $1,703 | $0 | $172,022 |
| Finance and Acct Rota | 12170800 | 4 | $149,298 | $1,493 | $0 | $150,791 |
| Revenue & Taxation - Rota | 12170500 | 4 | $102,828 | $1,028 | $0 | $103,856 |
| Procurement & Supply Rota | 12170400 | 2 | $79,261 | $793 | $0 | $80,054 |
| Customs Service - Rota | 12170900 | 15 | $403,328 | $4,033 | $0 | $407,361 |
| Historic Preservation - Rota | 12120600 | 3 | $90,340 | $903 | $0 | $91,243 |
| Sports and Recreation - Rota | 12120400 | 9 | $275,434 | $2,754 | $0 | $278,188 |
| Labor Rota | 12180100 | 5 | $221,721 | $2,217 | $0 | $223,938 |
| Economic Development - Rota | 12160300 | 4 | $159,978 | $1,600 | $0 | $161,578 |
| Police - Rota | 12150500 | 47 | $1,578,403 | $15,784 | $0 | $1,594,187 |
| Fire & EMS - Rota | 12140100 | 29 | $1,169,514 | $11,695 | $0 | $1,181,209 |
| Agriculture - Rota | 12190700 | 12 | $472,015 | $4,720 | $0 | $476,735 |
| Fish & Wildlife Rota | 12190800 | 5 | $161,162 | $1,612 | $0 | $162,774 |
| Parks & Recreation - Rota | 12190400 | 4 | $102,413 | $1,024 | $0 | $103,437 |
| Soil & Water Conservation - Rota | 12190500 | 1 | $26,443 | $264 | $0 | $26,707 |
| Land Registration Rota | 12190900 | 2 | $68,208 | $682 | $0 | $68,890 |
| Operations & Maintenance - Rota | 12200100 | 22 | $612,193 | $6,122 | $0 | $618,315 |
| Public Library - Rota | 12880900 | 1 | $18,792 | $188 | $0 | $18,980 |
| Contingency - Rota | | 0 | $0 | $0 | $0 | $0 |
| **First Senatorial District Total** | | **295** | **$8,488,786** | **$269,700** | **$150,000** | **$8,908,486** |

3

SCHEDULE A

| Activity/Function | ORG | NOP | PERSONNEL | OPERATIONS | UTILITIES | TOTAL |
|---|---|---|---|---|---|---|
| **Second Senatorial District** | | | | | | |
| Mayor Tinian | 13270100 | 141 | $3,816,846 | $49,807 | $250,000 | $4,116,653 |
| Mayor Contingency Tinian | | 0 | $0 | $0 | $0 | $0 |
| Municipal Council Tinian | 13710100 | 7 | $197,396 | $27,729 | $0 | $225,125 |
| Finance and Acct Tinian | 13170800 | 3 | $101,318 | $30,101 | $0 | $131,419 |
| Revenue & Taxation - Tinian | 13170500 | 4 | $114,834 | $1,148 | $0 | $115,982 |
| Procurement & Supply Tinian | 13170400 | 2 | $45,739 | $457 | $0 | $46,196 |
| Customs Service - Tinian | 13170900 | 15 | $365,589 | $3,656 | $0 | $369,245 |
| Historic Preservation - Tinian | 13120600 | 3 | $79,511 | $795 | $0 | $80,306 |
| Office of Aging - Tinian | 13120700 | 4 | $111,799 | $1,118 | $0 | $112,917 |
| Sports and Recreation - Tinian | 13120400 | 6 | $199,653 | $1,997 | $0 | $201,650 |
| Labor Tinian | 13180100 | 9 | $294,753 | $15,068 | $0 | $309,821 |
| Economic Development - Tinian | 13160300 | 9 | $197,045 | $1,970 | $0 | $199,015 |
| Police - Tinian | 13150500 | 39 | $1,052,926 | $10,529 | $0 | $1,063,455 |
| Fire - Tinian | 13140100 | 28 | $1,094,542 | $10,945 | $0 | $1,105,487 |
| Agriculture - Tinian | 13190700 | 9 | $311,776 | $3,118 | $0 | $314,894 |
| Fish & Wildlife Tinian | 13190800 | 5 | $135,279 | $1,353 | $0 | $136,632 |
| Parks & Recreation - Tinian | 13190400 | 3 | $75,471 | $755 | $0 | $76,226 |
| Soil & Water Conservation Tinian | 13190500 | 1 | $25,175 | $252 | $0 | $25,427 |
| Operations & Maintenance - Tinian | 13200100 | 11 | $290,432 | $2,904 | $0 | $293,336 |
| Tinian Public Library | 13880900 | 3 | $63,907 | $639 | $0 | $64,546 |
| Vacant Holding Account Tinian | | 0 | $0 | $0 | $0 | $0 |
| **Second Senatorial District Total** | | 302 | $8,573,991 | $164,341 | $250,000 | $8,988,332 |
| | | | | | | |
| **Third Senatorial District** | | | | | | |
| Mayor Saipan | 11270100 | 87 | $3,068,366 | $153,401 | $61,410 | $3,283,177 |
| Mayor Northern Islands | 14270100 | 14 | $474,210 | $4,742 | $0 | $478,952 |
| Municipal Council Saipan | 11710100 | 5 | $141,399 | $1,414 | $0 | $142,813 |
| Mayor of Saipan Contingency | | 0 | $0 | $0 | $0 | $0 |
| Mayor of Northern Islands Contingency | | 0 | $0 | $0 | $0 | $0 |
| **Third Senatorial District Total** | | 106 | $3,683,975 | $159,557 | $61,410 | $3,904,942 |
| | | | | | | |
| **Boards and Commissions** | | | | | | |
| Civil Service Commission | 11110700 | 3 | $211,936 | $2,119 | $0 | $214,055 |
| Office of Personnel Management - Saipan | 11111100 | 17 | $835,825 | $8,358 | $0 | $844,183 |
| Office of Personnel Management - Tinian | 13111100 | 1 | $45,581 | $456 | $0 | $46,037 |
| Office of Personnel Management - Rota | 12111100 | 2 | $74,136 | $741 | $0 | $74,877 |
| Commonwealth Election Commission | 11110200 | 6 | $232,905 | $61,919 | $0 | $294,824 |
| Board of Professional Licensing | 11110500 | 3 | $91,794 | $918 | $0 | $92,712 |
| Commonwealth Public Utilities Commission | 11110800 | 1 | $53,825 | $538 | $0 | $54,363 |
| Commonwealth Casino Commission | 11111200 | 0 | $1 | $0 | $0 | $1 |
| Commonwealth Cannabis Commission | 11110900 | 3 | $1 | $0 | $0 | $1 |
| CNMI Cannabis Commission Board | 11111000 | 0 | $1 | $0 | $0 | $1 |
| Political Status Commission | | 0 | $0 | $0 | $0 | $0 |
| **Boards and Commissions Total** | | 36 | $1,546,005 | $75,049 | $0 | $1,621,054 |

4

SCHEDULE A



| Activity/Function | ORG | NOP | PERSONNEL | OPERATIONS | UTILITIES | TOTAL |
|---|---|---|---|---|---|---|
| **Independent Program** | | | | | | |
| Scholarship and Grants | 11881400 | 7 | $272,948 | $507,729 | $0 | $780,677 |
| Substance Abuse Prevention | 11881500 | 14 | $480,743 | $4,808 | $0 | $485,551 |
| Elected Attorney General | 11880500 | 53 | $3,101,266 | $31,013 | $0 | $3,132,279 |
| Active Emplyees DC Emplyr Cntrbn | 11881600 | 0 | $0 | $0 | $0 | $0 |
| GHLI Retirees | 11881700 | 0 | $1 | $0 | $0 | $1 |
| Marianas Bound Karidat | NEW | 0 | $0 | $1 | $0 | $1 |
| Active EE ER Health Ins Cntrbn | 11881800 | 0 | $0 | $0 | $0 | $0 |
| 25% Retirees' Pension Benefits | 11884200 | 0 | $1,801,546 | $18,015 | $0 | $1,819,561 |
| Governmental Utilities | UNASSIGNED | 0 | $0 | $3,960 | $396,040 | $400,000 |
| Joeten Kiyu Public Library | 11880900 | 16 | $585,895 | $5,859 | $0 | $591,754 |
| General Fund Deficit Reduction | 11884500 | 0 | $0 | $0 | $0 | $0 |
| NMIRF - Gov Lt Gov Pension | 11881900 | 0 | $78,875 | $789 | $0 | $79,664 |
| Judgement Against Government | 11884600 | 0 | $0 | $0 | $0 | $0 |
| Commonwealth Museum | 11880200 | 5 | $105,136 | $1,052 | $0 | $106,188 |
| Government Operational Costs | 11884400 | 0 | $0 | $1 | $0 | $1 |
| Public Assistance Matching | | 0 | $0 | $0 | $0 | $0 |
| CNMI State Soil and Water Conservation Districts Inc | NEW | 0 | $0 | $70,000 | $0 | $70,000 |
| **Independent Program Total** | | 95 | $6,426,410 | $643,227 | $396,040 | $7,465,677 |
| **Other Programs (Transfers to Agencies)** | | | | | | |
| Commonwealth Healthcare Corp Subsidy | 11850100 | 0 | $0 | $1 | $0 | $1 |
| Health Network Program | 11850700 | 0 | $0 | $1,200,000 | $0 | $1,200,000 |
| Northern Marianas College (NMC) | 11881000 | 178 | $0 | $3,948,842 | $0 | $3,948,842 |
| NMC Board of Regents | 11882100 | 0 | $0 | $51,158 | $0 | $51,158 |
| Marianas Visitors Authority | 11881300 | 41 | $0 | $1 | $0 | $1 |
| Public School System | 11881100 | 972 | $0 | $31,779,008 | $0 | $31,779,008 |
| PSS Board | 11882000 | 6 | $0 | $153,131 | $0 | $153,131 |
| NMTI | 11883500 | 0 | $0 | $1 | $0 | $1 |
| **Other Programs (Transfers to Agencies) Total** | | 1,197 | $0 | $37,132,142 | $0 | $37,132,142 |
| **General Fund Grand Total** | | 3,539 | $75,881,804 | $50,339,300 | $1,507,450 | $127,728,554 |
| Department of Public Lands | 21400100 | 81 | $3,067,154 | $1,688,394 | $137,000 | $4,892,548 |
| **General Fund Grand Total with DPL** | | 3,620 | $78,948,958 | $52,027,694 | $1,644,450 | $132,621,102 |

5

Commonwealth Casino Commission
Schedule B
FY2026

| No | Commissioner Name | Senatorial District | |
|---|---|---|---|
| 1 | Edward C. Deleon Guerrero | 3rd Senatorial District | $35,000.00 |
| 2 | Rafael Demapan | 3rd Senatorial District | $35,000.00 |
| 3 | Mariano Taitano | 3rd Senatorial District | $35,000.00 |
| 4 | Ramon Dela Cruz | 2nd Senatorial District | $35,000.00 |
| 5 | Martin Mendiola | 1st Senatorial District | $35,000.00 |
| 6 | Thoma A. Manglona | 1st Senatorial District | $35,000.00 |

$210,000.00