# EXHIBIT 4

**NMI Settlement Fund**
**Schedule of CNMI Government annual contribution payments**
**Fiscal Year 2026**

| Due Date | Cumulative Amount Due | Description | Date Remitted | Amount Remitted | Quarterly Balance Due | Annual Balance Due |
|---|---|---|---|---|---|---|
| 9/30/2026 | | FY2026 Annual Payment | | | | **29,000,000.00** |
| | | | | | | |
| 12/31/2025 | | End of 1st Quarter Payment @ 15% | | | 4,350,000.00 | |
| | | | 10/9/2025 | 334,615.38 | 4,015,384.62 | 28,665,384.62 |
| | | | 10/24/2025 | 669,230.76 | 3,346,153.86 | 27,996,153.86 |
| | | | 10/31/2025 | 334,615.38 | 3,011,538.48 | 27,661,538.48 |
| | | | 11/4/2025 | 334,615.38 | 2,676,923.10 | 27,326,923.10 |
| | | | 11/13/2025 | 334,615.38 | 2,342,307.72 | 26,992,307.72 |
| | | | 11/21/2025 | 334,615.38 | 2,007,692.34 | 26,657,692.34 |
| | | | 11/26/2025 | 669,230.76 | 1,338,461.58 | 25,988,461.58 |
| | | | | | 1,338,461.58 | 25,988,461.58 |
| | | | | | 1,338,461.58 | 25,988,461.58 |
| | | | | | 1,338,461.58 | 25,988,461.58 |
| | | | | | 1,338,461.58 | 25,988,461.58 |
| | | | | | 1,338,461.58 | 25,988,461.58 |
| | | | | | 1,338,461.58 | 25,988,461.58 |
| *Totals:* | | | | 3,011,538.42 | | |