# EXHIBIT 5

**NMI SETTLEMENT FUND**
**Accounting of 25% paid by NMI Government**
**FY 2025 - 1Q FY 2026**

| Pay Period | ROTA Amount | TINIAN Amount | SAIPAN Amount | Paid by NMI Gov't |
|---|---|---|---|---|
| 1st Quarter 2025 | 314,369.31 | 219,324.76 | 2,570,401.55 | 3,112,458.66 |
| 2nd Quarter 2025 | 312,824.78 | 216,476.94 | 2,521,127.51 | 3,050,793.56 |
| 3rd Quarter 2025 | 307,821.62 | 214,855.04 | 2,472,917.00 | 3,029,188.43 |
| 4th Quarter 2025 | 303,094.91 | 218,573.69 | 2,483,915.49 | 3,012,084.03 |
| 1st Quarter 2026 | 201,248.82 | 145,336.09 | 1,674,336.68 | 2,021,654.54 |
| TOTAL | 1,439,359.44 | 1,014,566.52 | 11,722,698.23 | 14,226,179.22 |