# EXHIBIT 9

NMI Settlement Fund
Sources of Funds and Expenses
FY 2025

|  | Year to Date This Year | Year to Date Last Year |  |
|---|---:|---:|---:|
| **On-Island Sources** | | | |
| **Contributions Revenue:** | | | |
| Mem. Contribution Income/CNMI | 149,482.33 | 138,763.07 | |
| Emp. Contribution Income/CNMI | 443,655.21 | 399,890.18 | |
| Mem. Contribution Income/Agency | 178,097.86 | 226,701.71 | |
| Emp. Contribution Income/Agency | 561,270.04 | 694,357.44 | |
| Total Contributions Revenue | 1,332,505.44 | 1,459,712.40 | 2.64% |
| **P.L. 13-60:** | | | |
| Penalty Revenue | 38,845.32 | 31,575.65 | |
| Total P.L. 13-60 Penalty: | 38,845.32 | 31,575.65 | 0.08% |
| **Employees Contributions:** | | | |
| Buy Back Revenue | 308.02 | 30.37 | |
| Benefit Overpayment Revenue | 19,648.10 | 29,807.44 | |
| Underpayment of Contributions Revenue | 169,549.46 | 278,000.12 | |
| Buy Back Interest | 171.98 | 15,153.12 | |
| Total Employees Contributions: | 189,677.56 | 322,991.05 | 0.38% |
| **Miscellaneous Revenue:** | | | |
| Income from Appeal Fees | 400.00 | 800.00 | |
| Interest Income | 141.21 | 79.32 | |
| Gain/Loss on sale of FA | - | - | |
| Other Income | 401.00 | 300.00 | |
| Total Miscellaneous Revenue | 942.21 | 1,179.32 | 0.002% |
| **Investment Revenue:** | | | |
| Investment/Interest Income | 574,316.93 | 158,741.90 | |
| Investment/Dividend Income | 6,058,480.10 | 5,797,661.74 | |
| Total Investments Revenue | 6,632,797.03 | 5,956,403.64 | 13.16% |
| Combined On-Island Rev. Sources | 8,194,767.56 | 7,771,862.06 | 16.26% |
| **CNMI Payment per Agreement - CC# 09-00023** | | | |
| Annual Payment | 30,000,000.00 | 34,830,769.24 | |
| APGA | - | - | |
| Total Annual Payment | 30,000,000.00 | 34,830,769.24 | 59.52% |
| **Total Revenue and Payments** | 50,399,292.38 | 55,177,919.88 | 100.00% |
| **Stock Markets Realized/Unrealized Gain/(Loss):** | | | |
| Realized Gain or Loss | 4,350,417.41 | 222.95 | |
| Unrealized Gain or Loss | (225,499.73) | 12,693,366.59 | |
| Total Realized/Unrealized Gain/(Loss) | 4,124,917.68 | 12,693,589.54 | 7.57% |
| **Net Revenue and Payments** | **54,524,210.06** | 67,871,509.42 | |
| Year to Date Expenditures | 50,852,034.47 | 52,305,511.97 | |
| **Excess of Expenditures over Revenue & Payments** | **3,672,175.59** | 15,565,997.45 | |