# EXHIBIT 10

**NMI Settlement Fund**
**FY 2024, FY 2025 & Proposed FY 2026 Budget**

|  | Approved FY 2024 Budget | Approved FY 2025 Budget | Proposed FY 2026 Budget | FY 2026 increase/ (decrease) | % (+/-) from previous budget |
|---|---|---|---|---|---|
| **Benefits Payments** |  |  |  |  |  |
| Retirement Benefit Payments | 32,000,000 | 31,425,000 | 30,100,000 | (1,325,000) | -4.22% |
| Survivors Payments | 6,800,000 | 6,750,000 | 6,850,000 | 100,000 | 1.48% |
| Disability Payments | 175,000 | 125,000 | 100,000 | (25,000) | -20.00% |
| Death Lump Sum Payments | 75,000 | 75,000 | 75,000 | - | 0.00% |
|  |  |  |  |  |  |
| Total Benefits Payment | 39,050,000 | 38,375,000 | 37,125,000 | (1,250,000) | -3.26% |
|  |  |  |  |  |  |
| **Refund Payments** |  |  |  |  |  |
| Refund of Contributions | 150,000 | 75,000 | 75,000 | - | 0.00% |
| Interest Payments | 5,000 | 25,000 | 35,000 | 10,000 | 40.00% |
|  |  |  |  |  |  |
| Total Refunds | 155,000 | 100,000 | 110,000 | 10,000 | 10.00% |
|  |  |  |  |  |  |
| Total Benefits and Refunds Payment | 39,205,000 | 38,475,000 | 37,235,000 | (1,240,000) | -3.22% |
|  |  |  |  |  |  |
| **Personnel Expenses** |  |  |  |  |  |
| Salaries & Wages | 870,961 | 884,020 | 911,787 | 27,767 | 3.14% |
| Overtime Pay | 5,000 | 10,000 | 10,000 | - | 0.00% |
| Personnel Insurance | 78,245 | 80,000 | 83,185 | 3,185 | 3.98% |
| Social Security | 54,310 | 55,429 | 57,151 | 1,722 | 3.11% |
| 401K | 52,558 | 53,641 | 55,307 | 1,666 | 3.11% |
| Medicare | 12,701 | 12,963 | 13,366 | 403 | 3.11% |
|  |  |  |  |  |  |
| Total Personnel Expenses | 1,073,775 | 1,096,054 | 1,130,796 | 34,742 | 3.17% |
|  |  |  |  |  |  |
| **Professional Fees** |  |  |  |  |  |
| Actuarial Service Fees | 22,000 | 22,000 | 22,000 | - | 0.00% |
| Audit & Accounting Fees | 65,000 | 65,000 | 65,000 | - | 0.00% |
| Financial Consultant Investment Fee | 155,000 | 155,000 | 155,000 | - | 0.00% |
| Legal Service Fees | 200,000 | 200,000 | 150,000 | (50,000) | -25.00% |
| PCT Custodial Fees | 75,000 | 75,000 | 85,000 | 10,000 | 13.33% |
| Trustee Fees | 200,000 | 200,000 | 200,000 | - | 0.00% |
|  |  |  |  | - |  |
| Total Professional Fees | 717,000 | 717,000 | 677,000 | (40,000) | -5.58% |

|  | Approved FY 2024 Budget | Approved FY 2025 Budget | Proposed FY 2026 Budget | FY 2026 increase/ (decrease) | % (+/-) from previous budget |
|---|---|---|---|---|---|
| **General and Administrative Expenses** |  |  |  |  |  |
| Advertisement | 250 | 250 | 250 | - | 0.00% |
| Administrative Hearing | 10,000 | 10,000 | 5,000 | (5,000) | -50.00% |
| Bank Service Charge | 5,000 | 5,000 | 7,500 | 2,500 | 50.00% |
| Books & Libraries | 11,000 | 11,000 | 13,000 | 2,000 | 18.18% |
| Communication | 21,000 | 21,000 | 25,000 | 4,000 | 19.05% |
| Freight & Postage | 12,000 | 12,000 | 22,000 | 10,000 | 83.33% |
| Fuel & Lubrications | 7,500 | 3,000 | 3,000 | - | 0.00% |
| Insurance | 21,000 | 21,000 | 21,000 | - | 0.00% |
| Janitorial Services | 17,000 | 17,000 | 16,500 | (500) | -2.94% |
| Licenses & Fees | 3,500 | 3,500 | 21,750 | 18,250 | 521.43% |
| Office Equipment Lease | 6,200 | 6,200 | 5,000 | (1,200) | -19.35% |
| Office Supplies | 27,500 | 27,500 | 31,500 | 4,000 | 14.55% |
| Other Office Expense | 2,000 | 2,000 | 5,000 | 3,000 | 150.00% |
| Personnel Training Cost | 5,000 | 5,000 | - | (5,000) | -100.00% |
| Printing & Reproduction | 5,000 | 5,000 | 14,000 | 9,000 | 180.00% |
| Repairs & Maintenance | 120,000 | 120,000 | 150,000 | 30,000 | 25.00% |
| Subscription & Dues | 3,500 | 3,500 | 3,750 | 250 | 7.14% |
| Travel/Transportation-Staff | 5,000 | 5,000 | 5,000 | - | 0.00% |
| Utilities | 55,000 | 55,000 | 55,000 | - | 0.00% |
|  |  |  |  |  |  |
| Total General & Admin. Expenses | 359,750 | 332,950 | 404,250 | 71,300 | 21.41% |
|  |  |  |  |  |  |
| **Total Expenses** | 41,355,525 | 40,621,004 | 39,447,046 | (1,173,958) | -2.89% |
|  |  |  |  |  |  |
| **Fixed Asset** |  |  |  |  |  |
| Office Equipment | 5,000 | 10,000 | 7,500 | (2,500) | -25.00% |
| Office Furniture & Fixtures | 5,000 | 3,500 | 3,500 | - | 0.00% |
| Building/Mechanical Equipment | - | - | 3,500 | 3,500 |  |
|  |  |  |  |  |  |
| **Total Fixed Assets** | 10,000 | 13,500 | 14,500 | 1,000 | 7.41% |
|  |  |  |  |  |  |
| **Total Expenditures** | 41,365,525 | 40,634,504 | 39,461,546 | (1,172,958) | -2.89% |