# EXHIBIT 11

**Wilshire**

# NMI Settlement Fund

## Monthly Investment Summary

September 30, 2025

wilshire.com  |  ©2025 Wilshire Advisors LLC

# Monthly Market Commentary

*Month Ended September 30, 2025*

## U.S. Economy and Markets

- The broad U.S. equity market was up in September as the FT Wilshire 5000 Index℠ returned 3.46%, with a return of 8.24% for the third quarter.
- Large-cap stocks outperformed their small-cap counterparts for the month, with the FT Wilshire Large Cap Index℠ and the FT Wilshire Small Cap Index℠ returning 3.79% and 0.70%, respectively.
- Performance across GICS sectors was mixed during September. Information technology was the best performing sector while consumer discretionary was the main market laggard.

## International Economy and Markets

- Developed international equity markets, as measured by the MSCI EAFE Index, returned 1.91% this month. The MSCI Emerging Markets Index also produced a gain in September, up 7.15%.
- Performance results within international equity markets were positive for the third quarter, although U.S. dollar-based returns were hampered by weakening foreign currencies.

## Fixed Income & Real Assets

- The U.S. Treasury yield curve was down across the maturity spectrum during the quarter with the 10-year Treasury yield finishing at 4.15%, down eight basis points from June. Core bonds posted a gain of 1.09% for the month.
- Credit spreads were also down with high-yield bond spreads down 23 basis points, to end the quarter at 2.67%, which is also below the level that existed to start the year.
- High yield corporate bonds were up 0.82% for the month. Leveraged loans were also up for the month at 0.44%, trailing longer duration bonds.
- Multiple listed real asset markets were up in September with The Wilshire Global Real Estate Securities Index℠ returning 0.49%, while the FTSE Global Core Infrastructure 50/50 Index was up 2.02%.
- Commodities, as measured by the Bloomberg Commodity Index, were positive at 2.15% in September.

**Wilshire**

# Monthly Index Performance
*Periods Ended September 30, 2025*

| | 1 Month | QTD | YTD | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|---|---|---|
| **Performance (%) Net of Fees** | | | | | | | |
| **U.S. Equity** | | | | | | | |
| FT Wilshire 5000 Index | 3.46 | 8.24 | 14.45 | 17.46 | 24.14 | 15.97 | 14.89 |
| S&P 500 Index | 3.65 | 8.12 | 14.83 | 17.60 | 24.94 | 16.47 | 15.30 |
| Wilshire 4500 Completion Index | 2.04 | 8.95 | 12.25 | 16.76 | 19.97 | 13.19 | 12.29 |
| MSCI USA Minimum Volatility Index | 1.36 | 1.76 | 8.40 | 5.94 | 14.87 | 10.16 | 11.32 |
| **U.S. Equity by Size/Style** | | | | | | | |
| Wilshire U.S. Large-Cap Index | 3.56 | 8.11 | 14.94 | 18.09 | 24.86 | 16.26 | 15.45 |
| Wilshire U.S. Large-Cap Growth Index | 4.95 | 9.99 | 16.23 | 22.99 | 31.09 | 18.01 | 17.90 |
| Wilshire U.S. Large-Cap Value Index | 1.58 | 5.42 | 12.92 | 11.25 | 17.27 | 13.65 | 12.07 |
| Wilshire U.S. Small-Cap Index | 1.62 | 9.90 | 7.33 | 8.18 | 15.30 | 12.51 | 9.99 |
| Wilshire U.S. Small-Cap Growth Index | 1.48 | 8.76 | 7.27 | 8.73 | 16.16 | 9.98 | 10.11 |
| Wilshire U.S. Small-Cap Value Index | 1.79 | 11.02 | 7.43 | 7.69 | 14.52 | 15.16 | 9.58 |
| Wilshire U.S. Micro-Cap Index | 10.85 | 25.96 | 16.63 | 30.20 | 15.58 | 10.45 | 7.49 |
| **Non-U.S. Equity (USD)** | | | | | | | |
| MSCI AC World ex USA (Net) | 3.60 | 6.89 | 26.02 | 16.45 | 20.67 | 10.26 | 8.23 |
| MSCI ACWI ex USA Minimum Volatility Index (Net) | -0.07 | 0.71 | 15.47 | 8.36 | 14.49 | 7.44 | 6.65 |
| MSCI EAFE (Net) | 1.91 | 4.77 | 25.14 | 14.99 | 21.70 | 11.15 | 8.17 |
| MSCI Emerging Markets (Net) | 7.15 | 10.64 | 27.53 | 17.32 | 18.21 | 7.02 | 7.99 |
| MSCI AC World ex USA Small Cap (Net) | 2.15 | 6.68 | 25.54 | 15.93 | 19.36 | 9.97 | 8.37 |
| **U.S. Fixed Income** | | | | | | | |
| Blmbg. U.S. Aggregate Index | 1.09 | 2.03 | 6.13 | 2.88 | 4.93 | -0.45 | 1.84 |
| Blmbg. U.S. Treasury: Long | 3.09 | 2.49 | 5.64 | -3.47 | 0.43 | -7.79 | -0.11 |
| Blmbg. U.S. Long Corporate Index | 3.17 | 3.79 | 7.56 | 0.89 | 7.24 | -1.98 | 3.33 |
| Blmbg. U.S. TIPS Index | 0.43 | 2.10 | 6.87 | 3.79 | 4.88 | 1.42 | 3.01 |
| Blmbg. U.S. Credit Index | 1.44 | 2.57 | 6.90 | 3.65 | 6.87 | 0.33 | 3.00 |
| Blmbg. U.S. Corp: High Yield Index | 0.82 | 2.54 | 7.22 | 7.41 | 11.09 | 5.55 | 6.17 |
| Morningstar LSTA U.S. Leveraged Loan | 0.44 | 1.77 | 4.63 | 7.00 | 9.85 | 6.96 | 5.47 |

# Asset Allocation Compliance

## Total Fund
*Periods Ended As of September 30, 2025*



# Asset Allocation & Performance

## NMI Settlement Fund
*Periods Ended September 30, 2025*

| | Allocation | | Performance (%) Net of Fees | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market Value $ | % | 1 Month | QTD | FYTD | YTD | 1 Year | 3 Years | 5 Years | 10 Years | Since Inception | Inception Date |
| **Total Fund** | 145,241,977 | 100.00 | 1.51 | 3.74 | 7.54 | 9.18 | 7.54 | 10.11 | 4.42 | 4.93 | 4.20 | 10/1/2013 |
| Total Fund Policy | | | 1.33 | 3.35 | 6.62 | 8.61 | 6.62 | 9.42 | 3.44 | 4.42 | 4.03 | |
| Value Added | | | 0.18 | 0.38 | 0.92 | 0.57 | 0.92 | 0.70 | 0.98 | 0.51 | 0.17 | |
| | | | | | | | | | | | | |
| **US Equity Composite** | 8,255,517 | 5.68 | 3.65 | 8.12 | | | | | | | 11.71 | 2/1/2025 |
| S&P 500 Index | | | 3.65 | 8.12 | | | | | | | 11.72 | |
| Value Added | | | 0.00 | 0.00 | | | | | | | -0.01 | |
| **Fidelity 500 Index Fund** | 8,255,517 | 5.68 | 3.65 | 8.12 | | | | | | | 11.71 | 2/1/2025 |
| S&P 500 Index | | | 3.65 | 8.12 | | | | | | | 11.72 | |
| Value Added | | | 0.00 | 0.00 | | | | | | | -0.01 | |
| | | | | | | | | | | | | |
| **Global Equity Composite** | 15,910,331 | 10.95 | 3.52 | 7.65 | 17.31 | 18.75 | 17.31 | 22.92 | 13.56 | 11.91 | 10.23 | 10/1/2013 |
| Global Equity Policy | | | 3.43 | 7.70 | 17.11 | 18.57 | 17.11 | 22.91 | 13.66 | 11.86 | 10.14 | |
| Value Added | | | 0.09 | -0.05 | 0.20 | 0.18 | 0.20 | 0.01 | -0.10 | 0.05 | 0.09 | |
| **Vanguard Total World Stock** | 15,910,331 | 10.95 | 3.52 | 7.65 | 17.31 | 18.75 | 17.31 | 22.92 | 13.56 | | 11.40 | 7/1/2018 |
| FTSE Global All Cap Net Tax (US RIC) Idx | | | 3.43 | 7.70 | 17.11 | 18.57 | 17.11 | 22.91 | 13.66 | | 11.44 | |
| Value Added | | | 0.09 | -0.05 | 0.20 | 0.18 | 0.20 | 0.01 | -0.10 | | -0.04 | |

**Wilshire**

# Asset Allocation & Performance

## NMI Settlement Fund
*Periods Ended September 30, 2025*

| | Allocation | | Performance (%) Net of Fees | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market Value $ | % | 1 Month | QTD | FYTD | YTD | 1 Year | 3 Years | 5 Years | 10 Years | Since Inception | Inception Date |
| **Fixed Income Composite** | 83,667,891 | 57.61 | 0.82 | 2.26 | 5.00 | 6.90 | 5.00 | 7.73 | 2.69 | 3.76 | 3.29 | 10/1/2013 |
| Fixed Income Policy | | | 0.87 | 2.08 | 4.60 | 6.29 | 4.60 | 6.97 | 1.66 | 3.17 | 3.05 | |
| Value Added | | | -0.05 | 0.18 | 0.41 | 0.61 | 0.41 | 0.76 | 1.03 | 0.58 | 0.24 | |
| **PGIM High Yield** | 28,161,487 | 19.39 | 0.35 | 2.39 | 7.65 | 7.80 | 7.65 | 10.83 | | | 4.50 | 2/1/2021 |
| Blmbrg Barc U.S. High Yield 1% Issuer Cap | | | 0.82 | 2.56 | 7.40 | 7.21 | 7.40 | 11.10 | | | 4.47 | |
| Value Added | | | -0.47 | -0.17 | 0.25 | 0.59 | 0.25 | -0.27 | | | 0.03 | |
| **Dodge & Cox Income Fund** | 42,881,288 | 29.52 | 1.39 | 2.51 | 3.39 | 6.94 | 3.39 | 6.57 | 1.29 | 3.23 | 2.91 | 11/1/2014 |
| Blmbg. U.S. Aggregate Index | | | 1.09 | 2.03 | 2.88 | 6.13 | 2.88 | 4.93 | -0.45 | 1.84 | 1.86 | |
| Value Added | | | 0.29 | 0.48 | 0.50 | 0.81 | 0.50 | 1.64 | 1.74 | 1.39 | 1.04 | |
| **Vanguard Short-Term Bond** | 12,624,962 | 8.69 | 0.23 | 1.28 | 4.05 | 4.84 | 4.05 | 4.86 | 1.35 | | 2.44 | 7/1/2018 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | | | 0.28 | 1.27 | 4.12 | 4.87 | 4.12 | 4.92 | 1.39 | | 2.48 | |
| Value Added | | | -0.06 | 0.01 | -0.07 | -0.03 | -0.07 | -0.06 | -0.04 | | -0.05 | |
| **Fidelity Strategic Real Return** | 37,256,322 | 25.65 | 1.35 | 3.78 | 6.82 | 8.27 | 6.82 | 7.78 | | | 4.88 | 8/1/2022 |
| Fidelity Strategic Real Return Policy | | | 1.15 | 3.77 | 5.93 | 8.95 | 5.93 | 7.65 | | | 4.81 | |
| Value Added | | | 0.20 | 0.02 | 0.88 | -0.68 | 0.88 | 0.13 | | | 0.07 | |
| **Mutual Fund Cash** | 151,915 | 0.10 | 0.32 | 1.03 | 4.34 | 3.15 | 4.34 | 4.76 | 2.98 | 2.05 | 1.68 | 10/1/2013 |
| **Special Purpose Fund** | 9,157 | | 0.34 | 1.08 | | 3.19 | | | | | 3.58 | 12/1/2024 |

# Wilshire

# Cash Flow Summary
## Total Fund
*One Month Ending September 30, 2025*

|  | Begin Value | Net Cash Flow | Expenses | Capital Apprec./ Deprec. | End Value |
|---|---|---|---|---|---|
| **Total Fund** | **144,576,244** | **-1,500,000** | **-6,592** | **2,172,325** | **145,241,977** |
|  |  |  |  |  |  |
| **US Equity Composite** | **10,859,332** | **-3,000,000** |  | **396,185** | **8,255,517** |
| Fidelity 500 Index Fund | 10,859,332 | -3,000,000 |  | 396,185 | 8,255,517 |
|  |  |  |  |  |  |
| **Global Equity Composite** | **18,266,809** | **-3,000,000** |  | **643,522** | **15,910,331** |
| Vanguard Total World Stock | 18,266,809 | -3,000,000 |  | 643,522 | 15,910,331 |
|  |  |  |  |  |  |
| **Fixed Income Composite** | **77,036,688** | **6,000,000** |  | **631,203** | **83,667,891** |
| Vanguard Short-Term Bond | 12,596,516 |  |  | 28,446 | 12,624,962 |
| PGIM High Yield | 28,062,851 |  |  | 98,636 | 28,161,487 |
| Dodge & Cox Income Fund | 36,377,168 | 6,000,000 |  | 504,120 | 42,881,288 |
|  |  |  |  |  |  |
| **Real Return Composite** | **36,758,464** |  |  | **497,857** | **37,256,322** |
| Fidelity Strategic Real Return | 36,758,464 |  |  | 497,857 | 37,256,322 |
|  |  |  |  |  |  |
| Mutual Fund Cash | 1,654,950 | -1,500,000 | -6,592 | 3,558 | 151,915 |
|  |  |  |  |  |  |
| Special Purpose Fund | 1,508,657 | -1,499,800 | -68 | 368 | 9,157 |

**Wilshire**

# Historical Hybrid Composition
## Total Fund Composite
### *As of September 30, 2025*

| Policy Index | Weight (%) |
|---|---|
| **Jan-2025** | |
| S&P 500 Index | 5.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 10.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| Fidelity Custom Index | 25.00 |
| **Aug-2022** | |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| Fidelity Custom Index | 25.00 |
| **Jul-2022** | |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| 90 Day U.S. Treasury Bill | 25.00 |
| **Feb-2021** | |
| Blmbg. U.S. Aggregate Index | 40.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 30.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.00 |

| Policy Index | Weight (%) |
|---|---|
| **Jan-2021** | |
| Blmbg. U.S. Aggregate Index | 40.65 |
| ICE BofA High Yield BB-B Constrained Index | 29.26 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 9.65 |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.44 |
| **Dec-2020** | |
| Blmbg. U.S. Aggregate Index | 45.31 |
| ICE BofA High Yield BB-B Constrained Index | 20.64 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.83 |
| FTSE Global All Cap Net Tax (US RIC) Index | 17.22 |
| **Nov-2020** | |
| Blmbg. U.S. Aggregate Index | 45.85 |
| ICE BofA High Yield BB-B Constrained Index | 20.37 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.10 |
| FTSE Global All Cap Net Tax (US RIC) Index | 16.68 |
| **Oct-2020** | |
| Blmbg. U.S. Aggregate Index | 46.73 |
| ICE BofA High Yield BB-B Constrained Index | 20.12 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.74 |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.41 |
| **Sep-2020** | |
| Blmbg. U.S. Aggregate Index | 46.55 |
| ICE BofA High Yield BB-B Constrained Index | 20.10 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.67 |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.68 |

# Historical Hybrid Composition

## Total Fund Composite
### As of September 30, 2025

| Policy Index | Weight (%) |
|---|---|
| **Dec-2019** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 10.00 |
| **Oct-2019** | |
| Blmbg. U.S. Aggregate Index | 40.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 15.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 25.00 |
| **Jul-2018** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 32.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 6.00 |
| **Jan-2018** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 32.00 |
| MSCI AC World Index (Net) | 6.00 |
| Blmbg. Intermed. U.S. Government/Credit | 12.00 |
| **Oct-2016** | |
| TF Policy custom2 | 100.00 |
| **Jan-2015** | |
| MSCI AC World Index (Net) | 10.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 50.00 |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 |

| Policy Index | Weight (%) |
|---|---|
| **Apr-2014** | |
| MSCI AC World Index (Net) | 15.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 45.00 |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 |
| **Oct-2013** | |
| TF Policy custom1 | 100.00 |

# Historical Hybrid Composition
## Global Equity Composite
### As of September 30, 2025

| Policy Index | Weight (%) |
|---|---|
| Jul-2018 | |
| FTSE Global All Cap Net Tax (US RIC) Index | 100.00 |
| | |
| Oct-2013 | |
| MSCI AC World Index (Net) | 100.00 |

# Historical Hybrid Composition
## Fixed Income Composite
### As of September 30, 2025

| Policy Index | Weight (%) | Policy Index | Weight (%) |
|---|---|---|---|
| **Jul-2022** | | **Sep-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.67 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.96 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 33.33 | ICE BofA High Yield BB-B Constrained Index | 23.84 |
| Blmbg. U.S. Aggregate Index | 50.00 | Blmbg. U.S. Aggregate Index | 55.20 |
| **Feb-2021** | | **Dec-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.50 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 22.22 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 37.50 | ICE BofA High Yield BB-B Constrained Index | 22.22 |
| Blmbg. U.S. Aggregate Index | 50.00 | Blmbg. U.S. Aggregate Index | 55.56 |
| **Jan-2021** | | **Oct-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.13 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| ICE BofA High Yield BB-B Constrained Index | 36.78 | ICE BofA High Yield BB-B Constrained Index | 26.67 |
| Blmbg. U.S. Aggregate Index | 51.09 | Blmbg. U.S. Aggregate Index | 53.33 |
| **Dec-2020** | | **Jul-2018** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.33 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 24.93 | ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 54.74 | Blmbg. U.S. Aggregate Index | 53.19 |
| **Nov-2020** | | **Jan-2018** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.52 | Blmbg. Intermed. U.S. Government/Credit | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 24.45 | ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 55.03 | Blmbg. U.S. Aggregate Index | 53.19 |
| **Oct-2020** | | **Oct-2016** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.98 | Fixed Income Policy custom2 | 100.00 |
| ICE BofA High Yield BB-B Constrained Index | 23.78 | **Jan-2015** | |
| Blmbg. U.S. Aggregate Index | 55.24 | ICE BofA High Yield BB-B Constrained Index | 22.20 |
| | | Blmbg. Intermed. U.S. Government/Credit | 22.20 |
| | | Blmbg. U.S. Aggregate Index | 55.60 |

# Wilshire

# Historical Hybrid Composition
## Fixed Income Composite
*As of September 30, 2025*

| Policy Index | Weight (%) |
|---|---|
| **Apr-2014** | |
| ICE BofA High Yield BB-B Constrained Index | 23.55 |
| Blmbg. Intermed. U.S. Government/Credit | 23.55 |
| Blmbg. U.S. Aggregate Index | 52.90 |
| | |
| **Oct-2013** | |
| Fixed Income Policy custom1 | 100.00 |

**Wilshire**

# NMI Settlement Fund

Monthly Investment Summary

Oct-2025

**Wilshire**

# Market Commentary
*Month Ended October 31, 2025*

## U.S. Economy and Markets

- The broad U.S. equity market was up in October as the FT Wilshire 5000 Index℠ returned 2.15%, with a return of 20.86% for the past 12 months.
- Large-cap stocks outperformed their small-cap counterparts for the month, with the FT Wilshire Large Cap Index℠ and the FT Wilshire Small Cap Index℠ returning 2.44% and -0.04%, respectively.
- Performance across GICS sectors was mixed during October. Information technology and health care were the best performing sectors for the month while materials lagged meaningfully.

## International Economy and Markets

- Developed international equity markets, as measured by the MSCI EAFE Index, returned 1.18% this month. The MSCI Emerging Markets Index produced a gain in October, up 4.18%.
- The U.S. dollar strengthened versus advanced foreign economies during the month, resulting in the developed markets' local currency return being higher than those converted back to dollars.

## Fixed Income & Real Assets

- Core bonds posted a gain of 0.62% in October as the 10-year U.S. Treasury yield fell 7 basis points.
- High yield corporate bonds were up 0.16% as credit spreads were generally up for the month, by 14 basis points in the high yield market. Leveraged loans were up for the month at 0.22%, above longer-duration bonds.
- Listed real asset markets were down in October with the Wilshire Global Real Estate Securities Index℠ returning -2.23% and the FTSE Global Core Infrastructure Index down -0.72%.
- Commodities, as measured by the Bloomberg Commodity Index, were positive at 2.89% in October.

wilshire.com    |    ©2025 Wilshire Advisors LLC

# Wilshire

# Monthly Index Performance
*Periods Ended October 31, 2025*

| | 1 Month | QTD | YTD | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|---|---|---|
| **U.S. Equity** | | | | | | | |
| FT Wilshire 5000 Index | 2.15 | 2.15 | 16.91 | 20.86 | 21.78 | 16.98 | 14.26 |
| S&P 500 Index | 2.34 | 2.34 | 17.52 | 21.45 | 22.68 | 17.64 | 14.64 |
| Wilshire 4500 Completion Index | 0.61 | 0.61 | 12.93 | 16.83 | 16.93 | 13.21 | 11.74 |
| MSCI USA Minimum Volatility Index | -2.02 | -2.02 | 6.21 | 5.33 | 11.26 | 10.48 | 10.45 |
| **U.S. Equity by Size/Style** | | | | | | | |
| Wilshire U.S. Large-Cap Index | 2.26 | 2.26 | 17.54 | 21.64 | 22.63 | 17.38 | 14.80 |
| Wilshire U.S. Large-Cap Growth Index | 3.90 | 3.90 | 20.76 | 28.88 | 30.58 | 19.62 | 17.37 |
| Wilshire U.S. Large-Cap Value Index | -0.48 | -0.48 | 12.37 | 11.31 | 13.08 | 14.03 | 11.16 |
| Wilshire U.S. Small-Cap Index | 0.47 | 0.47 | 7.83 | 9.65 | 11.53 | 12.12 | 9.44 |
| Wilshire U.S. Small-Cap Growth Index | 1.69 | 1.69 | 9.08 | 11.85 | 13.12 | 10.07 | 9.77 |
| Wilshire U.S. Small-Cap Value Index | -0.77 | -0.77 | 6.60 | 7.54 | 10.05 | 14.26 | 8.84 |
| Wilshire U.S. Micro-Cap Index | 2.00 | 2.00 | 18.96 | 31.20 | 12.85 | 10.88 | 7.29 |
| **Non-U.S. Equity (USD)** | | | | | | | |
| MSCI AC World ex USA (Net) | 2.02 | 2.02 | 28.57 | 24.93 | 20.30 | 11.18 | 7.67 |
| MSCI ACWI ex USA Minimum Volatility Index (Net) | 0.14 | 0.14 | 15.63 | 13.28 | 14.43 | 7.95 | 6.02 |
| MSCI EAFE (Net) | 1.18 | 1.18 | 26.61 | 23.03 | 20.06 | 12.33 | 7.48 |
| MSCI Emerging Markets (Net) | 4.18 | 4.18 | 32.86 | 27.91 | 21.10 | 7.46 | 7.69 |
| MSCI AC World ex USA Small Cap (Net) | 0.21 | 0.21 | 25.81 | 22.58 | 18.18 | 10.61 | 7.77 |
| **U.S. Fixed Income** | | | | | | | |
| Blmbg. U.S. Aggregate Index | 0.62 | 0.62 | 6.80 | 6.16 | 5.60 | -0.24 | 1.90 |
| Blmbg. U.S. Treasury: Long | 1.28 | 1.28 | 6.99 | 3.14 | 2.79 | -6.99 | 0.07 |
| Blmbg. U.S. Long Corporate Index | 0.40 | 0.40 | 7.99 | 5.69 | 8.20 | -1.80 | 3.29 |
| Blmbg. U.S. TIPS Index | 0.35 | 0.35 | 7.25 | 6.06 | 4.58 | 1.63 | 3.02 |
| Blmbg. U.S. Credit Index | 0.44 | 0.44 | 7.37 | 6.68 | 7.39 | 0.46 | 3.00 |
| Blmbg. U.S. Corp: High Yield Index | 0.16 | 0.16 | 7.39 | 8.16 | 10.20 | 5.47 | 5.90 |
| Morningstar LSTA U.S. Leveraged Loan | 0.22 | 0.22 | 4.86 | 6.32 | 9.57 | 6.96 | 5.52 |

The column group header above the data reads: **Performance (%) Net of Fees**

# Wilshire

## Asset Allocation Compliance
### Total Fund
*Periods Ended As of October 31, 2025*



**Wilshire**

# Asset Allocation & Performance

## NMI Settlement Fund
*Periods Ended October 31, 2025*

| | Allocation | | Performance (%) Net of Fees | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market Value $ | % | 1 Month | QTD | FYTD | YTD | 1 Year | 3 Years | 5 Years | 10 Years | Since Inception | Inception Date |
| **Total Fund** | 142,297,301 | 100.00 | 0.73 | 0.73 | 0.73 | 9.97 | 10.01 | 9.71 | 4.66 | 4.83 | 4.23 | 10/1/2013 |
| Total Fund Policy | | | | | | | | | | | | |
|   Value Added | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **US Equity Composite** | 8,448,467 | 5.94 | 2.34 | 2.34 | 2.34 | | | | | | 14.32 | 2/1/2025 |
| S&P 500 Index | | | 2.34 | 2.34 | 2.34 | | | | | | 14.34 | |
|   Value Added | | | 0.00 | 0.00 | 0.00 | | | | | | -0.01 | |
| **Fidelity 500 Index Fund** | 8,448,467 | 5.94 | 2.34 | 2.34 | 2.34 | | | | | | 14.32 | 2/1/2025 |
| S&P 500 Index | | | 2.34 | 2.34 | 2.34 | | | | | | 14.34 | |
|   Value Added | | | 0.00 | 0.00 | 0.00 | | | | | | -0.01 | |
| | | | | | | | | | | | | |
| **Global Equity Composite** | 16,211,593 | 11.39 | 1.89 | 1.89 | 1.89 | 21.00 | 22.31 | 21.21 | 14.49 | 11.28 | 10.33 | 10/1/2013 |
| Global Equity Policy | | | 1.99 | 1.99 | 1.99 | 20.93 | 22.29 | 21.31 | 14.61 | 11.24 | 10.25 | |
|   Value Added | | | -0.10 | -0.10 | -0.10 | 0.07 | 0.02 | -0.10 | -0.12 | 0.04 | 0.08 | |
| **Vanguard Total World Stock** | 16,211,593 | 11.39 | 1.89 | 1.89 | 1.89 | 21.00 | 22.31 | 21.21 | 14.49 | | 11.55 | 7/1/2018 |
| FTSE Global All Cap Net Tax (US RIC) Idx | | | 1.99 | 1.99 | 1.99 | 20.93 | 22.29 | 21.31 | 14.61 | | 11.60 | |
|   Value Added | | | -0.10 | -0.10 | -0.10 | 0.07 | 0.02 | -0.10 | -0.12 | | -0.06 | |

# Asset Allocation & Performance

## NMI Settlement Fund
*Periods Ended October 31, 2025*

| | Allocation | | Performance (%) Net of Fees | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market Value $ | % | 1 Month | QTD | FYTD | YTD | 1 Year | 3 Years | 5 Years | 10 Years | Since Inception | Inception Date |
| **Fixed Income Composite** | 80,113,174 | 56.30 | 0.53 | 0.53 | 0.53 | 7.47 | 7.35 | 7.86 | 2.82 | 3.70 | 3.31 | 10/1/2013 |
| Fixed Income Policy | | | 0.43 | 0.43 | 0.43 | 6.75 | 6.74 | 7.06 | 1.78 | 3.15 | 3.06 | |
| Value Added | | | 0.10 | 0.10 | 0.10 | 0.72 | 0.60 | 0.80 | 1.05 | 0.55 | 0.25 | |
| **PGIM High Yield** | 28,213,080 | 19.83 | 0.18 | 0.18 | 0.18 | 8.00 | 8.54 | 10.10 | | | 4.46 | 2/1/2021 |
| Blmbrg Barc U.S. High Yield 1% Issuer Cap | | | 0.16 | 0.16 | 0.16 | 7.39 | 8.15 | 10.21 | | | 4.43 | |
| Value Added | | | 0.02 | 0.02 | 0.02 | 0.61 | 0.39 | -0.11 | | | 0.04 | |
| **Dodge & Cox Income Fund** | 39,220,333 | 27.56 | 0.78 | 0.78 | 0.78 | 7.78 | 7.00 | 7.20 | 1.46 | 3.20 | 2.96 | 11/1/2014 |
| Blmbg. U.S. Aggregate Index | | | 0.62 | 0.62 | 0.62 | 6.80 | 6.16 | 5.60 | -0.24 | 1.90 | 1.90 | |
| Value Added | | | 0.16 | 0.16 | 0.16 | 0.98 | 0.84 | 1.60 | 1.69 | 1.30 | 1.05 | |
| **Vanguard Short-Term Bond** | 12,679,606 | 8.91 | 0.43 | 0.43 | 0.43 | 5.29 | 5.62 | 5.10 | 1.45 | | 2.47 | 7/1/2018 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | | | 0.37 | 0.37 | 0.37 | 5.26 | 5.61 | 5.13 | 1.48 | | 2.51 | |
| Value Added | | | 0.06 | 0.06 | 0.06 | 0.03 | 0.01 | -0.03 | -0.03 | | -0.04 | |
| **Fidelity Strategic Real Return** | 37,377,288 | 26.27 | 0.32 | 0.32 | 0.32 | 8.62 | 8.09 | 6.84 | | | 4.86 | 8/1/2022 |
| Fidelity Strategic Real Return Policy | | | | | | | | | | | | |
| Value Added | | | | | | | | | | | | |
| **Mutual Fund Cash** | 146,779 | 0.10 | 0.35 | 0.35 | 0.35 | 3.51 | 4.29 | 4.79 | 3.05 | 2.09 | 1.70 | 10/1/2013 |
| **Special Purpose Fund** | 9,187 | | 0.34 | 0.34 | 0.34 | 3.54 | | | | | 3.93 | 12/1/2024 |

# Wilshire

# Cash Flow Summary
## Total Fund
*One Month Ending October 31, 2025*

| | Begin Value | Net Cash Flow | Expenses | Capital Apprec./ Deprec. | End Value |
|---|---|---|---|---|---|
| **Total Fund** | 145,241,977 | -4,000,000 | -6,627 | 1,061,951 | 142,297,301 |
| | | | | | |
| **US Equity Composite** | 8,255,517 | | | 192,950 | 8,448,467 |
| Fidelity 500 Index Fund | 8,255,517 | | | 192,950 | 8,448,467 |
| | | | | | |
| **Global Equity Composite** | 15,910,331 | | | 301,261 | 16,211,593 |
| Vanguard Total World Stock | 15,910,331 | | | 301,261 | 16,211,593 |
| | | | | | |
| **Fixed Income Composite** | 83,667,891 | -4,000,000 | | 445,284 | 80,113,174 |
| Vanguard Short-Term Bond | 12,624,962 | | | 54,644 | 12,679,606 |
| PGIM High Yield | 28,161,487 | | | 51,593 | 28,213,080 |
| Dodge & Cox Income Fund | 42,881,288 | -4,000,000 | | 339,045 | 39,220,333 |
| | | | | | |
| **Real Return Composite** | 37,256,322 | | | 120,966 | 37,377,288 |
| Fidelity Strategic Real Return | 37,256,322 | | | 120,966 | 37,377,288 |
| | | | | | |
| Mutual Fund Cash | 151,915 | | -6,627 | 1,490 | 146,779 |
| | | | | | |
| Special Purpose Fund | 9,157 | | | 31 | 9,187 |

**Wilshire**

# Historical Hybrid Composition
## Total Fund Composite
### *As of October 31, 2025*

| Policy Index | Weight (%) | Policy Index | Weight (%) |
|---|---|---|---|
| **Jan-2025** | | **Jan-2021** | |
| S&P 500 Index | 5.00 | Blmbg. U.S. Aggregate Index | 40.65 |
| FTSE Global All Cap Net Tax (US RIC) Index | 10.00 | ICE BofA High Yield BB-B Constrained Index | 29.26 |
| Blmbg. U.S. Aggregate Index | 30.00 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 9.65 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 | FTSE Global All Cap Net Tax (US RIC) Index | 20.44 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 | | |
| Fidelity Custom Index | 25.00 | **Dec-2020** | |
| | | Blmbg. U.S. Aggregate Index | 45.31 |
| **Aug-2022** | | ICE BofA High Yield BB-B Constrained Index | 20.64 |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.83 |
| Blmbg. U.S. Aggregate Index | 30.00 | FTSE Global All Cap Net Tax (US RIC) Index | 17.22 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 | | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 | **Nov-2020** | |
| Fidelity Custom Index | 25.00 | Blmbg. U.S. Aggregate Index | 45.85 |
| | | ICE BofA High Yield BB-B Constrained Index | 20.37 |
| **Jul-2022** | | Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.10 |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 | FTSE Global All Cap Net Tax (US RIC) Index | 16.68 |
| Blmbg. U.S. Aggregate Index | 30.00 | | |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 | **Oct-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 | Blmbg. U.S. Aggregate Index | 46.73 |
| 90 Day U.S. Treasury Bill | 25.00 | ICE BofA High Yield BB-B Constrained Index | 20.12 |
| | | Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.74 |
| **Feb-2021** | | FTSE Global All Cap Net Tax (US RIC) Index | 15.41 |
| Blmbg. U.S. Aggregate Index | 40.00 | | |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 30.00 | **Sep-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 | Blmbg. U.S. Aggregate Index | 46.55 |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.00 | ICE BofA High Yield BB-B Constrained Index | 20.10 |
| | | Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.67 |
| | | FTSE Global All Cap Net Tax (US RIC) Index | 15.68 |

# Wilshire

# Historical Hybrid Composition
## Total Fund Composite
### As of October 31, 2025

| Policy Index | Weight (%) | | Policy Index | Weight (%) |
|---|---|---|---|---|
| **Dec-2019** | | | **Apr-2014** | |
| Blmbg. U.S. Aggregate Index | 50.00 | | MSCI AC World Index (Net) | 15.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 | | ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 | | Blmbg. U.S. Aggregate Index | 45.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 10.00 | | Blmbg. Intermed. U.S. Government/Credit | 20.00 |
| | | | | |
| **Oct-2019** | | | **Oct-2013** | |
| Blmbg. U.S. Aggregate Index | 40.00 | | TF Policy custom1 | 100.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 | | | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 15.00 | | | |
| FTSE Global All Cap Net Tax (US RIC) Index | 25.00 | | | |
| | | | | |
| **Jul-2018** | | | | |
| Blmbg. U.S. Aggregate Index | 50.00 | | | |
| ICE BofA High Yield BB-B Constrained Index | 32.00 | | | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.00 | | | |
| FTSE Global All Cap Net Tax (US RIC) Index | 6.00 | | | |
| | | | | |
| **Jan-2018** | | | | |
| Blmbg. U.S. Aggregate Index | 50.00 | | | |
| ICE BofA High Yield BB-B Constrained Index | 32.00 | | | |
| MSCI AC World Index (Net) | 6.00 | | | |
| Blmbg. Intermed. U.S. Government/Credit | 12.00 | | | |
| | | | | |
| **Oct-2016** | | | | |
| TF Policy custom2 | 100.00 | | | |
| | | | | |
| **Jan-2015** | | | | |
| MSCI AC World Index (Net) | 10.00 | | | |
| ICE BofA High Yield BB-B Constrained Index | 20.00 | | | |
| Blmbg. U.S. Aggregate Index | 50.00 | | | |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 | | | |

**Wilshire**

# Historical Hybrid Composition

## Global Equity Composite
*As of October 31, 2025*

| Policy Index | Weight (%) |
|---|---|
| **Jul-2018** | |
| FTSE Global All Cap Net Tax (US RIC) Index | 100.00 |
| | |
| **Oct-2013** | |
| MSCI AC World Index (Net) | 100.00 |

**Wilshire**

# Historical Hybrid Composition
## Fixed Income Composite
*As of October 31, 2025*

| Policy Index | Weight (%) | Policy Index | Weight (%) |
|---|---|---|---|
| **Jul-2022** | | **Sep-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.67 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.96 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 33.33 | ICE BofA High Yield BB-B Constrained Index | 23.84 |
| Blmbg. U.S. Aggregate Index | 50.00 | Blmbg. U.S. Aggregate Index | 55.20 |
| **Feb-2021** | | **Dec-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.50 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 22.22 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 37.50 | ICE BofA High Yield BB-B Constrained Index | 22.22 |
| Blmbg. U.S. Aggregate Index | 50.00 | Blmbg. U.S. Aggregate Index | 55.56 |
| **Jan-2021** | | **Oct-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.13 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| ICE BofA High Yield BB-B Constrained Index | 36.78 | ICE BofA High Yield BB-B Constrained Index | 26.67 |
| Blmbg. U.S. Aggregate Index | 51.09 | Blmbg. U.S. Aggregate Index | 53.33 |
| **Dec-2020** | | **Jul-2018** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.33 | Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 24.93 | ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 54.74 | Blmbg. U.S. Aggregate Index | 53.19 |
| **Nov-2020** | | **Jan-2018** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.52 | Blmbg. Intermed. U.S. Government/Credit | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 24.45 | ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 55.03 | Blmbg. U.S. Aggregate Index | 53.19 |
| **Oct-2020** | | **Oct-2016** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.98 | Fixed Income Policy custom2 | 100.00 |
| ICE BofA High Yield BB-B Constrained Index | 23.78 | **Jan-2015** | |
| Blmbg. U.S. Aggregate Index | 55.24 | ICE BofA High Yield BB-B Constrained Index | 22.20 |
| | | Blmbg. Intermed. U.S. Government/Credit | 22.20 |
| | | Blmbg. U.S. Aggregate Index | 55.60 |

**Wilshire**

# Historical Hybrid Composition

## Fixed Income Composite
### *As of October 31, 2025*

| Policy Index | Weight (%) |
|---|---|
| **Apr-2014** | |
| ICE BofA High Yield BB-B Constrained Index | 23.55 |
| Blmbg. Intermed. U.S. Government/Credit | 23.55 |
| Blmbg. U.S. Aggregate Index | 52.90 |
| | |
| **Oct-2013** | |
| Fixed Income Policy custom1 | 100.00 |