# EXHIBIT 12

**NMISF PENDING ADMINISTRATIVE CASES REPORT**

| ** | Case Number | Case Name | Adjudication Level | Nature of Matter | Procedural Posture |
|---|---|---|---|---|---|
| 1 | 26-001 | E. Reyes | Pre-Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 2 | 25-001 | D. Taitingfong | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 3 | 25-002 | H. Babauta | Pre-Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 4 | 25-003 | J. Pangelinan | Pre-Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 5 | 25-004 | V. Cepeda | Pre-Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 6 | 24-001 | U. Galvan | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 7 | 24-002 | R. Aguon | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 8 | 24-003 | J. Aldan | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 9 | 24-004 | R. Duenas | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 10 | 24-005 | E. Benjamin | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 11 | 24-006 | V. Deleon Guerrero | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 12 | 22-001 | D. Castro | Hearing Officer | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending hearing schedule |
| 13 | 22-003 | J. Basiou | Mediation | Overpayment of benefits after death | Pending pre-mediation schedule |

| # | Case No. | Name | Type | Issue | Status |
|---|---|---|---|---|---|
| 14 | 21-004 | R. Eugenio | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 15 | 21-006 | J. Aguon | Mediation | Ineligibility for five-year credit pursuant to Article III, Section 20(a) of the NMI Constitution | Pending mediation schedule |
| 16 | 16-002 | R. Camacho | Arbitrator | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending arbitration schedule |
| 17 | 16-004 | J. Castro | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 18 | 16-006 | J. Untalan | Mediation | Recoupment of survivor benefits due to ineligibility | Pending pre-mediation schedule |
| 19 | 16-008 | G. Kiyoshi | Mediation | Recoupment of disability overpayments due to Social Security benefits | Pending pre-mediation schedule |
| 20 | 15-002 | K. Delafield | Mediation | Double dipping | Pending pre-mediation schedule |
| 21 | 15-004 | O. Babauta | Mediation | Improper computation of retirement benefits | Pending pre-mediation schedule |
| 22 | 15-006 | L. Ilal | Mediation | Improper computation of credited service and retirement benefits | Pending pre-mediation schedule |
| 23 | 15-007 | I. Dela Cruz | Mediation | Double dipping and underpayment of contributions | Pending pre-mediation schedule |
| 24 | 14-001 | S. Igisomar | Mediation | Improper calculation of retirement eligibility | Pending pre-mediation schedule |
| 25 | 14-002 | A. Igitol | Mediation | Overpayment of survivor benefits | Pending pre-mediation schedule |
| 26 | 13-001 | F. Borja | Mediation | Double dipping | Pending mediation schedule |
| 27 | 13-003 | I. Rengiil | Mediation | Recoupment of disability COLA | Pending mediation schedule |
| 28 | 13-005 | A. Sondheim | Mediation | Rejection of PL 17-82 application | Pending mediation schedule |
| 29 | 13-007 | A. Gabaldon | Mediation | Recoupment of disability overpayment | Pending mediation schedule |
| 30 | 12-001 | L. Dailey | Mediation | Recoupment of disability COLA | Pending mediation schedule |
| 31 | 12-003 | L. Tenorio | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation schedule |
| 32 | 12-004 | F. Reyes | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 33 | 12-005 | J. Reyes | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 34 | 12-007 | A. Muna | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 35 | 12-008 | P. Pangelinan | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation schedule |
| 36 | 12-011 | M. Igitol | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |

| # | Case | Name | Stage | Description | Status |
|---|---|---|---|---|---|
| 37 | 12-012 | A. Falig | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 38 | 12-013 | J. Kintol | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 39 | 12-015 | F. Fejeran | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 40 | 12-017 | J. Cabrera | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 41 | 12-019 | E. Borja | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 42 | 12-020 | D. Quitugua | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation schedule |
| 43 | 12-021 | A. Mangarero | Pre-Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 44 | 12-022 | A. Palacios | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation |
| 45 | 12-023 | P. Castro | Pre-Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 46 | 12-029 | M. Duenas | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 47 | 12-030 | A. Celis | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 48 | 12-031 | E. Castro | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 49 | 12-033 | M. Santos | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 50 | 12-035 | F. Fejeran | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation schedule |
| 51 | 12-043 | F. Toves | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 52 | 12-044 | A. Cruz | Pre-Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending pre-mediation schedule |
| 53 | 12-045 | J. Tenorio | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending mediation |

| | | | | | |
|---|---|---|---|---|---|
| 54 | 12-049 | P. Concepcion | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 55 | 12-052 | H. Taitano | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 56 | 12-055 | F. Deleon Guerrero | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 57 | 12-056 | E. Borja | Mediation | Overpayment of benefits due to improper inclusion of overtime hours in benefit computation | Pending pre-mediation schedule |
| 58 | 12-057 | J. Ngeskebei | Mediation | Recoupment of overpayment of benefits due to improper inclusion of overtime & compensatory time hours in benefit computation | Pending mediation schedule |
| 59 | 12-067 | J. Babauta | Mediation | Double dipping | Pending pre-mediation schedule |
| 60 | Various | T. Overtime | Mediation | Recoupment in 23 cases where overtime and compensatory time were improperly used in benefit computation | Pending pre-mediation schedule |
| 61 | 11-001 | F. Atalig | Mediation | Re-admission | Pending pre-mediation schedule |
| 62 | 10-006 | I. Seglem | Mediation | Recoupment of disability COLA | Pending pre-mediation schedule |
| 63 | 09-009 | W. Torres | Mediation | Double dipping | Pending pre-mediation schedule |
| 64 | 08-001 | I. Piteg | Mediation | Survivor benefits | Pending pre-mediation schedule |