# EXHIBIT 13

**NMISF SETTLED ADMINISTRATIVE CASES OUTSIDE MEDIATION**
**FY 2025**

| ** | Case/OA-SF No. | Case Name | Nature of Matter | Amount Paid | Amount Owed |
|---|---|---|---|---|---|
| 1 | 12-018 | R. Agulto | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 32,227.33 |
| 2 | 25-L196 | J. Agulto | Overpayment of retirement benefits after death | | $ 58.22 |
| 3 | 25-L200 | J. Agulto | Underpayment of retirement benefits based on improper credited service | $ 1,122.33 | |
| 4 | 24-L308 | L. Arriola | Overpayment of retirement benefits after death | | $ 68.44 |
| 5 | 25-L010 | E. Benavente | Overpayment of retirement benefits after death | | $ 138.16 |
| 6 | 25-L179 | F. Borja | Overpayment of retirement benefits after death | | $ 581.00 |
| 7 | 25-L177 | A. Cabrera | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation, improper computation of the early retirement bonus, and benefits after death | | $ 10,662.99 |
| 8 | 24-L144 | I. Cabrera | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation, improper computation of the early retirement bonus, and benefits after death | | $ 1,640.47 |
| 9 | 12-032 | R. Cabrera | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 4,805.87 |
| 10 | 12-061 | J. Calvo | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 39,021.04 |
| 11 | 12-051 | F. Camacho | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 3,008.10 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | 25-L186 | S. Camacho | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation and overpayment of benefits due to improper computation of leave without pay hours | | $ 793.82 |
| 13 | 25-L158 | R. Castro | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 1,684.90 |
| 14 | 12-060 | D. Chong | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 22,259.89 |
| 15 | 25-L035 | H. Cole | Overpayment of retirement benefits after death | | $ 486.66 |
| 16 | 12-072 | E. Concepcion | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 3,745.31 |
| 17 | 25-L054 | E. Cruz | Underpayment of disability benefits due to incorrect computation of earnings | $ 45,713.79 | |
| 18 | 25-L134 | V. Flores | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 3,090.23 |
| 19 | 25-L202 | G. Haberman | Underpayment of retirement benefits due to improper computation of average annual salary | $ 3,939.36 | |
| 20 | 25-L076 | P. Helgen | Overpayment of retirement benefits after death | | $ 511.14 |
| 21 | 25-L040 | D. Igisomar | Overpayment of survivor benefits, which were based on retiree's benefits that improperly included overtime and compensatory time hours in benefit computation | | $ 677.13 |
| 22 | 25-L043 | D. Igisomar | Overpayment of survivor benefits, which were based on retiree's benefits that improperly included overtime and compensatory time hours in benefit computation | | $ 857.85 |
| 23 | 25-L131 | I. Jones | Overpayment of survivor benefits, which were based on retiree's benefits that improperly included overtime and compensatory time hours in benefit computation | | $ 260.69 |
| 24 | 25-L133 | I. Jones | Overpayment of survivor benefits, which were based on retiree's benefits that improperly included overtime and compensatory time hours in benefit computation | | $ 82.65 |

| # | Case No. | Name | Description | | |
|---|---|---|---|---|---|
| 25 | 25-L132 | W. Jones | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 52.00 |
| 26 | 25-L036 | J. Kaufman | Overpayment of retirement benefits after death | | $ 370.27 |
| 27 | 12-071 | H. Manglona | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 3,326.13 |
| 28 | 25-L007 | J. Manglona | Overpayment of survivor benefits due to remarriage | | $ 2,699.99 |
| 29 | 24-L304 | P. Manglona | Overpayment of retirement benefits due to improper inclusion of sick leave hours in benefit computation | | $ 2,258.46 |
| 30 | 24-L305 | P. Manglona | Refund of employee contributions due to overpaid interest | $ 7,711.69 | |
| 31 | 24-L234 | E. Matsunaga | Overpayment of survivor benefits, which were based on retiree's benefits that improperly included overtime and compensatory time hours in benefit computation | | $ 1,018.52 |
| 32 | 25-L029 | E. Matsunaga | Overpayment of survivor benefits, which were based on retiree's benefits that improperly included overtime and compensatory time hours in benefit computation | | $ 608.30 |
| 33 | 25-L064 | J. Mendiola | Underpayment of employee contributions | | $ 6,949.31 |
| 34 | 24-L233 | C. Mesik | Overpayment of retirement benefits after death | | $ 110.96 |
| 35 | 25-L176 | L. Ogo | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 2,019.81 |
| 36 | 25-L078 | C. Ogumoro | Underpayment of survivor benefits, which were based on retiree's benefits, due to improper computation of average annual salary and credited service in retiree's benefit computation | $ 70.88 | |
| 37 | 25-L065 | H. Ogumoro | Underpayment of survivor benefits, which were based on retiree's benefits, due to improper computation of average annual salary and credited service in retiree's benefit computation | $ 14,891.45 | |
| 38 | 11-063 | J. Olopai | Overpayment of disability benefits due to non-conversion of disability benefits to normal retirement benefits at 62 years of age | | $ 386.89 |
| 39 | 25-L140 | J. Olopai | Underpayment of retirement benefits due to incorrect average annual salary | $ 133.67 | |

| # | | Name | Description | | |
|---|---|---|---|---|---|
| 40 | 25-L147 | J. Olopai | Overpayment of retirement benefits after death | | $ 24.90 |
| 41 | 25-L157 | E. Palacios | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 363.90 |
| 42 | 25-L050 | T. Palacios | Underpayment of employee contributions | | $ 12,363.59 |
| 43 | 25-L038 | V. Palacios | Overpayment of retirement benefits after death | | $ 220.65 |
| 44 | 25-L037 | C. Reyes | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 426.41 |
| 45 | 23-L136 | R. Reyes | Overpayment of survivor benefits, which were based on the improper computation of retiree's benefits that included overtime and compensatory time hours in benefit computation | | $ 99.27 |
| 46 | 23-L133 | J. Robert | Overpayment of retirement benefits based on improper credited service and benefits paid after death | | $ 2,174.82 |
| 47 | 25-L058 | D. Sablan | Underpayment of retirement benefits due to improper computation of average annual salary | $ 27,447.82 | |
| 48 | 12-073 | J. Sablan | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 1,344.90 |
| 49 | 25-L073 | J. Sablan | Overpayment of retirement benefits after death | | $ 231.56 |
| 50 | 12-006 | R. Sablan | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 40,433.90 |
| 51 | 25-L024 | B. Sanchez | Underpayment of employee contributions | | $ 105.00 |
| 52 | 24-L257 | B. Sanchez | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ - |
| 53 | 12-074 | J. Sanchez | Overpayment of retirement benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 3,245.07 |
| 54 | 25-L099 | F. Salas | Overpayment of retirement benefits after death | | $ 259.68 |
| 55 | 25-L099 | F. Salas | Underpayment of retirement benefits based on incorrect average annual salary | $ 3,137.64 | |

| 56 | 25-L181 | R. Salas | Overpayment of survivor benefits, which were based on retiree's benefits, due to retiree's ineligiblity for cost of living adjustment | | $ | 831.23 |
|---|---|---|---|---|---|---|
| 57 | 24-L299 | B. Sawer | Overpayment of retirement benefits after death | | $ | 6,801.79 |
| 58 | 24-L301 | B. Teigita | Overpayment of survivor benefits after death | | $ | 1,048.29 |
| 59 | 25-L149 | M. Trianni | Overpayment of retirement benefits after death | | $ | 7,652.47 |

**NMISF SETTLED CASES OUTSIDE MEDIATION**
**FY 2026**

| ** | Case/ OA-SF No. | Case Name | Nature of Matter | Amount Paid | Amount Owed |
|---|---|---|---|---|---|
| 1 | 26-L223 | F. Aguon | Underpayment of employee contributions | | $ 13,452.00 |
| 2 | 26-L006 | T. Aguon | Underpayment of employee contributions | | $ 5,114.33 |
| 3 | 26-L001 | L. Duenas | Underpayment of retirement benefits due to improper credited service | $ 1,009.33 | |
| 4 | 26-L002 | L. Duenas | Overpayment of retirement benefits after death | | $ 104.46 |
| 5 | 26-L214 | M. McQuay | Overpayment of retirement benefits after death | | $ 133.84 |