UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself and as a representative of a class of similarly situated persons, | No. 23-16074 |
| Plaintiff, | D.C. No. 1:09-cv-00023<br>District of the Northern Mariana Islands, Saipan |
| and | |
| ROSA A. CAMACHO, Retiree and Member of the Settlement Class, | ORDER |
| Plaintiff-Appellant, | |
| v. | |
| RALPH DLG. TORRES, Governor of the Commonwealth of the Northern Mariana Islands, | |
| Defendant, | |
| and | |
| NORTHERN MARIANA ISLANDS SETTLEMENT FUND, | |
| Defendant-Appellee. | |

F I L E D
Clerk
District Court
DEC 08 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

Before: MURGUIA, Chief Judge, and GRABER and MENDOZA, Circuit Judges.

Appellant's motion, Dkt. No. 45, is GRANTED in part. The effect of the panel's Opinion filed on November 20, 2025, is stayed pending the Supreme Court of the Commonwealth of the Northern Mariana Islands' resolution of Plaintiff's

November 7, 2025, Petition for Rehearing. The mandate is stayed pending further order of the court. The parties shall notify the Clerk of this court within seven days of the Commonwealth Supreme Court's resolution of the Petition for Rehearing.