UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 10 2025
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself and as a representative of a class of similarly situated persons, | No.   23-16074 |
| Plaintiff, | D.C. No. 1:09-cv-00023 District of the Northern Mariana Islands, Saipan |
| and | |
| ROSA A. CAMACHO, Retiree and Member of the Settlement Class, | ORDER |
| Plaintiff-Appellant, | |
| v. | |
| RALPH DLG. TORRES, Governor of the Commonwealth of the Northern Mariana Islands, | |
| Defendant, | |
| and | |
| NORTHERN MARIANA ISLANDS SETTLEMENT FUND, | |
| Defendant-Appellee. | |

F I L E D
Clerk
District Court
DEC 11 2025
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

Before: MURGUIA, Chief Judge, and GRABER and MENDOZA, Circuit Judges.

In light of the Supreme Court of the Commonwealth of the Northern Mariana Islands' denial of Plaintiff's Petition for Rehearing, the panel's December 5, 2025, stay of the mandate in this court is lifted.  The mandate shall issue

forthwith.

Case 1:09-cv-00023     Document 896     Filed 12/11/25     Page 2 of 2
Case: 23-16074, 12/10/2025, ID: 12943666, DktEntry: 48, Page 2 of 2

2