UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself and as a representative of a class of similarly situated persons, <br><br> Plaintiff, <br><br> and <br><br> ROSA A. CAMACHO, Retiree and Member of the Settlement Class, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> RALPH DLG. TORRES, Governor of the Commonwealth of the Northern Mariana Islands, <br><br> Defendant, <br><br> and <br><br> NORTHERN MARIANA ISLANDS SETTLEMENT FUND, <br><br> Defendant - Appellee. | No. 23-16074 <br><br> D.C. No. 1:09-cv-00023 <br> U.S. District Court for the Northern Mariana Islands, Saipan <br><br> **MANDATE** |

F I L E D
Clerk
District Court

DEC 12 2025

for the Northern Mariana Islands
By_____
(Deputy Clerk)

The judgment of this Court, entered November 20, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT