LAW OFFICES
# CIVILLE & TANG, PLLC
330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT B**

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

**In Reference To:** NMI SETTLEMENT FUND

August 8, 2025
Client # N13.1373.01
Invoice # 60383

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/8/2025 | JCT | REVIEW ▉ RE ▉ | 0.30 | 105.00 |
| | JCT | REVIEW ▉ RE ▉. | 0.80 | 280.00 |
| 7/9/2025 | JCT | REVIEW ▉ RE ▉; WEEKLY TEAM CALL TO DISCUSS ▉ | 2.00 | 700.00 |
| 7/10/2025 | JCT | CALL WITH M. RALBOLVSKY RE ▉; CALL WITH L. PANGELINAN RE ▉; CALL WITH N. RIPPLE TO DISCUSS ▉; EMAIL TO TEAM RE ▉ REVIEW ▉ | 2.80 | 980.00 |
| 7/16/2025 | JCT | WEEKLY CALL WITH TEAM TO ▉ RE ▉, ▉, ▉, ▉ RE ▉, DISCUSS ▉ | 2.80 | 980.00 |
| 7/17/2025 | JCT | CALL WITH L. PANGELINAN RE ▉ | 0.70 | 245.00 |
| 7/18/2025 | JCT | REVIEW ▉ AND ▉; WEEKLY CALL WITH TEAM. | 2.00 | 700.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our
Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND                                                                                                Page        2
Client #      N13.1373.01
Invoice #     60383
August 8, 2025

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/24/2025 | JCT | REVIEW AND FINALIZE ▮▮▮; COMM WITH TEAM RE ▮▮▮ | 0.80 | 280.00 |
| 7/25/2025 | JCT | COMM WITH L. PANGELINAN RE ▮▮▮ ▮▮▮ | 0.40 | 140.00 |
| 7/31/2025 | JCT | WEEKLY CALL WITH TEAM TO DISCUSS ▮▮▮. | 1.00 | 350.00 |
| **Subtotal Professional Services:** | | | **13.60** | **$4,760.00** |
| **GROSS RECEIPTS TAX** | | | | **$119.00** |
| **TOTAL CURRENT CHARGES** | | | | **$4,879.00** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business