LAW OFFICES
# CIVILLE & TANG, PLLC
330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT C**

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

September 11, 2025
Client #  N13.1373.01
Invoice #  60581

**In Reference To:**  NMI SETTLEMENT FUND

## PROFESSIONAL SERVICES

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 8/6/2025 | JCT | REVIEW ▮▮▮; WEEKLY TEAM CALL WITH N. RIPPLE AND G. SMITH. | 3.20 | 1,120.00 |
| 8/12/2025 | JCT | CALL WITH L. PANGELINAN RE ▮▮▮; REVIEW ▮▮▮; COMM WITH M. SCHULTZ RE ▮▮▮; CALL WITH D. FISHER RE ▮▮▮ | 1.60 | 560.00 |
| 8/18/2025 | JCT | ISSUES AND MEETING WITH MARISSA FLORES RE ▮▮▮ | 0.50 | 175.00 |
| 8/25/2025 | JCT | REVIEW ▮▮▮ | 0.80 | 280.00 |
| 8/26/2025 | JCT | CALL WITH L. PANGELINAN RE ▮▮▮; REVIEW ▮▮▮ | 0.50 | 175.00 |
| 8/27/2025 | JCT | REVIEW AND REVISE ▮▮▮; WEEKLY TEAM CALL TO REVIEW ▮▮▮; REVISE ▮▮▮; PREPARE ▮▮▮ | 4.50 | 1,575.00 |
| 8/28/2025 | JCT | TRAVEL ▮▮▮ MEET WITH LEGISLATURE TO DISCUSS ▮▮▮; MEETING WITH LAWRENCE CAMACHO ▮▮▮ REGARDING ▮▮▮ | 10.20 | 3,570.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
*Civille & Tang, PLLC appreciates your business.*

NMI SETTLEMENT FUND                                                                                                  Page    2
Client #    N13.1373.01
Invoice #   60581
September 11, 2025

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/29/2025 | JCT | MEETING WITH ESTHER MUNA ▇▇▇ ▇▇▇ RE ▇▇▇; MEET WITH TEAM TO REVIEW/DISCUSS ▇▇▇ RETURN ▇▇▇; CALL WITH N. RIPPLE RE ▇▇▇; REVISE ▇▇▇; CALL WITH L. PANGELINAN RE ▇▇▇; REVIEW ▇▇▇ RE ▇▇▇. | 2.50 | 875.00 |
|  | JCT | MEETING WITH M. RALBOLVSKY (WILSHIRE INVESTMENTS) REGARDING ▇▇▇ | 0.70 | 245.00 |
| **Subtotal Professional Services:** |  |  | **24.50** | **$8,575.00** |
| **GROSS RECEIPTS TAX** |  |  |  | **$214.38** |
| **TOTAL CURRENT CHARGES** |  |  |  | **$8,789.38** |
| **BALANCE DUE** |  |  |  | **$8,789.38** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment. Civille & Tang, PLLC appreciates your business.*