LAW OFFICES
## CIVILLE & TANG, PLLC
330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT D**

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

**In Reference To:** NMI SETTLEMENT FUND

October 9, 2025
Client #  N13.1373.01
Invoice #  60778

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/2/2025 | JCT | REVIEW [redacted] | 1.00 | 350.00 |
| 9/3/2025 | JCT | WEEKLY TEAM CALL. | 1.50 | 525.00 |
| 9/4/2025 | JCT | WEEKLY TEAM MEETING RE [redacted] | 1.20 | 420.00 |
| 9/8/2025 | JCT | CONF WITH M. RALBOLVSKY RE [redacted]; CONF WITH L. PANGELINAN RE [redacted] | 0.40 | 140.00 |
| 9/18/2025 | JCT | CALL WITH L. PANGELINAN RE [redacted]; REVIEW [redacted] RE [redacted] | 0.70 | 245.00 |
|  | JCT | WEEKLY TEAM CALL RE [redacted] | 1.80 | 630.00 |
| 9/19/2025 | JCT | CONF WITH L. PANGELINAN; REVISE AND FINALIZE [redacted] RE [redacted]. | 0.60 | 210.00 |
| 9/22/2025 | JCT | CONF WITH TEAM RE [redacted]; REVIEW [redacted] RE [redacted]; CONF WITH TEAM RE [redacted]; [redacted]; CALL WITH CONGRESSWOMAN KIM HINDS RE [redacted] | 3.00 | 1,050.00 |
| 9/23/2025 | JCT | REVIEW [redacted] RE [redacted]; REVIEW [redacted]; CALL WITH L. PANGELINAN RE [redacted]; REVIEW [redacted] | 4.50 | 1,575.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND                                                                 Page    2
Client #     N13.1373.01
Invoice #    60778
October 9, 2025

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
|  |  | RE ▮▮▮; ATTEND ▮▮▮; REVIEW ▮▮▮. |  |  |
| 9/24/2025 | JCT | MULTIPLE CALLS WITH L. PANGELINAN RE ▮▮▮ REVIEW ▮▮▮; REVIEW ▮▮▮ | 3.40 | 1,190.00 |
| 9/25/2025 | JCT | REVIEW ▮▮▮ ZOOM MEETING WITH GOV, LT. GOVERNOR AND DIR OF FINANCE, ZOOM MEETING WITH SENATE PRESIDENT AND SPEAKER RE ▮▮▮; REVIEW ▮▮▮ RE ▮▮▮ CALLS WITH L. PANGELINAN; REVIEW ▮▮▮ | 4.80 | 1,680.00 |
| 9/26/2025 | JCT | REVIEW ▮▮▮ REVIEW ▮▮▮ | 0.50 | 175.00 |
| 9/29/2025 | JCT | CALL WITH L. PANGELINAN RE ▮▮▮; CONF WITH M. RALBOLVSKY ABOUT ▮▮▮; REVIEW ▮▮▮ | 1.70 | 595.00 |
| 9/30/2025 | JCT | CALL WITH BOH RE ▮▮▮ | 0.30 | 105.00 |
|  |  | **Subtotal Professional Services:** | **25.40** | **$8,890.00** |
|  |  | **GROSS RECEIPTS TAX** |  | **$222.25** |
|  |  | **TOTAL CURRENT CHARGES** |  | **$9,112.25** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
*Civille & Tang, PLLC appreciates your business*