LAW OFFICES
# CIVILLE & TANG, PLLC

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT E**

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950
**In Reference To:**   NMI SETTLEMENT FUND

November 7, 2025
Client #  N13.1373.01
Invoice #  60972

## PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/1/2025 | JCT | CALL WITH TEAM; REVIEW ▮. | 1.50 | 525.00 |
| 10/2/2025 | JCT | CALL WITH L. PANGELINAN RE ▮ CONF WITH M. RALBOLVSKY RE ▮ | 2.00 | 700.00 |
| 10/3/2025 | JCT | CALLS WITH L. PANGELINAN; ATTEND ZOOM MEETING WITH LEGISLATURE BODY TO DISCUSS ▮. | 3.00 | 1,050.00 |
| 10/12/2025 | JCT | CALLS WITH L. PANGELINAN RE ▮; CALL WITH BOH ACCOUNT MANAGER (ED WON) RE ▮; DISCUSS WITH L.PANGELINAN ▮ | 3.00 | 1,050.00 |
| 10/15/2025 | JCT | CALLS WITH L. PANGELINAN RE ▮ PREPARE ▮ RE ▮; CALLS WITH BOH. | 2.50 | 875.00 |
| 10/23/2025 | JCT | WEEKLY TEAM CALLS. | 1.50 | 525.00 |
| 10/30/2025 | JCT | REVIEW ▮; MULTIPLE CALLS WITH N. RIPPLE AND L. PANGELINAN RE ▮; REVISE ▮ | 4.50 | 1,575.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
*Civille & Tang, PLLC appreciates your business.*

NMI SETTLEMENT FUND                                                                              Page       2
Client #    N13.1373.01
Invoice #   60972
November 7, 2025

|  |  | Hours | Amount |
|---|---|---:|---:|
| 10/31/2025 JCT | REVISE ▮▮▮▮▮ CALL WITH L. PANGELINAN RE ▮▮▮▮▮ CALL WITH N. RIPPLE RE ▮▮▮▮▮ | 3.50 | 1,225.00 |
| **Subtotal Professional Services:** |  | **21.50** | **$7,525.00** |
| **GROSS RECEIPTS TAX** |  |  | **$188.13** |
| **TOTAL CURRENT CHARGES** |  |  | **$7,713.13** |
| **BALANCE DUE** |  |  | **$7,713.13** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business