LAW OFFICES

# CIVILLE & TANG, PLLC

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT F**

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

December 5, 2025
Client #  N13.1373.01
Invoice #  61165

**In Reference To:**   NMI SETTLEMENT FUND

### **PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/3/2025 | SPC | REVIEWED ▆▆▆▆; DISCUSS WITH DAM ▆▆ | 0.40 | 120.00 |
| 11/7/2025 | SPC | REVIEWED ▆▆▆; REVIEWED ▆▆▆; DISCUSS ▆▆ | 0.30 | 90.00 |
| 11/14/2025 | JCT | REVIEW ▆▆▆ RE ▆▆▆. | 0.80 | 280.00 |
| | SPC | REVIEWED ▆▆▆ | 0.20 | 60.00 |
| 11/19/2025 | JCT | WEEKLY TEAM MEETING. | 1.60 | 560.00 |
| 11/20/2025 | JCT | MEETING WITH TEAM RE ▆▆▆ REVIEW AND REVISE ▆▆▆ RE ▆▆▆; CALL WITH K. HINDS (DELEGATE) RE ▆▆▆; CALL WITH NETCARE INSURANCE TO ▆▆▆ PREPARE ▆▆▆; CONF WITH T. MOYLAN; REVIEW ▆▆▆ | 5.20 | 1,820.00 |
| 11/21/2025 | JCT | TEL CONF WITH L. PANGELINAN RE ▆▆▆; TEAMS CALL WITH L. PANGELINAN AND TRACY NORITA (SECRETARY OF FINANCE) RE ▆▆▆ | 2.50 | 875.00 |
| | SPC | REVIEWED ▆▆▆; EMAILS WITH NTR REGARDING ▆▆▆ | 0.30 | 90.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page　　2
Client #　　N13.1373.01
Invoice #　　61165
December 5, 2025

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/22/2025 | JCT | COMM WITH CLASS COUNSEL RE ▮▮▮ | 0.30 | 105.00 |
| 11/24/2025 | JCT | CALL WITH TEAM RE ▮▮▮; REVIEW ▮▮▮; REVIEW ▮▮▮ INTERNAL DISCUSSION RE ▮▮▮; CALL WITH KIM HINDS (DELEGATE) RE ▮▮▮ | 3.00 | 1,050.00 |
|  | SPC | REVIEWED ▮▮▮ | 0.30 | 90.00 |
| 11/26/2025 | JCT | WEEKLY TEAM CALL; REVIEW ▮▮▮; REVISE REVIEW ▮▮▮; CALL WITH TEAM; CALL WITH NETCARE RE ▮▮▮ | 2.90 | 1,015.00 |
| 11/30/2025 | JCT | REVIEW ▮▮▮. | 2.50 | 875.00 |
|  |  | **Subtotal Professional Services:** | **20.30** | **$7,030.00** |
|  |  | **GROSS RECEIPTS TAX** |  | **$175.75** |
|  |  | **TOTAL CURRENT CHARGES** |  | **$7,205.75** |



*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our
Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.
Civille & Tang, PLLC appreciates your business*