LAW OFFICES

# CIVILLE & TANG, PLLC

**EXHIBIT 1**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950
**In Reference To:**  NMI SETTLEMENT FUND

July 9, 2025
Client #  N13.1373.01
Invoice #  60066

### PROFESSIONAL SERVICES

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/20/2025 | JCT | WEEKLY CALL WITH TEAM RE PENDING MATTERS. | 1.00 | 350.00 |
| 6/25/2025 | JCT | WEEKLY CALL WITH TEAM RE OUTSTANDING ISSUES INCLUDING RETIREMENT FUND MEMBERS WHO WERE NOT PAID OUT, PLAN TO RESOLVE RETIREMENT FUND MEMBERS, FINALIZE SETTLEMENT AGREEMENT WITH MEMBERS, AND RESOLVE VARIOUS PROBATE MATTERS/CLAIMS. | 1.20 | 420.00 |
| | **Subtotal Professional Services:** | | **2.20** | **$770.00** |
| | **GROSS RECEIPTS TAX** | | | **$19.25** |
| | **TOTAL CURRENT CHARGES** | | | **$789.25** |
| | **BALANCE DUE** | | | **$789.25** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our*
*Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business