LAW OFFICES
# CIVILLE & TANG, PLLC

**EXHIBIT 2**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

August 8, 2025
Client #  N13.1373.01
Invoice #  60383

**In Reference To:**  NMI SETTLEMENT FUND

**PROFESSIONAL SERVICES**

|   |   |   | Hours | Amount |
|---|---|---|---|---|
| 7/8/2025 | JCT | REVIEW COMM RE SB 24-27 RETIREES OVERPAYMENT OF BENEFITS AND REQUEST FOR MEETING. | 0.30 | 105.00 |
|  | JCT | REVIEW MEMO RE DC/DB INACTIVE MEMBERS AND RECOMMENDATIONS. | 0.80 | 280.00 |
| 7/9/2025 | JCT | REVIEW EMAIL UPDATES RE VARIOUS CASES; WEEKLY TEAM CALL TO DISCUSS VARIOUS MATTERS. | 2.00 | 700.00 |
| 7/10/2025 | JCT | CALL WITH M. RALBOLVSKY RE INACTIVES ISSUE AND POTENTIAL FUNDING ISSUE AND PROCESS; CALL WITH L. PANGELINAN RE OPT OUT LISTS AND INACTIVES ISSUE; CALL WITH N. RIPPLE TO DISCUSS PROCESS OF ADDRESSING INACTIVES AND NOTIFYING COURT VIA NOTICE OR MOTION ONCE INFORMATION IS COLLECTED; EMAIL TO TEAM RE SUMMARY OF CALL AND STEPS TO ADDRESS INACTIVES ISSUE; REVIEW MEMO FROM TEAM RE INACTIVES. | 2.80 | 980.00 |
| 7/16/2025 | JCT | WEEKLY CALL WITH TEAM TO ADDRESS NUMEROUS PENDING ISSUES RE INACTIVES, WAYS TO TRACK DOWN DEAD PEOPLE, WESTLAW SEARCHES, RESOLVE VARIOUS PROBATE ISSUES AND CONFLICT BETWEEN REG AND STATUTE RE DISTRIBUTION OF DEATH BENEFITS, DISCUSS PENDING SETTLEMENTS AND MATTERS. | 2.80 | 980.00 |
| 7/17/2025 | JCT | CALL WITH L. PANGELINAN RE GHLI REQUESTS RE RETIREE INFORMATION, MEDICARE COVERAGE ISSUES, ETC. | 0.70 | 245.00 |
| 7/18/2025 | JCT | REVIEW SUMMARY OF ISSUES AND MEMO FROM TEAM; WEEKLY CALL WITH TEAM. | 2.00 | 700.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND                                                                                          Page     2
Client #     N13.1373.01
Invoice #    60383
August 8, 2025

|            |     |                                                                                  | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------|-------|--------|
| 7/24/2025  | JCT | REVIEW AND FINALIZE PRESS RELEASE; COMM WITH TEAM RE GOVERNOR.                   | 0.80  | 280.00 |
| 7/25/2025  | JCT | COMM WITH L. PANGELINAN RE GOVERNOR'S PASSING AND OTHER MATTERS.                 | 0.40  | 140.00 |
| 7/31/2025  | JCT | WEEKLY CALL WITH TEAM TO DISCUSS VARIOUS OUTSTANDING MATTERS.                    | 1.00  | 350.00 |

**Subtotal Professional Services:**                                                                          13.60   $4,760.00

**GROSS RECEIPTS TAX**                                                                                               $119.00

**TOTAL CURRENT CHARGES**                                                                                            $4,879.00

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business