LAW OFFICES
# CIVILLE & TANG, PLLC

**EXHIBIT 3**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

September 11, 2025
Client # N13.1373.01
Invoice # 60581

**In Reference To:** NMI SETTLEMENT FUND

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/6/2025 | JCT | REVIEW MEMO AND OTHER DOCUMENTS IN PREPARATION FOR WEEKLY TEAM CALL; WEEKLY TEAM CALL WITH N. RIPPLE AND G. SMITH. | 3.20 | 1,120.00 |
| 8/12/2025 | JCT | CALL WITH L. PANGELINAN RE ADMIN MATTERS; REVIEW FINAL DRAFT OF RETIREE BENEFICIARY FORM; COMM WITH M. SCHULTZ RE ARBITRATOR POSITION; CALL WITH D. FISHER RE CONTINUING AS HEARING OFFICER. | 1.60 | 560.00 |
| 8/18/2025 | JCT | ISSUES AND MEETING WITH MARISSA FLORES RE HOUSE SESSION AND VARIOUS APPROPRIATIONS TO FUND PAYMENTS. | 0.50 | 175.00 |
| 8/25/2025 | JCT | REVIEW EMAILS RE REQUESTS FROM | 0.80 | 280.00 |
| 8/26/2025 | JCT | CALL WITH L. PANGELINAN RE SCHEDULING AND MEETINGS WITH HOUSE OF REPRESENTATIVES; REVIEW EMAILS/QUERIES FROM HOUSE OF REPRESENTATIVES. | 0.50 | 175.00 |
| 8/27/2025 | JCT | REVIEW AND REVISE DRAFT RESPONSES TO QUESTIONS POSED BY LEGISLATURE FOR IN PERSON MEETING ON 8/28/25; WEEKLY TEAM CALL TO REVIEW DRAFT RESPONSES; REVISE POWER POINT PRESENTATION TO LEGISLATURE AND FURTHER REVISE RESPONSE TO LEGISLATURE; PREPARE FOR MEETING AND PRESENTATION ON 8/28/25 TO LEGISLATURE. | 4.50 | 1,575.00 |
| 8/28/2025 | JCT | TRAVEL TO SAIPAN TO MEET WITH NEW GOVERNOR AND LT. GOVERNOR; MEET WITH LEGISLATURE TO DISCUSS QUESTIONS/PRESENTATION OF 10 YEAR HISTORY OF SETTLEMENT FUND, SETTLEMENT AGREEMENT TERMS, MAP, OTHER IMPORTANT MATTERS TO LEGISLATURE; MEETING WITH LAWRENCE CAMACHO HEAD OF PUBLIC SCHOOL SYSTEM ADMINISTRATOR REGARDING NEW SOPS TO DEAL WITH RETURNING RETIREES AND COLLECTION OF EMPLOYER AND EMPLOYEE CONTRIBUTIONS, ASSISTANCE WITH HR DATA FOR ADMIN CASES FOR PRIOR EMPLOYEES/RETIREES; | 10.20 | 3,570.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
*Civille & Tang, PLLC appreciates your business.*

NMI SETTLEMENT FUND                                                                                        Page        2
Client #      N13.1373.01
Invoice #     60581
September 11, 2025

|            |     |                                                                                                                                                                                                                                                              | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | MEETING WITH ESTHER MUNA HEAD OF CHC (HOSPITAL) RE SAME; MEET WITH TEAM TO REVIEW/DISCUSS SETTLEMENTS AND ADMIN ISSUES.                                                                                                                                        |       |          |
| 8/29/2025  | JCT | RETURN TO SAIPAN; CALL WITH N. RIPPLE RE LEGAL AUDIT RESPONSE; REVISE AUDIT RESPONSE; CALL WITH L. PANGELINAN RE TO DO LIST FOLLOWING MEETINGS; REVIEW LETTER TO DEPT OF FINANCE / GHLI RE EXCLUSION OF FUNDING FOR HEALTH AND LIFE INSURANCE FROM APPROPRIATIONS. | 2.50  | 875.00   |
|            | JCT | MEETING WITH M. RALBOLVSKY (WILSHIRE INVESTMENTS) REGARDING PENSION OBLIGATION BOND AND GOVERNMENT OTHER FUNDING ISSUES.                                                                                                                                       | 0.70  | 245.00   |

**Subtotal Professional Services:**                                                          24.50    $8,575.00

**GROSS RECEIPTS TAX**                                                                                $214.38

**TOTAL CURRENT CHARGES**                                                                             $8,789.38

**BALANCE DUE**                                                                                       $8,789.38

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.
Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.
Civille & Tang, PLLC appreciates your business.*