LAW OFFICES
## CIVILLE & TANG, PLLC

**EXHIBIT 4**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

October 9, 2025
Client # N13.1373.01
Invoice # 60778

**In Reference To:** NMI SETTLEMENT FUND

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/2/2025 | JCT | REVIEW LETTER OF REPRESENTATION OF AUDIT OF FINANCIAL STATEMENTS AND DRAFT FINANCIAL STATEMENTS TO BE SUBMITTED TO EY AUDITORS. | 1.00 | 350.00 |
| 9/3/2025 | JCT | WEEKLY TEAM CALL. | 1.50 | 525.00 |
| 9/4/2025 | JCT | WEEKLY TEAM MEETING RE VARIOUS PENDING ISSUES. | 1.20 | 420.00 |
| 9/8/2025 | JCT | CONF WITH M. RALBOLVSKY RE AMOUNT TO FULLY FUND THE SF; CONF WITH L. PANGELINAN RE SAME. | 0.40 | 140.00 |
| 9/18/2025 | JCT | CALL WITH L. PANGELINAN RE BUDGET ISSUES ; REVIEW LETTER TO SENATE AND HOUSE LEADERS RE LIFE AND HEALTH INSURANCE APPROPRIATIONS MISSING IN BUDGET FOR RETIREES. | 0.70 | 245.00 |
| | JCT | WEEKLY TEAM CALL RE VARIOUS MATTERS. | 1.80 | 630.00 |
| 9/19/2025 | JCT | CONF WITH L. PANGELINAN; REVISE AND FINALIZE LETTER TO SENATE AND HOUSE RE GHLI FUNDING REQUIREMENT UNDER SETTLEMENT AGREEMENT. | 0.60 | 210.00 |
| 9/22/2025 | JCT | CONF WITH TEAM RE GHLI ISSUES, BUDGET; REVIEW SLIDES FROM GOVERNOR RE BUDGET CRISIS; CONF WITH TEAM RE EMPLOYEE COMPLAINT ISSUES; COUNSEL EMPLOYEE; CALL WITH CONGRESSWOMAN KIM HINDS RE CNMI FINANCIAL ISSUES, FUNDING FROM FEDS FOR SETTLEMENT FUND, ETC. | 3.00 | 1,050.00 |
| 9/23/2025 | JCT | REVIEW MEDIA REPORTS RE CNMI BUDGET CRISIS; REVIEW BUDGET WORKSHEETS; CALL WITH L. PANGELINAN RE MPLT LOAN, TIMING OF PAYMENTS OF MAP, LIQUIDATION OF SF INVESTMENTS TO COVER LATE MAP PAYMENTS, GHLI FUNDING REQUIRED OF $7.1 (UNFUNDED); MPLT 29M LOAN FOR MAP CONDITIONS; REVIEW INFO FOR MEETING WITH | 4.50 | 1,575.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND  Page 2
Client #    N13.1373.01
Invoice #   60778
October 9, 2025

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | AUTONOMOUS AGENCIES RE PAYMENTS DUE; ATTEND CLIO MEETING FOR CASE MANAGEMENT SOFTWARE WITH; REVIEW AND SIGN RENEWAL CONTRACT FOR SF GROUP SERVICE (HEALTH INSURANCE) WITH NETCARE. | | |
| 9/24/2025 | JCT | MULTIPLE CALLS WITH L. PANGELINAN RE HEALTHCARE ISSUES, 25% PAYMENT, PENDING/CURRENT BUDGET BILL TO COVER MAP AND GHLI (HEALTH INSURANCE FOR RETIREES); REVIEW DOCUMENTS FOR MEETING WITH GOVERNOR AND LEGISLATURE; REVIEW AND SIGN EY MANAGEMENT LETTER FOR AUDIT. | 3.40 | 1,190.00 |
| 9/25/2025 | JCT | REVIEW VARIOUS HEALTH INSURANCE RELATED REPORTS, COSTS, AETNA CONTRACT AND DIFFERENT OFFERINGS (HIGH, BASIC AND LOW), COST ANALYSIS IN PREPARATION FOR MEETING WITH GOVERNOR AND LEGISLATURE; ZOOM MEETING WITH GOV, LT. GOVERNOR AND DIR OF FINANCE, ZOOM MEETING WITH SENATE PRESIDENT AND SPEAKER RE GHLI HEALTHCARE COVERAGE / FUNDING FOR RETIREES; REVIEW ADDITIONAL INFO PROVIDED BY GOVERNMENT RE HEALTH INSURANCE UTILIZATION, ETC.; CALLS WITH L. PANGELINAN; REVIEW DATA ON # OF RETIREES AFFECTED BY 25% CUT OFF - WILL LOSE INSURANCE COVERAGE AND PROVIDE TO GOVERNMENT. | 4.80 | 1,680.00 |
| 9/26/2025 | JCT | REVIEW AND SIGN HEALTH INSURANCE AGREEMENT WITH NETCARE; REVIEW CLIO CASE MANAGEMENT CONTRACT. | 0.50 | 175.00 |
| 9/29/2025 | JCT | CALL WITH L. PANGELINAN RE LATEST MEDIA REPORT ON STATUS OF BUDGET; CONF WITH M. RALBOLVSKY ABOUT LIQUIDATING TO COVER 1ST COVER 75% PAYMENT SHORTAGE; REVIEW SETTLEMENT FUND EY 2024 AUDIT AND GASB VALUATION REQUEST. | 1.70 | 595.00 |
| 9/30/2025 | JCT | CALL WITH BOH RE TRADING INSTRUCTIONS AND INCORRECT TICKER SYMBOL. | 0.30 | 105.00 |

**Subtotal Professional Services:**  25.40   $8,890.00

**GROSS RECEIPTS TAX**  $222.25

**TOTAL CURRENT CHARGES**  $9,112.25

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
*Civille & Tang, PLLC appreciates your business*