LAW OFFICES
# CIVILLE & TANG, PLLC

**EXHIBIT 5**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910

Telephone: 671/472-8868/472-8869

Facsimile: 671/477-2511

Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

November 7, 2025
Client #  N13.1373.01
Invoice #  60972

**In Reference To:**   NMI SETTLEMENT FUND

### PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/1/2025 | JCT | CALL WITH TEAM; REVIEW BUDGET AND GHLI APPROPRIATION UPDATES. | 1.50 | 525.00 |
| 10/2/2025 | JCT | CALL WITH L. PANGELINAN RE FUNDING ISSUES FOR MPLT LOAN, SET UP MEETING WITH LEGISLATURE AND GOVERNOR; TIMING OF MAP IS CRITICAL; CONF WITH M. RALBOLVSKY RE DERISKING - DUE TO GOVERNMENT CLOSURE. | 2.00 | 700.00 |
| 10/3/2025 | JCT | CALLS WITH L. PANGELINAN; ATTEND ZOOM MEETING WITH LEGISLATURE BODY TO DISCUSS MPLT'S RESOLUTION 25-001 AND MARGIN PAYMENTS/LOAN AND OTHER MATTERS. | 3.00 | 1,050.00 |
| 10/12/2025 | JCT | CALLS WITH L. PANGELINAN RE BOH DELAY IN FUNDS FROM SALE OF DODGE & COX SECURITIES TO COVER THE NEXT PENSION AND POSSIBLE DELAY TO BOH FUNDING ISSUES AND UPCOMING FEDERAL HOLIDAY; CALL WITH BOH   ACCOUNT MANAGER (ED WON) RE FUNDS; DISCUSS WITH L.PANGELINAN BUDGET CRISIS/LATEST AMENDMENT TO BUDGET/POTENTIAL PSS LAWSUIT THAT MAY IMPACT SF, GOVERNMENT DELAYS IN PAYMENT OF MAP (CHECK WILL BE DROPPED ON MONDAY MORNING). | 3.00 | 1,050.00 |
| 10/15/2025 | JCT | CALLS WITH L. PANGELINAN RE ISSUES WITH PAYMENT OF MAP, CONTACT GOV APATANG; PREPARE PRESS RELEASE RE LATE PAYMENT; CALLS WITH BOH. | 2.50 | 875.00 |
| 10/23/2025 | JCT | WEEKLY TEAM CALLS. | 1.50 | 525.00 |
| 10/30/2025 | JCT | REVIEW DRAFT SUPP REPORT; MULTIPLE CALLS WITH N. RIPPLE AND L. PANGELINAN RE DATA; REVISE DRAFT REPORT. | 4.50 | 1,575.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
*Civille & Tang, PLLC appreciates your business.*

| | | |
|---|---|---|
| NMI SETTLEMENT FUND | | Page 2 |
| Client # N13.1373.01 | | |
| Invoice # 60972 | | |
| November 7, 2025 | | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/31/2025 | JCT | REVISE 2ND AND 3RD VERSION OF THE SUPPLEMENT REPORT TO COURT; CALL WITH L. PANGELINAN RE ADMIN MATTERS; CALL WITH N. RIPPLE RE SUPP REPORT. | 3.50 | 1,225.00 |
| | **Subtotal Professional Services:** | | **21.50** | **$7,525.00** |
| | **GROSS RECEIPTS TAX** | | | **$188.13** |
| | **TOTAL CURRENT CHARGES** | | | **$7,713.13** |
| | **BALANCE DUE** | | | **$7,713.13** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business