LAW OFFICES
## CIVILLE & TANG, PLLC

**EXHIBIT 6**

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

**In Reference To:** NMI SETTLEMENT FUND

December 5, 2025
Client # N13.1373.01
Invoice # 61165

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/3/2025 | SPC | REVIEWED OPINION ON CERTIFIED QUESTION; DISCUSS WITH DAM NEXT STEPS. | 0.40 | 120.00 |
| 11/7/2025 | SPC | REVIEWED PETITION FOR REHEARING; REVIEWED EMAIL FROM NTR REGARDING APPELLATE RULES; DISCUSS PROCEDURE WITH DAM | 0.30 | 90.00 |
| 11/14/2025 | JCT | REVIEW SUPREME COURT DECISION RE ROSA CAMACHO CERTIFIED QUESTION. | 0.80 | 280.00 |
| | SPC | REVIEWED AMENDED CERTIFICATE OF ANSWER TO CERTIFIED QUESTION. | 0.20 | 60.00 |
| 11/19/2025 | JCT | WEEKLY TEAM MEETING. | 1.60 | 560.00 |
| 11/20/2025 | JCT | MEETING WITH TEAM RE GHLIC AND NMI GOVERNMENT FUNDING ISSUES; REVIEW AND REVISE PRESS RELEASE RE 25% PAYMENT AND POSSIBLE LAPSE OF HEALTH INSURANCE COVERAGE; CALL WITH K. HINDS (DELEGATE) RE FUNDING ISSUES; CALL WITH NETCARE INSURANCE TO REQUEST QUOTE FOR GOVERNMENT HEALTH INSURANCE COVERAGE; PREPARE NON-DISCLOSURE AGREEMENT; CONF WITH T. MOYLAN; REVIEW CENSUS DATA AND PROVIDE TO NETCARE. | 5.20 | 1,820.00 |
| 11/21/2025 | JCT | TEL CONF WITH L. PANGELINAN RE NOTICE TO RETIREES AND HEALTH INSURANCE ISSUES, OBTAIN ADDITIONAL CENSUS DATA FOR INSURANCE COMPANY; TEAMS CALL WITH L. PANGELINAN AND TRACY NORITA (SECRETARY OF FINANCE) RE FUNDING ISSUES AND HEALTH INSURANCE COVERAGE. | 2.50 | 875.00 |
| | SPC | REVIEWED 9TH CIRCUIT OPINION; EMAILS WITH NTR REGARDING NOTIFYING SUPREME COURT OF OPINION. | 0.30 | 90.00 |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND  Page 2
Client #    N13.1373.01
Invoice #    61165
December 5, 2025

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/22/2025 | JCT | COMM WITH CLASS COUNSEL RE ROSA CAMACHO APPEAL D&O AND PRESS RELEASE. | 0.30 | 105.00 |
| 11/24/2025 | JCT | CALL WITH TEAM RE STATUS OF MPLT BILL TO FUND GHLI (HEALTH INSURANCE); REVIEW 2024 ACTUARY REPORT; REVIEW MOTION TO STAY AND/OR WITHDRAWAL OF OPINION FILED BY APPELLANT WITH 9TH CIRCUIT AND MOTION FOR CLARIFICATION IN NMI SUPREME COURT; INTERNAL DISCUSSION RE FILING OBJECTIONS; CALL WITH KIM HINDS (DELEGATE) RE CNMI FUNDING ISSUES. | 3.00 | 1,050.00 |
| | SPC | REVIEWED CAMACHO'S MOTION FOR CLARIFICATION AND MOTION FOR STAY OR WITHDRAWAL OF OPINION. | 0.30 | 90.00 |
| 11/26/2025 | JCT | WEEKLY TEAM CALL; REVIEW AND SIGN SETTLEMENT AGREEMENT; REVISE NEWSLETTER AND FAQ; REVIEW AND COMPARE NETCARE PROPOSAL AGAINST AETNA; CALL WITH TEAM; CALL WITH NETCARE RE PRICING. | 2.90 | 1,015.00 |
| 11/30/2025 | JCT | REVIEW DRAFT TRUSTEE REPORTS AND ATTACHMENTS. | 2.50 | 875.00 |

**Subtotal Professional Services:**    **20.30    $7,030.00**

**GROSS RECEIPTS TAX**    $175.75

**TOTAL CURRENT CHARGES**    $7,205.75

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business