GRETCHEN A. SMITH
NICOLE M. TORRES-RIPPLE
**NMI SETTLEMENT FUND**
Email: nicole.m.torres-ripple@nmisf.com
P.O. Box 501247
Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080

*Attorneys for the NMI Settlement Fund*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **BETTY JOHNSON**, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>**DAVID M. APATANG**, Governor of the Commonwealth of the Northern Mariana Islands ("Government"), *et al.*,<br><br>　　　　　Defendants. | **CIVIL CASE NO. 09-00023**<br><br>**NMI SETTLEMENT FUND'S REQUEST FOR APPROVAL OF HEARING OFFICERS AND ARBITRATOR** |

The Trustee of the Northern Mariana Islands Settlement Fund ("Settlement Fund") hereby submits this Request for Approval of Hearing Officer pursuant to the Settlement Agreement and consistent with the NMI Settlement Fund Appeal Rules and Procedures.

Section 10.0 of the Settlement Agreement and Rules 2(c) and 2(e) of the NMI Settlement Fund Appeal Rules and Procedures require that the hearing officer and arbitrator be selected by the Trustee and approved by the Court. *See* Settlement Agreement § 10.0(k) (ECF 468-1 at 20); NMI Settlement Fund Appeal R. & P. R. 2(c), 2(e) (ECF No. 731-14 at 1-2). In the Combined Second

Quarter FY 2025 through First Quarter FY 2026 Report of the Trustee (ECF No. 893), the Trustee notified the Court that attorney Deborah Fisher has agreed to assist the Settlement Fund with hearings. Since this Report, attorney Fisher has notified the Settlement Fund that she is no longer available to assist. The Settlement Fund has interviewed other candidates for the positions and has selected attorney Heather Martinez Quitugua as hearing officer and Vanessa Williams Cruz as conflicts hearing officer. Attorney Vanessa Williams Cruz will replace Richard Johnson as arbitrator. A copy of their curricula vitae is attached as **Exhibit A**.

Pursuant to Section 10.0(k) of the Settlement Agreement and consistent with Rules 2(c) and 2(e) of the NMI Settlement Fund Appeal Rules and Procedures, the Settlement Fund respectfully requests that the Court confirm Vanessa Williams Cruz and Heather Martinez Quitugua as Settlement Fund hearing officers.

*Respectfully submitted* this 27th day of May 2026.

**NMI SETTLEMENT FUND**

    /s/
GRETCHEN A. SMITH
NICOLE M. TORRES-RIPPLE
*Attorneys for the NMI Settlement Fund*