# EXHIBIT A

# VANESSA WILLIAMS CRUZ

## ATTORNEY AT LAW

vlw@williamscruz.law | 671-487-4111 | LinkedIn: linkedin.com/in/vanessaleewilliams

## SUMMARY

Trusted attorney with over 15 years of experience in litigation, administrative law, regulatory compliance, and adjudicative decision-making across government, nonprofit, and private sectors. Known for exceptional legal analysis, clear written briefs and decisions, and the ability to navigate complex statutory frameworks with precision. Brings extensive experience chairing regulatory boards, leading investigative committees, and managing quasi-judicial processes requiring impartial evaluation of evidence, procedural fairness, and well-reasoned determinations. Recognized community leader with a record of service in high-stakes public policy roles and a reputation for integrity, clarity, and sound judgment.

## CORE COMPETENCIES

- Administrative Hearings & Adjudication
- Civil Litigation & High-Stakes Disputes
- Ethics in Government & Standards of Conduct
- Evidentiary Evaluation & Decision Modeling
- Organizational Systems & Compliance
- Policy Development & Implementation
- Procurement & Regulatory Interpretation
- Public Sector Governance & Accountability
- Quantitative & Analytical Reasoning
- Written Findings & Legal Determinations

## PROFESSIONAL EXPERIENCE

**Attorney At Law,** Williams Cruz Law (fka Law Office of Vanessa Williams, P.C)    *May 2011 – Present*

- Successfully obtained a 2026 Guam Supreme Court opinion securing a major ruling on procurement law, agency jurisdiction, and the limits of OPA oversight, resulting in a published opinion with broad implications for government procurement and administrative review.
- Lead counsel for a private company in one of Guam's most significant and widely reported property and development cases against major public-utility agency, involving complex statutory interpretation, land-use regulation, and high-stakes litigation strategy.
- Represented a Government of Guam agency during its period under federal receivership, advising on compliance with federal court orders, procurement requirements, and operational reforms mandated by the U.S. District Court during a period of intense public scrutiny.
- Served as legal counsel to the Guam Civil Service Commission, advising on administrative hearings, employee discipline appeals, evidentiary standards, and due-process requirements.
- Acted as Hearing Officer for a private hospital Medical Executive Committee, presiding over physician-discipline and credentialing matters requiring neutrality, procedural rigor, and detailed written findings.
- Represent clients in property, business, family, estate, and administrative matters, preparing legal opinions, providing strategic guidance and procedural strategy.
- Provide strategic guidance to individuals, businesses, and government entities on compliance, regulatory interpretation, and administrative processes.

**Ethics Instructor**, Guam Ethics Commission    *Mar 2021– Present*

- Developed and delivered the mandatory ethics-training curriculum for all government elected officials, appointed officials, and employees covering Guam laws and public-service principles governing conflicts of interest, standards of conduct, procurement ethics, and public-sector accountability.

**Chair, Guam Advisory Committee,** U.S. Commission on Civil Rights      *Mar 2022 – Present*
- Lead federally mandated investigations into civil rights issues affecting Guam.
- Oversee hearings, witness testimony, and public fact-finding processes requiring neutrality and procedural fairness.
- Direct drafting of reports and recommendations to the national Commission.

**Chairperson,** Cannabis Control Board of Guam      *Apr 2019 – Present*
- Preside over regulatory board proceedings, rulemaking, and licensing decisions
- Interpret statutes and regulations and issue determinations affecting regulated entities.
- Ensure due process, transparency, and fairness in board actions.

**Adjunct Professor,** University of Guam      *Aug 2011 – Dec 2019*
- Taught courses emphasizing legal reasoning, critical analysis, and applied legal concepts.
- Developed curriculum and mentored students pursuing legal and public-policy careers.

**Principal,** E Development Corporation      *Aug 2012 – Dec 2018*
- Led regulatory and compliance work for investment and development projects.
- Interpreted federal and territorial regulations and prepared formal submissions approved and regulated by the U.S. Customs and Immigrations Services.

**Commissioner,** Hagåtña Restoration & Redevelopment Authority      *Aug 2011 – Feb 2016*
- Participated in land use and redevelopment planning.
- Reviewed evidence, applied statutory criteria, and issued determinations affecting public and private stakeholders.

## EDUCATION
- University of San Francisco School of Law, Juris Doctor, Certificate in Business Law – May 2010
- University of California San Diego, Bachelor of Science in Management Science – June 2005

## ADDITIONAL EARLY LEGAL EXPERIENCE
- Law Clerk, U.S. Coast Guard Pacific JAG Office (2009)
- Law Clerk, U.S. Department of Justice, Admiralty Office (2008)
- Judicial Law Clerk, U.S. District Court of Guam (2008)
- Legislative Intern, U.S. House of Representatives, Judiciary Committee (2009)
- Legislative Assistant, Hon. Benjamin J.F. Cruz, 30th Guam Legislature (2009)

## LICENSES AND CERTIFICATIONS
- Member, Guam Bar Association (Active)
- Member, California Bar (Inactive)
- Business Law Certificate, University of San Francisco School of Law

## LEADERSHIP AND COMMUNITY SERVICE
- President and Founding Member, Guam Women's Chamber of Commerce
- Chair, Guam Advisory Committee to the U.S. Commission on Civil Rights
- Board Member, Guam Animals In Need (GAIN)
- Board Member, Rotary Club of Tumon Bay

## PROFESSIONAL RECOGNITION
- Women in Business Champion of the Year, U.S. Small Business Administration (2019)
- Guam Business Magazine Businesswoman of the Year Nominee

**HEATHER MARTINEZ QUITUGUA**
Law Offices of Heather Martinez Quitugua, P.C.
238 Archbishop Flores Street, Suite 706
Hagatna, GU  96910
(671) 486-3850
hmq@quitugualaw.com


## WORK EXPERIENCE

**Law Offices of Heather Martinez Quitugua, P.C.**, Hagatna, Guam          December 2023 - present
*Director and Attorney*
Represent clients in all phases of litigation; advise clients on corporate matters; counsel clients on strategic decisions to avoid litigation, and maximize business opportunities.

**Office of the Attorney General**, Tamuning, Guam          November 2021 - October 8, 2023
*Acting Chief Prosecutor*  January 3, 2023 - September 29, 2023
Managed General Crimes Division.  Oversaw prosecution of over one thousand cases; supervised prosecutors, investigators, legal assistants, and secretarial staff; resolved cases via pleas and trials; provided strategic guidance on case prosecution; drafted briefs and created templates for division; successfully moved to revoke probation of numerous defendants who violated probation terms; testified at Legislature concerning proposed legislation; conducted training for Airport Police; drafted multidisciplinary federal grant for law enforcement; continued representation of agencies in various civil matters, including environmental matters and bankruptcy appeal to Ninth Circuit Court of Appeals.
Supervisor:  Douglas B. Moylan, Attorney General of Guam
*Assistant Attorney General*  November 1, 2023 - January 3, 2023
Represented the government of Guam and its agencies in all phases of civil litigation including civil rights defense (Section 1983 cases), successful appeal of Civil Service Commission proceedings and procedures, CERCLA and receivership cases involving Ordot Dump, whistleblower tax cases; advised regarding proactive employment practices.
Supervisor:  James L. Canto, II, Deputy Attorney General

**Alternate Public Defender**, Sinajana, Guam          March 2020 – October 2021
*Assistant Alternate Public Defender*
Represented indigent clients in all phases of felony and misdemeanor cases including appeals. Successful appeal concerning indigent defendant's right to maintain confidentiality of trial strategies:  *People v. Quitugua,* 2021 Guam 20.
Supervisor:  Ana Maria Gayle, Alternate Public Defender

**Office of the Public Defender**, Saipan, CNMI          January 2018 – January 2020
*Assistant Public Defender*
Represented indigent clients in all phases of felony and misdemeanor cases including appeals.
Member, CNMI Superior Court Juvenile Justice Task Force
Supervisor:  Douglas Hartig, Chief Public Defender

**Law Office of the Kern County Public Defender**, Bakersfield, CA          March 2017 – December 2017
*Deputy Public Defender*
Represented indigent clients in all phases of criminal misdemeanor cases including appeals.
Supervisor:  Richard Ramos, Deputy Public Defender

**HEATHER MARTINEZ QUITUGUA**
Law Offices of Heather Martinez Quitugua, P.C.
238 Archbishop Flores Street, Suite 706
Hagatna, GU  96910
(671) 486-3850
hmq@quitugualaw.com


**Law Offices of Michael A. Shiffman**, San Francisco, CA                    2012 – 2017
*Contract Attorney*
Represented clients in all phases of civil litigation with a focus on real estate law.  Reviewed privacy policies.  Additional work in the areas of trusts and estates, privacy, and real estate disclosures.
Supervisor:  Michael A. Shiffman


**Law Offices of Heather M. Zona**, San Leandro, CA                    2006 – 2017
*Attorney*
Represented clients in all phases of civil litigation.  Drafted and reviewed contracts.  Represented tenants *pro bono* in landlord-tenant disputes through Bar Association of San Francisco.


**Court Appointed Special Advocates (CASA),** San Francisco, CA                    2008 – 2013
*Case Supervisor*
Supervised 35-40 court-appointed foster child advocates for a nonprofit organization representing foster children's best interests to the San Francisco Dependency Court.  Appeared in dependency and juvenile court hearings, and attended conferences, IEP's, and other client-centered meetings.  Oversaw advocate case plan development.  Screened, trained, and assigned advocates to cases.
Supervisor:  Maya Durrett/Erika Dirkse, Program Director


**Square Z Consulting LLC,** San Francisco, CA                    2005 – 2010
*Owner/Founder*
Drafted and negotiated client and independent contractor contracts for economic research staffing company; managed accounting.


**MAM River LLC,** San Francisco, CA                    2004 – 2012
*Owner/Founder and Property Manager*
Bought, rented and sold properties in California, New York and New Hampshire; oversaw renovations for investment properties; drafted and negotiated leases; managed accounting.


**Heller Ehrman LLP**, New York, NY                    2002 – 2003
*Associate*
Represented corporations in insurance coverage disputes and complex commercial litigation.  Represented individuals in white collar criminal cases.  Represented homeless families *pro bono* to secure government benefits.  Represented The Legal Aid Society *pro bono* to obtain insurance coverage for damages it sustained in 9/11.
Supervisor:  Victor T. Rocco, Partner


**Marsh & McLennan Companies, Inc.,** New York, NY                    2001
*Litigation Counsel*
Advised insurance brokerage companies regarding legal exposure and pending litigation.  Supervised outside counsel on case strategy. Settled claims and cases against company and subsidiaries.
Supervisor:  John Dutt, Vice President

**HEATHER MARTINEZ QUITUGUA**
Law Offices of Heather Martinez Quitugua, P.C.
238 Archbishop Flores Street, Suite 706
Hagatna, GU  96910
(671) 486-3850
hmq@quitugualaw.com

**Proskauer Rose LLP**, New York, NY                                            1996 – 2001
*Associate*
Managed complex commercial, patent, and insurance coverage cases in all phases of litigation.
Represented corporations in breach of contract, real estate, shareholder, antitrust and employment
litigation.  Drafted appeals to New York State and Second Circuit courts.  Represented individuals *pro
bono* in constitutional, political asylum, and police brutality cases.  First-chaired two-day federal
employment discrimination bench trial to defense verdict.  Assisted in forming insurance coverage
practice.
Supervisor:  John H. Gross, Partner

**Anderson Kill Olick & Oshinsky, PC**, New York, NY                            1994 – 1996
*Member*
Represented insurance policyholders in all phases of discovery, arbitration, and trial preparation.
Represented corporations in product liability cases.  Supervised calendar and docketing department,
implemented employee overtime policies and hired the Managing Clerk.  Pro bono work: Represented
terminally ill woman to obtain insurance coverage; represented domestic violence survivors in their
family law cases; represented political refugees to obtain political asylum; represented man facing
eviction in a landlord-tenant dispute after the client's male partner passed away.
Supervisor:  John H. Gross, Partner
*Summer Associate*                                                             Summer 1993

**Thelen Marrin Johnson & Bridges,** San Francisco, CA                          Summer 1992
*Summer Associate*

**HEATHER MARTINEZ QUITUGUA**
Law Offices of Heather Martinez Quitugua, P.C.
238 Archbishop Flores Street, Suite 706
Hagatna, GU  96910
(671) 486-3850
hmq@quitugualaw.com


## PROFESSIONAL AND VOLUNTEER ASSOCIATIONS

**Guam Enviromental Protection Agency:**  Board member (2025 - present)

**Current Professional Bar Association Memberships:** Guam Bar Association, California Lawyers Association, New York Women's Bar Association, New York State Bar Association

**CNMI Bar Association**
Secretary (September 2019 – December 2019)

**Northern Light School** (www.northernlightschool.com), a private school providing a Whole Child Education for children who would not otherwise have the opportunity for a private school setting.
Board Chair (2025); Director (2022 – 2024); Chair, Governance Committee (2022 – 2025)

**Ethics Committee, Bar Association of San Francisco**
Member (2012 – 2017)

**Public Ethics Commission,** City of Oakland, California.
Commissioner (2017) (resigned due to relocation for work)

**Lincoln Child Center** (www.lincolnfamilies.org), a non-profit organization offering a continuum of therapeutic and school-based programs for vulnerable and emotionally troubled children and their families.
Director (2011-2015, 2007-2009); Board Vice Chair (2013-2015, 2009-2010); Chair, Resource and Development Committee (2009-2010); Chair, Human Resources Committee (2014-2015, 2008-2009); Chair, Program Quality and Compliance Committee (2011-2014); Governance Committee (2010-2015)

**Oasis for Girls** (www.sfoasis.org), a leadership development program for at-risk girls.
Advisory Board Chair (2008-2009); Member (2007-2008)

**Williams College Northern California Alumni Association**
President (2006-2008); Treasurer (2005-2006)

**New York Women's Bar Association**
President (2002-2003); Vice President (2000-2002); Recording Secretary (1999-2000); Director (1998-1999); Chair, Committee to Advance Women in the Profession (1998-2002)

**Women's Bar Association of the State of New York**
Executive Committee, Board of Directors (2002-2003); Judicial Screening Committee (2002); Nominations Committee (2001-2002)

**Court Appointed Special Advocates (CASA)**
Volunteer advocate (2008-2014)

**HEATHER MARTINEZ QUITUGUA**
Law Offices of Heather Martinez Quitugua, P.C.
238 Archbishop Flores Street, Suite 706
Hagatna, GU  96910
(671) 486-3850
hmq@quitugualaw.com

## LICENSES AND PROFESSIONAL TRAINING

Bar admissions: Guam (2020); California (2006); New York (1995); Commonwealth of the Northern Mariana Islands (2018-2019 (temporary)); Ninth Circuit Court of Appeals (2022); United States Supreme Court (2025); Guam District Court (2021); Northern District of California (2013)

70 hours of mediation training

## AWARDS

Outstanding Volunteer, Justice and Diversity Center, Bar Association of San Francisco (2016, 2015)

Named one of the 100 Most Influential Hispanics for 2002 by Hispanic Business Magazine

## EDUCATION

**University of Michigan Law School**, Ann Arbor, MI                                              May 1994
*J.D.*  Jane L. Mixer Award for Social Justice (1994)

**Williams College**, Williamstown, MA                                                                June 1989
*B.A., Religion*  Dean's List