NICOLE M. TORRES-RIPPLE
GRETCHEN A. SMITH
**NMI SETTLEMENT FUND**
nicole.m.torres-ripple@nmisf.com
smith.gretchen@nmisf.com
P.O. Box 501247
Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080

*Attorney for the NMI Settlement Fund*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **BETTY JOHNSON**, on behalf of herself, and as a representative of a class of similarly-situated persons, <br><br> Plaintiff, <br> v. <br><br> **DAVID M. APATANG**, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), *et al.*, <br><br> Defendants. | **CIVIL CASE NO. 09-00023** <br><br> **REQUEST FOR HEARING** |

The Northern Mariana Islands Settlement Fund ("Settlement Fund") respectfully requests this Court schedule a status hearing in this matter. Since the last status hearing on January 10, 2025, the Settlement Fund submitted a Supplemental Report of the Trustee (ECF No. 888); Second Quarter FY 2025 through First Quarter FY 2026 Report of the Trustee (ECF No. 893); and a Request for Approval of Hearing Officers and Arbitrator (ECF No. 899), which is pending Court approval. Because there are urgent matters requiring the Court's attention, the Settlement Fund proposes the submission of the Second Quarter FY 2026 through Fourth

Quarter FY 2026 Report of the Trustee by August 7, 2026, and a status hearing no later than Friday, August 28, 2026.

Respectfully submitted this 20th day of July 2026.

NMI SETTLEMENT FUND


_____/s/_____
Nicole M. Torres-Ripple, Esq.
Gretchen A. Smith, Esq.
*Attorneys for the NMI Settlement Fund*