OFFICE OF THE ATTORNEY GENERAL
TOM SCHWEIGER (F0196)
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950-8907
Telephone: (670) 237-7500
Fax: (670) 664-2349
E-mail: tom_schweiger@cnmioag.org

Attorney for Defendants David M. Apatang, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), et al.

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **BETTY JOHNSON, on behalf of herself, and as a representative of a class of similarly-situated persons,**<br>**Plaintiffs**<br><br>**vs.**<br><br>**DAVID M. APATANG, Governor of the Commonwealth of the Northern Mariana Islands, et al.,**<br><br>**Defendants.** | **Civil Case No. 09-00023**<br><br>**NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE** |

COMES NOW the Office of the Attorney General and enters the appearance of the undersigned counsel as an attorney who will participate on behalf of Defendants Hon. David M. Apatang, Governor of the Commonwealth of the Northern Mariana Islands et al. in the above-entitled action.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

Dated: September 11, 2026

/s/
TOM SCHWEIGER (F0196)
Assistant Attorney General
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been electronically filed this 11th day of September 2026, with service requested to all parties of record.

/s/
TOM SCHWEIGER
Assistant Attorney General