**REPORT OF THE TRUSTEE**

**Civille & Tang PLLC**

**Joyce C.H. Tang**

*Betty Johnson v. David M. Apatang, et al., CV 09-00023*

Combined Second Quarter FY 2026 through Fourth Quarter FY 2026

September 11, 2026

# TABLE OF CONTENTS

**I. INTRODUCTION** ..... **1**

**II. OVERVIEW OF SETTLEMENT FUND OPERATIONS** ..... **4**

**A. CLASS MEMBERSHIP DATA** ..... **4**

**B. MINIMUM ANNUAL PAYMENT AND OTHER SOURCES OF FUNDS** ..... **6**

1. Minimum Annual Payment Requirement for FY 2027 ..... 6
2. Alternative Payment of a Greater Amount ..... 7
3. 25% Voluntary Payment ..... 9
4. Employer Contributions ("ER Contributions") ..... 9
5. Group Health and Life Insurance ..... 11

**C. AUDIT OF MEMBER FILES** ..... **13**

1. Over and Under Payments ..... 13
2. Priority Audits ..... 15
3. Inactive Employees ..... 15

**D. CONSULTANTS** ..... **16**

1. Investment Advisor ..... 16
2. Actuary ..... 17
3. Auditor ..... 17

**E. UPDATES REGARDING SETTLEMENT FUND** ..... **17**

**III. FINANCIAL REPORT** ..... **18**

**A. FINANCIAL OVERVIEW** ..... **18**

1. Sources of Funds ..... 18
2. FY 2026 Performance ..... 18
3. Proposed FY 2027 Budget ..... 19

**IV. INVESTMENT REPORT** ..... **21**

**A. INVESTMENTS AND POLICY** ..... **21**

**B. SETTLEMENT FUND PORTFOLIO PERFORMANCE** ..... **24**

**V. LITIGATION MATTERS .......... 27**

**A. *NMI Settlement Fund v. Commonwealth Utilities Corporation*, Civil Action No. 11-0114-CV (NMI Superior Court) .......... 27**

**B. *Rosa A. Camacho v. NMI Settlement Fund*, Civil Action No. 23-16074 (9th Cir.) .......... 27**

**C. ADMINISTRATIVE APPEALS .......... 29**

1. Appeals Pending Mediation / Settled Cases .......... 30
2. Appointment of New Hearing Officers and Arbitrator .......... 30
3. Recovery of Overpayments and Alternative Resolution .......... 31

**VI. STATUS OF LEGISLATION .......... 33**

# EXHIBIT LIST

Page(s)

**Exhibit 1** – Governor's FY 2027 Budget Proposal…………………..……………………..……7, 8

**Exhibit 2** – Schedule of CNMI Government Contribution Payments (FY 2026) ……...………..7

**Exhibit 3** – Accounting of 25% Payments by CNMI Government (FY 2026) …………….......9

**Exhibit 4** – Sources of Funds & Expenses (FY 2026) …………………………………………18

**Exhibit 5** – FY 2027 Proposed Budget …………………………………………………………20

**Exhibit 6** – Flash Reports for June and July 2026……………..……………………………..…….25

**Exhibit 7** – Pending Administrative Cases Report …………………………………..……… 29

**Exhibit 8** – Settled Administrative Cases Outside Mediation …………………..……..……… 30

## I. INTRODUCTION

The Trustee presents her report on the operations of the Settlement Fund for the period of FY 2026 through August 31, 2026.

The CNMI's tourism economy was crippled by the COVID-19 pandemic, and efforts to revive tourism since then have not been successful. T Galleria (DFS) closed in April 2025, and in the past six months, the CNMI endured two major super typhoons. Typhoon Sinlaku made a direct hit on the island of Saipan on April 14, 2026, causing widespread power and water outages, flooding, and destruction of homes and businesses. While still dealing with the prolonged disruptions from Typhoon Sinlaku, two months later, Typhoon Bavi made a direct landfall on Rota, bringing catastrophic rains and more damage to the CNMI.

Many families were displaced by the typhoons, and many businesses were forced to close. The economy is continuing in a downward spiral with no relief in sight. At the start of FY 2026, hotel occupancy rates plummeted to 23.18%, its lowest level since 1992.[1] Similarly, hotel occupancy tax revenues are expected to decline by 90% to $1.4 million in FY 2026, compared to $14.2 million in FY 2018.[2] Visitor arrival data as of June 2026 shows that arrivals have dropped to 1,497, with the decline partly attributed to Typhoon Sinlaku.[3]

[1] Hotel occupancy lowest recorded since 1992, *available at* https://www.mvariety.com/news/local/hotel-occupancy-lowest-recorded-since-1992/article_0d53eb7c-02d4-51c9-b7bd-53ba0ed789ff.html (last visited Sept. 11, 2026).

[2] 'Economic collapse': CNMI stares down 104K visitor arrivals for 2026 amid Sinlaku recover, *available at* https://www.guampdn.com/money/economic-collapse-cnmi-stares-down-104k-visitor-arrivals-for-2026-amid-sinlaku-recovery/article_12ef9004-55a1-4c19-99ba-9984d430fcfb.html (last visited Sept. 11, 2026).

[3] Marianas Records 1,497 Arrivals in June 2026, *available at* https://mva.mymarianas.com/press-release/marianas-records-1497-arrivals-in-june-2026/ (last visited Sept. 11, 2026).

While flights to South Korea and Hong Kong have resumed, and planned flights to the Philippines are scheduled to begin in October this year, there remains uncertainty as to whether the restoration of these flights will be sufficient to generate a significant and sustained improvement to the CNMI tourism economy.

Critical infrastructure, and islandwide power and water services have not been fully restored as of the date of this Report. The Commonwealth Utilities Corporation is seeking $40 million in financing to restore and stabilize power plants damaged by Typhoons Sinlaku and Bavi, and to purchase fuel.[4] These challenges further underscore the broader fiscal and economic pressures confronting the NMI Government as it works to recover from successive economic disruptions and natural disasters.

Although the FY 2027 Minimum Annual Payment ("MAP") in the amount of $29 million was budgeted in the Government's proposed FY 2027 budget, the budget provides only partial funding for Group Health and Life Insurance ("GHLI") premiums for retirees. As a result, there is a real risk that GHLI will not be fully funded. Without full funding for active employees and retirees, the Government will not be able to provide and pay for health and life insurance coverage to retirees.

Further erosion of the Government's coffers is evidenced by the NMI Government's announcement that it will cease making 25% benefit payment effective October 1, 2026, due to lack of financial resources with no resumption date. The NMI Government also reported that it

[4] Senate unanimously approves amended $50M CUC financing bill, *available at* https://marianaspress.com/news/article/senate-unanimously-approves-amended-40m-cuc-financing-bill (last visited Sept. 11, 2026); Fuel Adjustment Charge (FAC) Increases for August 2026 Due to Rising Fuel Prices, *available at* https://marianaspress.com/news/article/fuel-adjustment-charge-fac-increases-for-august-2026-due-to-rising-fuel-prices (last visited Sept. 11, 2026).

will impose cost-saving measures by reducing work hours by fifty percent (50%), thereby reducing Government employees' salaries by fifty percent (50%).

Since the last Report of the Trustee, the U.S. Government has announced plans to proceed with deep-sea mining near the Marianas Trench.[5] The potential financial benefits to the CNMI, if any, remain uncertain, pending the outcome of legislation to provide for revenues to the CNMI before U.S. Congress.[6]

Despite these challenges, the Settlement Fund's investments remain strong, with a balance as of August 31, 2026, of $156.4 million, representing an increase of over $10 million for the period ending FY2026.

[5] Feds Advance Potential Seabed Mining Lease Sale Off the Marianas, *available at* https://www.nminewsservice.com/news/local/cnmi-seabed-mining-proposed-leasing-notice/ (last visited Sept. 11, 2026).

[6] King-Hinds introduces bill to strengthen territorial benefits and protections from seabed mining, *available at* https://www.mvariety.com/news/local/king-hinds-introduces-bill-to-strengthen-territorial-benefits-and-protections-from-seabed-mining/article_a33b9cb3-a210-4c1b-b6e9-586e481168ae.html (last visited Sept. 11, 2026).

## II. OVERVIEW OF SETTLEMENT FUND OPERATIONS

An overview of the Settlement Fund's operations for the period covering FY 2026 through August 31, 2026, is presented in this section.

### A. CLASS MEMBERSHIP DATA

As of August 31, 2026, the Settlement Fund's total membership was 2,311 members, broken down into two categories: (1) 2,259 retirees, and (2) 52 active employees. Of the 52 active employees, 20 of the members are retirees who returned to government service in FY 2026. As of August 31, 2026, the class membership decreased by 64 members:

| | 8/31/2026 | 9/30/2025 | 9/30/2024 | 9/30/2023 | 9/30/2022 |
|---|---|---|---|---|---|
| **Membership** | | | | | |
| Active Employees (Class I) | 41 | 43 | 47 | 59 | 56 |
| Active Employees (Class II) | 11 | 15 | 17 | 18 | 17 |
| **Total Active Employees** | **52** | **58** | **64** | **77** | **73** |
| Retirees | 2,259 | 2,317 | 2,400 | 2,476 | 2,558 |
| **Total Members** | **2,311** | **2,375** | **2,464** | **2,553** | **2,631** |

The reduction in class membership was due to deaths of members. Compared to total membership at the end of FY 2014 of 3,154 members, the class membership was reduced by 843 members, or 27% as of August 31, 2026.

The graph below shows the declining membership since FY 2014.




A breakdown of the distribution of semi-monthly benefit payments based on the class members' place of retirement and classification is presented in **Chart 1** below.

**Chart 1**
**(Period Ending 8/31/2026)**

| PLACE OF RETIREMENT | Total # of Members | NMISF Class Member Classification: Retiree Disabled | Retiree | Surviving Child Disabled | Surviving Child | Surviving Spouse | Total Benefit Payments |
|---|---|---|---|---|---|---|---|
| ROTA | 243 | $ 590.09 | $ 159,759.54 | $ 187.15 | $ 805.21 | $ 36,661.45 | **$ 198,003.44** |
| SAIPAN | 1850 | $ 2,771.71 | $ 1,297,295.63 | $ 911.86 | $ 32,130.06 | $ 291,651.14 | **$ 1,624,760.40** |
| TINIAN | 166 | $ 216.25 | $ 108,996.15 | $ - | $ - | $ 29,285.87 | **$ 138,498.27** |
| **Total Payments @ 100%** | **2259** | **$ 3,578.05** | **$ 1,566,051.32** | **$ 1,099.01** | **$ 32,935.27** | **$ 357,598.46** | **$ 1,961,262.11** |
| **Total Payments @ 75%** | | **$ 2,683.54** | **$ 1,174,538.49** | **$ 824.26** | **$ 24,701.45** | **$ 268,198.85** | **$ 1,470,946.58** |

Of the 2,259 class members receiving benefit payments as of August 31, 2026, 82% of the members are from Saipan, 11% from Rota, and 7% from Tinian, representing the same makeup as September 30, 2024 and September 30, 2025.

A breakdown of the distribution of semi-monthly benefit payments based on the class members' residence and classification is presented in **Chart 2** below.

**Chart 2**
**(Period Ending 8/31/2026)**

| PLACE OF RESIDENCE | Total # of Members | NMISF Class Member Classification: Retiree Disabled | Retiree | Surviving Child Disabled | Surviving Child | Surviving Spouse | Total Benefit Payment |
|---|---|---|---|---|---|---|---|
| CNMI | 1587 | $2,895.14 | $1,192,581.18 | $1,051.32 | $32,285.41 | $ 249,854.11 | **$ 1,478,667.16** |
| CONTINENTAL & H.I. | 521 | $ 682.91 | $ 304,566.06 | $ 47.69 | $ 595.76 | $ 85,809.86 | **$ 391,702.28** |
| FSM | 10 | $ - | $ 1,358.31 | $ - | $ - | $ 3,865.47 | **$ 5,223.78** |
| GUAM | 75 | $ - | $ 38,744.01 | $ - | $ - | $ 8,468.35 | **$ 47,212.36** |
| NON U.S. | 43 | $ - | $ 14,753.51 | $ - | $ 54.10 | $ 6,764.40 | **$ 21,572.01** |
| REPUBLIC OF PALAU | 23 | $ - | $ 14,048.25 | $ - | $ - | $ 2,836.27 | **$ 16,884.52** |
| **Total Payments @ 100%** | **2259** | **$3,578.05** | **$1,566,051.32** | **$1,099.01** | **$32,935.27** | **$ 357,598.46** | **$ 1,961,262.11** |
| **Total Payments @ 75%** | **2259** | **$2,683.54** | **$1,174,538.49** | **$ 824.26** | **$24,701.45** | **$ 268,198.85** | **$ 1,470,946.58** |

Of the total benefit payments paid as of August 31, 2026, 75% of the total benefits were paid to CNMI residents, and 20% were paid to members living in the continental United States and Hawai`i. The remaining 5% of benefits were paid to members residing in Guam, other Micronesian islands, and non-U.S. jurisdictions.

## B. MINIMUM ANNUAL PAYMENT AND OTHER SOURCES OF FUNDS

The Government is required under the Settlement Agreement to pay the MAP and its share of the cost of retiree health insurance. In FY 2026, the Government paid the MAP and its share of the retiree health insurance premiums and also funded the voluntary 25% benefit payments.

### 1. <u>Minimum Annual Payment Requirement for FY 2027</u>

The MAP represents the 75% annual benefit payments the Government is required to pay under the Settlement Agreement. Milliman, Inc., the Settlement Fund's actuary consultant, issued

its FY 2024 Actuarial Valuation Report on November 26, 2025, projecting that the FY 2026 MAP should be $29 million, and FY 2027 MAP should be $27 million. *See FY 2024 Actuarial Valuation Report* at 1, ECF No. 894-1 at 6. The Settlement Fund does not anticipate any changes to the FY 2027 MAP. The $27 million MAP was budgeted as fully funded in the Governor's July 2026 revision to the proposed FY 2027 Budget. *See* **Exhibit 1.**

In FY 2026, the Government paid the $29 million MAP. *See Schedule of CNMI Government Contribution Payments (FY 2026)*, attached hereto as **Exhibit 2**. The source of the $29 million MAP was a loan from the Marianas Public Land Trust, which loaned the entire amount using its investment as collateral for the loan.

The status of Government payment of MAP is reported and published on the Settlement Fund's website and updated regularly at https://www.nmisf.com/rfp/annual-payment-status/.

**2. Alternative Payment of a Greater Amount**

The Settlement Agreement requires the Government to make APGA payments equal to the difference of 17% of the Government's Total Annual Revenue, after deducting the amount of MAP paid. *Settlement Agreement* § 4.2, ECF No. 468-1 at 11-12. APGA payments previously received were invested along with other investment funds in the Settlement Fund's investment portfolio.

The Government completed its FY 2023 financial audit in July 2026. Based on the audit, the FY 2023 Total Annual Revenue increased by $13.1 million from FY 2022. As shown in **Chart 3** below, the Government is not required to pay APGA for FY 2023, based on the APGA formula.

**Chart 3**

| | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 |
|---|---|---|---|---|---|
| **TOTAL ANNUAL REVENUE:** | | | | | |
| **Taxes** | 196,920,863.00 | 187,611,870.00 | 147,613,026.00 | 189,226,968.00 | 201,748,870.00 |
| **Licenses and Fees** | 34,411,145.00 | 17,686,621.00 | 18,644,523.00 | 38,568,773.00 | 31,056,806.00 |
| **Charges for Sales and Services** | 7,860,093.00 | 7,650,882.00 | 2,049,978.00 | 5,239,156.00 | 5,551,390.00 |
| **Contributions from Component Units** | 2,590,236.00 | 2,010,735.00 | 1,661,568.00 | - | - |
| **Interest and Dividends** | 626,315.00 | 155,152.00 | 584,257.00 | 2,654,891.00 | 2,688,418.00 |
| **Other Sources** | 7,123,549.00 | 9,447,213.00 | 19,035,636.00 | 2,782,184.00 | 10,551,168.00 |
| **Recoveries** | | | | | |
| **Total Annual Revenue** | **249,532,201.00** | **224,562,473.00** | **189,588,988.00** | **238,471,972.00** | **251,596,652.00** |
| | | | | | |
| **LESS DEDUCTIONS:** | | | | | |
| **Minimum Annual Payments** | 44,000,000.00 | 42,000,000.00 | 40,000,000.00 | 38,000,000.00 | 36,000,000.00 |
| **GHLI** | | | | | |
| Health Insurance | 10,695,524.62 | 10,566,700.86 | 10,706,972.56 | 10,440,442.19 | 10,025,000.98 |
| Life Insurance | 576,158.66 | 563,038.40 | 544,761.16 | 525,724.68 | 507,062.50 |
| **Class Counsel Fees** | | | | | |
| Bronster Hoshibata ($6,500,000) | | | | | |
| Stephen C. Woodruff ($185,000) | | | | | |
| Bruce Jorgensen ($800,000) | | | | | |
| **Total Deductions** | **55,271,683.28** | **53,129,739.26** | **51,251,733.72** | **48,966,166.87** | **46,532,063.48** |
| **NET TOTAL ANNUAL REVENUE:** | **194,260,517.72** | **171,432,733.74** | **138,337,254.28** | **189,505,805.13** | **205,064,588.52** |

**Paragraph 4.2 - Alternative Payment of a Greater Amount**

| | | | | | |
|---|---|---|---|---|---|
| 17% of Net Total Annual Revenue | 33,024,288.01 | 29,143,564.74 | 23,517,333.23 | 32,215,986.87 | 34,860,980.05 |
| Less: Minimum Annual Payment | 44,000,000.00 | 42,000,000.00 | 40,000,000.00 | 38,000,000.00 | 36,000,000.00 |
| **Amount Due to NMISF** | - | - | - | - | - |

Based on the Government's budget from FY 2023 – 2026 and proposed FY 2027 budget and the projected MAP for the corresponding years, the Settlement Fund does not expect APGA payments for these periods.

| YEAR | TOTAL GOVERNMENT BUDGET |
|---|---|
| **FY 2023** | $109,782,265 |
| **FY 2024** | $119,199,812 |
| **FY 2025** | $117,040,086 |
| **FY 2026** | $127,728,554 |
| **FY 2027** | $97,282,364 - $100,726,806[7] |

[7] The NMI legislature is in the process of approving the total revenues for the FY 2027 budget. The Governor and the House of Representatives propose $97.28 million, whereas the Senate proposes $100.73 million. *See* **Exhibit 1**. This is a significant drop from prior years in the amount of approximately $30 million.

**3. <u>25% Voluntary Payment</u>**

The Government paid $11.3 million for FY 2026 (as of September 10, 2026) for the 25% benefit payments. *See Accounting of 25% Payments by CNMI Government FY 2026 (as of 9/10/2026)*, attached hereto as **<u>Exhibit 3</u>**. The 25% benefit payment is not required under the Settlement Agreement and is paid at the discretion of the Governor, provided the Legislature appropriates the funds. This has been a significant source of income for the retirees, and the loss of these funds will affect some retirees' ability to cover their share of health insurance.

In August 2026, the Government announced that due to lack of funding sources, it will cease paying the 25% payment, and that the last payment will be made on August 31, 2026. As a result of pressure from retirees, the Government found additional funding to cover the 25% payments through September 30, 2026.

The Settlement Fund previously provided early notification to retirees of the discontinuation of 25% payments through press releases on June 9, 2026, and July 8, 2026.

Based on the Governor's July 2026 proposed FY 2027 budget, the 25% payments will not be funded.

**4. <u>Employer Contributions ("ER Contributions")</u>**

Section 5 of the Settlement Agreement requires the Government and its Autonomous Agencies to pay ER Contributions after each pay period. The ER contributions in FY 2026 as of September 10, 2026 are presented in **Chart 4** below.[8]

[8] The ER contribution rate is 37.3909% for the CNMI (federal), CHCC, PSS, Tinian Casino Gaming Commission, and Tinian Mayor's Office. The ER contribution rate for five of the agencies is less than the standard 37.3909% rate: the CNMI (local), CUC, CDA, and CPA pay 30%; and NMC pays 20%. *See* Order (ECF No. 756) (holding that the lower ER rate applied to NMC because the lower rate was the rate NMC had been paying as of June 26, 2013).

**Chart 4**

| Agency | Applicable ER Rate | ER PAYMENTS RECEIVED FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 (as of 9/10/2026) |
|---|---|---|---|---|---|---|
| CNMI Government - Local | 30% | $ 411,855.67 | $ 426,473.44 | $ 387,862.11 | $ 401,002.33 | $ 272,284.56 |
| CNMI Government - Federal | 37.3909% | $ 105,338.99 | $ 77,778.99 | $ 37,710.59 | $ 66,302.91 | $ 46,678.48 |
| Commonwealth Health Care Corporation ("CHCC") | 37.3909% | $ 190,662.23 | $ 167,248.03 | $ 146,858.52 | $ 168,929.52 | $ 130,032.16 |
| Public School System ("PSS") | 37.3909% | $ 428,926.07 | $ 356,998.67 | $ 292,069.66 | $ 301,239.90 | $ 210,821.05 |
| Northern Marianas College ("NMC") | 20% | $ 65,843.74 | $ 57,478.96 | $ 62,648.24 | $ 36,631.93 | $ 30,692.48 |
| Commonwealth Utilities Corporation ("CUC") | 30% | $ 167,620.99 | $ 158,453.49 | $ 104,494.32 | $ 83,251.09 | $ 81,046.53 |
| Commonwealth Development Authority ("CDA") | 30% | $ 68,968.81 | $ 72,666.07 | $ 75,788.23 | $ 43,664.91 | $ 47,200.05 |
| Commonwealth Ports Authority ("CPA") | 30% | $ 29,524.24 | $ 10,278.81 | $ 12,498.47 | $ 30,957.90 | $ 26,092.81 |
| Tinian Casino Gaming Commission ("TCGC") | 37.3909% | $ - | $ - | $ - | $ - | $ - |
| Tinian Mayor's Office ("TMO") | 37.3909% | $ - | $ - | $ - | $ - | $ - |
| **TOTAL** | | **$ 1,468,740.74** | **$ 1,327,376.46** | **$ 1,119,930.14** | **$ 1,131,980.49** | **$ 844,848.12** |

Based on the historical payments, the ER Contributions have declined over time, with the biggest decline in 2026 of approximately 25.36%**.** This decline is consistent with the brain drain that the CNMI is experiencing as a result of the bad economic conditions, lack of work opportunities, and lower tax income.

The Central Government and CHCC are relatively current in paying their ER contributions through August 8, 2026. PSS, NMC, CUC, and CPA are current through August 22, 2026, and CDA is current through September 5, 2026.

In October 2023, the CUC and the Settlement Fund reached a settlement pursuant to which CUC agreed to pay its unpaid ER balance of $3,469,797 in monthly installments of $50,000. As of the date of this Report, the CUC has paid $2.05 million, leaving a balance of $1,419,797. *See infra* **Section V**. CUC is otherwise relatively current with employer contributions.

The Tinian Casino Gaming Commission ("Commission") is behind on payment of ER contributions. As of August 31, 2026, the total amount due is $11,253.19. The Settlement Fund sent a follow-up letter to the Commission regarding payment of outstanding contributions, and has been in communication with the Commission's Executive Director. We are in the process of

resolving the outstanding balance. The Settlement Funds hopes to receive payment and close out this issue soon.

### 5. <u>Group Health and Life Insurance</u>

In an August 2026 presentation on the Governor's revised FY 2027 budget, two scenarios were presented for legislative consideration:

| Scenarios | GHLI Premiums for Retirees | GHLI Premiums for Active Government Employees |
|---|---|---|
| 1 | Fully funded - $7.7 million | Partial funding |
| 2 | Minimally funded - $1.14 million | Partial funding |

In scenario 1, the Governor budgeted $7.7 million for GHLI coverage for retirees (full funding) using lapsed FY 2022 and 2023 appropriations for the Public School System. In scenario 2, only $1.14 million is budgeted for GHLI coverage for retirees, which would leave a deficit of approximately $5.46 million. Under both scenarios, GHLI coverage for active government employees would be partially funded. It is unclear whether GHLI funding for retirees will be proportionate to that of active government employees. The Settlement Fund estimates that to fully fund FY 2027 GHLI premiums, approximately $6.6 million must be appropriated.

If the Government does not fully fund the retirees' GHLI, it will violate § 13 of the Settlement Agreement, which requires the Government to provide all Settlement Class Members with the same GHLI plan and benefits as current full-time government employees. *See* Settlement Agreement § 13.0, ECF 468-1 at 25.

On December 4, 2025, the media published a retiree's letter seeking contribution for GHLI from the Settlement Fund to cover the Government's obligations to pay retirees' GHLI premiums.[9] This is not the solution and is expressly prohibited by the Settlement Agreement. The Settlement Agreement explicitly states, and all parties, including Settlement Class Members, agreed, that the Settlement Fund "*shall not be responsible for the provision or administration* of health and life insurance to Settlement Class Members and *shall not be responsible for the payment of the costs of such insurance*." *See* Settlement Agreement § 13.0, ECF 468-1 at 25 (emphasis added). Accordingly, the Government is solely responsible for GHLI costs and the Settlement Fund's investments cannot be looted to pay for any expenses, other than what was explicitly allowed in the Settlement Agreement and Order. The Settlement Fund's assets may only be used to pay the 75% benefit payments to Settlement Class Members, which is the primary purpose of the Settlement Agreement, and maintain the Fund's long-term solvency.

[9] *See* Threatening notice, *available at* https://www.mvariety.com/views/letters_to_editor/threatening-notice/article_b2322c78-bfe5-55a2-b43f-43d5d832f452.html (last visited Sept. 11, 2026).

## C. AUDIT OF MEMBER FILES

### 1. Over and Under Payments

As of March 13, 2015, potential overpayments and underpayments to members determined by the benefit software were broken down as follows:

| | **Overpayment** | |
|---|---|---|
| **Class 1** | 75 members | $617,293 |
| **Class 2** | 193 members | $820,068 |
| **Disability** | 8 members | $56,448 |
| **TOTAL** | **276 members** | **$1,493,809** |

| | **Underpayment** | |
|---|---|---|
| **Class 1** | 33 members | $58,201 |
| **Class 2** | 80 members | $209,182 |
| **Disability** | 11 members | $63,143 |
| **TOTAL** | **124 members** | **$330,526** |

As indicated in the Supplemental Report of the Trustee (ECF No. 888), audits of 141 of the 399 files have been completed as of FY 2025. Since then, the Settlement Fund discovered another duplicate, reducing the number of files from 399 to 398, and an additional ten audits have been completed, which are broken down as follows:

| FY | Audits Required | Audits Conducted | Benefit Overpayment | Benefit Underpayment | EE Contribution Underpayment | Other |
|---|---|---|---|---|---|---|
| | | | Status | Status | Status | Status |
| 2015 | 398 | 10 | 4 Settled<br>5 Appeals Pending | | | 1 Pending Legal Review |
| 2016 | 388 | 12 | 8 Settled<br>1 Appeal Pending | | | 3 No Issues |
| 2017 | 376 | 10 | 1 Settled<br>3 Appeals Pending<br>1 Pending Collection | | | 5 No Issues |
| 2018 | 366 | 2 | 2 Settled | | | |
| 2019 | 364 | 6 | 2 Settled<br>1 Pending Collection | | 1 Settled | 2 No Issues |
| 2020 | 358 | 12 | 2 Settled | | | 10 No Issues |
| 2021 | 346 | 11 | 3 Settled<br>1 Appeals Pending<br>1 Pending Collection | | 1 Settled | 5 No Issues |
| 2022 | 335 | 16 | 6 Settled<br>2 Appeals Pending<br>2 Pending Collection | 1 Settled | 1 Settled | 1 Pending Legal Review<br>3 No Issues |
| 2023 | 319 | 17 | 1 Settled<br>2 Appeals Pending<br>2 Pending Collection | 1 Settled | 1 Pending Collection | 2 Pending Legal Review<br>9 No Issues |
| 2024 | 302 | 28 | 6 Settled<br>10 Appeals Pending<br>4 Pending Collection | 1 Settled<br>2 Payments Pending | 1 Settled | 1 Pending Legal Review<br>3 No Issues |
| 2025 | 274 | 17 | 3 Settled<br>1 Appeals Pending<br>5 Pending Collection | 2 Settled | 1 Settled | 2 Pending Legal Review<br>3 No Issues |
| 2026 (as of 8/31/2026) | 257 | 10 | 1 Settled<br>1 Pending Collection | 1 Settled | 1 Pending Collection | 4 Pending Legal Review<br>2 No Issues |

The Compliance Division continues to work diligently on completing the audits of the remaining 247 files, while prioritizing other files that were not flagged by the benefit software and contain issues.

**2. Priority Audits**

The Settlement Fund prioritizes audits of member files when certain triggering events occur due to the time-sensitive nature of certain audits, such as: (a) the death of a retiree, (b) a new application for retirement or survivor's benefits, (c) a retiree's return to government service or reinstatement of retirement benefits upon termination of government reemployment, (d) pending administrative appeals that were transferred to the Settlement Fund under the Settlement Agreement and new administrative appeals, (e) probate matters that are initiated, and (f) inactive employee files.

The Settlement Fund completed the following audits between FY 2024 through FY 2026 as of August 31, 2026, which are broken down as follows:

| FY | Audits Conducted | Benefit Overpayment | Benefit Underpayment | EE Contribution Underpayment | Other |
|---|---|---|---|---|---|
| | | Status | Status | Status | Status |
| 2024 | 133 | 33 Settled<br>24 Appeals Pending<br>18 Pending Collection | 10 Settled<br>1 Pending Payment | 4 Settled<br>1 Pending Collection | 5 Settled<br>8 Pending Legal Review<br>4 Pending Additional Information<br>25 No Issues |
| 2025 | 92 | 27 Settled<br>3 Appeals Pending<br>11 Pending Collection | 6 Settled | 1 Settled | 16 Pending Legal Review<br>3 Pending Additional Information<br>25 No Issues |
| 2026 (as of 8/31/2026) | 89 | 24 Settled<br>1 Appeal Pending<br>11 Pending Collection | 9 Settled | 8 Settled<br>1 Pending Collection | 24 Pending Legal Review<br>2 Pending Additional Information<br>9 No Issues |

**3. Inactive Employees**

Approximately 1,657 former government employees have contributions held by the Settlement Fund and are "inactive" because they have not worked in government service for an extended period. Although the laws of the Defined Benefit Plan under the Retirement Fund Act as of June 26, 2013, do not specify the exact duration required for inactive status, each account is undergoing further audit to determine their final standing. A preliminary review discloses

approximately 744 of the 1,657 individuals who are not properly classified as members of the Defined Benefit Plan and are therefore not Settlement Class Members. *See* Settlement Agreement § 2.1, ECF No. 468-1 at 8. While Article III, § 20(a) of the NMI Constitution safeguards membership in a retirement system, the laws of the Defined Benefit Plan further delineate what constitutes membership. Specifically, 1 CMC § 8321(d) requires 90 days of employment and corresponding contributions:

> Notwithstanding other provisions of this part, **membership in the fund shall become effective 90 days following the effective date of employment**. Upon completion of the 90 days, the employee shall be given credit from the date of employment. **The employee's and employer's contributions shall be withheld by the employer from the date of employment and remitted to the fund as provided under this part**. During the 90 day period, the employee shall be covered for only occupational disability and death benefits available to members, except that a member with at least 18 months of membership service credit accumulated prior to reemployment shall be eligible for nonoccupational disability and other benefits as provided by this part. No other benefits shall accrued to the employee during this period.

Preliminary, unaudited data suggests that approximately 744 of the 1,657 individuals have less than 90 days of employment and/or contributions and may not be Settlement Class members.

## D. CONSULTANTS

Wilshire Investments is the Settlement Fund's investment consultant. Milliman Inc. acts as the Settlement Fund's actuarial consultant, and Ernst & Young acts as its auditor. All consultant reports are regularly updated and available at the Settlement Fund's website at https://www.nmisf.com/audit-reports/.

### 1. Investment Advisor

Maggie Ralbovsky, a principal of Wilshire, continues to provide investment advice to manage the Settlement Fund's investment portfolio. Wilshire's contract was renewed for FY 2026.

The Settlement Fund pays a fixed fee of $145,000 per year. There was no increase in the flat fee charged from previous years.

**2. <u>Actuary</u>**

Milliman, Inc. has acted as the Settlement Fund's actuary since March 2015. The Settlement Agreement requires an independent actuary to determine the amount of MAP to the Settlement Fund sufficient to enable the Settlement Fund to pay 75% of Class Members' Full Benefits each year for the Settlement Fund's expected life. *See Settlement Agreement* § 4.0, ECF No. 468-1 at 10-11. Milliman is in the process of finalizing its FY 2025 Actuarial Valuation Report, which will be issued this month.

**3. <u>Auditor</u>**

Ernst & Young LLP ("E&Y") has acted as the auditor for the Settlement Fund since 2014. E&Y is in the process of completing the audit for FY 2025, which will be issued on Monday, September 14, 2026, and will be filed with the Court. The Settlement Fund anticipates a clean audit for FY 2025.

**E. UPDATES REGARDING SETTLEMENT FUND**

Information regarding the Settlement Fund, including but not limited to the Government's payments of MAP and investment reports, is posted regularly on the Settlement Fund website: https://www.nmisf.com. The Settlement Fund has published Newsletters to update its membership on the status of their fund. The Seventh Issue of the Settlement Fund Newsletter will be published this month. The Settlement Fund newsletters are also available on the Settlement Fund website at https://www.nmisf.com/news-events/newsletter/.

# III. FINANCIAL REPORT

## A. FINANCIAL OVERVIEW

### 1. Sources of Funds

The Settlement Fund receives income from three main sources: (1) the MAP and APGA, (2) contributions, and (3) investments. A breakdown of the sources is shown in the table below.

Since FY 2020, the Settlement Fund has paid the benefit payments from the bi-weekly MAP payments and avoided having to liquidate its investments. For the periods ending on July 31, 2026 and July 31, 2025, the Sources of Funds and Expenses were as follows:

| Sources of Funds | | |
|---|---|---|
| | 7/31/2026 | 7/31/2025 |
| MAP | $ 29,001,322.22 | $ 30,000,000.00 |
| Contributions | $ 1,128,896.41 | $ 1,295,948.22 |
| Penalties | $ 4,960.56 | $ 24,801.85 |
| Investment Income | $ 5,391,687.86 | $ 5,705,512.04 |
| Other Income | $ 816.60 | $ 837.43 |
| | $ 35,527,683.65 | $ 37,027,099.54 |
| Total Expense | $ (31,039,628.20) | $ (32,234,862.45) |
| *Realized Gain/(Loss) | $ 3,021,307.66 | $ 328,832.03 |
| Net | $ 7,509,363.11 | $ 5,121,069.12 |

*See Sources of Funds and Expenses for FY 2026*, attached hereto as **Exhibit 4**.

### 2. FY 2026 Performance

A summary of the FY 2026 budget and performance is presented in **Schedule 1** below. For FY 2026 (as of July 31, 2026), the Settlement Fund was under the FY 2025 budget by 5.6% or $1,844,000.

**Schedule 1**
**FY 2026 (as of 7/31/2026)**
**Actual Expenses v. Budget Results**

| | Actual FY 2026 Y-T-D 7/31/2026 | FY 2026 Budget Y-T-D 7/31/2026 |
|---|---|---|
| **Benefits Payments (75%)** | | |
| Total Benefits Payment | 29,711,354.07 | 30,937,500.00 |
| Total Refunds | 9,028.87 | 91,666.67 |
| Total Benefits and Refunds Payment | 29,720,382.94 | 31,029,166.67 |
| | | |
| **General & Administrative Expenses** | | |
| Total Personnel Expenses | 844,774.05 | 942,330.00 |
| Total Professional Fees | 304,311.31 | 564,166.67 |
| Total General & Admin. Expenses | 171,153.14 | 336,875.00 |
| | | |
| **Total Expenses** | 1,320,238.50 | 1,843,371.67 |
| | | |
| **Total Fixed Assets** | - | 12,083.33 |
| | | |
| **Total Expenditures** | 31,040,621.44 | 32,884,621.67 |

## 3. Proposed FY 2027 Budget

The Settlement Fund's proposed FY 2027 budget is summarized in **Schedule 2** below.

**Schedule 2**
**FY 2025, FY 2026, & Proposed FY 2027 Budget**

| | Approved FY 2025 Budget | Proposed FY 2026 Budget | Proposed FY 2027 Budget | FY 2027 increase/ (decrease) | % (+/-) from previous budget |
|---|---|---|---|---|---|
| **Benefits Payments (75%)** | | | | | |
| Total Benefits Payment | 38,375,000 | 37,125,000 | 36,045,000 | (1,080,000) | -2.9% |
| Total Refunds | 100,000 | 110,000 | 2,080,000 | 1,970,000 | 1790.9% |
| Total Benefits and Refunds Payment | 38,475,000 | 37,235,000 | 38,125,000 | 890,000 | 2.4% |
| | | | | | |
| **General & Administrative Expenses** | | | | | |
| Total Personnel Expenses | 1,096,054 | 1,130,796 | 1,127,551 | (3,245) | -0.3% |
| Total Professional Fees | 717,000 | 677,000 | 677,000 | - | 0.0% |
| Total General & Admin. Expenses | 332,950 | 404,250 | 531,750 | 127,500 | 31.5% |
| | | | | | |
| **Total Expenses** | 40,621,004 | 39,447,046 | 40,461,301 | 1,014,255 | 2.6% |
| | | | | | |
| **Total Fixed Assets** | 13,500 | 14,500 | 14,500 | - | 0.0% |
| | | | | | |
| **Total Expenditures** | 40,634,504 | 39,461,546 | 40,475,801 | 1,014,255 | 2.6% |

*See* **Exhibit 5** for a detailed breakdown of the proposed budget for FY 2027.

The proposed budget for FY 2027 is $40,475,801, which is an increase of 2.6% from the FY 2026 budget. The most significant expense increase for FY 2026 is for refunds and general and administrative expenses.

- Refunds — $2,080,000 (increase of $1,970,000 or 1790.9%)
- General and Administrative Expenses — $531,750 (increase of $127,500 or 31.5%)

The increase in the budget for refunds is based on approximate refunds to inactive employees, as described *supra* in **Section II**. The increase in general and administrative expenses is attributable to building maintenance costs, building repair costs due to damage by the typhoons, and related building costs not covered by insurance.

In a previous Report of the Trustee, the Settlement Fund reported an increase in the budget of $155,000 for Class Member refunds, which covered refunds of overpaid interest caused by the incorrect calculation of interest due from Class Members by the NMI Retirement Fund. *See* ECF No. 865. The NMI Retirement Fund applied compound interest instead of simple interest for approximately 21 Class I members who paid the actuarially determined equivalent of Class II member contributions to retire without penalty pursuant to Public Law 13-60. Most affected members, except two files containing other issues, have been paid.

# IV. INVESTMENT REPORT

## A. INVESTMENTS AND POLICY

Since the last report provided to the Court, three major developments have shaped the market environment and influenced the Settlement Fund's risk exposures: persistent inflation pressures, expanding government deficits, and uncertainty surrounding the Federal Reserve's policy framework.

- **Persistent Inflation:** Inflation risks intensified in 2026 as global commodity, energy, and industrial supply chains came under renewed pressure. The artificial intelligence investment cycle accelerated demand for data centers, computing capacity, capital goods, and energy infrastructure. At the same time, escalation of the war with Iran—particularly severe disruption to shipping through the Strait of Hormuz—placed additional pressure on goods markets and contributed to higher global energy and commodity prices.
- **Deficit Spending**: Private-sector demand for capital to build data centers has coincided with expanding government deficit-spending programs. Japan, Germany and other European countries, and the United States have committed additional resources to technology, natural resources, defense, and greater supply-chain resilience. The resulting increase in financing needs contributed to volatility in global bond markets and upward pressure on sovereign yields. Higher yields generated losses for investors with substantial fixed-income exposure, including insurance companies, banks, and large pension funds. Continued uncertainty about the path of yields also encouraged additional bond selling and raised concerns about financing conditions and market liquidity for both the public and private sectors.

- **Federal Reserve's Policy Framework:** Uncertainty increased in the United States as Kevin Warsh took the helm of the Federal Reserve. Investors are adjusting to changes in the Federal Reserve's communications as it moves away from its previous use of forward guidance and signals about its policy reaction function. Chairman Warsh has expressed skepticism about prior Federal Reserve practices without yet defining a clear replacement framework. The reduced visibility into the Federal Reserve's decision-making process has increased uncertainty about the future path of interest rates and contributed to higher risk premiums.

Under this market backdrop, the Settlement Fund adjusted its investment portfolio with further diversification into a Diversified Real Assets strategy that specifically invests in unfractured, natural resources, essential metals and energy. This strategy implementation reduced the Settlement Fund's reliance on stocks and bonds as return drivers, as the bond market deflates. This added diversification strongly contributed to the Settlement Fund's outperformance in 2026.

The graph below presents the Settlement Fund's net cash flows and fiscal year-end values since inception. As of August 31, 2026, the Settlement Fund has reached a new post settlement high value of $156.4 million.

**As of 8/31/2026**



Looking ahead, we expect deglobalization and competition in artificial intelligence to remain important drivers of capital spending, inflation, and asset returns. These trends reinforce the case for proactive portfolio management and prudent diversification, including maintaining a meaningful allocation to real-return strategies.

***2026 – 2027 Portfolio Targets***

| | |
|---|---|
| **US Equity** | 5% |
| **Global Equity** | 10% |
| **High Yield** | 10% |
| **Core Bond** | 30% |
| **Short Term Bond** | 10% |
| **Diversified Real Return** | 35% |
| **Expected Return** | 5.8% |
| **Expected Risk** | 7.1% |

***Note: Based on Wilshire's 2026 mid-year updated capital markets outlook.***

As of August 31, 2026, the Settlement Fund's actual allocation is slightly underweighted in core bonds relative to the policy targets.




## B. SETTLEMENT FUND PORTFOLIO PERFORMANCE

As of the end of August 2026, the Settlement Fund's portfolio balance stood at $156.4 million.

A summary of the investment reports for FY 2026, showing the beginning and ending investment balances, contributions, gains and losses, and fees through July 2026, are shown in **Chart 5** below.

**Chart 5**

| Investment Summary FY 2026 | | | | | | |
|---|---|---|---|---|---|---|
| | Beg. Balance | Net Contributions | Distributions & Adm Fees | Investment Gains/Losses | Inv. Fees | End. Balance |
| **1st Quarter** (Oct. - Dec. 2025) | $ 145,241,977 | $(4,250,000.00) | $ (19,877) | $ 2,550,374 | | $ 143,522,474 |
| **2nd Quarter** (Jan. - Mar. 2026) | $ 143,522,474 | $ (4,000,000) | $ (19,859) | $ 1,613,513 | | $ 141,116,127 |
| **3rd Quarter** (Apr. - June 2026) | $ 141,116,127 | $ 1,500,000 | $ (20,356) | $ 3,511,559 | | $ 146,107,331 |
| **4th Quarter** (July 2026) | $ 146,107,331 | $ 7,000,000 | $ (6,649) | $ 724,572 | | $ 153,825,254 |
| | | $ 250,000 | $ (66,741) | $ 8,400,018 | | |

*See Flash Reports for June and July 2026*, attached hereto as **Exhibit 6**.

The Settlement Fund portfolio balances from inception (FY 2014) to July 31, 2026, are shown in the chart below.



The Wilshire monthly and quarterly investment reports are available on the Settlement Fund website: https://www.nmisf.com/report/main-investment-consultant-reports-2/.

## V. LITIGATION MATTERS

### A. *NMI Settlement Fund v. Commonwealth Utilities Corporation*, Civil Action No. 11-0114-CV (NMI Superior Court)

The claims filed against the CUC arose from the CUC's failure to pay its share of ER contributions due to the NMI Retirement Fund in FY 2008 through the date of the complaint—May 5, 2011. As of April 29, 2011, the CUC owed approximately $3,175,255. The claims were identified as an asset to be transferred to the Settlement Fund in the Settlement Agreement. *See Settlement Agreement* §§ 1.1, 8.0, 29.0(b), ECF No. 468-1 at 4-5, 16, 34-36.

The parties settled this case for $3,469,797 and executed a settlement agreement, which was approved by the Court. *See* ECF No. 867. Under the settlement agreement, CUC is obligated to pay to the Fund a minimum of $50,000 per month until the settlement amount is paid in full. CUC is current: it paid a total of $600,000 in FY 2025, and $600,000 in FY 2026 as of the date of this Report. As of the date of this Report, the balance of the settlement amount is $1,419,797.

### B. *Rosa A. Camacho v. NMI Settlement Fund*, Civil Action No. 23-16074 (9th Cir.)

This matter arose from an administrative appeal filed by Class Member Rosa A. Camacho ("Ms. Camacho"), who claimed an underpayment of benefits from the Settlement Fund because the Settlement Fund did not make Cost of Living Adjustment ("COLA") payments. Because the issue involves jurisdictional and legal issues relating to the interpretation of the Settlement Agreement, the Settlement Fund filed a Motion to Enforce and Confirm "Full Benefit Payments" and "Full Benefits" in the Settlement Agreement, seeking to: enforce the Settlement Agreement against Ms. Camacho; confirm that the Settlement Fund is not required to pay COLA based on the definition of "Full Benefit Payments" and "Full Benefits" in the Settlement Agreement; enjoin

Ms. Camacho from asserting claims or defenses, or relief relating to the terms of the Settlement Agreement through the administrative process in the Appeal Rules and Procedures; and enjoin Ms. Camacho from pursuing action inconsistent with the Settlement Agreement or the exclusive jurisdiction of the Court. Ms. Camacho filed a Cross-Motion to Enforce and Confirm "Full Benefit Payments" and "Full Benefits" in the Settlement Agreement, arguing that "Full Benefits" include COLA and the overtime/compensatory time hours, which were included as credited service in computing her retirement benefits.

In July 2023, the Court, in granting the Settlement Fund's Motion and denying Ms. Camacho's Cross-Motion, confirmed that "Full Benefit Payments" and "Full Benefits" in the Settlement Agreement do not include COLA, and the Settlement Fund is not required to pay COLA unless appropriated by the legislature. ECF No. 861. The Court further ordered that Ms. Camacho raise the issue relating to overtime-compensatory time through the administrative appeals process.

Ms. Camacho appealed the Order with respect to COLA to the Court of Appeals for the Ninth Circuit–Case No. 23-16074. Following oral argument, in December 2024, the Ninth Circuit issued an Order Certifying Question to the NMI Supreme Court. *See* ECF No. 875.

The NMI Supreme Court accepted the certified question and issued its opinion in November 2025, holding that 1 CMC § 8334(e) "did not create a constitutionally protected accrued benefit under Article III, section 20(a) for members already employed by the Commonwealth when the Act took effect. We therefore answer the certified question in the negative." 2025 MP 10 ¶ 26. The NMI Supreme Court notified the Ninth Circuit of the Answer to the Certified Question. Ms. Camacho filed a Petition for Rehearing of the NMI Supreme Court's decision in November 2025, and subsequently, a Motion for Clarification of the Record, requesting that the NMI Supreme

Court notify the Ninth Circuit about the Petition for Rehearing during the pendency of the Petition before the NMI Supreme Court.

On November 20, 2025, the Ninth Circuit affirmed the District Court's Order, confirming that COLA is not a constitutionally-protected right. Ms. Camacho filed a Motion for Stay and/or Withdrawal of the Opinion pending the outcome of the Petition for Rehearing before the NMI Supreme Court.

On December 3, 2025, the NMI Supreme Court denied Ms. Camacho's Petition for Rehearing and granted the Motion for Clarification of Record. The Ninth Circuit subsequently issued its mandate of its November 20, 2025 judgment on December 11, 2025, concluding the matter.

### C. ADMINISTRATIVE APPEALS

The Administrative Appeals Process, which is governed by the NMISF Appeal Rules and Procedures, was implemented to resolve all disputes between individual members and the Settlement Fund. *See* Order, ECF No. 739. The Appeals Process involves three stages: (1) Mandatory Mediation, (2) Appeal to Hearing Officer (if mediation is unsuccessful), and (3) Appeal to an Independent Arbitrator (final appeal). *See* NMI Settlement Fund Appeal Rules and Procedures, ECF No. 731-14. As of August 31, 2026, there are 83 pending administrative cases. The Settlement Fund has engaged with most appellants and is in the process of engaging with the remaining appellants. A summary of pending administrative cases is provided in **Exhibit 7**, attached.

To assist the Settlement Fund in managing its litigation cases and facilitating workflow between the different divisions, the Settlement Fund selected online legal software Clio to assist

in managing cases, audits, and payments. The Settlement Fund is currently in the process of migrating data to Clio with implementation in the next month.

**1. Appeals Pending Mediation / Settled Cases**

In December 2021, the Honorable Daniel P. Collins, Bankruptcy Judge for the U.S. District Court of Arizona, was appointed to serve as mediator for all pending administrative cases. *See* ECF No. 813 at 2. Judge Collins' experience and ability to communicate and work with retirees has contributed to the success of mediation.

Of the cases settled at and outside mediation, 6 matters require Court approval of the settlement repayment term, which exceeds the two-year limitation set forth in 1 CMC § 8390(b) based on the financial circumstances of the appellants.

Through the efforts of the Settlement Fund attorneys, 63 cases have settled outside of formal mediation in FY 2026 as of August 31, 2026. A list of these cases is provided in **Exhibit 8**, attached.

**2. Appointment of New Hearing Officers and Arbitrator**

To assist with administrative proceedings, attorney Deborah Fisher was previously selected and approved as a hearing officer, and attorney Richard Johnson as arbitrator. *See* ECF Nos. 739, 840. Since the last Report of the Trustee, attorney Fisher has informed the Fund that she will no longer be continuing as a hearing officer, and attorney Johnson has not confirmed his service as an arbitrator. Accordingly, in May 2026, the Fund requested for the approval of attorney Heather Martinez Quitugua as hearing officer, attorney Vanessa Williams Cruz as conflicts hearing officer, and attorney Williams Cruz as arbitrator. *See* ECF No. 899.

### 3. Recovery of Overpayments and Alternative Resolution

Under the Settlement Agreement, the Trustee has a duty to comply with the laws of the Defined Benefit Plan in the Retirement Fund Act as of June 26, 2013. *See* Settlement Agreement § 1.27, ECF No. 468-1 at 6. The Trustee must administer to Settlement Class members their "Full Benefits," which are defined as benefit payments in the amount defined by 1 CMC §§ 8301 – 8442 as they existed on June 26, 2013 or as guaranteed by Article III, § 20(a) of the same date. *See* Settlement Agreement § 1.13, ECF No. 468-1 at 6. To pay "Full Benefits," adjustments to benefits and recovery of overpayments may be made pursuant to 1 CMC § 8390:

> (a) Whenever the administrator finds that more or less than the correct amount of benefits have been paid with respect to any individual, proper adjustment or recovery shall be made by appropriate adjustment to future payments to the member or any survivors, or from the estate of any recipient of benefits.
>
> (b) Unless fraud, misrepresentation or concealment of material information was involved in connection with an overpayment, an amount of no more than 50 percent of any benefit to be paid in any benefit period may be withheld and offset against previous overpayments.
>
> In his discretion, the administrator may authorize a lesser percent of annuity to be withheld, taking into consideration the financial condition of the annuitant, provided that such overpayment can be recovered within two years.

1 CMC § 8390(a)-(b). The Trustee must adhere to this statutory mandate.

The Trustee is also empowered by the Settlement Agreement to establish policies for the resolution of all disputes between members and the Settlement Fund, with due process and a right to a final appeal to an independent arbitrator. Settlement Agreement § 10.0(k), ECF No. 468-1 at 18-19. In this vein, the Settlement Fund is cognizant of the financial strain resulting from adverse decisions notifying members of overpayments. Thus, the Settlement Fund has set a policy to reduce overpayments based on a member's establishment of reliance pursuant to equitable estoppel.

The Settlement Fund has and is actively working with members to show their reliance on overpayments and has requested for certain financial information from members to assist in the process. Recently, the Settlement Fund has partnered with a credit reporting agency to acquire members' credit reports to facilitate matters expeditiously at no cost to the members.

This alternative process has resulted in overpayments in the thousands being reduced to $0. Ultimately, the success of establishing financial reliance for any period of overpayment is contingent on receipt of financial information and the members' consent and authorization for the Settlement Fund to request a credit report.

## VI. STATUS OF LEGISLATION

The Legislature considered several bills that may affect the Settlement Fund and its members. The proposed bills are available at www.cnmileg.net/.

Below is a summary of new bills that may affect Class Members.

| | BILL / INITIATIVE / RESOLUTION | STATUS |
|---|---|---|
| **FUNDING** | **House Bill 24-84**<br>Authorizes the expenditure of FY 2026 surplus revenues appropriated by the Legislature toward the 25% retirees' benefit payments. | Signed into law on July 24, 2026, as Public Law 24-34. |
| | **House Bill 24-80**<br>Secures funding for the 25% benefit payments to retirees by reserving a balance of $2.49M for FY 2026 Settlement Fund payments and dedicating revenues received by the Office of Grants Management in excess of its statutory allotment toward the retirees' 25% benefit payments. | Signed into law on December 22, 2025, as Public Law 24-20. |
| | **House Concurrent Resolution 24-4, SD 1**<br>Approves revenues and resources of CNMI for FY 2026, and aims to identify and allocate revenues towards the CNMI's contractual obligation under Settlement Agreement. | Pending with the Senate. |
| | **House Local Bill 24-62, D1**<br>Authorizes the appropriation of local funds from revenues collected from Third Senatorial District to fund the 25% retirees' benefits payments. | Pending with the Senate. |
| **GROUP HEALTH AND LIFE INSURANCE ("GHLI")** | **House Bill 24-75**<br>Amends the GHLI program provisions to maintain, adjust, and fund the CNMI's premium contribution and healthcare coverage requirements for retirees. | Signed into law on December 22, 2025, as Public Law 24-19. |

| | | |
|---|---|---|
| | **Senate Bill 24-54**<br>Authorizes continued GHLI for eligible CNMI government employees who have reached Social Security Normal Retirement Age and were former members of the Defined Benefit Plan, enabling them to retire and separate from government service without forfeiting healthcare coverage. | Pending with the Senate. |
| **OVERPAYMENT COLLECTION AND WAIVER** | **Senate Resolution 24-18**<br>Requests the CNMI Governor and Attorney General to petition the U.S. District Court for the NMI to reconsider the recovery of alleged overpayments of retirement benefits from retirees, and to seek waivers and equitable relief on behalf of all affected retirees. | Pending with the Senate. |
| **NEW RETIREMENT PLAN** | **Senate Bill 24-63**<br>Establishes a comprehensive Commonwealth Medical Disability Retirement Act for CNMI government employees who sustain service-connected injuries, illnesses, or disabilities, modeled after federal military and veterans' affairs disability systems. | Pending with the Senate. |
| **CHANGE OF NAME PROCEDURE** | **House Bill 24-10**<br>Establishes standardized procedures for legally changing a person's name. | Signed into law on August 27, 2026, as Public Law 24-38. |

The Settlement Fund will continue to monitor and report on bills, which affect the Settlement Fund and Class Members.

Respectfully submitted this 11th day of September 2026.

**CIVILLE & TANG, PLLC**

/s/
Joyce C.H. Tang
*Trustee*