# EXHIBIT 2

**NMI Settlement Fund**
**Schedule of CNMI Government annual contribution payments**
**Fiscal Year 2026**

| Due Date | Cumulative Amount Due | Description | Date Remitted | Amount Remitted | Quarterly Balance Due | Annual Balance Due |
|---|---|---|---|---|---|---|
| 9/30/2026 | | FY2026 Annual Payment | | | | **29,000,000.00** |
| | | | | | | |
| | | | | | | |
| 12/31/2026 | | End of 1st Quarter Payment @ 15% | | | **4,350,000.00** | |
| | | | 10/9/2025 | 334,615.38 | 4,015,384.62 | 28,665,384.62 |
| | | | 10/24/2025 | 669,230.76 | 3,346,153.86 | 27,996,153.86 |
| | | | 10/31/2025 | 334,615.38 | 3,011,538.48 | 27,661,538.48 |
| | | | 11/4/2025 | 334,615.38 | 2,676,923.10 | 27,326,923.10 |
| | | | 11/13/2025 | 334,615.38 | 2,342,307.72 | 26,992,307.72 |
| | | | 11/21/2025 | 334,615.38 | 2,007,692.34 | 26,657,692.34 |
| | | | 11/26/2025 | 669,230.76 | 1,338,461.58 | 25,988,461.58 |
| | | | 12/8/2025 | 334,615.38 | 1,003,846.20 | 25,653,846.20 |
| | | | 12/12/2025 | 334,615.38 | 669,230.82 | 25,319,230.82 |
| | | | 12/16/2025 | 334,615.38 | 334,615.44 | 24,984,615.44 |
| | | | 12/29/2025 | 4,350,000.00 | - **4,015,384.56** | 20,634,615.44 |
| ***Totals:*** | | | | 8,365,384.56 | | |
| | | | | | | |
| 3/31/2026 | 14,500,000.00 | End of 2nd Quarter Cum. Payment @50% | | | **6,134,615.44** | |
| | | | 2/13/2026 | 10,150,000.00 | - **4,015,384.56** | 14,500,000.00 |
| ***Totals:*** | | | | 10,150,000.00 | | |
| | | | | | | |
| 6/30/2026 | 20,300,000.00 | End of 3rd Quarter Cum. Payment @ 70% | | | **5,800,000.00** | |
| | | | 4/1/2026 | 2,005,844.37 | 3,794,155.63 | 12,494,155.63 |
| | | | 4/1/2026 | 3,794,155.63 | - | 8,700,000.00 |
| ***Totals:*** | | | | 5,800,000.00 | | |
| | | | | | | |
| 9/30/2026 | 29,000,000.00 | End of 4th Quarter Payments | | | **8,700,000.00** | |
| | | | 7/1/2026 | 8,700,000.00 | - | - |
| | | | | 8,700,000.00 | | |