# EXHIBIT 3

**NMI SETTLEMENT FUND**
**Accounting of 25% paid by Government**
**FY 2026 (as of 9/10/2026)**

| Pay Period | ROTA<br>Amount | TINIAN<br>Amount | SAIPAN<br>Amount | Paid by<br>NMI Gov't |
|---|---|---|---|---|
| 1st Quarter 2026 | 300,479.20 | 216,500.59 | 2,495,824.50 | 3,013,537.22 |
| 2nd Quarter 2026 | 299,130.45 | 213,637.03 | 2,434,234.82 | 2,947,113.90 |
| 3rd Quarter 2026 | 300,139.16 | 210,225.66 | 2,416,083.62 | 2,929,245.31 |
| 4th Quarter 2026 | 248,534.58 | 173,114.45 | 2,006,269.35 | 2,427,918.38 |
| TOTAL | 1,148,283.39 | 813,477.73 | 9,352,412.29 | 11,317,814.81 |