# EXHIBIT 4

NMI Settlement Fund
Sources of Funds and Expenses
FY 2026
For the eleven (11) months ending July 31, 2026

| | Year to Date This Year | Year to Date Last Year | |
|---|---|---|---|
| **On-Island Sources** | | | |
| **Contributions Revenue:** | | | |
| Mem. Contribution Income/CNMI | 101,331.27 | 127,283.37 | |
| Emp. Contribution Income/CNMI | 288,588.22 | 362,634.15 | |
| Mem. Contribution Income/Agency | 143,623.93 | 146,199.58 | |
| Emp. Contribution Income/Agency | 448,829.78 | 458,560.66 | |
| Total Contributions Revenue | 982,373.20 | 1,094,677.76 | 2.77% |
| **P.L. 13-60, Contributions and Penalty:** | | | |
| Penalty Revenue | 4,960.56 | 24,801.85 | |
| Total P.L. 13-60, Contributions and Penalty: | 4,960.56 | 24,801.85 | 0.01% |
| **Employees Contributions:** | | | |
| Buy Back Revenue | 265.95 | 255.85 | |
| Benefit Overpayment Revenue | 98,226.67 | 46,185.10 | |
| Underpayment of Contributions Revenue | 47,896.54 | 154,685.36 | |
| Buy Back Interest | 134.05 | 144.15 | |
| Total Employees Contributions: | 146,523.21 | 201,270.46 | 0.41% |
| **Miscellaneous Revenue:** | | | |
| Income from Appeal Fees | 500.00 | 400.00 | |
| Interest Income | 66.60 | 111.43 | |
| Gain/Loss on sale of FA | - | - | |
| Other Income | 250.00 | 326.00 | |
| Total Miscellaneous Revenue | 816.60 | 837.43 | 0.002% |
| **Investment Revenue:** | | | |
| Investment/Interest Income | 91,671.83 | 506,272.90 | |
| Investment/Dividend Income | 5,300,016.03 | 5,199,239.14 | |
| Total Investments Revenue | 5,391,687.86 | 5,705,512.04 | 15.18% |
| Combined On-Island Rev. Sources | 6,526,361.43 | 7,027,099.54 | 18.37% |
| **CNMI Payment per Agreement - CC# 09-00023** | | | |
| Annual Payment | 29,001,322.22 | 30,000,000.00 | |
| APGA | - | - | |
| Total Annual Payment | 29,001,322.22 | 30,000,000.00 | 81.63% |
| **Total Revenue and Payments** | 35,527,683.65 | 37,027,099.54 | 100.00% |
| **Stock Markets Realized/Unrealized Gain/(Loss):** | | | |
| Realized Gain or Loss | (2,025,398.97) | 2,772,602.58 | |
| Unrealized Gain or Loss | 5,046,706.63 | (2,443,770.55) | |
| Total Realized/Unrealized Gain/(Loss) | 3,021,307.66 | 328,832.03 | 7.84% |
| **Net Revenue and Payments** | **38,548,991.31** | 37,355,931.57 | |
| Year to Date Expenditures | 31,039,628.20 | 32,234,862.45 | |
| **Excess of Expenditures over Revenue & Payments** | **7,509,363.11** | 5,121,069.12 | |