# EXHIBIT 5

**NMI Settlement Fund**

**FY 2025, FY 2026, & Proposed FY 2027 Budget**

| | Approved FY 2025 Budget | Proposed FY 2026 Budget | Proposed FY 2027 Budget | FY 2027 increase/ (decrease) | % (+/-) from previous budget |
|---|---|---|---|---|---|
| **Benefits Payments (75%)** | | | | | |
| Retirement Pension Payments | 31,425,000 | 30,100,000 | 29,050,000 | (1,050,000) | -3.49% |
| Survivors Payments | 6,750,000 | 6,850,000 | 6,850,000 | - | 0.00% |
| Disability Payments | 125,000 | 100,000 | 70,000 | (30,000) | -30.00% |
| Death Lump Sum Payments | 75,000 | 75,000 | 75,000 | - | 0.00% |
| | | | | | |
| Total Benefits Payment | 38,375,000 | 37,125,000 | 36,045,000 | (1,080,000) | -2.91% |
| | | | | | |
| **Refund Payments** | | | | | |
| Refund of Contributions | 75,000 | 75,000 | 1,380,000 | 1,305,000 | 1740.00% |
| Interest Payments | 25,000 | 35,000 | 700,000 | 665,000 | 1900.00% |
| | | | | | |
| Total Refunds | 100,000 | 110,000 | 2,080,000 | 1,970,000 | 1790.91% |
| | | | | | |
| Total Benefits and Refunds Payment | 38,475,000 | 37,235,000 | 38,125,000 | 890,000 | 2.39% |
| | | | | | |
| **Personnel Expenses** | | | | | |
| Salaries & Wages | 884,020 | 911,787 | 907,643 | (4,144) | -0.45% |
| Overtime Pay | 10,000 | 10,000 | 10,000 | - | 0.00% |
| Personnel Insurance | 80,000 | 83,185 | 84,649 | 1,464 | 1.76% |
| Social Security | 55,429 | 57,151 | 56,894 | (257) | -0.45% |
| 401K | 53,641 | 55,307 | 55,059 | (248) | -0.45% |
| Medicare | 12,963 | 13,366 | 13,306 | (60) | -0.45% |
| | | | | | |
| Total Personnel Expenses | 1,096,054 | 1,130,796 | 1,127,551 | (3,245) | -0.29% |
| | | | | | |
| **Professional Fees** | | | | | |
| Actuarial Service Fees | 22,000 | 22,000 | 20,000 | (2,000) | -9.09% |
| Audit & Accounting Fees | 65,000 | 65,000 | 67,500 | 2,500 | 3.85% |
| Financial Consultant Investment Fee | 155,000 | 155,000 | 155,000 | - | 0.00% |
| Legal Service Fees | 200,000 | 150,000 | 150,000 | - | 0.00% |
| PCT Custodial Fees | 75,000 | 85,000 | 85,000 | - | 0.00% |
| Trustee Fees | 200,000 | 200,000 | 200,000 | - | 0.00% |
| | | | | | |
| Total Professional Fees | 717,000 | 677,000 | 677,500 | 500 | 0.07% |
| | | | | | |
| **General and Administrative Expenses** | | | | | |
| Advertisement | 250 | 250 | 250 | - | 0.00% |
| Administrative Hearing | 10,000 | 5,000 | 3,000 | (2,000) | -40.00% |
| Bank Service Charge | 5,000 | 7,500 | 7,500 | - | 0.00% |
| Books & Libraries | 11,000 | 13,000 | 15,000 | 2,000 | 15.38% |

| | Approved FY 2025 Budget | Proposed FY 2026 Budget | Proposed FY 2027 Budget | FY 2027 increase/ (decrease) | % (+/-) from previous budget |
|---|---|---|---|---|---|
| Communication | 21,000 | 25,000 | 25,000 | - | 0.00% |
| Freight & Postage | 12,000 | 22,000 | 25,000 | 3,000 | 13.64% |
| Fuel & Lubrications | 3,000 | 3,000 | 15,000 | 12,000 | 400.00% |
| Insurance | 21,000 | 21,000 | 24,000 | 3,000 | 14.29% |
| Janitorial Services | 17,000 | 16,500 | 16,500 | - | 0.00% |
| Licenses & Fees | 3,500 | 21,750 | 28,000 | 6,250 | 28.74% |
| Office Equipment Lease | 6,200 | 5,000 | 6,000 | 1,000 | 20.00% |
| Office Supplies | 27,500 | 31,500 | 35,000 | 3,500 | 11.11% |
| Other Office Expense | 2,000 | 5,000 | 2,500 | (2,500) | -50.00% |
| Personnel Training Cost | 5,000 | - | - | - | |
| Printing & Reproduction | 5,000 | 14,000 | 14,000 | - | 0.00% |
| Repairs & Maintenance | 120,000 | 150,000 | 250,000 | 100,000 | 66.67% |
| Subscription & Dues | 3,500 | 3,750 | 5,000 | 1,250 | 33.33% |
| Travel/Transportation-Staff | 5,000 | 5,000 | 5,000 | - | 0.00% |
| Utilities | 55,000 | 55,000 | 55,000 | - | 0.00% |
| | | | | | |
| Total General & Admin. Expenses | 332,950 | 404,250 | 531,750 | 127,500 | 31.54% |
| | | | | - | |
| Total Expenses | 40,621,004 | 39,447,046 | 40,461,801 | 1,014,755 | 2.57% |
| | | | | | |
| **Fixed Assets** | | | | | |
| Office Equipment | 10,000 | 7,500 | 7,500 | - | 0.00% |
| Office Furniture & Fixtures | 3,500 | 3,500 | 3,500 | - | 0.00% |
| Building/Mechanical Equipment | - | 3,500 | 3,500 | - | 0.00% |
| | | | | | |
| Total Fixed Assets | 13,500 | 14,500 | 14,500 | - | 0.00% |
| | | | | | |
| **Total Expenditures** | 40,634,504 | 39,461,546 | 40,476,301 | 1,014,755 | 2.57% |