# EXHIBIT 6

Wilshire

# NMI Settlement Fund

Jun-2026

## Monthly Investment Summary

wilshire.com | ©2026 Wilshire Advisors LLC

June 2026

# Market Commentary

## U.S. Economy and Markets

- The broad U.S. equity market was down in June as the Wilshire 5000 Index℠ returned -0.36%, with a return of 23.01% for the past 12 months.
- Large-cap stocks underperformed their small-cap counterparts for the month, with the Wilshire Large Cap Index℠ and the Wilshire Small Cap Index℠ returning -0.70% and 4.74%, respectively.
- Performance across GICS sectors were mostly positive during June. Information technology had a hugely positive quarter and now comprises 35% of the U.S. equity market.

## International Economy and Markets

- Developed international equity markets, as measured by the MSCI EAFE Index, returned 0.07% this month. The MSCI Emerging Markets Index produced a loss in June, down -1.41%.
- Performance results within international equity markets were positive during the second quarter while the U.S. dollar strengthened, detracting slightly from local currency returns.

## Fixed Income & Real Assets

- Core bonds posted a gain of 0.24% in June with the 10-year U.S. Treasury yield up 15 basis points.
- High yield corporate bonds were up 0.27% for the month, supported by coupon income and overall market performance. Leveraged loans were up 0.08% for the month, below longer-duration bonds.
- Listed real asset markets varied in June with the Wilshire Global Real Estate Securities Index℠ returning -0.14% and the FTSE Global Core Infrastructure Index up 1.27%.
- Commodities, as measured by the Bloomberg Commodity Index, were down at -8.54% in June.

 | ©2026 Wilshire Advisors LLC. All Rights Reserved. | 

Wilshire

# Monthly Index Performance

| | Performance (%) Net of Fees | | | | | | |
|---|---|---|---|---|---|---|---|
| | Month | QTD | CYTD | 1Yr | 3Yr | 5Yr | 10Yr |
| U.S. Equity | | | | | | | |
| Wilshire 5000 Total Market Index | -0.36 | 15.52 | 11.05 | 23.01 | 20.40 | 12.52 | 15.21 |
| S&P 500 Index | -0.95 | 15.20 | 10.21 | 22.33 | 20.61 | 13.41 | 15.51 |
| Wilshire 4500 Completion Index | 3.75 | 18.27 | 17.15 | 27.20 | 19.28 | 7.80 | 13.26 |
| MSCI USA Minimum Volatility Index | 0.23 | 4.39 | 3.18 | 4.46 | 10.87 | 7.33 | 9.70 |
| U.S. Equity by Size/Style | | | | | | | |
| Wilshire U.S. Large-Cap Index | -0.70 | 15.19 | 10.23 | 22.00 | 20.58 | 12.97 | 15.65 |
| Wilshire U.S. Large-Cap Growth Index | -2.28 | 18.86 | 7.12 | 19.09 | 22.37 | 14.02 | 18.29 |
| Wilshire U.S. Large-Cap Value Index | 1.62 | 9.84 | 13.30 | 22.82 | 17.18 | 10.99 | 12.06 |
| Wilshire U.S. Small-Cap Index | 4.74 | 20.45 | 23.37 | 38.12 | 17.93 | 7.79 | 11.70 |
| Wilshire U.S. Small-Cap Growth Index | 4.57 | 25.05 | 26.91 | 39.02 | 18.13 | 7.11 | 12.72 |
| Wilshire U.S. Small-Cap Value Index | 4.95 | 15.75 | 19.78 | 37.14 | 17.74 | 8.55 | 10.44 |
| Wilshire U.S. Micro-Cap Index | 0.97 | 21.80 | 24.05 | 60.04 | 20.67 | 3.52 | 10.02 |
| | | | | | | | |
| Non-U.S. Equity (USD) | | | | | | | |
| MSCI AC World ex USA (Net) | -0.59 | 14.49 | 13.68 | 27.66 | 18.82 | 8.79 | 9.93 |
| MSCI ACWI ex USA Minimum Volatility Index (Net) | -0.82 | 2.33 | 2.34 | 6.32 | 11.14 | 5.70 | 6.15 |
| MSCI EAFE (Net) | 0.07 | 10.82 | 9.44 | 20.23 | 16.44 | 9.05 | 9.66 |
| MSCI Emerging Markets (Net) | -1.41 | 24.05 | 23.85 | 43.51 | 23.03 | 7.20 | 10.07 |
| MSCI AC World ex USA Small Cap (Net) | -3.85 | 9.62 | 9.10 | 19.83 | 16.42 | 6.30 | 9.10 |
| | | | | | | | |
| U.S. Fixed Income | | | | | | | |
| Blmbg. U.S. Aggregate Index | 0.24 | 0.67 | 0.62 | 3.79 | 4.16 | 0.08 | 1.54 |
| Blmbg. U.S. Treasury: Long | 1.03 | 0.85 | 0.44 | 2.89 | -0.46 | -5.60 | -1.33 |
| Blmbg. U.S. Long Corporate Index | 0.29 | 2.31 | 1.08 | 4.79 | 4.05 | -2.29 | 2.19 |
| Blmbg. U.S. TIPS Index | -0.47 | 0.89 | 1.15 | 3.42 | 3.98 | 1.01 | 2.58 |
| Blmbg. U.S. Credit Index | 0.20 | 1.33 | 0.85 | 4.34 | 5.19 | 0.38 | 2.49 |
| Blmbg. U.S. Corp: High Yield Index | 0.27 | 2.47 | 1.96 | 5.91 | 8.86 | 4.17 | 5.81 |
| Morningstar LSTA U.S. Leveraged Loan | 0.08 | 1.88 | 1.31 | 4.36 | 7.55 | 6.01 | 5.50 |

wilshire.com | ©2026 Wilshire Advisors LLC

# Asset Allocation Compliance - June 30, 2026

Wilshire

## Total Fund



# Asset Allocation & Performance - June 30, 2026

## NMI Settlement Fund

| | Allocation | | Performance (%) Net of Fees | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market Value $ | % | Month | QTD | FYTD | CYTD | 1Yr | 3Yr | 5Yr | 10Yr | S/I | Inception Date |
| Total Fund | 146,107,331 | 100.00 | -1.08 | 2.23 | 5.22 | 3.38 | 9.15 | 8.95 | 3.73 | 4.99 | 4.36 | 10/1/2013 |
| Total Fund Policy | | | -1.11 | 2.26 | 4.93 | 3.16 | 8.45 | 8.23 | 3.03 | 4.41 | 4.18 | |
| Value Added | | | 0.03 | -0.03 | 0.29 | 0.21 | 0.70 | 0.72 | 0.71 | 0.58 | 0.18 | |
| US Equity Composite | 9,338,632 | 6.39 | -0.95 | 15.20 | 13.12 | 10.20 | 22.31 | | | | 17.96 | 2/1/2025 |
| S&P 500 Index | | | -0.95 | 15.20 | 13.13 | 10.21 | 22.33 | | | | 17.98 | |
| Value Added | | | 0.00 | 0.00 | -0.01 | -0.01 | -0.02 | | | | -0.02 | |
| **Fidelity 500 Index Fund** | **9,338,632** | **6.39** | **-0.95** | **15.20** | **13.12** | **10.20** | **22.31** | | | | **17.96** | **2/1/2025** |
| S&P 500 Index | | | -0.95 | 15.20 | 13.13 | 10.21 | 22.33 | | | | 17.98 | |
| Value Added | | | 0.00 | 0.00 | -0.01 | -0.01 | -0.02 | | | | -0.02 | |
| Global Equity Composite | 18,367,016 | 12.57 | -0.35 | 14.13 | 15.44 | 11.98 | 24.27 | 19.68 | 10.88 | 12.82 | 10.84 | 10/1/2013 |
| Global Equity Policy | | | -0.71 | 14.75 | 15.20 | 11.59 | 24.07 | 19.70 | 10.89 | 12.76 | 10.74 | |
| Value Added | | | 0.36 | -0.62 | 0.24 | 0.39 | 0.20 | -0.01 | -0.01 | 0.06 | 0.10 | |
| **Vanguard Total World Stock** | **18,367,016** | **12.57** | **-0.35** | **14.13** | **15.44** | **11.98** | **24.27** | **19.68** | **10.88** | | **12.28** | **7/1/2018** |
| FTSE Global All Cap Net Tax (US RIC) Idx | | | -0.71 | 14.75 | 15.20 | 11.59 | 24.07 | 19.70 | 10.89 | | 12.28 | |
| Value Added | | | 0.36 | -0.62 | 0.24 | 0.39 | 0.20 | -0.01 | -0.01 | | -0.01 | |

wilshire.com | ©2026 Wilshire Advisors LLC

# Asset Allocation & Performance - June 30, 2026

## NMI Settlement Fund

| | Allocation | | Performance (%) Net of Fees | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market Value $ | % | Month | QTD | FYTD | CYTD | 1Yr | 3Yr | 5Yr | 10Yr | S/I | Inception Date |
| Fixed Income Composite | 63,276,875 | 43.31 | 0.28 | 1.24 | 2.52 | 1.23 | 4.84 | 6.47 | 2.30 | 3.55 | 3.29 | 10/1/2013 |
| Fixed Income Policy | | | 0.21 | 0.97 | 2.00 | 0.80 | 4.12 | 5.72 | 1.62 | 2.89 | 3.02 | |
| Value Added | | | 0.07 | 0.27 | 0.52 | 0.43 | 0.72 | 0.75 | 0.68 | 0.67 | 0.27 | |
| **PGIM High Yield** | **14,970,979** | **10.25** | **0.16** | **2.39** | **3.45** | **2.18** | **5.92** | **9.08** | **4.15** | | **4.52** | **2/1/2021** |
| Blmbrg Barc U.S. High Yield 1% Issuer Cap | | | 0.27 | 2.48 | 3.30 | 1.96 | 5.94 | 8.86 | 4.18 | | 4.46 | |
| Value Added | | | -0.11 | -0.09 | 0.15 | 0.22 | -0.02 | 0.22 | -0.03 | | 0.06 | |
| **Dodge & Cox Income Fund** | **35,460,126** | **24.27** | **0.38** | **0.77** | **2.10** | **0.81** | **4.66** | **5.23** | **1.33** | **2.92** | **2.90** | **11/1/2014** |
| Blmbg. U.S. Aggregate Index | | | 0.24 | 0.67 | 1.73 | 0.62 | 3.79 | 4.16 | 0.08 | 1.54 | 1.89 | |
| Value Added | | | 0.14 | 0.11 | 0.38 | 0.19 | 0.87 | 1.07 | 1.25 | 1.38 | 1.01 | |
| **Vanguard Short-Term Bond** | **12,845,610** | **8.79** | **0.14** | **0.43** | **1.75** | **0.54** | **3.05** | **4.65** | **1.70** | | **2.43** | **7/1/2018** |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | | | 0.07 | 0.38 | 1.71 | 0.52 | 3.00 | 4.68 | 1.73 | | 2.46 | |
| Value Added | | | 0.07 | 0.05 | 0.04 | 0.02 | 0.05 | -0.03 | -0.03 | | -0.04 | |
| **Fidelity Strategic Real Return** | **26,479,597** | **18.12** | **-2.19** | **0.02** | **8.37** | **6.09** | **12.47** | **8.94** | | | **6.08** | **8/1/2022** |
| Fidelity Strategic Real Return Policy | | | -2.16 | -0.16 | 8.09 | 5.78 | 12.16 | 8.45 | | | 5.95 | |
| Value Added | | | -0.03 | 0.18 | 0.28 | 0.31 | 0.31 | 0.49 | | | 0.13 | |
| **Cohen & Steers Real Assets Fund** | **26,995,044** | **18.48** | **-3.74** | | | | | | | | **-5.40** | **4/1/2026** |
| Cohen & Steers Real Asset Index | | | -3.87 | | | | | | | | -5.69 | |
| Value Added | | | 0.13 | | | | | | | | 0.28 | |
| **Mutual Fund Cash** | **1,650,168** | **1.13** | **0.28** | **0.90** | **2.78** | **1.79** | **3.84** | **4.60** | **3.54** | **2.31** | **1.80** | **10/1/2013** |
| **Special Purpose Fund** | **492,275** | | **0.29** | **0.86** | **2.74** | **1.75** | **3.84** | | | | **4.01** | **12/1/2024** |

wilshire.com | ©2026 Wilshire Advisors LLC

# Cash Flow Summary - One Month Ending June 30, 2026

Wilshire

## Total Fund

| | Begin Value | Net Cash Flow | Expenses | Capital Apprec./ Deprec. | End Value |
|---|---|---|---|---|---|
| Total Fund | 150,725,320 | -3,000,000 | -6,855 | -1,611,134 | 146,107,331 |
| | | | | | |
| US Equity Composite | 9,428,362 | | | -89,729 | 9,338,632 |
| **Fidelity 500 Index Fund** | **9,428,362** | | | **-89,729** | **9,338,632** |
| | | | | | |
| Global Equity Composite | 18,431,176 | | | -64,160 | 18,367,016 |
| **Vanguard Total World Stock** | **18,431,176** | | | **-64,160** | **18,367,016** |
| | | | | | |
| Fixed Income Composite | 63,101,202 | | | 175,673 | 63,276,875 |
| **Vanguard Short-Term Bond** | **12,827,709** | | | **17,901** | **12,845,610** |
| **PGIM High Yield** | **14,947,024** | | | **23,955** | **14,970,979** |
| **Dodge & Cox Income Fund** | **35,326,311** | | | **133,816** | **35,460,126** |
| | | | | | |
| Real Return Composite | 27,071,162 | | | -591,565 | 26,479,597 |
| **Fidelity Strategic Real Return** | **27,071,162** | | | **-591,565** | **26,479,597** |
| | | | | | |
| Real Assets Composite | 28,044,764 | | | -1,049,720 | 26,995,044 |
| **Cohen & Steers Real Assets Fund** | **28,044,764** | | | **-1,049,720** | **26,995,044** |
| | | | | | |
| **Mutual Fund Cash** | **4,648,654** | **-3,000,000** | **-6,855** | **8,369** | **1,650,168** |
| | | | | | |
| **Special Purpose Fund** | **600,651** | **-110,000** | **-27** | **1,651** | **492,275** |

wilshire.com | ©2026 Wilshire Advisors LLC

# Historical Hybrid Composition - June 30, 2026

Wilshire

## Total Fund Composite

| Policy Index | Weight (%) |
|---|---|
| **Apr-2026** | |
| S&P 500 Index | 5.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 10.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 10.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| Fidelity Custom Index | 15.00 |
| Cohen & Steers Real Asset Index | 20.00 |
| **Jan-2025** | |
| S&P 500 Index | 5.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 10.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| Fidelity Custom Index | 25.00 |
| **Aug-2022** | |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| Fidelity Custom Index | 25.00 |
| **Jul-2022** | |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| 90 Day U.S. Treasury Bill | 25.00 |

| Policy Index | Weight (%) |
|---|---|
| **Feb-2021** | |
| Blmbg. U.S. Aggregate Index | 40.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 30.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.00 |
| **Jan-2021** | |
| Blmbg. U.S. Aggregate Index | 40.65 |
| ICE BofA High Yield BB-B Constrained Index | 29.26 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 9.65 |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.44 |
| **Dec-2020** | |
| Blmbg. U.S. Aggregate Index | 45.31 |
| ICE BofA High Yield BB-B Constrained Index | 20.64 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.83 |
| FTSE Global All Cap Net Tax (US RIC) Index | 17.22 |
| **Nov-2020** | |
| Blmbg. U.S. Aggregate Index | 45.85 |
| ICE BofA High Yield BB-B Constrained Index | 20.37 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.10 |
| FTSE Global All Cap Net Tax (US RIC) Index | 16.68 |
| **Oct-2020** | |
| Blmbg. U.S. Aggregate Index | 46.73 |
| ICE BofA High Yield BB-B Constrained Index | 20.12 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.74 |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.41 |

# Historical Hybrid Composition - June 30, 2026

Wilshire

## Total Fund Composite

| Policy Index | Weight (%) |
|---|---|
| **Sep-2020** | |
| Blmbg. U.S. Aggregate Index | 46.55 |
| ICE BofA High Yield BB-B Constrained Index | 20.10 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.67 |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.68 |
| **Dec-2019** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 10.00 |
| **Oct-2019** | |
| Blmbg. U.S. Aggregate Index | 40.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 15.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 25.00 |
| **Jul-2018** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 32.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 6.00 |
| **Jan-2018** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 32.00 |
| MSCI AC World Index (Net) | 6.00 |
| Blmbg. Intermed. U.S. Government/Credit | 12.00 |
| **Oct-2016** | |
| TF Policy custom2 | 100.00 |

| Policy Index | Weight (%) |
|---|---|
| **Jan-2015** | |
| MSCI AC World Index (Net) | 10.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 50.00 |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 |
| **Apr-2014** | |
| MSCI AC World Index (Net) | 15.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 45.00 |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 |
| **Oct-2013** | |
| TF Policy custom1 | 100.00 |

©2026 Wilshire Advisors LLC

# Historical Hybrid Composition - June 30, 2026

## Global Equity Composite

| Policy Index | Weight (%) |
|---|---|
| Jul-2018 | |
| FTSE Global All Cap Net Tax (US RIC) Index | 100.00 |
| Oct-2013 | |
| MSCI AC World Index (Net) | 100.00 |

wilshire.com | ©2026 Wilshire Advisors LLC

## Historical Hybrid Composition - June 30, 2026

Wilshire

# Fixed Income Composite

| Policy Index | Weight (%) |
|---|---|
| **Apr-2026** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 60.00 |
| **Jul-2022** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.67 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 33.33 |
| Blmbg. U.S. Aggregate Index | 50.00 |
| **Feb-2021** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.50 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 37.50 |
| Blmbg. U.S. Aggregate Index | 50.00 |
| **Jan-2021** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.13 |
| ICE BofA High Yield BB-B Constrained Index | 36.78 |
| Blmbg. U.S. Aggregate Index | 51.09 |
| **Dec-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.33 |
| ICE BofA High Yield BB-B Constrained Index | 24.93 |
| Blmbg. U.S. Aggregate Index | 54.74 |
| **Nov-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.52 |
| ICE BofA High Yield BB-B Constrained Index | 24.45 |
| Blmbg. U.S. Aggregate Index | 55.03 |
| **Oct-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.98 |
| ICE BofA High Yield BB-B Constrained Index | 23.78 |
| Blmbg. U.S. Aggregate Index | 55.24 |

| Policy Index | Weight (%) |
|---|---|
| **Sep-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.96 |
| ICE BofA High Yield BB-B Constrained Index | 23.84 |
| Blmbg. U.S. Aggregate Index | 55.20 |
| **Dec-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 22.22 |
| ICE BofA High Yield BB-B Constrained Index | 22.22 |
| Blmbg. U.S. Aggregate Index | 55.56 |
| **Oct-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| ICE BofA High Yield BB-B Constrained Index | 26.67 |
| Blmbg. U.S. Aggregate Index | 53.33 |
| **Jul-2018** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 53.19 |
| **Jan-2018** | |
| Blmbg. Intermed. U.S. Government/Credit | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 53.19 |
| **Oct-2016** | |
| Fixed Income Policy custom2 | 100.00 |
| **Jan-2015** | |
| ICE BofA High Yield BB-B Constrained Index | 22.20 |
| Blmbg. Intermed. U.S. Government/Credit | 22.20 |
| Blmbg. U.S. Aggregate Index | 55.60 |

wilshire.com | ©2026 Wilshire Advisors LLC

# Historical Hybrid Composition - June 30, 2026



## Fixed Income Composite

| Policy Index | Weight (%) |
|---|---|
| Apr-2014 | |
| ICE BofA High Yield BB-B Constrained Index | 23.55 |
| Blmbg. Intermed. U.S. Government/Credit | 23.55 |
| Blmbg. U.S. Aggregate Index | 52.90 |
| Oct-2013 | |
| Fixed Income Policy custom1 | 100.00 |

 | ©2026 Wilshire Advisors LLC

Wilshire

# NMI Settlement Fund

Jul-2026

## Monthly Investment Summary

wilshire.com | ©2026 Wilshire Advisors LLC

July 2026

# Market Commentary

## U.S. Economy and Markets

- The broad U.S. equity market was down in July as the Wilshire 5000 Index℠ returned -0.51%, with a return of 19.69% for the past 12 months.
- Large-cap stocks outperformed their small-cap counterparts for the month, with the Wilshire Large Cap Index℠ and the Wilshire Small Cap Index℠ returning -0.34% and -2.80%, respectively.
- Performance across GICS sectors was mixed during July. Energy was the best performing sector, by far, while industrials and information technology were the main laggards.

## International Economy and Markets

- Developed international equity markets, as measured by the MSCI EAFE Index, returned 1.96% this month. The MSCI Emerging Markets Index produced a loss in July, down -3.07%.
- The U.S. dollar weakened versus advanced foreign economies during the month, resulting in the developed markets' local currency return being lower than those converted back to dollars.

## Fixed Income & Real Assets

- Core bonds posted a loss of -1.30% in July as the 10-year U.S. Treasury yield rose by 27 basis points.
- High yield corporate bonds were down -0.25% as credit spreads were up for the month, by 9 basis points in the high yield market. Leveraged loans were up for the month at 0.79%, outperforming the longer-duration high yield bonds.
- Listed real asset markets were up in July with the Wilshire Global Real Estate Securities Index℠ returning 2.78% and the FTSE Global Core Infrastructure Index up 0.56%.
- Commodities, as measured by the Bloomberg Commodity Index, were positive at 7.54% in July.

 | ©2026 Wilshire Advisors LLC. All Rights Reserved. | 

Wilshire

# Monthly Index Performance

| | Performance (%) Net of Fees | | | | | | |
|---|---|---|---|---|---|---|---|
| | Month | QTD | CYTD | 1Yr | 3Yr | 5Yr | 10Yr |
| U.S. Equity | | | | | | | |
| Wilshire 5000 Total Market Index | -0.51 | -0.51 | 10.48 | 19.69 | 18.79 | 12.01 | 14.71 |
| S&P 500 Index | -0.06 | -0.06 | 10.14 | 19.56 | 19.32 | 12.86 | 15.08 |
| Wilshire 4500 Completion Index | -1.93 | -1.93 | 14.89 | 21.84 | 16.35 | 7.52 | 12.46 |
| MSCI USA Minimum Volatility Index | 1.53 | 1.53 | 4.77 | 7.47 | 10.93 | 6.93 | 9.71 |
| U.S. Equity by Size/Style | | | | | | | |
| Wilshire U.S. Large-Cap Index | -0.34 | -0.34 | 9.85 | 18.87 | 19.10 | 12.39 | 15.18 |
| Wilshire U.S. Large-Cap Growth Index | -0.19 | -0.19 | 6.92 | 15.00 | 20.84 | 13.30 | 17.71 |
| Wilshire U.S. Large-Cap Value Index | -0.56 | -0.56 | 12.67 | 21.35 | 15.78 | 10.59 | 11.70 |
| Wilshire U.S. Small-Cap Index | -2.80 | -2.80 | 19.91 | 31.96 | 14.70 | 7.74 | 10.77 |
| Wilshire U.S. Small-Cap Growth Index | -4.68 | -4.68 | 20.97 | 30.18 | 14.15 | 6.51 | 11.51 |
| Wilshire U.S. Small-Cap Value Index | -0.53 | -0.53 | 19.14 | 34.13 | 15.39 | 9.13 | 9.84 |
| Wilshire U.S. Micro-Cap Index | -9.21 | -9.21 | 12.63 | 41.02 | 14.66 | 2.95 | 8.44 |
| | | | | | | | |
| Non-U.S. Equity (USD) | | | | | | | |
| MSCI AC World ex USA (Net) | 0.34 | 0.34 | 14.08 | 28.46 | 17.39 | 9.22 | 9.43 |
| MSCI ACWI ex USA Minimum Volatility Index (Net) | 4.00 | 4.00 | 6.43 | 11.98 | 11.65 | 6.37 | 6.28 |
| MSCI EAFE (Net) | 1.96 | 1.96 | 11.59 | 24.33 | 15.96 | 9.31 | 9.33 |
| MSCI Emerging Markets (Net) | -3.07 | -3.07 | 20.04 | 36.44 | 19.33 | 8.03 | 9.19 |
| MSCI AC World ex USA Small Cap (Net) | -0.94 | -0.94 | 8.07 | 18.51 | 14.15 | 5.93 | 8.41 |
| | | | | | | | |
| U.S. Fixed Income | | | | | | | |
| Blmbg. U.S. Aggregate Index | -1.30 | -1.30 | -0.69 | 2.71 | 3.73 | -0.40 | 1.35 |
| Blmbg. U.S. Treasury: Long | -4.01 | -4.01 | -3.58 | -0.33 | -1.09 | -7.04 | -1.95 |
| Blmbg. U.S. Long Corporate Index | -3.93 | -3.93 | -2.89 | 0.74 | 2.71 | -3.51 | 1.48 |
| Blmbg. U.S. TIPS Index | -0.68 | -0.68 | 0.46 | 2.59 | 3.70 | 0.34 | 2.42 |
| Blmbg. U.S. Credit Index | -1.60 | -1.60 | -0.76 | 2.62 | 4.52 | -0.20 | 2.19 |
| Blmbg. U.S. Corp: High Yield Index | -0.25 | -0.25 | 1.71 | 5.17 | 8.27 | 4.04 | 5.51 |
| Morningstar LSTA U.S. Leveraged Loan | 0.79 | 0.79 | 2.12 | 4.28 | 7.38 | 6.18 | 5.43 |

wilshire.com | ©2026 Wilshire Advisors LLC

# Asset Allocation Compliance - July 31, 2026

Wilshire

## Total Fund



# Asset Allocation & Performance - July 31, 2026

Wilshire

## NMI Settlement Fund

| | Performance (%) Net of Fees | | | | | | | | | | Allocation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month | QTD | FYTD | CYTD | 1Yr | 3Yr | 5Yr | 10Yr | S/I | Inception Date | Market Value $ | % |
| Total Fund | 0.48 | 0.48 | 5.72 | 3.87 | 9.20 | 8.49 | 3.71 | 4.87 | 4.37 | 10/1/2013 | 153,825,254 | 100.00 |
| Total Fund Policy | 0.66 | 0.66 | 5.62 | 3.84 | 8.81 | 7.91 | 3.02 | 4.34 | 4.20 | | | |
| Value Added | -0.18 | -0.18 | 0.10 | 0.03 | 0.39 | 0.58 | 0.69 | 0.52 | 0.17 | | | |
| US Equity Composite | -0.07 | -0.07 | 13.05 | 10.13 | 19.55 | | | | 16.83 | 2/1/2025 | 9,332,461 | 6.07 |
| S&P 500 Index | -0.06 | -0.06 | 13.06 | 10.14 | 19.56 | | | | 16.85 | | | |
| Value Added | 0.00 | 0.00 | -0.02 | -0.01 | -0.02 | | | | -0.02 | | | |
| **Fidelity 500 Index Fund** | **-0.07** | **-0.07** | **13.05** | **10.13** | **19.55** | | | | **16.83** | **2/1/2025** | **9,332,461** | **6.07** |
| S&P 500 Index | -0.06 | -0.06 | 13.06 | 10.14 | 19.56 | | | | 16.85 | | | |
| Value Added | 0.00 | 0.00 | -0.02 | -0.01 | -0.02 | | | | -0.02 | | | |
| Global Equity Composite | -0.62 | -0.62 | 14.72 | 11.28 | 22.26 | 18.00 | 10.62 | 12.27 | 10.71 | 10/1/2013 | 18,252,401 | 11.87 |
| Global Equity Policy | -0.20 | -0.20 | 14.97 | 11.36 | 22.17 | 18.13 | 10.72 | 12.26 | 10.65 | | | |
| Value Added | -0.42 | -0.42 | -0.25 | -0.09 | 0.09 | -0.12 | -0.11 | 0.01 | 0.07 | | | |
| **Vanguard Total World Stock** | **-0.62** | **-0.62** | **14.72** | **11.28** | **22.26** | **18.00** | **10.62** | | **12.05** | **7/1/2018** | **18,252,401** | **11.87** |
| FTSE Global All Cap Net Tax (US RIC) Idx | -0.20 | -0.20 | 14.97 | 11.36 | 22.17 | 18.13 | 10.72 | | 12.12 | | | |
| Value Added | -0.42 | -0.42 | -0.25 | -0.09 | 0.09 | -0.12 | -0.11 | | -0.07 | | | |

©2026 Wilshire Advisors LLC

# Asset Allocation & Performance - July 31, 2026

Wilshire

## NMI Settlement Fund

| | Performance (%) Net of Fees | | | | | | | | | | Allocation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month | QTD | FYTD | CYTD | 1Yr | 3Yr | 5Yr | 10Yr | S/I | Inception Date | Market Value $ | % |
| Fixed Income Composite | -1.02 | -1.02 | 1.47 | 0.20 | 3.59 | 5.82 | 1.96 | 3.30 | 3.19 | 10/1/2013 | 62,630,596 | 40.72 |
| Fixed Income Policy | -0.84 | -0.84 | 1.14 | -0.05 | 3.23 | 5.25 | 1.30 | 2.70 | 2.94 | | | |
| Value Added | -0.18 | -0.18 | 0.33 | 0.25 | 0.36 | 0.57 | 0.66 | 0.60 | 0.25 | | | |
| **PGIM High Yield** | **-0.46** | **-0.46** | **2.98** | **1.72** | **4.81** | **8.24** | **3.96** | | **4.36** | **2/1/2021** | **14,902,296** | **9.69** |
| Blmbrg Barc U.S. High Yield 1% Issuer Cap | -0.24 | -0.24 | 3.05 | 1.72 | 5.19 | 8.28 | 4.06 | | 4.35 | | | |
| Value Added | -0.22 | -0.22 | -0.07 | 0.00 | -0.38 | -0.04 | -0.10 | | 0.01 | | | |
| **Dodge & Cox Income Fund** | **-1.58** | **-1.58** | **0.49** | **-0.78** | **3.10** | **4.59** | **0.84** | **2.65** | **2.74** | **11/1/2014** | **34,900,818** | **22.69** |
| Blmbg. U.S. Aggregate Index | -1.30 | -1.30 | 0.40 | -0.69 | 2.71 | 3.73 | -0.40 | 1.35 | 1.76 | | | |
| Value Added | -0.27 | -0.27 | 0.09 | -0.09 | 0.39 | 0.86 | 1.24 | 1.30 | 0.98 | | | |
| **Vanguard Short-Term Bond** | **-0.14** | **-0.14** | **1.60** | **0.40** | **2.97** | **4.49** | **1.60** | | **2.38** | **7/1/2018** | **12,827,326** | **8.34** |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | -0.07 | -0.07 | 1.64 | 0.45 | 3.02 | 4.52 | 1.64 | | 2.43 | | | |
| Value Added | -0.07 | -0.07 | -0.03 | -0.05 | -0.05 | -0.03 | -0.04 | | -0.04 | | | |
| **Fidelity Strategic Real Return** | **2.05** | **2.05** | **10.59** | **8.26** | **14.54** | **8.74** | | | **6.49** | **8/1/2022** | **27,021,582** | **17.57** |
| Fidelity Strategic Real Return Policy | 1.93 | 1.93 | 10.17 | 7.82 | 13.98 | 8.15 | | | 6.33 | | | |
| Value Added | 0.12 | 0.12 | 0.41 | 0.44 | 0.56 | 0.59 | | | 0.16 | | | |
| **Cohen & Steers Real Assets Fund** | **3.44** | **3.44** | | | | | | | **-0.27** | **4/1/2026** | **27,924,344** | **18.15** |
| Cohen & Steers Real Asset Index | 4.08 | 4.08 | | | | | | | 2.03 | | | |
| Value Added | -0.64 | -0.64 | | | | | | | -2.30 | | | |
| **Mutual Fund Cash** | **0.30** | **0.30** | **3.09** | **2.09** | **3.79** | **4.56** | **3.60** | **2.34** | **1.82** | **10/1/2013** | **8,663,869** | **5.63** |
| **Special Purpose Fund** | **0.27** | **0.27** | **3.01** | **2.02** | **3.76** | | | | **3.97** | **12/1/2024** | **2,684** | |

 ©2026 Wilshire Advisors LLC

# Cash Flow Summary - One Month Ending July 31, 2026

Wilshire

## Total Fund

| | Begin Value | Net Cash Flow | Expenses | Capital Apprec./ Deprec. | End Value |
|---|---|---|---|---|---|
| Total Fund | 146,107,331 | 7,000,000 | -6,649 | 724,572 | 153,825,254 |
| | | | | | |
| US Equity Composite | 9,338,632 | | | -6,171 | 9,332,461 |
| **Fidelity 500 Index Fund** | **9,338,632** | | | **-6,171** | **9,332,461** |
| | | | | | |
| Global Equity Composite | 18,367,016 | | | -114,615 | 18,252,401 |
| **Vanguard Total World Stock** | **18,367,016** | | | **-114,615** | **18,252,401** |
| | | | | | |
| Fixed Income Composite | 63,276,875 | | | -646,278 | 62,630,596 |
| **Vanguard Short-Term Bond** | **12,845,610** | | | **-18,285** | **12,827,326** |
| **PGIM High Yield** | **14,970,979** | | | **-68,683** | **14,902,296** |
| **Dodge & Cox Income Fund** | **35,460,126** | | | **-559,308** | **34,900,818** |
| | | | | | |
| Real Return Composite | 26,479,597 | | | 541,985 | 27,021,582 |
| **Fidelity Strategic Real Return** | **26,479,597** | | | **541,985** | **27,021,582** |
| | | | | | |
| Real Assets Composite | 26,995,044 | | | 929,300 | 27,924,344 |
| **Cohen & Steers Real Assets Fund** | **26,995,044** | | | **929,300** | **27,924,344** |
| | | | | | |
| **Mutual Fund Cash** | **1,650,168** | **7,000,000** | **-6,649** | **20,351** | **8,663,869** |
| | | | | | |
| **Special Purpose Fund** | **492,275** | **-490,000** | **-22** | **431** | **2,684** |

# Historical Hybrid Composition - July 31, 2026

Wilshire

## Total Fund Composite

| Policy Index | Weight (%) |
|---|---|
| **Apr-2026** | |
| S&P 500 Index | 5.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 10.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 10.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| Fidelity Custom Index | 15.00 |
| Cohen & Steers Real Asset Index | 20.00 |
| **Jan-2025** | |
| S&P 500 Index | 5.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 10.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| Fidelity Custom Index | 25.00 |
| **Aug-2022** | |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| Fidelity Custom Index | 25.00 |
| **Jul-2022** | |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.00 |
| Blmbg. U.S. Aggregate Index | 30.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| 90 Day U.S. Treasury Bill | 25.00 |

| Policy Index | Weight (%) |
|---|---|
| **Feb-2021** | |
| Blmbg. U.S. Aggregate Index | 40.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 30.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 10.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.00 |
| **Jan-2021** | |
| Blmbg. U.S. Aggregate Index | 40.65 |
| ICE BofA High Yield BB-B Constrained Index | 29.26 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 9.65 |
| FTSE Global All Cap Net Tax (US RIC) Index | 20.44 |
| **Dec-2020** | |
| Blmbg. U.S. Aggregate Index | 45.31 |
| ICE BofA High Yield BB-B Constrained Index | 20.64 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.83 |
| FTSE Global All Cap Net Tax (US RIC) Index | 17.22 |
| **Nov-2020** | |
| Blmbg. U.S. Aggregate Index | 45.85 |
| ICE BofA High Yield BB-B Constrained Index | 20.37 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.10 |
| FTSE Global All Cap Net Tax (US RIC) Index | 16.68 |
| **Oct-2020** | |
| Blmbg. U.S. Aggregate Index | 46.73 |
| ICE BofA High Yield BB-B Constrained Index | 20.12 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.74 |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.41 |

wilshire.com | ©2026 Wilshire Advisors LLC

# Historical Hybrid Composition - July 31, 2026

Wilshire

## Total Fund Composite

| Policy Index | Weight (%) |
|---|---|
| **Sep-2020** | |
| Blmbg. U.S. Aggregate Index | 46.55 |
| ICE BofA High Yield BB-B Constrained Index | 20.10 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 17.67 |
| FTSE Global All Cap Net Tax (US RIC) Index | 15.68 |
| **Dec-2019** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 10.00 |
| **Oct-2019** | |
| Blmbg. U.S. Aggregate Index | 40.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 15.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 25.00 |
| **Jul-2018** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 32.00 |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.00 |
| FTSE Global All Cap Net Tax (US RIC) Index | 6.00 |
| **Jan-2018** | |
| Blmbg. U.S. Aggregate Index | 50.00 |
| ICE BofA High Yield BB-B Constrained Index | 32.00 |
| MSCI AC World Index (Net) | 6.00 |
| Blmbg. Intermed. U.S. Government/Credit | 12.00 |
| **Oct-2016** | |
| TF Policy custom2 | 100.00 |

| Policy Index | Weight (%) |
|---|---|
| **Jan-2015** | |
| MSCI AC World Index (Net) | 10.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 50.00 |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 |
| **Apr-2014** | |
| MSCI AC World Index (Net) | 15.00 |
| ICE BofA High Yield BB-B Constrained Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 45.00 |
| Blmbg. Intermed. U.S. Government/Credit | 20.00 |
| **Oct-2013** | |
| TF Policy custom1 | 100.00 |

# Historical Hybrid Composition - July 31, 2026

## Global Equity Composite

| Policy Index | Weight (%) |
|---|---|
| Jul-2018 | |
| FTSE Global All Cap Net Tax (US RIC) Index | 100.00 |
| Oct-2013 | |
| MSCI AC World Index (Net) | 100.00 |

©2026 Wilshire Advisors LLC

# Historical Hybrid Composition - July 31, 2026

Wilshire

## Fixed Income Composite

| Policy Index | Weight (%) |
|---|---|
| **Apr-2026** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 20.00 |
| Blmbg. U.S. Aggregate Index | 60.00 |
| **Jul-2022** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 16.67 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 33.33 |
| Blmbg. U.S. Aggregate Index | 50.00 |
| **Feb-2021** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.50 |
| Blmbrg U.S. High Yield 1% Issuer Cap Index | 37.50 |
| Blmbg. U.S. Aggregate Index | 50.00 |
| **Jan-2021** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.13 |
| ICE BofA High Yield BB-B Constrained Index | 36.78 |
| Blmbg. U.S. Aggregate Index | 51.09 |
| **Dec-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.33 |
| ICE BofA High Yield BB-B Constrained Index | 24.93 |
| Blmbg. U.S. Aggregate Index | 54.74 |
| **Nov-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.52 |
| ICE BofA High Yield BB-B Constrained Index | 24.45 |
| Blmbg. U.S. Aggregate Index | 55.03 |
| **Oct-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.98 |
| ICE BofA High Yield BB-B Constrained Index | 23.78 |
| Blmbg. U.S. Aggregate Index | 55.24 |

| Policy Index | Weight (%) |
|---|---|
| **Sep-2020** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.96 |
| ICE BofA High Yield BB-B Constrained Index | 23.84 |
| Blmbg. U.S. Aggregate Index | 55.20 |
| **Dec-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 22.22 |
| ICE BofA High Yield BB-B Constrained Index | 22.22 |
| Blmbg. U.S. Aggregate Index | 55.56 |
| **Oct-2019** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 20.00 |
| ICE BofA High Yield BB-B Constrained Index | 26.67 |
| Blmbg. U.S. Aggregate Index | 53.33 |
| **Jul-2018** | |
| Bloomberg U.S. Gov/Credit 1-5 Year Index | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 53.19 |
| **Jan-2018** | |
| Blmbg. Intermed. U.S. Government/Credit | 12.77 |
| ICE BofA High Yield BB-B Constrained Index | 34.04 |
| Blmbg. U.S. Aggregate Index | 53.19 |
| **Oct-2016** | |
| Fixed Income Policy custom2 | 100.00 |
| **Jan-2015** | |
| ICE BofA High Yield BB-B Constrained Index | 22.20 |
| Blmbg. Intermed. U.S. Government/Credit | 22.20 |
| Blmbg. U.S. Aggregate Index | 55.60 |

wilshire.com | ©2026 Wilshire Advisors LLC

Wilshire

# Fixed Income Composite

| Policy Index | Weight (%) |
|---|---|
| Apr-2014 | |
| ICE BofA High Yield BB-B Constrained Index | 23.55 |
| Blmbg. Intermed. U.S. Government/Credit | 23.55 |
| Blmbg. U.S. Aggregate Index | 52.90 |
| Oct-2013 | |
| Fixed Income Policy custom1 | 100.00 |

 | ©2026 Wilshire Advisors LLC