# EXHIBIT 8

**NMISF SETTLED CASES OUTSIDE MEDIATION**
**FY 2026**

| ** | Case/ OA-SF No. | Case Name | Nature of Matter | Amount Paid | Amount Owed |
|---|---|---|---|---|---|
| 1 | 26-L223 | F. Aguon | Underpayment of employee contributions | | $ 1,345.20 |
| 2 | 26-L006 | T. Aguon | Underpayment of employee contributions | | $ 5,114.33 |
| 3 | 26-L048 | E. Aldan | Recoupment of overpayment of survivor benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 2,290.68 |
| 4 | 25-0014 | C. Alepuyo | Overpayment of retirement benefits based on improper inclusion of overtime and compensatory time hours in benefit computation | | $ - |
| 5 | 25-L121 | C. Alepuyo | Underpayment of retirement benefits based on incorrect average annual salary used to compute retirement benefits | $ 993.24 | |
| 6 | 25-L124 | F. Alepuyo | Underpayment of survivor benefits based on incorrect average annual salary used to compute retirement benefits | $ 32.99 | |
| 7 | 24-L001 | R. Basa | Underpayment of employee contributions | | $ 8,616.32 |
| 8 | 26-L096 | A. Calvo | Overpayment of retirement benefits after death | | $ 577.87 |
| 9 | 26-L072 | D. Calvo | Underpayment of employee contributions | | $ 600.38 |
| 10 | 26-L067 | J. Camacho | Overpayment of retirement benefits after death | | $ 679.20 |
| 11 | 26-L067 | J. Camacho | Overpayment of survivor benefits after death | | $ 134.64 |
| 12 | 26-L075 | M. Cepeda | Underpayment of employee contributions | | $ 141.02 |
| 13 | 26-L075 | M. Cepeda | Underpayment of retirement benefits based on double dipping and incorrect average annual salary | $ 32,645.78 | |
| 14 | 26-L001 | L. Duenas | Underpayment of retirement benefits due to improper credited service | $ 1,009.33 | |
| 15 | 26-L002 | L. Duenas | Overpayment of retirement benefits after death | | $ 104.46 |
| 16 | 26-L114 | A. Elder | Overpayment of retirement benefits after death | | $ 330.10 |
| 17 | 26-L200 | C. Fejeran | Overpayment of retirement benefits due to improper inclusion of overtime hours in benefit computation | | $ 548.89 |
| 18 | 26-L015 | M. Fleming | Overpayment of retirement benefits after death | | $ 258.56 |
| 19 | 26-L117 | A. Flores | Overpayment of retirement benefits after death | | $ 524.22 |

| | | | | | |
|---|---|---|---|---|---|
| 20 | 26-L117 | A. Flores | Underpayment of retirement benefits due to incorrect lenth of service factored in computing retirement benefits | $ 8,573.61 | |
| 21 | 26-L020 | J. Flores | Overpayment of retirement benefits after death | | $ 222.72 |
| 22 | 26-L115 | F. Forbes | Overpayment of retirement benefits after death | | $ 237.85 |
| 23 | 26-L133 | M. Haberman | Overpayment of retirement benefits after death | | $ 7,462.04 |
| 24 | 26-L133 | M. Haberman | Underpayment of employee contributions | | $ 10.58 |
| 25 | 26-L068 | R. Hemphill | Overpayment of retirement benefits after death | | $ 485.79 |
| 26 | 26-L056 | R. Hodges | Overpayment of retirement benefits after death | | $ 846.23 |
| 27 | 26-L022 | J. Hofschneider | Underpayment of employee contributions | | $ 4,322.62 |
| 28 | 24-L053 | D. Iguel | Overpayment of survivor benefits based on improper inclusion of overtime hours in benefit computation | | $ 417.36 |
| 29 | 26-L008 | S. Jetnil | Overpayment of retirement benefits due to improper inclusion of early retirement bonus | | $ 12,307.73 |
| 30 | 26-L083 | B. Jones | Overpayment of retirement benefits based on improper inclusion of early retirement bonus and overpayment of retirement benefits after death | | $ 15,260.50 |
| 31 | 26-L084 | S. Jones | Underpayment of retirement benefits based on incorrect average annual salary | $ 42,124.77 | |
| 32 | 24-L199 | J. Kaipat | Ineligibility for survivor benefits due to remarriage | | $ 5,433.37 |
| 33 | 26-L032 | A. Kisa | Overpayment of survivor benefits based on improper inclusion of overtime hours in benefit computation | | $ 3,436.62 |
| 34 | 26-L164 | D. Laniyo | Overpayment of retirement benefits after death | | $ 948.95 |
| 35 | 26-L164 | D. Laniyo | Overpayment of retirement benefits due to incorrect calculation of length of service | | |
| 36 | 26-L061 | G. Macaranas | Overpayment of retirement benefits after death | | $ 429.88 |
| 37 | 26-L094 | L. Macaranas | Underpayment of employee contributions | | $ 21.60 |
| 38 | 26-L094 | L. Macaranas | Underpayment of retirement benefits | $ 1,640.17 | |
| 39 | 12-078 | J. Manalo | Overpayment of retirement benefits based on improper inclusion of overtime and compensatory time hours in benefit computation | | $ 3,234.26 |

| | | | | | |
|---|---|---|---|---|---|
| 40 | 26-L035 | N. Masga | Recoupment of overpayment of survivor benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 1,996.64 |
| 41 | 26-L101 | P. Mendoza | Underpayment of employee contributions | | $ 1,605.60 |
| 42 | 12-076 | J. Mendiola | Overpayment of retirement benefits based on improper inclusion of overtime and compensatory time hours in benefit computation | | $ 4,439.31 |
| 43 | 25-L201 | M. Mesngon | Overpayment of retirement benefits after death | | $ 662.60 |
| 44 | 26-L214 | M. McQuay | Overpayment of retirement benefits after death | | $ 133.84 |
| 45 | 26-L129 | R. Nelson | Overpayment of retirement benefits after death and underpayment of employee contributions | | $ 1,665.42 |
| 46 | 26-L195 | J. Omar | Underpayment of benefits due to LOS | $ 17,490.04 | |
| 47 | 26-L116 | L. Pascua | Overpayment of retirement benefits after death | | $ 690.66 |
| 48 | 26-L197 | T. Reyes | Underpayment of retirement benefits based on improper computation of length of service | $ 1,881.22 | |
| 49 | 26-L007 | A. Sablan | Overpayment of surviving spouse benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | | $ 6,664.02 |
| 50 | 26-L071 | M. Sablan | Overpayment of retirement benefits after death | | $ 188.40 |
| 51 | 26-L071 | M. Sablan | Overpayment of surving Child benefits after death | | $ 62.80 |
| 52 | 19-L017 | F. Saimon | Underpayment of double dipping | $ 38,740.20 | |
| 53 | 19-0122 | J. Sasamoto | Overpayment of retirement benefits after death | | $ 559.61 |
| 54 | 26-L009 | W. Schumacher | Underpayment of retirement benefits due to bank rejection | $ 684.84 | |
| 55 | 26-L009 | W. Schumacher | Overpayment of retirement benefits after death | | $ 92.20 |
| 56 | | A. Taimanao | Underpayment of retirement benefits due to bank rejection | $ 359.51 | |
| 57 | 26-L120 | J. Taitano | Underpayment of employee contributions | | $ 76.15 |
| 58 | 26-L120 | J. Taitano | Underpayment of retirement benefits based on incorrect average annual salary used to compute retirement benefits | $ 4,934.51 | |
| 59 | 26-L127 | R. Torres | Overpayment of retirement benefits based on improper inclusion of overtime and compensatory time hours in benefit computation | | $ 2,730.07 |

| | | | | | |
|---|---|---|---|---|---|
| 60 | 26-L128 | R. Torres | Overpayment of surving spouse benefits  based on improper inclusion of overtime and compensatory time hours in benefit computation | | $ 15,652.85 |
| 61 | 26-L132 | M. Van Der Veen | Overpayment of retirement benefits after death and underpayment of employee contributions | | $ 114.00 |
| 62 | 26-L017 | R. Waldo | Underpayment of survivor benefits while under age 22 and enrolled as student | $ 28.13 | |
| 63 | 26-L018 | R. Waldo | Overpayment of survivor benefits due to over age 18 | | $ 937.50 |