ORIGINAL

John A. Angello
NMI SETTLEMENT FUND Retiree
P.O. Box 501149
Saipan, MP 96950
(670) 989-8619

Pro Se Member of the NMI Settlement Fund

FILED
Clerk
District Court

SEP 14 2026

for the Northern Mariana Islands
By ________ (Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIAN ISLANDS**

| | |
|---|---|
| **BETTY JOHNSON,** on behalf of herself and as a representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**DAVID M. APATANG**, Governor of The Commonwealth of the Northern Mariana Islands ("CNMI"), et al.,<br><br>Defendants. | **CIVIL CASE NO. 09-00023**<br><br>**REQUEST FOR COURT CLARIFICATION AND OPINION** |

**COMES NOW,** an active member of the Northern Mariana Islands Settlement Fund ("Settlement Fund"}, John A. Angello ("Angello"), who is kindly asking that this Honorable Court issue a court clarification and opinion on the following matters involving the Settlement Fund and Angello:

**Position statements by Angello regarding the request for court clarifications and opinions**

1) Angello is puzzled by the conundrum creates by the Consent Decree in *Johnson v. Inos, et al.,* Civil Case No. 09-00023, which usurps the constitutional mandate of the NMI Constitution, Article III, Section 20(a): "Membership in an employee system of the Commonwealth shall constitute a contractural relationship. Accrued benefits of this system shall be neither admonished nor impaired." In the NMI Supreme Court's Case No. 20-24-SCC0024-CQU, *Camacho v. NMI Settlement* Fund, this contractural relationship is supported by several paragraph sections (Ƥ2, Ƥ23, Ƥ24, and Ƥ25). See 2025 MP 10. This Honorable Court is asked to clarify the governing authority between NMI constitutional law and any court action, including a district court action. See "Attachments 1."

2) There appears to be a serious lack of action and support for the NMI Settlement Fund's retirees, which is demonstrated by the NMI Settlement Fund's administration and in-house attorneys, and Trustee Joyce Tang. Attached are examples of inaction (retirees' insurance program and cessation attempts of the 25 percent of the retirees' benefits), which are being carried out by the NMI Settlement Fund's administration/legal team and Trustee Joyce Tang. This Honorable Court is asked to review and comment on these perplexing issues. See "Attachments 2."

3) This Honorable Court is asked to comment on the role of the CNMI Attorney General's Office ("AGO"), which constitutionally serves as the chief legal officer for the central Commonwealth government, and its executive departments, autonomous agencies and public corporations, including the NMI Retirement Fund and Settlement Fund that functionally operates under the CNMI

Department of Finance ("DOF"). Granted, the NMI Settlement Fund can appoint independent legal counsel, but many of the Settlement Fund's legal issues can be handled by the CNMI AGO and the DOF, which would save thousands of dollars of the fragile NMIRF & Settlement Fund. Furthermore, the NMI RF and Settlement Fund functions under the CNMI DOF, which could administer any hearings under the CNMI Administrative Procedures Act ("APA") at a considerable savings to the retirees' retirement fund's lifeline in their declining and remaining years above ground. Is there really a need to approve the NMI Settlement Fund's request for more attorneys/hearing officers, which was submitted by its two in-house attorneys in a July 20, 2026 filing to this Court? See "Attachments 3."

4. Finally, this Honorable Court is asked to comment on the practicality of shifting some NMI Settlement Fund clerical staff to the DOF agency, in order to economically assist the DOF in its Settlement Fund' s administrative duties. Since the Secretary of Finance is the overseer of the DOF, the NMI Settlement Fund's Administrator's and management positions are not needed. Moreover, the empty NMI Retirement building, which is in an ideal location near to the Governor's Office, the AGO, the NMI Legislature, and many executive agency offices could be leased to secure more funds for the NMI Settlement Fund's financial reserves and the retirees' benefits programs. See "Attachments 4."

Thank you for the Court's comments on these clarifications and opinions.

Respectfully submitted this 14th day of September, 2026.

John A. Angello, Retiree Pro Se