INSURANCE?

NMI Settlement Fund, IAC Life Insurance, Payment of Missing 25% SF Payments

NO REPLY FROM NMI RF/SF OR TRUSTEE JOYCE TANG

From: jacksaipan@yahoo.com (jacksaipan@yahoo.com)

To: jtang@civilletang.com; vcpalacios@dof.gov.mp; usdcnmi@nmid.uscourts.gov; pangelinanlm@nmisf.com

Date: Wednesday, June 17, 2020 at 03:43 PM GMT+10 6/17/2026

Dear SF Trustee Tang, DOF SF Administrator Palacios, SF Administrator Pangelinan II, and Honorable Judge Manglona:

Upon receiving SF Trustee Tang's 6/14/20 letter, it seems that as a retiree I'm caught in a legal game of "Who's in charge?"

Everyone I've contacted, except the Honorable Judge Manglona, seems to think the other officials listed above are in charge of deciding my two simple requests: 1) Why can't we retirees have our life insurance payout based upon our full 100% pension, instead of the IAC listed 75%? and 2) Is it possible that we retirees get paid the 25% of our pension that was deducted 3 times in April and May? We were deducted because of PSS financial problems and they have been made whole, so what about us man amo retirees?

SF Trustee Tang says I need to contact the Department of Finance (DOF Secretary David Atalig & DOF/SF Administrator Ms. Velma Palacios), and I have three times since February with no response. (See attachments) Furthermore, I've attached the definition of what a Trustee does, and it appears a Trustee has a fiduciary duty of loyalty, prudence, and other duties in taking care of the interests of NMI Retirees.

Therefore, I think the retirees' life insurance program is an important issue for retirees and their families, and the payment of the 25% loss of of our pension for three periods would help us man amko in this time of need. So, wouldn't it be prudent of our Honorable Trustee and/or the DOF to display a sincere loyalty in seeking the feasibility of these two requests and reply accordingly. Thank you for any assistance rendered, and everyone stay safe & healthy.

Sincerely,

John Angello
NMI Retiree

NO HELP FROM NMIRF/SF ADMINISTRATION OR TRUSTEE JOYCE TANG

SF Trustee Tang.pdf
576.4 kB

Dist. Court 6.10..Tang.pdf
2.4 MB

2-1
(12 PAGES)

6/9/2026

# NMI SETTLEMENT FUND

POST OFFICE BOX 501247, SAIPAN, MP 96950

NOTICE: "25% CESSATION"?

**FOR IMMEDIATE RELEASE**

## Notice Regarding Cessation of 25% Benefit Payments

**Saipan, CNMI, June 9, 2026.** On May 27, 2026, the CNMI Government informed the Settlement Fund that it will no longer fund the 25% benefit payments beyond the July 31, 2026 pay period. The 25% benefit payments have been 100% subsidized by the CNMI Government.

The Settlement Fund is not required to pay this amount under the Consent Decree in *Johnson v. Inos*, Civil Case No. 09-00023 in the U.S. District Court of the Northern Mariana Islands. ***After July 31, 2026, Settlement Class Members will no longer receive the 25% benefit payments.***

House Bill 24-84 is pending with the CNMI Legislature, which proposes $2.1 million in funding to continue these payments. The Settlement Fund does not take a position on this legislation, and furthermore, has no information regarding whether this additional funding will be passed by the Legislature. ??

If you have questions about the cessation of the 25% benefit payments, please contact the Division of Administrative Services at 670-664-1100.

Tel: 670.322.3863 • Fax: 670.664.8080

"25% CESSATION"

6/10/26

NO REPLY FROM EXEC DIRECTOR OR TRUSTEE TANG.

# Re: Press Release: Regarding Cessation of 25% Benefit Payments

From: jacksaipan@yahoo.com (jacksaipan@yahoo.com)

To: info@nmisf.com

Date: Wednesday, June 10, 2026 at 12:08 PM GMT+10

Greetings NMI SF---

Please advise me why the NMI Settlement Fund (NMISF) is not taking a position in the Annuitants' 25% Cessation of benefit payments and HB 24-84. Furthermore, I would like to know if the SF Executive Director and all SF staff members, any and all SF consultants and legal advisors, including the SF Trustee Ms. Tang, will be taking a 25% cessation of their salaries, fees, and/or any other payments for services rendered to the NMISF.

Lastly, I would like the NMISF's opinion on how a U.S. District Court for the NMI's consent decree (Case No. 09-00023) can overrule the NMI Constitution regarding the constitutionally protected NMI retirees from having their benefits diminished in any way. Just asking.

John Angello
Concerned NMISF Retiree and Annuitant

On Wednesday, June 10, 2026 at 07:56:02 AM GMT+8, Info NMISF <info@nmisf.com> wrote:

Dear Annuitant:

Please see below and as an attachment, the June 9, 2026 press release: Notice Regarding Cessation of 25% Benefit Payments. This will also be posted on the NMISF website at: https://www.nmisf.com/news/

---

**FOR IMMEDIATE RELEASE**

**Notice Regarding Cessation of 25% Benefit Payments**

**Saipan, CNMI, June 9, 2026.** On May 27, 2026, the CNMI Government informed the Settlement Fund that it will no longer fund the 25% benefit payments beyond the July 31, 2026 pay period. The 25% benefit payments have been 100% subsidized by the CNMI Government.

The Settlement Fund is not required to pay this amount under the Consent Decree in Johnson v. Inos, Civil Case No. 09-00023 in the U.S. District Court of the Northern Mariana Islands. ***After July 31, 2026, Settlement Class Members will no longer receive the 25% benefit payments.***

House Bill 24-84 is pending with the CNMI Legislature, which proposes $2.1 million in funding to continue these payments. The Settlement Fund does not take a position on this legislation, and furthermore, has no information

2-3

regarding whether this additional funding will be passed by the Legislature.

If you have questions about the cessation of the 25% benefit payments, please contact the Division of Administrative Services at 670-664-1100.

---

Northern Mariana Islands Settlement Fund
1st Floor, Hon. Lorenzo I. Deleon Guerrero Retirement Fund Building
8593 Isa Drive, Capital Hill
P.O. Box 501247 CK Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080
Website: www.nmisf.com

2-4

SF UPDATE 7/8/26

Important Notice Regarding Cessation of 25% Benefit Payments

From: Info NMISF (info@nmisf.com)

Bcc: jacksaipan@yahoo.com

Date: Wednesday, July 8, 2026 at 04:45 PM GMT+10

Dear Annuitant:

Please see below and as an attachment, a press release issued today: Important Notice Regarding Cessation of 25% Benefit Payments. This will also be posted on the NMISF website at: https://www.nmisf.com/news/

---

## Important Notice Regarding Cessation of 25% Benefit Payments

**Saipan, CNMI, July 8, 2026.** Today, the Settlement Fund was informed the CNMI Government will not be funding the 25% benefit payments after the July 15, 2026 payment.

***This means that the 25% payment paid on July 15, 2026 will be the last 25% payment you will receive. You will continue to receive 75% benefit payment.*** Under the Consent Judgment in *Johnson v. Inos*, Civil Case No. 09-00023, in the U.S. District Court of the Northern Mariana Islands, the Settlement Fund is not responsible for paying the 25% benefit payments. ??

If you have questions about the cessation of the 25% benefit payments, please contact the Division of Administrative Services at (670) 664-1100.

Northern Mariana Islands Settlement Fund
8593 Isa Drive, Capital Hill
1st Floor, Hon. Lorenzo I. Deleon Guerrero
Retirement Fund Building
P.O. Box 501247 CK
Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080
Website: www.nmisf.com

NMISF Press Release - Important Notice re Cessation of 25 Percent Benefit Payments (7.8.2026).pdf
171.7 kB

2-5

7/14/2026

https://www.mvariety.com/news/local/questions-mount-over-funding-for-retirees-25-pension-benefits-updated/article_a2e879e7-45d3-4f0f-bc7f-e07fc59b2a9b.html

TOP STORY

# Questions mount over funding for retirees' 25% pension benefits (updated)

Emmanuel Erediano
Jul 14, 2026



AS the date of the final 25% pension payment on July 15, 2026, approaches, the dispute over funding for the remaining portion of CNMI government retirees' pensions continues.

6-MONTH DELAY IN NMI LEGISLATURE

2-6

On Wednesday, Gov. David M. Apatang told Variety that he had been waiting for the Senate to act on House Bill 24-84 because it would provide funding for the remaining 25% pension payment.

Earlier last week, the NMI Settlement Fund notified retirees that it had been informed that the CNMI government would not fund the remaining 25% payment, making the July 15, 2026, payment the last.

Authored by Rep. Blas Jonathan Attao, House Bill 24-84 seeks to appropriate $2.1 million in fiscal year 2025 surplus funds for retirees and the Public School System.

6 MONTHS DELAY!

The bill, however, remains pending before the Senate Fiscal Affairs Committee.

Also late last week, Attao, an independent gubernatorial candidate, and his running mate, Speaker Edmund S. Villagomez, issued a joint statement "respectfully but urgently" asking retirees "to contact the members of the Senate, particularly leadership and the members of the Fiscal Affairs Committee."

"Let them know that our retirees should not have to endure unnecessary stress and uncertainty over benefits they have already earned through a lifetime of service to our Commonwealth. Urge them to pass House Bill 24-84 without any further delay," the Attao-Villagomez team said.

Sen. Jude U. Hofschneider, chairman of the Senate Fiscal Affairs Committee, also issued a statement Friday reaffirming the committee's position that the administration has sufficient funds to continue paying the remaining 25% of retirees' pensions.

2-7

COPY

Rec'd by: BMT
7/17/2026

July 17, 2026

**HAND DELIVERY**

Madame Tracy Norita
Secretary, CNMI Department of Finance
Capitol Hill, Saipan, MP 96950

RE: OGA Request for Certification of Funds Related to House Bill 24-84

Dear Madame Secretary:

Pursuant to 1 CMC § 9117, et.seq., (Public Records: Availability for Public Inspection; Cost of Copies), and according to CNMI P.L. 8-41, as amended by P.L. 10-82, the undersigned requests the public documents listed below by an expedited time of July 20, 2026 (Monday) at 9am:

1. Any and all documents and correspondence relating to the certification of funds involving House Bill 24-84. See attached.
2. If no documentation is available, please write a short letter verifying the certification of funds of House Bill 24-84, in order to resolved the stoppage of HB 24-84 in the Senate, which will pass HB 24-84 to fully pay (100%) the frustrated and hurting NMI retirees this July 30, 2026.

Please provide me this letter, if necessary, by Monday (9am) to present to the Senate President prior to the Senate Session on July 20, 2026. Thank you.

Sincerely,

Jack
John Angello

John Angello
NMI SF Retiree
China Town, Saipan MP 96950
670.989.8619
jacksaipan@yahoo.com

# OGA on fund certification regarding HB24-84

7/17/2026

From: Margaret C. Torres (m.torres@dof.gov.mp)

To: jacksaipan@yahoo.com

Cc: t.norita@dof.gov.mp; nm.sablan@dof.gov.mp

Date: Friday, July 17, 2026 at 02:58 PM GMT+10

Good afternoon Mr. Angello:

The Department of Finance received your Open Government Act Request dated July 17, 2026, requesting the following:

1. Any and all documents and correspondence relating to the certification of funds involving House Bill 24-84.
2. If no documentation is available, please write a short letter verifying the certification of funds of House Bill 24-84, in order to resolve the stoppage of HB24-84 in the Senate, which will pass HB24-84 to fully pay (100%) the frustrated and hurting NMI retirees this July 30, 2026.

I have attached SFL2026-678 in response to your request.

Kindly acknowledge receipt of this email.

Regards,

Margaret Bertha C. Torres
Director of Administrative Services
Department of Finance
Commonwealth of the Northern Mariana Islands
TEL:(670) 664-1100 | FAX:(670) 664-1115
PO BOX 5234 CHRB | SAIPAN, MP 96950

SFL 2026-678 DOF Fund Certification for HB 24-84_final.pdf
365.9 kB

2-9

*Commonwealth of the Northern Mariana Islands*
**Department of Finance**
**Office of the Secretary**

P O BOX 5234 CHRB SAIPAN MP 96950 TEL (670) 664-1100 INFO@DOF.GOV.MP FINANCE.DOF.GOV.MP

July 17, 2026 **SFL 2026-678**

The Honorable Jude U. Hofschneider
Chairman
Senate Fiscal Affairs Committee
24th Northern Marianas Commonwealth Legislature
Saipan MP 96950

Re: **Fund Certification for H.B. 24-84 to fund Retirees 25% Pension Benefit**

Dear Chairman Hofschneider,

The Department of Finance hereby certifies that the amount of $2,105,563 in lapsed budgetary funds from FY 2025 is available for appropriation. Please see the attached *FY 2025-Annual Expenditure Report* for details on the source of lapsed funds as provided on December 31, 2025.

Additionally, the letter sent to you on July 13, 2026 stated that no further fund certification is necessary as Governor Apatang has formally informed both presiding officers of the legislature of these available funds pursuant to 1 CMC §7209 in his FY 2025 Annual Report to the Legislature, dated December 31, 2025.

This fund certification is provided *as requested* to certify funds are available to proceed with legislative action on House Bill 24-84.

Sincerely,

Tracy B. Norita
Secretary of Finance

Enclosure: Appendix C-FY 2025- Expenditure Report-General Fund

Cc: Hon. Karl King-Nabors, Senate President

2-10

SF 7/17/26

https://www.mvariety.com/news/local/finance-certifies-2-1m-in-lapsed-funds-for-retirees-pension-bill/article_fc5542c1-b821-428f-a5f6-178cc7b48234.html

# Finance certifies $2.1M in lapsed funds for retirees' pension bill

MV
Jul 17, 2026



ONE DAY SOLUTION CREATED BY RETIREE J. ANGELLO'S SUBMISSION OF AN "OPEN GOVERNMENT ACT" (OGA) TO HAVE THE SECRETARY OF FINANCE TO TRANSMIT AN OFFICIAL LETTER TO THE LEGISTURE TO RESOVLE THE 6-MONTH DELAY OF LEGISLATIVE ACTION.

WHERE WAS THE NMIRF/SF EXECUTIVE DIRECTOR AND TRUSTEE JOYCE TANG, WHO STATED THEY HAD "NO POSITION" IN THIS MATTER.

**(MV)** — The Department of Finance has certified that $2,105,563 in lapsed FY 2025 budgetary funds is available for appropriation, a move that could advance House Bill 24-84, which would fund the retirees' 25% pension benefit. The bill remains pending in the Senate.

2-11

https://www.mvariety.com/news/local/new-law-funds-pss-retirees-25-benefit-updated/article_698b688c-6f04-46ea-bc8d-bd703ee55dd7.html

7/25/26

# New law funds PSS, retirees' 25% benefit (updated)

Emmanuel Erediano
Jul 25, 2026

VICTORY FOR RETIREES, WITHOUT HELP FROM THE NMIRF/SF ADMINISTRATION, OR TRUSTEE JOYCE TANG, OR THE TWO NMIRF/SF IN-HOUSE ATTORNEYS, OR THE NMIRF/SF OUTSIDE LEGAL COUNSEL (E.G., PATRICK CIVILLE).



GOVERNOR David M. Apatang on Friday signed House Bill 24-84 into law, appropriating $2.1 million in fiscal year 2025 lapsed funds to pay the 25% government retirees' pension benefit and to partially satisfy the constitutional requirement that 25% of the government's financial resources available for appropriation be allocated to the Public School System.

2-12