AGO

can the cnmi retirement fund be

AI Mode All News Images Forums Short videos Videos More Tools

AI Overview

Yes, the Northern Mariana Islands Retirement Fund (NMIRF) has statutory authority to appoint its own independent legal counsel rather than relying exclusively on the CNMI Attorney General. Northern Marianas Commo...

## Legal Representation for the Fund

- **Independent Counsel:** Under the NMI Pension Fund Act, the retirement fund's board is explicitly empowered to appoint its own attorneys to advise the board and administrator, and to represent the fund in legal matters before the executive branch, the legislature, local agencies, and courts in any jurisdiction. Northern Marianas Commo...
- **Role of the CNMI Attorney General:** While the CNMI Office of the Attorney General serves as the chief legal officer for the central Commonwealth government and its executive departments, autonomous agencies and public corporations like the retirement fund often maintain independent or supplementary legal representation to avoid conflicts of interest, particularly in disputes involving government contributions or liabilities. nmisf +2

Northern Marianas Commonwealt...

NMI PENSION FUND ACT

(n) To appoint an attorney, under such arrangements as the board may establish, to advise the board and the Administrator on all l...

nmisf

CIQ55 cx/wrsea- - nmisf

3-1
(6 PAGES)

SF

https://www.mvariety.com/news/local/settlement-fund-seeks-new-hearing-officers-as-senate-urges-relief-for-retirees/article_51f6d490-951d-44fd-a88e-4a19670e5cb3.html

8/12/26

# Settlement Fund seeks new hearing officers as Senate urges relief for retirees

Bryan Manabat
Aug 11, 2026

"OVER PAYMENT PROBLEMS"



WHY MORE OUTSIDE ATTORNEYS TO PROVIDE COSTLY CHARGES TO THE FRAGILE ECONOMIC STABILITY OF THE RETIREES' SETTLEMENT FUND? THE OVERPAYMENT ISSUE CAN BE SETTLED BY THE INTERPRETATION OF THE EXISTING RF/SF RULES AND ENACTED LAWS, LIKE IT WAS ACCOMPLISHED IN THE NMI SUPREME COURT DECISION IN CAMACHO V. THE NMI RETIREMENT FUND (2025).

THE NMI Settlement Fund's request for court approval of new hearing officers comes as the local Senate formally urged the Commonwealth government to seek relief for retirees facing repayment demands for alleged pension overpayments.

3-2

is the cnmi retirement fund a pa

AI Mode All News Forums Images Short videos Videos More Tools

AI Overview

The Northern Mariana Islands Retirement Fund (NMIRF) functions under the Department of Finance within the executive branch of the CNMI government. CNMI Law Revision Co... +1

- **Autonomous Origins:** The fund was originally established as an autonomous agency and public corporation. CNMI Law Revision Comm...
- **Executive Reorganization:** Statutory authorities, powers, duties, and responsibilities of the retirement fund were transferred to the CNMI Department of Finance under Executive Order 12-06. CNMI Law Revision Comm...
- **Current Operations:** Management and administration of the remaining retirement fund and related programs are handled directly through the Department of Finance. CNMI Department of Fi... +1

If you'd like, let me know:

- Are you looking for information regarding **pension payments** or **beneficiary details**?
- Do you need contact information for the **Division of Administrative Services**?

I can provide specific guidance for your inquiry.

CNMI Law Revision Commission (....

3-3

Case 1:09-cv-00023 Document 901 Filed 08/07/26 Page 1 of 7

FILED
Clerk
District Court

AUG 07 2026

for the Northern Mariana Islands
By ______ (Deputy Clerk)

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS OFFICIAL SEAL

THE SENATE
Twenty-Fourth Northern Marianas Commonwealth Legislature
P. O. Box 500129
Saipan, MP 96950

July 23, 2026

The Honorable Frances Tydingco-Gatewood
United States District Court of Guam
520 West Soledad Avenue, Floor 4
Hagatna, Guam 96910

Dear Chief Judge Tydingco-Gatewood:

I have the honor of transmitting herewith a certified copy of Senate Resolution No. 24-18, entitled, "Respectfully requesting the Governor of the Commonwealth of the Northern Mariana Islands and the Attorney General to petition the United States District Court for the Northern Mariana Islands to reconsider the recovery of alleged overpayments of retirement pension benefits from retirees and to seek waivers and equitable relief for affected retirees." which was adopted by the Senate of Twenty-Fourth Northern Marianas Commonwealth Legislature.

Sincerely,

VSAguon

Valerie S. Aguon
Acting Senate Clerk

Attachment

IF ADMINISTRATIVE ACTION IS NEEDED FOR THIS ISSUE, THE ADIMINTRATIVE PROCEDURES ACT "APA" CAN BE ADMINISTERED BY THE CNMI DEPARTMENT OF FINANCE, WHICH THE NMI RF/SF IS A PART OF THE DOF WITHIN THE CNMI CENTRAL GOVERNMENT NO NEED TO HIRE MORE ATTORNEYS TO BE HEARING OFFICERS! MORE $$

3-4

NICOLE M. TORRES-RIPPLE
GRETCHEN A. SMITH
**NMI SETTLEMENT FUND**
nicole.m.torres-ripple@nmisf.com
smith.gretchen@nmisf.com
P.O. Box 501247
Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080

*Attorney for the NMI Settlement Fund*

IT TAKES TWO NMI SETTLEMENT FUND ATTORNEYS TO FILE THIS TWO PAGE REQUEST TO HIRE MORE COSTLY ATTORNEYS TO DO THEIR WORK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **BETTY JOHNSON**, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>Plaintiff,<br>v.<br><br>**DAVID M. APATANG**, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), *et al.*,<br><br>Defendants. | **CIVIL CASE NO. 09-00023**<br><br>**REQUEST FOR HEARING** |

The Northern Mariana Islands Settlement Fund ("Settlement Fund") respectfully requests this Court schedule a status hearing in this matter. Since the last status hearing on January 10, 2025, the Settlement Fund submitted a Supplemental Report of the Trustee (ECF No. 888); Second Quarter FY 2025 through First Quarter FY 2026 Report of the Trustee (ECF No. 893); and a Request for Approval of Hearing Officers and Arbitrator (ECF No. 899), which is pending Court approval. Because there are urgent matters requiring the Court's attention, the Settlement Fund proposes the submission of the Second Quarter FY 2026 through Fourth

3-5

Quarter FY 2026 Report of the Trustee by August 7, 2026, and a status hearing no later than Friday, August 28, 2026.

*Respectfully submitted* this 20th day of July 2026.

NMI SETTLEMENT FUND

/s/
Nicole M. Torres-Ripple, Esq.
Gretchen A. Smith, Esq.
*Attorneys for the NMI Settlement Fund*



3-6