is the cnmi retirement fund a pa

AI Mode All News Forums Images Short videos Videos More Tools

AI Overview

The Northern Mariana Islands Retirement Fund (NMIRF) functions under the Department of Finance within the executive branch of the CNMI government. CNMI Law Revision Co... +1

- **Autonomous Origins:** The fund was originally established as an autonomous agency and public corporation. CNMI Law Revision Comm...
- **Executive Reorganization:** Statutory authorities, powers, duties, and responsibilities of the retirement fund were transferred to the CNMI Department of Finance under Executive Order 12-06. CNMI Law Revision Comm...
- **Current Operations:** Management and administration of the remaining retirement fund and related programs are handled directly through the Department of Finance. CNMI Department of Fi... +1

If you'd like, let me know:

- Are you looking for information regarding **pension payments** or **beneficiary details**?
- Do you need contact information for the **Division of Administrative Services**?

I can provide specific guidance for your inquiry.

CNMI Law Revision Commission (....

4-1
(3 PAGES)

# NMI SETTLEMENT FUND

POST OFFICE BOX 501247, SAIPAN, MP 96950

1 7 AUG 2026

Dear Annuitant:

We are required to maintain current and accurate records of persons receiving annuity payments from the NMI Settlement Fund. We kindly ask that you complete the enclosed Annuity Recipient Information Update form (**SF-200**) and requested supporting documents. Please return the forms to the Fund by **Wednesday, September 30, 2026**, by any of the following methods:

(1) email to info@nmisf.com;
(2) mail to P.O. Box 501247, Saipan, MP 96950;
(3) fax to (670) 664-8080; or
(4) directly to the Fund office.

*If submitting by fax, we require receipt of the original notarized form and supporting documents.*

It is extremely important that you provide all information and supporting documents requested in form SF-200. A **copy of a valid identification (ID), such as a driver's license or passport, is required** ***if you do not have a valid ID on file***. If you are submitting a copy of an ID card with no expiration date, the ID card must have been issued within the past 5 years. Note that you may apply for a Settlement Fund ID card (SF-1G), available at https://www.nmisf.com/forms-2/, that may be used for Settlement Fund purposes. ***Only complete forms and supporting documents will be accepted.***

Additionally, please be reminded that upon receipt of form SF-200, you are allowed a change to your bank account once a year without charge. All changes thereafter will be subject to a service charge of $25.

***Failure to submit form SF-200 and supporting documents by the deadline will result in the suspension of your benefit payments pending receipt of such documents.***

If you require notarization of other Fund forms, notary service will be available on Tuesdays and Wednesdays between 8:30 a.m.-12:00 p.m.

Should you have any questions, please contact the Fund Office at 670-322-3863 or at info@nmisf.com.

Sincerely,

Lillian M. Pangelinan
Administrator

Enclosure

EMAILED
ONCE A YEAR
4-2

NORTHERN MARIANA ISLANDS SETTLEMENT FUND
PO BOX 501247, SAIPAN, MP 96950-1247
TEL (670)322-3863 FAX (670)664-8080
Quarterly Statement of Earnings and Deductions Ended 06/30/2026

[redacted]. [redacted] RETIREE S-A

| | | | Deductions | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE | GROSS | TAX | LIFE | HLTH 1 | HLTH 2 | DECOP | DENTAL | MHL | OVERPAY | UNDERPAY | BUY BACK | OTHER | TOTAL | NET |
| 04/15/26 CUR | [redacted] | | 15.58 | | | | | | | | | | 15.58 | [redacted] |
| YTD | [redacted] | 16.00 | 109.06 | | | | | | | | | | 125.06 | |
| | ** FIRST HAWAIIAN BANK, [redacted] | | | | | | | | | | | | | |
| 04/30/26 CUR | [redacted] | | 15.58 | | | | | | | | | | 15.58 | [redacted] |
| YTD | [redacted] | 16.00 | 124.64 | | | | | | | | | | 140.64 | |
| | ** FIRST HAWAIIAN BANK, [redacted] | | | | | | | | | | | | | |
| 05/15/26 CUR | [redacted] | | 15.58 | | | | | | | | | | 15.58 | [redacted] |
| YTD | [redacted] | 16.00 | 140.22 | | | | | | | | | | 156.22 | |
| | ** FIRST HAWAIIAN BANK, [redacted] | | | | | | | | | | | | | |
| 05/31/26 CUR | [redacted] | | 15.58 | | | | | | | | | | 15.58 | [redacted] |
| YTD | [redacted] | 16.00 | 155.80 | | | | | | | | | | 171.80 | |
| | ** FIRST HAWAIIAN BANK, [redacted] | | | | | | | | | | | | | |
| 06/15/26 CUR | [redacted] | | 15.58 | | | | | | | | | | 15.58 | [redacted] |
| YTD | [redacted] | 16.00 | 171.38 | | | | | | | | | | 187.38 | |
| | ** FIRST HAWAIIAN BANK, [redacted] | | | | | | | | | | | | | |
| 06/30/26 CUR | [redacted] | | 15.58 | | | | | | | | | | 15.58 | [redacted] |
| YTD | [redacted] | 16.00 | 186.96 | | | | | | | | | | 202.96 | |
| | ** FIRST HAWAIIAN BANK, [redacted] | | | | | | | | | | | | | |

***FUND/GHLI: 670-322-3863/4/5/7; FAX: 670-664-8080/8070***

*07/13/2026*

JOHN A. ANGELLO
P O BOX 501149
SAIPAN MP 96950-1149

4-3

EMAILED
4 TIMES A YEAR