NICOLE M. TORRES-RIPPLE
**NMI SETTLEMENT FUND**
nicole.m.torres-ripple@nmisf.com
P.O. Box 501247
Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080

*Attorney for the NMI Settlement Fund*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

**BETTY JOHNSON**, on behalf of herself, and as a representative of a class of similarly-situated persons,

Plaintiff,

v.

**DAVID M. APATANG**, Governor of the Commonwealth of the Northern Mariana Islands ("Government"), *et al.*,

Defendants.

**CIVIL CASE NO. 09-00023**

**SUBMISSION OF NMI SETTLEMENT FUND'S FY 2025 ACTUARIAL VALUATION REPORT**

The Trustee of the NMI Settlement Fund, by and through counsel, hereby submits the FY 2025 Actuarial Valuation Report prepared by Milliman, Inc., a copy of which is attached hereto as **Exhibit A**. The report is also available on the Settlement Fund's website at https://www.nmisf.com/report/actuary-reports/.

*Respectfully submitted* this 15th day of September 2026.

NMI SETTLEMENT FUND

/s/
Nicole M. Torres-Ripple, Esq.
*Attorney for the NMI Settlement Fund*