FILED
Clerk
District Court

SEP 15 2026

for the Northern Mariana Islands
By________________________
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

1:09-cv-00023

September 15, 2026
1:40 p.m.

**BETTY JOHNSON -vs- DAVID M. APATANG et al.,**

PRESENT: HON. FRANCES M. TYDINGCO-GATEWOOD, DESIGNATED JUDGE PRESIDING
JUDITH HATTORI, LAW CLERK
FRANCINE ATALIG, COURTROOM DEPUTY
MARGERY BRONSTER, ATTORNEY FOR PLAINTIFF (vtc)
ROBERT HATCH, ATTORNEY FOR PLAINTIFF (vtc)
TOM SCHWEIGER, ATTORNEY FOR CNMI
DAVID M. APATANG, CNMI GOVERNOR
NATALIA SABLAN, ACTING DIRECTOR OF FINANCE
GRETCHEN SMITH, ATTORNEY FOR NMI SETTLEMENT FUND
NICOLE TORRES-RIPPLE, ATTORNEY FOR NMI SETTLEMENT FUND
JOYCE TANG, TRUSTEE FOR SETTLEMENT FUND
LILLIAN PANGELINAN, SETTLEMENT FUND ADMINISTRATOR
FRANCES DEMAPAN, ATTORNEY FOR NMI SETTLEMENT FUND
MAGGIE RALBOVSKY, WILSHIRE INVESTMENT ADVISOR (vtc)
MARIO TAITANO, CNMI RETIREE’S ASSOCIATION

PROCEEDINGS: STATUS CONFERENCE

Trustee Tang apprised the Court that a power point presentation will be presented on the Settlement Fund’s Operation Highlights, Financial Report, Investment Report, Status of Litigation, and Legislation.

Trustee Tang updated the Court of the State of Saipan’s Economy. Ms. Ralbovsky presented on Investments and Policy. Trustee Tang presented on Class Membership, Minimum Annual Payment (MAP), Alternative Payment of a Greater Amount (APGA), and Sources of Funds.

Court recessed at 3:05 p.m. and reconvened at 3:20 p.m.

Attorney Nicole Torres-Ripple presented on Audit of Member Files while Attorney Smith presented on Inactive Employees.

Mr. Mario Taitano, from the CNMI Retiree’s Association, inquired regarding the over payment of benefits. Attorneys Torres-Ripple and Smith responded.

Trustee Tang continued with the presentation and presented on the Actuarial Valuation Report, Financial Performance, and Sources of Funds. Attorney Torres-Ripple then presented on Status of Litigation. Attorney Torres-Ripple confirmed that a new hearing officer is being requested due to Attorney Deborah Fisher no longer being available to assist. Attorney Torres-Ripple further updated the Court that the NMI Settlement Fund partnered with Equifax to obtain retiree members' credit reports to determine their financial state, at no cost to the retiree. Attorney Smith presented on Bills, Legislative Initiatives, and Resolutions.

Court **approved** the Request for Approval of Hearing Officers and Arbitrator, ECF No. [899] and further approved the budget.

Governor David M. Apatang addressed the Court and provided an update regarding the efforts being undertaken to ensure that retirees continue to receive their 25 percent benefit. Ms. Natalia Sablan confirmed that she is serving as the Acting Director of Finance and stated that she will reach out to Trustee Tang regarding the matter. Attorney Bronster apprised the Court that she and Attorney Hatch remain available and are prepared to assist as necessary.

Attorney Torres-Ripple apprised the Court that the NMI Settlement Fund will be filing six matters requiring Court approval.

Adjourned at 4:45 p.m.
/s/ Francine Atalig, Courtroom Deputy

---

CERTIFICATE OF OFFICIAL COURT RECORDER

I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on 09/15/2026. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above-entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

---