NMI SETTLEMENT FUND

# Report of the Trustee

## FY 2026

*September 15, 2026 Hearing*

*Betty Johnson v. David M. Apatang, et al.*

Civil Case No. 09-00023

# Topics

I. Introduction

II. Settlement Fund's Operation Highlights

- Class membership
- MAP, APGA, & Sources of Funds
- Audit of member files
- Highlights of consultant reports

III. Financial Report

IV. Investment Report

VI. Status of Litigation

VII. Legislation

NMI

SETTLEMENT FUND

# Introduction

- This Report covers period of 10/1/26 to 8/31/26
- State of Saipan's economy
  - Tourism market has not recovered from COVID-19 pandemic and businesses have closed
  - Two super typhoons: Typhoon Sinlaku and Typhoon Bavi
  - Hotel occupancy rate is 23.18%
  - Hotel occupancy tax declined by 90% to $1.4 million
  - Visitor arrivals as of June was 1,497
  - Flights to Korea and Hong Kong resumed, and Philippines to resume next month
  - Critical infrastructure not fully restored

- NMI Government fiscal cut back impact Retirees
  - Health and Life Insurance – 2 scenarios in FY 2027 proposed budget
    - Scenario 1: funded; Scenario 2: partially budgeted
  - Cessation of 25% payments to retirees effective Oct. 1, 2026
  - Government employees' work hours reduced by 50%
  - U.S. Government is proceeding with deep sea mining

- Settlement Fund balance in investment account as of 8/31/26 was $156.4 million

NMI SETTLEMENT FUND

# Operation Highlights

# Class Membership

| | 8/31/2026 | 9/30/2025 | 9/30/2024 | 9/30/2023 |
|---|---|---|---|---|
| **Membership** | | | | |
| Active Employees (Class I) | 41 | 43 | 47 | 59 |
| Active Employees (Class II) | 11 | 15 | 17 | 18 |
| **Total Active Employees** | **52** | **58** | **64** | **77** |
| Retirees | 2,259 | 2,317 | 2,400 | 2,476 |
| **Total Members** | **2,311** | **2,375** | **2,464** | **2,553** |
| Difference | (64) | (89) | (153) | |

In FY 2023, there were 2,553 members. As of August 31, 2026, the number of participants decreased from 2,553 to 2,311.

Trustee's Report at 4, ECF No. 903.

# Reduction in Class Membership (2014-2026)




- Class membership decreased at the rate of 1.8% - 3%
- Total decrease 2014 – 2026 (as of 8/31/2026) is 26.7%

Trustee's Report at 5, ECF No. 903.

# Breakdown of Members Based on 75% Benefit Payments as of 8/31/2026

| Benefit Range per Municipality | RETIREE DISABLED | RETIREE | SURV CHILD DISABLED | SURV CHILD | SURV SPOUSE | Grand Total |
|---|---|---|---|---|---|---|
| **ROTA** | **1** | **169** | **1** | **3** | **69** | **243** |
| <= $6,000.00 | 0 | 14 | 1 | 2 | 22 | **39** |
| 6,000.01 - 10,000 | 0 | 18 | 0 | 0 | 19 | **37** |
| 10,000.01 - 20,000 | 1 | 90 | 0 | 1 | 24 | **116** |
| 20,000.01 - 30,000 | 0 | 32 | 0 | 0 | 4 | **36** |
| 30,000.01 - 40,000 | 0 | 12 | 0 | 0 | 0 | **12** |
| 40,000.01 - 50,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 50,000.01 - 60,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 60,000.01 - 70,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 70,000.01 - 80,000 | 0 | 0 | 0 | 0 | 0 | **0** |
| **SAIPAN** | **5** | **1227** | **7** | **23** | **588** | **1850** |
| <= $6,000.00 | 0 | 90 | 7 | 23 | 234 | **354** |
| 6,000.01 - 10,000 | 3 | 107 | 0 | 0 | 174 | **284** |
| 10,000.01 - 20,000 | 2 | 543 | 0 | 0 | 162 | **707** |
| 20,000.01 - 30,000 | 0 | 360 | 0 | 0 | 14 | **374** |
| 30,000.01 - 40,000 | 0 | 88 | 0 | 0 | 1 | **89** |
| 40,000.01 - 50,000 | 0 | 23 | 0 | 0 | 1 | **24** |
| 50,000.01 - 60,000 | 0 | 7 | 0 | 0 | 1 | **8** |
| 60,000.01 - 70,000 | 0 | 4 | 0 | 0 | 1 | **5** |
| 70,000.01 - 80,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 80,000.01 - 90,000 | 0 | 3 | 0 | 0 | 0 | **3** |
| > 100,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| **TINIAN** | **1** | **104** | **0** | **0** | **61** | **166** |
| <= $6,000.00 | 1 | 6 | 0 | 0 | 18 | **25** |
| 6,000.01 - 10,000 | 0 | 8 | 0 | 0 | 20 | **28** |
| 10,000.01 - 20,000 | 0 | 51 | 0 | 0 | 23 | **74** |
| 20,000.01 - 30,000 | 0 | 30 | 0 | 0 | 0 | **30** |
| 30,000.01 - 40,000 | 0 | 7 | 0 | 0 | 0 | **7** |
| 40,000.01 - 50,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 50,000.01 - 60,000 | 0 | 1 | 0 | 0 | 0 | **1** |
| 60,000.01 - 70,000 | 0 | 0 | 0 | 0 | 0 | **0** |
| 70,000.01 - 80,000 | 0 | 0 | 0 | 0 | 0 | **0** |
| **GRAND TOTAL** | **7** | **1500** | **8** | **26** | **718** | **2259** |

# Payments to Members Based on Current Residence and Classification

| | | NMISF Class Member Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLACE OF RESIDENCE | Total # of Members | Retiree Disabled | Retiree | Surviving Child Disabled | Surviving Child | Surviving Spouse | Total Benefit Payment | |
| CNMI | 1587 | $ 2,895.14 | $ 1,192,581.18 | $ 1,051.32 | $ 32,285.41 | $ 249,854.11 | **$ 1,478,667.16** | **75.4%** |
| CONTINENTAL U.S. & H.I. | 521 | $ 682.91 | $ 304,566.06 | $ 47.69 | $ 595.76 | $ 85,809.86 | **$ 391,702.28** | **20.0%** |
| FSM | 10 | $ - | $ 1,358.31 | $ - | $ - | $ 3,865.47 | **$ 5,223.78** | |
| GUAM | 75 | $ - | $ 38,744.01 | $ - | $ - | $ 8,468.35 | **$ 47,212.36** | **4.6%** (FSM, GUAM, NON U.S., REPUBLIC OF PALAU) |
| NON U.S. | 43 | $ - | $ 14,753.51 | $ - | $ 54.10 | $ 6,764.40 | **$ 21,572.01** | |
| REPUBLIC OF PALAU | 23 | $ - | $ 14,048.25 | $ - | $ - | $ 2,836.27 | **$ 16,884.52** | |
| **Total Payments @ 100%** | **2259** | **$ 3,578.05** | **$ 1,566,051.32** | **$ 1,099.01** | **$ 32,935.27** | **$ 357,598.46** | **$ 1,961,262.11** | |
| **Total Payments @ 75%** | **2259** | **$ 2,683.54** | **$ 1,174,538.49** | **$ 824.26** | **$ 24,701.45** | **$ 268,198.85** | **$ 1,470,946.58** | |

Chart 2 in Trustee's Report at 6, ECF No. 903.

**Average Semi-Monthly Benefit Payments:** **75% $1.5MM**
**100% $2MM**

# MAP, APGA, and Sources of Funds

# Minimum Annual Payment ("MAP")

- MAP Payments:
  - 2026 MAP was $29 million – Source was from MPLT loan using its investment as collateral for Loan
  - 2027 MAP is $27 million
  - Government Draft FY 2027 Budget includes the full $27 million

# Cont'd

- Between 2018 and Sept. 2025, the Settlement Fund did not draw down on investments to cover the 75% benefit payments.
- In October 2025, the Settlement Fund drew down $4.25MM on investments to cover the 75% payments to cover the first quarter payments.

Trustee's Report at 6-7, ECF No. 903.

# Cont'd

| Fiscal Year | MAP | Source of Funds |
|---|---|---|
| FY 2014 | $25MM (paid) | PL 18-18, PL 18-53 |
| FY 2015 | $27MM (paid) | PL 18-66 |
| FY 2016* | $30MM (paid) | PL 19-08 |
| FY 2017* | $33MM (paid) | PL 19-68 |
| FY 2018* | $45MM (paid) | PL 20-33 |
| FY 2019* | $44MM (paid) | PL 20-33, PL 20-67 |
| FY 2020* | $42MM (paid) | PL 20-33, PL 21-8 |
| FY 2021* | $40MM (paid) | PL 20-33, PL 21-35 |
| FY 2022* | $38MM (paid) | PL 20-33, PL 22-8 |
| FY 2023* | $36MM (paid) | PL 20-33, PL 22-22 |
| FY 2024* | $34MM (paid) | PL 20-33, PL 23-09 |
| FY 2025* | $31MM (paid) | PL 23-26, Bank of Guam loan |
| FY 2026* | $29MM (paid) | PL 24-14 |
| FY 2027 | $27MM | To be determined |

Trustee's Report at 7, ECF No. 903; Exhibit 2, ECF No. 903-2.

# MAP Amount for FY 2027 – FY 2038

- The minimum payment for fiscal year 2027 is estimated to be $27,000,000 and is expected to decline each year thereafter as shown below:

| Fiscal Year Ending September 30, | Estimated Minimum Payment |
|---|---|
| 2027 | $ 27,000,000 |
| 2028 | 25,000,000 |
| 2029 | 22,000,000 |
| 2030 | 19,000,000 |
| 2031 | 16,500,000 |
| 2032 | 14,000,000 |
| 2033 | 12,000,000 |
| 2034 | 10,600,000 |
| 2035 | 10,600,000 |
| 2036 | 10,600,000 |
| 2037 | 10,600,000 |
| 2038 | 10,600,000 |

2025 Actuarial Valuation

Submission of FY 2025 Actuarial Valuation Report, ECF No. 906; Exhibit A, ECF No. 906-1.

# IMPACT OF INVESTMENT RETURNS ON MAP PROJECTION FY 2027-2048

- Reduced projection from FY 2024 – 2037 compared to 2022 valuation is due to the performance of settlement assets from FY 2023.
- 2022 Valuation assumption for investment return was 5.75%. Settlement Fund assets as of 9/30/2023, returned about 6.70% for FY 2023.
- Increase in actual return of 6.70% was more than the 5.75% assumed in the FYE 2022 valuation, reduced future annual MAP.
- If investment future investment returns generated by Settlement Fund outperform expected or target investment return, more funds will be available to pay for the projected annual benefit payments than calculated a year ago – reducing the MAP.
- If Settlement Fund assets continue to outperform the investment return assumption, the annual required CNMI payment may be reduced further.
- The opposite is also true if investment performance is less than assumed.

# Alternative Payment of a Greater Amount

| | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 |
|---|---|---|---|---|---|
| **TOTAL ANNUAL REVENUE:** | | | | | |
| **Taxes** | 196,920,863.00 | 187,611,870.00 | 147,613,026.00 | 189,226,968.00 | 201,748,870.00 |
| **Licenses and Fees** | 34,411,145.00 | 17,686,621.00 | 18,644,523.00 | 38,568,773.00 | 31,056,806.00 |
| **Charges for Sales and Services** | 7,860,093.00 | 7,650,882.00 | 2,049,978.00 | 5,239,156.00 | 5,551,390.00 |
| **Contributions from Component Units** | 2,590,236.00 | 2,010,735.00 | 1,661,568.00 | - | - |
| **Interest and Dividends** | 626,315.00 | 155,152.00 | 584,257.00 | 2,654,891.00 | 2,688,418.00 |
| **Other Sources** | 7,123,549.00 | 9,447,213.00 | 19,035,636.00 | 2,782,184.00 | 10,551,168.00 |
| **Recoveries** | | | | | |
| **Total Annual Revenue** | **249,532,201.00** | **224,562,473.00** | **189,588,988.00** | **238,471,972.00** | **251,596,652.00** |
| | | | | | |
| **LESS DEDUCTIONS:** | | | | | |
| **Minimum Annual Payments** | 44,000,000.00 | 42,000,000.00 | 40,000,000.00 | 38,000,000.00 | 36,000,000.00 |
| **GHLI** | | | | | |
| Health Insurance | 10,695,524.62 | 10,566,700.86 | 10,706,972.56 | 10,440,442.19 | 10,025,000.98 |
| Life Insurance | 576,158.66 | 563,038.40 | 544,761.16 | 525,724.68 | 507,062.50 |
| **Class Counsel Fees** | | | | | |
| **Total Deductions** | **55,271,683.28** | **53,129,739.26** | **51,251,733.72** | **48,966,166.87** | **46,532,063.48** |
| **NET TOTAL ANNUAL REVENUE:** | **194,260,517.72** | **171,432,733.74** | **138,337,254.28** | **189,505,805.13** | **205,064,588.52** |

**Paragraph 4.2 - Alternative Payment of a Greater Amount**

| | | | | | |
|---|---|---|---|---|---|
| 17% of Net Total Annual Revenue | 33,024,288.01 | 29,143,564.74 | 23,517,333.23 | 32,215,986.87 | 34,860,980.05 |
| Less: Minimum Annual Payment | 44,000,000.00 | 42,000,000.00 | 40,000,000.00 | 38,000,000.00 | 36,000,000.00 |
| **Amount Due to NMISF** | - | - | - | - | - |

Government will pay APGA equal to the difference of 17% of the Government's Total Annual Revenue, after deducting the amount of the MAP paid.

# APGA (Cont'd)

- APGA was paid for 2014, 2015, 2016 and 2017, totaling $36.29 million.
- FY 2023 Audit completed in 2026 – no APGA due.
- Based on the Government's budget from FY 2024 - 2027 and the projected MAP for the corresponding years, APGA payments are not expected for these periods.

| YEAR | TOTAL GOVERNMENT BUDGET |
|---|---|
| **FY 2023** | $109,782,265 |
| **FY 2024** | $119,199,812 |
| **FY 2025** | $117,040,086 |
| **FY 2026** | $127,728,554 |
| **FY 2027** | $97,282,364 - $100,726,806 |

Trustee's Report at 7-8, ECF No. 903.

# 25% Benefit Payments

FY 2021 $13.6MM

FY 2022 $13.2MM

FY 2023 $12.9MM

FY 2024 $12.6MM

FY 2025 $12.2MM

**FY 2026 $11.3MM**

**(as of 8/31/26)**

***For FY 2026, only $5.12 million was appropriated in the FY 2026 Budget Law. Remaining was funded by Office of Insular Affairs and surplus funds in FY 2025 (PL 24-34 and SLL 24-31)**




Trustee's Report at 9-10, ECF No. 903; Exhibit 5, ECF No. 903-3.

# NMI GOVERNMENT FUNDING SOURCES

| | MAP | APGA | 25% Benefit Payment |
|---|---|---|---|
| **General Appropriations** | ✓ | | |
| **Casino License Fee/GRT** | | | |
| PL 18-56 | | ✓ | ✓ |
| PL 20-09 | | ✓ | |
| PL 20-34 | | | ✓ |
| PL 20-35 | | | ✓ |
| PL 20-68 | | ✓ | |
| PL 21-10 | | ✓ | |
| **Settlement Fund Revolving Fund** (1 CMC § 25301) | ✓ | | |
| **Hotel Occupancy Tax** (4 CMC § 1502) | | | ✓ |
| **Beverage Container Tax** (4 CMC § 1405) | | | ✓ |
| **Federal Funds** | | | ✓ |
| **Marianas Public Land Trust** | ✓ | | |
| **Office of Insular Affairs** | | | ✓ |

Trustee's Report at 17, ECF No. 879; Trustee's Report at 16-17, ECF No. 865; Trustee's Report at 5, 28, ECF No. 842; Trustee's Report at 4-6, 27-28, ECF No. 786; Trustee's Report at 3, 20-21, ECF No. 767; Trustee's Report at 14, ECF No. 893.

# Payment of Employer Contributions As of 9/10/2026

| Agency | Status | Comments |
|---|---|---|
| CDA | Current | Through 9/5/2026 |
| CPA, NMC, & PSS | Relatively current | Through 8/22/2026 |
| CUC | Relatively current | Through 8/22/2026 – Except for $3.46MM settlement for deficient contributions<br>$2.05MM paid through 9/3/2026 |
| Government & CHCC | Relatively current | Through 8/8/2026 |
| Tinian Casino Gaming Commission | Not current | $11,253.19 |

Trustee's Report at 10-11, ECF No. 903.

# Group Health and Life Insurance ("GHLI")

- Section 13 of the Settlement Agreement states:
  - The Government to provide all settlement class members with same GHLI Plan and Benefits as full-time government employees.
  - Settlement Fund "shall not be responsible for the provision or administration of health and life insurance to Settlement Class Members and shall not be responsible for the payment of the costs of such insurance."

Trustee's Report at 11-12, ECF No. 903.

# Current Funding of GHLI FY 2027

- Delay in funding FY 2026 Retirees' premiums
  - HB 24-75 and HB 24-80 (Revised FY 2026 Budget Law) passed to cover retiree health insurance premiums
- FY 2027 Requires about $6.6 million to fully fund GHLI retirees premiums
  - Current Draft July 2026 Budget – 2 scenarios:
    - Appropriate 7.7 million (full funding)
    - Appropriate 1.14 million (partial funding – short $5.46 million)

Trustee's Report at 11-12, ECF No. 903.

# Proposed Next Steps

- Meet with Governor regarding budgeting of the MAP and compliance with GHLI payments for retirees.
- Ensure compliance with Section 13 of the Settlement Agreement.
- Continue to provide advance written notice to Settlement Fund members for any funding lapses for MAP and GHLI.

NMI SETTLEMENT FUND

# Audit of Member Files

# Internal Audit of Member Accounts

- March 2015 – benefit software identified 400 overpayment and underpayment Member accounts (two duplicates)
- Member accounts were reviewed – Labor and time intensive 5 step review process (8 hrs. to 3 months on average, but could increase with additional austerity measures currently in place)
- Prioritize audit: (1) death of retiree; (2) application for retirement/survivor benefits; (3) retiree return to service or termination of government reemployment; (4) admin. appeals; (5) probate matters; (6) inactive employee files

Trustee's Report at 13-14, ECF No. 903.

# Benefit Software Audit Progress

| | Benefit Software Results (3/13/2015) | SF Audit Results – 151 audited files (as of 8/31/2026) |
|---|---|---|
| Overpayment | 275 | 81 |
| Underpayment | 123 | 8 |
| EE Contribution Underpayment | - | 7 |
| No Issues | - | 45 |
| Legal Review | - | 11 |
| **TOTAL** | **398** | **144** |

Trustee's Report at 14, ECF No. 903.

# Priority Audit Results

| SF Audit Results | FY 2024 | FY 2025 | FY 2026 (as of 8/31/2026) |
|---|---|---|---|
| Overpayment | 75 | 41 | 36 |
| Underpayment | 11 | 6 | 9 |
| EE Contribution Underpayment | 5 | 1 | 9 |
| Other Issue | - | - | - |
| No Issues | 30* | 25 | 9 |
| Legal Review | 8 | 16 | 24 |
| Additional Information Required | 4 | 3 | 2 |
| **TOTAL** | **133** | **92** | **89** |

Trustee's Report at 15, ECF No. 903.

# Inactive Employees

- About 1,657 former government employees with contributions held by Settlement Fund
- Based on a preliminary, unaudited review of the 1,657 files, 744 are not properly classified as members of the Defined Benefit Plan and therefore not Settlement Class Members due to (1) 90-day employment requirement under the Retirement Fund Act, and (2) employee contributions due.

Trustee's Report at 15-16, ECF No. 903.

# Cont'd

| | |
|---|---|
| Contributions (Class 1 and Class 2) | $1,400,000 |
| Potential Interest | + $680,000 |
| | $2,080,000 |

Trustee's Report at 19-20, ECF No. 903.

# Highlights of Consultant Reports

- **Ernst & Young – Auditor**
  - Auditor since FY 2014; completed FY 2025 audit

- **Milliman, Inc. – Actuary**
  - Prepares and issues Actuary Report; FY 2025 actuary report to be completed this month

- **Wilshire Associates (Maggie Ralbovsky) – Investment Consultant**
  - Provides investment advice to the SF

Trustee's Report at 16-17, ECF No. 903.

# Independent Audit by Ernst & Young

- Completed FY 2025

- Auditors issued clean audit for Settlement Fund from FY 2014 – FY 2025

Submission of NMI Settlement Fund's FY 2025 Audit Report, ECF No. 905; Exhibit A, ECF No. 905-1.

# Actuarial Valuation Report by Milliman

## Actuarial Valuation Report Issued on November 26, 2025 (FY 2024)

- **Projected MAP:**

| | |
|---|---|
| FY 2027 – 2028 | $27 MM, decline by $2MM each year |
| FY 2029 | $22MM |
| FY 2030 – 2031 | Decline by $3MM each year |
| FY 2032 | $14MM |
| FY 2033 | $12MM |
| FY 2034 – 2038 | $11.25MM |

Trustee's Report at 17, ECF No. 893; Exhibit 2, ECF No. 894-1.

# FY 2026 Financial Performance & FY 2027 Budget

# Sources of Funds

| | 7/31/2026 | 7/31/2025 |
|---|---|---|
| MAP | $ 29,001,322 | $ 30,000,000 |
| Contributions | $ 1,128,896 | $ 1,295,948 |
| Penalties | $ 4,961 | $ 24,802 |
| Investment Income | $ 5,391,688 | $ 5,705,512 |
| Other Income | $ 817 | $ 837 |
| **TOTAL INCOME** | **$ 35,527,684** | **$ 32,234,863** |
| | | |
| Total Expenses | ($ 35,527,684) | ($ 32,234,862) |
| *Realized Gain/(Loss) | $ 3,021,308 | $ 328,832 |
| **NET** | **$ 7,509,363** | **$ 5,121,069** |

Trustee's Report at 18, ECF No. 903; Exhibit 4, ECF No. 903-4.

# FY 2025 Financial Performance

| | Actual FY 2026 Y-T-D 7/31/2026 | FY 2026 Budget Y-T-D 7/31/2026 |
|---|---|---|
| **Benefits Payments (75%)** | | |
| Total Benefits Payment | 29,711,354.07 | 30,937,500.00 |
| Total Refunds | 9,028.87 | 91,666.67 |
| Total Benefits and Refunds Payment | 29,720,382.94 | 31,029,166.67 |
| | | |
| **General & Administrative Expenses** | | |
| Total Personnel Expenses | 844,774.05 | 942,330.00 |
| Total Professional Fees | 304,311.31 | 564,166.67 |
| Total General & Admin. Expenses | 171,153.14 | 336,875.00 |
| | | |
| **Total Expenses** | 1,320,238.50 | 1,843,371.67 |
| | | |
| **Total Fixed Assets** | - | 12,083.33 |
| | | |
| **Total Expenditures** | 31,040,621.44 | 32,884,621.67 |

Schedule 1 in Trustee's Report at 19, ECF No. 903.

# Proposed FY 2026 Budget

| | Approved FY 2025 Budget | Proposed FY 2026 Budget | Proposed FY 2027 Budget | FY 2027 increase/ (decrease) | % (+/-) from previous budget |
|---|---|---|---|---|---|
| **Benefits Payments (75%)** | | | | | |
| Total Benefits Payment | 38,375,000 | 37,125,000 | 36,045,000 | (1,080,000) | -2.91% |
| Total Refunds | 100,000 | 110,000 | 2,080,000 | 1,970,000 | 1790.91% |
| Total Benefits and Refunds Payment | 38,475,000 | 37,235,000 | 38,125,000 | 890,000 | 2.39% |
| | | | | | |
| **General & Administrative Expenses** | | | | | |
| Total Personnel Expenses | 1,096,054 | 1,130,796 | 1,127,551 | (3,245) | -0.29% |
| Total Professional Fees | 717,000 | 677,000 | 677,500 | 500 | 0.07% |
| Total General & Admin. Expenses | 332,950 | 404,250 | 531,750 | 127,500 | 31.54% |
| | | | | - | |
| **Total Expenses** | 40,621,004 | 39,447,046 | 40,461,801 | 1,014,755 | 2.57% |
| | | | | | |
| **Total Fixed Assets** | 13,500 | 14,500 | 14,500 | - | 0.00% |
| | | | | | |
| **Total Expenditures** | 40,634,504 | 39,461,546 | 40,476,301 | 1,014,755 | 2.57% |

Schedule 2 in Trustee's Report at 19, ECF No. 903; Exhibit 5, ECF No. 903-5.

FY 2027 Proposed Budget $40,476,301 ($1,014,755 less than FY 2026)

# Investment Report

# Investments and Policy

Events impacting investments:

- **Persistent Inflation:** Global commodity, energy, and industrial supply chains came under renewed pressure. The artificial intelligence investment cycle accelerated demand for data centers, computing capacity, capital goods, and energy infrastructure. At the same time, escalation of the war with Iran—particularly severe disruption to shipping through the Strait of Hormuz—placed additional pressure on goods markets and contributed to higher global energy and commodity prices.

- **Deficit Spending**: Private-sector demand for capital to build data centers has coincided with expanding government deficit-spending programs. Japan, Germany and other European countries, and the United States have committed additional resources to technology, natural resources, defense, and greater supply-chain resilience. The resulting increase in financing needs contributed to volatility in global bond markets and upward pressure on sovereign yields. Higher yields generated losses for investors with substantial fixed-income exposure, including insurance companies, banks, and large pension funds. Continued uncertainty about the path of yields also encouraged additional bond selling and raised concerns about financing conditions and market liquidity for both the public and private sectors.

- **Federal Reserve's Policy Framework:** Uncertainty increased in the United States as Kevin Warsh took the helm of the Federal Reserve. Investors are adjusting to changes in the Federal Reserve's communications as it moves away from its previous use of forward guidance and signals about its policy reaction function. Chairman Warsh has expressed skepticism about prior Federal Reserve practices without yet defining a clear replacement framework. The reduced visibility into the Federal Reserve's decision-making process has increased uncertainty about the future path of interest rates and contributed to higher risk premiums.

Trustee's Report at 21-22, ECF No. 903.

# Settlement Fund's FY 2026 Return 5.72% (as of 7/31/26)

- Outperformed the policy benchmark by .10%, net of fees and expenses
- Strong performance achieved by diversification

Trustee's Report at 22, ECF No. 903.

# Fund's Actual Allocation – As of 8/31/26 within Policy Range of Targets




Trustee's Report at 24, ECF No. 903.

# FY 2014 – FY 2026 Performance




Trustee's Report at 22, ECF No. 903.

***As of 8/31/2026, high of $156.4MM***

# Settlement Fund Portfolio Performance

| Investment Summary FY 2026 | | | | | | |
|---|---|---|---|---|---|---|
| | Beg. Balance | Net Contributions | Distributions & Adm Fees | Investment Gains/Losses | Inv. Fees | End. Balance |
| **1st Quarter** (Oct. - Dec. 2025) | $ 145,241,977 | $(4,250,000.00) | $ (19,877) | $ 2,550,374 | | $ 143,522,474 |
| **2nd Quarter** (Jan. - Mar. 2026) | $ 143,522,474 | $ (4,000,000) | $ (19,859) | $ 1,613,513 | | $ 141,116,127 |
| **3rd Quarter** (Apr. - June 2026) | $ 141,116,127 | $ 1,500,000 | $ (20,356) | $ 3,511,559 | | $ 146,107,331 |
| **4th Quarter** (July 2026) | $ 146,107,331 | $ 7,000,000 | $ (6,649) | $ 724,572 | | $ 153,825,254 |
| | | $ 250,000 | $ (66,741) | $ 8,400,018 | | |

Balance in Investment Accounts:

| | |
|---|---|
| FY 2021 | $129,393,294 |
| FY 2022 | $110,349,648 |
| FY 2023 | $118,461,887 |
| FY 2024 | $137,791,227 |
| FY 2025 | $145,241,977 |
| **4Q FY 2026** | **$153,825,254** |

Trustee's Report at 25, ECF No. 903.




Trustee's Report at 25, ECF No. 903.

# Status of Litigation

# *NMISF v. CUC*, Filed in NMI Superior Court (Case No. 11-0114-CV)

- Case initiated by the NMI Retirement Fund in May 2011 against CUC to collect outstanding employer contributions ($3.5 million)

- Claim was assigned and transferred to Settlement Fund pursuant to Settlement Agreement

- Reached settlement agreement, approved by Court – pay $50,000 per month

- Balance of $1,419,797 as of 9/2026

Trustee's Report at 27, ECF No. 903.

# *Rosa A. Camacho v. NMI Settlement Fund*, Filed in 9th Circuit (Case No. 23-16074)

- Ms. Camacho claimed an underpayment of benefits because she did not receive Cost of Living Adjustment ("COLA") payments from the Settlement Fund.
- July 2023 – District Court granted Settlement Fund's Motion to Enforce and Confirm "Full Benefits" and "Full Benefit Payments" as excluding COLA.
- August 2023 – Ms. Camacho appealed the Court's Order to the Ninth Circuit.
- December 2024 – Ninth Circuit issued Order Certifying Question to the NMI Supreme Court; Certified Question accepted by the NMI Supreme Court.
- November 2025 – NMI Supreme Court answers Certified Question, holding there is no constitutionally-protected accrued benefit to COLA. Ninth Circuit affirmed District Court's Order. Ms. Camacho files a Petition for Rehearing.
- December 2025 – NMI Supreme Court denies Ms. Camacho's Petition for Rehearing. Ninth Circuit issued mandate and judgment, concluding the matter.

Trustee's Report at 27-29. ECF No. 903.

# Administrative Appeals

- Hon. Daniel Collins, U.S. Bankruptcy Judge for the District of Arizona – Court-appointed mediator
- Attorney Heather Martinez Quitugua – hearing officer
- Vanessa Williams Cruz – conflicts hearing officer and arbitrator
- Cases Pending Administrative Appeal Process (8/31/2026)
  - Mediation Cases: 80
  - Hearing Officer:
    - Active Cases: 2
  - Arbitrator:
    - Active Cases: 1
- Outside of formal mediation, 63 cases settled (8/31/2026).

Trustee's Report at 29-30, ECF No. 903; Exhibit 7, ECF No. 903-7; Exhibit 8, ECF No. 903-8.

# Recovery of Overpayments

- Trustee is obligated to pay only "Full Benefits" as defined by 1 CMC §§ 8301 – 8442 as they existed on June 26, 2013 or as guaranteed by Article III, § 20(a) of the same date.
- Mandatory statutory adjustments and recovery of overpayments under 1 CMC § 8390
- Request for financial information and credit reports in considering reduction of overpayments

Trustee's Report at 31-32, ECF No. 903; Exhibit 7, ECF No. 903-7; Exhibit 8, ECF No. 903-8.

NMI SETTLEMENT FUND

# Bills, Legislative Initiatives, and Resolutions

# Funding Sources

**House Bill 24-84**

- Authorizes the expenditure of FY 2026 surplus revenues appropriated by the Legislature toward the 25% retirees' benefit payments.
- Signed into law as P.L. 24-34.

**House Bill 24-80**

- Secures funding for the 25% benefit payments to retirees by reserving a balance of $2.49M for FY 2026 Settlement Fund payments and dedicating revenues received by the Office of Grants Management in excess of its statutory allotment toward the retirees' 25% benefit payments.
- Signed into law as P.L. 24-20.

Trustee's Report at 33, ECF No. 903.

# Cont'd

**House Concurrent Resolution 24-4, SD 1**

- Approves revenues and resources of CNMI for FY 2026, and aims to identify and allocate revenues towards the CNMI's contractual obligation under the Settlement Agreement.
- Pending with the Senate.

**House Local Bill 24-62, D1**

- Authorizes the appropriation of local funds from revenues collected from the Third Senatorial District to fund the 25% retirees' benefit payments.
- Signed into law as Saipan Local Law 24-31.

Trustee's Report at 33, ECF No. 903.

# Group Health & Life Insurance (GHLI)

**House Bill 24-75**

- Amends the GHLI program provisions to maintain, adjust, and fund the CNMI's premium contribution and healthcare coverage requirements for retirees.
- Signed into law as P.L. 24-19.

**Senate Bill 24-54**

- Authorizes continued GHLI for eligible CNMI government employees who have reached Social Security Normal Retirement Age and were former members of the Defined Benefit Plan, enabling them to retire and separate from government service without forfeiting healthcare coverage.
- Pending with the Senate.

Trustee's Report at 33-34, ECF No. 903.

# Overpayment Collection and Waiver

**Senate Resolution 24-18**

- Requests the CNMI Governor and Attorney General to petition the U.S. District Court for the NMI to reconsider the recovery of alleged overpayments of retirement benefits from retirees, and to seek waivers and equitable relief on behalf of all affected retirees.
- Pending with the Senate.

Trustee's Report at 34, ECF No. 903.

# New Retirement Plan

**Senate Bill 24-63**

- Establishes a comprehensive Commonwealth Medical Disability Retirement Act for CNMI government employees who sustain service-connected injuries, illnesses or disabilities, modeled after federal military and veterans' affairs disability systems.
- Pending with the Senate.

Trustee's Report at 34, ECF No. 903.

# Change of Name Procedure

**House Bill 24-10**

- Establishes standardized procedures for legally changing a person's name.
- Signed into law as P.L. 24-38.

Trustee's Report at 34, ECF No. 903.

NMI SETTLEMENT FUND

# *Biba Retirees!*