NICOLE M. TORRES-RIPPLE
GRETCHEN A. SMITH
**NMI SETTLEMENT FUND**
nicole.m.torres-ripple@nmisf.com
smith.gretchen@nmisf.com
P.O. Box 501247
Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080

*Attorneys for the NMI Settlement Fund*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **BETTY JOHNSON**, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>Plaintiff,<br>v.<br><br>**DAVID M. APATANG**, Governor of the Commonwealth of the Northern Mariana Islands ("Government"), *et al.*,<br><br>Defendants. | **CIVIL CASE NO. 09-00023**<br><br>**REQUEST FOR APPROVAL OF SETTLEMENT REPAYMENT PERIODS** |

The Trustee of the NMI Settlement Fund ("Settlement Fund"), by and through counsel, submits this Request for Approval of Settlement Repayment Periods.

On December 21, 2021, the Court appointed the Honorable Daniel Collins, U.S. Bankruptcy Judge for the District of Arizona, as the mediator for Settlement Fund administrative appeals pursuant to the NMI Settlement Fund Appeal Rules and Procedures. *See* Order, ECF No. 813 at 2. The Court previously approved settlement repayment terms in eight cases that exceed the two-year limitation set forth in 1 CMC § 8390(b). Section 8390(b) states as follows:

> (b) Unless fraud, misrepresentations or concealment of material information was involved in connection with an overpayment, an amount of no more than 50 percent of any benefit to be paid in any benefit period may be withheld and offset against previous overpayments.
>
> *In his discretion, the administrator may authorize a lesser percent of annuity to be held, taking into consideration the financial condition of the annuitant, provided that such overpayment can be recovered within two years.*

*Id.* (emphasis added). Since the Settlement Fund's last Request (ECF No. 878), the Settlement Fund settled six more cases that require the Court's approval of the settlement repayment term. *See* **Exhibit A**. Of the six cases, five were settled outside meditation and one was settled with the assistance of the mediator. The Settlement Fund continues to work towards settling and resolving other cases through pre-meditation and mediation. *See* Report of the Trustee Combined Second Quarter FY 2026 through Fourth Quarter FY 2026. ECF No. 903 at 30; Exhibit 8, ECF No. 903-8.

Based on the financial condition of the appellants, as discussed by the parties before and during mediation, and as set forth in financial declarations provided to the Settlement Fund, the Settlement Fund has agreed to the settlement repayment terms, subject to this Court's approval. Therefore, we request that the Court approve the settlement repayment periods as detailed in **Exhibit A**.

*Respectfully submitted* this 17th day of September 2026.

NMI SETTLEMENT FUND

/s/

Nicole M. Torres-Ripple, Esq.
Gretchen A. Smith, Esq.
*Attorneys for the NMI Settlement Fund*