# EXHIBIT A

**NMISF SETTLED CASES SUBJECT TO COURT APPROVAL**

| ** | Case Name | Nature of Matter | Status | Amount Owed | Repayment Period |
|---|---|---|---|---|---|
| 1 | R. Agulto | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | Settled outside mediation and in repayment, subject to Court approval of repayment period. | $ 32,227.33 | 4 years |
| 2 | A. Cabrera | Overpayment of benefits based on the improper inclusion of the bonus, overtime hours, and the overpayment after death | Settled during mediation and in repayment, subject to Court approval of repayment period. | $ 10,662.99 | 3.3 years |
| 3 | D. Chong | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | Settled outside mediation and in repayment, subject to Court approval of repayment period. | $ 22,259.89 | 3.4 years |
| 4 | E. Eugenio | Ineligibility for survivor benefits due to remarriage | Settled outside mediation and in repayment, subject to Court approval of repayment period. | $ 25,573.19 | 10 years |
| 5 | S. Jetnil | Overpayment of benefits due to improper inclusion of early retirement bonus | Settled outside mediation and in repayment, subject to Court approval of repayment period. | $ 12,307.73 | 5.1 years |
| 6 | R. Sablan | Overpayment of benefits due to improper inclusion of overtime and compensatory time hours in benefit computation | Settled outside mediation and in repayment, subject to Court approval of repayment period. | $ 40,433.90 | 4.5 years |