FRANCES T. DEMAPAN
**NMI SETTLEMENT FUND**
Email: demapanft@nmisf.com
P.O. Box 501247
Saipan, MP 96950
Tel: (670) 322-3863
Fax: (670) 664-8080

*Attorney for the NMI Settlement Fund*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| BETTY JOHNSON, on behalf of herself, and as a representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID M. APATANG, Governor of the Commonwealth of the Northern Mariana Islands ("CNMI"), *et al.,*<br><br>Defendants. | CIVIL ACTION NO. 09-cv-00023<br><br>**ENTRY OF APPEARANCE** |

PLEASE TAKE NOTICE that Frances T. Demapan hereby enters her appearance on behalf of the Northern Mariana Islands Settlement Fund in the above-entitled action.

Respectfully submitted this 17th day of September, 2026

/s/
Frances T. Demapan, Esq.
*Attorney for the NMI Settlement Fund*