LAW OFFICES
**CIVILLE & TANG, PLLC**
330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT C**

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950

March 9, 2026
Client # N13.1373.01
Invoice # 61765

**In Reference To:** NMI SETTLEMENT FUND

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/4/2026 | JCT | WEEKLY TEAM CALL. | 0.80 | 280.00 |
| 2/5/2026 | JCT | REVIEW [redacted]. | 0.30 | 105.00 |
| 2/12/2026 | JCT | CALL WITH MEDICARE [redacted] AND T. NORITA [redacted]. | 1.00 | 350.00 |
| 2/13/2026 | JCT | REVIEW [redacted]; WEEKLY CALL WITH TEAM. | 1.00 | 350.00 |
| 2/20/2026 | JCT | PREPARE FOR AND ATTEND [redacted] WITH JUDGE COLLINS AND TEAM. | 4.00 | 1,400.00 |
| | | **Subtotal Professional Services:** | **7.10** | **$2,485.00** |
| | | **GROSS RECEIPTS TAX** | | **$62.13** |
| | | **TOTAL CURRENT CHARGES** | | **$2,547.13** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days.*
*Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*
Civille & Tang, PLLC appreciates your business