LAW OFFICES
CIVILLE & TANG, PLLC
330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**EXHIBIT E**

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950
**In Reference To:** NMI SETTLEMENT FUND

May 5, 2026
Client # N13.1373.01
Invoice # 62156

**PROFESSIONAL SERVICES**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/2/2026 | JCT | WEEKLY TEAM CALL; REVIEW [redacted] REVIEW [redacted]. | 1.00 | 350.00 |
| 4/17/2026 | JCT | CALLS WITH SAIPAN [redacted]. | 1.00 | 350.00 |
| 4/19/2026 | JCT | MULTIPLE CALLS WITH TEAM [redacted]. | 1.50 | 525.00 |
| 4/20/2026 | JCT | COMM WITH TEAM [redacted]. | 0.80 | 280.00 |
| 4/21/2026 | JCT | CALL WITH G. SMITH [redacted]; CALL WITH L. PANGELINAN [redacted]; CALL WITH JWS [redacted]; CALL WITH FEMA [redacted]. | 2.80 | 980.00 |
| 4/22/2026 | JCT | MULTIPLE CALLS WITH JWS [redacted]; CALL WITH FEMA (US) [redacted]; CALL WITH L. PANGELINAN [redacted]; REVIEW [redacted]; COMM WITH FUND STAFF. | 3.50 | 1,225.00 |
| 4/29/2026 | JCT | NUMEROUS CALLS WITH L. PANGELINAN [redacted]; MEETING WITH GOVERNOR APATANG [redacted]. | 1.50 | 525.00 |
| 4/30/2026 | JCT | NUMEROUS CALLS WITH SETTLEMENT FUND TEAM [redacted], ZOOM CALL WITH GOVERNOR AND TEAM [redacted]; REVIEW AND COORDINATE WITH TEAM [redacted]; CALL WITH T. SCRAGG [redacted]; COMM WITH TEAM RE [redacted] | 4.20 | 1,470.00 |

NMI SETTLEMENT FUND
Client # N13.1373.01
Invoice # 62156
May 5, 2026



| | Hours | Amount |
|---|---|---|
| [redacted] | | |
| **Subtotal Professional Services:** | **16.30** | **$5,705.00** |
| **GROSS RECEIPTS TAX** | | **$142.63** |
| **TOTAL CURRENT CHARGES** | | **$5,847.63** |