LAW OFFICES

**EXHIBIT I**

# CIVILLE & TANG, PLLC

330 Hernan Cortez Ave., Suite 200
Hagåtña, Guam 96910
Telephone: 671/472-8868/472-8869
Facsimile: 671/477-2511
Email: civilletang@civilletang.com

**Invoice submitted to:**
NMI SETTLEMENT FUND
DISTRICT COURT FOR NORTHERN
MARIANA ISLANDS
2ND FLOOR, HORIGUSHI BUILDING
BEACH ROAD, GARAPAN
P.O. BOX 500687
SAIPAN, MP 96950
**In Reference To:** NMI SETTLEMENT FUND

September 4, 2026
Client # N13.1373.01
Invoice # 63031

## PROFESSIONAL SERVICES

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/4/2026 | JCT | CONF WITH TEAM [redacted]; COORDINATE WITH CLASS COUNSEL AND M. RALBOLVSKY. | 0.30 | 105.00 |
| 8/5/2026 | JCT | REVIEW [redacted]; WEEKLY MEETING WITH TEAM. | 1.80 | 630.00 |
| 8/7/2026 | JCT | REVIEW [redacted]; COMM [redacted]. | 0.50 | 175.00 |
| 8/12/2026 | JCT | WEEKLY CALL WITH TEAM [redacted]. | 2.00 | 700.00 |
| 8/13/2026 | JCT | COMM WITH L.PANGELINAN [redacted]; DISCUSS [redacted]; REVIEW [redacted]. | 0.80 | 280.00 |
| 8/20/2026 | JCT | REVIEW [redacted] | 0.30 | 105.00 |
| 8/21/2026 | JCT | COMM WITH TEAM [redacted]; REVIEW [redacted] | 1.20 | 420.00 |
| 8/25/2026 | JCT | COMM WITH L. PANGELINAN [redacted]. | 0.50 | 175.00 |
| 8/27/2026 | JCT | WEEKLY TEAM CALL [redacted]. | 1.80 | 630.00 |
| 8/28/2026 | JCT | CALL WITH MILLIMAN AND SF TEAM [redacted]; COMM WITH COURT [redacted]; REVIEW [redacted]. | 2.00 | 700.00 |
| | | **Subtotal Professional Services:** | **11.20** | **$3,920.00** |

*An interest charge of 1.5% per month (18% per annum) will be applied to balances not paid within 30 days. Should you have any questions or concerns with regard to your billing, please do not hesitate to contact our Accounting Department at 472-8868/9. Please specify the invoice number and client number when remitting payment.*

Civille & Tang, PLLC appreciates your business

NMI SETTLEMENT FUND
Client # N13.1373.01
Invoice # 62770
September 4, 2026



| | Amount |
|---|---|
| **GROSS RECEIPTS TAX** | **$98.00** |
| **TOTAL CURRENT CHARGES** | **$4,018.00** |